# Exhibit A

# Future Resident Information Guide


Waples & Bull Run Mobile Home Communities

|  |  |  |
|---|---|---|
| 12 month | $770 - $765 | $770 - $765 |
| 12 month RV | $895 - $870 | $895 - $870 |
| 6 month - RV Only | $995 - $970 | $995 - $970 |

*Rents and fees are subject to change at any time*

**Application Fee:**  $55 per Leaseholder *(All applicants over 18 years of age must apply as Leaseholder)*
$50 Administration Fee due at time of Application

### Occupancy:

Occupancy shall be limited to those persons listed on the original application. All Occupants 18 years and older must complete a Leaseholder Application and be approved to live in the community. If occupancy changes, any person 18 years or older who wishes to reside in the mobile home, must fill out a Leaseholder Application and be approved to live in the park *prior* to moving into the home.

### Pet Policy:

Pet Rent: $20/monthly per pet

Pet Deposit: $50 non-refundable fee per pet

We welcome cats and dogs up to 100 lbs. at maturity. Two (2) pets are the maximum. No Rottweilers, Pit Bulls, Staffordshire Terriers, Canary Dogs, Doberman Pinschers, or Chow-Chows (including mix with restricted breed) will be permitted.

### Utilities:

Electric and/or gas in each individual mobile home is the responsibility of the homeowner.

Water & Sewer are being calculated and billed by the Community Management using Ratio Utility Billing System (RUBS) Occupancy Factor Allocation. This billing system allocates the water and sewer costs for the entire community among all residents on a prorate basis, adjusted for the number of occupants in each mobile home.

Trash removal and recycling are included in the lot rent.

The local cable company offers the ability to hook into direct cable TV at each home site.

Lot rental for RVs only includes electricity, water and sewer.

### Due On or Before Move - In Date:

Original Certificate of Title for mobile homes that are paid in full <u>or</u> Financing Agreement if title for mobile home is held by the lender. Park office will also need proof of insurance.



*Proudly Managed by*

A.J. DWOSKIN
& ASSOCIATES, INC.
Real Estate Development & Management

# Application Requirements:

### Application:
- Completed Application
- Application Fee
- Signature of Applicant

### Identification:
- Applicant must provide valid, original, government issues photo ID (U.S. Driver's License, Passport, etc.)

### Social Security Card:
Applicants must submit one of the following
- Original Social Security Card
- Applicants who do not have a Social Security Number, must provide their original Passport, original US Visa and original Arrival/Departure Form (I-94 or I-94W)

### Income:
Applicants must submit one of the following:
- 2 - 4 most recent consecutive original pay stubs
- if new job, original offer letter
- if self-employed, 1040 Tax Returns with Schedule C for the past 2 years

### Residency:
Applicant must supply places of current and past residencies on the application for the last 3 years (dates must be consecutive) and provide contact names and phone numbers

### Special Notes:
- Applicants must formally be approved to live in the mobile home community before purchasing a home, or moving a home on-site.
- All required documents must be **original**, and will in turn be photocopied in the Park Office by a member of Management.
- No faxed copies of documents or off-site photocopies of documents will be accepted.
- Personal mobile home insurance is required in the event of an unforeseen accident or loss.