```
Court Name: United States District Court
Division: 1
Receipt Number: 14603059211
Cashier ID: rjoyce
Transaction Date: 05/23/2016
Payer Name: QUINN E. URQUHART
------------------------------------
CIVIL FILING FEE
 For: QUINN E. URQUHART
 Amount:         $400.00
------------------------------------
CHECK
 Remitter: QUINN E. URQUHART
 Check/Money Order Num: 20190
 Amt Tendered: $400.00
------------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

CIVIL FILING FEE
16CV-563
```