UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs,* <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.; <br><br> *Defendants.* | Civil Action No. 1:16CV563 |

### [PROPOSED] PRELIMINARY INJUNCTION ORDER

The Court having considered the TRO Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support, Declarations, and Exhibits appended thereto, as well as the parties' arguments in open court, it is hereby **ORDERED**, that the TRO Plaintiffs' Motion for Preliminary Injunction is **GRANTED**.

Accordingly, Defendants, as well as their agents and employees, are hereby **ENJOINED** from enforcing against the TRO Plaintiffs "month-to-month" premiums in excess of the rents set forth in their most recent written lease agreements, including the planned $300 "month-to-month" premium announced at Waples Mobile Home Park on or around March 11, 2016.

Done this ___ day of _____, 2016, at the hour of _____.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED

2016 MAY 23  A 10: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA