## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

ROSY GIRON DE REYES; JOSE
DAGOBERTO REYES; FELIX ALEXIS
BOLANOS; RUTH RIVAS; YOVANA
JALDIN SOLIS; ESTEBAN RUBEN MOYA
YRAPURA; ROSA ELENA AMAYA; and
HERBERT DAVID SARAVIA CRUZ,

    *Plaintiffs,*

vs.

WAPLES MOBILE HOME PARK LIMITED
PARTNERSHIP; WAPLES PROJECT
LIMITED PARTNERSHIP; and A.J.
DWOSKIN & ASSOCIATES, INC.;

    *Defendants.*

Civil Action No. 1:16cv563

### [PROPOSED] TEMPORARY RESTRAINING ORDER

  Having considered Plaintiffs Felix Alexis Bolanos, Esteban Ruben Moya Yrapura, and

Herbert David Saravia Cruz's (the "TRO Plaintiffs'") Motion for Temporary Restraining Order and

Preliminary Injunction, Memorandum in Support, Declarations, and Exhibits appended thereto, it is

hereby **ORDERED,** that Plaintiffs' Motion for Temporary Restraining Order is **GRANTED.**

  Accordingly, Defendants, as well as their agents and employees, are hereby **ENJOINED**

from enforcing against the TRO Plaintiffs "month-to-month" premiums in excess of the rents set

forth in their most recent written lease agreements, including the planned $300 "month-to-month"

premium announced at Waples Mobile Home Park on or around March 11, 2016.

  The TRO Plaintiffs' motion for a preliminary injunction is set for hearing on the ___ day of

_____, 2016, at _____.

This Restraining Order shall expire on the _____ day of _____, 2016, unless extended by further order of this Court.

Done this ___ day of _____, 2016, at the hour of _____.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED

2016 MAY 23  A 10: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA