# Exhibit A-2

## A.J DWOSKIN & ASSOCIATES, INC,
## VIOLATION LETTER

January 18, 2016

Esteban Moya and all Occupants,
11259 Mobile Drive
Fairfax VA, 22030

RE: **Violation of Rules and Regulation & lease**

Dear Mr. Moya,

Per our conversation we had last week, your lease expires on January 31, 2016, we will not be able to renewal your lease due to unauthorized occupants living in your home you will be going on month to month until further notice, your new monthly rent as of February 1, 2016 is **$ 870.00** all occupants that are 18 years and older need to fill out an application we will need Valid government ID & Social Security card, and 3 most recent paystubs for new occupants and main lease holder, there will be a $55 application fee.

If you would like more information, you may refer to **The Mobile Home Rules & Regulations and your lease paragraph 4 & 6.**

If you have any questions, you may contact The Park Office at 703-273-2323

Thank you for your cooperation.

Very truly yours,
A.J Dwoskin & Associates, Inc.

By: _____
    Property Manager

