# Exhibit B-3



March 11, 2016

Dear Residents:

This letter is to inform you that the month-to-month premium will increase to $300 effective June 1, 2016.

This premium only applies to lots that are not in a current lease contract or fail to renew after the current lease contract expires.

Please feel free to contact the Leasing Office with any questions.

Sincerely,

Josephine Giambanco
Property Manager

**URGENT**