UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.;<br><br>*Defendants.* | Civil Action No. 1:16cv563 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Movants, Plaintiffs Felix Alexis Bolanos, Esteban Ruben Moya Yrapura, and Herbert David Saravia Cruz (the "TRO Plaintiffs"), will present their Motion for Temporary Restraining Order and Preliminary Injunction to a judge of the United States District Court for the Eastern District of Virginia, Alexandria Division, on Friday, June 3, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard.

DATED this 23rd day of May, 2016         Respectfully submitted,

*[signature]*
_____
LEGAL AID JUSTICE CENTER
Ivy Finkenstadt, VSB #84743
Simon Sandoval-Moshenberg, VSB #77110

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
ivy@justice4all.org
simon@justice4all.org

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Jeanhee Hong (motion for *pro hac vice* forthcoming)
Ariel Wade Trajtenberg (motion for *pro hac vice* forthcoming)
Diego Duran de la Vega (motion for *pro hac vice* forthcoming)
Benjamin Cain (motion for *pro hac vice* forthcoming)
Jongwook Kim (motion for *pro hac vice* forthcoming)
Bill Margeson (motion for *pro hac vice* forthcoming)

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
benjamincain@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that arrangements have been made to, on this date, serve a true and correct copy of the foregoing by hand delivery to the following parties, at the addresses below:

Waples Mobile Home Park Limited Partnership
9302 Lee Highway, Suite 300
Fairfax, Virginia 22031

Waples Project Limited Partnership
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030

A.J. Dwoskin & Associates, Incorporated
3201 Jermantown Road, Suite 700
Fairfax, Virginia 22030

Grayson P. Hanes
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
*(Registered Agent for All Defendants)*

Dated this 23rd day of May, 2016.

_____
LEGAL AID JUSTICE CENTER
Ivy Finkenstadt, VSB #84743
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
ivy@justice4all.org