) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2016 MAY 23 P 4: 02
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Rosy Giron de Reyes; Jose Dagoberto Reyes; Felix Alexis Bolanos; Ruth Rivas; Yovana Jaldin Solis; Esteban Ruben Moya Yrapura; Rosa Elena Amaya; and Herbert David Saravia Cruz,
)
)
)
)
)
)
)
 Plaintiff(s)
)
v.
)
Waples Mobile Home Park Limited Partnership; Waples Project Limited Partnership; and A.J. Dwoskin & Associates, Incorporated,
)
)
)
)
 Defendant(s)

Civil Action No. 1:16cv563

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Waples Project Limited Partnership

Serve: Grayson P. Hanes (Registered Agent)
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ivy Finkenstadt
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-23-16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NAPLES PROJECT LIMITED PARTNERSHIP/GRAYSON HANES
was received by me on *(date)* 05-23-16.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VICTOR MWIMAMZI, who is designated by law to accept service of process on behalf of *(name of organization)* Reed Smith/Grayson Hanes on *(date)* 05-23-16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05-23-16

Server's signature

Patrick Regan
Printed name and title

1120 Arlington Blvd, Arl-VA
Server's address

Additional information regarding attempted service, etc:



Mariam A Aziz
Commonwealth of Virginia
Reg. # 7675926
Exp. 7-31-20
Notary Public

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 MAY 23 P 4: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Rosy Giron de Reyes; Jose Dagoberto Reyes; Felix Alexis Bolanos; Ruth Rivas; Yovana Jaldin Solis; Esteban Ruben Moya Yrapura; Rosa Elena Amaya; and Herbert David Saravia Cruz,  )
)
)
)
)
*Plaintiff(s)*  )
v.  )    Civil Action No. 1:16cv563
Waples Mobile Home Park Limited Partnership; Waples Project Limited Partnership; and A.J. Dwoskin & Associates, Incorporated,  )
)
)
)
)
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Waples Mobile Home Park Limited Partnership

Serve:    Grayson P. Hanes (Registered Agent)
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ivy Finkenstadt
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-23-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wells Mobile HomeVann LLP/Grayson Haynes

was received by me on *(date)* 05-23-16 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Victor Mwimanzi , who is designated by law to accept service of process on behalf of *(name of organization)* Reed Smith/Grayson Haynes on *(date)* 05-23-16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05-23-16

Server's signature

Patrick Riggin
Printed name and title

1121 Arlington Blvd, Arlington VA
Server's address

Additional information regarding attempted service, etc:

