AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Rosy Giron de Reyes et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-00563-TSE-TCB |
| Waples Mobile Home Park Limited Partnership et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Rosy Giron de Reyes et al

Date: 05/23/2016

*Attorney's signature*

Paul Brinkman, VSB # 35950
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
777 Sixth Street NW, 11th Floor
Washington, D.C. 20001-3706
*Address*

paulbrinkman@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*