IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-563 |
| ) | |
| WAPLES MOBILE HOME PARK ) | |
| LIMITED PARTNERSHIP, *et al.*, ) | |
| Defendants. ) | |

## ORDER

The matter is before the Court on plaintiffs' motion for a temporary restraining order and preliminary injunction. (Doc. 3). Plaintiffs are advised that it is the Court's policy not to issue a temporary restraining order unless the defending parties have been put on notice of the motion and the hearing date. Accordingly, plaintiffs are advised to take prompt steps to give notice to defendants. Moreover, in light of the possibility that the Court may need to hear testimony, it is appropriate to reschedule the hearing on this matter to accommodate the Court's docket.

Accordingly, and for good cause,

It is hereby **ORDERED** that the hearing set for Friday, June 3, 2016, is **CONTINUED** from 10:00 a.m. to 1:00 p.m. on that date.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 24, 2016

/s/
T. S. Ellis, III
United States District Judge