UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.;<br><br>*Defendants*. | Civil Action No. 1:16-cv-00563-TSE-TCB |

### NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The parties having agreed that Defendants will restore the rent rates provided in Plaintiffs Felix Alexis Bolanos, Esteban Ruben Moya Yrapura, and Herbert David Saravia Cruz's (the "TRO Plaintiffs'") 2015-2016 lease agreements during the pendency of this lawsuit, the TRO Plaintiffs hereby withdraw, without prejudice, their Motion for Temporary Retraining Order and Preliminary Injunction, filed on May 23, 2016 [Doc. 3].

DATED this 26th day of May, 2016          Respectfully submitted,

        /s/Ivy Finkenstadt
LEGAL AID JUSTICE CENTER
Ivy Finkenstadt, VSB #84743
Simon Sandoval-Moshenberg, VSB #77110

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
ivy@justice4all.org
simon@justice4all.org

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Jeanhee Hong (motion for *pro hac vice* pending)
Ariel Wade Trajtenberg (motion for *pro hac vice* pending)
Diego Duran de la Vega (motion for *pro hac vice* pending)
Benjamin Cain (motion for *pro hac vice* pending)
Jongwook Kim (motion for *pro hac vice* pending)
William A. Margeson (motion for *pro hac vice* pending)

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
benjamincain@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  Arrangements have been made to serve a true and correct copy of the foregoing by U.S. mail to Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Incorporated at the address below:

Grayson P. Hanes
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
*(Registered Agent for All Defendants)*

Dated this 26th day of May, 2016.


                /s/Ivy Finkenstadt
LEGAL AID JUSTICE CENTER
Ivy Finkenstadt, VSB #84743
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
ivy@justice4all.org