IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiff, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

### ORDER

UPON CONSIDERATION of Plaintiffs' Complaint (Dkt. 1), Defendant's Motion to Dismiss and supporting memorandum, Plaintiffs' Opposition thereto, Defendants' Reply in support of their Motion to Dismiss and any hearing on Defendants' Motion to Dismiss, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED. It is hereby

ORDERED that Counts I, II, IV, and VI are DISMISSED with PREJUDICE.

ENTERED this ____ of _____, 2016.

_____
The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia

US_ACTIVE-127237723