IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | |
| Plaintiff, | |
| v. | Civil No.: 1:16cv563-TSE-TCB |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | |
| Defendants. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on July 15, 2016, at 10:00 am, or as soon thereafter as counsel may be heard, Defendants will bring forward for hearing their Motion to Dismiss.

Dated: June 13, 2016            Respectfully submitted,

                    WAPLES MOBILE HOME PARK LIMITED
                    PARTNERSHIP, WAPLES PROJECT LIMITED
                    PARTNERSHIP AND
                    A. J. DWOSKIN & ASSOCIATES, INC.

                    /s/
                    Michael S. Dingman (VSB No. 30031)
                    Justin deBettencourt (VSB No. 83806)
                    7900 Tysons One Place
                    Suite 500
                    McLean, Virginia  22102
                    (703) 641-4200 (Telephone)
                    (703) 641-4340 (Facsimile)
                    mdingman@reedsmith.com
                    jdebettencourt@reedsmith.com
                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2016, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
mdingman@reedsmith.com
jdebettencourt@reedsmith.com