IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-563 |
| ) | |
| WAPLES MOBILE HOME PARK ) | |
| LIMITED PARTNERSHIP, *et al.*, ) | |
| Defendants. ) | |

## ORDER

The matter is before the Court on defendants' motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6), Fed. R. Civ. P. (Doc. 25), which is currently set for oral argument at 10:00 a.m. on Friday, July 15, 2016.

To accommodate the Court's docket, and for good cause,

It is hereby **ORDERED** that the hearing on the motion to dismiss is **CONTINUED** to 10:00 a.m. on Friday, July 22, 2016.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 13, 2016

/s/
T. S. Ellis, III
United States District Judge