AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Giron de Reyes, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-cv-00563 |
| Waples Mobile Home Park LP, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                                                                         .

Date:   07/25/2016                                              //s// Simon Sandoval-Moshenberg
                                                                                  *Attorney's signature*

                                                                                  Simon Sandoval-Moshenberg, VA77110
                                                                                  *Printed name and bar number*
                                                                                  LEGAL AID JUSTICE CENTER
                                                                                  6066 Leesburg Pike #520
                                                                                  Falls Church VA 22041

                                                                                  *Address*

                                                                                  simon@justice4all.org
                                                                                  *E-mail address*

                                                                                  (703) 720-5605
                                                                                  *Telephone number*

                                                                                  (703) 778-3454
                                                                                  *FAX number*