## ** CIVIL MOTION MINUTES **

Date: 7/22/2016                     Before the Honorable: T.S. ELLIS, III

Time: 11:10AM-11:52AM (00:42)       Civil Case No.: 1:16-CV-00563-TSE-TCB

Official Court Reporter: Michael A. Rodriquez

Courtroom Deputy: Margaret Pham

**ROSY GIRON DE REYES et al**

**v.**

**WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP et al**

Appearances of Counsel for:

( X ) Plaintiff: Ivy A. Finkenstadt, Paul F. Brinkman, Ariel W. Trajtenberg
( X ) Defendant: Michael S. Dingman
(   ) Other:

**Re:**     Defendant's Motion [25] to Dismiss

Argued and:

(   ) Granted          (   ) Denied          (   ) Granted in part/Denied in part

( **X** ) Taken Under Advisement          (   ) Continued to

(   ) Report and Recommendation to Follow

- Parties represent that they agree to the dismissal of Count VI

( **X** ) Order to Follow