IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ROSY GIRON DE REYES, *et al.*, | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | Case No. 1:16-cv-563 |
| | ) | |
| WAPLES MOBILE HOME PARK | ) | |
| LIMITED PARTNERSHIP, *et al.*, | ) | |
|    Defendants. | ) | |

## ORDER

The matter came before the Court on defendants' partial motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6), Fed. R. Civ. P. (Doc. 25). Defendants move to dismiss Counts I (violation of the Fair Housing Act), II (violation of the Virginia Fair Housing Law), IV (violation of 42 U.S.C. § 1981), and VI (tortious interference with contract) of the Complaint. Plaintiffs represented in their briefing and at oral argument that they do not oppose the dismissal of Count VI. The matter was fully briefed and argued.

For the foregoing reasons, and for good cause,

It is hereby **ORDERED** that the motion to dismiss (Doc. 25) is **GRANTED IN PART** and **TAKEN UNDER ADVISEMENT** in part. Specifically, Count VI is **DISMISSED WITH PREJUDICE** and the motion is **TAKEN UNDER ADVISEMENT** in all other respects.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 22, 2016

/s/
_____
T. S. Ellis, III
United States District Judge