# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN MOYA YRAPURA; ROSA AMAYA; and HERBERT SARAVIA, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

## NOTICE OF FED. R. CIV. P. 45 SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, plaintiffs, by counsel, shall command production by Yardi Systems, Inc. of relevant documents pertaining to this case, as set forth in Appendix A to the subpoena. Production of these documents shall take place on or before September 5, 2016, on or before 10:00 a.m. at the Legal Aid Justice Center, 6066 Leesburg Pike #520, Falls Church VA 22041. A copy of the subpoena is attached as hereto as Exhibit A.

DATED:      August 3, 2016

Respectfully submitted,


By: _____//s//_____
Simon Y. Sandoval-Moshenberg (VSB No.: 77110)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Phone: (703) 720-5605
Fax: (703) 778-3454
simon@justice4all.org
*Counsel for Plaintiffs*

**Certificate of Service**

I, Simon Sandoval-Moshenberg, hereby certify that on August 3, 2016, I uploaded a copy of the foregoing document, and all attachments thereto, to the court's CM/ECF system, which will cause notice to be served electronically upon the following attorneys for defendants:

Michael S. Dingman, VSB #30031
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
mdingman@reedsmith.com

*Counsel for Defendants*

Date:   August 3, 2016

                                                    _____//s//_____
Simon Y. Sandoval-Moshenberg (VSB No.: 77110)
**LEGAL AID JUSTICE CENTER**
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: (703) 720-5605
Facsimile: (703) 778-3454
simon@justice4all.org