UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-563 |

## MOTION TO WITHDRAW APPEARANCE OF BENJAMIN CAIN, ESQ.

Pursuant to E.D. Va. L. R. Civ. P. 83.1(G), the undersigned counsel of record, Paul Brinkman, Esq., of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), hereby respectfully moves to withdraw the appearance of Benjamin Cain, Esq., on behalf of the above-captioned plaintiffs. The plaintiffs will continue to be represented by other counsel of record in this matter from Quinn Emanuel and the Legal Aid Justice Center. Accordingly, no hardship will result from the granting of this motion.

The above-captioned plaintiffs are aware of this motion and are being served with a copy of this motion by certified mail, return receipt requested.

1

DATED this 4th day of August, 2016   Respectfully submitted,

_____
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Jeanhee Hong (*pro hac vice*)
Ariel Wade Trajtenberg (*pro hac vice*)
Diego Duran de la Vega (*pro hac vice*)
Jongwook Kim (*pro hac vice*)
William A. Margeson (*pro hac vice*)

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Ivy Finkenstadt, VSB #84743
Simon Sandoval-Moshenberg, VSB #77110

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
ivy@justice4all.org
simon@justice4all.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of August, 2016, I filed the foregoing document electronically with the clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the Motion to Withdraw Appearance of Benjamin Cain upon the following parties:

Michael S. Dingman, VSB #30031
Reed Smith, LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
mdingman@reedsmith.com

*Counsel for Defendants*

_____
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com