**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16-cv-563 |

## MOTION TO WITHDRAW APPEARANCE OF IVY FINKENSTADT, ESQ.

Pursuant to E.D. Va. L. R. Civ. P. 83.1(G), the undersigned counsel of record, Simon Sandoval-Moshenberg, Esq., of Legal Aid Justice Center, hereby respectfully moves to withdraw the appearance of Ivy Finkenstadt, Esq., on behalf of the above-captioned plaintiffs. The plaintiffs will continue to be represented by other counsel of record in this matter from Quinn Emanuel Urquhart & Sullivan, LLP and the Legal Aid Justice Center. Accordingly, no hardship will result from the granting of this motion.

The above-captioned plaintiffs are aware of this motion and are being served with a copy of this motion by certified mail, return receipt requested.

DATED this 12th day of August, 2016    Respectfully submitted,


_____
_____//s//_____
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org


QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Jeanhee Hong (*pro hac vice*)
Ariel Wade Trajtenberg (*pro hac vice*)
Diego Duran de la Vega (*pro hac vice*)
Jongwook Kim (*pro hac vice*)
Bill Margeson (*pro hac vice*)

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of August, 2016, I filed the foregoing document

electronically with the clerk of the Court using the ECF system, and caused to be served by

electronic mail a copy of the Motion to Withdraw Appearance of Ivy Finkenstadt upon the

following parties:

Michael S. Dingman, VSB #30031
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
mdingman@reedsmith.com

*Counsel for Defendants*

_____//s//_____
Simon Sandoval-Moshenberg, VSB #77110
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org