**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, *Plaintiffs*, vs. WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., *Defendants*. | Civil Action No. 1:16-cv-563-TSE. |

**ORDER**

The Court having considered the Plaintiff's Motion to Withdraw Appearance of Ivy Finkenstadt, Esq. it is hereby **ORDERED** that the motion is **GRANTED**.

DATED: 8/15/16

_____
T.S. Ellis, III
United States District Judge

/s/
T. S. Ellis, III
United States District Judge