UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-563-TSE-TCB |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties, by counsel, hereby jointly move this Court to enter the attached proposed Stipulated Protective Order.

WHEREFORE, the Plaintiffs and Defendants respectfully request that the Court enter the attached Stipulated Protective Order.

1

Dated: August 17, 2016                                        Respectfully submitted,


*/s/ Paul Brinkman*                                           */s/ Michael S. Dingman*
QUINN EMANUEL URQUHART &                                      REED SMITH LLP
SULLIVAN, LLP                                                 Michael S. Dingman, VSB # 30031
Paul Brinkman, VSB # 35950                                    Justin deBettencourt, VSB # 83806
Jeanhee Hong (*pro hac vice*)
Ariel Wade Trajtenberg (*pro hac vice*)                       7900 Tysons One Place, Suite 500
Diego Duran de la Vega (*pro hac vice*)                       McLean, Virginia 22101
Jongwook Kim (*pro hac vice*)                                 Phone: (703) 641-4200
William A. Margeson (*pro hac vice*)                          Fax: (703) 641-4340
                                                              mdingman@reedsmith.com
777 Sixth Street NW, 11th Floor                               jdbettencourt@reedsmith.com
Washington, District of Columbia 20001
Phone: (202) 538-8000                                         *Counsel for Defendants*
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org

*Counsel for Plaintiffs*