UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-563-TSE-TCB |

**JOINT MOTION FOR ORDER REGARDING ELECTRONIC DISCOVERY**

The parties, by counsel, hereby move this Court to enter the attached proposed Order Regarding Electronic Discovery.

WHEREFORE, the Plaintiffs and Defendants respectfully request that the Court enter the attached order regarding electronic discovery.

| | |
|---|---|
| Dated: August 17, 2016 | Respectfully submitted, |

| | |
|---|---|
| */s/ Paul Brinkman* | */s/ Michael S. Dingman* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | REED SMITH LLP |
| Paul Brinkman, VSB # 35950 | Michael S. Dingman, VSB # 30031 |
| Jeanhee Hong (*pro hac vice*) | Justin deBettencourt, VSB # 83806 |
| Ariel Wade Trajtenberg (*pro hac vice*) | |
| Diego Duran de la Vega (*pro hac vice*) | 7900 Tysons One Place, Suite 500 |
| Jongwook Kim (*pro hac vice*) | McLean, Virginia 22101 |
| William A. Margeson (*pro hac vice*) | Phone: (703) 641-4200 |
| | Fax: (703) 641-4340 |
| 777 Sixth Street NW, 11th Floor | mdingman@reedsmith.com |
| Washington, District of Columbia 20001 | jdbettencourt@reedsmith.com |
| Phone: (202) 538-8000 | |
| Fax: (202) 538-8100 | *Counsel for Defendants* |
| paulbrinkman@quinnemanuel.com | |
| jeanheehong@quinnemanuel.com | |
| arieltrajtenberg@quinnemanuel.com | |
| diegoduran@quinnemanuel.com | |
| wookiekim@quinnemanuel.com | |
| billmargeson@quinnemanuel.com | |

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org

*Counsel for Plaintiffs*