UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-563-TSE-TCB |

## JOINT NOTICE OF WAIVER OF ORAL ARGUMENT

Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz and Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc., by counsel, hereby notify the Court that they waive oral argument on the parties' Joint Motion for Order Regarding Electronic Discovery. The parties respectfully request that the Court, pursuant to Local Civil Rule 7(J), rule upon the Motion without an oral hearing.

| | |
|---|---|
| Dated: August 17, 2016 | Respectfully submitted, |

| | |
|---|---|
| */s/ Paul Brinkman* | */s/ Michael S. Dingman* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | REED SMITH LLP |
| Paul Brinkman, VSB # 35950 | Michael S. Dingman, VSB # 30031 |
| Jeanhee Hong (*pro hac vice*) | Justin deBettencourt, VSB # 83806 |
| Ariel Wade Trajtenberg (*pro hac vice*) | 7900 Tysons One Place, Suite 500 |
| Diego Duran de la Vega (*pro hac vice*) | McLean, Virginia 22101 |
| Jongwook Kim (*pro hac vice*) | Phone: (703) 641-4200 |
| William A. Margeson (*pro hac vice*) | Fax: (703) 641-4340 |
| | mdingman@reedsmith.com |
| 777 Sixth Street NW, 11th Floor | jdbettencourt@reedsmith.com |
| Washington, District of Columbia 20001 | |
| Phone: (202) 538-8000 | *Counsel for Defendants* |
| Fax: (202) 538-8100 | |
| paulbrinkman@quinnemanuel.com | |
| jeanheehong@quinnemanuel.com | |
| arieltrajtenberg@quinnemanuel.com | |
| diegoduran@quinnemanuel.com | |
| wookiekim@quinnemanuel.com | |
| billmargeson@quinnemanuel.com | |
| | |
| LEGAL AID JUSTICE CENTER | |
| Simon Sandoval-Moshenberg, VSB #77110 | |
| | |
| 6066 Leesburg Pike, Suite 520 | |
| Falls Church, VA 22041 | |
| Phone: (703) 778-3450 | |
| Fax: (703) 778-3454 | |
| simon@justice4all.org | |
| | |
| *Counsel for Plaintiffs* | |