**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | |
| Plaintiff, | |
| v. | Civil No.:  1:16cv563-TSE-TCB |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | |
| Defendants. | |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Protective Order Temporarily Staying Discovery Responses, any opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion for Protective Order Temporarily Staying Discovery Responses is GRANTED.  Further, it is hereby

ORDERED that Defendants shall not respond to Plaintiffs' discovery requests until the Court rules on Defendants' Motion to Dismiss (Dkt 25).  In the event that the Court denies Defendants' Motion to Dismiss (Dkt 25), Defendants shall have fourteen (14) days to respond to Plaintiffs' discovery requests.

ENTERED this _____ of _____, 2016.


_____
The Honorable Theresa Carroll Buchanan
U.S. District Court for the Eastern District
 of Virginia