**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

ROSY GIRON DE REYES, *et al.*,

        Plaintiff,

v.                               Civil No.:  1:16cv563-TSE-TCB

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

        Defendants.

**<u>NOTICE OF HEARING DATE</u>**

PLEASE TAKE NOTICE that on August 26, 2016, at 10:00 am, or as soon thereafter as

counsel may be heard, Defendants will bring forward for hearing their Motion for Protective

Order for Stay of Discovery Responses.

Dated: August 19, 2016        Respectfully submitted,

 

                             WAPLES MOBILE HOME PARK LIMITED
                             PARTNERSHIP, WAPLES PROJECT LIMITED
                             PARTNERSHIP AND
                             A. J. DWOSKIN & ASSOCIATES, INC.

                             /s/ _____
                             Michael S. Dingman (VSB No. 30031)
                             Justin deBettencourt (VSB No. 83806)
                             7900 Tysons One Place
                             Suite 500
                             McLean, Virginia  22102
                             (703) 641-4200 (Telephone)
                             (703) 641-4340 (Facsimile)
                             mdingman@reedsmith.com
                             jdebettencourt@reedsmith.com
                             *Counsel for Defendants*

US_ACTIVE-128175437

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2016, I caused the foregoing to be filed

electronically with the Clerk of the Court using CM/ECF, which will then send a notification of

such filing to all counsel of record.

/s/
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
mdingman@reedsmith.com
jdebettencourt@reedsmith.com