UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, | Civil Action No. 1:16-cv-563-TSE-TCB |
| *Plaintiffs*, | |
| vs. | |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., | |
| *Defendants*. | |

## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz (collectively "Plaintiffs") make these initial disclosures and objections ("Initial Disclosures").

Plaintiffs' Initials Disclosures are based on information that is presently reasonably available to Plaintiffs. Because discovery is ongoing, Plaintiffs have not completed their investigation into additional facts, documents, or witnesses which may further support their Complaint. As a result, Plaintiffs reserve the right to present witnesses, documents, and evidence in addition to that which is disclosed herein. Moreover, Plaintiffs recognize their continuing obligation under Federal Rule of Civil Procedure 26(e)(1) to supplement these Initial Disclosures

1



at appropriate intervals, and will do so in a timely manner as Plaintiffs become aware of and/or receive additional relevant information during the course of discovery in this case.

## DISCLOSURES

(A)     **FRCP 26(a)(1)(A)(i):** the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

In addition to the individually named parties to this lawsuit and employees and officers thereof, the following individuals may have discoverable information related to Plaintiffs' claims and defenses:

> **Yardi Systems, Inc.** (and employees and officers thereof)
> 430 S Fairview Avenue
> Santa Barbara, California 93117

In addition, any individual named by Defendants in their initial disclosures or discovery answers may also have discoverable information regarding this matter.

(B)     **FRCP 26(a)(1)(A)(ii):** a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

All of the following documents are presently located in the offices of Plaintiffs' counsel:

- Mobile Home Lease Agreements between Plaintiffs and Defendants
- Correspondence between Plaintiffs and Defendants regarding lease renewal, lease termination, and Park policies

2

- Notices and other documents issued by Defendants regarding lease renewal, lease termination, and Park policies

- Correspondence (and other records of discussions) between Plaintiffs and Defendants regarding enforcement of the Policy

- Multiple versions of the Waples and Bull Run Mobile Home Communities Future Resident Information Guide

- Documents collected by Plaintiffs and submitted to Defendants in support of Plaintiffs' applications for residency at the Park

- Multiple versions of the Defendants' Application for Residency

- Documentation of Plaintiffs' ownership and insurance of their mobile homes

- Documents reflecting Plaintiffs' payments for utility services

- Transcript of February 12, 2016 Hearing in *Waples Mobile Home Park v. Iporre, et al.*, Case No. GV15029451-00, General District Court for Fairfax County, VA

- Transcript of March 4, 2016 Trial in *Waples Mobile Home Park v. Hurtado, et al.*, Case No. GV15027984-00, General District Court for Fairfax County, VA

- Transcript of July 8, 2016 Hearing in *Waples Mobile Home Park v. Hurtado, et al.*, Case No. CL-2016-0004422, Circuit Court for Fairfax County, VA

- Transcript of July 8, 2016 Hearing in *Waples Mobile Home Park v. Iporre, et al.*, Case No. CL-2016-6021, Circuit Court for Fairfax County, VA

- Discovery Productions and Responses in *Waples Mobile Home Park v. Hurtado, et al.*, Case No. CL-2016-0004422, Circuit Court for Fairfax County, VA

- Discovery Productions and Responses in *Waples Mobile Home Park v. Iporre, et al.*, Case No. CL-2016-6021, Circuit Court for Fairfax County, VA

In addition, any document named or disclosed by Defendants in their initial disclosures or discovery answers may also have discoverable information regarding this matter.

(C)   **FRCP 26(a)(1)(A)(iii):** a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

    i.    An award of any actual damages for emotional distress suffered by each plaintiff, pursuant to 42 U.S.C. §§ 3613(c)(1), 1981 and Va. Code §§ 36-96.18(C), 55-248.51, in an amount to be determined by the jury.

    ii.    An award of any actual damages, pursuant to 42 U.S.C. §§ 3613(c)(1), 1981 and Va. Code §§ 36-96.18(C), 55-248.51, for direct and indirect costs incurred by Plaintiffs as a result of Defendants' discriminatory and unlawful conduct, including, without limitation, unlawful rental payments, moving expenses, and lost wages, in an amount to be determined by the jury, but now estimated as follows:

- Rosy Giron de Reyes and Jose Dagoberto Reyes have incurred approximately $7,148 in actual damages resulting from Defendants' enforcement of the Policy.

- Felix Alexis Bolanos and Ruth Rivas have incurred approximately $2,075 in actual damages resulting from Defendants' enforcement of the Policy.

- Yovana Jaldin Solis and Esteban Ruben Moya Yrapura have incurred approximately $400 in actual damages resulting from Defendants' enforcement of the Policy.

- Rosa Elena Amaya and Herbert David Saravia Cruz have incurred approximately $400 in actual damages resulting from Defendants' enforcement of the Policy.

The foregoing computations are provisional and reflect estimates based on the information collected to date. Damages continue to accrue, as the injuries resulting from the enforcement of the Policy are ongoing.

    iii.    Attorneys' fees, costs, expenses, and interest incurred in prosecuting this action pursuant to 42 U.S.C. § 3613(c)(2), Va. Code § 36-96.18(C), and Va. Code § 55-248.51.

    iv.    Punitive damages as provided by 42 U.S.C. § 3613(c)(1) and Va. Code § 36-96.18(C).

(D)   **FRCP 26(a)(1)(A)(iv):** for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    Not applicable to Plaintiffs.

DATED this 23rd day of August, 2016    Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Jeanhee Hong (*pro hac vice*)
Ariel Wade Trajtenberg (*pro hac vice*)
Diego Duran de la Vega (*pro hac vice*)
Jongwook Kim (*pro hac vice*)
William A. Margeson (*pro hac vice*)

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org

*Counsel for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of August, 2016, I served by electronic mail a copy of PLAINTIFFS' INITIAL DISCLOSURES upon the following parties:

Michael S. Dingman
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
mdingman@reedsmith.com

*Counsel for Defendants*

Ariel Wade Trajtenberg (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
arieltrajtenberg@quinnemanuel.com

*Counsel for Plaintiffs*