## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARRROLL BUCHANAN**

## MOTION HEARING

Date: _8/26/16_

Start: _10:07_

Finish: _10:14_

Reporter: FTR

Deputy Clerk: Tina Fitzgerad

Civil Action Number: _16cv563_

_Giron de Reyes et al_

vs.

_Waples Mobile Home Park Lmtd. partnership et al_

Appearance of Counsel for ( X ) Plaintiff   ( X ) Defendant

Motion _for Protective Order - DE #48_

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( X ) Granted ( )Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to

( ) Report and Recommendation to Follow

( X ) Order to Follow