UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, et al., )
    Plaintiffs, )
)
v. ) Civ. No. 1:16cv563
)
WAPLES MOBILE HOME PARK )
LIMITED PARTNERSHIP, et al., )
    Defendants. )

ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendants' Motion for Protective Order Temporarily Staying Discovery Responses (Dkt. 48) is GRANTED.

ENTERED this 26 day of August, 2016.

                                  /s/
                              Theresa Carroll Buchanan
                              United States Magistrate Judge
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia