## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES;<br>JOSE DAGOBERTO REYES;<br>FELIX BOLANOS; RUTH RIVAS;<br>YOVANA JALDIN SOLIS; ESTEBAN<br>MOYA YRAPURA; ROSA AMAYA; and<br>HERBERT SARAVIA, | |
| *Plaintiffs*, | Civil Action No. 1:16cv00563-TSE-TCB |
| vs. | |
| WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP; WAPLES<br>PROJECT LIMITED PARTNERSHIP; and<br>A.J. DWOSKIN & ASSOCIATES, INC., | |
| *Defendants*. | |

### NOTICE OF FED. R. CIV. P. 45 SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil

Procedure, plaintiffs, by counsel, shall command production by CoreLogic SafeRent LLC of

relevant documents pertaining to this case, as set forth in Appendix A to the subpoena.

Production of these documents shall take place on or before Monday, October 3, 2016, on or

before 10:00 a.m. at the Legal Aid Justice Center, 6066 Leesburg Pike #520, Falls Church VA

22041.  A copy of the subpoena is attached as hereto as Exhibit A.

Dated this 29th day of August, 2016          Respectfully submitted,


_/s/ Paul Brinkman_
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Paul Brinkman, VSB # 35950

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com

_Counsel for Plaintiffs_

## Certificate of Service

I, Paul Brinkman, hereby certify that on the 29th day of August, 2016, I filed the

foregoing document electronically with the Clerk of the Court using the ECF system, which will

cause notice to be served electronically upon the following attorney for defendants:

> Michael S. Dingman
> REED SMITH LLP
> 7900 Tysons One Place, Suite 500
> McLean, Virginia 22102
> Phone: (703) 641-4200
> Fax: (703) 641-4340
> mdingman@reedsmith.com
>
> *Counsel for Defendants*


> */s/ Paul Brinkman*
> QUINN EMANUEL URQUHART &
> SULLIVAN, LLP
> Paul Brinkman, VSB # 35950
>
> 777 Sixth Street NW, 11th Floor
> Washington, District of Columbia 20001-3706
> Phone: (202) 538-8000
> Fax: (202) 538-8100
> paulbrinkman@quinnemanuel.com
>
> *Counsel for Plaintiffs*

3