IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, *et al.*,  )
    Plaintiffs,  )
                          )
      v.                  )    Case No. 1:16-cv-563
                          )
WAPLES MOBILE HOME PARK  )
LIMITED PARTNERSHIP, *et al.*,  )
    Defendants.  )

## ORDER

The matter came before the Court on defendants' partial Motion to Dismiss Counts I, II, IV, and VI[1] of plaintiffs' Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. (Doc. 25).

For good cause, and for the reasons stated in the Memorandum Opinion of even date,

It is hereby **ORDERED** that defendants' partial Motion to Dismiss Counts I, II, and IV is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 1, 2016

                                                          T. S. Ellis, III
                                                          United States District Judge

---

[1] Plaintiffs did not oppose defendants' motion to dismiss Count VI, and Count VI was therefore dismissed with prejudice by Order dated July 22, 2016. *See Giron de Reyes v. Waples Mobile Home Park Ltd. P'ship*, No. 16-cv-563 (E.D. Va. July 22, 2016) (Order) (Doc. 34).