AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Giron de Reyes et al | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-cv-00563-TSE-TCB |
| Waples Mobile Home Park Limited Partnership et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Giron de Reyes et al.

Date: 09/08/2016

*Rebecca Wolozin*
*Attorney's signature*

Rebecca Wolozin, VSB # 89690
*Printed name and bar number*

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
*Address*

becky@justice4all.org
*E-mail address*

(703) 720-5606
*Telephone number*

(703) 778-3454
*FAX number*