IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiff,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

## ORDER

UPON CONSIDERATION of Defendants' Motion to Reconsider, Plaintiffs' opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion to Reconsider is GRANTED for the reasons stated in the Memorandum Opinion of the same date as this Order. It is hereby

ORDERED that Defendants' Motion to Dismiss Counts I, II, and IV (Dkt. 25) is GRANTED.

ENTERED this \_\_\_\_ of _____, 2016.

 

The Honorable T.S. Ellis, III
U.S. District Court for the Eastern District
of Virginia