IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-563 |
| ) | |
| WAPLES MOBILE HOME PARK ) | |
| LIMITED PARTNERSHIP, *et al.*, ) | |
| Defendants. ) | |

## ORDER

The matter is before the Court on defendant's Motion to Reconsider (Doc. 59) the September 1, 2016 Order denying defendant's partial motion to dismiss (Doc. 57). Because the facts and arguments pertinent to the Motion to Reconsider are adequately set forth in the existing record, neither an oral argument nor additional briefing is necessary for the disposition of defendant's motion.

Accordingly, and for good cause,

It is hereby **ORDERED** that defendant's Motion to Reconsider (Doc. 59) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 12, 2016

/s/
T. S. Ellis, III
United States District Judge