UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16-cv-563-TSE-TCB |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7(F), Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz (collectively "Plaintiffs") and Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc. (collectively "Defendants"), hereby jointly stipulate and move this Court to amend the Court's Scheduling Order dated August 18, 2016 (Dkt. 47) to extend the expert discovery deadlines provided therein.

On August 17, 2016, the parties jointly filed a Proposed Discovery Plan (Dkt. 41), in which the parties proposed a discovery schedule, including certain deadlines for expert discovery. On August 18, 2016, the Court entered a Scheduling Order (Dkt. 47), adopting the discovery schedule from the Joint Discovery Plan.

Thereafter, on August 26, 2016, the Court entered an order (Dkt. 54) temporarily staying Defendants' discovery responses until ten days after the Court ruled on Defendants' Motion to Dismiss. The Court denied the Motion to Dismiss on September 1, 2016 (Dkts. 56, 57). Discovery, including document production, is ongoing. Accordingly, the parties respectfully and jointly request that the Court amend the upcoming expert discovery deadlines as follows:

1. The parties request that the deadline for Plaintiffs' opening expert reports under Rule 26(a)(2)(B) and disclosures under Rule 26(a)(2)(C) be extended by fourteen (14) days, to October 28, 2016.

2. The parties request that the deadline for Defendants' expert reports responding to Plaintiffs' opening expert reports and disclosures be extended by ten (10) days to November 28, 2016.

3. The parties request that the deadline for Plaintiffs' expert reports replying to Defendants' responsive expert reports be extended by nine (9) days to December 9, 2016.

The parties have not previously requested an extension of time for any discovery dates, and no change is sought with respect to the date for the final pretrial conference. A proposed Order amending the expert deadlines and granting the extension is attached hereto.

Dated: October 5, 2016                                                    Respectfully submitted,

/s/ Paul Brinkman                                                          /s/ Michael S. Dingman
QUINN EMANUEL URQUHART &                                  REED SMITH LLP
SULLIVAN, LLP                                                              Michael S. Dingman, VSB # 30031
Paul Brinkman, VSB # 35950                                        Justin deBettencourt, VSB # 83806
Jeanhee Hong (*pro hac vice*)
Ariel Wade Trajtenberg (*pro hac vice*)                     7900 Tysons One Place, Suite 500
Diego Durán de la Vega (*pro hac vice*)                    McLean, Virginia 22101
Jongwook Kim (*pro hac vice*)                                   Phone: (703) 641-4200
William A. Margeson (*pro hac vice*)                         Fax: (703) 641-4340
                                                                                     mdingman@reedsmith.com
777 Sixth Street NW, 11th Floor                                   jdbettencourt@reedsmith.com
Washington, District of Columbia 20001
Phone: (202) 538-8000                                                 *Counsel for Defendants*
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*