# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-563-TSE-TCB |

## JOINT NOTICE OF WAIVER OF ORAL ARGUMENT

Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz and Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc., by counsel, hereby notify the Court that they waive oral argument on the parties' Joint Motion to Amend Scheduling Order. The parties respectfully request that the Court, pursuant to Local Civil Rule 7(J), rule upon the Motion without an oral hearing.

Dated: October 5, 2016                                      Respectfully submitted,


/s/ Paul Brinkman                                           /s/ Michael S. Dingman
QUINN EMANUEL URQUHART &                                    REED SMITH LLP
SULLIVAN, LLP                                               Michael S. Dingman, VSB # 30031
Paul Brinkman, VSB # 35950                                  Justin deBettencourt, VSB # 83806
Jeanhee Hong (*pro hac vice*)
Ariel Wade Trajtenberg (*pro hac vice*)                     7900 Tysons One Place, Suite 500
Diego Duran de la Vega (*pro hac vice*)                     McLean, Virginia 22101
Jongwook Kim (*pro hac vice*)                               Phone: (703) 641-4200
William A. Margeson (*pro hac vice*)                        Fax: (703) 641-4340
                                                            mdingman@reedsmith.com
777 Sixth Street NW, 11th Floor                             jdbettencourt@reedsmith.com
Washington, District of Columbia 20001
Phone: (202) 538-8000                                       *Counsel for Defendants*
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
jeanheehong@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com
billmargeson@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*