UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16-cv-563-TSE-TCB |

## ORDER AMENDING SCHEDULING ORDER

Upon the parties' Joint Motion to Amend Scheduling Order, and for good cause shown, the Court hereby amends the Scheduling Order entered on August 18, 2016 (Dkt. 47), as follows:

1. Plaintiffs' opening expert reports under Rule 26(a)(2)(B) and disclosures under Rule 26(a)(2)(C) shall be due by **October 28, 2016**.

2. Defendants' expert reports responding to Plaintiffs' opening expert reports and disclosures shall be due by **November 28, 2016**.

3. Plaintiffs' expert reports replying to Defendants' responsive expert reports shall be due by **December 9, 2016**.

1

The parties have not previously requested an extension of time for any discovery dates.

The remaining scheduling order dates shall remain in place.

Signed at Alexandria, Virginia, this ____ day of October, 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge