IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

        Plaintiff,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

        Defendants.

Civil No.: 1:16cv563-TSE-TCB

## ORDER

UPON CONSIDERATION of Defendants' Motion to Compel, Plaintiffs' opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion to Compel is GRANTED for the reasons stated in Court.

ENTERED this \_\_\_\_ of _____, 2016.

 

The Honorable Theresa Carroll Buchanan
U.S. District Court for the Eastern District
 of Virginia