AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Giron de Reyes, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-cv-00563 |
| Waples Mobile Home Park LP, et al. ) | |
| *Defendant* ) | |

FILED IN OPEN COURT
OCT 21 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs

Date:   10/21/2016

*Attorney's signature*

Joy Odom, VA84281
*Printed name and bar number*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 Sixth Street NW, 11th Floor
Washington, DC 20001

*Address*

joyodom@quinnemanuel.com
*E-mail address*

202-538-8159
*Telephone number*

202-538-8100
*FAX number*