UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARRROLL BUCHANAN**

## MOTION HEARING

Date: 10/21/16
Start: 10:06 Am
Finish: 10:15 Am
Reporter: FTR
Deputy Clerk: Tina Fitzgerad

Civil Action Number: 16cv563

Giron de Reyes et al

vs.

Waples Mobile Home Park

Appearance of Counsel for ( X ) Plaintiff   ( X ) Defendant

Motion to Compel - DE #70

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( X ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to

( ) Report and Recommendation to Follow

( X ) Order to Follow