UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, et al., )
      Plaintiffs, )
)
v. ) Civ. No. 1:16cv563
)
WAPLES MOBILE HOME PARK )
LIMITED PARTNERSHIP, et al. )
      Defendants. )
)

### ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendants' Motion to Compel (Dkt. 70) is GRANTED. The immigration files shall be initially subject to counsel and expert eyes only so that redactions are unnecessary. Plaintiffs shall produce the files and completely answer the Requests for Admission without objections by Friday, October 28, 2016.

ENTERED this 21st day of October, 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia