AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Rosy Giron Defendant Reyes, et al.

*Plaintiff*

v.

Waples Mobile Home Park, et al.

*Defendant*

Civil Action No. 1:16cv00563-TSE-TCB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Yardi Systems, Inc.
SERVE: Corporation Service Company, Bank of America Center, 16th Floor
1111 East Main St. Richmond VA, 23219

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Appendix A attached

| Place: Legal Aid Justice Center<br>6066 Leesburg Pike, Suite 250 520<br>Falls Church, VA 22041 | Date and Time:<br><br>September 5, 2016, 10:00 a.m |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/3/2016

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Rosy Giron De Reyes, et al. Simon Y. Sandoval-Moshenberg; 6066 Leesburg Pike, Suite 250 520 Falls Church, VA 22041; simon@justice4all.org; (703) 778-3450 x 605, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

93411                                    RETURN

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16cv00563-TSE-TCB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Yardi Systems, Inc.
on *(date)* 8-4-16.

☒ I served the subpoena by delivering a copy to the named person as follows: Corporation Services Co 1111 E Main St. Richmond VA 23219 Left copies with Dustin Kline Authorized Agent.
on *(date)* 8-5-16 @ 1230; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/8/16.

*Server's signature*

David R Beech Sr. - Private Process Server
*Printed name and title*

**Third Party Service**
**FOXMORE**
1235 Mall Dr.
Richmond, VA 23235
804-379-5500

*Server's address*

Additional information regarding attempted service, etc.:

# Affidavit of Process Server
Va. code 8.01-293, 8.01-320, 8.01-325

United States District Court

**1:16cv00563-TSE-TCB**
Case Number

Return/Hearing Date 09/05/2016

**Rosy Giron Defendant Reyes, et al**
Plaintiff/Petitioner

In re / Vs

**Waples Mobile Home Park, et al**
Defendant/Respondent

Service Information: **Yardi Systems, Inc**
**Coporation Service Company 1111 East Main Street Richmond, VA 23219**

Documents(s): **Subpoena Duces Tecum**

I, **David R. Beck Sr.** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on **August 05, 2016**, at **12:30 PM**

**MANNER OF SERVICE:**

( X ) **CORPORATE SERVICE** - By delivering copies to an officer or a managing or general agent authorized by appointment or by law to receive service of process. **Dustin Kline, Authorized Agent**

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on **August 05, 2016** at **Richmond, Virginia**

State of **Virginia**
County of **Chesterfield**

Signature of process server:
David R. Beck Sr.

Subscribed and sworn before me, a notary public, this **August 08, 2016**

NOTARY PUBLIC (/) JESSICA MAZZA ( ) MARK MAZZA ( ) MICHAEL KOSLOSKY
My commission expires: December 31, 2016 January 31, 2020 March 31, 2020
Registration numbers: 7515758 158707 7172096

FOXMORE Process Servers, Inc.

1235 Mall Drive
Richmond, Va 23235
804-379-5500

Sim Sandoval-Mashenberg
Legal Aid Justice Center - Leesburg
Client Ref #:

Job # - 93411

JESSICA MAZZA
Notary Public
Commonwealth of Virginia
Reg. # 7515758
My Commission Expires Dec. 31, 2016

August 09, 2016



Foxmore Process Servers, Inc.
1235 Mall Drive
Richmond, Va 23235
Ph: 804-379-5500 Fax: 804-379-5615
http://foxmoreprocessservers.com/
Michael.Foxmore@gmail.com
Tax ID # 54-166-4136

**Invoice #: 44398**

Sim Sandoval-Mashenberg
Legal Aid Justice Center - Leesburg
6606 Leesburg Pike Suite 520
Falls Church, VA 22041

703-778-3850 Phone

703-778-3854 Fax

| Foxmore # Client # | Plaintiff | Defendant | Recipient & Address Served | Manner of Service | Date/Time of Service & Server | Type of Service & Case # | Fee of Service |
|---|---|---|---|---|---|---|---|
| 93411 | Rosy Giron Defendant Reyes, et al | Waples Mobile Home Park, et al | Yardi Systems, Inc Coporation Service Company 1111 East Main Street, Richmond, VA 23219 | Corporate Dustin Kline | 08/05/2016 12:30 PM David R. Beck Sr. | Subpoena Duces Tecum 1:16cv00563-TSE-TCB | Routine Service $50.00 |

**Total number of Jobs - 1**

Total: $50.00
(Check#: 108958) -- Recd: ($50.00)
Amount Due: **$0.00**

1