# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Rosy Giron de Reyes, et al.

**Plaintiff**

vs.   Case No: 1:16cv00563-TSE-TCB

Waples Mobile Home Park, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Appendix A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 08/30/2016 at 1:15 PM, I served CoreLogic SafeRent, LLC c/o Corporation Service Company, Registered Agent with the Subpoena Duces Tecum with Appendix A at Bank of America Center, 1111 East Main Street, 16th Floor, Richmond, Virginia 23219 by serving Rene Nordquist, Designated Agent, authorized to accept service.

Rene Nordquist is described herein as:

Gender: Female   Race/Skin: White   Age: 55   Weight: 165   Height: 5'8"   Hair: Blonde   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

9-1-16
Executed On

Kenneth V. Condrey

Client Ref Number: N/A
Job #: 1513804

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050