IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Compel (Dkt. 82), Defendants' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Plaintiffs' Motion to Compel is DENIED.

ENTERED this ____ day of November, 2016.

                                                                                                                                                           _____

                                                                                 The Honorable Theresa Carroll Buchanan
                                                                                 United States District Court for the
                                                                                 Eastern District of Virginia

US_ACTIVE-129392958