UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Compel Production of Documents (Dkt. 82), the accompanying Memorandum, and the response thereto of Defendants, the Motion is **GRANTED**. It is hereby **ORDERED** that:

[ ]    Defendants must produce the discovery requested by Plaintiffs no later than Monday, November 21, 2016.

**IT IS SO ORDERED**.

Dated:_____    _____
The Honorable Theresa Carroll Buchanan
United States District Court for the
Eastern District of Virginia