UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| ROSY GIRON DE REYES, et al., Plaintiffs, | ) ) ) ) | |
| v. | ) ) | Civ. No. 1:16cv563 |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, et al. Defendants. | ) ) ) ) ) | |

ORDER

THIS MATTER came before the Court on Plaintiffs' Motion to Compel Production of Documents (Dkt. 82.) Plaintiffs assert that defendants improperly withheld documents as privileged and redacted portions of other documents without designating them on the privilege log.

Upon review of the pleadings and the privilege log, the Court finds that the defendants have set forth a prima facie claim of work-product privilege. The description of the documents withheld clearly indicate that, though they may be directed to a third party, they contain investigatory directions and information relating to discovery responses, as well as other work product privileged information and materials. In fact, the vast majority of them were created near to or after the filing of the complaint in this case. It does not appear that there is any reason why plaintiff cannot obtain the

1

information on the same subject matters by other means.

As to documents that were partially redacted as irrelevant to the discovery requests, they need not be listed on the privilege log. The purpose of a privilege log is to list documents that would be discoverable, but for a claim of privilege, and impart enough information for a party to test that claim of privilege. Irrelevant information contained within an otherwise relevant document is like any other irrelevant material that need not be produced. Absent specific need, personal information and identities would certainly be irrelevant.

Therefore, Plaintiffs' Motion to Compel is DENIED.

ENTERED this 17th day of November, 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia