# EXHIBIT 2
# (FILED UNDER SEAL)

US_ACTIVE-129472917