# EXHIBIT 18

## APPLICATION FOR RESIDENCY – PLEASE COMPLETE EVERY QUESTION
(Each Leaseholder must submit a separate application)

### APPLICANT INFORMATION

FULL NAME (LAST) **Bolanos** (FIRST) **Felix** (MIDDLE) **A.** GENERATION (Jr Sr) ____
DOB **02/18/1979** SOCIAL SECURITY # **231 89 2541** SEX **m** MARITAL STATUS ____ (optional)
OCCUPATION **Handyman** GROSS ANNUAL INCOME (from all sources) ____
DRIVER'S LICENSE # **A6961925** STATE **VA** EMAIL ____ CELL PHONE **703-300-3147**

| TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|
| Maxima | Green | Nissan | | VA | 1996 |
| Prizm | Green | Geo | | VA | 1993 |

LIST OTHERS TO RESIDE IN MOBILE HOME AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION | VISITING ONLY |
|---|---|---|---|---|---|---|---|
| Bolanos Felix | 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 | | M | 02/18/79 | | | |

**Note** Please provide occupancy history for previous two years

**PRESENT ADDRESS**
STREET **Medford DR** APT# **102**
CITY **Annandale** STATE **VA** ZIP **22003** HOME PHONE # **703-300-3147**
RENT OR OWN? **Rent** DATES (from) **2009** (to) **present** MONTHLY PAYMENT **670.00**
LANDLORD/LENDER (CIRCLE ONE) ____ CONTACT PHONE # **703-300-3147**

**PREVIOUS ADDRESS** (If at present address less than two years)
STREET ____ APT# ____
CITY ____ STATE ____ ZIP ____ HOME PHONE # ____
RENT OR OWN? ____ DATES (from) ____ (to) ____ MONTHLY PAYMENT ____
LANDLORD/LENDER (CIRCLE ONE) ____ CONTACT PHONE # ____

**PREVIOUS ADDRESS** (If at present address less than two years)
STREET ____ APT# ____
CITY ____ STATE ____ ZIP ____ HOME PHONE # ____
RENT OR OWN? ____ DATES (from) ____ (to) ____ MONTHLY PAYMENT ____
LANDLORD/LENDER (CIRCLE ONE) ____ CONTACT PHONE # ____

**EMPLOYER AT TIME OF MOVE-IN**
NAME **Araujo Construction** STREET **8425 Granite Lane**
CITY **Manassas** STATE **VA** ZIP **20___** PHONE **426-7081**
EMPLOYMENT START DATE **2011** POSITION **Handyman** SALARY **$1400/month**
SUPERVISOR OR HUMAN RESOURCES CONTACT **426-7081** PHONE ____

**OTHER INCOME**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU)**
(1) NAME **Joana Muños** RELATIONSHIP **Friend** PHONE # **571-730-7605**
STREET **229 Quaker Lane** CITY **Alexandria** STATE **VA** ZIP **22300**
(2) NAME **Raul Garcia** RELATIONSHIP **Friend** PHONE # **571 505 9344**
STREET **229 Quaker Ln** CITY **Alexandria** STATE **VA** ZIP **22300**

ARE YOU LEGALLY ELIGIBLE TO LIVE IN THE UNITED STATES: (Please check one)
☐ Yes I am a U S Citizen
☑ Yes I have valid documentation from the U S Immigration and Naturalization Service (INS) that allows me to be in the country
List source of documentation ____ List ID # ____
If you have an Individual Tax ID # please provide in the following space ____
☐ No

**ADDITIONAL INFORMATION** (Check whichever applies)
☐ I Do Have a Water Bed    ☑ I Do Not Have a Water Bed
☐ I Do Have a Fish Tank    ☑ I Do Not Have a Fish Tank
NOTE: Renter's insurance is required if you have a water bed or fish tank. Proof of insurance must be provided prior to move in
PET INFORMATION (☐ I Will Not Be Bringing A Pet) (☐ I Will Be Bringing A Pet)
TYPE ____ BREED ____ HEIGHT ____ WEIGHT ____
TYPE ____ BREED ____ HEIGHT ____ WEIGHT ____
NOTE: Keeping pets requires consent of management, payment of applicable fees/deposits, and execution of Pet Addendum.
Service animals are not considered pets
The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988 prohibits discrimination in the rental of housing based on race color religion, sex, handicap, familial status or national origin. The Federal Agency which administers compliance with this law is the U S Department of Housing and Urban Development

The undersigned applicant and/or co signer represents that all of the above statements are true and correct and hereby authorizes verification of the above information. If such information proves to be false or misleading, Owner shall have the right to deny this application. The undersigned applicant and/or co signer hereby consents to allow AJ Dwoskin (Owner) itself or through its designated agents or employees to obtain a consumer report and criminal record and to obtain and verify credit and employment information for the purpose of determining whether to lease an apartment to me. The undersigned applicant or co signer agrees and understands that Owner and its agents and employees may obtain additional consumer reports and criminal record in the future to update or review my account. Upon my request Owner will tell me whether consumer reports or criminal records were requested and the names and addresses of any consumer reporting agency that provided such reports. The undersigned applicant and/or co signer understand that the application fee is non refundable

APPLICANT ____ DATE ____

Revised 01/13/12

WAPLES00000115