# EXHIBIT 19



# A.J DWOSKIN & ASSOCIATE, INC
# MOBILE HOME PARK APPLICATION
## AS LEASEHOLDER

(EACH CO APPLICANT MUST SUBMIT A SEPARATE APPLICATION)

---

### APPLICATION REQUIREMENTS

☑ 2-4 Most Recent, Back to Back Pay Stubs
☐ Original Valid Government Issued Photo Identification

☑ Original Social Security Card  OR
☐ Original Passport, Visa, and I 94 Form

---

### APPLICANT INFORMATION

**First Name** Esteban  **MI** R.  **Last Name** MoyA  **Other Last Names Used** YAPurA  **Social Security # /IRS Taxpayer ID#** 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  **Date of Birth** 12-25-77

**Home #** _____  **Work #** _____  **Cell #** 703-470-3020  **Email Address** _____

---

### OTHER OCCUPANTS

**Name** Steven MoyA ll  **Relationship** _____   **Name** _____  **Age** ____  **Relationship** _____

**Name** MElody MoyA 7  **Relationship** _____   **Name** _____  **Age** ____  **Relationship** _____

---

### PETS

**Type of Pet** NA  **Breed** NA  **Weight at Maturity** NA   **Type of Pet** NA  **Breed** NA  **Weight at Maturity** NA

---

### CONSECUTIVE RESIDENT HISTORY (Minimum 3 Years)

**Present Address** 3602 Barcroft View  **Apt #** 203  **City** FAlls Church  **State/Zip** VA 22041  **Move In Date** 1-1-04  5 year

**Monthly Rent/Mortgage (circle one) $** 1,365  Are you a Leaseholder/Owner (circle one)? YES

**Landlord Name/Management/Mortgage Company** Kay Manungement  **Phone #** 703-820-6161

**Move In Date** _____
**Previous Address** _____  **Street** _____  **Apt #** _____  **City** _____  **State/Zip** _____  **Move Out Date** _____

**Monthly Rent/Mortgage (circle one) $** _____  Were you a Leaseholder/Owner (circle one)? _____

**Landlord Name/Management/Mortgage Company** _____  **Phone #** _____

**Move In Date** _____
**Previous Address** _____  **Street** _____  **Apt #** _____  **City** _____  **State/Zip** _____  **Move Out Date** _____

**Monthly Rent/Mortgage (circle one) $** _____  Were you a Leaseholder/Owner (circle one)? _____

**Landlord Name/Management/Mortgage Company** _____  **Phone #** _____

---

### PERTINENT QUESTIONS

Do you have a legal right to be in the United States? ____ Yes because I am a United States citizen

Yes/No        YES Yes because I have valid documentation from the United States Citizenship and Immigration Services (USCIS) (formerly the Bureau of Citizenship and Immigration Services or the U S Immigration and Naturalization Service) or from the State Department

____ No

No  Have you ever applied or lived at an A J Dwoskin & Associates Inc community? If yes when? _____ and what property? _____

No  Have you ever foreclosed on a home or are you currently in the process of having a home foreclosed? If yes when? _____

No  Have you ever been evicted or are you currently in the process of being evicted from any leased premises?

No  Have you ever owed monies to a prior landlord? If yes when? _____ Is the amount paid in full? _____ If yes when was it paid? _____

No  Have you ever owed monies to a major utility company? If yes when? _____ Is the amount paid in full? ____ If yes when was it paid? _____

No  Have you ever filed bankruptcy? If yes when? _____ Please provide written proof of the discharge or dismissal upon request

No  Have you ever been convicted of or plead guilty or no contest to a felony (whether or not resulting in a conviction)?

No  Have you ever been convicted of or plead guilty or no contest to a misdemeanor involving sexual misconduct (whether or not resulting in a conviction)?

*NOTE If yes was answered for any of the questions within this section please provide written explanation on the back of this application*

WAPLES00000974

## Page 2
# MOBILE HOME PARK APPLICATION
## AS LEASEHOLDER

### EMPLOYMENT HISTORY

Present Employer _E. M. TEXTURE Corp_ Work Address _12204 Cedar Hill DRive_ Employed Since _3 yers_

Position _Forman_    Human Resources Phone # _240-432-0294_ _Silver Spring MD 0298_ Gross Monthly Salary $ _3,850_   E Mail Address _____

### ADDITIONAL INCOME

Additional Monthly Income $ _1,300_ Source _AMERi'sTweco_ Contact _Iose moyA_ Phone # _703-898-7897_

Additional Monthly Income $_____ Source _____ Contact _____ Phone # _____

### MOBILE HOME INFORMATION

Make & Model Name _____ Serial # _____ Owner s Name _____

Is the Mobile Home Paid in Full? ☐ Yes    ☐ No    If no  what is or what will be your monthly mortgage? $_____

If Mobile Home is NOT paid in full  please provide the following information below

Finance Company _____    Account # _____

Mailing Address _____    City State Zip _____

Telephone # _____    Contact Person _____

### EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU

Name _Ivan Iose moyA_ Full Street Address _3602 Barcroft View Terrace APT#203_

City State Zip _FAlls church_    Relationship to You _Brother_ Phone # (Including area code) _703-898-7897_

### APPLICATION FEE

Applicant has remitted the sum of $ _35 00_ which is a non refundable payment for processing this application  Such sum is not a rental payment or security deposit

I hereby deposit the sum of $ _All_ with Management as a good faith deposit in connection with this rental application  If for any reason Management disapproves my application  Management will refund the good faith deposit to me in full within ten (10) days from disapproval

I authorize A J Dwoskin & Associates Inc or their agents  to investigate my qualifications and consumer reports  and/or any and all references given or discovered  I realize this information will be used by A J Dwoskin & Associates Inc  and/or their agents  to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application

NOTICE  BY SIGNING THIS APPLICATION  YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION  ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR APPLICATION OR IMMEDIATE TERMINATION OF YOUR LEASE

Applicant's Signature as LEASEHOLDER _[signature]_    Date _12-7-10_

Rec 12/9/10
C C.