# EXHIBIT 20

# APPLICATION RESIDENCY – PLEASE COMPLETE EVERY QUESTION
(Each leaseholder must submit a separate application)

## APPLICANT INFORMATION

FULL NAME (LAST) Saravia-Cruz (FIRST) Herbert (MIDDLE) D. GENERATION (Jr Sr) —
DOB 12/28/81   SOCIAL SECURITY # 228-0-91-4362   SEX Male   MARITAL STATUS — (optional)
OCCUPATION Floor Installer   GROSS ANNUAL INCOME (from all sources) $32,005
DRIVER'S LICENSE # T60862568   STATE VA   EMAIL ____   CELL PHONE 703-232-0361

| | TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|---|
| VEHICLES | Econoline Van | White | Ford | XBE8510 | VA | 2005 |
| | Trans Sport | White | Pontiac | XDJ9942 | VA | 1998 |

LIST OTHERS TO RESIDE IN MOBILE HOME AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION | VISITING ONLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Note** Please provide occupancy history for previous two years

**PRESENT ADDRESS:**
STREET 11256 Mobile Dr.   APT # —
CITY Fairfax   STATE VA   ZIP 22030   HOME PHONE # 703-232-0361
RENT OR OWN? rent   DATES (from) 12/2010 (to) 1/2012   MONTHLY PAYMENT $1,400.00
(LANDLORD)/LENDER (CIRCLE ONE) Ricardo Carcamo   CONTACT PHONE # 703-655-2007

**PREVIOUS ADDRESS** (If at present address less than two years)
STREET ____   APT # ____
CITY ____ STATE ____ ZIP ____ HOME PHONE # ____
RENT OR OWN? ____ DATES (from) ____ (to) ____ MONTHLY PAYMENT ____
LANDLORD/LENDER (CIRCLE ONE) ____ CONTACT PHONE # ____

**PREVIOUS ADDRESS** (If at present address less than two years)
STREET ____ APT # ____
CITY ____ STATE ____ ZIP ____ HOME PHONE # ____
RENT OR OWN? ____ DATES (from) ____ (to) ____ MONTHLY PAYMENT ____
LANDLORD/LENDER (CIRCLE ONE) ____ CONTACT PHONE # ____

**EMPLOYER AT TIME OF MOVE-IN**
NAME Self-Employed   STREET ____
CITY ____ STATE ____ ZIP ____ PHONE ____
EMPLOYMENT START DATE ____ POSITION ____ SALARY ____
SUPERVISOR OR HUMAN RESOURCES CONTACT ____ PHONE ____

**OTHER INCOME**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU)**
(1) NAME ____ RELATIONSHIP ____ PHONE # ____
STREET 6608 arch Dr CITY falls Church STATE VA 22040 ZIP ____
(2) NAME Juan Saravia RELATIONSHIP ____ PHONE # 703 258 0362
STREET ____ CITY ____ STATE ____ ZIP ____

ARE YOU LEGALLY ELIGIBLE TO LIVE IN THE UNITED STATES: (Please check one)
☐ Yes I am a US Citizen
☑ Yes I have valid documentation from the US Immigration and Naturalization Service (INS) that allows me to be in the country
List source of documentation ____ List ID# ____
If you have an Individual Tax ID # please provide in the following space ____
☐ No

**ADDITIONAL INFORMATION** (Check whichever applies)
☐ I Do Have a Water Bed   ☑ I Do Not Have a Water Bed
☐ I Do Have a Fish Tank   ☑ I Do Not Have a Fish Tank
NOTE Renter's Insurance is required if you have a water bed or fish tank. Proof of insurance must be provided prior to move in
PET INFORMATION (☑ Will Not Be Bringing A Pet) (☐ I Will Be Bringing A Pet)
TYPE ____ BREED ____ HEIGHT ____ WEIGHT ____
TYPE ____ BREED ____ HEIGHT ____ WEIGHT ____
**NOTE** Keeping pets requires consent of management, payment of applicable fees/deposits, and execution of Pet Addendum. Service animals are not considered pets
The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988 prohibits discrimination in the rental of housing based on race, color religion, sex, handicap familial status or national origin. The Federal Agency which administers compliance with this law is the US Department of Housing and Urban Development.

The undersigned applicant and/or co signer represents that all of the above statements are true and correct and hereby authorizes verification of the above information. If such information proves to be false or misleading Owner shall have the right to deny this application. The undersigned applicant and/or co signer hereby consents to allow AJ Dwoskin (Owner) itself or through its designated agents or employees to obtain a consumer report and criminal record and to obtain and verify credit and employment information for the purpose of determining whether to lease an apartment to me. The undersigned applicant or co signer agrees and understands that Owner and its agents and employees may obtain additional consumer reports and criminal record in the future to update or review my account. Upon my request Owner will tell me whether consumer reports or criminal records were requested and the names and addresses of any consumer reporting agency that provided such reports. The undersigned applicant and/or co signer understand that the application fee is non refundable

APPLICANT [signature]   DATE 1/37/12

Revised 01/13/12

WAPLES00000344