UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Objection to Magistrate Judge's Order Denying Plaintiffs' Motion to Compel (Dkt. 94), the accompanying Memorandum, Defendants' response, and Plaintiffs' reply, the Motion is **GRANTED**. It is hereby **ORDERED** that:

Defendants must produce the discovery requested by Plaintiffs immediately. Plaintiffs are granted leave to reopen any depositions of Defendants after receiving the outstanding documents for the purpose of questioning Defendants' witnesses on such documents.

                                                **IT IS SO ORDERED**.

Dated:_____

                                              The Honorable T.S. Ellis, III
United States District Court for the
Eastern District of Virginia