# Exhibit 16

| | |
|---|---|
| **From:** | Brady Bustany <Brady.Bustany@Yardi.Com> |
| **Sent:** | Sunday, November 13, 2016 11:34 AM |
| **To:** | Bill Margeson; 'Simon Sandoval-Moshenberg'; Dean, Michael; Dingman, Michael S. |
| **Subject:** | RentGrow Declaration |
| **Attachments:** | Bustany RentGrow Declaration (11-13-16) executed.pdf |

Gentlemen,

Please see the attached declaration.

Best regards,
Brady



**Brady M. Bustany** | Corporate Counsel

toll free 800.866.1124 x1671 | local 805.699.2040 x1671
Yardi Systems, Inc. | 430 S Fairview Ave | Santa Barbara, CA 93117
brady.bustany@yardi.com | www.yardi.com

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited. If you have received this message in error, please completely destroy all electronic and hard copies, and contact the sender at toll free 800.866.1124 x1671 or brady.bustany@yardi.com.

1