**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for an Extension of Time, Plaintiffs' Motion is **GRANTED**. It is hereby **ORDERED** that:

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment is due no later than December 23, 2016. Defendants' Reply is due no later than December 28, 2016. The hearing shall be held on January 6, 2016.

                                                                                                    **IT IS SO ORDERED**.

Dated:_____

                                                                  The Honorable T.S. Ellis, III
                                                                  United States District Court for the
                                                                   Eastern District of Virginia