IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiff,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

## ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s (collectively "Defendants") Motion to Seal (Dkt. 94) and Local Civil Rule 5, and having seen no opposition filed to Defendants' Motion to Seal (Dkt. 94), it is hereby

ORDERED that Defendants' Motion to Seal (Dkt. 94) is GRANTED.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Defendants have filed a public Notice of Filing of Defendants' Motion to Seal (Dkt. 96) and the Court has posted this public notice on the Court's public docket. A brief description of the content that Defendants move to seal (Dkt. 94) is as follows:

1) Plaintiffs' Responses to Defendants' Interrogatories and Requests for Admission, which are attached as Exhibits 1-8, 31 to Defendants' memorandum in support of the Motion for Summary Judgment (Dkt. 98);

2) Plaintiffs' deposition transcripts, which are attached as Exhibits 9-16 to Defendants' memorandum in support of the Motion for Summary Judgment;

3) An email regarding Defendants' marketing efforts and a 2014 marketing plan of Defendants, attached to Defendants' memorandum in support of the Motion for Summary Judgment as Exhibits 32-33;

4) A letter to an unconnected third-party tenant containing private identifying information attached to Defendants' memorandum in support of the Motion for Summary Judgment as Exhibit 34; and

5) A portion of Defendants' memorandum in support of Defendants' Motion for Summary Judgment which cites to Plaintiffs' Responses to Defendants' Interrogatories and Requests for Admission, Plaintiffs' deposition transcripts, Defendants' exhibits regarding Defendants' marketing efforts, and the letter to the unconnected third-party tenant.

UPON CONSIDERATION of Defendants' Motion to Seal (Dkt. 94) and Local Civil Rule 5, and having seen no opposition filed to Defendants' Motion to Seal (Dkt. 94), the Court hereby

FINDS that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Further, it is hereby

ORDERED that the Proposed Sealed Documents shall be maintained under seal by the Clerk, until otherwise directed.

ENTERED this \_\_\_\_ day of December 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carroll Buchanan
U.S. District Court for the
Eastern District of Virginia