UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

### ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

This matter comes before the Court under Local Civil Rule 5 and on the Motion of Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") to file under seal Exhibits 7 and 9-14 to Plaintiffs' Objection to Magistrate Judge's Order Denying Plaintiffs' Motion to Compel. Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board:

"This document serves as notice to the public that Plaintiffs, by counsel, have moved the Court to seal from public disclosure Exhibits 7 and 9-14 to Plaintiffs' Objection to Magistrate Judge's Order Denying Plaintiffs' Motion to Compel. A brief description of the content of these documents is as follows:

- Ex. 7: Confidential daily report prepared by Waples' property manager.
- Ex. 9: Confidential spreadsheet of "Outstanding Renewals" documenting Defendants' lease renewal process.
- Ex. 10: Confidential report documenting current resident list.
- Ex. 11: Confidential Screening Services Activation Agreement governing the relationship between Defendants and Yardi.
- Ex. 12: Confidential email containing instructions for Defendants' employees on how to process lease renewals.
- Ex. 13: Confidential email between Defendants and Yardi including attached report generated by Yardi.
- Ex. 14: Confidential chart tracking tenants' compliance with Defendants' policy, and letters sent to tenants regarding lease file audits."

Based upon Plaintiffs' filings, the Court **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Dated: 12/1/16

United States District Court for the
Eastern District of Virginia