AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Giron de Reyes, et al., ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:16-cv-00563-TSE-TCB |
| Waples Mobile Home Park Limited Partnership, et al. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership and A. J. Dwoskin & Associates, Inc.

Date:   12/02/2016

*Attorney's signature*

Grayson P. Hanes, Esq. (VSB No. 06614)
*Printed name and bar number*

Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
*Address*

ghanes@reedsmith.com
*E-mail address*

(703) 641-4200
*Telephone number*

(703) 641-4340
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2016, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
mdingman@reedsmith.com
jdebettencourt@reedsmith.com