IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiff, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## PROPOSED ORDER

UPON CONSIDERATION of Defendants' Motion for Three-day Extension to Defendants' Date to Submit a Reply in Support of Defendants' Motion for Summary Judgment, any opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion for Three-day Extension to Defendants' Date to Submit a Reply in Support of Defendants' Motion for Summary Judgment is GRANTED.

Defendants may have until January 6, 2017 to file a Reply in Support of Defendants' Motion for Summary Judgment.

ENTERED this ___ day of December 2016.

_____
U.S. District Court for the
Eastern District of Virginia

US_ACTIVE-129566394