**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **ROSY GIRON DE REYES**, *et al.*, | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:16-cv-563** |
| | ) | |
| **WAPLES MOBILE HOME PARK** | ) | |
| **LIMITED PARTNERSHIP,** *et al.*, | ) | |
| **Defendants.** | ) | |

## ORDER

The matter is before the Court on defendants' Motion For Three Day Extension (Doc. 117).

Currently, the deadline for the submission of a Reply in Support of Defendants' Motion for Summary Judgment is January 3, 2017. Defendants represent that one of defendants' attorneys will be abroad during the reply period. Defendants therefore seek a modest, three-day extension to submit their Reply.

Because good cause exists to grant a three-day extension,

It is hereby **ORDERED** that defendants' motion (Doc. 117) is **GRANTED**.

It is further **ORDERED** that defendants may have until 5:00 p.m., Friday, January 6, 2017 to file a Reply in Support of Defendants' Motion for Summary Judgment.

Alexandria, Virginia
December 2, 2016

/s/
_____
T. S. Ellis, III
United States District Judge

1