IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiff, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiffs' Objection to Magistrate Judge's Order Denying Plaintiffs' Motion to Compel (Dkt. 103), Defendants' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Plaintiffs' Objection to Magistrate Judge's Order Denying Plaintiffs' Motion to Compel (Dkt. 103) is DENIED.

ENTERED this ___ day of December 2016.

_____
The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia

US_ACTIVE-129721911