# EXHIBIT 1

**Defendants' Privilege Log**

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00002354-2355 | Email | 2/5/2016 | Valerie Dixon | Mark Jones; Jessica Armstead | Natalia Ostroveanu | Email reflecting legal advice regarding Iporre Answer and Grounds, with attached Answer. | Attorney-Client; Work-Product |
| DOCID00002364 | Email | 1/6/2016 | Valerie Dixon | Josephine Giambanco; Mark Jones | Jessica Armstead | Email discussing legal advice from Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00013223 | Emails | 3/3/2016 | Susan Earman, Esq. | Jessica Armstead | N/A | Email providing legal advice regarding criminal background check policy. | Attorney-Client |
| DOCID00013809-13812 | Email | 2/11/2016 | Jessica Armstead | Josephine Giambanco; Susan Earman, Esq.; Valerie Dixon | Melanie Conley; Mark Jones; Jessica Armstead | Email providing documents at the direction of attorney in connection with seeking legal advice regarding court proceedings, with attached leaseholder applications. | Attorney-Client; Work-Product |
| DOCID00014462 | Email | 1/6/2016 | Josephine Giambanco | Valerie Dixon; Mark Jones | Jessica Armstead | Email reflecting legal advice provided by Susan Earman, Esq. regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00015272 | Email | 12/14/2015 | Susan Earman, Esq. | Josephine Giambanco; Jessica Armstead | Mark Jones | Email requesting information in connection with providing legal advice regarding Waples MHP. | Attorney-Client; Work-Product |
| DOCID00015320-15321 | Email | 2/11/2016 | Josephine Giambanco | Susan Earman, Esq.; Jessica Armstead; Valerie Dixon | Melanie Conley; Mark Jones | Email responding to legal advice regarding court proceedings, with attached report. | Attorney-Client; Work-Product |
| DOCID00015322-15323 | Email | 2/11/2016 | Susan Earman, Esq. | Susan Earman, Esq.; Jessica Armstead; Valerie Dixon | Melanie Conley; Mark Jones | Email providing document at the direction of attorney in connection with seeking legal advice regarding court proceedings, with attached leaseholder application. | Attorney-Client; Work-Product |
| DOCID00015324 | Email | 2/11/2016 | Susan Earman, Esq. | Jessica Armstead; Valerie Dixon | Josephine Giambanco; Melanie Conley; Mark Jones | Email requesting information in connection with providing legal advice regarding court proceedings and criminal background checks. | Attorney-Client; Work-Product |
| DOCID00015338 | Email | 12/22/2015 | Susan Earman, Esq. | Mark Jones; Jessica Armstead; Valerie Dixon | Josephine Giambanco | Email providing legal advice regarding court proceedings and lease requirements. | Attorney-Client; Work-Product |
| DOCID00015339 | Email | 12/22/2015 | Susan Earman, Esq. | Jessica Armstead; Valerie Dixon | Josephine Giambanco; Mark Jones | Email providing legal advice regarding litigation issues. | Attorney-Client |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00026185 | Email | 3/3/2016 | Jessica Armstead | Michael Dean, Esq.; Mark Jones | N/A | Email forwarding information reflecting legal advice from Susan Earman, Esq. regarding strategy. | Attorney-Client; Work-Product |
| DOCID00026186 | Email | 3/3/2016 | Jessica Armstead | Mark Jones | N/A | Email forwarding information reflecting legal advice from Susan Earman, Esq. regarding strategy. | Attorney-Client; Work-Product |
| DOCID00029545 | Email | 12/23/2015 | Jessica Armstead | Mark Jones | N/A | Email providing information in response to legal advice from Susan Earman, Esq. regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00054251 | Email | 1/6/2016 | Valerie Dixon | Mark Jones | Josephine Giambanco; Jessica Armstead | Email responding to legal advice from Susan Earman, Esq. regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00054252 | Email | 1/6/2016 | Mark Jones | Valerie Dixon | Josephine Giambanco; Jessica Armstead | Email providing information at the direction of Susan Earman, Esq. regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00054397 | Email | 12/22/2015 | Valerie Dixon | Josephine Giambanco | N/A | Email requesting information at the direction of Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00066105; WAPLES00000142 8 | Report | N/A | N/A | N/A | N/A | Personal identifying information. | Personal Identifiers |
| DOCID00066442-66445 | Email | 7/18/2016 | Josephine Giambanco | Susan Earman, Esq.; Valerie Dixon | N/A | Email attaching lease documents at the direction of attorney. | Attorney-Client; Work-Product |
| DOCID00067523-67524 | Email | 3/11/2016 | Josephine Giambanco | Susan Earman, Esq. | Valerie Dixon | Email seeking legal advice regarding tenant documents, with attached letter. | Attorney-Client |
| DOCID00067769; WAPLES00000143 5-1437 | Report | 2/11/2016 | Josephine Giambanco | N/A | N/A | Communications with attorney, directions from attorney. | Attorney-Client; Work-Product |
| DOCID00068324 | Email | 12/22/2015 | Josephine Giambanco | Valerie Dixon | N/A | Email responding to information request from Susan Earman, Esq. regarding tenant documents. | Attorney-Client; Work-Product |
| DOCID00068330 | Email | 12/22/2015 | Josephine Giambanco | Valerie Dixon | N/A | Email responding to information request from Susan Earman, Esq. regarding tenant documents. | Attorney-Client; Work-Product |
| DOCID00151148; WAPLES00000147 0 | Email | 7/28/2011 | Sabiha Noorzai | Daily Reports - Residential | N/A | Communications with Michael Dean, Esq. | Attorney-Client |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00155023 | Email | 9/14/2011 | Julia Edwards | Peter Williams; Albert J. Dwoskin | Michael Dean, Esq. | Email communications with attorney regarding criminal background checks. | Attorney-Client |
| DOCID00258294 | Email | 8/29/2016 | Michael Dean, Esq. | Albert J. Dwoskin | Michael McGregor | Email communications with attorney regarding Priority Items. | Attorney-Client |
| DOCID00259190 | Email | 8/22/2016 | Michael Dean, Esq. | Albert J. Dwoskin | Michael McGregor | Email communications with attorney regarding Priority Items. | Attorney-Client |
| DOCID00286133; WAPLES00000148 5-1487 | Report | 12/4/2015 | Josephine Giambanco | N/A | N/A | Communications regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00484346 | Email | 6/10/2016 | Mark Jones | Michael Dean, Esq.; Carolina Easton | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00484635 | Email | 12/23/2015 | Susan Earman, Esq. | Mark Jones; Jessica Armstead; Valerie Dixon | Josephine Giambanco; Carolina Easton | Email communications with client regarding court proceedings. | Attorney-Client |
| DOCID00484637 | Email | 12/23/2015 | Susan Earman, Esq. | Mark Jones; Jessica Armstead; Valerie Dixon | Josephine Giambanco; Carolina Easton | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID00486508 | Email | 3/24/2016 | Josephine Giambanco | Susan Earman, Esq.; Valerie Dixon; Jessica Armstead; Carolina Easton | N/A | Email responding to legal advice regarding application requirements. | Attorney-Client |
| DOCID00486547 | Email | 3/18/2016 | Josephine Giambanco | Carolina Easton | Mark Jones; Jessica Armstead; Josephine Giambanco | Email providing information at the direction of Susan Earman, Esq. regarding notices. | Attorney-Client; Work-Product |
| DOCID00491211-491213 | Email | 9/19/2016 | Natalia Ostroveanu | Carolina Easton; Mark Jones | N/A | Email providing background information in connection with seeking legal advice, with attached tenant report. | Attorney-Client; Work-Product |
| DOCID00491216-491218 | Email | 9/19/2016 | Natalia Ostroveanu | Mark Jones; Carolina Easton | N/A | Email providing background information in connection with seeking legal advice, with attached tenant reports. | Attorney-Client; Work-Product |

**Defendants' Privilege Log**

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00518794-518796 | Email | 7/18/2016 | Valerie Dixon | Carolina Easton | N/A | Email forwarding information regarding court proceedings, with attached hearing transcript and draft interrogatory responses. | Attorney-Client; Work-Product |
| DOCID00518878-518879 | Email | 4/18/2016 | Susan Earman, Esq. | Valerie Dixon; Josephine Giambanco; Michael Dean, Esq.; Carolina Easton | N/A | Email providing legal advice regarding attached draft responses. | Attorney-Client; Work-Product |
| DOCID00518905-518906 | Email | 4/4/2016 | Valerie Dixon | Carolina Easton; Jessica Armstead | N/A | Email forwarding discovery from Susan Earman. | Attorney-Client; Work-Product |
| DOCID00518914-518915 | Email | 3/11/2016 | Valerie Dixon | Jessica Armstead; Carolina Easton | Mark Jones | Email forwarding information provided by Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00518920 | Email | 3/3/2016 | Josephine Giambanco | Valerie Dixon; Susan Earman, Esq. | Carolina Easton | Email communications with attorney regarding court proceedings. | Attorney-Client |
| DOCID00518924 | Email | 3/3/2016 | Susan Earman, Esq. | Carolina Easton; Jessica Armstead | N/A | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID00518925 | Email | 3/3/2016 | Josephine Giambanco | Jessica Armstead; Valerie Dixon; Susan Earman, Esq.; Yuliana Salazar; Sharon Clark | Carolina Easton; Adriana Swinson; Natalia Ostroveanu | Email responding to legal advice regarding court proceedings. | Attorney-Client |
| DOCID00518926 | Email | 3/3/2016 | Jessica Armstead | Susan Earman, Esq.; Carolina Easton | N/A | Email seeking legal advice regarding court proceedings. | Attorney-Client |
| DOCID00518929 | Email | 3/3/2016 | Susan Earman, Esq. | Josephina Giambanco; Valerie Dixon; Jessica Armstead; Yuliana Salazar; Sharon Clark | Carolina Easton; Adriana Swinson; Natalia Ostroveanu | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID00518966-518967 | Email | 2/22/2016 | Valerie Dixon | Carolina Easton | N/A | Email forwarding hearing transcript from Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00518989 | Email | 1/4/2016 | Valerie Dixon | Mark Jones | Josephine Giambanco; Jessica Armstead; Carolina Easton | Email forwarding legal advice from Susan Earman, Esq. regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00525604 | Email | 3/3/2016 | Carolina Easton | Susan Earman, Esq. | Jessica Armstead | Email providing information at the request of attorney regarding court proceedings. | Attorney-Client |

**Defendants' Privilege Log**

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00566004 | Email | 9/23/2016 | Susan Earman, Esq. | Michael Dean, Esq.; Mark Jones | N/A | Email forwarding article in connection with providing legal advice. | Attorney-Client |
| DOCID00568794-568795 | Email | 8/30/2016 | Michael Dean, Esq. | Brady Bustany | Mark Jones | Email forwarding information, with attached Order of Stay. | Attorney-Client; Work-Product |
| DOCID00568887 | Email | 8/29/2016 | Brady Bustany | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00568915 | Email | 8/29/2016 | Michael Dean, Esq. | Mark Jones | N/A | Email forwarding information regarding resident screening. | Attorney-Client |
| DOCID00569569 | Email | 8/22/2016 | Patrick Hennessey | Mark Jones | Brady Bustany | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00575917-575918 | Email | 6/24/2016 | "canon1" | Mark Jones | N/A | Interrogatories scanned in for the purpose of sending to Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00575919-575920 | Email | 6/24/2016 | Susan Earman, Esq. | Mark Jones | N/A | Email providing legal advice regarding attached interrogatory responses. | Attorney-Client; Work-Product |
| DOCID00575922-575923 | Email | 6/24/2016 | "canon1" | Mark Jones | N/A | Interrogatories scanned in for the purpose of sending to Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00577576 | Email | 6/9/2016 | Patrick Hennessey | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00577620 | Email | 6/9/2016 | Patrick Hennessey | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00577714 | Email | 6/8/2016 | Patrick Hennessey | Mark Jones; Amy Gerritsen | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00577718 | Email | 6/8/2016 | Amy Gerritsen | Mark Jones | Patrick Hennessey | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |

**Defendants' Privilege Log**

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00649814-649815 | Email | 7/6/2016 | "canon1" | Mark Jones | N/A | Interrogatories scanned in for the purpose of sending to Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00650026 | Email | 8/29/2016 | Brady Bustany | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00653346 | Email | 6/8/2016 | Mark Jones | Patrick Hennessey; Amy Gerritsen | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00657329 | Email | 9/19/2016 | Mark Jones | Brady Bustany | Michael Dean, Esq.; Michael Dingman, Esq. | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00657871-657872 | Email | 9/19/2016 | Mark Jones | Michael Dingman, Esq. | Brady Bustany; Michael Dean, Esq. | Email requesting legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00658337-6583385 | Email | 8/29/2016 | Mark Jones | Brady Bustany | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00660174-660175 | Email | 6/24/2016 | Mark Jones | Susan Earman, Esq. | N/A | Email forwarding attached interrogatory responses. | Attorney-Client; Work-Product |
| DOCID00660176-660177 | Email | 6/24/2016 | Mark Jones | Susan Earman, Esq. | Michael Dean, Esq. | Email forwarding attached interrogatory responses. | Attorney-Client; Work-Product |
| DOCID00660653-660654 | Email | 6/9/2016 | Mark Jones | Patrick Hennessey | N/A | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00660698 | Email | 6/8/2016 | Mark Jones | Amy Gerritsen | Patrick Hennessey | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00660922-660926 | Email | 5/26/2016 | Mark Jones | Kevin Ortega | N/A | Email requesting information at the direction of attorney regarding lease renewals, with attachments. | Attorney-Client; Work-Product |
| DOCID00663792-663794 | Email | 2/5/2016 | Mark Jones | Michael Dean, Esq. | N/A | Email seeking legal advice regarding Iporre Answer and Grounds, with attached Answer. | Attorney-Client; Work-Product |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00698473-6988475 | Email | 9/23/2016 | Mark Jones | Mark Jones | N/A | Email forwarding article from Susan Earman, Esq. in connection with seeking legal advice. | Attorney-Client; Work-Product |
| DOCID00699442-699463 | Email | 9/8/2016 | N/A | Carolina Easton | Natalia Ostroveanu | Draft email forwarding information in connection with seeking legal advice regarding credit checks, with attached tenant reports. | Attorney-Client; Work-Product |
| DOCID00807426-807428 | Email | 9/5/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching draft reports. | Attorney-Client; Work-Product |
| DOCID00807744-807746 | Email | 8/28/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching draft reports. | Attorney-Client; Work-Product |
| DOCID00808163-808164 | Email | 7/29/2016 | "canon2" | Michael Dean, Esq. | N/A | Scanned email attaching letter from VOICE regarding tenant evictions. | Attorney-Client; Work-Product |
| DOCID00808684-808685 | Email | 7/29/2016 | "canon2" | Michael Dean, Esq. | N/A | Scanned email attaching letter from Senate of Virginia regarding tenant evictions. | Attorney-Client; Work-Product |
| DOCID00899916; 899918-899920 | Email | 9/2/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching Daily Commercial Reports and Priority Items from Michael Dean, Esq. to Dwoskin management. | Attorney-Client |
| DOCID00900095-900098 | Email | 8/23/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching Daily Commercial Reports and Priority Items from Michael Dean, Esq. to Dwoskin management. | Attorney-Client |
| DOCID00900199-900205 | Email | 8/19/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching Daily Commercial Reports and Priority Items from Michael Dean, Esq. to Dwoskin management. | Attorney-Client |
| DOCID01073509 | Email | 1/7/2016 | Natalia Ostroveanu | Valerie Dixon | N/A | Email providing information in response to legal advice from Susan Earman, Esq. regarding court hearing. | Attorney-Client; Work-Product |
| DOCID01089512-1089517 | Email | 6/29/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding hearing, with attached hearing transcript. | Attorney-Client; Work-Product |
| DOCID01089518-1089523 | Email | 6/29/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding hearing, with attached hearing transcript. | Attorney-Client; Work-Product |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID01089537-1089540 | Email | 3/2/2016 | Alan Zhou | Valerie Dixon | N/A | Email forwarding documents on behalf of Susan Earman, Esq., with attached Answer, Memorandum, and Praecipe. | Attorney-Client; Work-Product |
| DOCID01091965-1091966 | Email | 7/6/2016 | Alan Zhou | Valerie Dixon | Susan Earman, Esq. | Email forwarding attached work product to client on behalf of Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID01092875 | Email | 1/19/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding court proceedings and lease issues. | Attorney-Client |
| DOCID01092887 | Email | 1/6/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID01092965 | Email | 12/22/2015 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID01103281-1103283 | Email | 2/11/2016 | Valerie Dixon | Susan Earman, Esq. | N/A | Email providing information at the direction of attorney regarding court proceedings, with attached resident information guides. | Attorney-Client; Work-Product |
| DOCID01103524 | Email | 1/19/2016 | Valerie Dixon | Susan Earman, Esq. | N/A | Email responding to legal advice regarding court proceedings. | Attorney-Client |
| DOCID01103636 | Email | 1/7/2016 | Valerie Dixon | Natalia Ostroveanu | N/A | Email forwarding information in connection with legal advice provided by Susan Earman, Esq. regarding court hearing. | Attorney-Client; Work-Product |
| DOCID01103649 | Email | 1/6/2016 | Valerie Dixon | Susan Earman, Esq. | N/A | Email forwarding information in connection with seeking legal advice regarding court proceedings and lease requirements. | Attorney-Client; Work-Product |
| DOCID01103761 | Email | 12/22/2015 | Valerie Dixon | Susan Earman, Esq. | N/A | Email forwarding information in connection with seeking legal advice regarding court proceedings and lease requirements. | Attorney-Client; Work-Product |