# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ATLANTIS CONSULTANTS LIMITED CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 1:15-cv-439-CMH-MSN |
| TERRADYNE ARMORED VEHICLES, INC., | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on Defendant's Motion to Compel (Dkt. No. 141). Having reviewed the Motion and Plaintiff's Opposition to the Motion (Dkt. No. 171), and for the reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion is GRANTED in part. Plaintiff shall produce a copy of Mr. Alubbad's passport within seven (7) days of the entry of this order. Plaintiff may redact sensitive and irrelevant portions of the passport as directed from the bench at the hearing on this matter.

ENTERED this 11th day of December, 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia