IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## PROPOSED ORDER

UPON CONSIDERATION of the parties' Joint Motion to Reschedule Final Pretrial Conference and Related Deadlines, and because there is good cause shown, it is hereby

ORDERED that the parties' Joint Motion to Reschedule Final Pretrial Conference and Related Deadlines is GRANTED.

The final pretrial conference will be rescheduled to Thursday February 2, 2016 at 1:00 p.m.

The parties must file on or before the February 2, 2016 final pretrial conference date: the Rule 26(a)(3) disclosures, a list of the exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts. The exhibits themselves or a copy should be exchanged with opposing counsel before the conference. Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence.

- 2 -

ENTERED this ___ day of December 2016.

                                                                                  _____
                                                                                  The Honorable T.S. Ellis, III
                                                                                  U.S. District Court for the
                                                                                  Eastern District of Virginia