## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

ROSY GIRON DE REYES, *et al.*,    )
     Plaintiffs,    )
         )
       v.    )     Case No. 1:16-cv-563
         )
WAPLES MOBILE HOME PARK    )
LIMITED PARTNERSHIP, *et al.*,    )
     Defendants.    )

### ORDER

The matter is before the Court on plaintiffs' objections to the Magistrate Judge's Order denying a motion to compel (Doc. 103). The matter is scheduled for a hearing on Friday, December 9, 2016.

Specifically, plaintiffs contend that defendants have improperly redacted portions of 61 otherwise relevant documents. According to plaintiffs, defendants have redacted specific information on the sole basis that the redacted content is, in defendants' view, irrelevant. Because the issue of relevance is fact-dependent, it is appropriate to conduct an *in camera* review of the 61 documents in question.

Accordingly, and for good cause,

It is hereby **ORDERED** that defendants are **DIRECTED** to submit the 61 documents in unredacted form for *in camera* review no later than 2:00 p.m., Thursday, December 8, 2016.

It is further **ORDERED** that defendants are **DIRECTED** to indicate by *this same time*, 2:00 p.m. December 8, 2016, which portions of the 61 documents were redacted.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
December 7, 2016

/s/

T. S. Ellis, III
United States District Judge