# Exhibit 2

**Defendants' Privilege Log**

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00002354-2355 | Email | 2/5/2016 | Valerie Dixon | Mark Jones; Jessica Armstead | Natalia Ostroveanu | Email reflecting legal advice regarding Iporre Answer and Grounds, with attached Answer. (Email forwards legal advice in email from S. Earman, Esq.) | Attorney-Client; Work-Product |
| DOCID00002364 | Email | 1/6/2016 | Valerie Dixon | Josephine Giambanco; Mark Jones | Jessica Armstead | Email discussing legal advice from Susan Earman, Esq. (Email discussing legal strategy re Escobar and Hurtado litigation after question from S. Earman, Esq.) | Attorney-Client; Work-Product |
| DOCID00013223 | Emails | 3/3/2016 | Susan Earman, Esq. | Jessica Armstead | N/A | Email providing legal advice regarding criminal background check policy. | Attorney-Client |
| DOCID00013809-13812 | Email | 2/11/2016 | Jessica Armstead | Josephine Giambanco; Susan Earman, Esq.; Valerie Dixon | Melanie Conley; Mark Jones; Jessica Armstead | Email providing documents at the direction of attorney in connection with seeking legal advice regarding court proceedings, with attached leaseholder applications. | Attorney-Client; Work-Product |
| DOCID00014462 | Email | 1/6/2016 | Josephine Giambanco | Valerie Dixon; Mark Jones | Jessica Armstead | Email reflecting legal advice provided by Susan Earman, Esq. regarding court proceedings. (Email discussing legal strategy re Escobar and Hurtado litigation after question from S. Earman, Esq.) | Attorney-Client; Work-Product |
| DOCID00015272 | Email | 12/14/2015 | Susan Earman, Esq. | Josephine Giambanco; Jessica Armstead | Mark Jones | Email requesting information in connection with providing legal advice regarding Waples MHP. | Attorney-Client; Work-Product |
| DOCID00015320-15321 | Email | 2/11/2016 | Josephine Giambanco | Susan Earman, Esq.; Jessica Armstead; Valerie Dixon | Melanie Conley; Mark Jones | Email responding to legal advice regarding court proceedings, with attached report. | Attorney-Client; Work-Product |

**Defendants' Privilege Log**

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00015322-15323 | Email | 2/11/2016 | Josephine Giambanco | Susan Earman, Esq.; Jessica Armstead; Valerie Dixon | Melanie Conley; Mark Jones | Email providing document at the direction of attorney in connection with seeking legal advice regarding court proceedings, with attached leaseholder application. | Attorney-Client; Work-Product |
| DOCID00015324 | Email | 2/11/2016 | Susan Earman, Esq. | Jessica Armstead; Valerie Dixon | Josephine Giambanco; Melanie Conley; Mark Jones | Email requesting information in connection with providing legal advice regarding court proceedings and criminal background checks. | Attorney-Client; Work-Product |
| DOCID00015338 | Email | 12/22/2015 | Susan Earman, Esq. | Mark Jones; Jessica Armstead; Valerie Dixon | Josephine Giambanco | Email providing legal advice regarding court proceedings and lease requirements. | Attorney-Client; Work-Product |
| DOCID00015339 | Email | 12/22/2015 | Susan Earman, Esq. | Jessica Armstead; Valerie Dixon | Josephine Giambanco; Mark Jones | Email providing legal advice regarding litigation issues. | Attorney-Client |
| DOCID00026185 | Email | 3/3/2016 | Jessica Armstead | Michael Dean, Esq.; Mark Jones | N/A | Email forwarding information reflecting communications and legal advice from Susan Earman, Esq. regarding strategy. | Attorney-Client; Work-Product |
| DOCID00026186 | Email | 3/3/2016 | Jessica Armstead | Mark Jones | N/A | Email forwarding information reflecting legal advice from Susan Earman, Esq. regarding strategy. (Email discussing legal strategy in Hurtado litigation in response to inquiry from S. Earman, Esq.) | Attorney-Client; Work-Product |
| DOCID00029545 | Email | 12/23/2015 | Jessica Armstead | Mark Jones | N/A | Email providing information in response to legal advice from Susan Earman, Esq. regarding court proceedings. (Email discussing Escobar litigation in response to inquiry from S. Earman, Esq.) | Attorney-Client; Work-Product |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00054251 | Email | 1/6/2016 | Valerie Dixon | Mark Jones | Josephine Giambanco; Jessica Armstead | Email responding to legal advice from Susan Earman, Esq. regarding court proceedings. (Email discussing legal strategy in Escobar litigation in response to inquiry from S. Earman, Esq.) | Attorney-Client; Work-Product |
| DOCID00054252 | Email | 1/6/2016 | Mark Jones | Valerie Dixon | Josephine Giambanco; Jessica Armstead | Email providing information at the direction of Susan Earman, Esq. regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00054397 | Email | 12/22/2015 | Valerie Dixon | Josephine Giambanco | N/A | Email requesting information re Escobar litigation at the direction of Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00066105; WAPLES00001428 | Report | N/A | N/A | N/A | N/A | Personal identifying information. | Personal Identifiers |
| DOCID00066442-66445 | Email | 7/18/2016 | Josephine Giambanco | Susan Earman, Esq.; Valerie Dixon | N/A | Email attaching lease documents at the direction of attorney re Hurtado and Iporre litigation | Attorney-Client; Work-Product |
| DOCID00067523-67524 | Email | 3/11/2016 | Josephine Giambanco | Susan Earman, Esq. | Valerie Dixon | Email seeking legal advice regarding tenant documents, with attached letter. | Attorney-Client |
| DOCID00067769; WAPLES00001435-1437 | Report | 2/11/2016 | Josephine Giambanco | N/A | N/A | Communications with attorney, directions from attorney. (discussing communications had with S. Earman, Esq. re ongoing litigation and upcoming trial; discusses strategy re ongoing litigation) | Attorney-Client; Work-Product |
| DOCID00068324 | Email | 12/22/2015 | Josephine Giambanco | Valerie Dixon | N/A | Email responding to information request from Susan Earman, Esq. regarding tenant documents re Escobar litigation | Attorney-Client; Work-Product |
| DOCID00068330 | Email | 12/22/2015 | Josephine Giambanco | Valerie Dixon | N/A | Email responding to information request from Susan Earman, Esq. regarding tenant documents re Escobar litigation | Attorney-Client; Work-Product |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00151148; WAPLES00001470 | Email | 7/28/2011 | Sabiha Noorzai | Daily Reports - Residential | N/A | Communications with Michael Dean, Esq. | Attorney-Client |
| DOCID00155023 | Email | 9/14/2011 | Julia Edwards | Peter Williams; Albert J. Dwoskin | Michael Dean, Esq. | Email communications with attorney regarding criminal background checks. | Attorney-Client |
| DOCID00258294 | Email | 8/29/2016 | Michael Dean, Esq. | Albert J. Dwoskin | Michael McGregor | Email communications with attorney regarding Priority Items. (discusses status of current litigation and provides legal advice re current litigation) | Attorney-Client |
| DOCID00259190 | Email | 8/22/2016 | Michael Dean, Esq. | Albert J. Dwoskin | Michael McGregor | Email communications with attorney regarding Priority Items. (discusses status of current litigation and provides legal advice re current litigation) | Attorney-Client |
| DOCID00286133; WAPLES00001485-1487 | Report | 12/4/2015 | Josephine Giambanco | N/A | N/A | Communications regarding status of onoging court proceedings. | Attorney-Client; Work-Product |
| DOCID00484346 | Email | 6/10/2016 | Mark Jones | Michael Dean, Esq.; Carolina Easton | N/A | Email providing information in connection with seeking legal advice regarding resident screening in regards to current litigation | Attorney-Client; Work-Product |
| DOCID00484635 | Email | 12/23/2015 | Susan Earman, Esq. | Mark Jones; Jessica Armstead; Valerie Dixon | Josephine Giambanco; Carolina Easton | Email communications with client regarding court proceedings. | Attorney-Client |
| DOCID00484637 | Email | 12/23/2015 | Susan Earman, Esq. | Mark Jones; Jessica Armstead; Valerie Dixon | Josephine Giambanco; Carolina Easton | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID00486508 | Email | 3/24/2016 | Josephine Giambanco | Susan Earman, Esq.; Valerie Dixon; Jessica Armstead; Carolina Easton | N/A | Email responding to legal advice regarding application requirements. | Attorney-Client |
| DOCID00486547 | Email | 3/18/2016 | Josephine Giambanco | Carolina Easton | Mark Jones; Jessica Armstead; Josephine Giambanco | Email providing information at the direction of Susan Earman, Esq. regarding notices. | Attorney-Client; Work-Product |

## Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00491211-491213 | Email | 9/19/2016 | Natalia Ostroveanu | Carolina Easton; Mark Jones | N/A | Email providing background information in connection with seeking legal advice, with attached tenant report. (Email gathering information collected at direction of Reed Smith for current litigation) | Attorney-Client; Work-Product |
| DOCID00491216-491218 | Email | 9/19/2016 | Natalia Ostroveanu | Mark Jones; Carolina Easton | N/A | Email providing background information in connection with seeking legal advice, with attached tenant reports. (Email gathering information collected at direction of Reed Smith for current litigation) | Attorney-Client; Work-Product |
| DOCID00518794-518796 | Email | 7/18/2016 | Valerie Dixon | Carolina Easton | N/A | Email forwarding information regarding court proceedings, with attached hearing transcript and draft interrogatory responses. (Email forwards attorney-client work product) | Attorney-Client; Work-Product |
| DOCID00518878-518879 | Email | 4/18/2016 | Susan Earman, Esq. | Valerie Dixon; Josephine Giambanco; Michael Dean, Esq.; Carolina Easton | N/A | Email providing legal advice regarding attached draft responses. | Attorney-Client; Work-Product |
| DOCID00518905-518906 | Email | 4/4/2016 | Valerie Dixon | Carolina Easton; Jessica Armstead | N/A | Email forwarding discovery from Susan Earman. | Attorney-Client; Work-Product |
| DOCID00518914-518915 | Email | 3/11/2016 | Valerie Dixon | Jessica Armstead; Carolina Easton | Mark Jones | Email forwarding information provided by Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00518920 | Email | 3/3/2016 | Josephine Giambanco | Valerie Dixon; Susan Earman, Esq. | Carolina Easton | Email communications with attorney regarding court proceedings. | Attorney-Client |
| DOCID00518924 | Email | 3/3/2016 | Susan Earman, Esq. | Carolina Easton; Jessica Armstead | N/A | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID00518925 | Email | 3/3/2016 | Josephine Giambanco | Jessica Armstead; Valerie Dixon; Susan Earman, Esq.; Yuliana Salazar; Sharon Clark | Carolina Easton; Adriana Swinson; Natalia Ostroveanu | Email responding to legal advice regarding court proceedings. | Attorney-Client |

# Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00518926 | Email | 3/3/2016 | Jessica Armstead | Susan Earman, Esq.; Carolina Easton | N/A | Email seeking legal advice regarding court proceedings. | Attorney-Client |
| DOCID00518929 | Email | 3/3/2016 | Susan Earman, Esq. | Josephina Giambanco; Valerie Dixon; Jessica Armstead; Yuliana Salazar; Sharon Clark | Carolina Easton; Adriana Swinson; Natalia Ostroveanu | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID00518966-518967 | Email | 2/22/2016 | Valerie Dixon | Carolina Easton | N/A | Email forwarding legal advice from S. Earman, Esq. and hearing transcript from Susan Earman, Esq. re Iporre litigation | Attorney-Client; Work-Product |
| DOCID00518989 | Email | 1/4/2016 | Valerie Dixon | Mark Jones | Josephine Giambanco; Jessica Armstead; Carolina Easton | Email forwarding legal advice from Susan Earman, Esq. regarding court proceedings. | Attorney-Client; Work-Product |
| DOCID00525604 | Email | 3/3/2016 | Carolina Easton | Susan Earman, Esq. | Jessica Armstead | Email providing information at the request of attorney regarding court proceedings. | Attorney-Client |
| DOCID00566004 | Email | 9/23/2016 | Susan Earman, Esq. | Michael Dean, Esq.; Mark Jones | N/A | Email forwarding article in connection with providing legal advice. | Attorney-Client |
| DOCID00568794-568795 | Email | 8/30/2016 | Michael Dean, Esq. | Brady Bustany | Mark Jones | Email forwarding information at direction of Reed Smith, with attached Order of Stay. | Attorney-Client; Work-Product |
| DOCID00568887 | Email | 8/29/2016 | Brady Bustany | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. Email contact undertaken as investigation as result of Reed Smith's direction | Attorney-Client; Work-Product |
| DOCID00568915 | Email | 8/29/2016 | Michael Dean, Esq. | Mark Jones | N/A | Email discussing updating Reed Smith regarding information regarding resident screening | Attorney-Client |

**Defendants' Privilege Log**

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00569569 | Email | 8/22/2016 | Patrick Hennessey | Mark Jones | Brady Bustany | Email providing information in connection with seeking legal advice regarding resident screening. Email contact undertaken as investigation as result of Reed Smith's direction | Attorney-Client; Work-Product |
| DOCID00575917-575918 | Email | 6/24/2016 | "canon1" | Mark Jones | N/A | Interrogatories scanned in for the purpose of sending to Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00575919-575920 | Email | 6/24/2016 | Susan Earman, Esq. | Mark Jones | N/A | Email providing legal advice regarding attached interrogatory responses. | Attorney-Client; Work-Product |
| DOCID00575922-575923 | Email | 6/24/2016 | "canon1" | Mark Jones | N/A | Interrogatories scanned in for the purpose of sending to Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00577576 | Email | 6/9/2016 | Patrick Hennessey | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. (Investigation undertaken at direction of Reed Smith) | Attorney-Client; Work-Product |
| DOCID00577620 | Email | 6/9/2016 | Patrick Hennessey | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. (Investigation undertaken at direction of Reed Smith) | Attorney-Client; Work-Product |
| DOCID00577714 | Email | 6/8/2016 | Patrick Hennessey | Mark Jones; Amy Gerritsen | N/A | Email providing information in connection with seeking legal advice regarding resident screening. (Investigation undertaken at direction of Reed Smith) | Attorney-Client; Work-Product |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00577718 | Email | 6/8/2016 | Amy Gerritsen | Mark Jones | Patrick Hennessey | Email providing information in connection with seeking legal advice regarding resident screening. (Investigation undertaken at direction of Reed Smith) | Attorney-Client; Work-Product |
| DOCID00649814-649815 | Email | 7/6/2016 | "canon1" | Mark Jones | N/A | Interrogatories scanned in for the purpose of sending to Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID00650026 | Email | 8/29/2016 | Brady Bustany | Mark Jones | N/A | Email providing information in connection with seeking legal advice regarding resident screening. Email contact undertaken as result of Reed Smith's direction | Attorney-Client; Work-Product |
| DOCID00653346 | Email | 6/8/2016 | Mark Jones | Patrick Hennessey; Amy Gerritsen | N/A | Email providing information in connection with seeking legal advice regarding resident screening. (Investigation undertaken at direction of Reed Smith) | Attorney-Client; Work-Product |
| DOCID00657329 | Email | 9/19/2016 | Mark Jones | Brady Bustany | Michael Dean, Esq.; Michael Dingman, Esq. | Email providing information in connection with seeking legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00657871-657872 | Email | 9/19/2016 | Mark Jones | Michael Dingman, Esq. | Brady Bustany; Michael Dean, Esq. | Email requesting legal advice regarding resident screening. | Attorney-Client; Work-Product |
| DOCID00658337-658338 | Email | 8/29/2016 | Mark Jones | Brady Bustany | N/A | Email providing information in connection with seeking legal advice regarding resident screening. Email contact undertaken as a result of Reed Smith's direction | Attorney-Client; Work-Product |
| DOCID00660174-660175 | Email | 6/24/2016 | Mark Jones | Susan Earman, Esq. | N/A | Email forwarding attached interrogatory responses. | Attorney-Client; Work-Product |
| DOCID00660176-660177 | Email | 6/24/2016 | Mark Jones | Susan Earman, Esq. | Michael Dean, Esq. | Email forwarding attached interrogatory responses. | Attorney-Client; Work-Product |

# Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00660653-660654 | Email | 6/9/2016 | Mark Jones | Patrick Hennessey | N/A | Email providing information in connection with seeking legal advice regarding resident screening. (Investigation undertaken at direction of Reed Smith) | Attorney-Client; Work-Product |
| DOCID00660698 | Email | 6/8/2016 | Mark Jones | Amy Gerritsen | Patrick Hennessey | Email providing information in connection with seeking legal advice regarding resident screening. (Investigation undertaken at direction of Reed Smith) | Attorney-Client; Work-Product |
| DOCID00660922-660926 | Email | 5/26/2016 | Mark Jones | Kevin Ortega | N/A | Email requesting information at the direction of Reed Smith regarding current lawsuit and regarding lease renewals, with attachments. | Attorney-Client; Work-Product |
| DOCID00663792-663794 | Email | 2/5/2016 | Mark Jones | Michael Dean, Esq. | N/A | Email seeking legal advice regarding Iporre Answer and Grounds, with attached Answer. | Attorney-Client; Work-Product |
| DOCID00698473-6988475 | Email | 9/23/2016 | Mark Jones | Mark Jones | N/A | Email forwarding article from Susan Earman, Esq. in connection with seeking legal advice re current lawsuit | Attorney-Client; Work-Product |
| DOCID00699442-699463 | Email | 9/8/2016 | N/A | Carolina Easton | Natalia Ostroveanu | Draft email forwarding information in connection with seeking legal advice regarding credit checks, with attached tenant reports. (collecting information at direction of Reed Smith) | Attorney-Client; Work-Product |
| DOCID00807426-807428 | Email | 9/5/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching draft reports, which discuss status of current litigation and provide advice regarding current litigation | Attorney-Client; Work-Product |
| DOCID00807744-807746 | Email | 8/28/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching draft reports, which discuss status of current litigation and provide advice regarding current litigation | Attorney-Client; Work-Product |

Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID00808163-808164 | Email | 7/29/2016 | "canon2" | Michael Dean, Esq. | N/A | Scanned email attaching letter from VOICE regarding tenant evictions. | Attorney-Client; Work-Product |
| DOCID00808684-808685 | Email | 7/29/2016 | "canon2" | Michael Dean, Esq. | N/A | Scanned email attaching letter from Senate of Virginia regarding tenant evictions. | Attorney-Client; Work-Product |
| DOCID00899916; 899918-899920 | Email | 9/2/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching Daily Commercial Reports and Priority Items from Michael Dean, Esq. to Dwoskin management. The draft reports discuss status of current litigation and provide advice regarding current litigation. Also discusses communications with Reed Smith re current litigation | Attorney-Client |
| DOCID00900095-900098 | Email | 8/23/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching Daily Commercial Reports and Priority Items from Michael Dean, Esq. to Dwoskin management. The draft reports discuss status of current litigation and provide advice regarding current litigation. | Attorney-Client |
| DOCID00900199-900205 | Email | 8/19/2016 | Michael Dean, Esq. | Michael Dean, Esq. | N/A | Email attaching Daily Commercial Reports and Priority Items from Michael Dean, Esq. to Dwoskin management. The draft reports discuss status of current litigation and provide advice regarding current litigation. | Attorney-Client |
| DOCID01073509 | Email | 1/7/2016 | Natalia Ostroveanu | Valerie Dixon | N/A | Email providing information in response to legal advice from Susan Earman, Esq. regarding court hearing. | Attorney-Client; Work-Product |
| DOCID01089512-1089517 | Email | 6/29/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding hearing, with attached hearing transcript. | Attorney-Client; Work-Product |

# Defendants' Privilege Log

| Control No. Bates No. | Document Type | Date | From | Recipient(s) | CC | Description | Privilege Claim |
|---|---|---|---|---|---|---|---|
| DOCID01089518-1089523 | Email | 6/29/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding hearing, with attached hearing transcript. | Attorney-Client; Work-Product |
| DOCID01089537-1089540 | Email | 3/2/2016 | Alan Zhou | Valerie Dixon | N/A | Email forwarding documents on behalf of Susan Earman, Esq., with attached Answer, Memorandum, and Praecipe. | Attorney-Client; Work-Product |
| DOCID01091965-1091966 | Email | 7/6/2016 | Alan Zhou | Valerie Dixon | Susan Earman, Esq. | Email forwarding attached work product to client on behalf of Susan Earman, Esq. | Attorney-Client; Work-Product |
| DOCID01092875 | Email | 1/19/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding court proceedings and lease issues. | Attorney-Client |
| DOCID01092887 | Email | 1/6/2016 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID01092965 | Email | 12/22/2015 | Susan Earman, Esq. | Valerie Dixon | N/A | Email providing legal advice regarding court proceedings. | Attorney-Client |
| DOCID01103281-1103283 | Email | 2/11/2016 | Valerie Dixon | Susan Earman, Esq. | N/A | Email providing information at the direction of attorney regarding court proceedings, with attached resident information guides. | Attorney-Client; Work-Product |
| DOCID01103524 | Email | 1/19/2016 | Valerie Dixon | Susan Earman, Esq. | N/A | Email responding to legal advice regarding court proceedings. | Attorney-Client |
| DOCID01103636 | Email | 1/7/2016 | Valerie Dixon | Natalia Ostroveanu | N/A | Email forwarding information in connection with legal advice provided by Susan Earman, Esq. regarding court hearing. | Attorney-Client; Work-Product |
| DOCID01103649 | Email | 1/6/2016 | Valerie Dixon | Susan Earman, Esq. | N/A | Email forwarding information in connection with seeking legal advice regarding court proceedings and lease requirements. | Attorney-Client; Work-Product |
| DOCID01103761 | Email | 12/22/2015 | Valerie Dixon | Susan Earman, Esq. | N/A | Email forwarding information in connection with seeking legal advice regarding court proceedings and lease requirements. | Attorney-Client; Work-Product |