# Exhibit 7

# Filed Under Seal

Case 1:16-cv-00563-PTG-WBP   Document 127-7   Filed 12/08/16   Page 2 of 2 PageID# 1947