## ** CIVIL MOTION MINUTES **

Date: 12/09/2016                           Before the Honorable: T.S. ELLIS, III

Time:  01:14PM-01:45PM (00:31)             Civil Case No.: 1:16-CV-00563-TSE-TCB

Official Court Reporter: Michael A. Rodriquez

Courtroom Deputy: Margaret Pham

### ROSY GIRON DE REYES et al

**v.**

### WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP et al

Appearances of Counsel for:

( X ) Plaintiff/Petitioner: Rebecca R. Wolozin, Jongwook P. Kim
( X ) Defendant: Grayson P. Hanes, Justin D. deBettencourt
(   ) Other:

**Re:**    Plaintiff's Motion [103] re: Objections to Magistrate Judge's Ruling/Recommendation

Argued and:

(  ) Granted          (  ) Denied         (  ) Granted in part/Denied in part

(  ) Taken Under Advisement           (  ) Continued to

(  ) Report and Recommendation to Follow

- Motion Granted in part/sustained in part

- Both matters remanded to Magistrate Judge (documents re: work product to be submitted to Magistrate Judge for review)

- Parties are to go over redacted documents (on the basis of relevance) and submit to the court and Magistrate Judge a sub-list by COB Tuesday, December 13, 2016

( X ) Order to Follow