UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:16cv563 |
| ) | |
| WAPLES MOBILE HOME PARK ) | |
| LIMITED PARTNERSHIP, et al. ) | |
| Defendants. ) | |

ORDER

THIS MATTER came again before the Court pursuant to the December 9, 2016 Order by the Honorable T.S. Ellis III. (Dkt. 133.)

Upon review of the documents submitted for inspection *in camera*, the Court finds as follows:

1. All documents withheld on the basis of attorney work-product were properly withheld. The mostly duplicative email strings clearly relate to attorney case investigation and trial strategy and preparation and need not be disclosed.

2. All redactions withheld as irrelevant are, indeed, irrelevant to this matter and need not be produced. Documents 11, 16, and 20 contain confidential pricing and business information irrelevant to this case. All other documents were redacted to remove private information of other tenants not relevant to this case.

1

ENTERED this 15th day of December, 2016.

                                  /s/
                            Theresa Carroll Buchanan
                            United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia