UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

### ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

This matter comes before the Court under Local Civil Rule 5 and on the Motion of Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") to file under seal Exhibits 3, 4, 7, 9, and 10 to Plaintiffs' Reply in Support of Plaintiffs' Objection. Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board:

"This document serves as notice to the public that Plaintiffs, by counsel, have moved the Court to seal from public disclosure Exhibits 3, 4, 7, 9, and 10 to Plaintiffs' Reply in Support of Plaintiffs' Objection. A brief description of the content of these documents is as follows:

- Ex. 3: Confidential letter from VOICE, an inter-faith coalition, to Defendants regarding the Policy.
- Ex. 4: Confidential letter from Virginia Senators to Defendants regarding the Policy.
- Ex. 7: Confidential spreadsheet of audit conducted on Park's tenants' leasing files.
- Ex. 9: Excerpts from deposition transcript of A.J. Dwoskin & Associates, Inc., Waples Mobile Home Park Limited Partnership, and Waples Project Limited Partnership's designated 30(b)(6) deponent.
- Ex. 10: Confidential Screening Services Activation Agreement governing the relationship between Defendants and Yardi."

Based upon Plaintiffs' filings, the Court **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Dated: 12/16/16

2