UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

# [PROPOSED] ORDER

This matter came before the Court on the parties' cross-motions for summary judgment. Plaintiffs have moved for summary judgment on Counts I, II, III and V of the complaint, while Defendants have moved for summary judgment on all Counts of the Complaint.

After consideration of the parties' motions, supporting memoranda, and accompanying exhibits, it is hereby **ORDERED** that plaintiffs' motion for summary judgment on Counts I, II, III and V of the complaint is **GRANTED**.

It is further **ORDERED** that defendants' motion for summary judgment on all counts is **DENIED**.

ENTERED this _____ of _____, 2016.

_____
The Honorable T.S. Ellis, III
United States District Court for the Eastern District of Virginia