# Exhibit 4

# A.J DWOSKIN & ASSOCIATES, INC,
## VIOLATION LETTER

January 18, 2016

Esteban Moya and all Occupants,
11259 Mobile Drive
Fairfax VA, 22030

**RE:  Violation of Rules and Regulation & lease**

Dear Mr. Moya,

 Per our conversation we had last week, your lease expires on January 31, 2016, we will not be able to renewal your lease due to unauthorized occupants living in your home you will be going on month to month until further notice, your new monthly rent as of February 1,2016 is **$ 870.00** all occupants that are 18 years and older need to fill out an application we will need Valid government ID & Social Security card, and 3 most recent paystubs for new occupants and main lease holder, there will be a $55 application fee.

If you would like more information, you may refer to **The Mobile Home Rules & Regulations and your lease paragraph 4 & 6.**

If you have any questions, you may contact The Park Office at 703-273-2323

Thank you for your cooperation.

Very truly yours,
A.J Dwoskin & Associates, Inc.

By: _____
      Property Manager

WAPLES00001141

January 7, 2016

Esteban Moya and Occupants:

11259 Mobile Drive

Fairfax VA 22030

Dear Moya,

During a recent audit by the main office, it was discovered the following items were missing from your file:

**Your wife application and Social security card I have attached an application, please drop if off ASAP, to avoid delay on your renewal.**

**Your insurance will expire on 1/14/2016 please provide us a new copy.**

It is important that you come to the office with these missing items, as soon as possible and **no later than January 11th 2016.** We will be glad to make a copy for you of these missing items and return the originals to you.

If you like you are Welcome to drop them off in the rent box. Please make sure to add your address on the documents. **Please note that you will not be able to renewal your lease unless we have these documents.**

Thank you for your cooperation in this matter.

Sincerely

Josephine Giambanco

Property Manager

WAPLES00001142

### MOBILE HOME INSPECTION FORM

Date of Inspection _1/15/16_

Resident(s): _1259 Mubor._

Lot #: _____

| OUTDOORS | OK | REPAIR | REPLACE | PAINT | COMMENTS |
|---|---|---|---|---|---|
| LOT | | | | | |
| HOME | | | | | |
| FRONT ENTRANCE | | | | | ③ get Kid's |
| BACK ENTRANCE | | | | | Age |
| ROOF | | | | | |
| SHED | | | | | |
| LAWN/GARDEN | | | | | |
| SKIRTING | | | | | |
| FENCE | | | | | Steven |
| OTHER | | | | | Melody |

| INDOORS | | | | COMMENTS |
|---|---|---|---|---|
| BEDROOM | 1 | 2 | 3+ | |
| BATHROOM | 1 | 2 | 1/2 | |
| SMOKE DETECTORS | 1 | 2 | 3+ | |
| LEAKS | | | | |

HOUSEKEEPING: Excellent _____ Good _____ Fair _____ Poor _____

Need ID

NUMBER OF OCCUPANTS: _____

NAMES:

_Esteban Muya_   _No Appleava_
_Yuvamn_   _on wife_
_____   _____   _____

TITLE OF HOME: YES_____ NO _____

ACTIVE HOME OWNERS INSURANCE: YES_____ NO_____ _1/14/16_

LOCATION OF WATER VALVE _____YES _____NO / CONDITION- _____GOOD _____BAD_____ REPAIR/REPLAC

PIPES: INSTULATED_____YES_____NO   HEAT TAPE: _____YES_____NO

All work must be completed before you can renew your lease.   A second inspection will be needed to determine completion of work.

Property Manager: _____ Resident: _____

WAPLES00001143