# Exhibit 7



January 27, 2016

Jose Reyes, and all occupants
11219 Mobile Drive
Fairfax, VA 22030

RE: <u>21/30 DAY NOTICE TO CURE LEASE VIOLATIONS OR VACATE PREMISES</u>

Dear Jose Reyes, and all occupants:

You are advised that you are in material violation of your obligations as defined by paragraph #6, **(OCCUPANTS)**, and paragraph #9 **(HOLDING OVER/RENEWAL)** of your lease. Your violation of your lease consists of the following: **Unauthorized occupants living at your residence.**

You have twenty-one (21) days from service of this notice to cure your violation ("Cure Date"). Should you fail to cure your violation by the Cure Date, you must vacate the premises **no later than 11:59 p.m. on February 27, 2016** ("Vacate Date"). Your occupancy will be in violation of this notice should you fail to cure your default in the cure period and remain in possession past the Vacate Date. In that event, we will file an unlawful detainer lawsuit to recover possession of the premises. You may also be liable for rent damages as they accrue and all other damages permitted by your lease and applicable law. Nothing herein shall affect your obligation to promptly pay all rent when due, or prevent your landlord from suing for non-payment of rent. You are also notified that the rent for the premises is due in accordance with your lease, up to and including the date you are required to quit and vacate. All payments will be accepted with full reservation of your landlord's right to proceed to obtain possession of the premises and any notice of non-payment of rent shall not be construed as a waiver of the Landlord's right to obtain possession of the premises in accordance with this notice. Additionally, if any items of personal property are left in the leased premises or in any storage area after the Vacate Date, the landlord will consider such property abandoned and may dispose of the property.

Sincerely,

Josephine Giambanco
Waples MHP Property Manager

cc:    Resident File

<u>CERTIFICATE OF SERVICE & MILITARY STATUS AFFIRMATION</u>

I certify that this Notice was served as follows:
☐ PERSONAL SERVICE (handed to the tenant); or
Being unable to personally serve, a copy was delivered in the following manner:
☐ Delivered to a family member age 16 or older. List name, age of recipient, and relation of recipient to party named above:_____
☒ Posted on front door or such other door as appears to be the main entrance of the leased premises. A copy was also sent by regular mail.

I further affirm under oath the following regarding the military service of the Tenant(s):
☐ Tenant(s) is in the active service of the United States Military
- Tenant(s) is **NOT in** active service of the United States Military. This assertion is supported by the following facts: (i) Tenant(s) did not identify the United States Military as their employer in the lease application or subsequently notify Landlord of their active military status; (ii) subsequent to executing their lease, Tenant(s) has not provided any information to cause Landlord to believe Tenant is in the active service of the United States Military; and/or (iii) other:_____

Date of Service: 1/27/16

Signature: _____
Printed Name of Person Making Service: JG

www.WaplesMHP.com • Customer.Care@WaplesMHP.com
4308 Mobile Court, Fairfax, VA 22030 • Tel 703.273.2323  Fax 703.273.4910