# Exhibit 22

Case 1:16-cv-00563-PTG-WBP Document 138-22 Filed 12/23/16 Page 1 of 2 PageID# 2274

**FILED UNDER SEAL**