# Exhibit 26

**FILED UNDER SEAL**

Case 1:16-cv-00563-PTG-WBP   Document 138-26   Filed 12/23/16   Page 2 of 2 PageID# 2283