# Exhibit 32

_Waples_
(Park Name)

# MOBILE HOME INSPECTION FORM

Date of Inspection __11/23/14__

3 BR
2 Bath
3 - Kids on the way

Resident _____ Unit/Lot# __02-1902__ PM _____

| Key | CL – CLEAN/OK | DA – DAMAGED | RE – REPLACE |
|---|---|---|---|
| | DI – DIRTY | MI – MISSING | RP – REPAIR |

| ROOM AREA | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 Entrance Door/door Lock | ✓ | | | | | | |
| 2 Windows/Locks/Screens/Blinds/Child Guards | ✓ | | | | | | |
| 3 Walls/ Ceilings | ✓ | | | | | | |
| 4 Floor/Tiles | ✓ | | | | | | |
| 5 Electric Outlets/Switches/Switch Plates/Safety Plug | ✓ | | | | | | |
| 6 Light Fixture/Bulb | ✓ | | | | | | |
| 7 Heating/Cooling Units | | | | | | | |
| 8 Fire Safety Sign/Decal on Stove/Smoke Alarm | ✓ | | | | | | |
| **KITCHEN** | | | | | | | |
| 1 Hood Light fixture/Bulb | | | | | | | |
| 2 Hood Fan/Filter | ✓ | | | | | | |
| 3 Stove/Oven | ✓ | | | | | | |
| 4 Sink/Faucet | ✓ | | | | | | |
| 5 Refrigerator/Refrigerator Bulb* | ✓ | | | | | | |
| 6 Food – Note information in the Comments Section | ✓ | | | | | | |
| 7 Receptacle/Receptacle Cover | ✓ | | | | | | |
| 8 Floor/Tiles | ✓ | | | | | | |
| 9 Wall/Ceiling | ✓ | | | | | | |
| 10 Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 11 Cabinets/Knobs/Shelves | | | | | | | |
| *If light bulb is higher than 30 watts it must be removed and resident must be warned | | | | | | | |
| **BATHROOM** | | | | | | | |
| 1 Toilet/Toilet Seat/Toilet Paper Roll | | | | | | | |
| 2 Tub/Shower/Faucet/Shower Head | ✓ | | | | | | |
| 3 Sink/Faucet | ✓ | | | | | | |
| 4 Medicine Cabinet/Mirror | | | | | | | |
| 5 Towel/Grab Bars/Soap Dish (Shower) | ✓ | | | | | | |
| 6 Toothbrush Holder/Soap Dish (Sink) | ✓ | | | | | | |
| 7 Floor/Floor Tiles | | | | | | | |
| 8 Walls/Tiles/Ceiling | ✓ | | | | | | |
| 9 Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 10 Light Fixture/Bulb | ✓ | | | | | | |
| 11 Vent/Exhaust Fan | ✓ | | | | | | |
| 12 Door/Door Lock | ✓ | | | | | | |
| **BEDROOM(S)** | | | | | | | |
| Windows/Screens/Blinds/Child Guards | ✓ | | | | | | |
| Walls/Ceilings | ✓ | | | | | | |
| Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| Closets/Shelves/Clothes Bar | ✓ | | | | | | |
| Heating/Cooling Units | ✓ | | | | | | |
| Light Fixture/Bulb | ✓ | | | | | | |
| Door/Door Lock | | | | | | | |
| Floor Tiles | | | | | | | |

UNIT INSPECTION FORM

| Key | CL – CLEAN/OK | DA – DAMAGED | RE – REPLACE |
|---|---|---|---|
| | DI – DIRTY | MI – MISSING | RE – REPAIR |

| HALLWAY(S) | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 2 Light Fixture/Bulb | ✓ | | | | | | |
| 3 Smoke Detector/Sprinkler Head | | | | | | | |
| 4 Walls/Ceiling | ✓ | | | | | | |
| 5 Floor/Tiles | ✓ | | | | | | |
| 6 Telephone – Issued | ✓ | | | | | | |
| 7 Telephone – Personal | | | | | | | |
| **FURNITURE** | | | | | | | |
| 1 Dining Table | ✓ | | | | | | |
| 2 Chairs | ✓ | | | | | | |
| 3 Coffee Table | ✓ | | | | | | |
| 4 Bed Frames/Mattresses | ✓ | | | | | | |
| 5 Dressers | ✓ | | | | | | |
| 6 High Chair/Bolsters | ✓ | | | | | | |
| 7 Crib(s) | | | | | | | |
| 8 Other | | | | | | | |

**Housekeeping**   Excellent ✓   Good _____   Fair _____   Poor _____

Comments _____

HOME NEGLECT   YES _____   NO _____

Number of Occupants and names   Genisis Sarabia 7   Rosa Maya
                                 Herbin 4
                                 Luis 2

SIGNATURES   PM _____

Resident _____

Director of Safety _____

Director of Social Services _____

Director of Facilities Management _____

Mario Medina – co-signer   lives in manassas

Original   Resident File
           Office use