# Exhibit 39

January 27, 2016

Waples Mobil Home Park
4308 Mobile Court
Fairfax, VA 22030

To whom it may concern:

I, Herbert David Saravia, am informing you that I am listing my mobile home for sale with NBI Realty LLC. My address is 11250 Mobile Dr. Fairfax VA 22030.

If you have any questions, please feel free to contact me.

Sincerely,

Herbert David Saravia
11250 Mobile Dr. Fairfax VA 22030
703-232-0361

t0021021