**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO FILE DOCUMENTS UNDER SEAL**

This matter comes before the Court under Local Civil Rule 5 and on the Motion of Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") to file under seal Exhibits 1, 5–6, 12–31, 33–34, 36–38, 41, 43, 46, 49, and 51 to Plaintiffs' Cross Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board:

"This document serves as notice to the public that Plaintiffs, by counsel, have moved the Court to seal from public disclosure Exhibits 1, 5–6, 12–31, 33–34, 36–38, 41, 43, 46, 49, and 51 to Plaintiffs' Cross Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. A brief description of the content of these documents is as follows:

- Ex. 1: Confidential Waples Mobile Home Park tenant file review spreadsheet.
- Ex. 5: Confidential violation letter from Defendants to Felix Bolaños.
- Ex. 6: Confidential violation letter from Defendants to Herbert Saravia Cruz.
- Ex. 12: Resident Screening Report for Herbert Saravia Cruz.
- Ex. 13: Resident Screening Report for Jose Reyes.
- Ex. 14: Resident Screening Report for Esteban Moya.
- Ex. 15: CoreLogic credit reports for Herbert Saravia Cruz, Jose Reyes, Esteban Moya, and Felix Bolaños containing Social Security numbers and sensitive financial information.
- Ex. 16: Confidential excerpts from the deposition transcript of Felix Bolaños.
- Ex. 17: The "Application for Residency" of Herbert Saravia Cruz containing social security numbers, and other confidential information, such as the name and birth date of minors.
- Ex. 18: Confidential excerpts from deposition transcript of Herbert Saravia Cruz.
- Ex. 19: Confidential excerpts from the deposition transcript of Esteban Moya.
- Ex. 20: Confidential excerpts from the deposition transcript of Jose Reyes.

- Ex. 21: Excerpts from the deposition transcript of Defendants' designated 30(b)(6) deponent.[1]

- Ex. 22: Confidential letter from Defendants to residents regarding increase in month-to-month surcharge.

- Ex. 23: Confidential excerpts from the deposition transcript of Yovana Jaldin Solis.

- Ex. 24: Confidential excerpts from the deposition transcript of Rosa Amaya.

- Ex. 25: Excerpts from the the deposition transcript of Albert Dwoskin.

- Ex. 26: Excerpts from the deposition transcript of Josephine Giambanco.

- Ex. 27: Excerpts from the deposition transcript of Carolina Easton.

- Ex. 28: Copy of Herbert Saravia Cruz's Social Security card.

- Ex. 29: Copy of Jose Reyes's Social Security card.

- Ex. 30: Copy of Esteban Moya's Social Security card.

- Ex. 31: Confidential copy of Felix Bolaños's Social Security card.

- Ex. 33: Confidential renewal letter from Defendants to Jose Reyes.

- Ex. 34: Confidential eviction letter from Defendants to Jose Reyes.

- Ex. 36: Confidential 2015-2016 lease agreement between Defendants and Esteban Moya.

- Ex. 37: Confidential 2015-2016 lease agreement between Defendants and Herbert Saravia Cruz.

- Ex. 38: Confidential "21/30" notice from Defendants to Jose Reyes.

- Ex. 41: Confidential Waples Mobile Home Park tenant file deficiency list.

---

[1] Although Defendants did not mark their deposition transcripts as confidential, Plaintiffs file these transcripts under seal out of an abundance of caution.

- Ex. 43: Confidential Consumer Reports and CoreLogic SafeRent Training Manual.

- Ex. 46: Confidential 2014-2015 lease agreement between Defendants and Esteban Moya.

- Ex. 49: Confidential letter from VOICE, an interfaith coalition, to Defendants.

- Ex. 51: Tenant ledger for Jose Reyes, which contains a phone number and sensitive financial information."

Based upon Plaintiffs' filings, the Court **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED**.

Dated:_____

_____
The Honorable T.S. Ellis, III
United States District Court for the
Eastern District of Virginia