IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>　　　　Plaintiff,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>　　　　Defendants. | Civil No.: 1:16cv563-TSE-TCB |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to File Documents Under Seal (Dkt. 139), Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s (collectively "Defendants") Non-confidential Memorandum in Response to Plaintiffs' Motion to Seal and Local Civil Rule 5, it is hereby

ORDERED that Plaintiffs' Motion to File Documents Under Seal (Dkt. 139) is GRANTED.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Plaintiffs filed a public Notice of Filing of Plaintiffs' Motion to File Documents Under Seal (Dkt. 140) and the Court has posted this notice on the Court's public

- 2 -

docket. A brief description of the content ("Proposed Sealed Documents") that Plaintiffs move to seal (Dkt. 139) and in support of which Defendants have filed their non-confidential memorandum is as follows:

- Ex. 1: Confidential Waples Mobile Home Park tenant file review spreadsheet.
- Ex. 5: Confidential violation letter from Defendants to Felix Bolaños.
- Ex. 6: Confidential violation letter from Defendants to Herbert Saravia Cruz.
- Ex. 12: Resident Screening Report for Herbert Saravia Cruz.
- Ex. 13: Resident Screening Report for Jose Reyes.
- Ex. 14: Resident Screening Report for Esteban Moya.
- Ex. 15: CoreLogic credit reports for Herbert Saravia Cruz, Jose Reyes, Esteban Moya, and Felix Bolaños containing Social Security numbers and sensitive financial information.
- Ex. 16: Confidential excerpts from the deposition transcript of Felix Bolaños.
- Ex. 17: The "Application for Residency" of Herbert Saravia Cruz containing social security numbers, and other confidential information, such as the name and birth date of minors.
- Ex. 18: Confidential excerpts from deposition transcript of Herbert Saravia Cruz.
- Ex. 19: Confidential excerpts from the deposition transcript of Esteban Moya.
- Ex. 20: Confidential excerpts from the deposition transcript of Jose Reyes.
- Ex. 21: Excerpts from the deposition transcript of Defendants' designated 30(b)(6) deponent.[1]

---

[1] Defendants did not designate Exhibit 21 as confidential but Plaintiffs moved to seal Exhibit 21 out of an abundance of caution.

- Ex. 22: Confidential letter from Defendants to residents regarding increase in month-to-month surcharge.

- Ex. 23: Confidential excerpts from the deposition transcript of Yovana Jaldin Solis.

- Ex. 24: Confidential excerpts from the deposition transcript of Rosa Amaya.

- Ex. 25: Excerpts from the the deposition transcript of Albert Dwoskin.

- Ex. 26: Excerpts from the deposition transcript of Josephine Giambanco.

- Ex. 27: Excerpts from the deposition transcript of Carolina Easton.

- Ex. 28: Copy of Herbert Saravia Cruz's Social Security card.

- Ex. 29: Copy of Jose Reyes's Social Security card.

- Ex. 30: Copy of Esteban Moya's Social Security card.

- Ex. 31: Confidential copy of Felix Bolaños's Social Security card.

- Ex. 33: Confidential renewal letter from Defendants to Jose Reyes.

- Ex. 34: Confidential eviction letter from Defendants to Jose Reyes.

- Ex. 36: Confidential 2015-2016 lease agreement between Defendants and Esteban Moya.

- Ex. 37: Confidential 2015-2016 lease agreement between Defendants and Herbert Saravia Cruz.

- Ex. 38: Confidential "21/30" notice from Defendants to Jose Reyes.

- Ex. 41: Confidential Waples Mobile Home Park tenant file deficiency list.

- Ex. 43: Confidential Consumer Reports and CoreLogic SafeRent Training Manual.

- Ex. 46: Confidential 2014-2015 lease agreement between Defendants and Esteban Moya.

- Ex. 49: Confidential letter from VOICE, an interfaith coalition, to Defendants.

- Ex. 51: Tenant ledger for Jose Reyes, which contains a phone number and sensitive financial information.

- 4 -

UPON CONSIDERATION of Plaintiffs' Motion to File Documents Under Seal (Dkt. 139), Defendants' Non-confidential Memorandum in Response to Plaintiffs' Motion to Seal and Local Civil Rule 5, and having seen no opposition filed to Plaintiffs' Motion to File Documents Under Seal (Dkt. 139), the Court hereby

FINDS that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Further, it is hereby

ORDERED that the Proposed Sealed Documents shall be maintained under seal by the Clerk, until otherwise directed.

ENTERED this _____ day of _____, 201__.

_____
U.S. District Court for the
Eastern District of Virginia