# EXHIBIT 6

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

-------------------------------------x

ROSY GIRON DE REYES;
JOSE DAGOBERTO REYES;
FELIX ALEXIS BOLANOS;
RUTH RIVAS; YOVANA JALDIN SOLIS;
ESTABAN RUBIN MOYA YRAPURA;
ROSE ELENA AMAYA, and
HERBERT SARAVIA CRUZ,

             Plaintiffs,         CASE NO:
                                  1:16ev00563-TCB

Vs.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP; WAPLES PROJECT
LIMITED PARTNERSHIP; and
A.J. DWOSKIN & ASSOCIATES, INC.,

             Defendants,

-------------------------------------x

DEPOSITION OF MARK ANDREW JONES

Falls Church, Virginia

November 22, 2016

9:30 a.m.

Reported By:
Chris Fox
Job No: 47656

ORIGINAL

# david feldman
WORLDWIDE · COURT REPORTING

the *write* experience

87

1      Q.    Okay.  And I want you to look at the bottom

2    of that page for me, the third bullet from the bottom;

3    it's just a single line of text.  It says, Criminal

4    history and a criminal background check will be

5    conducted for each applicant.

6      A.    Yes.

7      Q.    Is it accurate to say that as of

8    February 2013 a criminal background check could be

9    conducted for each applicant whether or not they

10    provided a Social Security number?

11      A.    Yes.

12      Q.    And also on Page 7 let me turn to -- it's the

13    very top bullet and then the second sub-bullet under

14    there.  It says:  All applicants must be legally

15    eligible to live in the U.S.  Applications that do not

16    meet this standard will be rejected regardless of the

17    credit score and criminal history outcome.

18          Was that the policy of A.J. Dwoskin &

19    Associates, Inc. as it applied to Waples Mobile Home

20    Park in 2013?

21      A.    We required everybody to have an active visa

88

1    or a valid visa at the time internally due, that they

2    are documented or legally in the country.

3        Q.    Would it be fair to say that this was a

4    categorical ban on individuals who were not legally

5    present in the United States as of 2013?

6        A.    Can you repeat that.

7        Q.    Sure.  So we're looking at that second

8    sub-bullet where it says, All applicants must be

9    legally eligible to live in the United States.  And my

10   question was whether this policy as it applied to

11   Waples in 2013 constituted sort of a categorical ban on

12   individuals who were illegally in the United States.

13       A.    It was one of our criteria to verify that

14   there was a valid visa in place for the individual or

15   the applicant.

16       Q.    So every single applicant who did not possess

17   a valid visa or valid immigration documentation would

18   be rejected, correct?

19       A.    Yes.

20       Q.    All right.  And if you'll flip over with me

21   to the next page.  The header reads Application

102

1          MR. DINGMAN:  It's not a speaking objection.

2          MS. ODOM:  -- he can say he doesn't recall.

3     And I've asked the question and I'd like an answer

4     and we can look at a document in a minute.

5          MR. DINGMAN:  If you can answer without

6          looking at the documents and not guess, then you

7          can answer the question.

8          A.    I -- I would have to read the document to

9     answer since I never used the software.

10    BY MS. ODOM:

11         Q.    Outside the CoreLogic content and speaking

12    generally about criminal background searches, do you

13    have a view on whether a Social Security number is

14    required to run those checks?

15         MR. DINGMAN:  Object to the form of the

16         question.

17         A.    Currently, criminal screenings can be ran

18    without a Social Security number.  The problem as with

19    most screening services is, is the more data you put

20    into the system, usually the better data comes back.

21    So in terms of -- the credit side operates better with

103

1    a Social Security number or a ITIN number, a number

2    better than no number at all.

3            And the criminal, I don't know of any states

4    yet that use the Social Security number as a defining

5    field for crimes, but typically you get that by name

6    and date of birth; but if you have hits on the

7    criminal, you usually can see how accurate the

8    information comes across on the credit to where you

9    have the two together to see -- to make a decision or

10   to be able to make sure that false positives or other

11   issues pop up, whether it's Social Security number

12   flags, or usually it's common name issues on the

13   criminal side.

14       Q.    So it's your opinion that A.J. Dwoskin &

15   Associates, Inc. believes that it could obtain more

16   accurate and complete background checks by using a

17   Social Security number in 2011 when CoreLogic was the

18   service that was providing those checks?

19       A.    Back then in 2011, I'm not sure how the

20   CoreLogic system worked and what it required and what

21   it didn't require.  I mean, many systems you could put

133

1      Q.    All right.   Let's look at Exhibit 16 in front

2  of you.

3      A.    (Witness complies.)

4      Q.    I want to go through these relatively

5  quickly, the response to Interrogatory Number 1 appears

6  on Page 2.

7          If you look at paragraph 2, it says:   The

8  reasons for creating the policy are to confirm the

9  identity of the applicant and any adult occupant, to

10  perform credit check, minimize identity fraud and to

11  eventually perform criminal background checks, and

12  minimize loss from eviction.

13      A.    Yes.

14      Q.    Did you participate in drafting that

15  response?

16      A.    Yes.

17      Q.    Is it your position that legal status in the

18  United States is required to be verified, in order to

19  meet each of these reasons for the policy?

20      A.    I would say for them to start our process

21  with us, that legal status is one of the first steps.

134

1       Q.   You want me to go off the record for a

2  moment?

3       A.   No, no.

4       Q.   You indicated that to start the process, to

5  apply to live at Waples, an individual would have to

6  show legal status?

7       A.   Correct.  They would have to provide us the

8  identity documents, and along with the legal status or

9  the valid visa.

10      And I would add to this list, I would say

11  that was part of the identity fraud, in verifying the

12  identity.

13      Q.   You believe that verifying an individual's

14  legal status assisted in verifying whether or not there

15  was identity fraud?

16      A.   I think those documents from a visa

17  standpoint, with a valid visa from the U.S. government,

18  does help verify the identity of the federal ID.

19  Whether it's a foreign passport or a state issued ID of

20  identity from a state that's not a driver's license,

21  but appears like a driver's license.

135

1    Q.   Why did an applicant need to show legal

2    status in the United States in order to start an

3    application process, to live at Waples?

4    A.   As part of our underwriting of the lease, we

5    find that to be a key piece of information from an

6    income perspective for valid employment and writing the

7    lease.  But also, we find it, for an actual visa to be

8    present, because of the vetting done on the -- during

9    the visa process, from a criminal perspective, because

10   our criminal screening only shows results based on

11   records found in the United States, on the name and

12   date of birth.

13   Q.   Well, is it not the case that criminal

14   background search done by Yardi is always limited to

15   criminal records in the United States, whether or not

16   somebody is legally present in the U.S.?

17   A.   That is correct.

18   Q.   So a person could be legally present, and

19   have a criminal violation in another country, and Yardi

20   wouldn't return that?

21   A.   Correct.

136

1       Q.   Did A. J Dwoskin & Associates believe it was

2   required by some law or statute to verify legal status

3   before they accepted an application for a lease?

4       A.   Well, we do believe that we have some

5   exposure to the harboring of illegal immigrants because

6   we have knowledge they they're undocumented by taking

7   the application.

8          But otherwise, we do find that it is vital to

9   the underwriting of the lease, because of the hurdles

10   that an undocumented immigrant suffers in trying to

11   obtain a job or a title to the mobile home itself, with

12   the state of Virginia, so.

13       Q.   Or keep a lease?

14       A.   Hau?

15       Q.   Or keep a lease?

16       A.   Or keep a lease with us, yes.

17       Q.   Okay.  You said from an income perspective,

18   it's important to verify legal residency in the United

19   States.

20          Can you give me some explanation of what that

21   means?

137

1          A.    We think that an undocumented immigrant is

2     limited in terms of their employment in the United

3     States.   And we feel if they're undocumented, there's a

4     potential financial burden for them to become

5     documented to taking on that lease.   And I think, you

6     know, to trace or find someone that is undocumented and

7     not in the system, also makes is difficult for us to go

8     through the court system with collection and judgments,

9     but.

10          Q.    So to be clear, the policy of A. J. Dwoskin &

11     Associates, Inc., was to categorically reject an

12     application from individuals who are not legally

13     present, whether or not they could show a solid income,

14     is that right?

15          A.    Can you repeat the question?

16          Q.    Sure.   Bad question.

17          The policy of A. J. Dwoskin & Associates,

18     Inc., was to reject all applications from undocumented

19     immigrants, whether or not they could show a reliable

20     sufficient income?

21          A.    It is one of our first steps in prescreening,

138

1    of making sure they have documents to prove their

2    income, documents to prove their legal presence in the

3    country, and a federal ID.

4        Q.   Sure.

5             These are some reasons that it seems A. J.

6    Dwoskin & Associates, Inc., believes are important,

7    that federal law requires the screening for whether

8    someone is documented or not, you mentioned you believe

9    there's some exposure to a harboring law.  What is that

10   based on?

11       A.   I just -- from some reading of, having

12   knowledge of housing or harboring in the illegal

13   immigrant, I think again, I thing, what on -- the, you

14   know.  In terms of being required by law, I don't know

15   of any, other than the fair housing requirements or

16   laws, for us to apply underwriting or our policies and

17   criteria to all.  That's all the law that I know of.

18       Q.   So there's nothing specific that you believe

19   would subject A. J. Dwoskin & Associates, Inc., to

20   criminal liability or civil liability, for leasing to

21   undocumented immigrants?

139

1          MR. DINGMAN:  Objection to the form of the

2     question.  Misstates his testimony.

3  BY MS. ODOM:

4          Q.   You can answer.

5          A.   Not to my knowledge.

6          Q.   Okay.  Are there any other reasons beyond the

7  ones we have talked about already, why A. J. Dwoskin &

8  Associates, Inc., wanted to verify an applicant's legal

9  status?

10          Not to give you a memory test, but we can

11  just run through them real quickly, if you like.

12          You said it's to confirm the identity of the

13  applicant and occupants, right?  And that's in

14  Interrogatory Response Number 1, correct?

15          A.   Correct.

16          Q.   It's to be able to run a credit check, right?

17          A.   Well, by the policy helps us know that a

18  criminal check was done by the government when they

19  issued the valid visa; so, it's part of the criminal

20  check, but it is, as we have talked about before, just

21  the legal presence by itself does not -- is not needed

140

1    to run a credit -- a criminal screening.

2         I think for us it would be a starting point.

3    If they didn't have it, they would not have a criminal

4    screening run so we're --

5         Q.   To make sure identity fraud is caught, right?

6         A.   Yes.  It's one of the documents to check.

7         Q.   Sure.  It is to be able to run the criminal

8    background check, to make someone eligible to have the

9    check run, right?

10        A.   Yes.

11        Q.   Minimize loss from eviction?

12        A.   Yes.

13        Q.   All right.  Underwriting concerns for the

14   lease, correct?

15        A.   Correct.

16        Q.   Because undocumented immigrants have limited

17   employment opportunities?

18        A.   Correct.

19        Q.   All right.  And there may be some fear of

20   liability due to harboring, is that right?

21        A.   Yes.

224

1       bottom.

2           A.     (Witness complies.)

3           Q.     In the last section at the bottom it starts

4       are ITINs valid for identification.  What is the

5       response there?

6           A.     No.  ITINs are not valid identification

7       outside the tax system.

8           Q.     Is that why there was a requirement for

9       government- issued documents verifying legal status in

10      addition to an ITIN?

11          A.     Yes.

12          Q.     During the course of the deposition, you

13      sometimes refer to those documents as visa documents.

14      Do you recall that?

15          A.     Yes.

16          Q.     When you use that phrase, visa documents, are

17      you referring to any documents issued by the United

18      States government that substantiates legal presence in

19      the United States?

20          A.     Yes.

21          Q.     I'd like you to look at exhibit 16, which are

230

1          CERTIFICATE OF SHORTHAND REPORTER

2                  NOTARY PUBLIC

3          I, CHRISTINE FOX, Certified Court Reporter, the

4   officer before whom the foregoing deposition was taken,

5   do hereby certify that the foregoing transcript is a

6   true and correct record of the testimony given; that

7   said testimony was taken by me stenographically and

8   thereafter reduced to typewriting under my supervision;

9   and that I am neither counsel for, related to, nor

10  employed by any of the parties to this case and have no

11  interest, financial or otherwise, in its outcome.

12

13

14              CHRISTINE FOX

15          Notary Public in and for the

16          Commonwealth of Virginia

17

18  My commission expires:

19  March 31, 2018

20

21