# EXHIBIT 7

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

---------------------------------x
ROSY GIRON DE REYES;
JOSE DAGOBERTO REYES;
FELIX ALEXIS BOLANOS;
RUTH RIVAS; YOVANA JALDIN SOLIS;
ESTABAN RUBIN MOYA YRAPURA;
ROSE ELENA AMAYA, and
HERBERT SARAVIA CRUZ,

        Plaintiffs,      CASE NO:
                            1:16ev00563-TCB
        vs.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP; WAPLES PROJECT
LIMITED PARTNERSHIP; and
A. J. DWOSKIN & ASSOCIATES, INC.,

        Defendants.
---------------------------------x


DEPOSITION OF JOSEPHINE GIAMBANCO

Falls Church, Virginia

December 1, 2016

9:30 a.m.




Reported by:
Linda Crockett
Job No. 47657

1    level of authority to input information into
2    Yardi --
3        A.  Correct.
4        Q.  -- that you have collected from
5    prospective tenants or current tenants?
6        A.  Correct.
7        Q.  Is there anyone else at Waples and Bull
8    Run besides Ms. Lopez?
9        A.  No.
10       Q.  Going through the leasing process,
11   what's your procedure for processing a potential
12   or new applicant?
13       A.  I have the application in my hand at
14   this time.  The application has the name, lots of
15   information on it.  I get all that information
16   and I put it in the system Yardi.  Once I put all
17   that information in, within two to three days I
18   get a response back, approved or declined.
19           If they get approved, I call the
20   prospect up and let them know they have been
21   approved and what the next steps are.  I also
22   call the owner and let them know a person has got
23   approved, and let them know they got approved.
24       Q.  What does the process look like when a
25   prospect comes in before they fill out an

1  application?
2          MR. DINGMAN: Object to the form.
3       A.  The person comes in.  I say hi, how can
4  I help you.  They come into my office or Myra's
5  office.  They usually come in and say I want to
6  rent a mobile home.  I explain we don't rent
7  mobile homes, you have to buy the home from the
8  individual owner.
9          At that point they say do you know of
10 any homes for sale, do you know how much they
11 cost.  I explain to them again, we don't sell the
12 mobile home.  We just rent the lot.  I don't have
13 any information on buying the mobile home.  You
14 have to contact the owner themselves.
15         They come back in and give me the
16 address that they want to buy the mobile home.  I
17 get on my system, Yardi.  I notice they gave in a
18 notice, at that point I will tell you now what
19 you need to apply.  I grab my future resident
20 form.  At that point I explain it to them, in
21 order for you to apply for the lot you must fill
22 out the application.
23         The application must be completely
24 filled out.  I will need to see a
25 government-issued ID, a Social Security card.  If

31

you don't have the Social Security card, you have to provide current documents that you are legal in the United States, there's lots of documents out there. Whatever they provide me and whatever they put on the application, I will go from there.

I will explain once you fill out the application and you bring me those documents, I will need two checks. Everyone over the age of 18 has to fill out an application. The application is going to be $55 for each one. All documents are required for every single application.

So that's the process. Once they come back and the application is filled out and they give me all the documents and that's when I go ahead and let them know I'm going to process it, it normally takes two to three days to come back, I will call you and let you know what the answer is.

Q.   When you were going about processing an application that you have received from a prospect, what does that actually entail?

MR. DINGMAN:   Object to the form of the question. It's been asked and you just answered

63

1    A.    To the best of my knowledge.
2          MR. DINGMAN:  Is this a good time for a
3    break?  Some time in the next five or ten
4    minutes?
5          MR. KIM:  Sure.  Let me just ask one
6    more line of questions.  Let's just take a break
7    right now.
8          (Recess.)
9          BY MR. KIM:
10   Q.    We're back on the record.  We've been
11   talking a bit about kind of your understanding of
12   the policy.  We've been talking about the policy
13   as it is now.  When you started in 2013, what was
14   your understanding of what the policy was when
15   you started?
16   A.    Policy from which one, application?
17   Which one?
18   Q.    Right.  Let's talk about the documents
19   that are required to apply to the park.
20   A.    From what time?
21   Q.    From when you started.
22   A.    When the prospect came in, I would bring
23   out my future resident, in 2013 the requirements
24   was you had to completely fill out the
25   application.  You had to provide a valid

64

1   government-issued ID.  You had to provide a
2   Social Security card.  If you didn't have a
3   Social Security card, you had to provide a
4   passport, I-94, you had to show some kind of
5   proof for legal presence in the United States.
6   You had to provide two to four most recent pay
7   stubs.  Everything had to be the originals.  That
8   was when I first started.
9       Q.  It's your understanding that as far as
10  the policy of requiring certain docs, that has
11  remained constant?
12      A.  Yes, from 2013.
13      Q.  From 2013.  But what has changed is the
14  policy about recertification and then
15  inspections.
16      A.  That I recall, those are the two ones
17  that have changed.  Since 2013 the renewal
18  process was the same.  The lease was up; we would
19  go ahead and renew them.
20      Q.  Back in 2013 when you started, you
21  completely understood what was required of you as
22  far as you being the enforcer of the company's
23  policy?
24      A.  Correct.  I followed the format that was
25  on that sheet.

75

1   a person living there.
2       Q.  How did you realize that a person was
3   living there?
4       A.  To the best of my knowledge, he told me.
5       Q.  In what context did he tell you?
6       A.  When he came in and tried to fill -- his
7   renewal was coming up.  He came in and said his
8   wife is there.  At that point I said I don't have
9   your wife's application.
10      Q.  Is that all he said?
11      A.  That's all I can recall.
12      Q.  And you now understand that his wife is
13  Rosy Giron de Reyes, sir?
14      A.  Yes.
15      Q.  Who is one of the plaintiffs in this
16  case?
17      A.  Yes.
18      Q.  What about Felix Bolanos, when did you
19  become aware that his wife was living at the
20  park?
21      A.  To the best of my knowledge it was 2015
22  when I did his inspection.
23      Q.  During that inspection in 2015, how did
24  you become aware that his wife was living there?
25      A.  When I knocked on the door and I said

76

1    I'm here to do the inspection, Felix opened the
2    door.  There was a lady sitting there.  I said
3    I'm here to do the inspection, are you ready.  He
4    said yes.  I said is there anybody sleeping?  I
5    went in and did my inspection, made sure
6    everything was in compliance with the park rules
7    and regulations.  I said how many people do live
8    here.  He said it's me and my wife.
9         At that point I already knew I only had
10   one leaseholder.  That's when I told him, I only
11   have one person.  Your wife will need come in and
12   fill out an application.  I explained all the
13   requirements that his wife needs to fill out an
14   application.
15        Q.  So that's when you learned about
16   Mr. Bolanos' wife who you now know is Ruth Rivas?
17        A.  Correct.
18        Q.  What about Mr. Moya's wife, when did you
19   first become aware that she was living at the
20   park?
21        A.  When I did the inspection, that's when I
22   realized that there was other people living at
23   the home, because all I had was one on the
24   system.
25        Q.  When was that inspection?

77

1       A.   If I recall, it was 2015.

2       Q.   Do you remember roughly what month?

3       A.   If you have something you can show me, a
4  paper.  I really don't recall.

5       Q.   If you don't recall, that's fine.  What
6  about Mr. -- sorry, before we get there, you now
7  understand that Mr. Moya's wife is Yovana Jaldin
8  Solis, who is a plaintiff in this case?

9       A.   Yes.

10      Q.   What about Mr. Saravia-Cruz's wife, when
11 did you first learn that his wife was living at
12 the park?

13      A.   When he was up for renewal.

14      Q.   When was that; when was that up for
15 renewal?

16      A.   I don't recall the month.

17      Q.   And how did you learn when he was up for
18 renewal that his wife was living at the park?

19      A.   I sent a renewal letter and I told him
20 he needs to come in so I can schedule the
21 inspection.  He said my wife is going to be
22 there; can she do the inspection.  He was out of
23 town.  At that point I recall saying that I just
24 have you, and I told him if your wife lives there
25 she needs to fill out an application.

78

1  Q. Was that in -- I know you said you don't
2  recall the exact date, but was that in 2016 or
3  2015?
4  A. I don't recall.
5  Q. So you've talked a bit about how
6  inspections led to your learning about some of
7  the female plaintiffs in this case. Can you walk
8  me through what the inspection process is?
9  A. In late 2014, that's when we started to
10 do the inspection. The inspection process is to
11 make sure that everyone is compliant to the rules
12 and regulations, the outside of their home and
13 also the inside of their home.
14 Q. So you've just described kind of the
15 purpose of the inspection. What are the actual
16 steps you take to conduct the inspection?
17 A. I call the resident up and I let them
18 know your lease is about to expire. I need to
19 schedule an in-home inspection. We set a time.
20 I go up to their home at that time. And that's
21 when I do the inspection inside the home.
22 Q. Are you the only person who conducts
23 inspections at the park?
24 A. No.
25 Q. Who else does inspections; would it be

```
                                                              140
 1    question.  That misstates her prior testimony.
 2         A.   In 2015, that's when we started the
 3    recertification.  That's when we had to make sure
 4    that every adult had an application, not an
 5    occupant.  So 2014, we didn't start doing the
 6    recertification here.  In 2015 when I went to do
 7    the inspection, that's when the recertification
 8    started and when I looked up his file there was
 9    just one application.
10         Q.   Got it.  During the course of your three
11    or more years at A.J. Dwoskin and while managing
12    Waples, did any of the female plaintiffs in this
13    case cause any problems at the park?
14              MR. DINGMAN:  Object to the form.
15         A.   If I don't have a file in front of me, I
16    don't know whether the person made the complaint
17    or not.
18         Q.   So you're now aware of the female
19    plaintiffs -- of the identities or the names of
20    the female plaintiffs in this case, they are Rosy
21    Giron de Reyes, Ruth Rivas, Yovana Jaldin Solis,
22    and Rosa Elena Amaya.  You now know who they are.
23    Would you say you also could recognize them if
24    you saw them in person?
25         A.   Absolutely not.
```

223

STATE OF MARYLAND
COUNTY OF BALTIMORE

    I, Linda A. Crockett, a Notary Public of the State of Maryland, do hereby certify that the within named, JOSEPHINE GIAMBANCO, was deposed at the time and place herein set out, and after having been duly sworn by me, was interrogated by counsel.

    I further certify that the examination was recorded stenographically by me, and this transcript is a true record of the proceedings.

    I further certify that the stipulations made herein were entered into by counsel in my presence.

    I further certify that I am not of counsel to any of the parties, nor an employee of counsel, nor related to any of the parties, nor in any way interested in the outcome of this action.

    As witness my hand and notarial seal this 14th day of December, 2016.

My commission expires: December 28, 2016

*Linda A. Crockett*
Notary Public