IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiff, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## CONSENT PROPOSED ORDER

UPON CONSIDERATION of Plaintiffs' Consent Motion to Extend Deadline for Reply, and because there is good cause shown, it is hereby

ORDERED that Plaintiffs' Consent Motion to Extend Deadline for Reply is GRANTED.

Plaintiffs' Reply in Support of Cross-Motion for Summary Judgment is due by January 17, 2017 at 5:00 p.m.

ENTERED this ___ day of January 2017.

_____
The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia