IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiff,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

### ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s (collectively "Defendants") Motion to Seal (Dkt. 147) and Local Civil Rule 5, and having seen no opposition filed to Defendants' Motion to Seal (Dkt. 147), it is hereby

ORDERED that Defendants' Motion to Seal (Dkt. 147) is GRANTED.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Defendants filed a public Notice of Filing of Defendants' Motion to Seal (Dkt. 149) and the Court has posted this notice on the Court's public docket. A brief description of the content ("Proposed Sealed Documents") that Defendants move to seal is as follows:

1) Plaintiffs' confidential deposition transcripts, which are attached as Exhibits 1-5, 13-15 to Defendants' Reply Memorandum in support of Defendants' Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Cross-Motion for Summary Judgment ("Reply");

2) Two confidential Resident Selection & Occupancy Standards documents attached as Exhibits 9-10 and to Exhibit 20 to Defendants' Reply;

3) A confidential Consumer Reports & CoreLogic SafeRent Training Manual attached as Exhibit 11 and to Exhibit 20 to Defendants' Reply;

4) Confidential letters to unconnected third-party tenants containing private identifying information attached to Defendants' Reply as Exhibit 18.

5) A portion of Defendants' Reply which cites to the above-mentioned exhibits.

UPON CONSIDERATION of Defendants' Motion to Seal (Dkt. 147), Local Civil Rule 5, and having seen no opposition filed to Defendants' Motion to Seal, the Court hereby

FINDS that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Further, it is hereby

ORDERED that the Proposed Sealed Documents shall be maintained under seal by the Clerk, until otherwise directed.

ENTERED this 13th day of January 2017.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carroll Buchanan
U.S. District Court for the
Eastern District of Virginia