# Exhibit 7

4/22/16

# Future Resident Information Guide



**BULL RUN & WAPLES**
MOBILE HOME COMMUNITIES
Managed by A.J. Dwoskin & Associates

| Lease Term | Monthly Rent Lot | Minimum Security Deposit |
| --- | --- | --- |
| 12 month | $780 - $785 | $780 - $785 |
| 12 month RV | $885 - $910 | $885 - $910 |
| 6 month - RV Only | $985 - $1,010 | $985 - 1,010 |

*Rents and fees are subject to change at any time*

**Application Fee:**   $55 per Leaseholder *(All applicants over 18 years of age must apply as Leaseholder)*
$50 Administration Fee due at time of Application

**Occupancy:**

Occupancy shall be limited to those persons listed on the original application. All Occupants 18 years and older must complete a Leaseholder Application and be approved to live in the community. If occupancy changes, any person 18 years or older who wishes to reside in the mobile home, must fill out a Leaseholder Application and be approved to live in the park *prior* to moving into the home.

**Animal Policy:**

Animal Rent: $20/monthly per animal

Animal Deposit: $50 non-refundable fee per animal

We welcome cats and dogs up to 100 lbs. at maturity. Two (2) animals are the maximum. No Rottweilers, Pit Bulls, Staffordshire Terriers, Canary Dogs, Doberman Pinschers, Huskies or Chow-Chows (including mix with restricted breed) will be permitted.

**Utilities:**

Electric and/or gas in each individual mobile home is the responsibility of the homeowner.

Water & Sewer are being calculated and billed by the Community Management using Ratio Utility Billing System (RUBS) Occupancy Factor Allocation. This billing system allocates the water and sewer costs for the entire community among all residents on a prorate basis, adjusted for the number of occupants in each mobile home.

Trash removal and recycling are included in the lot rent.

The local cable company offers the ability to hook into direct cable TV at each home site.

Lot rental for RVs only includes electricity, water and sewer.

**Due On or Before Move - In Date:**

Original Certificate of Title for mobile homes that are paid in full or Financing Agreement if title for mobile home is held by the lender showing leaseholder's name as owner. Park office will also need proof of insurance.

4/2016



## Application Requirements:

**Application:**
- Completed Application
- Application Fee
- Signature of Applicant

**Identification:**
- Applicant must provide valid, original, government issues photo ID (U.S. Driver's License, Passport, etc.)

**Additional Documents:**
Applicants must submit the following:
- Original Social Security Card
- Applicants who are not U.S. citizens, must also provide immigration documentation to prove legal presence in the United States.

**Income:**
Applicants must submit one of the following:
- 2 - 4 most recent consecutive original pay stubs
- if new job, original offer letter
- if self-employed, 1040 Tax Returns with Schedule C for the past 2 years

**Residency:**
Applicant must supply places of current and past residencies on the application for the last 3 years (dates must be consecutive) and provide contact names and phone numbers

**Special Notes:**
- Applicants must formally be approved to live in the mobile home community before purchasing a home, or moving a home on-site.
- All required documents must be **original**, and will in turn be photocopied in the Park Office by a member of Management.
- No faxed copies of documents or off-site photocopies of documents will be accepted.
- Personal mobile home insurance is required in the event of an unforeseen accident or loss.