IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-563 |
| | ) |
| WAPLES MOBILE HOME PARK | ) |
| LIMITED PARTNERSHIP, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The final pretrial conference is this matter is currently scheduled for Thursday, February 2, 2017. Yet, a hearing on the parties' cross motions for summary judgment will occur a week earlier, on January 27, 2017. It is therefore in the interest of judicial economy to consolidate the final pretrial conference with the January 27 hearing on the motions for summary judgment.

Accordingly, and for good cause,

It is hereby **ORDERED** that the parties' pretrial conference is **RESCHEDULED** for 10:00 a.m. Friday, January 27, 2017.

It is further **ORDERED** that the filing deadlines for the parties' Rule 26(a)(3) disclosures, trial exhibit lists, witness lists, and stipulation of uncontested facts will remain February 2, 2017, as provided in the Order dated December 7, 2017. *See Reyes v. Waples Mobile Home Park L.P.*, No. 1:16-cv-563 (E.D. Va. Dec. 7, 2017) (Order).

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 24, 2017

/s/
T. S. Ellis, III
United States District Judge