**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, | |
| *Plaintiffs*, | Civil Action No. 1:16cv00563-TSE-TCB |
| vs. | |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., | |
| *Defendants*. | |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that on February 17, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will bring forward for hearing Plaintiffs' Motion to Strike the Expert Report and Exclude the Testimony of George C. Caruso.

DATED: January 26, 2017                    Respectfully submitted,


                                           */s/ Joy Odom*
                                           _____
                                           QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
                                           Paul Brinkman, VSB # 35950
                                           Joy Odom, VSB #84281
                                           Ariel Trajtenberg (*pro hac vice*)
                                           Diego Durán de la Vega (*pro hac vice*)
                                           Jongwook Kim (*pro hac vice*)
                                           Archith Ramkumar (*pro hac vice*)

                                           777 Sixth Street NW, 11th Floor
                                           Washington, District of Columbia 20001
                                           Phone: (202) 538-8000
                                           Fax: (202) 538-8100
                                           paulbrinkman@quinnemanuel.com
                                           joyodom@quinnemanuel.com
                                           arieltrajtenberg@quinnemanuel.com
                                           diegoduran@quinnemanuel.com
                                           wookiekim@quinnemanuel.com
                                           archithramkumar@quinnemanuel.com
                                           LEGAL AID JUSTICE CENTER
                                           Simon Sandoval-Moshenberg, VSB #77110
                                           Rebecca Wolozin, VSB #89690

                                           6066 Leesburg Pike, Suite 520
                                           Falls Church, VA 22041
                                           Phone: (703) 778-3450
                                           Fax: (703) 778-3454
                                           simon@justice4all.org
                                           becky@justice4all.org

                                           *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, I filed the foregoing Notice of Hearing Date electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

Grayson P. Hanes, VSB # 06614
Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB # 83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghaynes@reedsmith.com
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*

/s/ Joy Odom
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Joy Odom, VSB # 84281
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
joyodom@quinnemanuel.com

*Counsel for Plaintiffs*