# EXHIBIT 3

```
                                                                    1
              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF VIRGINIA

                  ALEXANDRIA DIVISION
    ------------------------------------x
    ROSY GIRON DE REYES;
    JOSE DAGOBERTO REYES;
    FELIX ALEXIS BOLANOS;
    RUTH RIVAS; YOVANA JALDIN SOLIS;
    ESTABAN RUBIN MOYA YRAPURA;
    ROSE ELENA AMAYA, and
    HERBERT SARAVIA CRUZ,

              Plaintiffs,              CASE NO:
                                       1:16ev00563-TCB
    Vs.

    WAPLES MOBILE HOME PARK
    LIMITED PARTNERSHIP; WAPLES PROJECT
    LIMITED PARTNERSHIP; and
    A.J. DWOSKIN & ASSOCIATES, INC.,

              Defendants,
    ------------------------------------x

            DEPOSITION OF MARK ANDREW JONES

                 Falls Church, Virginia

                   November 22, 2016

                       9:30 a.m.

    Reported By:
    Chris Fox
    Job No: 47656
```

```
                    26                                              28
 1    that they are distinct entities, so you have to be    1    A.  No.
 2    careful in asking questions because most of the       2    Q.  What document would I look to figure that
 3    folks are not employees of any entity other than      3  out?
 4    the A.J. Dwoskin entity.                              4    A.  The financial statement.
 5       (Deposition Exhibit 4,                             5    Q.  Is that publicly available?
 6       Organization chart                                 6    A.  No.
 7       Marked for Identification)                         7    Q.  Do you know whether it's been produced in
 8  BY MS. ODOM:                                            8  this case?
 9    Q.  Mr. Jones, I want you to take a look at this.     9    A.  No, it has not.
10  Have you ever seen this document before?               10    Q.  Do either Waples Mobile Home Park Limited
11    A.  Yes, I have.                                     11  Partnership or Waples Project Limited Partnership
12    Q.  Can you tell me what it is?                      12  receive any federal funding or federal financial
13    A.  It is an organization chart of the entities.     13  assistance?
14    Q.  And those entities include Waples Mobile Home    14       MR. DINGMAN:  I'm going to object to the
15  Park Limited Partnership?                              15    question, because the financial status or
16    A.  Correct.  Waples Project Limited Partnership.    16    background of these entities is not a topic in the
17    Q.  Um-hmm.                                          17    Notice of Deposition; nonetheless, to the extent
18    A.  And Waples AJD Corp.                             18    that Mr. Jones can answer the question, I'll allow
19    Q.  What's the relationship between these            19    him to answer based on his personal knowledge, but
20  entities?                                              20    this was not a topic in the corporate deposition.
21    A.  The Waples Project Limited Partnership owns      21  BY MS. ODOM:

                    27                                              29
 1  interest in Waples Mobile Home Park LP.  So let me      1    Q.  You can go ahead and answer, Mr. Jones.
 2  go -- it's the opposite actually.  The Waples Mobile   2    A.  No, we have no agreements with federal
 3  Home Park LP owns the Project Limited Partnership,     3  funding.
 4  Waples Project Limited Partnership which owns the      4    Q.  Okay.  If you look on Exhibit 4 on the
 5  asset.                                                 5  left-hand side, there's Waples/AJD Corp.  I'm sorry,
 6    Q.  Okay.  And how do those two entities relate      6  it's a little bit hard to read.  It looks like it's
 7  to A.J. Dwoskin & Associates, Inc.?                    7  General Partner Interest.  How does that fit in with
 8    A.  We manage the property or the asset.             8  the other entities?
 9    Q.  Does A.J. Dwoskin & Associates own an            9    A.  It is an S Corporation that houses the one
10  interest in Waples Mobile Home Park Limited           10  percent GP interest in the Waples Project Limited
11  Partnership?                                          11  Partnership.
12    A.  No.                                             12       MS. ODOM:  Can you hand me 65, please.
13    Q.  Does A.J. Dwoskin & Associates, Inc. take a     13       (Deposition Exhibit 5,
14  fee for the management of the assets?                 14       Notice of Deposition
15    A.  Yes.                                            15       Marked for Identification)
16    Q.  How much is that fee on an annual basis?        16  BY MS. ODOM:
17    A.  It's -- it is 5 percent of gross revenue.       17    Q.  Mr. Jones, if you'll take a look at this and
18    Q.  Of A.J. Dwoskin's gross revenue?                18  let me know if you recognize this document?
19    A.  Of Waples' Project.                             19    A.  Yeah, I do recognize this document.
20    Q.  Okay.  Are you able to estimate that in         20    Q.  Was this one of the documents you reviewed in
21  dollars?                                              21  preparing for your deposition today?
```

8 (Pages 26 to 29)