IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, et al., )
    Plaintiffs, )
     )
    v. ) Case No. 1:16-cv-563
     )
WAPLES MOBILE HOME PARK )
LIMITED PARTNERSHIP, et al., )
    Defendants. )

## ORDER

On January 24, 2017, the final pretrial conference in this matter was scheduled for January 26, 2017 to coincide with the hearing on the parties' summary judgment motions.[1] Because the summary judgment hearing has been continued to February 17, 2017,[2] it is appropriate to reschedule the final pretrial conference as well.

Accordingly, and for good cause,

It is hereby **ORDERED** that the final pretrial conference is **RESCHEDULED** for 11:00 a.m. Friday, February 17, 2017.

It is further **ORDERED** that the filing deadlines for the parties' Rule 26(a)(3) disclosures, trial exhibit lists, witness lists, and stipulation of uncontested facts remain February 2, 2017.[3]

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 26, 2017

                                                             /s/
                                                    T. S. Ellis, III
                                                    United States District Judge

---

[1] *See Reyes v. Waples Mobile Home Park L.P.*, No. 1:16-cv-563 (E.D. Va. Jan. 24, 2017) (Order) (Doc. 164).

[2] *See id.* (E.D. Va. Jan. 26, 2017) (Order) (Doc. 169).

[3] *See id.* (E.D. Va. Dec. 7, 2016) (Order) (Doc. 125).

1