**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, | |
| *Plaintiffs*, | Civil Action No. 1:16cv00563-TSE-TCB |
| vs. | |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., | |
| *Defendants*. | |

**PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES**

Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolaños, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") respectfully submit their Pretrial Disclosures in the above-captioned action, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's July 28, 2016 and December 7, 2016 Orders (Dkt. Nos. 35, 125). These disclosures are preliminary, as Plaintiffs have not yet received Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc.'s ("Defendants'") witness list, exhibit list, or other pretrial disclosures. Plaintiffs further reserve the right to supplement, augment, or otherwise modify these disclosures based on circumstances that may evolve up until and during the time of trial.

I.      **FRCP 26(a)(3)(A)(i):** the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises

Plaintiffs identify the following witnesses they expect to call at trial. Plaintiffs reserve the right to add and remove witnesses and to change the designation of witnesses' testimony—e.g., from "may call" to "will call"—as appropriate and necessary. Plaintiffs also expressly reserve the right to call live or by deposition transcript: (1) any witness on Defendants' witness list; (2) any witness necessary to establish a foundation for the admission of records or other evidence; and/or (3) any rebuttal/impeachment witness not listed here should the need arise.

Plaintiffs will call:

1.    **Rosy de Beltrani Giron de Reyes**
      c/o Undersigned Plaintiffs' Counsel

2.    **Jose Dagoberto Reyes Vides**
      c/o Undersigned Plaintiffs' Counsel

3.    **Ruth Maday Rivas Abarca**
      c/o Undersigned Plaintiffs' Counsel

4.    **Felix Alexis Bolaños Berrios**
      c/o Undersigned Plaintiffs' Counsel

5.    **Esteban Ruben Moya Yrapura**
      c/o Undersigned Plaintiffs' Counsel

6.    **Yovana Jaldin Solis**
      c/o Undersigned Plaintiffs' Counsel

7.    **Rosa Elena Amaya Iraheta**
      c/o Undersigned Plaintiffs' Counsel

8.    **Herbert David Saravia Cruz**
      c/o Undersigned Plaintiffs' Counsel

9. **Dr. William Arthur Valentine Clark**
UCLA Geography
Box 951524, 1255 Bunche Hall
Los Angeles, CA 90095-1524
(310) 273-0264

10. **Josephine Giambanco**
c/o Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22101
(703) 641-4200

11. **Mark Andrew Jones** (in a Federal Rule of Civil Procedure 30(b)(6) capacity)
c/o Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22101
(703) 641-4200

<u>Plaintiffs may call:</u>

1. **Ivan Yacub, Esq.**
Yacub Law Office
12761 Darby Brook Court, Suite 102
Woodbridge, VA 22192
(703) 533-2347

2. **Peter Douglas Lawson Williams**
c/o Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22101
(703) 641-4200

3. **Albert Dwoskin**
c/o Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22101
(703) 641-4200

4. **Carolina Easton**
c/o Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22101
(703) 641-4200

5. **Brady M. Bustany**
Corporate Counsel
Yardi Systems, Inc.
430 S Fairview Ave
Santa Barbara, CA 93117
800-866-1124 x1671

6. **Corporate Representative, RentGrow, Inc., d/b/a Yardi Resident Screening/Yardi Systems, Inc. (parent company)**
c/o Brady M. Bustany
Corporate Counsel
Yardi Systems, Inc.
430 S Fairview Ave
Santa Barbara, CA 93117

II.    **FRCP 26(a)(3)(A)(ii):** the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition

Plaintiffs do not anticipate presenting any witness testimony by means of a deposition at this time. Plaintiffs reserve the right to present deposition testimony should any witness become unavailable.

III.    **FRCP 26(a)(3)(A)(iii):** an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises

Plaintiffs expect to offer as exhibits the documents listed in Appendix A. Certain of these exhibits may be used only if the need arises. Plaintiffs also reserve the right to use any exhibit listed on Defendants' exhibit list, and to use any additional material for impeachment and/or rebuttal. Plaintiffs reserve the right to add, remove, and change exhibits as appropriate based on circumstances as they may evolve during trial.

## IV.    Statement of Undisputed Facts

The parties have filed a Joint Stipulation of Uncontested Facts separately.

DATED:    Washington, D.C.
February 2, 2017

By: _____
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Ariel Wade Trajtenberg (*pro hac vice*)
Joy Odom (*pro hac vice*)
Archith Ramkumar (*pro hac vice*)
Diego Durán de la Vega (*pro hac vice*)
Jongwook Kim (*pro hac vice*)

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
joyodom@quinnemanuel.com
archithramkumar@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

## Appendix A

### Plaintiffs' Exhibit List

#### I.     Declarations and Reports

| Description | Begin Bates | End Bates |
|---|---|---|
| Declaration of Brady M. Bustany (11/13/2016) | N/A | N/A |
| Declaration/Expert Report of Ivan Yacub, Esq. (10/28/2016) | N/A | N/A |
| Declaration/Expert Reports of Professor William A.V. Clark (12/22/2016) | N/A | N/A |
| Dr. Weinberg's Reproduction of the Mathematical Calculations from his Expert Report (1/4/2017) | N/A | N/A |

#### II.     Written Discovery

| Description | Begin Bates | End Bates |
|---|---|---|
| Portions of Defendants' Answer to Interrogatories Not Specifically Objected to by Plaintiffs | N/A | N/A |
| Portions of Defendants' Responses to Jose Dagoberto Reyes's First Set of Interrogatories Not Specifically Objected to by Plaintiffs | N/A | N/A |
| Defendants' Supplemental Answer to Interrogatory 6 | N/A | N/A |

#### III.     Plaintiffs' Lease Materials

| Description | Begin Bates | End Bates |
|---|---|---|
| Felix Bolaños Application for Residency (Dwoskin & Associates) | WAPLES00000115 | WAPLES00000115 |
| Jose Reyes Application for Residency (Dwoskin & Associates) (5/18/2013) | GIRON00000695 | GIRON00000695 |
| Jose Reyes Application for Residency (JBG Companies) (2016) | GIRON00000994 | GIRON00000995 |
| Rosy Giron de Reyes Application for Residency (JBG Companies) (2016) | GIRON00001194 | GIRON00001195 |
| Esteban Moya Application for Residency (Dwoskin & Associates) (12/07/2010) | WAPLES00000974 | WAPLES00000975 |
| Herbert Saravia Cruz Application for Residency (Dwoskin & Associates) (1/07/2012) | WAPLES00000343 | WAPLES00000346 |
| Mario Medina Application for Residency (Dwoksin & Associates) (1/31/2012) | WAPLES00000347 | WAPLES00000347 |

| | | |
|---|---|---|
| Application for Residency as Occupant (3/10/2009) | WAPLES00000761 | WAPLES00000762 |
| Application for Residency as Leaseholder (5/5/2009) | WAPLES00000763 | WAPLES00000766 |
| Application for Residency as Occupant (5/5/2009) | WAPLES00000767 | WAPLES00000769 |
| Application for Residency as Leaseholder (8/25/2010) | WAPLES00000770 | WAPLES00000773 |
| Application for Residency as Occupant (8/25/2010) | WAPLES00000774 | WAPLES00000776 |
| Application for Residency as Leaseholder (8/10/2011) | WAPLES00000777 | WAPLES00000779 |
| Application for Residency (8/12/2013) | WAPLES00000780 | WAPLES00000780 |
| Application for Residency (12/4/2015) | WAPLES00000781 | WAPLES00000781 |
| Application for Residency (1/28/2016) | WAPLES00000782 | WAPLES00000782 |
| Application for Residency (7/27/2016) | WAPLES00000783 | WAPLES00000783 |
| 2015-2016 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000051 | WAPLES00000053 |
| 2015-2016 Mobile Home Lease Agreement between Esteban Moya and Defendants | GIRON00000642 | GIRON00000652 |
| 2015-2016 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | GIRON00000844 | GIRON00000846 |
| 2011-2012 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000920 | WAPLES00000921 |
| 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | GIRON00000653 | GIRON00000655 |
| 2012-2013 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000254 | WAPLES00000255 |
| 2014-2015 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000247 | WAPLES00000249 |
| 2014-2015 Mobile Home Lease Agreement between Jose Reyes and Defendants | WAPLES00000433 | WAPLES00000443 |
| 2012-2013 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000082 | WAPLES00000083 |
| 2013-2014 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000080 | WAPLES00000081 |
| 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants. | WAPLES00000077 | WAPLES00000079 |
| Addendum to 2014-2015 Lease Agreement between Felix Bolaños and Defendants | WAPLES00000086 | WAPLES00000091 |
| Manufactured Home Site Rental Agreement between  Felix Bolaños and Ruth Rivas and | GIRON00000885 | GIRON00000893 |

| | | |
|---|---|---|
| Meadows of Chantilly Manufactured Home Community (9/30/2016) | | |
| 2012-2013 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000918 | WAPLES00000919 |
| 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000897 | WAPLES00000899 |
| 2013-2014 Mobile Home Lease Agreement between Jose Reyes and Defendants | WAPLES00000484 | WAPLES00000496 |
| 2013-2014 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000916 | WAPLES00000917 |
| 2015-2016 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000840 | WAPLES00000842 |
| 2013-2014 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000250 | WAPLES00000251 |
| Utility Addedum to 2014-2015 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000256 | WAPLES00000257 |
| Utility Addendum to 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000084 | WAPLES00000085 |
| Lease Addendum to 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000086 | WAPLES0000091 |
| Lease Addendum signed by Felix Bolaños and Josephine Giambanco (undated) | WAPLES00000056 | WAPLES00000061 |
| Utility Addendum to 2015-2016 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000054 | WAPLES00000055 |
| Utility Addendum to 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000900 | WAPLES00000901 |
| Lease Addendum signed by Herbert Saravia Cruz, Mario Medina, and Yvette Jimenez (2015) | WAPLES00000216 | WAPLES00000221 |
| Lease Addendum signed by Jose Reyes (2014) | WAPLES00000438 | WAPLES00000442 |
| Lease Addendum signed by Esteban Moya (2014) | WAPLES00000845 | WAPLES00000850 |
| Lease Addendum (8/11/2016) | WAPLES00000790 | WAPLES00000795 |
| Lease Addendum (1/2014) | WAPLES00000784 | WAPLES00000789 |
| Rules and Regulations for Chantilly Manufactured Home Community signed by Ruth Rivas and Felix Bolaños (2016) | GIRON00000874 | GIRON00000884 |
| Mobile Home Park Rules and Regulations, signed by Felix Bolaños (2012) | WAPLES00000092 | WAPLES00000101 |

| | | |
|---|---|---|
| Mobile Home Park Rules and Regulations, signed by Esteban Moya (2011) | WAPLES00000922 | WAPLES00000927 |
| Mobile Home Park Rules and Regulations, signed by Esteban Moya (2014) | WAPLES00000902 | WAPLES00000911 |
| Mobile Home Park Rules and Regulations, signed by Herbert Saravia Cruz and Mario Medina (2012) | WAPLES00000268 | WAPLES00000273 |
| Mobile Home Park Rules and Regulations, signed by Herbert Saravia Cruz and Mario Medina (2014) | WAPLES00000258 | WAPLES00000267 |
| Criminal Background Check for Rosy Giron de Reyes (12/04/2015) | GIRON00000696 | GIRON00000697 |
| Resident Screening Report for Herbert Saravia Cruz (2/03/2012) | WAPLES00000288 | WAPLES00000295 |
| Resident Screening Report for Jose Reyes (5/20/2013) | WAPLES00000500 | WAPLES00000507 |
| Resident Screening Report for Esteban Moya (12/09/2010) | WAPLES00000930 | WAPLES00000937 |
| Core Logic Reports for Male Plaintiffs | RPS000009 | RPS000016 |
| Renewal Letter from Defendants to Jose Reyes/Letter to Jose Reyes Adding Wife to Account (2015) | GIRON00000730 | GIRON00000733 |
| Lease Renewal Letter from Defendants to Jose Reyes and All Occupants (2015) | WAPLES00000431 | WAPLES00000431 |
| Renewal Notices to Esteban Moya (2011-2013) | WAPLES00000854 | WAPLES00000896 |
| Mobile Home Inspection for Herbert Saravia Cruz (2014) | WAPLES00000274 | WAPLES00000275 |
| Mobile Home Inspection for Felix Bolaños (2016) | WAPLES00001859 | WAPLES00001859 |
| Handwritten Note from Esteban Moya, including renter's insurance and airline ticket (1/11/2016) | WAPLES00000979 | WAPLES00000988 |
| Mobile Home Inspection for Esteban Moya (2016) | WAPLES00001064 | WAPLES00001065 |

## IV.   Documents Defining Defendants' Policy

| Description | Begin Bates | End Bates |
|---|---|---|
| Future Resident Information Guide (5/18/2006) | WAPLES00000733 | WAPLES00000734 |
| Future Resident Information Guide (10/18/2006) | WAPLES00000735 | WAPLES00000736 |
| Future Resident Information Guide (1/17/2011) | WAPLES00000737 | WAPLES00000737 |
| Future Resident Information Guide (3/4/2011) | WAPLES00000738 | WAPLES00000738 |
| Future Resident Information Guide (6/27/2011) | WAPLES00000739 | WAPLES00000740 |
| Future Resident Information Guide (3/23/2012) | WAPLES00000741 | WAPLES00000742 |
| Future Resident Information Guide (4/25/2012) | WAPLES00000743 | WAPLES00000744 |

| Future Resident Information Guide (9/11/2013) | WAPLES00000745 | WAPLES00000746 |
| Future Resident Information Guide (3/20/2014) | WAPLES00000747 | WAPLES00000748 |
| Future Resident Information Guide (5/14/2015) | WAPLES00000749 | WAPLES00000750 |
| Future Resident Information Guide (9/8/2015) | WAPLES00000751 | WAPLES00000752 |
| Future Resident Information Guide (3/31/2016) | WAPLES00000753 | WAPLES00000754 |
| Future Resident Information Guide (4/22/2016) | WAPLES00000755 | WAPLES00000756 |
| Future Resident Information Guide (5/16/2016) | WAPLES00000757 | WAPLES00000758 |
| Future Resident Information Guide (8/10/2016) | WAPLES00000759 | WAPLES00000760 |

## V.  Internal Defendant Guides, Memoranda, and Other Business Documents

| Description | Begin Bates | End Bates |
| --- | --- | --- |
| Resident Selection and Occupancy Standards (2/19/2013) | WAPLES00002320 | WAPLES00002351 |
| Resident Selection and Occupancy Standards (9/13/2013) | WAPLES00002680 | WAPLES00002712 |
| Resident Selection and Occupancy Standards (10/25/2013) | WAPLES00002801 | WAPLES00002832 |
| Resident Selection and Occupancy Standards (11/1/2013) | WAPLES00002764 | WAPLES00002795 |
| Resident Selection and Occupancy Standards (4/20/2015) | WAPLES00002602 | WAPLES00002633 |
| Resident Selection and Occupancy Standards (5/8/2015) | WAPLES00002502 | WAPLES00002533 |
| CoreLogic Contract with A.J. Dwoskin (6/20/2001) | RPS000001 | RPS000008 |
| A.J. Dwoskin Consumer Reports & CoreLogic SafeRent Training Manual (1/24/2011) | WAPLES00000572 | WAPLES00000732 |
| Yardi RentGrow Screening Services Activation Agreement (4/26/2013) | WAPLES00000814 | WAPLES00000826 |
| Yardi Resident Screening (2013) | WAPLES00000796 | WAPLES00000813 |
| Resident Ledger for Jose Reyes (11/17/2016) | WAPLES00003117 | WAPLES00001323 |
| Resident Ledger for Felix Bolaños (11/17/2016) | WAPLES00003098 | WAPLES00003106 |
| Resident Ledger for Esteban Moya (11/17/2016) | WAPLES00003107 | WAPLES00003116 |
| Resident Ledger for Herbert Saravia Cruz (11/17/2016) | WAPLES00003124 | WAPLES00003134 |
| Residential Marketing Plan (2014) | WAPLES00001676 | WAPLES00001693 |
| "Daily Happenings at Bull Run & Waples" for 8/28/2015 | WAPLES00001498 | WAPLES00001499 |
| List of Noncompliant Waples Tenants and Outstanding Documentation; Violation Letters (2015-2016) | WAPLES00001272 | WAPLES00001330 |
| Move Out Report: Waples Project LP | WAPLES00002981 | WAPLES00002981 |

| | | |
|---|---|---|
| "Daily Happenings at Bull Run & Waples" for 2/11/2016 | WAPLES00001435 | WAPLES00001438 |
| List of Individuals Who Received Background Check | WAPLES00001338 | WAPLES00001350 |
| Organizational Chart for Waples Mobile Home Park LP | WAPLES00001331 | WAPLES00001331 |
| Grace Hill Certificates of Achievement for Valerie Dixon, Carolina Easton, Mayra Lopez, Jessica Armstead, Mark Jones, and Josephine Giambanco | WAPLES00001257 | WAPLES00001263 |
| List of Waples Residents (redacted by Defendants) | WAPLES00001335 | WAPLES00001337 |

## VI.    Defendants' Internal Correspondence

| Description | Begin Bates | End Bates |
|---|---|---|
| Email from Peter Williams to Distribution List with Attachments (11/9/2015) | WAPLES00001724 | WAPLES00001733 |
| Email from Theresa Osborne to Peter Williams (10/28/2013) | WAPLES00002800 | WAPLES00002832 |
| Email from Peter Williams to Albert Dwoskin (6/19/2015) | WAPLES00001503 | WAPLES00001507 |
| Email between Peter Williams and Theresa Osborne with Attachment (5/14/2014) | WAPLES00002355 | WAPLES00002357 |
| Email from Carolina Easton to Peter Williams, Mark Jones, and Others with Attachment (5/15/2015) | WAPLES00002501 | WAPLES00002533 |
| Email between Josephine Giambanco, Lindsay Gilbert, Theresa Osborne, and Others with Attachment (3/20/2014) | WAPLES00001367 | WAPLES00001371 |
| Email from Theresa Osborne to Peter Williams with Attachment (1/7/2013) | WAPLES00002833 | WAPLES00002865 |
| Email from Theresa Osborne to "Residential Managers" with Attachment (12/20/2013) | WAPLES00002239 | WAPLES00002271 |
| Email from Peter Williams to Julia Edwards (Core Logic) (8/29/2011) | WAPLES00001723 | WAPLES00001723 |
| Email from Peter Williams to Albert Dwoskin with Attachment (11/10/2015) | WAPLES00001488 | WAPLES00001496 |
| Email between Carolina Easton, Jessica Armstead, and Josephine Giambanco (1/14/2016) | WAPLES00002433 | WAPLES00002435 |
| Email between Carolina Easton, Josephine Giambanco, and Carolina Easton with Attachment (5/19/2014) | WAPLES00002278 | WAPLES00002280 |

11

| | | |
|---|---|---|
| Email between Carolina Easton, Josephine Giambanco, Mark Jones, and Others, with Attachments (5/17/2016) | WAPLES00002441 | WAPLES00002457 |
| Email between Carolina and Josephine Giambanco with Attachments (8/17/2016) | WAPLES00002272 | WAPLES00002277 |
| Email between Josephine Giambanco, Carolina Easton, and Jessica Armstead with Attachments (2/3/2016) | WAPLES00001783 | WAPLES00001789 |
| Email between Carolina Easton, Josephine Giambanco, Jessica Armstead, and Mark Jones (8/29/2016) | WAPLES00002925 | WAPLES00002930 |
| Email from Sabiha Noorzai to "Daily Reports" (7/29/2011) | WAPLES00001470 | WAPLES00001470 |
| Email from Cliff Liautaud to Josephine Giambanco and Mayra Lopez with Attachment (4/22/2016) | WAPLES00001532 | WAPLES00001535 |
| Email from Cliff Liautaud to Josephine Giambanco and Mayra Lopez with Attachment (5/16/2016) | WAPLES00001521 | WAPLES00001524 |
| Email between Carolina Easton and Lindsay Gilbert (9/3/2014) | WAPLES00001619 | WAPLES00001620 |
| Email between Carolina Easton and Lindsay Gilbert (9/3/2014) | WAPLES00001616 | WAPLES00001618 |
| Email between Jessica Armstead, Carolina Easton, "Residential Managers" and "Residential Assistant Managers" (8/22/2016) | WAPLES00001425 | WAPLES00001427 |
| Email between Carolina Easton, Mark Jones, and Peter Williams (4/28/2015) | WAPLES00002978 | WAPLES00002979 |
| Email from Valerie Dixon to Josephine Giambanco with attachment (2/11/2016) | WAPLES00001605 | WAPLES00001607 |
| Email between Josephine Giambanco and Carolina Easton (3/18/2016) | WAPLES00002964 | WAPLES00002965 |
| Email from Carolina Easton to Peter Williams with Attachment (3/17/2014) | WAPLES00002634 | WAPLES00002645 |
| Email from Josephine Giambanco to Carolina Easton with Attachment (4/28/2014) | WAPLES00002281 | WAPLES00002283 |
| Email between Carolina Easton, Josephine Giambanco, Mark Jones, and Others (10/28/2015) | WAPLES00001571 | WAPLES00001574 |
| Email between Carolina Easton, Josephine Giambanco, and Mark Jones (8/25/2016) | WAPLES00002972 | WAPLES00002977 |
| Email between Carolina Easton, Mark Jones, Valerie Dixon, and Jessica Armstead with Attachment (5/3/2016) | WAPLES00002796 | WAPLES00002798 |
| Email from Mark Jones to Carolina Easton and Jessica Armstead with Attachment (5/3/2016) | WAPLES00002426 | WAPLES00002427 |

12

| | | |
|---|---|---|
| Email from Carolina Easton to Mark Jones and Jessica Armstead with Attachment (5/17/2016) | WAPLES00002451 | WAPLES00002459 |
| Email between Mark Jones and Kevin Ortega of Yardi (5/27/2016) | WAPLES00002417 | WAPLES00002420 |
| Email from Mayra Lopez to Josephine Giambanco (3/2/2016) | WAPLES00001384 | WAPLES00001384 |
| Email between Josephine Giambanco, Yvette Jimenez, and Carolina Easton with Attachment (5/19/2014) | WAPLES00002278 | WAPLES00002280 |
| Email from Josephine Giambanco to Carolina Easton with Attachment (3/21/2014) | WAPLES00002284 | WAPLES00002285 |
| Email between Carolina Easton and Josephine Giambanco (5/17/2013) | WAPLES00001372 | WAPLES00001373 |
| Email from Carolina Easton with Attachment (9/29/2015) | WAPLES00002208 | WAPLES00002209 |
| Email from Josephine Giambanco to Valerie Dixon (5/11/2016) | WAPLES00002447 | WAPLES00002448 |
| Email from Theresa Osborne to "Residential Managers and "Residential Assistant Managers" (7/15/2013) | WAPLES00001459 | WAPLES00001459 |

## VII.    Eviction Correspondence with and Related to Plaintiffs

| Description | Begin Bates | End Bates |
|---|---|---|
| Violation Letter from Defendants to Esteban Moya (1/18/2016) | WAPLES00001141 | WAPLES00001143 |
| Violation Letter from Defendants to Herbert Saravia Cruz and Mobile Home Inspection Form (1/18/2016) | WAPLES00001854 | WAPLES00001855 |
| Letter Informing Residents of Month to Month Surcharge Increase to $300 (3/11/2016) | GIRON00000033 | GIRON00000033 |
| Eviction Letter to Jose Reyes (2/4/2016) | GIRON00000698 | GIRON0000698 |
| Letter from Herbert Saravia Cruz to Defendants Regarding Sale of Mobile Home (1/27/2016) | WAPLES00000198 | WAPLES00000198 |
| Violation Letter from Defendants to Felix Bolaños (3/2/2016) | WAPLES00001332 | WAPLES00001332 |
| Violation Letter from Defendants to Herbert Saravia Cruz (1/18/2016) | WAPLES00000199 | WAPLES00000199 |
| 21/30 Notice to Jose Reyes and All Occupants (1/27/2016) | WAPLES00001785 | WAPLES00001789 |
| Letter from Voice to Albert Dwoskin (8/12/2016) | WAPLES00002992 | WAPLES00003002 |
| Letter from VA Senators to Mike Dean (7/22/2016) | WAPLES00003004 | WAPLES00003004 |
| Audio File (3/2016) | GIRON00000045 | GIRON00000045 |
| Audio File (3/2016) | GIRON00000048 | GIRON00000048 |

13

| | | |
|---|---|---|
| Email between Jeff Franzen and Simon Sandoval-Moshenberg regarding Dwoskin Evictions (11/20/2015) | GIRON00000133 | GIRON00000134 |
| Notice to Jose Reyes of Acceptance of Rent with Reservation to Proceed with Eviction (2/03/2016) | GIRON00000693 | GIRON00000693 |
| 60 Day Termination Notice from Defendants to Esteban Moya and All Occupants (11/30/2016) | N/A | N/A |
| Notice of Acceptance of Rent with Reservation to Proceed with Eviction from Defendants to Esteban Moya and All Occupants (12/5/2016) | N/A | N/A |

## VIII.   Publicly Available Records and Documents

| Description | Begin Bates | End Bates |
|---|---|---|
| *The Washington Post*: "Without Social Security numbers, illegal immigrants face eviction" (2/10/2016) | WAPLES00001356 | WAPLES00001358 |
| "Overview of Race and Hispanic Origin: 2010" (2010 Census Briefs) (3/2011) | GIRON00000589 | GIRON0000612 |
| "Profile of the Unauthorized Population: Fairfax County, VA" | GIRON00000613 | GIRON00000622 |
| "2010-2014 American Community Survey 5 Year Estimates": Units in Structure | GIRON00000523 | GIRON00000524 |
| "2010-2014 American Community Survey 5 Year Estimates": Selected Characteristics of the Native and Foreign-Born Populations | GIRON00000525 | GIRON00000533 |
| "Unauthorized Immigrant Totals Rise in 7 States, Fall in 14: Decline in those from Mexico fuels most state decreases" (11/18/2014) | GIRON00000218 | GIRON00000271 |
| "Fairfax County Department of Housing and Community Development Semi Annual At Risk Housing Report" (6/25/2010) | GIRON00000574 | GIRON00000582 |
| "2010-2014 American Community Survey 5 Year Estimates": Housing Units | GIRON00000522 | GIRON00000522 |
| "Estimates of the Unauthorized Population for States" Data for Virginia | N/A | N/A |
| "Quick Facts: Virginia" | N/A | N/A |
| "2010-2014 American Community Survey 5-Year Estimates": Housing Units for Fairfax County | N/A | N/A |
| "2010-2014 American Community Survey 5-Year Estimates": Units in Structure for Virginia | N/A | N/A |
| "2010-2014 American Community Survey 5-Year Estimates": Units in Structure for Fairfax County | N/A | N/A |

| | | |
|---|---|---|
| "2010-2014 American Community Survey 5-Year Estimates": Selected Characteristics of the Native and Foreign-Born Populations for Virginia | N/A | N/A |
| *The Washington Post*: "Undocumented Latinos and their families sue after evictions" (5/23/2016) | N/A | N/A |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2017, I filed the foregoing document

electronically with the Clerk of the Court using the ECF system, and caused to be served by

electronic mail a copy of the foregoing document upon the following parties:

Grayson P. Hanes, VSB # 06614
Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB # 83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghaynes@reedsmith.com
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*


_____
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Paul Brinkman, VSB # 35950

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com

*Counsel for Plaintiffs*