# EXHIBIT 1

| | |
|---|---|
| **From:** | Joy Odom <joyodom@quinnemanuel.com> |
| **Sent:** | Wednesday, January 25, 2017 4:11 PM |
| **To:** | Dingman, Michael S.; Hanes, Grayson P.; deBettencourt, Justin D. |
| **Cc:** | Ariel Trajtenberg |
| **Subject:** | Giron De Reyes, et al. v. Waples Mobile Home Park LP, et al., No. 1:16-cv-563 (E.D. Va.) |

Mike and Justin,

Plaintiffs intend to move to strike Mr. Caruso's report from the summary judgment record and to preclude him from testifying at trial on Rule 702 and 403 grounds. Please let us know if you will agree to withdraw Mr. Caruso's report from summary judgment and not to call him at trial.

If you do not agree, please let us know if you are available for oral argument on this motion on Friday, February 17. I am available to discuss this afternoon if you believe it would be productive.

Thanks,

Joy

**Joy Odom**
Associate | Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8159 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
joyodom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.