# EXHIBIT 2

| | |
|---|---|
| **From:** | Ariel Trajtenberg <arieltrajtenberg@quinnemanuel.com> |
| **Sent:** | Wednesday, December 07, 2016 3:08 PM |
| **To:** | Dingman, Michael S.; deBettencourt, Justin D. |
| **Cc:** | 'Simon Sandoval-Moshenberg'; Wookie Kim |
| **Subject:** | RE: Giron De Reyes, et al. v. Waples Mobile Home Park LP, et al., No. 1:16-cv-563 (E.D. Va.): Deposition of George Caruso |
| **Attachments:** | RE: Giron De Reyes, et al. v. Waples Mobile Home Park LP, et al., No. 1:16-cv-563 (E.D.Va.) |

Mike,

You are correct that the parties agreed to conduct expert depositions after the close of discovery, per Defendants' request. As you will see from the attached email correspondence, we agreed the depositions could occur up to two weeks before trial. In light of the January 27th summary judgment hearing, it is unlikely trial will begin within two weeks of the first week of January, so a deposition that week falls within our agreement. That said, in an effort to accommodate your preference to complete Mr. Caruso's deposition in December, we are available on December 27, 28, or 29. Please let us know if any of these dates works for Mr. Caruso. Otherwise, please provide his availability for a deposition the first week of January.

Professor Clark is available at 1:00pm on December 21 or 22 to be deposed in the method you describe, by videoconference at Reed Smith's Los Angeles office. Please let us know if December 21 or 22 works for you. Would you please also let us know how much time you anticipate requiring for Professor Clark?

Best,
Ariel

**Ariel Wade Trajtenberg**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**
202-538-8163 Direct
arieltrajtenberg@quinnemanuel.com

**From:** Dingman, Michael S. [mailto:MDingman@ReedSmith.com]
**Sent:** Tuesday, December 06, 2016 11:54 AM
**To:** Ariel Trajtenberg <arieltrajtenberg@quinnemanuel.com>; deBettencourt, Justin D. <JdeBettencourt@ReedSmith.com>
**Cc:** 'Simon Sandoval-Moshenberg' <simon@justice4all.org>; Wookie Kim <wookiekim@quinnemanuel.com>
**Subject:** RE: Giron De Reyes, et al. v. Waples Mobile Home Park LP, et al., No. 1:16-cv-563 (E.D. Va.): Deposition of George Caruso

Ariel,

We agreed to allow expert depositions after the discovery cut-off date of December 9, but we cannot agree to push discovery into January. Please provide us with available dates for a deposition of Mr. Caruso over the next two weeks and we will arrange for his deposition. Defendants would also like to depose Professor Clark and suggest December 19 or 20 for his deposition. Since he is in Los Angeles, we would have him come to our office in Los Angeles and conduct the deposition by video conference. Please let me know if Professor Clark is available on either of those dates. Thank you.

Mike Dingman
MDingman@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA 22102
703.641.4323
Fax 703.641.4340

**Please note our new address effective 3-21-16: 7900 Tysons One Place, Suite 500, McLean, VA 22102**

**From:** Ariel Trajtenberg [mailto:arieltrajtenberg@quinnemanuel.com]
**Sent:** Monday, December 05, 2016 9:49 PM
**To:** Dingman, Michael S.; deBettencourt, Justin D.
**Cc:** 'Simon Sandoval-Moshenberg'; Wookie Kim
**Subject:** Giron De Reyes, et al. v. Waples Mobile Home Park LP, et al., No. 1:16-cv-563 (E.D. Va.): Deposition of George Caruso

Mike and Justin,

Would you please let us know George Caruso's availability for a deposition the week of January 3?

Best,
Ariel

**Ariel Wade Trajtenberg**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8163 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
arieltrajtenberg@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
Disclaimer Version RS.US.201.407.01