# EXHIBIT 5

≡menu

Homepage

Home
Pay Dues
→] Sign In/Register



# CPM®
EDUCATION

## Who is it for?

Certified Property Managers® (CPM®) are recognized as experts in real estate management, and they are at the top of the profession. 70% of those who hold the CPM® designation hold the highest management positions in their offices (owner/partner/officer/director).

## What You Gain

- Recognition that you are an expert in the field of real estate management
- A subscription to the bi-monthly *Journal of Property Management (JPM®)*
- Discounts to professional development online courses
- 50% off Income/Expense Analysis® Reports and Income/Expense Online Labs
- Online Resources
- Skill Builders tutorials
- Webinars
- Discounts on all IREM publications
- Online access to shared interest communities, to facilitate networking
- Membership in your local IREM chapter
- Access to the online IREM Career Center
- Leadership opportunities at the national and chapter levels
- Participation in conferences
- Resources for and tips on promoting your CPM® credentials
- The support of IREM's public policy advocacy efforts
- Listing in the online IREM member directory
- Eligibility for the Professional Achievement Award
- Access to the IREM Foundation Scholarship Program

## How to Earn It

### Education

- Complete the ethics course.
- Complete one of four options:
  - Coursework
    - Complete seven required courses
  - Designations Fast Track
    - Hold a CCIM, CSM, PCAM, or RPA designation and submit the fast track approval fee
  - Real Estate Degree Fast Track
    - Hold an undergraduate or graduate degree with a major, minor or concentration in real estate property management and submit the fast track approval fee
  - Professional Experience Fast Track
    - Have 20 years of qualifying professional experience and submit the fast track approval fee

### Exam

- Pass the CPM® certification exam.

- Pass the ethics course exam and pledge to uphold the IREM Code of Professional Ethics.
- Pass a management plan on either an actual property (MPIND) or a skills assessment (MPSA).

## Work Experience

- Three years (36 months) of qualifying real estate management experience as defined by IREM

## Professional Affiliation

- Fulfill a one-year candidacy period by being a CPM® Candidate Member, ARM Member, or ACoM member in good standing for the 12 months prior to CPM® approval
- Membership in good standing of NAR
- Hold a real estate license or verify that you are not required to hold one for your current position
- Attend two IREM chapter meetings or events during the 12 months immediately prior to CPM® approval
- Be interviewed and approved by your IREM chapter

## Letters of Recommendation

- Submit three confidential letters of recommendation at the time of candidacy approval

## Cost

- Cost of courses, if you are not in the Fast Track Program
- Fast Track approval fee
  - $630 (not required if you are not in the Fast Track Program)
- Certification exam
  - $270
- National annual dues
  - $495
- Chapter annual dues
  - Varies by chapter
- Application fee
  - $210

For more information, visit the IREM website.

In this section

Courses

Graduate School

Continuing Education

Designations and Certifications

Code of Ethics Training

Library

News   Advertise   Careers                                                                 Contact
Live Chat (M-F, 8am-5pm CT)

## Headquarters

430 N. Michigan Avenue

Chicago, IL 60611-4087

800-874-6500

## DC Office

500 New Jersey Avenue, NW

Washington DC 20001-2020

202-383-1000

## Follow Us

More+

Privacy Policy   Accessibility   Reprints                                            Terms of Use

## +For NAR Members

Realtors Property Resource® (RPR)                           REALTOR® Magazine
Comprehensive data, powerful analytics, and client-friendly reports exclusively for REALTORS®.   The business tool for real estate professionals.

CommercialSearch.com
Commercial property listings, broker search, education, and commercial industry news.

REALTOR® Action Center
Advocate for our industry, including REALTORS® and the buyers and sellers you serve.

## +For the Public

What is a REALTOR®?
Not all real estate agents adhere to the same standards. Find out why it's better to work with a member of the National Association of REALTORS®.

realtor.com®                                                Houselogic.com
The most comprehensive and accurate information for buyers and sellers to discover their perfect home.   Helping homeowners make smart decisions to maintain and enhance the value of their homes.

Privacy Policy   Accessibility   Reprints                                            Terms of Use

## All NAR Properties▸

## Translate▸

©2017 Copyright. All Rights Reserved. National Association of REALTORS®.