# EXHIBIT 6

Attention Members: Log in to pay your dues today   (0) items in My Cart        More +
                                                                                Contact Us   Login Now


IREM Institute of Real Estate Management

GO                                                                              Menu

# We believe in professional ethics.
## We believe in the power of knowledge and the importance of sharing it.



Home / About IREM

- 
- 
- 
- 
- 
- 
- 

## About IREM

The Institute of Real Estate Management (IREM) is an international community of real estate managers dedicated to ethical business practices, maximizing the value of investment real estate, and promoting superior management through education and information sharing.

An affiliate of the NATIONAL ASSOCIATION OF REALTORS, IREM is the home for all industry professionals connected to real estate management – and the only organization serving both the multi-family and commercial sectors.
We believe:

- That good management matters
- That well-managed properties pay dividends in terms of value and in the quality of life for residents, tenants and customers
- In professional ethics
- In the power of knowledge and the importance of sharing it

IREM offers a variety of membership types for professionals of every experience level, from on-site managers to high-level executives. Our credentials, earned by meeting high standards of education, experience, and ethical business practices, include

- CERTIFIED PROPERTY MANAGER (CPM)
- ACCREDITED RESIDENTIAL MANAGER (ARM)
- ACCREDITED COMMERCIAL MANAGER (ACoM)
- ACCREDITED MANAGEMENT ORGANIZATION (AMO)

For 80 years, IREM has set the standard for best practices in real estate management. Today, IREM membership includes 20,000 individuals and 570 corporate members. To learn more about IREM, call (800) 837-0706, ext. 4650 (outside the U.S. call (312) 329-6000) or contact us now.

View the IREM Background Information Kit

The IREM Headquarters office has been awarded **WELL Certification at the Silver level.**

# About IREM

- Leadership
- Volunteering/Governance
- Chapters
- Diversity Outreach Program
- Member & AMO Directories
- Media Resources
- Advertising & Sponsorship Opportunities
- International Programs
- Headquarters Staff
- IREM Foundation

About IREM   Membership   Credentials   Education   Careers   Resources   Events   Public Policy
Login   Contact Us   Privacy Policy
Course Descriptions

Read the copyright and disclaimer

©Institute of Real Estate Management. All rights reserved. IREM®, the IREM logo, CERTIFIED PROPERTY MANAGER®, CPM®, the CPM key logo, ACCREDITED RESIDENTIAL MANAGER®, ARM®, the ARM torch logo, ACCREDITED MANAGEMENT ORGANIZATION®, AMO®, the AMO circle logo, Income/Expense Analysis®, Expense Analysis® and JPM® are registered marks of the Institute of Real Estate Management.

IREM practices diversity. We are an inclusive organization that embraces and values differences and welcomes individuals of all races, genders, creeds, ages, sexual orientations, gender identities, and national origins and individuals with disabilities, providing an equal opportunity environment among its members, vendors, and staff.   Click here to learn more.