UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, et al.,  )
    Plaintiffs,  )
)
v.  )  Civ. No. 1:16cv563
)
WAPLES MOBILE HOME PARK  )
LIMITED PARTNERSHIP, et al.  )
    Defendants.  )
)

ORDER

THIS MATTER came before the Court on Defendants' Motion to Seal (Dkt. 174).

Upon review of the pleadings and a conference call held on February 14, 2017 with counsel of record it is hereby

ORDERED Defendants' Motion to Seal (Doc. 174) is DENIED. The exhibits shall be filed with the clerk not underseal.

ENTERED this 14th day of February, 2017.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia