## ** CIVIL MOTION MINUTES **

Date: 02/17/2017                                    Before the Honorable: T.S. ELLIS, III

Time: 01:59PM-02:59PM (01:00)          Civil Case No.: 1:16-CV-00563-TSE-TCB

Official Court Reporter: Tonia Harris

Courtroom Deputy: Margaret Pham

---

# ROSY GIRON DE REYES et al

**v.**

# WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP et al

---

Appearances of Counsel for:

( X ) Plaintiff: Archith Ramkumar, Simon Y. Sandoval-Moshenberg, May J. Odom
( X ) Defendant: Justin D. deBettencourt, Michael S. Dingman,
(   ) Other:

**Re:**   FINAL PRETRIAL CONFERENCE

Defendant's Motion [97] for Summary Judgment
Plaintiff's Cross Motion [137] for Summary Judgment
Plaintiff's Motion [166] to Strike the Expert Report and Exclude Testimony

Argued and:

(   ) Granted            (   ) Denied            (   ) Granted in part/Denied in part

( **X** ) Taken Under Advisement        (   ) Continued to

(   ) Report and Recommendation to Follow

( **X** ) Order to Follow