# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>　　　　　*Plaintiffs*,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>　　　　　*Defendants*. | Civil No.:  1:16cv00563-TSE-TCB |

## CONSENT MOTION TO EXTEND DEADLINE FOR OBJECTIONS

Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs"), and Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. ("Defendants"), by counsel, respectfully submit this Consent Motion to Extend Deadline for Objections.

On July 28, 2016, the Court issued an Order (Dkt. 35) which, among other things, set the final pretrial conference date and directed that "Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence."  On December 7, 2016, the Court issued an Order (Dkt. 125), which rescheduled the final pretrial conference for February 2, 2017 and reiterated that "Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence."

On January 24, the Court issued an Order (Dkt. 164) rescheduling the final pretrial conference for January 27.  On January 26, the Court issued an Order (Dkt. 170) rescheduling the final pretrial conference for February 17 to coincide with oral argument on pending motions.

On February 17, the Court held oral argument on the parties' cross-motions for summary judgment, but did not hold the final pretrial conference. Instead, the Court indicated it would call the parties back to discuss pretrial issues, if necessary.

Finally, on February 21, the Court issued an Order (Dkt. 185) denying as moot in part and taking under advisement in part the cross-motions for summary judgment and noting: "If necessary, a further order will issue to schedule a trial date and set deadlines for any appropriate pre-trial pleadings."

The parties respectfully request permission to file objections to exhibits no later than 10 days after the Final Pretrial Conference or, alternatively, if there is no Final Pretrial Conference, 10 days after the Court sets the trial and pretrial deadlines.

A proposed Consent Order is attached.

DATED February 27, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Paul Brinkman* | */s/ Michael S. Dingman* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | REED SMITH LLP |
| Paul Brinkman, VSB # 35950 | Grayson P. Hanes, VSB # 06614 |
| Ariel Wade Trajtenberg *(pro hac vice)* | Michael S. Dingman, VSB # 30031 |
| Joy Odom, VSB # 84281 | Justin deBettencourt, VSB # 83806 |
| Archith Ramkumar *(pro hac vice)* | 7900 Tysons One Place |
| Diego Duran de la Vega *(pro hac vice)* | Suite 500 |
| Jongwook Kim *(pro hac vice)* | McLean, Virginia 22102 |
| 777 Sixth Street NW, 11th Floor | Phone: (703) 641-4200 |
| Washington, District of Columbia 20001 | Fax: (703) 641-4340 |
| Phone: (202) 538-8000 | ghanes@reedsmith.com |
| Fax: (202) 538-8100 | mdingman@reedsmith.com |
| paubrinkman@quinnemanuel.com | jdebettencourt@reedsmith.com |
| arieltrajtenberg@quinnemanuel.com | |
| joyodom@quinnemanuel.com | *Counsel for Defendants* |
| archithramkumar@quinnemanuel.com | |
| diegoduran@quinnemanuel.com | |
| wookiekim@quinnemanuel.com | |

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2017, I filed the foregoing Consent Motion to Extend Deadline for Objections electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

Grayson P. Hanes, VSB #06614
Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB #83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghanes@reedsmith.com
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*

*/s/ Paul Brinkman*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com

*Counsel for Plaintiffs*