**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil No.:  1:16cv00563-TSE-TCB |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | |
| *Defendants*. | |

**CONSENT PROPOSED ORDER**

UPON CONSIDERATION of the parties' Consent Motion to Extend Deadline for Objections, and because there is good cause shown, it is hereby

ORDERED that the parties' Consent Motion to Extend Deadline for Objections is GRANTED.

The parties shall file objections to exhibits no later than 10 days after the Final Pretrial Conference or, alternatively, if there is no Final Pretrial Conference, 10 days after the Court sets the trial and pretrial deadlines.

ENTERED this ___ day of February 2017.

_____
The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia