# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | |
| *Plaintiffs*, | |
| vs. | |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | Civil Action No. 1:16cv00563-TSE-TCB |
| *Defendants*. | |

## WAIVER OF ORAL ARGUMENT

The parties hereby waive oral argument on their Consent Motion to Extend Deadline for Objections. The parties respectfully request that the Court rule upon their Motion without a hearing pursuant to Local Civil Rule 7(J).

DATED February 27, 2017.

Respectfully submitted,

/s/ Paul Brinkman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Ariel Wade Trajtenberg *(pro hac vice)*
Joy Odom, VSB # 84281
Archith Ramkumar *(pro hac vice)*
Diego Duran de la Vega *(pro hac vice)*
Jongwook Kim *(pro hac vice)*
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001
Phone: (202) 538-8000
Fax: (202) 538-8100
paubrinkman@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
joyodom@quinnemanuel.com
archithramkumar@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

/s/ Michael S. Dingman
REED SMITH LLP
Grayson P. Hanes, VSB # 06614
Michael S. Dingman, VSB # 30031
Justin deBettencourt, VSB # 83806
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2017, I filed the foregoing Waiver of Oral Argument electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

Grayson P. Hanes, VSB #06614
Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB #83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghanes@reedsmith.com
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*

/s/ Paul Brinkman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com

*Counsel for Plaintiffs*