UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, et al.,

    *Plaintiffs,*

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, et al.,

    *Defendants.*

Civil No.: 1:16cv00563-TSE-TCB

## CONSENT ORDER

UPON CONSIDERATION of the parties' Consent Motion to Extend Deadline for Objections, and because there is good cause shown, it is hereby

ORDERED that the parties' Consent Motion to Extend Deadline for Objections is GRANTED.

The parties shall file objections to exhibits no later than 10 days after the Final Pretrial Conference or, alternatively, if there is no Final Pretrial Conference, 10 days after the Court sets the trial and pretrial deadlines.

ENTERED this 28th day of February 2017.

/s/
T. S. Ellis, III
United States District Judge

The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia