**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>　　　　*Plaintiffs*,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>　　　　*Defendants*. | Civil No.:  1:16cv00563-TSE-TCB |

**CONSENT MOTION TO RESCHEDULE
FINAL PRETRIAL CONFERENCE**

　　Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs"), and Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel, respectfully submit this Joint Motion to Extend Final Pretrial Conference and Related Deadlines.

　　On April 18, 2017, the Court issued an Order (Dkt. 191) which, among other things, set the final pretrial conference date for 10:00 a.m. on Friday, April 28, 2017.  The parties have since reached an agreement in principle to resolve the remaining claims pending in the above-captioned action.  The parties continue to work diligently on the terms of the agreement and expect to file a joint stipulation of dismissal shortly.  To provide the parties sufficient time to solidify their agreement, and to avoid burdening the Court in the meantime, the parties respectfully request a brief extension of the final pretrial conference from April 28, 2017 to May 12, 2017, by which time the parties hope to have filed their stipulation of dismissal.

The parties hereby waive oral argument on this motion and request that the Court rule upon the motion without a hearing pursuant to Local Civil Rule 7(J).

A proposed Order is attached.

DATED April 27, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Paul Brinkman* | */s/ Michael Dingman* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | REED SMITH LLP |
| Paul Brinkman, VSB # 35950 | Grayson P. Hanes, VSB # 06614 |
| Ariel Wade Trajtenberg *(pro hac vice)* | Michael S. Dingman, VSB # 30031 |
| Joy Odom, VSB # 84281 | Justin deBettencourt, VSB # 83806 |
| Archith Ramkumar *(pro hac vice)* | 7900 Tysons One Place |
| Diego Duran de la Vega *(pro hac vice)* | Suite 500 |
| Jongwook Kim *(pro hac vice)* | McLean, Virginia  22102 |
| 777 Sixth Street NW, 11th Floor | Phone: (703) 641-4200 |
| Washington, District of Columbia 20001 | Fax: (703) 641-4340 |
| Phone: (202) 538-8000 | ghanes@reedsmith.com |
| Fax: (202) 538-8100 | mdingman@reedsmith.com |
| paubrinkman@quinnemanuel.com | jdebettencourt@reedsmith.com |
| arieltrajtenberg@quinnemanuel.com | |
| archithramkumar@quinnemanuel.com | *Counsel for Defendants* |
| joyodom@quinnemanuel.com | |
| diegoduran@quinnemanuel.com | |
| wookiekim@quinnemanuel.com | |

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2017, I filed the foregoing Consent Motion to Reschedule Final Pretrial Conference electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

Grayson P. Hanes, VSB #06614
Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB #83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghanes@reedsmith.com
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*

*/s/ Paul Brinkman*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com

*Counsel for Plaintiffs*