# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civil No.:  1:16cv00563-TSE-TCB |

## **CONSENT PROPOSED ORDER**

UPON CONSIDERATION of the parties' Consent Motion to Reschedule Final Pretrial Conference, and because there is good cause shown, it is hereby

ORDERED that the parties' Consent Motion to Reschedule Final Pretrial Conference is GRANTED.

The final pretrial conference in this matter is SCHEDULED for 10:00 a.m. Friday, May 12, 2017.

ENTERED this ___ day of April 2017.

_____
The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia