UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, et al.,

   Plaintiffs,

v.            Civil No.: 1:16cv00563-TSE-TCB

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, et al.,

   Defendants.

## CONSENT PROPOSED ORDER

UPON CONSIDERATION of the parties' Consent Motion to Reschedule Final Pretrial Conference, and because there is good cause shown, it is hereby

ORDERED that the parties' Consent Motion to Reschedule Final Pretrial Conference is GRANTED.

The final pretrial conference in this matter is SCHEDULED for 10:00 a.m. Friday, May 12, 2017.

ENTERED this 27th day of April 2017.

T. S. Ellis, III
United States District Judge

The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia