# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>　　*Plaintiffs*,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>　　*Defendants*. | Civil No.:  1:16cv00563-TSE-TCB |

## CONSENT PROPOSED ORDER

UPON CONSIDERATION of the parties' Consent Motion to Reschedule Final Pretrial Conference, and because there is good cause shown, it is hereby

ORDERED that the parties' Consent Motion to Reschedule Final Pretrial Conference is GRANTED.

The final pretrial conference in this matter is SCHEDULED for 10:00 a.m. Friday, May 19, 2017.

ENTERED this ___ day of May 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable T.S. Ellis, III
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court for the
　　　　　　　　　　　　　　　　　　　　　　　　　Eastern District of Virginia