## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

         *Plaintiffs*,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

         *Defendants*.

Civil No.: 1:16cv00563-TSE-TCB

## CONSENT ORDER

UPON CONSIDERATION of the parties' Consent Motion to Reschedule Final Pretrial Conference, and because there is good cause shown, it is hereby

ORDERED that the parties' Consent Motion to Reschedule Final Pretrial Conference is GRANTED.

The final pretrial conference in this matter is SCHEDULED for 10:00 a.m. Friday, May 19, 2017.

ENTERED this 10th day of May 2017.

/s/

T. S. Ellis, III
United States District Judge

The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia