IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiff, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## JOINT STIPULATION OF DISMISSAL OF COUNTS III AND V WITH PREJUDICE

Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz (collectively the "Plaintiffs"), and Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), hereby stipulate to the dismissal of Counts III and V with prejudice and with Plaintiffs and Defendants bearing their own costs.

ORDERED that Counts III and V are DISMISSED with PREJUDICE.

ENTERED this ____ day of May, 2017.

_____
The Honorable T.S. Ellis, III
U.S. District Court for the
Eastern District of Virginia

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |

| | |
|---|---|
| */s/ Paul Brinkman* | /s/ |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Grayson P. Hanes (VSB No. 06614) |
| Paul Brinkman, VSB # 35950 | Michael S. Dingman (VSB No. 30031) |
| Ariel Wade Trajtenberg *(pro hac vice)* | Justin deBettencourt (VSB No. 83806) |
| Joy Odom, VSB # 84281 | 7900 Tysons One Place |
| Archith Ramkumar *(pro hac vice)* | Suite 500 |
| Diego Duran de la Vega *(pro hac vice)* | McLean, Virginia 22102 |
| Jongwook Kim *(pro hac vice)* | (703) 641-4200 (Telephone) |
| 777 Sixth Street NW, 11th Floor | (703) 641-4340 (Facsimile) |
| Washington, District of Columbia 20001 | ghanes@reedsmith.com |
| Phone: (202) 538-8000 | mdingman@reedsmith.com |
| Fax: (202) 538-8100 | jdebettencourt@reedsmith.com |
| paubrinkman@quinnemanuel.com | |
| arieltrajtenberg@quinnemanuel.com | *Counsel for Defendants* |
| joyodom@quinnemanuel.com | |
| archithramkumar@quinnemanuel.com | |
| diegoduran@quinnemanuel.com | |
| wookiekim@quinnemanuel.com | |

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May 2017, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com