IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiff,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

## JOINT STIPULATION OF DISMISSAL OF COUNTS III AND V WITH PREJUDICE

Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz (collectively the "Plaintiffs"), and Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), hereby stipulate to the dismissal of Counts III and V with prejudice and with Plaintiffs and Defendants bearing their own costs.

ORDERED that Counts III and V are DISMISSED with PREJUDICE.

The Clerk is directed to place this matter among the ended causes.

ENTERED this 16th day of May, 201

T. S. Ellis, III
United States District Judge