FILED: June 14, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1723
(1:16-cv-00563-TSE-TCB)

_____

ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; HERBERT DAVID SARAVIA CRUZ

  Plaintiffs - Appellants

v.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; A. J. DWOSKIN & ASSOCIATES, INC.

  Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:16-cv-00563-TSE-TCB |
| Date notice of appeal filed in originating court: | 06/13/2017 |
| Appellant (s) | Rosy Giron de Reyes et al |
| Appellate Case Number | 17-1723 |
| Case Manager | T. Fischer<br>804-916-2704 |