UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

## CONSENT MOTION TO WITHDRAW PAUL F. BRINKMAN AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.1(G), the undersigned attorney respectfully moves this Court for leave for Paul F. Brinkman to withdraw as counsel for Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz. In support of this motion, the undersigned attorney states as follows:

1. Notice of Appearance of Paul F. Brinkman on behalf of Plaintiffs was filed with this Court on May 23, 2016 (ECF 10).

2. As of September 30, 2017, Paul F. Brinkman will no longer be associated with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

3. Plaintiffs will continue to be represented by the remaining counsel of record for Plaintiffs.

4. Counsel for Plaintiffs conferred with Counsel for Defendants regarding this motion.

Counsel for Defendants have stated that they consent to this motion.

5. Accordingly, the undersigned attorney respectfully requests that Paul F. Brinkman be granted leave to withdraw. A proposed Order is attached. Plaintiffs waive a hearing on this motion.


DATED September 29, 2017.        Respectfully submitted,

/s/ Paul Brinkman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950
Ariel Wade Trajtenberg (*pro hac vice*)
Joy Odom, VSB # 84281
Archith Ramkumar (*pro hac vice*)
Diego Durán de la Vega (*pro hac vice*)
Jongwook "Wookie" Kim (*pro hac vice*)
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
joyodom@quinnemanuel.com
archithramkumar@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com


LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2017, I filed the foregoing MOTION TO WITHDRAW PAUL F. BRINKMAN AS COUNSEL FOR PLAINTIFFS electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

Grayson P. Hanes, VSB #06614
Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB #83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghanes@reedsmith.com
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*

*/s/ Paul Brinkman*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Paul Brinkman, VSB # 35950

777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
paulbrinkman@quinnemanuel.com

*Counsel for Plaintiffs*