UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

## CONSENT MOTION TO WITHDRAW JONGWOOK PHILIP KIM AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.1(G), the undersigned attorney respectfully moves this Court for leave for Jongwook Philip Kim to withdraw as counsel for Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz. In support of this motion, the undersigned attorney states as follows:

1. A motion to appear Pro Hac Vice by Jongwook Philip Kim on behalf of Plaintiffs was filed with this Court on May 24, 2016 (ECF 17).

2. The Court granted the motion on May 26, 2016 (ECF 19).

3. As of January 11, 2018, Jongwook Philip Kim will no longer be associated with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

4. Plaintiffs will continue to be represented by the remaining counsel of record for Plaintiffs.

5. Counsel for Plaintiffs conferred with Counsel for Defendants regarding this motion. Counsel for Defendants have stated that they consent to this motion.

6. Accordingly, the undersigned attorney respectfully requests that Jongwook Philip Kim be granted leave to withdraw. A proposed Order is attached. Plaintiffs waive a hearing on this motion.

DATED January 10, 2018.                Respectfully submitted,

/s/ Joy Odom
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Joy Odom, VSB # 84281
Ariel Wade Trajtenberg (*pro hac vice*)
Archith Ramkumar (*pro hac vice*)
Diego Durán de la Vega (*pro hac vice*)
Jongwook "Wookie" Kim (*pro hac vice*)
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001
Phone: (202) 538-8000
Fax: (202) 538-8100
joyodom@quinnemanuel.com
arieltrajtenberg@quinnemanuel.com
archithramkumar@quinnemanuel.com
diegoduran@quinnemanuel.com
wookiekim@quinnemanuel.com


LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I caused the foregoing CONSENT MOTION TO WITHDRAW JONGWOOK PHILIP KIM AS COUNSEL FOR PLAINTIFFS to be filed with the Clerk of the Court using the CM/ECF, which will send a Notice of Electronic Filing to all counsel of record in this action.

/s/ Joy Odom
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Joy Odom, VSB # 84281
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
joyodom@quinnemanuel.com

*Counsel for Plaintiffs*