UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br>*Plaintiffs*, <br><br>vs. <br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Withdraw Jongwook Philip Kim as Counsel For Plaintiffs, it is hereby ordered that the Motion is **GRANTED** and that Jongwook Philip Kim is hereby granted leave to withdraw as counsel for Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz.

Dated: _____

_____
Theresa Carroll Buchanan
United States Magistrate Judge