FILED: September 12, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1723
(1:16-cv-00563-TSE-TCB)

_____

ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; HERBERT DAVID SARAVIA CRUZ

        Plaintiffs - Appellants

v.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; A. J. DWOSKIN & ASSOCIATES, INC.

        Defendants - Appellees

-------------------------------

LAURA E. GOMEZ; IAN HANEY LOPEZ; MICHAEL A. OLIVAS; STEPHEN PITTI, JOHN D. TRASVINA; EVA PLAZA; ELIZABETH JULIAN; GUSTAVO VELASQUEZ

        Amici Supporting Appellants

NATIONAL APARTMENT ASSOCIATION

        Amicus Supporting Appellee

_____

# J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK