FILED: September 27, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1723
(1:16-cv-00563-TSE-TCB)

_____

ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; HERBERT DAVID SARAVIA CRUZ

      Plaintiffs - Appellants

v.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; A. J. DWOSKIN & ASSOCIATES, INC.

      Defendants - Appellees

------------------------------

LAURA E. GOMEZ; IAN HANEY LOPEZ; MICHAEL A. OLIVAS; STEPHEN PITTI, JOHN D. TRASVINA; EVA PLAZA; ELIZABETH JULIAN; GUSTAVO VELASQUEZ

      Amici Supporting Appellants

NATIONAL APARTMENT ASSOCIATION

      Amicus Supporting Appellee

———————————

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

———————————

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*