FILED: December 19, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1723
(1:16-cv-00563-TSE-TCB)

_____

ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; HERBERT DAVID SARAVIA CRUZ

      Plaintiffs - Appellants

v.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; A. J. DWOSKIN & ASSOCIATES, INC.

      Defendants - Appellees

------------------------------

LAURA E. GOMEZ; IAN HANEY LOPEZ; MICHAEL A. OLIVAS; STEPHEN PITTI, JOHN D. TRASVINA; EVA PLAZA; ELIZABETH JULIAN; GUSTAVO VELASQUEZ

      Amici Supporting Appellants

NATIONAL APARTMENT ASSOCIATION

      Amicus Supporting Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Keenan, Judge Wynn, and Judge Floyd.

        For the Court

        /s/ Patricia S. Connor, Clerk