FILED: December 27, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1723
(1:16-cv-00563-TSE-TCB)

_____

ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; HERBERT DAVID SARAVIA CRUZ

   Plaintiffs - Appellants

v.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; A. J. DWOSKIN & ASSOCIATES, INC.

   Defendants - Appellees

------------------------------

LAURA E. GOMEZ; IAN HANEY LOPEZ; MICHAEL A. OLIVAS; STEPHEN PITTI, JOHN D. TRASVINA; EVA PLAZA; ELIZABETH JULIAN; GUSTAVO VELASQUEZ

   Amici Supporting Appellants

NATIONAL APARTMENT ASSOCIATION

   Amicus Supporting Appellee

_____

# M A N D A T E
_____

The judgment of this court, entered September 12, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*