IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, ) | |
|    Plaintiffs, ) | |
| ) | |
|       v. ) | Case No. 1:16-cv-563 |
| ) | |
| WAPLES MOBILE HOME PARK ) | |
| LIMITED PARTNERSHIP, *et al.*, ) | |
|    Defendants. ) | |

### ORDER

The United States Court of Appeals for the Fourth Circuit issued a mandate on December 27, 2018, vacating this Court's decision granting defendants' motion for summary judgment and denying plaintiffs' motion for summary judgment.

Because this Court now has jurisdiction over this matter,

It is hereby ORDERED that the parties shall appear for a status conference on **Friday, January 11, 2019 at 10:00 a.m.**

Alternatively, the parties may submit a joint proposed scheduling order setting forth the deadlines that will govern this case moving forward, including new deadlines for filing cross motions for summary judgment. If the parties file a joint proposed scheduling order and that order is entered by the Court, the status conference will be canceled. If the parties choose to file a joint proposed order, it should be filed on or before **January 8, 2019 at 5:00 p.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 2, 2019

T. S. Ellis, III
United States District Judge