AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Rosy Giron de Reyes et al *Plaintiff* v. Waples Mobile Home Park Limited Partnership et al *Defendant* | Case No. 1:16-cv-00563-TSE-TCB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Rosy Giron de Reyes et al.

Date: 01/08/2019

*Attorney's signature*

K. Kevin Chu, VSB # 85746
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005

*Address*

kevinchu@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*