# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:16-cv-00563 ___, Case Name _Giron de Reyes et al v Waples Mobile Hom_

Party Represented by Applicant: Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Matthew Traupman
Bar Identification Number 4132338          State New York___ .
Firm Name Quinn Emanuel Urquhart & Sullivan, LLP
Firm Phone # 212-849-7000 ___          Direct Dial # 212-849-732 2 _____          FAX # 212-849-7100 ___ ___ _____
E-Mail Address matthewtraupman@quinnemanuel.com
Office Mailing Address 51 Madison Avenue, 22nd Floor, New York, New York 10010

Name(s) of federal court(s) in which I have been admitted SDNY (5/20/03); EDNY (5/20/03); Fed. Cir.(2/2/05); Ct. of Fed. Claims(7/12/05); 2d. Cir. (9/22/06); EDMI (2/3/14); Court of Appeals of Veterans' Claims (8/7/14); and 4th Cir. (10/5/17)
I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          1/8/2019
(Signature)                                              (Date)
K. Kevin Chu                                             85746
_____          _____
(Typed or Printed Name)                              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ___✓___ *or* Exemption Granted _____ ___

The motion for admission is GRANTED ___✓___ *or* DENIED _____

_____          _____
T. S. Ellis, III                                        (Date) 1/9/19
United States District Judge