# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>　　　　Defendants. | Civil No.:  1:16cv563-TSE-TCB |

### DEFENDANTS' UNOPPOSED MOTION TO STAY PENDING DISPOSITION ON THEIR PETITION FOR WRIT OF CERTIORARI FROM THE U.S. SUPREME COURT

Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel, hereby submit their Unopposed Motion to Stay Pending Disposition on Their Petition for Writ of Certiorari from the U.S. Supreme Court. Defendants request a stay of the proceedings pending disposition of their petition for writ of certiorari. Plaintiffs do not oppose this motion. Defendants will file their petition for writ of certiorari on or before March 1, 2019 – several weeks before the deadline set by Sup. Ct. R. 13. The Supreme Court will likely render a decision on Defendants' petition in a matter of months. The grounds for the requested relief are set forth in a contemporaneously filed memorandum in support. A proposed Order is attached.

Dated: January 10, 2019

Respectfully submitted,

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, WAPLES PROJECT LIMITED PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com