IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s Unopposed Motion to Stay Pending Disposition on Their Petition for Writ of Certiorari from the U.S. Supreme Court, it is hereby

ORDERED that this litigation is stayed until such time as the United States Supreme Court acts on Defendants' petition for certiorari, which will be filed on or before March 1, 2019; it is further

ORDERED that, in the event Defendants' petition is granted, the stay of litigation will remain in place until the U.S. Supreme Court renders its decision on the merits; it is further

ORDERED that, in the event Defendants' petition is denied, the parties must promptly re-notice a status hearing before the Court to discuss returning the action to the active docket.

ENTERED this __ of January 2019.

_____
U.S. District Court for the
Eastern District of Virginia

US_ACTIVE-144375679