# Exhibit 2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECSEC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:10cv115 (LMB/TCB) |
| | ) |
| INTERNATIONAL BUSINESS | ) |
| MACHINES CORP., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in open court, defendants' Motion to Continue the Stay of TecSec's Asserted Claims [Dkt. No. 660] is GRANTED, and it is hereby

ORDERED that the stay of litigation against all remaining defendants in this action is continued until such time as the United States Supreme Court acts on defendants' petition for certiorari, which will be filed within one month of this date; and it is further

ORDERED that, in the event defendants' petition is granted, the stay of litigation will be continued until the United States Supreme Court renders its decision; and it is further

ORDERED that, in the event defendants' petition is denied, the parties must promptly renotice a status hearing before this Court to discuss returning the action to the active docket.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21 day of February, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge