IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

### ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s Unopposed Motion to Stay Pending Disposition on Their Petition for Writ of Certiorari from the U.S. Supreme Court,

It is hereby **ORDERED** that this litigation is stayed until such time as the United States Supreme Court acts on Defendants' petition for certiorari, which will be filed on or before March 1, 2019;

It is further **ORDERED** that, in the event Defendants' petition is granted, the stay of litigation will remain in place until the U.S. Supreme Court renders its decision on the merits;

It is further **ORDERED** that, in the event Defendants' petition is denied, the parties must promptly re-notice a status hearing before the Court to discuss returning the action to the active docket.

The Clerk of Court is directed to provide a copy of this Order to all counsel of record, and to place this matter among the inactive causes.

ENTERED this 10th of January 2019.

/s/
T. S. Ellis, III
United States District Judge