UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

## CONSENT MOTION TO WITHDRAW ARCHITH RAMKUMAR AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.1(G), the undersigned attorney respectfully moves this Court for leave for Archith Ramkumar to withdraw as counsel for Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz. In support of this motion, the undersigned attorney states as follows:

1. A motion to appear Pro Hac Vice by Archith Ramkumar on behalf of Plaintiffs was filed with this Court on November 29, 2016 (ECF 108).

2. The Court granted the motion on November 30, 2016 (ECF 113).

3. As of February 2, 2019, Archith Ramkumar will no longer be associated with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

4. Plaintiffs will continue to be represented by the remaining counsel of record for Plaintiffs.

5. Counsel for Plaintiffs conferred with Counsel for Defendants regarding this motion. Counsel for Defendants have stated that they consent to this motion.

6. Accordingly, the undersigned attorney respectfully requests that Archith Ramkumar be granted leave to withdraw. A proposed Order is attached. Plaintiffs waive a hearing on this motion.

DATED February 1, 2019.                    Respectfully submitted,

/s/ K. Kevin Chu
QUINN EMANUEL URQUHART & SULLIVAN, LLP
K. Kevin Chu, VSB # 85746
Matthew Traupman (*pro hac vice*)
Gianna Puccinelli (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
matthewtraupman@quinnemanuel.com
giannapuccinelli@quinnemanuel.com

LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Rebecca Wolozin, VSB #89690
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
becky@justice4all.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I caused the foregoing CONSENT MOTION TO WITHDRAW ARCHITH RAMKUMAR AS COUNSEL FOR PLAINTIFFS to be filed with the Clerk of the Court using the CM/ECF, which will send a Notice of Electronic Filing to all counsel of record in this action.

*/s/ K. Kevin Chu*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
K. Kevin Chu, VSB # 85746
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com

*Counsel for Plaintiffs*