IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>        Defendants. | Civil No.: 1:16cv563-TSE-TCB |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO FILE THEIR PETITION FOR WRIT OF CERTIORARI FROM THE U.S. SUPREME COURT**

Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel, hereby submit their Consent Motion to Extend Time to File Their Petition for Writ of Certiorari from the U.S. Supreme Court. Defendants respectfully request that the Court extend the time to file their petition for writ of certiorari from March 1, 2019 until March 15, 2019. Plaintiffs consent to the relief sought in this motion.

**ARGUMENT**

On September 12, 2018, the U.S. Court of Appeals for the Fourth Circuit issued a divided ruling reversing this Court's order granting summary judgment for Defendants on Plaintiff's disparate-impact Fair Housing Act ("FHA") claim. The Fourth Circuit's mandate issued on December 26, 2018, which returned jurisdiction to this Court. On January 10, 2019, Defendants moved this Court to temporarily stay the proceedings in this Court pending disposition of their petition for writ of certiorari. Plaintiffs did not oppose that motion. In doing so, Defendants indicated that they would file their petition for writ of certiorari on or before March 1, 2019.

- 2 -

(Dkt. 222.) On January 10, 2019, this Court granted Defendants' unopposed motion and stayed the proceedings pending resolution of Defendants' petition for writ of certiorari. (Dkt. 225.) In the Court's January 10, 2019 Order, the Court provided that Defendants' petition be filed on or before March 1, 2019. (*Id.*)  Defendants respectfully request the Court extend the time for Defendants to file their petition until on or before March 15, 2019. Plaintiffs consent to this relief.

Defendants have been diligently and expeditiously working towards filing their petition. A two-week extension for Defendants to file their petition will not affect the Court's January 10, 2019 Order staying these proceedings pending resolution of the petition for writ of certiorari. Nor will Plaintiffs be prejudiced from the two-week extension, as evidenced by their consent to the extension request. Further, the filing of the petition for writ of certiorari on or before March 15, 2019 will still be earlier than the filing deadline set by Sup. Ct. Rule 13.

## **CONCLUSION**

Defendants respectfully request that the Court extend the time to file their petition for writ of certiorari from March 1, 2019 to March 15, 2019 and for such other relief as is just and proper.

Dated: February 15, 2019

Respectfully submitted,

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, WAPLES PROJECT LIMITED PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/_____
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com