# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s Consent Motion to Extend Time to File Their Petition for Writ of Certiorari from the U.S. Supreme Court, it is hereby

ORDERED Defendants' Consent Motion to Extend Time to File Their Petition for Writ of Certiorari from the U.S. Supreme Court is GRANTED. It is further

ORDERED that Defendants' petition for writ of certiorari shall be filed on or before March 15, 2019.

ENTERED this __ of February 2019.

_____
U.S. District Court for the
Eastern District of Virginia