AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Rosy Giron de Reyes, et al. ) <br> *Plaintiff* ) <br> v. ) <br> Waples Mobile Home Park Limited Partnership, et al. ) <br> *Defendant* ) | Case No.  1:16cv00563-TSE-TCB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Rosy Giron de Reyes, et al.

Date: 08/09/2019

*Attorney's signature*

Nady Peralta, VSB No.: 91630
*Printed name and bar number*

Legal Aid Justice Center
6066 Leesburg Pike #520
Falls Church, Va 22041

*Address*

nady@justice4all.org
*E-mail address*

(703) 720-5603
*Telephone number*

(703) 778-3454
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2019, I filed the foregoing electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB #83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*

Nady Peralta, VSB #91630
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
nady@justice4all.org

*Counsel for Plaintiffs*