UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br>*Plaintiffs*, <br><br>vs. <br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on August 16, 2019, at 10:00 am, or as soon thereafter as counsel may be heard, Plaintiffs will bring forward for hearing Plaintiffs' Motion to Compel Supplemental Discovery.

DATED this 9th day of August, 2019     Respectfully submitted,

           */s/ Nady Peralta*
LEGAL AID JUSTICE CENTER
Nady Peralta, VSB #91630
Simon Sandoval-Moshenberg, VSB #77110

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
nady@justice4all.org
simon@justice4all.org

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
Matthew Traumpan (*pro hac vice*)
Ashley Fry (*pro hac vice*)
Gianna Puccinelli (*pro hac vice*)

1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
matthewtraupman@quinnemanuel.com
ashleyfry@quinnemanuel.com
giannapuccinelli@quinnemanuel.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2019, I filed the foregoing Notice of Hearing electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

Grayson P. Hanes, VSB #06614
Michael S. Dingman, VSB #30031
Justin deBettencourt, VSB # 83806
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Phone: (703) 641-4200
Fax: (703) 641-4340
ghanes@reedsmith.com
mdingman@reedsmith.com
jdbettencourt@reedsmith.com

*Counsel for Defendants*

/s/ Nady Peralta
LEGAL AID JUSTICE CENTER
Nady Peralta, VSB #91630

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
nady@justice4all.org

*Counsel for Plaintiffs*