IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK <br> LIMITED PARTNERSHIP, *et al.*, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Case No. 16-cv-563 <br> ) <br> ) <br> ) |

## ORDER

This matter comes before the Court on Defendants' notice of denial of petition for writ of certiorari from the United States Supreme Court. On May 13, 2019, the United States Supreme Court denied Defendants' petition for writ of certiorari in this case. Pursuant to the Order that issued on January 10, 2019, the stay in this case should now be lifted and this matter returned to the active docket. Accordingly, the Court will lift the stay and set a status conference for September 27, 2019 at 10:00 a.m.

Accordingly,

It is hereby **ORDERED** that the stay in this case is **LIFTED**.

It is further **ORDERED** that the parties shall attend a status conference on **September 27, 2019** at 10:00 a.m.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 16, 2019

/s/
_____
T. S. Ellis, III
United States District Judge