UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES; JOSE
DAGOBERTO REYES; FELIX ALEXIS
BOLANOS; RUTH RIVAS; YOVANA
JALDIN SOLIS; ESTEBAN RUBEN MOYA
YRAPURA; ROSA ELENA AMAYA; and
HERBERT DAVID SARAVIA CRUZ,

     *Plaintiffs,*

    vs.

WAPLES MOBILE HOME PARK LIMITED
PARTNERSHIP; WAPLES PROJECT
LIMITED PARTNERSHIP; and A.J.
DWOSKIN & ASSOCIATES, INC.,

     *Defendants.*

Civil Action No. 1:16cv00563-TSE-TCB

## ORDER

Upon consideration of the Consent Motion to Withdraw Ashley Marie Fry as Counsel For

Plaintiffs, it is hereby ordered that the Motion is **GRANTED** and that Ashley Marie Fry is hereby

granted leave to withdraw as counsel for Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes,

Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Moya Yrapura, Rosa Elena

Amaya, and Herbert David Saravia Cruz.

                              /s/
                        Theresa Carroll Buchanan
                        United States Magistrate Judge

Dated: August 23, 2019

                      Theresa Carroll Buchanan
                      United States Magistrate Judge