UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, *et al.*,

    *Plaintiffs*,

vs.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    *Defendants*.

Civil Action No. 1:16-cv-00563-TSE-TCB

## [PROPOSED] CONSENT ORDER

This matter comes before the Court on remand from the U.S. Court of Appeals for the Fourth Circuit, *see Reyes v. Waples Mobile Home Park Ltd. P'ship*, 903 F.3d 415 (4th Cir. 2018), *cert. denied*, 139 S.Ct. 2026 (2019). In *Reyes*, the Fourth Circuit "vacate[d] the district court's grant of Waples' motion for summary judgment on the FHA claim and remand[ed] to allow the district court to consider the cross-motions for summary judgment under Plaintiffs' disparate-impact theory of liability in a manner consistent with this opinion." 903 F.3d at 433.

The parties have agreed on a schedule for summary judgment briefing on Plaintiffs' disparate-impact theory of liability on their FHA claim in Count I of the Complaint, as follows:

    1.    Motions for Summary Judgment and supporting exhibits and memoranda shall be filed by September 27, 2019.

    2.    Briefs in Opposition and supporting exhibits shall be filed by October 25, 2019.

    3.    Reply briefs and any supporting exhibits shall be filed by November 4, 2019.

    4.    The matter is set for a summary judgment hearing on November 8, 2019, at 10:00am.

    5.    The status conference, currently set for September 27, 2019, at 10:00am, is hereby removed from the docket.

SO ORDERED.


_____, J.

United States District Judge



*We Ask For This:*



*/s/ Simon Sandoval-Moshenberg*
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Nady Peralta, VSB #91630
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
nady@justice4all.org
simon@justice4all.org

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
Matthew Traumpan (*pro hac vice*)
Gianna Puccinelli (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
matthewtraupman@quinnemanuel.com
giannapuccinelli@quinnemanuel.com
*Counsel for Plaintiffs*

*/s/*
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August 2019, I filed the foregoing electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

>Grayson P. Hanes, VSB #06614
>Michael S. Dingman, VSB #30031
>Justin deBettencourt, VSB #83806
>REED SMITH LLP
>7900 Tysons One Place, Suite 500
>McLean, Virginia 22102
>Phone: (703) 641-4200
>Fax: (703) 641-4340
>ghanes@reedsmith.com
>mdingman@reedsmith.com
>jdbettencourt@reedsmith.com
>*Counsel for Defendants*

>/s/
>LEGAL AID JUSTICE CENTER
>Simon Sandoval-Moshenberg, VSB #77110
>6066 Leesburg Pike, Suite 520
>Falls Church, VA 22041
>Phone: (703) 778-3450
>Fax: (703) 778-3454
>nady@justice4all.org
>
>*Counsel for Plaintiffs*