# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.:  1:16cv563-TSE-TCB |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT I OF PLAINTIFFS' COMPLAINT

Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel, hereby submit their Motion for Summary Judgment on Count I of Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz's ("Plaintiffs") Complaint. Concurrently herewith, Defendants have submitted a memorandum of law in support of their motion, which Defendants incorporate by reference.

Dated: September 27, 2019

Respectfully submitted,

WAPLES MOBILE HOME PARK LIMITED
PARTNERSHIP, WAPLES PROJECT LIMITED
PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of September, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

        /s/_____
        Grayson P. Hanes (VSB No. 06614)
        Michael S. Dingman (VSB No. 30031)
        Justin deBettencourt (VSB No. 83806)
        REED SMITH LLP
        7900 Tysons One Place
        Suite 500
        McLean, Virginia  22102
        (703) 641-4200 (Telephone)
        (703) 641-4340 (Facsimile)
        ghanes@reedsmith.com
        mdingman@reedsmith.com
        jdebettencourt@reedsmith.com