IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>         Plaintiffs,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>         Defendants. | Civil No.:  1:16cv563-TSE-TCB |

## ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s (collectively "Defendants") Motion to Seal (Dkt. 251) and Local Civil Rule 5, and any response thereto, it is hereby:

**ORDERED** that Defendants' Motion to Seal is **GRANTED**.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Defendants filed a public Notice of Filing of Defendants' Motion to Seal (Dkt. 252) and the Court has posted this notice on the Court's public docket. A brief description of the content ("Proposed Sealed Document") that Defendants move to seal is as follows:

- 2 -

1) Portions of Defendants' memorandum in support of their Motion for Summary Judgment, which cites to the substance of one of Plaintiffs' Responses to Defendants' Interrogatories that Plaintiffs designated as confidential under the Stipulated Protective Order (Dkt. 45). The Interrogatory response in question was attached as Exhibit 3 to Defendants' memorandum in support of their *prior* Motion for Summary Judgment (Dkt. 98).

Based upon Defendants' Motion to Seal (Dkt. 251) and the relevant filings, Local Civil Rule 5, and having seen no opposition filed to Defendants' Motion to Seal (Dkt. 251), the Court hereby **FINDS** that less drastic alternatives to sealing the Proposed Sealed Document is not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

ENTERED this ____ day of _____, 2019.

_____
U.S. District Court for the
Eastern District of Virginia