# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

## NOTICE OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5, Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolaños, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") are filing a Motion to File Documents under Seal ("Motion"). In support of this Motion, Plaintiffs are submitting a Non-Confidential Memorandum in Support of Plaintiffs' Motion to File Documents under Seal, along with this Notice and a Proposed Order.

This document serves as notice to the public that Plaintiffs, by counsel, have moved the Court to seal from public disclosure Exhibits 1 and 3 to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment (the "Opposition Brief"), as well as portions of Plaintiffs' Opposition Brief which reference the parties' prior settlement agreement and quote

1

sealed exhibits that are already part of the record. A brief description of the content of the documents Plaintiffs request to file under seal is as follows:

- Ex. 1: Plaintiff Rosa Elena Amaya's confidential responses to Defendants' interrogatories.
- Ex. 3: Confidential excerpts from the deposition transcript of Defendants' designated 30(b)(6) deponent.[1]

The Opposition Brief also either quotes from or references the following confidential documents:

- Dkt. No. 138, Ex. 21: Confidential excerpts from the deposition transcript of Defendants' designated 30(b)(6) deponent.
- Dkt. No. 138, Ex. 27: Confidential excerpts from the deposition transcript of Carolina Easton.
- Dkt. No. 138, Ex. 43: Confidential Consumer Reports and CoreLogic SafeRent Training Manual.
- Confidential settlement agreement.

Objections to this Motion to File Documents Under Seal should be filed in the Civil Section of the Clerk's Office of this Court. This Notice will be posted for a minimum of 48 hours.

---

[1] Although Defendants did not mark their deposition transcripts as confidential, Plaintiffs file these transcripts under seal out of an abundance of caution.

Respectfully submitted,

                //s//   
LEGAL AID JUSTICE CENTER  
Simon Sandoval-Moshenberg, VSB #77110  
Nady Peralta, VSB #91630  
6066 Leesburg Pike, Suite 520  
Falls Church, VA 22041  
Phone: (703) 778-3450  
Fax: (703) 778-3454  
simon@justice4all.org  
nady@justice4all.org  

QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
Kaiyeu Kevin Chu, VSB #85746  
Matthew Traumpan (pro hac vice)  
Gianna Puccinelli (pro hac vice)  
1300 I Street NW, Suite 900  
Washington, District of Columbia 20005  
Phone: (202) 538-8000  
Fax: (202) 538-8100  
kevinchu@quinnemanuel.com  
matthewtraupman@quinnemanuel.com  
giannapuccinelli@quinnemanuel.com  

*Counsel for Plaintiffs*

Dated: October 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

_____ //s// _____                          Dated: October 25, 2019
Simon Sandoval-Moshenberg (VSB No. 77110)
*simon@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454