IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

### ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s (collectively "Defendants") Motion to Seal (Dkt. 266) and Local Civil Rule 5, and any response thereto, it is hereby:

**ORDERED** that Defendants' Motion to Seal is **GRANTED**.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Defendants filed a public Notice of Filing of Defendants' Motion to Seal (Dkt. 268) and the Court has posted this notice on the Court's public docket. A brief description of the content ("Proposed Sealed Document") that Defendants move to seal is as follows:

1) Portions of, and Exhibit 1 to, Defendants' reply memorandum in support of their Motion for Summary Judgment, which cites to the substance of exhibits and a deposition transcript that Plaintiffs and Defendants previously designated as confidential under the Stipulated Protective Order (Dkt. 45). The exhibits in question were attached as Exhibit 43 to the Memorandum in Support of Plaintiffs' Cross Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment (Dkt. 138) and Exhibit 9 and Exhibit 11 to the Reply Memorandum in Support of Defendants' Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Cross-Motion for Summary Judgment (Dkt. 151). Portions of a deposition previously designated as confidential was attached as Exhibit 1 to Defendants' reply brief.

Based upon Defendants' Motion to Seal (Dkt. 266), the relevant filings, and Local Civil Rule 5, the Court hereby **FINDS** that less drastic alternatives to sealing the Proposed Sealed Document is not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

ENTERED this ____ day of _____, 2019.

_____
U.S. District Court for the
Eastern District of Virginia