IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>      Defendants. | Civil No.:  1:16cv563-TSE-TCB |

### NOTICE OF FILING OF DEFENDANTS' MOTION TO SEAL

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 5, Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel and in accordance with the Stipulated Protective Order entered in this matter on August 18, 2016 (Dkt. 45) hereby gives public notice that a Motion to Seal was filed on November 6, 2019 to respectfully move this Court for entry of an Order directing that documents attached to, and information referred to within, Defendants' Reply Memorandum supporting their Motion for Summary Judgment filed on November 4, 2019 be sealed. Because the parties labeled certain documents and information as confidential under the Stipulated Protective Order (Dkt. 45), Defendants' Motion to Seal respectfully moves the Court to seal the following:

1) Portions of, and Exhibit 1 to, Defendants' reply memorandum in support of their Motion for Summary Judgment, which was filed on November 4, 2019, and cites to exhibits and deposition transcripts previously designated as confidential.

Defendants' Motion to Seal was filed on November 6, 2019 and memoranda in support of or in opposition to the motion must be filed within seven (7) days after the filing of Defendants' Motion to Seal, and all or part of such memoranda may be designated as confidential. Further, any person objecting to the motion must file an objection with the Clerk within seven (7) days after the filing of the Defendants' Motion to Seal and if no objection is filed in a timely manner, the Court may treat the motion as uncontested.

    Respectfully submitted,

    WAPLES MOBILE HOME PARK LIMITED
    PARTNERSHIP, WAPLES PROJECT LIMITED
    PARTNERSHIP AND
    A. J. DWOSKIN & ASSOCIATES, INC.

    /s/
    Grayson P. Hanes (VSB No. 06614)
    Michael S. Dingman (VSB No. 30031)
    Justin deBettencourt (VSB No. 83806)
    REED SMITH LLP
    7900 Tysons One Place
    Suite 500
    McLean, Virginia  22102
    (703) 641-4200 (Telephone)
    (703) 641-4340 (Facsimile)
    ghanes@reedsmith.com
    mdingman@reedsmith.com
    jdebettencourt@reedsmith.com
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*