UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Civil Action No. 1:16-cv-563 (TSE/TCB) |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO SEAL (DKT. 266)

Pursuant to Local Civil Rule 5, Plaintiffs, through undersigned counsel, hereby respectfully submit the instant memorandum of law in support of Defendants' motion to seal in the above-captioned action.

For the reasons stated in the previous Memorandum in Support of Defendants' Motion to Seal (Dkt. 254), Plaintiffs support Defendants' motion to seal Defendants' Reply Memorandum in Support of Motion for Summary Judgment (Dkt. 265). This Court should grant the instant motion to file under seal, and grant the proposed order filed therewith.

1

Respectfully submitted,.

_____//s//_____  Dated: November 6, 2019
LEGAL AID JUSTICE CENTER
Rebecca Ruth Wolozin, VSB #89690
Nady Peralta, VSB #91630
Simon Sandoval-Moshenberg, VSB #77110
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
becky@justice4all.org
nady@justice4all.org
simon@justice4all.org

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
Matthew Traumpan (pro hac vice)
Gianna Puccinelli (pro hac vice)
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
matthewtraupman@quinnemanuel.com
giannapuccinelli@quinnemanuel.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on this 6th day of November, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

_____//s//_____    Dated: November 6, 2019
Rebecca Ruth Wolozin, VSB #89690
*becky@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5606
Fax: (703) 778-3454