# *** CIVIL MOTION MINUTES ***

Date: 11/08/2019                               Before the Honorable: **T.S. ELLIS, III**

Time: 1:38 p.m. – 2:41 p.m. (01:03)            Case No.: 1:16-cv-00563-TSE-TCB

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

---

# GIRON DE REYES et al

V.

# WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP et al

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Simon Sandoval-Moshenberg, Gianna Puccinelli
[ X ]  Defendant:  Grayson Hanes, Michael Dingman
[   ]  Other:

**Re:**   **Summary Judgment Hearing**
       [ 247 ]  Defendants' Motion for Summary Judgment on Count I of the Plaintiff's Complaint

Argued and:

[   ]  Granted   [   ]  Denied        [   ]  Granted in part/Denied in part

[ X ]  Taken Under Advisement        [   ]  Continued to

[   ]   Report and Recommendation to Follow

[ X ]  Order to Follow