# EXHIBIT A

1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

```
ROSY GIRON DE REYES,        )
et al,                      )
                            )   Civil 16-563
        Plaintiffs,         )
                            )
   v.                       )
                            )   Alexandria, Virginia
WAPLES MOBILE HOME PARK     )   November 8, 2019
LIMITED PARTNERSHIP,        )
et al,                      )
        Defendants.         )
_____ )
```

**TRANSCRIPT OF MOTION HEARING**
**BEFORE THE HONORABLE T. S. ELLIS**
**UNITED STATES DISTRICT JUDGE**

<u>APPEARANCES</u>:

For the Plaintiffs:     Simon Yehuda Sandoval-Moshenberg
                        Gianna Puccinelli


For the Defendants:     Michael Sterling Dingman
                        Grayson Hanes


Court Reporter:    PATRICIA A. KANESHIRO-MILLER, RMR, CRR


Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.

```
 1          THE COURT:  I'm not sure I see how you and the

 2     defendant are in disagreement.

 3          MS. PUCCINELLI:  Just that the Court was considering

 4     both the summary judgment ruling that this Court made and the

 5     motion to dismiss ruling --

 6          THE COURT:  But they didn't rule on summary judgment.

 7     They didn't remand and say, okay, it's all over on disparate

 8     impact.

 9          MS. PUCCINELLI:  Correct, Your Honor.  But they

10     needed to reinstate the Fair Housing Act claim.

11          THE COURT:  But only the disparate impact portion of

12     it.

13          MS. PUCCINELLI:  Yes.

14          THE COURT:  All right.  Go on.

15          MS. PUCCINELLI:  And contrary to what the defendants

16     have represented, there are, in fact, two controlling

17     decisions in this case," Inclusive Communities, as well as

18     the Fourth Circuit's decision.  And the Fourth Circuit set

19     forth the standards to apply at each stage of the disparate

20     impact analysis.  Under -- and this is at page 424.  And the

21     court said, "under the first step, the plaintiffs must

22     demonstrate the robust causal connection between the

23     defendant's challenged policy and the disparate impact of a

24     protected class.

25          It goes on to state, "Under the second step, the
```