# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

## ORDER

UPON CONSIDERATION of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s (collectively "Defendants") Motion to Seal (Dkt. 278) and Local Civil Rule 5, and any response thereto, it is hereby:

**ORDERED** that Defendants' Motion to Seal is **GRANTED**.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Defendants filed a public Notice of Filing of Defendants' Motion to Seal and the Court has posted this notice on the Court's public docket. A brief description of the content ("Proposed Sealed Documents") that Defendants move to seal is as follows:

1) Portions of Defendants' Supplemental Brief in support of their Motion for Summary Judgment on Plaintiffs' Sole Remaining Claim ("Supplemental Brief") (Dkt. 276), which refer to the substance of one of Plaintiffs' Responses to Defendants' Interrogatories that Plaintiffs designated as confidential under the Stipulated Protective Order (Dkt. 45);
2) Portions of Defendants' Supplemental Brief, which refer to deposition testimony from Defendants' 30(b)(6) deposition; and
3) Exhibit B to Defendants' Supplemental Brief which contains deposition testimony from Defendants' 30(b)(6) deposition.

Based upon Defendants' Motion to Seal (Dkt. 278) and the relevant filings, Local Civil Rule 5, and having seen no opposition filed to Defendants' Motion to Seal, the Court hereby **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents is not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Documents shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

ENTERED this \_\_\_\_ day of _____, 2020.

_____
U.S. District Court for the
Eastern District of Virginia