IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>  Defendants. | Civil No.:  1:16cv563-TSE-TCB |

## NOTICE OF FILING OF DEFENDANTS' MOTION TO SEAL

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 5, Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel and in accordance with the Stipulated Protective Order entered in this matter on August 18, 2016 (Dkt. 45) hereby gives public notice that a Motion to Seal was filed on May 15, 2020 to respectfully move this Court for entry of an Order directing that a document attached to, and information referred to within, Defendants' Supplemental Brief in support of their Motion for Summary Judgment on Plaintiffs' Sole Remaining Claim (Dkt. 276) filed on May 15, 2020 be sealed. Defendants' Motion to Seal respectfully moves the Court to seal the following:

1) Portions of Defendants' Supplemental Brief in support of their Motion for Summary Judgment on Plaintiffs' Sole Remaining Claim ("Supplemental Brief") (Dkt. 276), which refer to the substance of one of Plaintiffs' Responses to Defendants' Interrogatories that Plaintiffs designated as confidential under the Stipulated Protective Order (Dkt. 45).
2) Portions of Defendants' Supplemental Brief, which refer to deposition testimony from Defendants' 30(b)(6) deposition.
3) Exhibit B to Defendants' Supplemental Brief, which contains deposition testimony from Defendants' 30(b)(6) deposition.

Defendants' Motion to Seal was filed on May 15, 2020 and memoranda in support of or in opposition to the motion must be filed within seven (7) days after the filing of Defendants' Motion to Seal, and all or part of such memoranda may be designated as confidential. Further, any person objecting to the motion must file an objection with the Clerk within seven (7) days after the filing of the Defendants' Motion to Seal and if no objection is filed in a timely manner, the Court may treat the motion as uncontested.

       Respectfully submitted,

       WAPLES MOBILE HOME PARK LIMITED
       PARTNERSHIP, WAPLES PROJECT LIMITED
       PARTNERSHIP AND
       A. J. DWOSKIN & ASSOCIATES, INC.

       /s/
       Grayson P. Hanes (VSB No. 06614)
       Michael S. Dingman (VSB No. 30031)
       Justin deBettencourt (VSB No. 83806)
       REED SMITH LLP
       7900 Tysons One Place
       Suite 500
       McLean, Virginia  22102
       (703) 641-4200 (Telephone)
       (703) 641-4340 (Facsimile)
       ghanes@reedsmith.com
       mdingman@reedsmith.com
       jdebettencourt@reedsmith.com
       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*