IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:16-cv-563 |
| ) | |
| WAPLES MOBILE HOME PARK ) | |
| LIMITED PARTNERSHIP, *et al.*, ) | |
|     Defendants. ) | |

## ORDER

This matter is before the Court on defendants' motion to clarify and/or reconsider the August 19, 2020 Order denying defendants' motion for summary judgment ("Motion to Clarify and/or Reconsider") (Dkt. 284). Defendants noticed a hearing on the motion for September 18, 2020 at 10:00 a.m. A final pretrial conference is also scheduled for September 24, 2020 at 4:00 p.m.

For purposes of judicial economy, the hearing on the Motion to Clarify and/or Reconsider will take place on September 23, 2020 at 4:00 p.m. and will be held telephonically. The final pretrial conference is also rescheduled to September 23, 2020 at 4:00 p.m. and will be held telephonically. Although a final pretrial conference may be inappropriate in light of the postponement on civil jury trials in the Eastern District of Virginia, circumstances may change by September 23, 2020 such that it becomes appropriate to set a trial date. *See* General Order 2020-16, at 5.

Accordingly,

It is hereby **ORDERED** that the hearing on the motion to clarify and/or reconsider (Dkt. 284) is **RESCHEDULED** for **September 23, 2020 at 4:00 p.m.** and will be held

1

**TELEPHONICALLY.**

It if further **ORDERED** that the final pretrial conference is **RESCHEDULED** for <u>September 23, 2020 at 4:00 p.m</u> and will be held **TELEPHONICALLY**.

It is further **ORDERED** that the parties are **DIRECTED** to comply with the Courtroom Deputy Tanya Randall's instructions regarding the procedure for participation in the telephonic hearing

The Clerk is directed to send a copy of this Order to all counsel of record.


Alexandria, Virginia
September 2, 2020

/s/
T. S. Ellis, III
United States District Judge

2