IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>          Plaintiffs,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>          Defendants. | Civil No.: 1:16cv563-TSE-TCB |

**ORDER**

UPON CONSIDERATION of Defendants' Unopposed Motion to Extend Time to File Final Pretrial Filings, it is hereby

ORDERED that Defendants' Unopposed Motion is GRANTED. It is further

ORDERED that the parties shall file on or before the ____ of _____ 2020 their Rule 26(a)(3) disclosures and a list of the exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts. The exhibits themselves or a copy should be exchanged with opposing counsel on or before that date. Objections to the opposing party's exhibits shall be due ten days following that date; otherwise the exhibits shall stand admitted in evidence. The original exhibits shall be delivered to the clerk as provided by Local Rule 79(A).

Alexandria, Virginia
September __, 2020

                                                                                             _____
                                                                                             The Honorable T. S. Ellis, III
                                                                                             United States District Judge