# EXHIBIT 2



# Transcript of William A.V. Clark, Ph.D.

**Date:** December 22, 2016

**Case:** de Reyes, et al. -v- Waples Mobile Home Park Limited Partnership, et al.

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                                    26

1    subject was an attempt to estimate the undocumented

2    population in a particular geographical area?

3        A    There may be other publications which have

4    certainly been involved with discussions of the

5    undocumented population.  Your specific question

6    about whether I have estimated it for specific

7    areas, I don't believe that I have articles that

8    have done that.

9        Q    Have you engaged in that type of analysis

10   as an expert witness on any occasion other than this

11   case?

12       A    I believe it was part of the Koreatown

13   study.  We were concerned with people who were

14   documented or not, but I don't think that that

15   became an essential part of that case.

16       Q    In the reports in this case, Professor

17   Clark, there's a term that's used called "margin of

18   error."  Can you define that term for me.

19       A    When statisticians and demographers make

20   estimates using samples, they recognize that there

21   is some -- because it's not a count, there is some

22   error in the result, and we provide a range around

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                           28

1    the demographer doing the estimate.

2         Q    Does the size of the sample impact the

3    reliability of the estimate that's derived from it?

4         A    The size of the sample plays a role, yes.

5         Q    What role does that play?

6         A    Well, larger samples are usually likely to

7    be more accurate.

8         Q    When you take into account these various

9    factors that could affect the reliability of the

10   estimate, is there a particular method by which you

11   then determine the margin of error?

12        A    Well, the margin of error is calculated as

13   a -- as a -- using the statistical probability.  You

14   ask what's the reliability of the estimate based on

15   a five percent variation, a ten percent variation,

16   and you produce that estimate as a measure of the

17   potential variation in the true value.

18        Q    In determining your margin of error, is

19   that determined at all by the confidence level that

20   you utilize?

21        A    The confidence level influences -- you can

22   have margins of error at various confidence levels.

1          Q    What is the confidence level that you

2     consider to be the standard in what you do?

3          A    Well, it's not what I do.  Demographers

4     and census people use various levels of -- various

5     probability estimates ranging in the five -- .05 and

6     .10, five and ten percent.

7          Q    Well, the Census Bureau uses a confidence

8     level of 90 percent, correct?

9          A    Yes.  That's the other way of saying it.

10         Q    As a demographer, is that an acceptable

11    standard to use?

12         A    It's used -- of course it is.  The census

13    uses it.  Demographers use it.

14         Q    In looking at a sample, in determining the

15    margin of error, if you go from a larger sample, say

16    a national survey, to a county survey, does the

17    margin of error increase as you go from the larger

18    to the smaller area?

19         A    It can, yes.

20         Q    Are there any instances where that would

21    not happen?

22         A    I don't know.

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                              32

1        Q    So what I'm trying to get at is in making

2    those comparisons, what factors do you as a

3    demographer look at to determine the difference in

4    the margin of error in that situation?

5        A    I'm sorry.  I just don't understand your

6    question.  The margin of error is the margin of

7    error which you calculate at the national level and

8    the local level.  That's it.

9        Q    Would you agree that the Census Bureau,

10   for example, when it goes from the national level

11   down to smaller geographical areas, its margin of

12   error increases?

13       A    Yes.

14       Q    So is that typical, that when you go from

15   a larger to a smaller geographical area, the margin

16   of error increases?

17       A    There are a number of assumptions in your

18   statement.  It would only increase if you hold the

19   sample size constant.

20       Q    When you say hold the sample size

21   constant, what do you mean?

22       A    Well, you have three million at the

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                    33

1    national level, you have some smaller number at the

2    local level, and we've agreed that the margin of

3    error would be greater at the smaller area than at

4    the national.

5        Q    In attempting to estimate the undocumented

6    population as we've defined it, are there particular

7    challenges to that type of estimate as opposed to

8    estimating another segment of the population?

9        A    I believe that's true.

10       Q    What are the difficulties, if you will, in

11   estimating the undocumented population?

12       A    Well, because they're undocumented, some

13   of them prefer not to be measured in census

14   estimations.  So getting an accurate count is more

15   difficult for a population that is less willing,

16   less wanting to be measured.

17       Q    As a demographer, how do you deal with

18   that?

19       A    Well, there's a huge literature and it's

20   been discussed at length, and both Dr. Weinberg and

21   I reference some of the important people, Fasel,

22   Warren, Word, all these people, Peter Morrison, who

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                                    34

1    have worked on this project of how to estimate the

2    undocumented population, and now the demographers at

3    The Center for Migration Studies have done a very

4    good job of coming up with pretty good estimates of

5    the national and local undocumented populations.

6         Q    So The Center for Migration Studies has

7    estimated the undocumented population at the

8    national level for the United States, correct?

9         A    Yes.

10        Q    Is it also true that CMS, who is -- I'll

11   refer to them as The Center for Migration Studies --

12   has acknowledged a nine percent margin of error with

13   respect to its estimate of the undocumented

14   population at the national level?

15        A    That's correct.

16        Q    Has CMS estimated the margin of error for

17   its estimates at smaller geographical areas such as

18   a state?

19        A    They have not.

20        Q    Do you know why they have not done that?

21        A    I think the -- they say it's difficult

22   enough to try and get estimates of the undocumented

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                    35

1    population.  Putting margins of error on this is

2    difficult -- a difficult process.  Why they actually

3    didn't do it, they don't say in their report.  I

4    hasten to add that that material has just come out,

5    and I understand, but this is hearsay, that they may

6    attempt to provide margins of error.

7         Q   Would you expect the margin of error for

8    the undocumented population to be higher at the

9    state level as opposed to the national estimate from

10   CMS?

11        A   Would I expect the margin of error to be

12   higher?

13        Q   Yes, at the state level.

14        A   Depending on the state, possibly.  I don't

15   think it would necessarily be any higher in

16   California, but it's possible.

17        Q   What factors would you consider in

18   determining whether the margin of error at the state

19   level is higher than the nine percent margin of

20   error at the national level of CMS estimates?

21        A   I'm not sure I understand where you're

22   going with your question, but it seems to me we've

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                    37

1          Q    Is that what's been referred to in some of

2     the reports -- and I'll use the acronym -- PUMA,

3     P-U-M-A?

4          A    Yes, public use microdata area.

5          Q    So that's the smallest geographical area

6     that CMS will provide an estimate or has provided an

7     estimate for the undocumented population, correct?

8          A    That is the smallest area to which they

9     have published estimates.

10          Q    Okay.  Are there any other entities that

11     have estimated the undocumented population at a

12     geographical area smaller than a PUMA?

13          A    Not that I know of.

14          Q    Do you know why that is?

15          A    It's a very time consuming and tedious

16     activity, and I don't think the other two major

17     groups, The Pew Foundation and the -- I can't recall

18     the name -- the Migration Studies Institute --

19          Q    Yeah.

20          A    -- have done that.

21          Q    In the expert report that you provided in

22     this case, you adopted the margin of error that the

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                                    38

1    American Community Survey attached to the estimate

2    of the total number of Hispanics in the census tract

3    at issue.  Is that correct?

4         A    That's correct.

5         Q    Do you know how ACS determined that margin

6    of error?

7         A    Certainly when I was reviewing the

8    document, I could have given you a much more

9    specific answer.  They used the procedures the ACS

10   uses for all of its margins of error, and they pass

11   that down to the local unit, and that's their best

12   estimate of a range for that small population in a

13   census tract.  In this case I think it was 26

14   percent.

15        Q    All right.  At what point does the margin

16   of error cause you as a demographer to question the

17   reliability of the estimate?

18        A    Well, I think we have to be clear that the

19   issue and the importance is -- the point is not the

20   margin of error.  The margin of error gives us a

21   guide as to what the range might be.  But in the

22   end, all statisticians and demographers are

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                                    64

1    Migration Studies, but confirmed by the studies from

2    the Pew Research Center and from the Migration

3    Studies Institute.

4         Q    But the CMS doesn't have any estimate of

5    the undocumented population at the tract level,

6    correct?

7         A    That's correct.

8         Q    So then you did not rely upon CMS data for

9    your ultimate conclusion in this case, right?

10        A    No, that's not correct.  I used the CMS

11   data from the PUMA to estimate what the undocumented

12   population is in the tract, that tract as part of

13   the PUMA.

14        Q    What's the population size in the PUMA

15   that you relied upon?

16        A    I don't have it in front of me, but it's a

17   large number.

18        Q    Well over 100,000, correct?

19        A    I believe so.

20        Q    And the census Tract 4406, that population

21   is less than 4,000, correct?

22        A    Yes.

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                                    66

1    tract level, we feel reasonably confident of those

2    results.

3         Q    What was your basis for assuming that the

4    CMS estimate at the PUMA level would be the same for

5    the census tract level?

6         A    The census tract is part of the PUMA.  The

7    counterfactual would be that the tract is very

8    different from the rest of the PUMA, and there's no

9    evidence that it is.  It's like the PUMA as a whole.

10   Therefore, we apply the same proportion at the PUMA

11   level down to the tract level.  That's a standard

12   procedure in demography, that you use a proportion

13   at the higher level and a proportion down at the

14   lower levels.

15        Q    Well, isn't it true that the PUMA level

16   data could be dispersed throughout various census

17   tracts that are encompassed in the PUMA?

18        A    It is true that there's variation across

19   the PUMA, but there's no evidence that the PUMA is

20   so variable that it would make the estimating

21   procedure improper.

22        Q    How did you determine that in this case?

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                          67

1          A    I looked at the census tracts that made up

2    the PUMA.  There are many of them like Tract 4406.

3          Q    So is it your testimony that Tract 4406 is

4    similar in its demographic make-up as other census

5    tracts in the PUMA?

6          A    I did not do that analysis.

7          Q    Continuing on page 2, I'd like you to

8    focus now on subparagraph F.  The last sentence

9    states, "As a disproportionate number of Hispanics

10   are not citizens, a disproportionate number of

11   residents will be impacted by the park's leaseholder

12   policy."  When you make this statement, "a

13   disproportionate number of Hispanics are not

14   citizens," who are you comparing that group to?

15         A    Disproportionate to other groups.

16         Q    Which other groups?

17         A    Well, after -- I was just using

18   non-Hispanics as the other group in that statement,

19   but in the rebuttal report when Dr. Weinberg raised

20   the issue of not estimating it for Asians, I redid

21   the analysis so that we looked at Asians and other

22   populations, and the disproportionate impact

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                          78

1          A    He uses that, but that's -- but there's no

2    justification for it.  And we're getting away from

3    the point.  You're focusing on margins of error, and

4    I keep needing to remind you that we do have a point

5    estimate here.  That's the issue.  There is an issue

6    of what the margin of error should be, but the point

7    estimate, which both Dr. Weinberg and I got, is a

8    good estimate for the number of undocumented in the

9    census tract.  And that I think is the end of the

10   discussion, really, because we've got a point

11   estimate.

12          Perhaps the margin of error should be

13   larger, but the margin of error only gives us a

14   sense of where the point estimate lies.  Think of it

15   again, as I said, as a bell curve.  Multiple samples

16   will produce most of the results near the point

17   estimate.

18          Q    But in order to determine whether a point

19   estimate is reliable, you have to consider the

20   margin of error, correct?

21          A    You can consider the margin of error.  It

22   gives you a range in which the point estimate could

Transcript of William A.V. Clark, Ph.D.
Conducted on December 22, 2016                                    82

1    wildly different from the county level, I would be

2    concerned about my point estimate, but I'm not.

3        Q    In relying upon the PUMA CMS estimate, you

4    do not know what the margin of error is for that

5    estimate, correct?

6        A    I think that question has been asked at

7    least twice before, and I've answered.  We don't

8    know the margin of error for the CMS data.  CMS did

9    not provide margins of error at the PUMA level.

10       Q    How can you as a demographer determine

11   whether their estimate is reliable or not?

12       A    They have gone through a complicated

13   process of taking the national data, positing it out

14   to state and to local areas.  This is, as mine, the

15   best estimate of the number of undocumented.  That

16   is a large team of demographers and statisticians

17   produced this data.  It is publicly available now

18   online.  I believe it is as reliable data as we can

19   get about the undocumented population.

20       Q    Whether it's the most reliable or not, how

21   can you determine whether it's sufficiently reliable

22   to establish, for instance, in this case as a fact