# *** CIVIL MOTION MINUTES ***

Date: 09/23/2020

Before the Honorable: **T.S. ELLIS, III**

Time: 04:05 p.m. – 05:03 p.m. (00:58)
      05:11 p.m. – 05:16 p.m. (00:05)
      (01:03)

Case No.: 1:16-cv-00563-TSE-TCB

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

# ROSY GIRON DE REYES et al

v.

# WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP et al

Appearances of Counsel for:

[ X ]  Plaintiff:  Simon Sandoval-Mosenberg, Nady Peralta, Matthew Traupman, Gianna Puccinelli
[ X ]  Defendant: Grayson Hanes, Justin deBettencourt, Michael Dingman
[   ]  Other:

**Re:    Final Pretrial Conference**
          [ 284 ]  Defendants' Motion to Clarify and/or Reconsider the Court's August 19, 2020
                   Summary Judgment Order

Argued and:

[   ]  Granted   [   ]  Denied          [   ]  Granted in part/Denied in part

[ X ]  Taken Under Advisement       [   ]  Continued to

[   ]   Report and Recommendation to Follow

[ X ]  Order to Follow