IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WAPLES MOBILE HOME PARK ) <br> LIMITED PARTNERSHIP, *et al.*, ) <br> Defendants. ) | No. 1:16-cv-563 |

### ORDER

This matter came before the Court on September 23, 2020 for a telephonic hearing on defendants' motion to clarify and/or reconsider the August 19, 2020 Order denying defendants' motion for summary judgment. All parties appeared by counsel, and the matter was taken under advisement following oral argument.

During the September 23, 2020 telephonic hearing, plaintiffs' counsel sought a trial date as well as extension of the deadlines for motions *in limine* and pretrial submissions. On September 24, 2020, United States Chief District Judge Mark S. Davis of the Eastern District of Virginia entered General Order 2020-21, which ordered that courts in the Eastern District of Virginia may resume only criminal jury trials. *See* General Order 2020-21 at 4. Accordingly, it is not yet appropriate to set a trial date. It is nonetheless appropriate to the extend the deadlines for motions *in limine* and pretrial submissions, as defendants' motion to clarify and/or reconsider has not been resolved.

Accordingly,

It is hereby **ORDERED** that defendants' motion to clarify and/or reconsider (Dkt. 284) is **TAKEN UNDER ADVISEMENT**.

1

It is further **ORDERED** that the deadline for motions *in limine* is **RESCHEDULED** to

**<u>December 4, 2020 at 5:00 p.m</u>**.

It is further **ORDERED** that the deadline for pretrial submissions is **RESCHEDULED** to

**<u>December 4, 2020 at 5:00 p.m.</u>**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 25, 2020

_____
T. S. Ellis, III
United States District Judge