UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

**[PROPOSED] ORDER GRANTING
CONSENT MOTION FOR EXTENSION OF TIME**

Upon consideration of Plaintiffs' unopposed request for an extension of the briefing deadline for their forthcoming memorandum in opposition to Defendants' Motion to Strike the Opinions and Testimony of Prof. William A.V. Clark, Dkt. #293 ("Motion to Strike"), and for good cause shown, it is hereby ORDERED that the request for an extension of time is GRANTED; and it is further ORDERED as follows:

1. Plaintiffs' Opposition to the Motion to Strike shall be filed on or before October 12, 2020.

2. Defendants' reply memorandum in support of the Motion to Strike shall be filed on or before October 23, 2020.

3. The Court shall hear argument on the Motion to Strike at a telephonic/Zoom hearing on Friday, October 30, 2020, at 10:00am.

It is SO ORDERED.

Date: _____                                 _____
                                                  U.S. District Judge