IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **ROSY GIRON DE REYES,** *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>**WAPLES MOBILE HOME PARK**<br>**LIMITED PARTNERSHIP,** *et al.*,<br>  Defendants. | )<br>)<br>)<br>)  No. 1:16-cv-563<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter is currently scheduled to come before the Court on Friday, October 30, 2020 at 10:00 a.m. for a telephonic hearing on Defendant's motion to strike the opinions and testimony of Professor William A.V. Clark ("Motion to Strike"). Because the Court's docket is now full that day with criminal matters, it is necessary to postpone the telephonic hearing on Defendant's Motion to Strike to Wednesday November 4, 2020 at 10:00 a.m. The deadline for Defendant to submit a reply brief to the Motion to Strike remains Friday, October 23, 2020.

Accordingly,

It is hereby **ORDERED** the hearing on Defendant's Motion to Strike (Dkt. 293) is **RESCHEDULED to** November 4, 2020 at 10:00 a.m. and will be held **TELEPHONICALLY**.

It is further **ORDERED** that the parties are **DIRECTED** to comply with the Courtroom Deputy Tanya Randall's instructions regarding the procedure for participation in the telephonic hearing.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
October 21, 2020

/s/
T. S. Ellis, III
United States District Judge