# *** CIVIL MOTION MINUTES ***

Date: 11/04/2020                                              Before the Honorable: **T.S. ELLIS, III**

Time:  10:13 a.m. – 11:00 a.m. (00:47)                        Case No.: 1:16-cv-00563-TSE-TCB
       11:08 a.m. – 11:10 a.m. (00:02)
          (00:49)

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

---

# ROSY GIRON DE REYES et al

V.

# WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP et al

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Simon Sandoval-Mosenberg, Nady Peralta, Matthew Traupman, Gianna Puccinelli, Clay Warner
[ X ]  Defendant: Grayson Hanes, Justin deBettencourt
[   ]  Other:

**Re:**     [ 293 ] Defendants' Motion to Strike the Opinions and Testimony of Professor William A.V. Clark

Argued and:

[   ]  Granted    [   ]  Denied           [   ]  Granted in part/Denied in part

[ X ]  Taken Under Advisement         [   ]  Continued to

[   ]  Report and Recommendation to Follow

[ X ]  Order to Follow