**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | |
| *Plaintiffs*, | |
| vs. | |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | Civ. No. 1:16-cv-00563 (TSE/TCB) |
| *Defendants*. | |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON**
**JOINT MOTION FOR EXTENSION OF TIME**
**AND ENTRY OF BRIEFING SCHEDULE**

PLEASE TAKE NOTICE that the parties jointly waive oral argument on their Joint

Motion for Extension of Time and Entry of Briefing Schedule, Dkt. No. 306.

Respectfully submitted,                                   November 5, 2020

_____//s//_____
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Nady Peralta, VSB #91630
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
nady@justice4all.org

1

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
Matthew Traupman (pro hac vice)
Gianna Puccinelli (pro hac vice)
1300 I Street NW, Suite 900
Washington, DC 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
matthewtraupman@quinnemanuel.com
giannapuccinelli@quinnemanuel.com
*Counsel for Plaintiffs*

Respectfully submitted,

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP,
WAPLES PROJECT LIMITED PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
_____
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

2

**<u>Certificate of Service</u>**

I hereby certify that on this 5th day of November, 2020, I caused the foregoing, along

with all attachments thereto, to be filed electronically with the Clerk of the Court using CM/ECF,

which will then send a notification of such filing (NEF) to all counsel of record.


_____//s//_____

Simon Sandoval-Moshenberg (VSB No. 77110)
*simon@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454