UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

**ORDER GRANTING
JOINT MOTION FOR EXTENSION OF TIME
AND ENTRY OF BRIEFING SCHEDULE**

Upon consideration of the parties' Joint Motion for Extension of Time and Entry of Briefing Schedule, and for good cause shown, it is hereby ORDERED that the request for an extension of time is GRANTED; and it is further ORDERED as follows:

1. All Motions in Limine in this matter shall be filed on or before January 11, 2020;

2. Any memoranda in opposition thereto shall be filed on or before February 1, 2020;

3. Any reply memoranda shall be filed on or before February 15, 2020; and

4. This Court shall hear argument on all Motions in Limine by Zoom/telephonic hearing on ___March 3___ at __10:00__ (**am**/pm)

It is SO ORDERED.

Date: __11/5/20__

_____
U.S. District Judge