# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>    *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

## NOTICE OF AMENDED PROPOSED ORDER ON
## JOINT MOTION FOR EXTENSION OF TIME
## AND ENTRY OF BRIEFING SCHEDULE

On November 5, 2020, the parties submitted a Joint Motion for Extension of Time and Entry of Briefing Schedule, regarding Motions in Limine in this case. Dkt. No. 306. The Joint Motion was accompanied by a Proposed Order. Dkt. No. 306-1. The Court entered the Proposed Order as submitted by counsel. Dkt. No. 308.

To counsel's great embarrassment, only after the Order was entered did counsel realize that in drafting the Proposed Order, counsel had made a classic typo: all of the dates were listed as 2020 instead of 2021.

Accordingly, counsel hereby submits an amended Proposed Order, attached hereto, with the dates correctly listed as 2021.

1

2

Respectfully submitted,                                                    November 7, 2020


_____//s//_____
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org

## Certificate of Service

I hereby certify that on this 7th day of November, 2020, I caused the foregoing, along with all attachments thereto, to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to all counsel of record.

_____//s//_____
Simon Sandoval-Moshenberg (VSB No. 77110)
*simon@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454