IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>WAPLES MOBILE HOME PARK )<br>LIMITED PARTNERSHIP, *et al.*, )<br>Defendants. ) | No. 1:16-cv-563 |

## ORDER

This matter is before the Court on the parties' Amended Joint Motion for Extension of Time and Entry of Briefing Schedule (Dkt. 309). The parties seek to correct a typographical error in a prior Order setting the briefing schedule and hearing date for motions *in limine* filed in this matter (Dkt. 308).

Accordingly,

It is hereby **ORDERED** that the Order Granting Joint Motion for Extension of Time and Entry of Briefing Schedule (Dkt. 308) is **VACATED**.

It is further **ORDERED** that the parties' Amended Joint Motion for Extension of Time and Entry of Briefing Schedule (Dkt. 309) is **GRANTED**.

It is further **ORDERED** that all motions *in limine* in this matter shall be filed on or before <u>January 11, 2021 at 5:00 p.m</u>.

It is further **ORDERED** that any memoranda in opposition to motions *in limine* shall be filed on or before <u>February 1, 2021 at 5:00 p.m</u>.

It is further **ORDERED** that any reply memorandum shall be filed on or before <u>February 15, 2021 at 5:00 p.m</u>.

1

It is further **ORDERED** that the hearing on the parties' motions in limine is **RESCHEDULED** from March 3, 2020 at 10:00 a.m. to **March 3, 2021 at 10:00 a.m.** and will be held **TELEPHONICALLY**.

It is further **ORDERED** that the parties are **DIRECTED** to comply with the Courtroom Deputy Tanya Randall's instructions regarding the procedure for participation in the telephonic hearing

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 10, 2020

_____
T. S. Ellis, III
United States District Judge

2