## Appendix A:  Plaintiffs' Exhibit List

## WILL INTRODUCE

I.   **Declarations and Reports**

| Description | Begin Bates | End Bates |
|---|---|---|
| Declaration of Brady M. Bustany (11/13/2016) | N/A | N/A |
| Declaration/Expert Report of Ivan Yacub, Esq. (10/28/2016) | N/A | N/A |
| Declaration/Expert Reports of Professor William A.V. Clark (12/22/2016) attaching opening report and rebuttal report | N/A | N/A |

II.   **Plaintiffs' Lease Materials**

| Description | Begin Bates | End Bates |
|---|---|---|
| Felix Bolaños Application for Residency (Dwoskin & Associates) | WAPLES00000115 | WAPLES00000115 |
| Jose Reyes Application for Residency (Dwoskin & Associates) (5/18/2013) | GIRON00000695 | GIRON00000695 |
| Jose Reyes Application for Residency (JBG Companies) (2016) | GIRON00000994 | GIRON00000995 |
| Rosy Giron de Reyes Application for Residency (JBG Companies) (2016) | GIRON00001194 | GIRON00001195 |
| Esteban Moya Application for Residency (Dwoskin & Associates) (12/07/2010) | WAPLES00000974 | WAPLES00000975 |
| Herbert Saravia Cruz Application for Residency (Dwoskin & Associates) (1/07/2012) | WAPLES00000343 | WAPLES00000346 |
| Mario Medina Application for Residency (Dwoksin & Associates) (1/31/2012) | WAPLES00000347 | WAPLES00000347 |
| Application for Residency as Occupant (3/10/2009) | WAPLES00000761 | WAPLES00000762 |
| Application for Residency as Leaseholder (5/5/2009) | WAPLES00000763 | WAPLES00000766 |
| Application for Residency as Occupant (5/5/2009) | WAPLES00000767 | WAPLES00000769 |
| Application for Residency as Leaseholder (8/25/2010) | WAPLES00000770 | WAPLES00000773 |
| Application for Residency as Occupant (8/25/2010) | WAPLES00000774 | WAPLES00000776 |
| Application for Residency as Leaseholder (8/10/2011) | WAPLES00000777 | WAPLES00000779 |
| Application for Residency (8/12/2013) | WAPLES00000780 | WAPLES00000780 |
| Application for Residency (12/4/2015) | WAPLES00000781 | WAPLES00000781 |
| Application for Residency (1/28/2016) | WAPLES00000782 | WAPLES00000782 |

| | | |
|---|---|---|
| Application for Residency (7/27/2016) | WAPLES00000783 | WAPLES00000783 |
| 2015-2016 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000051 | WAPLES00000053 |
| 2015-2016 Mobile Home Lease Agreement between Esteban Moya and Defendants | GIRON00000642 | GIRON00000652 |
| 2015-2016 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | GIRON00000844 | GIRON00000846 |
| 2011-2012 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000920 | WAPLES00000921 |
| 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | GIRON00000653 | GIRON00000655 |
| 2012-2013 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000254 | WAPLES00000255 |
| 2014-2015 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000247 | WAPLES00000249 |
| 2014-2015 Mobile Home Lease Agreement between Jose Reyes and Defendants | WAPLES00000433 | WAPLES00000443 |
| 2012-2013 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000082 | WAPLES00000083 |
| 2013-2014 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000080 | WAPLES00000081 |
| 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants. | WAPLES00000077 | WAPLES00000079 |
| Addendum to 2014-2015 Lease Agreement between Felix Bolaños and Defendants | WAPLES00000086 | WAPLES00000091 |
| Manufactured Home Site Rental Agreement between Felix Bolaños and Ruth Rivas and Meadows of Chantilly Manufactured Home Community (9/30/2016) | GIRON00000885 | GIRON00000893 |
| 2012-2013 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000918 | WAPLES00000919 |
| 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000897 | WAPLES00000899 |
| 2013-2014 Mobile Home Lease Agreement between Jose Reyes and Defendants | WAPLES00000484 | WAPLES00000496 |
| 2013-2014 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000916 | WAPLES00000917 |
| 2015-2016 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000840 | WAPLES00000853 |
| 2013-2014 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000250 | WAPLES00000251 |

7

| | | |
|---|---|---|
| Utility Addedum to 2014-2015 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000256 | WAPLES00000257 |
| Utility Addendum to 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000084 | WAPLES00000085 |
| Lease Addendum to 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000086 | WAPLES0000091 |
| Lease Addendum signed by Felix Bolaños and Josephine Giambanco (undated) | WAPLES00000056 | WAPLES00000061 |
| Utility Addendum to 2015-2016 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000054 | WAPLES00000055 |
| Utility Addendum to 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000900 | WAPLES00000901 |
| Lease Addendum signed by Herbert Saravia Cruz, Mario Medina, and Yvette Jimenez (2015) | WAPLES00000216 | WAPLES00000221 |
| Lease Addendum signed by Jose Reyes (2014) | WAPLES00000438 | WAPLES00000442 |
| Lease Addendum signed by Esteban Moya (2014) | WAPLES00000845 | WAPLES00000850 |
| Lease Addendum (8/11/2016) | WAPLES00000790 | WAPLES00000795 |
| Lease Addendum (1/2014) | WAPLES00000784 | WAPLES00000789 |
| Rules and Regulations for Chantilly Manufactured Home Community signed by Ruth Rivas and Felix Bolaños (2016) | GIRON00000874 | GIRON00000884 |
| Mobile Home Park Rules and Regulations, signed by Felix Bolaños (2012) | WAPLES00000092 | WAPLES00000101 |
| Mobile Home Park Rules and Regulations, signed by Esteban Moya (2011) | WAPLES00000922 | WAPLES00000927 |
| Mobile Home Park Rules and Regulations, signed by Esteban Moya (2014) | WAPLES00000902 | WAPLES00000911 |
| Mobile Home Park Rules and Regulations, signed by Herbert Saravia Cruz and Mario Medina (2012) | WAPLES00000268 | WAPLES00000273 |
| Mobile Home Park Rules and Regulations, signed by Herbert Saravia Cruz and Mario Medina (2014) | WAPLES00000258 | WAPLES00000267 |
| Criminal Background Check for Rosy Giron de Reyes (12/04/2015) | GIRON00000696 | GIRON00000697 |
| Resident Screening Report for Herbert Saravia Cruz (2/03/2012) | WAPLES00000288 | WAPLES00000295 |
| Resident Screening Report for Jose Reyes (5/20/2013) | WAPLES00000500 | WAPLES00000507 |

| | | |
|---|---|---|
| Resident Screening Report for Esteban Moya (12/09/2010) | WAPLES00000930 | WAPLES00000937 |
| Core Logic Reports for Male Plaintiffs | RPS000009 | RPS000016 |
| Renewal Letter from Defendants to Jose Reyes/Letter to Jose Reyes Adding Wife to Account (2015) | GIRON00000730 | GIRON00000733 |
| Lease Renewal Letter from Defendants to Jose Reyes and All Occupants (2015) | WAPLES00000431 | WAPLES00000431 |
| Renewal Notices to Esteban Moya (2011-2013) | WAPLES00000854 | WAPLES00000896 |
| Mobile Home Inspection for Herbert Saravia Cruz (2014) | WAPLES00000274 | WAPLES00000275 |
| Mobile Home Inspection for Felix Bolaños (2016) | WAPLES00001859 | WAPLES00001860 |
| Handwritten Note from Esteban Moya, including renter's insurance and airline ticket (1/11/2016) | WAPLES00000979 | WAPLES00000988 |
| Mobile Home Inspection for Esteban Moya (2016) | WAPLES00001064 | WAPLES00001065 |

### III. Documents Defining Defendants' Policy

| Description | Begin Bates | End Bates |
|---|---|---|
| Future Resident Information Guide (5/18/2006) | WAPLES00000733 | WAPLES00000734 |
| Future Resident Information Guide (10/18/2006) | WAPLES00000735 | WAPLES00000736 |
| Future Resident Information Guide (1/17/2011) | WAPLES00000737 | WAPLES00000737 |
| Future Resident Information Guide (3/4/2011) | WAPLES00000738 | WAPLES00000738 |
| Future Resident Information Guide (6/27/2011) | WAPLES00000739 | WAPLES00000740 |
| Future Resident Information Guide (3/23/2012) | WAPLES00000741 | WAPLES00000742 |
| Future Resident Information Guide (4/25/2012) | WAPLES00000743 | WAPLES00000744 |
| Future Resident Information Guide (9/11/2013) | WAPLES00000745 | WAPLES00000746 |
| Future Resident Information Guide (3/20/2014) | WAPLES00000747 | WAPLES00000748 |
| Future Resident Information Guide (5/14/2015) | WAPLES00000749 | WAPLES00000750 |
| Future Resident Information Guide (9/8/2015) | WAPLES00000751 | WAPLES00000752 |
| Future Resident Information Guide (3/31/2016) | WAPLES00000753 | WAPLES00000754 |
| Future Resident Information Guide (4/22/2016) | WAPLES00000755 | WAPLES00000756 |
| Future Resident Information Guide (5/16/2016) | WAPLES00000757 | WAPLES00000758 |
| Future Resident Information Guide (8/10/2016) | WAPLES00000759 | WAPLES00000760 |

IV. **Internal Defendant Guides, Memoranda, and Other Business Documents**

| Description | Begin Bates | End Bates |
|---|---|---|
| Resident Selection and Occupancy Standards (2/19/2013) | WAPLES00002320 | WAPLES00002351 |
| Resident Selection and Occupancy Standards (9/13/2013) | WAPLES00002680 | WAPLES00002712 |
| Resident Selection and Occupancy Standards (10/25/2013) | WAPLES00002801 | WAPLES00002832 |
| Resident Selection and Occupancy Standards (11/1/2013) | WAPLES00002764 | WAPLES00002795 |
| Resident Selection and Occupancy Standards (4/20/2015) | WAPLES00002602 | WAPLES00002633 |
| Resident Selection and Occupancy Standards (5/8/2015) | WAPLES00002502 | WAPLES00002533 |
| CoreLogic Contract with A.J. Dwoskin (6/20/2001) | RPS000001 | RPS000008 |
| A.J. Dwoskin Consumer Reports & CoreLogic SafeRent Training Manual (1/24/2011) | WAPLES00000572 | WAPLES00000732 |
| Yardi RentGrow Screening Services Activation Agreement (4/26/2013) | WAPLES00000814 | WAPLES00000826 |
| Yardi Resident Screening (2013) | WAPLES00000796 | WAPLES00000813 |
| Resident Ledger for Jose Reyes (11/17/2016) | WAPLES00003117 | WAPLES00003123 |
| Resident Ledger for Felix Bolaños (11/17/2016) | WAPLES00003098 | WAPLES00003106 |
| Resident Ledger for Esteban Moya (11/17/2016) | WAPLES00003107 | WAPLES00003116 |
| Resident Ledger for Herbert Saravia Cruz (11/17/2016) | WAPLES00003124 | WAPLES00003134 |
| List of Noncompliant Waples Tenants and Outstanding Documentation; Violation Letters (2015-2016) | WAPLES00001272 | WAPLES00001330 |
| Move Out Report: Waples Project LP | WAPLES00002981 | WAPLES00002981 |

V. **Defendants' Internal Correspondence**

| Description | Begin Bates | End Bates |
|---|---|---|
| Email between Carolina Easton, Josephine Giambanco, Mark Jones, and Others, with Attachments (5/17/2016) | WAPLES00002441 | WAPLES00002457 |

VI. **Eviction Correspondence with and Related to Plaintiffs**

| Description | Begin Bates | End Bates |
|---|---|---|
| Violation Letter from Defendants to Esteban Moya (1/18/2016) | WAPLES00001141 | WAPLES00001143 |

10

| | | |
|---|---|---|
| Violation Letter from Defendants to Herbert Saravia Cruz and Mobile Home Inspection Form (1/18/2016) | WAPLES00001854 | WAPLES00001855 |
| Letter Informing Residents of Month to Month Surcharge Increase to $300 (3/11/2016) | GIRON00000033 | GIRON00000033 |
| Eviction Letter to Jose Reyes (2/4/2016) | GIRON00000698 | GIRON0000698 |
| Letter from Herbert Saravia Cruz to Defendants Regarding Sale of Mobile Home (1/27/2016) | WAPLES00000198 | WAPLES00000198 |
| Violation Letter from Defendants to Felix Bolaños (3/2/2016) | WAPLES00001332 | WAPLES00001332 |
| Violation Letter from Defendants to Herbert Saravia Cruz (1/18/2016) | WAPLES00000199 | WAPLES00000199 |
| 21/30 Notice to Jose Reyes and All Occupants (1/27/2016) | WAPLES00001785 | WAPLES00001789 |
| Letter from Voice to Albert Dwoskin (8/12/2016) | WAPLES00002992 | WAPLES00003002 |
| Letter from VA Senators to Mike Dean (7/22/2016) | WAPLES00003004 | WAPLES00003004 |
| Audio File (3/2016) | GIRON00000045 | GIRON00000045 |
| Audio File (3/2016) | GIRON00000048 | GIRON00000048 |
| Email between Jeff Franzen and Simon Sandoval-Moshenberg regarding Dwoskin Evictions (11/20/2015) | GIRON00000133 | GIRON00000134 |
| Notice to Jose Reyes of Acceptance of Rent with Reservation to Proceed with Eviction (2/03/2016) | GIRON00000693 | GIRON00000693 |
| 60 Day Termination Notice from Defendants to Esteban Moya and All Occupants (11/30/2016) | N/A | N/A |
| Notice of Acceptance of Rent with Reservation to Proceed with Eviction from Defendants to Esteban Moya and All Occupants (12/5/2016) | N/A | N/A |

11

MAY INTRODUCE

I. **Written Discovery**

| Description | Begin Bates | End Bates |
|---|---|---|
| Portions of Defendants' Answer to Interrogatories Not Specifically Objected to by Plaintiffs | N/A | N/A |
| Portions of Defendants' Responses to Jose Dagoberto Reyes's First Set of Interrogatories Not Specifically Objected to by Plaintiffs | N/A | N/A |
| Defendants' Supplemental Answer to Interrogatory 6 | N/A | N/A |

II. **Declarations and Reports**

| Description | Begin Bates | End Bates |
|---|---|---|
| Dr. Weinberg's Reproduction of the Mathematical Calculations from his Expert Report (1/4/2017) | N/A | N/A |

III. **Internal Defendant Guides, Memoranda, and Other Business Documents**

| Description | Begin Bates | End Bates |
|---|---|---|
| Residential Marketing Plan (2014) | WAPLES00001676 | WAPLES00001693 |
| "Daily Happenings at Bull Run & Waples" for 8/28/2015 | WAPLES00001498 | WAPLES00001499 |
| "Daily Happenings at Bull Run & Waples" for 2/11/2016 | WAPLES00001435 | WAPLES00001437 |
| List of Individuals Who Received Background Check | WAPLES00001338 | WAPLES00001350 |
| Organizational Chart for Waples Mobile Home Park LP | WAPLES00001331 | WAPLES00001331 |
| Grace Hill Certificates of Achievement for Valerie Dixon, Carolina Easton, Mayra Lopez, Jessica Armstead, Mark Jones, and Josephine Giambanco | WAPLES00001257 | WAPLES00001263 |
| List of Waples Residents (redacted by Defendants) | WAPLES00001335 | WAPLES00001337 |

IV. **Defendants' Internal Correspondence**

| Description | Begin Bates | End Bates |
|---|---|---|
| Email from Peter Williams to Distribution List with Attachments (11/9/2015) | WAPLES00001724 | WAPLES00001733 |
| Email from Theresa Osborne to Peter Williams (10/28/2013) | WAPLES00002800 | WAPLES00002832 |

| | | |
|---|---|---|
| Email from Peter Williams to Albert Dwoskin (6/19/2015) | WAPLES00001503 | WAPLES00001507 |
| Email between Peter Williams and Theresa Osborne with Attachment (5/14/2014) | WAPLES00002355 | WAPLES00002357 |
| Email from Carolina Easton to Peter Williams, Mark Jones, and Others with Attachment (5/15/2015) | WAPLES00002501 | WAPLES00002533 |
| Email between Josephine Giambanco, Lindsay Gilbert, Theresa Osborne, and Others with Attachment (3/20/2014) | WAPLES00001367 | WAPLES00001371 |
| Email from Theresa Osborne to Peter Williams with Attachment (1/7/2013) | WAPLES00002833 | WAPLES00002865 |
| Email from Theresa Osborne to "Residential Managers" with Attachment (12/20/2013) | WAPLES00002239 | WAPLES00002271 |
| Email from Peter Williams to Julia Edwards (Core Logic) (8/29/2011) | WAPLES00001723 | WAPLES00001723 |
| Email from Peter Williams to Albert Dwoskin with Attachment (11/10/2015) | WAPLES00001488 | WAPLES00001496 |
| Email between Carolina Easton, Jessica Armstead, and Josephine Giambanco (1/14/2016) | WAPLES00002433 | WAPLES00002435 |
| Email between Carolina Easton, Josephine Giambanco, and Carolina Easton with Attachment (5/19/2014) | WAPLES00002278 | WAPLES00002280 |
| Email between Carolina and Josephine Giambanco with Attachments (8/17/2016) | WAPLES00002272 | WAPLES00002277 |
| Email between Josephine Giambanco, Carolina Easton, and Jessica Armstead with Attachments (2/3/2016) | WAPLES00001783 | WAPLES00001789 |
| Email between Carolina Easton, Josephine Giambanco, Jessica Armstead, and Mark Jones (8/29/2016) | WAPLES00002925 | WAPLES00002930 |
| Email from Sabiha Noorzai to "Daily Reports" (7/29/2011) | WAPLES00001470 | WAPLES00001470 |
| Email from Cliff Liautaud to Josephine Giambanco and Mayra Lopez with Attachment (4/22/2016) | WAPLES00001532 | WAPLES00001535 |
| Email from Cliff Liautaud to Josephine Giambanco and Mayra Lopez with Attachment (5/16/2016) | WAPLES00001521 | WAPLES00001524 |
| Email between Carolina Easton and Lindsay Gilbert (9/3/2014) | WAPLES00001619 | WAPLES00001620 |
| Email between Carolina Easton and Lindsay Gilbert (9/3/2014) | WAPLES00001616 | WAPLES00001618 |

13

| | | |
|---|---|---|
| Email between Jessica Armstead, Carolina Easton, "Residential Managers" and "Residential Assistant Managers" (8/22/2016) | WAPLES00001425 | WAPLES00001427 |
| Email between Carolina Easton, Mark Jones, and Peter Williams (4/28/2015) | WAPLES00002978 | WAPLES00002979 |
| Email from Valerie Dixon to Josephine Giambanco with attachment (2/11/2016) | WAPLES00001605 | WAPLES00001607 |
| Email between Josephine Giambanco and Carolina Easton (3/18/2016) | WAPLES00002964 | WAPLES00002965 |
| Email from Carolina Easton to Peter Williams with Attachment (3/17/2014) | WAPLES00002634 | WAPLES00002645 |
| Email from Josephine Giambanco to Carolina Easton with Attachment (4/28/2014) | WAPLES00002281 | WAPLES00002283 |
| Email between Carolina Easton, Josephine Giambanco, Mark Jones, and Others (10/28/2015) | WAPLES00001571 | WAPLES00001574 |
| Email between Carolina Easton, Josephine Giambanco, and Mark Jones (8/25/2016) | WAPLES00002972 | WAPLES00002977 |
| Email between Carolina Easton, Mark Jones, Valerie Dixon, and Jessica Armstead with Attachment (5/3/2016) | WAPLES00002796 | WAPLES00002798 |
| Email from Mark Jones to Carolina Easton and Jessica Armstead with Attachment (5/3/2016) | WAPLES00002426 | WAPLES00002427 |
| Email from Carolina Easton to Mark Jones and Jessica Armstead with Attachment (5/17/2016) | WAPLES00002451 | WAPLES00002459 |
| Email between Mark Jones and Kevin Ortega of Yardi (5/27/2016) | WAPLES00002417 | WAPLES00002420 |
| Email from Mayra Lopez to Josephine Giambanco (3/2/2016) | WAPLES00001384 | WAPLES00001384 |
| Email between Josephine Giambanco, Yvette Jimenez, and Carolina Easton with Attachment (5/19/2014) | WAPLES00002278 | WAPLES00002280 |
| Email from Josephine Giambanco to Carolina Easton with Attachment (3/21/2014) | WAPLES00002284 | WAPLES00002285 |
| Email between Carolina Easton and Josephine Giambanco (5/17/2013) | WAPLES00001372 | WAPLES00001373 |
| Email from Carolina Easton with Attachment (9/29/2015) | WAPLES00002208 | WAPLES00002209 |
| Email from Josephine Giambanco to Valerie Dixon (5/11/2016) | WAPLES00002447 | WAPLES00002448 |
| Email from Theresa Osborne to "Residential Managers and "Residential Assistant Managers" (7/15/2013) | WAPLES00001459 | WAPLES00001459 |

V. **Publicly Available Records and Documents**

| Description | Begin Bates | End Bates |
|---|---|---|
| *The Washington Post*: "Without Social Security numbers, illegal immigrants face eviction" (2/10/2016) | WAPLES00001356 | WAPLES00001358 |
| "Overview of Race and Hispanic Origin: 2010" (2010 Census Briefs) (3/2011) | GIRON00000589 | GIRON0000612 |
| "Profile of the Unauthorized Population: Fairfax County, VA" | GIRON00000613 | GIRON00000622 |
| "2010-2014 American Community Survey 5 Year Estimates": Units in Structure | GIRON00000523 | GIRON00000524 |
| "2010-2014 American Community Survey 5 Year Estimates": Selected Characteristics of the Native and Foreign-Born Populations | GIRON00000525 | GIRON00000533 |
| "Unauthorized Immigrant Totals Rise in 7 States, Fall in 14: Decline in those from Mexico fuels most state decreases" (11/18/2014) | GIRON00000218 | GIRON00000271 |
| "Fairfax County Department of Housing and Community Development Semi Annual At Risk Housing Report" (6/25/2010) | GIRON00000574 | GIRON00000582 |
| "2010-2014 American Community Survey 5 Year Estimates": Housing Units | GIRON00000522 | GIRON00000522 |
| "Estimates of the Unauthorized Population for States" Data for Virginia | N/A | N/A |
| "Quick Facts: Virginia" | N/A | N/A |
| "2010-2014 American Community Survey 5-Year Estimates": Housing Units for Fairfax County | N/A | N/A |
| "2010-2014 American Community Survey 5-Year Estimates": Units in Structure for Virginia | N/A | N/A |
| "2010-2014 American Community Survey 5-Year Estimates": Units in Structure for Fairfax County | N/A | N/A |
| "2010-2014 American Community Survey 5-Year Estimates": Selected Characteristics of the Native and Foreign-Born Populations for Virginia | N/A | N/A |
| *The Washington Post*: "Undocumented Latinos and their families sue after evictions" (5/23/2016) | N/A | N/A |