UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

**JOINT STIPULATION ADOPTING THE
PARTIES' PRIOR JOINT STIPULATION OF UNCONTESTED FACTS**

The parties, by counsel, hereby jointly stipulate that they adopt the parties' prior Joint Stipulation of Uncontested Facts (Dkt. 180) except that Fact I(A)(1) should state that "Plaintiffs lived at Waples Mobile Home Park (the 'Park')". The parties reserve the right to modify this stipulation and will continue to discuss additional potential stipulations of fact in advance of trial.

December 4, 2020

                                              Respectfully submitted,

                                                               /s/
                                          LEGAL AID JUSTICE CENTER
                                          Simon Sandoval-Moshenberg (VSB #77110)
                                          Nady Peralta (VSB #91630)
                                          6066 Leesburg Pike
                                          Suite 520
                                          Falls Church, VA 22041
                                          (703) 778-3450 (Telephone)
                                          (703) 778-3454 (Facsimile)
                                          simon@justice4all.org
                                          nady@justice4all.org

        QUINN EMANUEL URQUHART
        &amp; SULLIVAN, LLP
        Kaiyeu Kevin Chu (VSB #85746)
        Matthew Traupman (*pro hac vice*)
        Gianna Puccinelli (*pro hac vice*)
        1300 I Street N.W.
        Suite 900
        Washington, D.C. 20005
        (202) 538-8000 (Telephone)
        (202) 538-8100 (Facsimile)
        kevinchu@quinnemanuel.com
        matthewtraupman@quinnemanuel.com
        giannapuccinelli@quinnemanuel.com
        *Counsel for Plaintiffs*

Respectfully submitted,


WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP,
WAPLES PROJECT LIMITED PARTNERSHIP
AND
A. J. DWOSKIN & ASSOCIATES, INC.

             /s/
Grayson P. Hanes (VSB #06614)
Michael S. Dingman (VSB #30031)
Justin deBettencourt (VSB #83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to all counsel of record.

                                                /s/
                                Grayson P. Hanes (VSB #06614)
                                Michael S. Dingman (VSB #30031)
                                Justin deBettencourt (VSB #83806)
                                REED SMITH LLP
                                7900 Tysons One Place
                                Suite 500
                                McLean, Virginia 22102
                                (703) 641-4200 (Telephone)
                                (703) 641-4340 (Facsimile)
                                ghanes@reedsmith.com
                                mdingman@reedsmith.com
                                jdebettencourt@reedsmith.com
                                *Counsel for Defendants*