# EXHIBIT B

`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>Defendants. | Civil No.: 1:16cv563-TSE-TCB |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Witness Name: Jose Dagoberto Reyes | Date of Testimony: November 3, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| **From Page/Line** | **To Page/Line** |
| 16:12 | 17:17 |
| 18:5 | 18:14 |
| 18:18 | 18:20 |
| 19:5 | 19:21 |
| 20:3 | 20:19 |
| 21:17 | 21:19 |
| 22:7 | 22:22 |
| 23:1 | 23:2 |
| 26:15 | 26:17 |
| 26:20 | 26:20 |
| 26:22 | 27:9 |
| 27:12 | 27:12 |
| 27:14 | 27:16 |
| 27:19 | 27:19 |
| 28:6 | 28:8 |
| 28:13 | 28:13 |
| 28:15 | 28:17 |
| 28:20 | 28:20 |
| 28:22 | 29:2 |
| 29:5 | 29:5 |
| 29:13 | 29:15 |
| 29:16 | 29:18 |

| Witness Name: Jose Dagoberto Reyes | Date of Testimony: November 3, 2016 |
|---|---|
| Defendants' Initial Designations ||
| From Page/Line | To Page/Line |
| 29:20 | 29:20 |
| 29:22 | 30:2 |
| 30:13 | 30:13 |
| 30:15 | 30:16 |
| 30:19 | 30:19 |
| 30:21 | 31:1 |
| 31:3 | 31:3 |
| 31:14 | 31:17 |
| 32:6 | 32:16 |
| 32:20 | 33:2 |
| 33:6 | 34:21 |
| 37:17 | 39:5 |
| 39:8 | 39:15 |
| 39:18 | 41:14 |
| 41:17 | 42:7 |
| 42:10 | 43:9 |
| 43:13 | 44:3 |
| 44:6 | 44:6 |
| 44:10 | 45:14 |
| 45:17 | 45:21 |
| 46:2 | 46:16 |
| 46:18 | 47:16 |
| 72:22 | 73:2 |
| 73:5 | 73:7 |
| 74:13 | 74:18 |
| 74:21 | 74:21 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

       Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

       Defendants.

Civil No.: 1:16cv563-TSE-TCB

### DEFENDANTS' DEPOSITION DESIGNATIONS

| Witness Name: Felix Alexis Bolanos | Date of Testimony: November 3, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| **From Page/Line** | **To Page/Line** |
| 23:10 | 23:12 |
| 24:1 | 24:2 |
| 24:4 | 24:5 |
| 29:12 | 29:15 |
| 30:6 | 30:8 |
| 30:10 | 30:13 |
| 31:14 | 32:3 |
| 32:6 | 32:20 |
| 33:8 | 33:10 |
| 33:12 | 33:12 |
| 34:8 | 34:10 |
| 34:12 | 34:12 |
| 36:16 | 36:18 |
| 36:20 | 36:20 |
| 36:21 | 37:1 |
| 38:1 | 38:8 |
| 38:10 | 38:10 |
| 40:9 | 40:10 |
| 40:13 | 40:21 |
| 42:11 | 42:13 |
| 42:15 | 42:17 |
| 42:19 | 42:19 |

| Witness Name: Felix Alexis Bolanos | Date of Testimony: November 3, 2016 |
|---|---|
| Defendants' Initial Designations ||
| **From Page/Line** | **To Page/Line** |
| 42:20 | 42:22 |
| 43:1 | 43:7 |
| 44:13 | 44:22 |
| 45:1 | 46:1 |
| 46:5 | 47:16 |
| 47:18 | 47:19 |
| 47:21 | 48:6 |
| 48:9 | 48:16 |
| 50:14 | 50:17 |
| 51:10 | 52:3 |
| 52:5 | 52:11 |
| 53:13 | 54:4 |
| 54:6 | 54:22 |
| 55:1 | 55:4 |
| 55:7 | 56:4 |
| 56:6 | 56:19 |
| 56:21 | 57:5 |
| 70:6 | 71:12 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>Plaintiff,<br>v.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>Defendants. | Civil No.: 1:16cv563-TSE-TCB |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Witness Name: Esteban Ruben Moya Yrapura | Date of Testimony: November 3, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| From Page/Line | To Page/Line |
| 15:16 | 15:22 |
| 16:1 | 16:22 |
| 17:1 | 17:14 |
| 18:3 | 18:5 |
| 18:9 | 18:16 |
| 18:22 | 19:5 |
| 19:11 | 19:14 |
| 19:16 | 19:16 |
| 22:8 | 22:9 |
| 23:13 | 23:17 |
| 23:19 | 23:19 |
| 23:21 | 24:1 |
| 24:3 | 24:3 |
| 24:5 | 24:7 |
| 24:9 | 24:9 |
| 24:19 | 24:22 |
| 25:2 | 25:7 |
| 25:9 | 25:14 |
| 25:21 | 25:22 |
| 26:1 | 26:10 |
| 26:12 | 28:15 |
| 28:19 | 29:8 |

1

| Witness Name: Esteban Ruben Moya Yrapura | Date of Testimony: November 3, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| **From Page/Line** | **To Page/Line** |
| 29:10 | 30:3 |
| 30:5 | 31:8 |
| 31:12 | 32:9 |
| 32:12 | 33:8 |
| 34:22 | 35:3 |
| 37:15 | 39:2 |
| 39:4 | 39:11 |
| 39:13 | 40:4 |
| 40:7 | 42:9 |
| 42:11 | 42:15 |
| 42:17 | 42:22 |
| 43:2 | 43:14 |
| 43:18 | 44:11 |
| 44:14 | 45:4 |
| 45:6 | 45:12 |
| 47:18 | 47:20 |
| 47:22 | 47:22 |
| 48:20 | 49:11 |
| 49:14 | 49:18 |
| 49:20 | 51:20 |
| 52:1 | 52:12 |
| 52:14 | 53:14 |
| 55:7 | 55:8 |
| 55:10 | 55:10 |
| 63:13 | 63:15 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Witness Name: Herbert David Saravia Cruz | Date of Testimony: November 3, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| From Page/Line | To Page/Line |
| 12:15 | 12:18 |
| 19:8 | 19:11 |
| 20:13 | 20:15 |
| 21:14 | 21:21 |
| 22:2 | 22:4 |
| 22:7 | 22:9 |
| 22:12 | 22:14 |
| 22:17 | 22:17 |
| 24:2 | 24:7 |
| 24:11 | 25:1 |
| 26:10 | 26:17 |
| 35:18 | 35:20 |
| 41:8 | 42:15 |
| 42:18 | 42:20 |
| 42:22 | 43:19 |
| 44:15 | 46:4 |
| 46:7 | 46:7 |
| 46:10 | 47:8 |
| 47:11 | 48:6 |
| 49:19 | 50:13 |
| 50:20 | 52:9 |
| 52:12 | 54:1 |

| Witness Name: Herbert David Saravia Cruz | Date of Testimony: November 3, 2016 |
|---|---|
| Defendants' Initial Designations ||
| From Page/Line | To Page/Line |
| 54:4 | 54:4 |
| 54:7 | 55:9 |
| 68:8 | 69:18 |
| 78:4 | 78:10 |
| 78:18 | 78:19 |
| 78:22 | 78:22 |
| 79:1 | 79:3 |
| 79:6 | 79:9 |
| 79:12 | 79:15 |
| 79:18 | 79:21 |
| 80:2 | 80:5 |
| 80:8 | 80:11 |
| 80:14 | 80:14 |
| 83:22 | 84:1 |
| 84:4 | 84:9 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

## DEFENDANTS' DEPOSITION DESIGNATIONS

| Witness Name: Rosy Giron de Reyes | Date of Testimony: November 1, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| **From Page/Line** | **To Page/Line** |
| 12:20 | 13:2 |
| 19:18 | 19:22 |
| 20:1 | 21:6 |
| 21:11 | 21:22 |
| 24:19 | 24:21 |
| 25:1 | 25:1 |
| 25:10 | 25:12 |
| 25:15 | 25:15 |
| 28:7 | 28:13 |
| 28:15 | 28:16 |
| 28:18 | 28:20 |
| 28:22 | 28:22 |
| 30:6 | 30:8 |
| 30:10 | 30:10 |
| 30:12 | 30:14 |
| 30:16 | 30:16 |
| 30:18 | 30:20 |
| 30:22 | 30:22 |
| 31:7 | 31:15 |
| 32:22 | 33:3 |
| 34:22 | 35:10 |
| 35:16 | 35:21 |

| Witness Name: Rosy Giron de Reyes | Date of Testimony: November 1, 2016 |
|---|---|
| Defendants' Initial Designations ||
| **From Page/Line** | **To Page/Line** |
| 36:7 | 36:10 |
| 55:22 | 58:9 |
| 62:19 | 63:14 |
| 63:18 | 63:21 |
| 84:18 | 85:13 |
| 85:14 | 85:18 |
| 86:5 | 86:11 |
| 86:12 | 86:21 |
| 87:19 | 87:21 |
| 88:1 | 88:4 |
| 88:6 | 88:12 |
| 88:17 | 88:17 |
| 88:19 | 88:21 |
| 89:3 | 89:12 |
| 89:14 | 89:18 |
| 89:21 | 90:1 |
| 90:4 | 90:11 |
| 90:15 | 90:20 |
| 91:3 | 91:3 |
| 91:5 | 91:8 |
| 102:4 | 102:6 |
| 102:8 | 102:8 |
| 102:10 | 102:14 |
| 102:16 | 102:16 |
| 102:18 | 102:20 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.:  1:16cv563-TSE-TCB |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Witness Name: Ruth Rivas | Date of Testimony: November 1, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| From Page/Line | To Page/Line |
| 23:17 | 24:5 |
| 25:21 | 26:4 |
| 26:6 | 26:7 |
| 26:11 | 26:14 |
| 26:16 | 26:16 |
| 26:19 | 26:19 |
| 27:19 | 28:2 |
| 28:11 | 28:14 |
| 29:10 | 29:12 |
| 30:14 | 30:15 |
| 30:17 | 30:18 |
| 33:18 | 33:20 |
| 34:1 | 34:4 |
| 35:6 | 35:10 |
| 35:12 | 35:13 |
| 35:15 | 35:16 |
| 36:1 | 36:3 |
| 36:5 | 36:6 |
| 37:20 | 37:21 |
| 38:1 | 38:5 |
| 38:7 | 38:11 |

1

| Witness Name: Ruth Rivas | Date of Testimony: November 1, 2016 |
|---|---|
| Defendants' Initial Designations ||
| **From Page/Line** | **To Page/Line** |
| 38:13 | 38:16 |
| 38:18 | 38:22 |
| 39:1 | 39:16 |
| 39:18 | 39:18 |
| 40:15 | 40:17 |
| 40:19 | 41:1 |
| 41:3 | 41:3 |
| 54:15 | 54:20 |
| 55:13 | 55:16 |
| 56:3 | 56:6 |
| 62:12 | 62:14 |
| 64:22 | 65:2 |
| 65:4 | 65:7 |
| 66:20 | 67:1 |
| 68:16 | 69:6 |
| 69:19 | 69:21 |
| 70:7 | 70:8 |
| 70:11 | 70:19 |
| 70:20 | 70:21 |
| 71:2 | 71:18 |
| 71:20 | 71:22 |
| 73:18 | 74:8 |
| 74:11 | 74:20 |
| 79:14 | 79:15 |
| 79:18 | 80:4 |
| 87:12 | 87:14 |
| 87:17 | 87:17 |
| 88:3 | 88:15 |
| 88:17 | 89:15 |
| 135:8 | 135:10 |
| 135:14 | 135:16 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16cv563-TSE-TCB |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| Witness Name: Yovana Jaldin Solis | Date of Testimony: November 2, 2016 |
|---|---|
| **Defendants' Initial Designations** | |
| **From Page/Line** | **To Page/Line** |
| 14:5 | 14:7 |
| 14:21 | 15:1 |
| 16:18 | 16:19 |
| 16:21 | 16:21 |
| 17:1 | 17:3 |
| 17:13 | 17:20 |
| 17:21 | 18:4 |
| 22:5 | 22:7 |
| 22:9 | 22:9 |
| 22:19 | 22:20 |
| 23:1 | 23:1 |
| 23:3 | 23:7 |
| 23:9 | 23:13 |
| 23:16 | 23:20 |
| 41:8 | 41:10 |
| 41:12 | 41:12 |
| 41:14 | 41:17 |
| 41:19 | 41:20 |
| 63:15 | 63:18 |
| 63:20 | 63:20 |
| 63:22 | 64:5 |
| 64:7 | 64:7 |

| Witness Name: Yovana Jaldin Solis | Date of Testimony: November 2, 2016 |
|---|---|
| Defendants' Initial Designations ||
| **From Page/Line** | **To Page/Line** |
| 64:9 | 64:14 |
| 64:16 | 64:16 |
| 64:18 | 65:3 |
| 66:4 | 66:6 |
| 66:9 | 66:9 |
| 66:11 | 66:13 |
| 66:15 | 66:15 |
| 66:17 | 66:19 |
| 66:21 | 66:21 |
| 76:5 | 76:10 |
| 76:13 | 76:14 |
| 76:16 | 76:20 |
| 77:5 | 77:9 |
| 77:11 | 77:11 |
| 77:13 | 77:14 |
| 77:16 | 77:16 |
| 77:18 | 77:21 |
| 78:1 | 78:1 |
| 78:10 | 78:14 |
| 78:16 | 78:16 |
| 79:3 | 79:12 |
| 95:17 | 95:21 |
| 96:2 | 96:2 |

Case 1:16-cv-00563-PTG-WBP   Document 314-2   Filed 12/04/20   Page 15 of 16
PageID# 6732

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Witness Name: Rosa Elena Amaya | Date of Testimony: November 2, 2016 |
|---|---|
| **Defendants' Initial Designations** ||
| **From Page/Line** | **To Page/Line** |
| 18:4 | 18:10 |
| 22:2 | 22:5 |
| 22:20 | 22:22 |
| 24:2 | 24:10 |
| 33:19 | 33:21 |
| 34:2 | 34:4 |
| 52:15 | 52:17 |
| 54:10 | 54:13 |
| 54:18 | 54:20 |
| 64:19 | 65:9 |
| 65:14 | 66:1 |
| 67:15 | 67:18 |
| 85:5 | 85:7 |
| 108:14 | 108:18 |
| 108:21 | 108:22 |
| 114:12 | 114:18 |