# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

## DEFENDANTS' EXHIBIT LIST

Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc., by counsel and in accordance with Fed. R. Civ. P. 26(a)(3)(A)(iii), submit their list of exhibits[1] as follows:

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 1. | Rosy Giron de Reyes' Response to Interrogatory 8 | | | | |
| 2. | Ruth Rivas' Response to Interrogatory 8 | | | | |
| 3. | Yovana Jaldin Solis' Response to Interrogatory 8 | | | | |
| 4. | Rosa Elena Amaya's Response to Interrogatory 8 | | | | |
| 5. | Jose Dagoberto Reyes' Response to Interrogatory 9 | | | | |
| 6. | Felix Alexis Bolanos' Response to Interrogatory 9 | | | | |

---

[1] An asterisk next to any exhibit indicates that, pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), the exhibit may be offered only if the need arises.

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 7. | Esteban Ruben Moya Yrapura's Response to Interrogatory 9 | | | | |
| 8. | Herbert David Saravia-Cruz's Response to Interrogatory 9 | | | | |
| | | | | | |
| 9. | Rosy Giron de Reyes' Responses to Defendants' Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 1A to Defendants' MSJ | | | |
| 10. | Rosy Giron de Reyes' Amended Responses to Defendants' Requests for Discovery | Ex. 1B to Defendants' MSJ | | | |
| 11. | Plaintiff Ruth Rivas' Responses to Defendants' Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 2A to Defendants' MSJ | | | |
| 12. | Plaintiff Ruth Rivas' Amended Responses to Defendants' Requests for Discovery | Ex. 2B to Defendants' MSJ | | | |
| 13. | Plaintiff Yovana Jaldin Solis' Responses to Defendants' Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 3A to Defendants' MSJ | | | |
| 14. | Plaintiff Yovana Jaldin Solis' Amended Responses to Defendants' Requests for Discovery | Ex. 3B to Defendants' MSJ | | | |
| 15. | Plaintiff Rosa Elena Amaya's Responses to Defendant's Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 4A to Defendants' MSJ | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 16. | Plaintiff Rosa Elena Amaya's Amended Responses to Defendant's Requests for Discovery | Ex. 4B to Defendants' MSJ | | | |
| 17. | Plaintiff Jose Dagoberto Reyes' Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 5A to Defendants' MSJ | | | |
| 18. | Plaintiff Jose Dagoberto Reyes' Amended Responses to Defendants' Requests for Discovery | Ex. 5B to Defendants' MSJ | | | |
| 19. | Plaintiff Jose Dagoberto Reyes' Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 5C to Defendants' MSJ | | | |
| 20. | Plaintiff Felix Alexis Bolanos' Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 6A to Defendants' MSJ | | | |
| 21. | Plaintiff Felix Alexis Bolanos' Amended Responses to Defendants' Requests for Discovery | Ex. 6B to Defendants' MSJ | | | |
| 22. | Plaintiff Felix Alexis Bolanos' Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 6C to Defendants' MSJ | | | |
| 23. | Plaintiff Esteban Ruben Moya Yrapura's Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 7A to Defendants' MSJ | | | |
| 24. | Plaintiff Esteban Ruben Moya Yrapura's Amended Responses to Defendants' Requests for Discovery | Ex. 7B to Defendants' MSJ | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 25. | Plaintiff Esteban Ruben Moya Yrapura's Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 7C to Defendants' MSJ | | | |
| 26. | Plaintiff Herbert David Saravia Cruz's Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 8A to Defendants' MSJ | | | |
| 27. | Plaintiff Herbert David Saravia's Amended Responses to Defendants' Requests for Discovery | Ex. 8B to Defendants' MSJ | | | |
| 28. | Plaintiff Herbert Saravia's Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 8C to Defendants' MSJ | | | |
| | | | | | |
| 29. | Mr. Reyes' Application for Residency | Ex. 17 to Defendants' MSJ; WAPLES00000511 | | | |
| 30. | Mr. Reyes' Lease, dated 5/31/13 | Ex. 21A to Defendants' MSJ; WAPLES00000484-485 | | | |
| 31. | Mr. Reyes' Lease, dated 5/28/14 | Ex. 21B to Defendants' MSJ; WAPLES00000433-436 | | | |
| 32. | Mr. Reyes' Mobile Home Park Rules and Regulations, dated 5/31/13 | Ex. 25A to Defendants' MSJ; WAPLES00000486-495 | | | |
| 33. | Mr. Reyes' Park Policies, Rules and Regulations | Ex. 25B to Defendants' MSJ; WAPLES00000438-442 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 34. | TPS Application by Mr. Reyes | GIRON00001547-1550 | | | |
| 35. | 2001 TPS Application by Mr. Reyes | GIRON00001440-1445 | | | |
| 36. | 2001 Application for Employment Authorization by Mr. Reyes | GIRON00001441 | | | |
| 37. | 2006 TPS Application by Mr. Reyes | J. Reyes Dep. Ex. 2; GIRON00001453-1456 | | | |
| 38. | 2006 Application for Employment Authorization by Mr. Reyes | GIRON00001452 | | | |
| 39. | 2007 TPS Application by Mr. Reyes | GIRON00001459-1462 | | | |
| 40. | 2007 Application for Employment Authorization by Mr. Reyes | GIRON00001458 | | | |
| 41. | 2008 TPS Application by Mr. Reyes | GIRON00001467-1472 | | | |
| 42. | 2008 Application for Employment Authorization by Mr. Reyes | GIRON00001465 | | | |
| 43. | 2010 TPS Application by Mr. Reyes | GIRON00001477-1482 | | | |
| 44. | 2010 Application for Employment Authorization by Mr. Reyes | GIRON00001476 | | | |
| 45. | 2012 TPS Application by Mr. Reyes | GIRON00001492-1497 | | | |
| 46. | 2012 Application for Employment Authorization by Mr. Reyes | GIRON00001500-1501 | | | |
| 47. | 2013 TPS Application by Mr. Reyes | GIRON00001511-1515 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 48. | 2013 Application for Employment Authorization by Mr. Reyes | GIRON00001510 | | | |
| 49. | 2015 TPS Application by Mr. Reyes | GIRON00001521-1531 | | | |
| 50. | 2015 Application for Employment Authorization by Mr. Reyes | GIRON00001520 | | | |
| 51. | 2016 TPS Application by Mr. Reyes | GIRON00001534-1544 | | | |
| 52. | 2016 Application for Employment Authorization by Mr. Reyes | GIRON00001545 | | | |
| | | | | | |
| 53. | Mr. Bolanos' Application for Residency | Ex. 18 to Defendants' MSJ; WAPLES00000115 | | | |
| 54. | Mr. Bolanos' Lease, dated 3/28/12 | Ex. 22A to Defendants' MSJ; WAPLES00000082-83 | | | |
| 55. | Mr. Bolanos' Lease, dated 5/7/13 | Ex. 22B to Defendants' MSJ; WAPLES00000080-81 | | | |
| 56. | Mr. Bolanos' Lease, dated 3/25/14 | Ex. 22C to Defendants' MSJ; WAPLES00000077-79 | | | |
| 57. | Mr. Bolanos' Lease, dated 3/20/15 | Ex. 22D to Defendants' MSJ; WAPLES00000051-53 | | | |
| 58. | Mr. Bolanos' Mobile Home Park Rules and Regulations, dated 3/28/12 | Ex. 26A to Defendants' MSJ; WAPLES00000092-101 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 59. | Mr. Bolanos' Park Policies Rules and Regulations, dated 3/25/14 | Ex. 26B to Defendants' MSJ; WAPLES00000086-91 | | | |
| 60. | Mr. Bolanos' Park Policies Rules and Regulations | Ex. 26C to Defendants' MSJ; WAPLES00000056-61 | | | |
| 61. | TPS Application by Mr. Bolanos | GIRON00001285-1288 | | | |
| 62. | Application for Employment Authorization Mr. Bolanos | GIRON00001283 | | | |
| 63. | TPS Application by Mr. Bolanos | GIRON00001290-1293 | | | |
| 64. | Application for Employment Authorization Mr. Bolanos | GIRON00001294 | | | |
| 65. | 2002 TPS Application by Mr. Bolanos | GIRON00001274-1277 | | | |
| 66. | 2002 Application for Employment Authorization Mr. Bolanos | GIRON00001278 | | | |
| 67. | 2007 TPS Application by Mr. Bolanos | GIRON00001300-1303 | | | |
| 68. | 2007 Application for Employment Authorization Mr. Bolanos | GIRON00001305 | | | |
| 69. | 2008 TPS Application by Mr. Bolanos | GIRON00001309-1314 | | | |
| 70. | 2008 Application for Employment Authorization Mr. Bolanos | GIRON00001308 | | | |
| 71. | 2010 TPS Application by Mr. Bolanos | GIRON00001321-1326 | | | |
| 72. | 2010 Application for Employment Authorization Mr. Bolanos | GIRON00001327 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 73. | 2012 TPS Application by Mr. Bolanos | GIRON00001331-1336 | | | |
| 74. | 2012 Application for Employment Authorization Mr. Bolanos | GIRON00001330 | | | |
| 75. | 2013 TPS Application by Mr. Bolanos | GIRON00001342-1347 | | | |
| 76. | 2013 Application for Employment Authorization Mr. Bolanos | GIRON00001348 | | | |
| 77. | 2015 TPS Application by Mr. Bolanos | GIRON00001353-1363 | | | |
| 78. | 2015 Application for Employment Authorization Mr. Bolanos | GIRON00001364 | | | |
| 79. | 2016 TPS Application by Mr. Bolanos | GIRON00001374-1384 | | | |
| 80. | 2016 Application for Employment Authorization Mr. Bolanos | GIRON00001371 | | | |
| 81. | Mr. Bolanos and Ms. Rivas' 2012 Tax Return | R. Rivas Dep. Ex. 11; GIRON00000894-901 | | | |
| 82. | Mr. Bolanos and Ms. Rivas' 2013 Tax Return | R. Rivas Dep. Ex. 12; GIRON00000902-911 | | | |
| 83. | Mr. Bolanos and Ms. Rivas' 2014 Tax Return | R. Rivas Dep. Ex. 13; GIRON00000912-927 | | | |
| 84. | Mr. Bolanos and Ms. Rivas' 2015 Tax Return | R. Rivas Dep. Ex. 14; GIRON00000928-939 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 85. | Mr. Moya's Application for Residency | Ex. 19 to Defendants' MSJ; WAPLES00000974-975 | | | |
| 86. | Mr. Moya's Lease, dated 1/18/11 | Ex. 23A to Defendants' MSJ; WAPLES00000920-921 | | | |
| 87. | Mr. Moya's Lease, dated 2/1/12 | Ex. 23B to Defendants' MSJ; WAPLES00000918-919 | | | |
| 88. | Mr. Moya's Lease, dated 2/1/13 | Ex. 23C to Defendants' MSJ; WAPLES00000916-917 | | | |
| 89. | Mr. Moya's Lease, dated 1/16/14 | Ex. 23D to Defendants' MSJ; WAPLES00000897-899 | | | |
| 90. | Mr. Moya's Lease, dated 12/4/14 | Ex. 23E to Defendants' MSJ; WAPLES00000840-842 | | | |
| 91. | Mr. Moya's Mobile Home Park Rules & Regulations, dated 1/18/11 | Ex. 27A to Defendants' MSJ; WAPLES00000922-927 | | | |
| 92. | Mr. Moya's Mobile Home Park Rules and Regulations, dated 1/16/14 | Ex. 27B to Defendants' MSJ; WAPLES00000902-911 | | | |
| 93. | Mr. Moya's Park Policies, Rules and Regulations, dated 12/4/14 | Ex. 27C to Defendants' MSJ; WAPLES00000845-850 | | | |
| 94. | Mr. Moya and Ms. Solis' 2004 Tax Return | Y. Solis Dep. Ex. 4; GIRON00001108-1109 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 95. | Ms. Solis' 2005 Tax Return* | Y. Solis Dep. Ex. 5; GIRON00000999-1002 | | | |
| 96. | Ms. Solis' 2009 Tax Return* | Y. Solis Dep. Ex. 6; GIRON00001029-1034 | | | |
| 97. | Ms. Solis' 2015 Tax Return* | Y. Solis Dep. Ex. 7; GIRON00001090-1093 | | | |
| 98. | Mr. Moya's 2009 Tax Return* | Y. Solis Dep. Ex. 8 | | | |
| | | | | | |
| 99. | Mr. Saravia-Cruz's Application for Residency | Ex. 20 to Defendants' MSJ; WAPLES00000344 | | | |
| 100. | Mr. Saravia-Cruz's Lease, dated 2/9/12 | Ex. 24A to Defendants' MSJ; WAPLES00000254-255 | | | |
| 101. | Mr. Saravia-Cruz's Lease, dated 11/14/12 | Ex. 24B to Defendants' MSJ; WAPLES00000252-253 | | | |
| 102. | Mr. Saravia-Cruz's Lease, dated 11/14/12 | Ex. 24C to Defendants' MSJ; WAPLES00000250-251 | | | |
| 103. | Mr. Saravia-Cruz's Lease, dated 1/28/14 | Ex. 24D to Defendants' MSJ; WAPLES00000247-249 | | | |
| 104. | Mr. Saravia-Cruz's Lease, dated 1/15/15 | Ex. 24E to Defendants' MSJ; WAPLES00000211-213 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 105. | Mr. Saravia-Cruz's Mobile Home Park Rules & Regulations, dated 2/9/12 | Ex. 28A to Defendants' MSJ; WAPLES00000268-273 | | | |
| 106. | Mr. Saravia-Cruz's Mobile Home Park Rules and Regulations, dated 1/28/14 | Ex. 28B to Defendants' MSJ; WAPLES00000258-267 | | | |
| 107. | Mr. Saravia-Cruz Park Policies, Rules and Regulations, dated 1/15/15 | Ex. 28C to Defendants' MSJ; WAPLES00000216-221 | | | |
| 108. | 2007 TPS Application by Mr. Saravia-Cruz | GIRON00001791-1794 | | | |
| 109. | 2010 TPS Application by Mr. Saravia-Cruz | GIRON00001711-1716 | | | |
| 110. | 2010 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001722 | | | |
| 111. | 2006 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001728 | | | |
| 112. | 2006 TPS Application by Mr. Saravia-Cruz | GIRON00001731-1734 | | | |
| 113. | 2001 TPS Application by Mr. Saravia-Cruz | GIRON00001746-1750 | | | |
| 114. | 2001 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001757 | | | |
| 115. | 2005 TPS Application by Mr. Saravia-Cruz | GIRON00001780-1783 | | | |
| 116. | 2005 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001785 | | | |
| 117. | Mr. Saravia-Cruz' 7/20/06 Misdemeanor Arrest and Sentence Record | GIRON00001797-1798 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 118. | Mr. Saravia-Cruz' 6/5/06 Misdemeanor DWI Record | GIRON00001860-1861 | | | |
| 119. | Mr. Saravia-Cruz' 2/24/07 Misdemeanor Driving under Suspended License Record | GIRON00001862-1863 | | | |
| 120. | 2007 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001799 | | | |
| 121. | 2002 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001805 | | | |
| 122. | 2002 TPS Application by Mr. Saravia-Cruz | GIRON00001806-1809 | | | |
| 123. | Mr. Saravia-Cruz's 2009 Tax Return | H. Saravia-Cruz Dep. Ex. 11; WAPLES00000320-337 | | | |
| 124. | Mr. Saravia-Cruz's 2010 Tax Return | H. Saravia-Cruz Dep. Ex. 12; WAPLES00000299-319 | | | |
| | | | | | |
| 125. | Ms. Giron de Reyes' ITIN sheet | R. Reyes Dep. Ex. 6; GIRON00000075 | | | |
| 126. | Ms. Solis' Passport* | Y. Solis Dep. Ex. 3; GIRON00000102-104,119 | | | |
| 127. | Ms. Amaya's passport* | R. Amaya Dep. Ex. 5; GIRON00000001-26 | | | |
| 128. | Ms. Giron de Reyes' Passport* | R. Reyes Dep. Ex. 7; GIRON00000992-993 | | | |
| 129. | Ms. Giron de Reyes' Passport* | R. Reyes Dep. Ex. 8; GIRON00000965-966 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 130. |  |  |  |  |  |
| 131. |  |  |  |  |  |
| 132. |  |  |  |  |  |
| 133. | 2/11/16 Daily Happenings Report | WAPLES00001435-1437 |  |  |  |
| 134. | 1/14/16 Email chain between J. Armstead and C. Easton | WAPLES00002433-2435 |  |  |  |
| 135. | Treasury Inspector General for Tax Administration Report, dated 12/8/09 | Ex. 30 to Defendants' MSJ |  |  |  |
| 136. | 7/29/11 Email from Sabiha Noorzai to Dwoskin Daily Reports - Residential | Ex. 32 to Defendants' MSJ; WAPLES00001470 |  |  |  |
| 137. | A.J. Dwoskin & Associates, Inc. 2014 Residential Marketing Plan | Ex. 33 to Defendants' MSJ; WAPLES00001676-1693 |  |  |  |
| 138. | Valerie Dixon 2016 FHA Certificate of Achievement | WAPLES00001257 |  |  |  |
| 139. | Valerie Dixon 2015 FHA Certificate of Achievement | WAPLES00001258 |  |  |  |
| 140. | Carolina Easton 2015 FHA Certificate of Achievement | WAPLES00001259 |  |  |  |
| 141. | Mayra Lopez 2016 FHA Certificate of Achievement | WAPLES00001260 |  |  |  |
| 142. | Jessica Armstead 2016 FHA Certificate of Achievement | WAPLES00001261 |  |  |  |
| 143. | Mark Jones 2016 FHA Certificate of Achievement | WAPLES00001262 |  |  |  |
| 144. | Josephine Giambanco 2016 FHA Certificate of Achievement | WAPLES00001263 |  |  |  |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 145. | Waples/Bull Run Mobile Home Parks Future Resident Information Guide, dated 5/18/06 | M. Jones 30(b)(6) Dep. Ex. 10; WAPLES00000733-734 | | | |
| 146. | Waples/Bull Run Mobile Home Parks Future Resident Information Guide, dated 4/22/16 | WAPLES00000755-756 | | | |
| 147. | A. J. Dwoskin & Associates, Inc. Consumer Reports & CoreLogic SafeRent Training Manual, dated 1/24/11 | M. Jones 30(b)(6) Dep. Ex. 8; WAPLES00000572-732 | | | |
| 148. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 2/19/13 | M. Jones 30(b)(6) Dep. Ex. 9; WAPLES00002320-2351 | | | |
| 149. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 11/1/13 | M. Jones 30(b)(6) Dep. Ex. 12; WAPLES00002647-2678 | | | |
| 150. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 4/20/15 | M. Jones 30(b)(6) Dep. Ex. 13; WAPLES00002602-2633 | | | |
| 151. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 5/8/15 | M. Jones 30(b)(6) Dep. Ex. 14; WAPLES00002502-2533 | | | |
| 152. | 21/30 Day Notice to Mr. Reyes | R. Reyes Dep. Ex. 3; WAPLES00000432 | | | |
| 153. | 1/18/16 Violation Letter to Mr. Moya | WAPLES00001141 | | | |
| 154. | 1/18/16 Violation Letter to Mr. Saravia-Cruz | WAPLES00000199 | | | |
| 155. | 3/2/16 Violation Letter to Mr. Bolanos | WAPLES00001332 | | | |
| 156. | 9/13/16 Letter to S. Pongvichit | WAPLES00001278 | | | |

| Ex. No. | Description | Bates/Deposition No. | ID | OBJ | ADM |
|---|---|---|---|---|---|
| 157. | 7/19/16 Letter to M. Sandeep Hernandez | WAPLES00001323 | | | |
| 158. | 8/16/16 Letter from Josephine Giambanco to Kamala Silwal | WAPLES00001301 | | | |
| 159. | Weinberg Resume | Attached to Defendants' Reply in Support of MSJ as Ex. A to Exhibit 16(1)). | | | |
| 160. | Weinberg Tables 1-3 | Pages 9 – 10 of the Weinberg Expert Report (attached to Defendants' Reply in Support of MSJ as Ex. 16(1) (Dkt. 165-1)) | | | |
| 161. | Weinberg Tables | Ex. 16(2) to Defendants' Reply in Support of MSJ (Dkt. 165-1) | | | |
| 162. | Caruso Resume | Ex. A to Caruso Expert Report | | | |
| 163. | Treasury Inspector General for Tax Administration Report dated Jan. 29, 2018 | Ex. 8 to Defs.' MSJ (Dkt. 248-8, 250-8) | | | |
| 164. | Demonstratives | | | | |
| 165. | Enlargements of the above-listed Exhibits | | | | |
| 166. | Summaries of the above-listed Exhibits | | | | |

Defendants reserve the right to use any exhibit on Plaintiffs' exhibit list to which Defendants do not object. Further, Defendants reserve the right to use enlargements of any of the exhibits on the list above, as well as summary and demonstrative exhibits as may assist the

- 15 -

jury and the Court. Defendants further reserve the right to use additional documents not listed on the attached list for purposes of impeachment and/or rebuttal.