# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion for Extension of Time to File Objections, it is hereby

ORDERED that the Joint Motion for Extension of Time to File Objections is GRANTED. It is further

ORDERED that the parties shall file objections to exhibits on or before December 23, 2020.

ENTERED this \_\_\_\_ of December 2020.

Alexandria, Virginia  
December \_\_, 2020

_____  
The Honorable T.S. Ellis, III  
United States District Judge