# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

ROSY GIRON DE REYES, *et al.*,

    *Plaintiffs*,

vs.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,

    *Defendants*.

Civ. No. 1:16-cv-00563 (TSE/TCB)

## ORDER

This matter comes before the Court on the parties' Joint Motion for Extension of Time to File Objections (Dkt. 315). Upon review of the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion (Dkt. 315) is **GRANTED**; and it is further

**ORDERED** that the parties shall file objections to exhibits on or before December 23, 2020.

ENTERED this 9th day of December, 2020.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia