UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, *et al.*,

        *Plaintiffs*,

vs.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,

        *Defendants*.

Civ. No. 1:16-cv-00563 (TSE/TCB)

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS

Plaintiffs, by counsel, hereby submit the following objections and counter-designations in response to Defendants' Rule 26(a)(3)(A)(ii) deposition designations (Dkt. No. 314-2).[1]

Plaintiffs' counter-designations reflect deposition testimony which Plaintiffs may offer if Defendants' designated testimony is permitted to be offered at trial. Plaintiffs reserve the right to challenge Defendants' use of any designated deposition testimony at trial depending on its use, including but not limited to relevance and admissibility. Plaintiffs' specific counter-designations are not intended to waive Plaintiffs' right to counter testimony that Defendants designated or any other testimony.

Plaintiffs reserve the right to object to any designated deposition testimony that is made irrelevant or is excluded by the Court's rulings on the forthcoming Motions in Limine or any evidentiary or substantive ruling at trial.

---

[1] Plaintiffs will submit their objections to Defendants' proposed exhibit list on or before December 23, 2020, pursuant to Dkt. No. 316.

.

1

In addition, Plaintiffs object to Defendant presenting affirmative deposition testimony (for any purpose other than impeachment) from any witness who appears live at trial, which includes each Plaintiff.  Witnesses should appear only once at trial, whether live or by deposition.

Plaintiffs' specific objections to Defendants' Opening Deposition Testimony Designations are as follows:

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| Witness: Jose Dagoberto Reyes | | | | |
| 16:12 | 17:17 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 18:5 | 18:14 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 18:18 | 18:20 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 19:5 | 19:21 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 20:3 | 20:19 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 21:17 | 21:19 | | 403 | Cumulative; more prejudicial than probative |
| 22:7 | 22:22 | | 403 | Cumulative; more prejudicial than probative |
| 23:1 | 23:2 | | 403 | Cumulative, more prejudicial than probative |
| 26:15 | 26:17 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 26:20 | 26:20 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 26:22 | 27:9 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 27:12 | 27:12 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 27:14 | 27:16 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 27:19 | 27:19 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 28:6 | 28:8 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 28:13 | 28:13 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 28:15 | 28:17 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 28:20 | 28:20 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 28:22 | 29:2 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 29:5 | 29:5 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 29:13 | 29:15 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 29:16 | 29:18 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 29:20 | 29:20 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 29:22 | 30:2 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 30:13 | 30:13 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 30:15 | 30:16 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 30:19 | 30:19 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 30:21 | 31:1 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 31:3 | 31:3 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 31:14 | 31:17 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 32:6 | 32:16 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 32:20 | 33:2 | 26:15-33:2 (clarity and completeness) | 403 | Irrelevant; cumulative; more prejudicial than probative |
| 33:6 | 34:21 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 37:17 | 39:5 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 39:8 | 39:15 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 39:18 | 41:14 | 33:6-48:7 (clarity and completeness | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 41:17 | 42:7 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 42:10 | 43:9 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 43:13 | 44:3 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 44:6 | 44:6 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 44:10 | 45:14 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 45:17 | 45:21 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 46:2 | 46:16 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 46:18 | 47:16 | 33:6-48:7 (clarity and completeness) | 611, 701 | Mischaracterization of testimony; omits objections in transcript |
| 72:22 | 73:2 | 72:22-77:5 (clarity and completeness) | 602 | Lack of foundation; omits objections in transcript |
| 73:5 | 73:7 | 72:22-77:5 (clarity and completeness) | 602 | Lack of foundation; omits objections in transcript |
| 74:13 | 74:18 | 72:22-77:5 (clarity and completeness) | 602 | Lack of foundation; omits objections in transcript |
| 74:21 | 74:21 | 72:22-77:5 (clarity and completeness) | 602 | Lack of foundation; omits objections in transcript |
| **Witness: Felix Alexis Bolanos** | | | | |
| 23:10 | 23:12 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 24:1 | 24:2 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 24:4 | 24:5 | | 401, 403 | Irrelevant; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 29:12 | 29:15 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 30:6 | 30:8 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 30:10 | 30:13 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 31:14 | 32:3 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 32:6 | 32:20 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 33:8 | 33:10 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 33:12 | 33:12 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 34:8 | 34:10 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 34:12 | 34:12 | 29:6-35:13 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 36:16 | 36:18 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 36:20 | 36:20 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 36:21 | 37:1 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 38:1 | 38:8 | 38:1-39:4 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 38:10 | 38:10 | 38:1-39:4 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 40:9 | 40:10 | 40:9-43:21 (clarity and completeness) | | |
| 40:13 | 40:21 | 40:9-43:21 (clarity and completeness) | | |
| 42:11 | 42:13 | 40:9-43:21 (clarity and completeness) | | |
| 42:15 | 42:17 | 40:9-43:21 (clarity and completeness) | | |
| 42:19 | 42:19 | 40:9-43:21 (clarity and completeness) | | |
| 42:20 | 42:22 | 40:9-43:21 (clarity and completeness) | | |
| 43:1 | 43:7 | 40:9-43:21 (clarity and completeness) | | |
| 44:13 | 44:22 | | | |
| 45:1 | 46:1 | | | |
| 46:5 | 47:16 | | | |
| 47:18 | 47:19 | | | |
| 47:21 | 48:6 | | | |
| 48:9 | 48:16 | | | |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 50:14 | 50:17 | | | Not testimony |
| 51:10 | 52:3 | 48:9-52:11 (clarity and completeness) | 403 | More prejudicial than probative |
| 52:5 | 52:11 | 48:9-52:11 (clarity and completeness) | 403 | More prejudicial than probative |
| 53:13 | 54:4 | | | |
| 54:6 | 54:22 | | | |
| 55:1 | 55:4 | | | |
| 55:7 | 56:4 | 48:9-52:11; 57:6-13 (clarity and completeness) | 403 | More prejudicial than probative |
| 56:6 | 56:19 | 48:9-52:11; 57:6-13 (clarity and completeness) | 403 | More prejudicial than probative |
| 56:21 | 57:5 | 48:9-52:11; 57:6-13 (clarity and completeness) | 403 | More prejudicial than probative |
| 70:6 | 71:12 | | 401, 403 | Irrelevant; more prejudicial than probative |
| **Witness: Esteban Ruben Moya Yrapura** | | | | |
| 15:16 | 15:22 | | 401; 403 | Cumulative; more prejudicial than probative |
| 16:1 | 16:22 | | 401, 403 | Cumulative; more prejudicial than probative |
| 17:1 | 17:14 | | 401, 403 | Cumulative; more prejudicial than probative |
| 18:3 | 18:5 | | 401, 403 | Cumulative; more prejudicial than probative |
| 18:9 | 18:16 | | 401, 403 | Cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 18:22 | 19:5 | | 401, 403 | Cumulative; more prejudicial than probative |
| 19:11 | 19:14 | | 401, 403 | Cumulative; more prejudicial than probative |
| 19:16 | 19:16 | | 401, 403 | Cumulative; more prejudicial than probative |
| 22:8 | 22:9 | 22:8-23:17 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 23:13 | 23:17 | 22:8-23:17 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 23:19 | 23:19 | 22:8-23:17 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 23:21 | 24:1 | 22:8-23:17 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 24:3 | 24:3 | 22:8-23:17 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 24:5 | 24:7 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 24:9 | 24:9 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 24:19 | 24:22 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 25:2 | 25:7 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 25:9 | 25:14 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 25:21 | 25:22 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 26:1 | 26:10 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 26:12 | 28:15 | 24:5-28:15 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 28:19 | 29:8 | 35:4-37:11 (clarity and completeness) | | |
| 29:10 | 30:3 | 35:4-37:11 (clarity and completeness) | | |
| 30:5 | 31:8 | 35:4-37:11 (clarity and completeness) | | |
| 31:12 | 32:9 | 35:4-37:11 (clarity and completeness) | | |
| 32:12 | 33:8 | 35:4-37:11 (clarity and completeness) | | |
| 34:22 | 35:3 | 35:4-37:11 (clarity and completeness) | | |
| 37:15 | 39:2 | | 611, 403 | Argumentative; misstates testimony; cumulative |

11

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 39:4 | 39:11 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 39:13 | 40:4 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 40:7 | 42:9 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 42:11 | 42:15 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 42:17 | 42:22 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 43:2 | 43:14 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 43:18 | 44:11 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 44:14 | 45:4 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 45:6 | 45:12 | | 611, 403 | Argumentative; misstates testimony; cumulative |
| 47:18 | 47:20 | 45:16-47:22 (clarity and completeness) | 611, 403 | Misstates testimony; cumulative |
| 47:22 | 47:22 | 45:16-47:22 (clarity and completeness) | 611, 403 | Misstates testimony; cumulative |
| 48:20 | 49:11 | | 403 | Cumulative; more prejudicial than probative |
| 49:14 | 49:18 | | 403 | Cumulative; more prejudicial than probative |
| 49:20 | 51:20 | | 403 | Cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 52:1 | 52:12 | | 403 | Cumulative; more prejudicial than probative |
| 52:14 | 53:14 | | 403 | Cumulative; more prejudicial than probative |
| 55:7 | 55:8 | 53:20-55:19 (clarity and completeness) | 403 | Cumulative; more prejudicial than probative |
| 55:10 | 55:10 | 53:20-55:19 (clarity and completeness) | 403 | Cumulative; more prejudicial than probative |
| 63:13 | 63:15 | 63:16-20; 67:4-67:7 (clarity and completeness) | | |
| **Witness: Herbert David Saravia Cruz** | | | | |
| 12:15 | 12:18 | | 609, 403 | Conviction evidence inadmissible in certain circumstances; more prejudicial than probative |
| 19:8 | 19:11 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 20:13 | 20:15 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 21:14 | 21:21 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 22:2 | 22:4 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 22:7 | 22:9 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |

13

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 22:12 | 22:14 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 22:17 | 22:17 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 24:2 | 24:7 | | 401, 403 | Irrelevant; cumulative; more prejudicial than probative |
| 24:11 | 25:1 | | 401, 403 | Irrelevant; cumulative; more prejudicial than probative |
| 26:10 | 26:17 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 35:18 | 35:20 | | 401, 403 | |
| 41:8 | 42:15 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 42:18 | 42:20 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 42:22 | 43:19 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 44:15 | 46:4 | | 401, 403 | Lack of foundation |
| 46:7 | 46:7 | | 401, 403 | Lack of foundation |
| 46:10 | 47:8 | | 403 | Cumulative; more prejudicial than probative |
| 47:11 | 48:6 | | 403 | Cumulative; more prejudicial than probative |
| 49:19 | 50:13 | | 403 | Cumulative; more prejudicial than probative |
| 50:20 | 52:9 | | 403 | Cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 52:12 | 54:1 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 54:4 | 54:4 | | 401, 403 | Cumulative; more prejudicial than probative; lack of foundation |
| 54:7 | 55:9 | | 403 | Cumulative; more prejudicial than probative |
| 68:8 | 69:18 | | 401, 403 | Cumulative; more prejudicial than probative |
| 78:4 | 78:10 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 78:18 | 78:19 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 78:22 | 78:22 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 79:1 | 79:3 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 79:6 | 79:9 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 79:12 | 79:15 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 79:18 | 79:21 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 80:2 | 80:5 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 80:8 | 80:11 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 80:14 | 80:14 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 83:22 | 84:1 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation |
| 84:4 | 84:9 | | 401, 403 | |
| **Witness: Rosy Giron de Reyes** | | | | |
| 12:20 | 13:2 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 19:18 | 19:22 | | 403 | Cumulative; more prejudicial than probative |
| 20:1 | 21:6 | | 403 | Cumulative; more prejudicial than probative |
| 21:11 | 21:22 | | 403 | Cumulative; more prejudicial than probative |
| 24:19 | 24:21 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 25:1 | 25:1 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 25:10 | 25:12 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 25:15 | 25:15 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 28:7 | 28:13 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 28:15 | 28:16 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 28:18 | 28:20 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 28:22 | 28:22 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 30:6 | 30:8 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 30:10 | 30:10 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 30:12 | 30:14 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 30:16 | 30:16 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 30:18 | 30:20 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 30:22 | 30:22 | 25:17-26:10 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 31:7 | 31:15 | 31:16-32:2 (clarity and completeness) | | |
| 32:22 | 33:3 | | 403 | Cumulative |
| 34:22 | 35:10 | | 403 | Cumulative |
| 35:16 | 35:21 | | 403 | Cumulative |
| 36:7 | 36:10 | | | |
| 55:22 | 58:9 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 62:19 | 63:14 | | | |
| 63:18 | 63:21 | | | |
| 84:18 | 85:13 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 85:14 | 85:18 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 86:5 | 86:11 | | 401, 403 | More prejudicial than probative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 86:12 | 86:21 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 87:19 | 87:21 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 88:1 | 88:4 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 88:6 | 88:12 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 88:17 | 88:17 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 88:19 | 88:21 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 89:3 | 89:12 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 89:14 | 89:18 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 89:21 | 90:1 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 90:4 | 90:11 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 90:15 | 90:20 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 91:3 | 91:3 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 91:5 | 91:8 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 102:4 | 102:6 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 102:8 | 102:8 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 102:10 | 102:14 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 102:16 | 102:16 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 102:18 | 102:20 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| **Witness: Ruth Rivas** | | | | |
| 23:17 | 24:5 | 24:6-25:20 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative |
| 25:21 | 26:4 | 24:6-25:20 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative |
| 26:6 | 26:7 | 24:6-25:20 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative |
| 26:11 | 26:14 | 24:6-25:20 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative |
| 26:16 | 26:16 | 24:6-25:20 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative |
| 26:19 | 26:19 | 24:6-25:20 (clarity and completeness) | 401, 403 | Irrelevant; more prejudicial than probative |
| 27:19 | 28:2 | | 401, 403 | Cumulative; more prejudicial than probative |
| 28:11 | 28:14 | | 401, 403 | Cumulative; more prejudicial than probative |
| 29:10 | 29:12 | | 401, 403 | Cumulative; more prejudicial than probative |
| 30:14 | 30:15 | | 401, 403 | Cumulative; more prejudicial than probative |
| 30:17 | 30:18 | | 401, 403 | Cumulative; more prejudicial than probative |
| 33:18 | 33:20 | | 401, 403 | Cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 34:1 | 34:4 | | 401, 403 | Cumulative; more prejudicial than probative |
| 35:6 | 35:10 | | 401, 403 | Cumulative; more prejudicial than probative |
| 35:12 | 35:13 | | 401, 403 | Cumulative; more prejudicial than probative |
| 35:15 | 35:16 | | 401, 403 | Cumulative; more prejudicial than probative |
| 36:1 | 36:3 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 36:5 | 36:6 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 37:20 | 37:21 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 38:1 | 38:5 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 38:7 | 38:11 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 38:13 | 38:16 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 38:18 | 38:22 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 39:1 | 39:16 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 39:18 | 39:18 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 40:15 | 40:17 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 40:19 | 41:1 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 41:3 | 41:3 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 54:15 | 54:20 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3 (clarity and completeness) | | |
| 55:13 | 55:16 | | | |
| 56:3 | 56:6 | | | |
| 62:12 | 62:14 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | | |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 64:22 | 65:2 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | 401 | Lack of foundation |
| 65:4 | 65:7 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | 401 | Lack of foundation |
| 66:20 | 67:1 | | | |
| 68:16 | 69:6 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | | |
| 69:19 | 69:21 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | | |
| 70:7 | 70:8 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | | |
| 70:11 | 70:19 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | | |
| 70:20 | 70:21 | 53:19-54:14; 57:1-4; 58:3-11; 58:16-60:3, 61:22-63:2 (clarity and completeness) | | |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 71:2 | 71:18 | | 401 | Lack of foundation |
| 71:20 | 71:22 | | 401 | Lack of foundation |
| 73:18 | 74:8 | | | |
| 74:11 | 74:20 | | | |
| 79:14 | 79:15 | | | |
| 79:18 | 80:4 | | | |
| 87:12 | 87:14 | | 401 | Lack of foundation |
| 87:17 | 87:17 | | 401 | Lack of foundation |
| 88:3 | 88:15 | | 401 | Lack of foundation |
| 88:17 | 89:15 | | 401 | Lack of foundation |
| 135:8 | 135:10 | | | |
| 135:14 | 135:16 | | | |
| **Witness: Yovana Jaldin Solis** | | | | |
| 14:5 | 14:7 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 14:21 | 15:1 | | | |
| 16:18 | 16:19 | | 403 | Cumulative; more prejudicial than probative |
| 16:21 | 16:21 | | 403 | Cumulative; more prejudicial than probative |
| 17:1 | 17:3 | | 403 | Cumulative; more prejudicial than probative |
| 17:13 | 17:20 | | 403 | Cumulative; more prejudicial than probative |
| 17:21 | 18:4 | | 403 | Cumulative; more prejudicial than probative |
| 22:5 | 22:7 | | 401 | Lack of foundation |
| 22:9 | 22:9 | | 401 | Lack of foundation |
| 22:19 | 22:20 | | 401 | Lack of foundation |
| 23:1 | 23:1 | | 401 | Lack of foundation |
| 23:3 | 23:7 | | 401 | Lack of foundation |
| 23:9 | 23:13 | | 401 | Lack of foundation |
| 23:16 | 23:20 | | 401 | Lack of foundation |
| 41:8 | 41:10 | | 401 | Lack of foundation |
| 41:12 | 41:12 | | 401 | Lack of foundation |
| 41:14 | 41:17 | | 401 | Lack of foundation |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 41:19 | 41:20 | | 401 | Lack of foundation |
| 63:15 | 63:18 | 60:4-62:9 (context and completeness) | 403 | More prejudicial than probative; argumentative; misstates prior testimony and requirements for legal filings |
| 63:20 | 63:20 | 60:4-62:9 (context and completeness) | 403 | More prejudicial than probative; argumentative; misstates prior testimony and requirements for legal filings |
| 63:22 | 64:5 | 60:4-62:9 (context and completeness) | 403 | More prejudicial than probative; argumentative; misstates prior testimony and requirements for legal filings |
| 64:7 | 64:7 | 60:4-62:9 (context and completeness) | 403 | More prejudicial than probative; argumentative; misstates prior testimony and requirements for legal filings |
| 64:9 | 64:14 | 60:4-62:9 (context and completeness) | 403 | More prejudicial than probative; argumentative; misstates prior testimony and requirements for legal filings |
| 64:16 | 64:16 | 60:4-62:9 (context and completeness) | 403 | More prejudicial than probative; argumentative; misstates prior testimony and requirements for legal filings |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 64:18 | 65:3 | 60:4-62:9 (context and completeness) | 403 | More prejudicial than probative; argumentative; misstates prior testimony and requirements for legal filings |
| 66:4 | 66:6 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation; cumulative; misstates prior testimony |
| 66:9 | 66:9 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation; cumulative; misstates prior testimony |
| 66:11 | 66:13 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation; cumulative; misstates prior testimony |
| 66:15 | 66:15 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation; cumulative; misstates prior testimony |
| 66:17 | 66:19 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation; cumulative; misstates prior testimony |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 66:21 | 66:21 | | 401, 403 | Irrelevant; more prejudicial than probative; lack of foundation; cumulative; misstates prior testimony |
| 76:5 | 76:10 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 76:13 | 76:14 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 76:16 | 76:20 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 77:5 | 77:9 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 77:11 | 77:11 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 77:13 | 77:14 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 77:16 | 77:16 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 77:18 | 77:21 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 78:1 | 78:1 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 78:10 | 78:14 | | | Irrelevant; more prejudicial than probative; lack of foundation; cumulative |
| 78:16 | 78:16 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative |
| 79:3 | 79:12 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative |
| 95:17 | 95:21 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative |
| 96:2 | 96:2 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative |
| **Witness: Rosa Elena Amaya** | | | | |
| 18:4 | 18:10 | | 401, 403 | Irrelevant; more prejudicial than probative |
| 22:2 | 22:5 | | 403 | Cumulative; more prejudicial than probative |
| 22:20 | 22:22 | | 403 | Cumulative; more prejudicial than probative |

| Defendants' Designation Start | Defendants' Designation End | Plaintiffs' Counter-Designations | Plaintiffs' FRE Objections | Plaintiffs' Other Objections |
|---|---|---|---|---|
| 24:2 | 24:10 | | 403 | Cumulative; more prejudicial than probative |
| 33:19 | 33:21 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 34:2 | 34:4 | | 401, 403 | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 52:15 | 52:17 | 51:12-20 (clarity and completeness) | | |
| 54:10 | 54:13 | | | |
| 54:18 | 54:20 | | | |
| 64:19 | 65:9 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 65:14 | 66:1 | | 401, 403 | More prejudicial than probative; lack of foundation |
| 67:15 | 67:18 | | | |
| 85:5 | 85:7 | | 403 | More prejudicial than probative; cumulative |
| 108:14 | 108:18 | | | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 108:21 | 108:22 | | | Irrelevant; more prejudicial than probative; cumulative; lack of foundation |
| 114:12 | 114:18 | | 401, 403 | More prejudicial than probative; cumulative |

Respectfully submitted,                    Date: December 18, 2020


_____//s//_____
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
*simon@justice4all.org*
Nady Peralta, VSB #91630
*nady@justice4all.org*
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
*kevinchu@quinnemanuel.com*
Matthew Traumpan (pro hac vice)
*matthewtraupman@quinnemanuel.com*
Gianna Puccinelli (pro hac vice)
*giannapuccinelli@quinnemanuel.com*
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100

*Counsel for Plaintiffs*

**<u>Certificate of Service</u>**

I hereby certify that on this 18th day of December, 2020, I caused the foregoing, along

with all attachments thereto, to be filed electronically with the Clerk of the Court using CM/ECF,

which will then send a notification of such filing (NEF) to all counsel of record.


_____//s//_____
Simon Sandoval-Moshenberg (VSB No. 77110)
*simon@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454