AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| Rosy Giron de Reyes, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16cv00563-TSE-TCB |
| Waples Mobile Home Park Limited Partnership, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date: 12/21/2020

/s/ Granville C. Warner
*Attorney's signature*

Granville C. Warner, VSB No. 24957
*Printed name and bar number*

Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
*Address*

cwarner@justice4all.org
*E-mail address*

(703) 226-3426
*Telephone number*

(703) 778-3454
*FAX number*