UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Civil Action No. 1:16cv00563-TSE-TCB |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS**

Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolaños, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs"), by counsel, respectfully submit the below Objections to Defendants' Exhibits in the above-captioned action, pursuant to Federal Rules of Civil Procedure 26, 32, and 33, the Federal Rules of Evidence, and the Court's July 28, 2016, December 7, 2016, September 25, 2020, and December 9, 2020 Orders (Dkt. Nos. 35, 125, 297, 316).

Plaintiffs' objections to the exhibits designated by Defendants are set forth in Appendix A. Plaintiffs expressly reserve all rights to amend, supplement, and/or modify their objections to Defendants' proposed exhibits, including, but not limited to, in response to: (i) a change in the trial structure, (ii) the Court's rulings on any pretrial motions pending or that may be filed, and (iii) any changes made by Defendants to their proposed trial exhibit list, deposition designations,

1

and/or witness list.

Plaintiffs reserve the right to seek limiting instructions regarding any of Defendants' proposed trial exhibits that the Court may ultimately deem admissible.

Plaintiffs reserve the right to offer evidence in response to Defendants' trial exhibits or to any exhibit that is admitted over Plaintiffs' objections, including: (i) the right to designate additional trial exhibits for impeachment or cross-examination purposes, including any additional exhibits not currently listed on Plaintiffs' Exhibit List, and (ii) the right to rebut or to place in proper context exhibits designated by Defendants at trial.

Plaintiffs reserve the right to object to the admission of any of Defendants' proposed exhibits for which no witness testifies at trial.

Plaintiffs object generally as to authenticity, and reserve the right to assert an authentication objection to any exhibit offered by Defendants at trial.

Respectfully submitted,

_____//s//_____         December 23, 2020
LEGAL AID JUSTICE CENTER
Granville C. Warner, VSB 24957
Simon Sandoval-Moshenberg, VSB #77110
Nady Peralta, VSB #91630
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
nady@justice4all.org
cwarner@justice4all.org

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
Matthew Traupman (pro hac vice)
Gianna Puccinelli (pro hac vice)
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
matthewtraupman@quinnemanuel.com
giannapuccinelli@quinnemanuel.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on December 23, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.


_____//s//_____  Dated: December 23, 2020
Granville C. Warner, VSB 24957
*clay@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454