## APPENDIX A
## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 1. | Rosy Giron de Reyes' Response to Interrogatory 8 | | FRE 403; cumulative |
| 2. | Ruth Rivas' Response to Interrogatory 8 | | FRE 403; cumulative |
| 3. | Yovana Jaldin Solis' Response to Interrogatory 8 | | FRE 403; cumulative; includes lawyer error |
| 4. | Rosa Elena Amaya's Response to Interrogatory 8 | | FRE 403; cumulative |
| 5. | Jose Dagoberto Reyes' Response to Interrogatory 9 | | FRE 403; cumulative |
| 6. | Felix Alexis Bolanos' Response to Interrogatory 9 | | FRE 403; cumulative |
| 7. | Esteban Ruben Moya Yrapura's Response to Interrogatory 9 | | FRE 403; cumulative; includes lawyer error |
| 8. | Herbert David Saravia-Cruz's Response to Interrogatory 9 | | FRE 403; cumulative |
| 9. | Rosy Giron de Reyes' Responses to Defendants' Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 1A to Defendants' MSJ | FRE 401; FRE 403; FRE 602; irrelevant; ambiguous; cumulative |
| 10. | Rosy Giron de Reyes' Amended Responses to Defendants' Requests for Discovery | Ex. 1B to Defendants' MSJ | FRE 401; FRE 403; more prejudicial than probative; cumulative |
| 11. | Plaintiff Ruth Rivas' Responses to Defendants' Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 2A to Defendants' MSJ | FRE 401; FRE 403; irrelevant; ambiguous; cumulative |
| 12. | Plaintiff Ruth Rivas' Amended Responses to Defendants' Requests for Discovery | Ex. 2B to Defendants' MSJ | FRE 401; FRE 403; more prejudicial than probative |
| 13. | Plaintiff Yovana Jaldin Solis' Responses to Defendants' Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 3A to Defendants' MSJ | FRE 401; FRE 403; irrelevant; ambiguous; cumulative |
| 14. | Plaintiff Yovana Jaldin Solis' Amended Responses to Defendants' Requests for Discovery | Ex. 3B to Defendants' MSJ | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 15. | Plaintiff Rosa Elena Amaya's Responses to Defendant's Requests for Admission 1, 7, 9, 10, 11, 13, 18, 19, 20, 21, 22, 23, 24 | Ex. 4A to Defendants' MSJ | FRE 401; FRE 403; irrelevant; ambiguous; cumulative |
| 16. | Plaintiff Rosa Elena Amaya's Amended Responses to Defendant's Requests for Discovery | Ex. 4B to Defendants' MSJ | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 17. | Plaintiff Jose Dagoberto Reyes' Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 5A to Defendants' MSJ | FRE 401; FRE 403; cumulative; irrelevant; lack of foundation |
| 18. | Plaintiff Jose Dagoberto Reyes' Amended Responses to Defendants' Requests for Discovery | Ex. 5B to Defendants' MSJ | FRE 401; FRE 403; cumulative |
| 19. | Plaintiff Jose Dagoberto Reyes' Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 5C to Defendants' MSJ | FRE 401; FRE 403; cumulative; lack of foundation; irrelevant; more prejudicial than probative |
| 20. | Plaintiff Felix Alexis Bolanos' Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 6A to Defendants' MSJ | FRE 401; FRE 403; cumulative; irrelevant; lack of foundation; more prejudicial than probative |
| 21. | Plaintiff Felix Alexis Bolanos' Amended Responses to Defendants' Requests for Discovery | Ex. 6B to Defendants' MSJ | Cumulative |
| 22. | Plaintiff Felix Alexis Bolanos' Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 6C to Defendants' MSJ | FRE 401; irrelevant; lack of foundation; cumulative |
| 23. | Plaintiff Esteban Ruben Moya Yrapura's Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 7A to Defendants' MSJ | FRE 401; FRE 403; cumulative; irrelevant; lack of foundation |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 24. | Plaintiff Esteban Ruben Moya Yrapura's Amended Responses to Defendants' Requests for Discovery | Ex. 7B to Defendants' MSJ | FRE 401; FRE 403; Lack of foundation; irrelevant; cumulative; more prejudicial than probative |
| 25. | Plaintiff Esteban Ruben Moya Yrapura's Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 7C to Defendants' MSJ | FRE 401; FRE 403; Lack of foundation; irrelevant; cumulative; more prejudicial than probative |
| 26. | Plaintiff Herbert David Saravia Cruz's Responses to Defendants' Requests for Admission 3, 7, 9, 10, 11, 14, 19, 20, 21, 22, 23, 24, 25 | Ex. 8A to Defendants' MSJ | FRE 401; FRE 403; cumulative; lack of foundation; irrelevant; more prejudicial than probative |
| 27. | Plaintiff Herbert David Saravia's Amended Responses to Defendants' Requests for Discovery | Ex. 8B to Defendants' MSJ | FRE 401; FRE 403; lack of foundation; irrelevant; cumulative; more prejudicial than probative |
| 28. | Plaintiff Herbert Saravia's Amended Responses to Defendants' Requests for Admission 4, 5, 15 | Ex. 8C to Defendants' MSJ | FRE 401; FRE 403; lack of foundation; irrelevant; cumulative; more prejudicial than probative |
| 29. | Mr. Reyes' Application for Residency | Ex. 17 to Defendants' MSJ; WAPLES00000511 | |
| 30. | Mr. Reyes' Lease, dated 5/31/13 | Ex. 21A to Defendants' MSJ; WAPLES00000484-485 | |
| 31. | Mr. Reyes' Lease, dated 5/28/14 | Ex. 21B to Defendants' MSJ; WAPLES00000433-436 | |
| 32. | Mr. Reyes' Mobile Home Park Rules and Regulations, dated 5/31/13 | Ex. 25A to Defendants' MSJ; WAPLES00000486-495 | |
| 33. | Mr. Reyes' Park Policies, Rules and Regulations | Ex. 25B to Defendants' MSJ; WAPLES00000438-442 | |
| 34. | TPS Application by Mr. Reyes | GIRON00001547-1550 | FRE 401; FRE 403; irrelevant; cumulative; more prejudicial than probative |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 35. | 2001 TPS Application by Mr. Reyes | GIRON00001440-1445 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 36. | 2001 Application for Employment Authorization by Mr. Reyes | GIRON00001441 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 37. | 2006 TPS Application by Mr. Reyes | J. Reyes Dep. Ex. 2; GIRON00001453-1456 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 38. | 2006 Application for Employment Authorization by Mr. Reyes | GIRON00001452 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 39. | 2007 TPS Application by Mr. Reyes | GIRON00001459-1462 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 40. | 2007 Application for Employment Authorization by Mr. Reyes | GIRON00001458 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 41. | 2008 TPS Application by Mr. Reyes | GIRON00001467-1472 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 42. | 2008 Application for Employment Authorization by Mr. Reyes | GIRON00001465 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 43. | 2010 TPS Application by Mr. Reyes | GIRON00001477-1482 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 44. | 2010 Application for Employment Authorization by Mr. Reyes | GIRON00001476 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 45. | 2012 TPS Application by Mr. Reyes | GIRON00001492-1497 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 46. | 2012 Application for Employment Authorization by Mr. Reyes | GIRON00001500-1501 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 47. | 2013 TPS Application by Mr. Reyes | GIRON00001511-1515 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 48. | 2013 Application for Employment Authorization by Mr. Reyes | GIRON00001510 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 49. | 2015 TPS Application by Mr. Reyes | GIRON00001521-1531 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 50. | 2015 Application for Employment Authorization by Mr. Reyes | GIRON00001520 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 51. | 2016 TPS Application by Mr. Reyes | GIRON00001534-1544 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 52. | 2016 Application for Employment Authorization by Mr. Reyes | GIRON00001545 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 53. | Mr. Bolanos' Application for Residency | Ex. 18 to Defendants' MSJ; WAPLES00000115 | |
| 54. | Mr. Bolanos' Lease, dated 3/28/12 | Ex. 22A to Defendants' MSJ; WAPLES00000082-83 | |
| 55. | Mr. Bolanos' Lease, dated 5/7/13 | Ex. 22B to Defendants' MSJ; WAPLES00000080-81 | |
| 56. | Mr. Bolanos' Lease, dated 3/25/14 | Ex. 22C to Defendants' MSJ; WAPLES00000077-79 | |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 57. | Mr. Bolanos' Lease, dated 3/20/15 | Ex. 22D to Defendants' MSJ; WAPLES00000051-53 | |
| 58. | Mr. Bolanos' Mobile Home Park Rules and Regulations, dated 3/28/12 | Ex. 26A to Defendants' MSJ; WAPLES00000092-101 | |
| 59. | Mr. Bolanos' Park Policies Rules and Regulations, dated 3/25/14 | Ex. 26B to Defendants' MSJ; WAPLES00000086-91 | |
| 60. | Mr. Bolanos' Park Policies Rules and Regulations | Ex. 26C to Defendants' MSJ; WAPLES00000056-61 | |
| 61. | TPS Application by Mr. Bolanos | GIRON00001285-1288 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 62. | Application for Employment Authorization Mr. Bolanos | GIRON00001283 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 63. | TPS Application by Mr. Bolanos | GIRON00001290-1293 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 64. | Application for Employment Authorization Mr. Bolanos | GIRON00001294 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 65. | 2002 TPS Application by Mr. Bolanos | GIRON00001274-1277 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 66. | 2002 Application for Employment Authorization Mr. Bolanos | GIRON00001278 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 67. | 2007 TPS Application by Mr. Bolanos | GIRON00001300-1303 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 68. | 2007 Application for Employment Authorization Mr. Bolanos | GIRON00001305 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 69. | 2008 TPS Application by Mr. Bolanos | GIRON00001309-1314 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 70. | 2008 Application for Employment Authorization Mr. Bolanos | GIRON00001308 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 71. | 2010 TPS Application by Mr. Bolanos | GIRON00001321-1326 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 72. | 2010 Application for Employment Authorization Mr. Bolanos | GIRON00001327 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 73. | 2012 TPS Application by Mr. Bolanos | GIRON00001331-1336 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 74. | 2012 Application for Employment Authorization Mr. Bolanos | GIRON00001330 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 75. | 2013 TPS Application by Mr. Bolanos | GIRON00001342-1347 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 76. | 2013 Application for Employment Authorization Mr. Bolanos | GIRON00001348 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 77. | 2015 TPS Application by Mr. Bolanos | GIRON00001353-1363 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 78. | 2015 Application for Employment Authorization Mr. Bolanos | GIRON00001364 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 79. | 2016 TPS Application by Mr. Bolanos | GIRON00001374-1384 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 80. | 2016 Application for Employment Authorization Mr. Bolanos | GIRON00001371 | FRE 401; FRE 403; cumulative; irrelevant; more prejudicial than probative |
| 81. | Mr. Bolanos and Ms. Rivas' 2012 Tax Return | R. Rivas Dep. Ex. 11; GIRON00000894-901 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; subject to accommodation for confidentiality |
| 82. | Mr. Bolanos and Ms. Rivas' 2013 Tax Return | R. Rivas Dep. Ex. 12; GIRON00000902-911 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; subject to accommodation for confidentiality |
| 83. | Mr. Bolanos and Ms. Rivas' 2014 Tax Return | R. Rivas Dep. Ex. 13; GIRON00000912-927 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; subject to accommodation for confidentiality |
| 84. | Mr. Bolanos and Ms. Rivas' 2015 Tax Return | R. Rivas Dep. Ex. 14; GIRON00000928-939 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; subject to accommodation for confidentiality |
| 85. | Mr. Moya's Application for Residency | Ex. 19 to Defendants' MSJ; WAPLES00000974-975 | |
| 86. | Mr. Moya's Lease, dated 1/18/11 | Ex. 23A to Defendants' MSJ; WAPLES00000920-921 | |
| 87. | Mr. Moya's Lease, dated 2/1/12 | Ex. 23B to Defendants' MSJ; WAPLES00000918-919 | |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 88. | Mr. Moya's Lease, dated 2/1/13 | Ex. 23C to Defendants' MSJ; WAPLES00000916-917 | |
| 89. | Mr. Moya's Lease, dated 1/16/14 | Ex. 23D to Defendants' MSJ; WAPLES00000897-899 | |
| 90. | Mr. Moya's Lease, dated 12/4/14 | Ex. 23E to Defendants' MSJ; WAPLES00000840-842 | |
| 91. | Mr. Moya's Mobile Home Park Rules & Regulations, dated 1/18/11 | Ex. 27A to Defendants' MSJ; WAPLES00000922-927 | |
| 92. | Mr. Moya's Mobile Home Park Rules and Regulations, dated 1/16/14 | Ex. 27B to Defendants' MSJ; WAPLES00000902-911 | |
| 93. | Mr. Moya's Park Policies, Rules and Regulations, dated 12/4/14 | Ex. 27C to Defendants' MSJ; WAPLES00000845-850 | |
| 94. | Mr. Moya and Ms. Solis' 2004 Tax Return | Y. Solis Dep. Ex. 4; GIRON00001108-1109 | FRE 401; FRE 403; FRE 404; FRE 608(b); irrelevant; inadmissible character evidence; subject to accommodation for confidentiality |
| 95. | Ms. Solis' 2005 Tax Return | Y. Solis Dep. Ex. 5; GIRON00000999-1002 | FRE 401; FRE 403; FRE 404; FRE 608(b); irrelevant; inadmissible character evidence; more prejudicial than probative; subject to accommodation for confidentiality |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 96. | Ms. Solis' 2009 Tax Return | Y. Solis Dep. Ex. 6; GIRON00001029-1034 | FRE 401; FRE 403; FRE 404; FRE 608(b); irrelevant; inadmissible character evidence; more prejudicial than probative; subject to accommodation for confidentiality |
| 97. | Ms. Solis' 2015 Tax Return | Y. Solis Dep. Ex. 7; GIRON00001090-1093 | FRE 401; FRE 403; FRE 404; FRE 608(b); irrelevant; inadmissible character evidence; more prejudicial than probative; subject to accommodation for confidentiality |
| 98. | Mr. Moya's 2009 Tax Return | Y. Solis Dep. Ex. 8 | FRE 401; FRE 403; FRE 404; FRE 608(b); irrelevant; inadmissible character evidence; more prejudicial than probative; subject to accommodation for confidentiality |
| 99. | Mr. Saravia-Cruz's Application for Residency | Ex. 20 to Defendants' MSJ; WAPLES00000344 | FRE 401; FRE 403; incomplete document; more prejudicial than probative |
| 100. | Mr. Saravia-Cruz's Lease, dated 2/9/12 | Ex. 24A to Defendants' MSJ; WAPLES00000254-255 | |
| 101. | Mr. Saravia-Cruz's Lease, dated 11/14/12 | Ex. 24B to Defendants' MSJ; WAPLES00000252-253 | |
| 102. | Mr. Saravia-Cruz's Lease, dated 11/14/12 | Ex. 24C to Defendants' MSJ; WAPLES00000250-251 | |
| 103. | Mr. Saravia-Cruz's Lease, dated 1/28/14 | Ex. 24D to Defendants' MSJ; WAPLES00000247-249 | |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 104. | Mr. Saravia-Cruz's Lease, dated 1/15/15 | Ex. 24E to Defendants' MSJ; WAPLES00000211-213 | |
| 105. | Mr. Saravia-Cruz's Mobile Home Park Rules & Regulations, dated 2/9/12 | Ex. 28A to Defendants' MSJ; WAPLES00000268-273 | |
| 106. | Mr. Saravia-Cruz's Mobile Home Park Rules and Regulations, dated 1/28/14 | Ex. 28B to Defendants' MSJ; WAPLES00000258-267 | |
| 107. | Mr. Saravia-Cruz Park Policies, Rules and Regulations, dated 1/15/15 | Ex. 28C to Defendants' MSJ; WAPLES00000216-221 | |
| 108. | 2007 TPS Application by Mr. Saravia-Cruz | GIRON00001791-1794 | FRE 401; FRE 403; FRE 404; FRE 608(b); FRE 609(a)(2); irrelevant; more prejudicial than probative; improper character evidence; improper impeachment with criminal conviction |
| 109. | 2010 TPS Application by Mr. Saravia-Cruz | GIRON00001711-1716 | FRE 401; FRE 403; FRE 404; FRE 608(b); FRE 609(a)(2); irrelevant; more prejudicial than probative; improper character evidence; improper impeachment with criminal conviction |
| 110. | 2010 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001722 | FRE 401; FRE 403; irrelevant; cumulative; more prejudicial than probative |
| 111. | 2006 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001728 | FRE 401; FRE 403; irrelevant; cumulative; more prejudicial than probative |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 112. | 2006 TPS Application by Mr. Saravia-Cruz | GIRON00001731-1734 | FRE 401; FRE 403; FRE 404; FRE 608(b); FRE 609(a)(2); irrelevant; more prejudicial than probative; improper character evidence; improper impeachment with criminal conviction |
| 113. | 2001 TPS Application by Mr. Saravia-Cruz | GIRON00001746-1750 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 114. | 2001 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001757 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 115. | 2005 TPS Application by Mr. Saravia-Cruz | GIRON00001780-1783 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 116. | 2005 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001785 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 117. | Mr. Saravia-Cruz' 7/20/06 Misdemeanor Arrest and Sentence Record | GIRON00001797-1798 | FRE 401; FRE 403; FRE 404; FRE 608(b); FRE 609(a)(2); irrelevant; more prejudicial than probative; improper character evidence; improper impeachment with criminal conviction |
| 118. | Mr. Saravia-Cruz' 6/5/06 Misdemeanor DWI Record | GIRON00001860-1861 | FRE 401; FRE 403; FRE 404; FRE 608(b); FRE 609(a)(2); irrelevant; more prejudicial than probative; improper character evidence; improper impeachment with criminal conviction |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 119. | Mr. Saravia-Cruz' 2/24/07 Misdemeanor Driving under Suspended License Record | GIRON00001862-1863 | FRE 401; FRE 403; FRE 404; FRE 608(b); FRE 609(a)(2); irrelevant; more prejudicial than probative; improper character evidence; improper impeachment with criminal conviction |
| 120. | 2007 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001799 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 121. | 2002 Application for Employment Authorization by Mr. Saravia-Cruz | GIRON00001805 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 122. | 2002 TPS Application by Mr. Saravia-Cruz | GIRON00001806-1809 | FRE 401; FRE 403; irrelevant; more prejudicial than probative; cumulative |
| 123. | Mr. Saravia-Cruz's 2009 Tax Return | H. Saravia-Cruz Dep. Ex. 11; WAPLES00000320-337 | FRE 401; FRE 403; FRE 404; irrelevant; cumulative; more prejudicial than probative; subject to accommodation for confidentiality |
| 124. | Mr. Saravia-Cruz's 2010 Tax Return | H. Saravia-Cruz Dep. Ex. 12; WAPLES00000299-319 | FRE 401; FRE 403; FRE 404; irrelevant; cumulative; more prejudicial than probative; subject to accommodation for confidentiality |
| 125. | Ms. Giron de Reyes' ITIN sheet | R. Reyes Dep. Ex. 6; GIRON00000075 | |
| 126. | Ms. Solis' Passport | Y. Solis Dep. Ex. 3; GIRON00000102-104,119 | |
| 127. | Ms. Amaya's passport | R. Amaya Dep. Ex. 5; GIRON00000001-26 | |
| 128. | Ms. Giron de Reyes' Passport | R. Reyes Dep. Ex. 7; GIRON00000992-993 | |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 129. | Ms. Giron de Reyes' Passport | R. Reyes Dep. Ex. 8; GIRON00000965-966 | |
| 130. | Not included in materials produced to Plaintiffs. | | |
| 131. | Not included in materials produced to Plaintiffs. | | |
| 132. | Not included in materials produced to Plaintiffs. | | |
| 133. | 2/11/16 Daily Happenings Report | WAPLES00001435-1437 | |
| 134. | 1/14/16 Email chain between J. Armstead and C. Easton | WAPLES00002433-2435 | |
| 135. | Treasury Inspector General for Tax Administration Report, dated 12/8/09 | Ex. 30 to Defendants' MSJ | Irrelevant; lack of foundation |
| 136. | 7/29/11 Email from Sabiha Noorzai to Dwoskin Daily Reports - Residential | Ex. 32 to Defendants' MSJ; WAPLES00001470 | |
| 137. | A.J. Dwoskin & Associates, Inc. 2014 Residential Marketing Plan | Ex. 33 to Defendants' MSJ; WAPLES00001676-1693 | FRE 401; irrelevant |
| 138. | Valerie Dixon 2016 FHA Certificate of Achievement | WAPLES00001257 | FRE 401; irrelevant |
| 139. | Valerie Dixon 2015 FHA Certificate of Achievement | WAPLES00001258 | FRE 401; irrelevant |
| 140. | Carolina Easton 2015 FHA Certificate of Achievement | WAPLES00001259 | FRE 401; irrelevant |
| 141. | Mayra Lopez 2016 FHA Certificate of Achievement | WAPLES00001260 | FRE 401; irrelevant |
| 142. | Jessica Armstead 2016 FHA Certificate of Achievement | WAPLES00001261 | FRE 401; irrelevant |
| 143. | Mark Jones 2016 FHA Certificate of Achievement | WAPLES00001262 | FRE 401; irrelevant |
| 144. | Josephine Giambanco 2016 FHA Certificate of Achievement | WAPLES00001263 | FRE 401; irrelevant |
| 145. | Waples/Bull Run Mobile Home Parks Future Resident Information Guide, dated 5/18/06 | M. Jones 30(b)(6) Dep. Ex. 10; WAPLES00000733-734 | |
| 146. | Waples/Bull Run Mobile Home Parks Future Resident Information Guide, dated 4/22/16 | WAPLES00000755-756 | |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 147. | A. J. Dwoskin & Associates, Inc. Consumer Reports & CoreLogic SafeRent Training Manual, dated 1/24/11 | M. Jones 30(b)(6) Dep. Ex. 8; WAPLES00000572-732 | |
| 148. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 2/19/13 | M. Jones 30(b)(6) Dep. Ex. 9; WAPLES00002320-2351 | |
| 149. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 11/1/13 | M. Jones 30(b)(6) Dep. Ex. 12; WAPLES00002647-2678 | |
| 150. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 4/20/15 | M. Jones 30(b)(6) Dep. Ex. 13; WAPLES00002602-2633 | |
| 151. | A.J. Dwoskin & Associates, Inc. Resident Selection & Occupancy Standards, dated 5/8/15 | M. Jones 30(b)(6) Dep. Ex. 14; WAPLES00002502-2533 | |
| 152. | 21/30 Day Notice to Mr. Reyes | R. Reyes Dep. Ex. 3; WAPLES00000432 | |
| 153. | 1/18/16 Violation Letter to Mr. Moya | WAPLES00001141 | |
| 154. | 1/18/16 Violation Letter to Mr. Saravia-Cruz | WAPLES00000199 | |
| 155. | 3/2/16 Violation Letter to Mr. Bolanos | WAPLES00001332 | |
| 156. | 9/13/16 Letter to S. Pongvichit | WAPLES00001278 | FRE 401; FRE 403; irrelevant; more prejudicial than probative |
| 157. | 7/19/16 Letter to M. Sandeep Hernandez | WAPLES00001323 | FRE 401; FRE 403; irrelevant; more prejudicial than probative |
| 158. | 8/16/16 Letter from Josephine Giambanco to Kamala Silwal | WAPLES00001301 | FRE 401; FRE 403; irrelevant; more prejudicial than probative |
| 159. | Weinberg Resume | Attached to Defendants' Reply in Support of MSJ as Ex. A to Exhibit 16(1)). | |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 160. | Weinberg Tables 1-3 | Pages 9 – 10 of the Weinberg Expert Report (attached to Defendants' Reply in Support of MSJ as Ex. 16(1) (Dkt. 165-1)) | |
| 161. | Weinberg Tables | Ex. 16(2) to Defendants' Reply in Support of MSJ (Dkt. 165-1) | |
| 162. | Caruso Resume | Ex. A to Caruso Expert Report | FRE 401; FRE 403; FRE 702; irrelevant; likely to confuse jury |
| 163. | Treasury Inspector General for Tax Administration Report dated Jan. 29, 2018 | Ex. 8 to Defs.' MSJ (Dkt. 248-8, 250-8) | FRE 401; FRE 403; irrelevant; lack of foundation; more prejudicial than probative |
| 164. | Demonstratives | | Plaintiffs incorporate by reference objections to the above listed exhibits; Plaintiffs object to the extent that they have not been informed of any demonstratives Defendants propose to present at trial; Plaintiffs reserve the right to supplement their objections to any demonstratives at trial |
| 165. | Enlargements of the above-listed Exhibits | | Plaintiffs incorporate by reference objections to the above listed exhibits |

| Ex. No. | Defendants' Description of Exhibit | Bates/Deposition No. | Plaintiffs' Objections to Exhibit |
|---|---|---|---|
| 166. | Summaries of the above-listed Exhibits | | Plaintiffs incorporate by reference objections to the above listed exhibits; Plaintiffs object to the extent that they have not been informed of any summaries Defendants propose to present at trial; Plaintiffs reserve the right to supplement their objections to any summaries at trial |