IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

### DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. ("Defendants"), by counsel, hereby submit the following objections to Plaintiffs' Trial Exhibits.

### EXHIBITS PLAINTIFFS WILL INTRODUCE

#### I. Declarations and Reports

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 01 | Declaration of Brady M. Bustany (11/13/2016) | N/A | N/A | Hearsay, Foundation, Cumulative |
| 02 | Declaration/Expert Report of Ivan Yacub, Esq. (10/28/2016) | N/A | N/A | Hearsay, Foundation, Relevance, Cumulative |
| 03 | Declaration/Expert Reports of Professor William A.V. Clark (12/22/2016) attaching opening report and rebuttal report | N/A | N/A | Hearsay, Foundation, Cumulative |

#### II. Plaintiffs' Lease Materials

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 08 | Felix Bolaños Application for Residency (Dwoskin & Associates) | WAPLES00000115 | WAPLES00000115 | Hearsay, Foundation, Relevance |

| | | | | |
|---|---|---|---|---|
| 09 | Jose Reyes Application for Residency (Dwoskin & Associates) (5/18/2013) | GIRON00000695 | GIRON00000695 | Hearsay, Foundation, Relevance |
| 10 | Jose Reyes Application for Residency (JBG Companies) (2016) | GIRON00000994 | GIRON00000995 | Hearsay, Foundation, Relevance |
| 11 | Rosy Giron de Reyes Application for Residency (JBG Companies) (2016) | GIRON00001194 | GIRON00001195 | Hearsay, Foundation, Relevance |
| 12 | Esteban Moya Application for Residency (Dwoskin & Associates) (12/07/2010) | WAPLES00000974 | WAPLES00000975 | Hearsay, Foundation, Relevance |
| 13 | Herbert Saravia Cruz Application for Residency (Dwoskin & Associates) (1/07/2012) | WAPLES00000343 | WAPLES00000346 | Hearsay, Foundation, Relevance |
| 14 | Mario Medina Application for Residency (Dwoksin & Associates) (1/31/2012) | WAPLES00000347 | WAPLES00000347 | Hearsay, Foundation, Relevance |
| 15 | Application for Residency as Occupant (3/10/2009) | WAPLES00000761 | WAPLES00000762 | Hearsay, Foundation, Relevance |
| 16 | Application for Residency as Leaseholder (5/5/2009) | WAPLES00000763 | WAPLES00000766 | Hearsay, Foundation, Relevance |
| 17 | Application for Residency as Occupant (5/5/2009) | WAPLES00000767 | WAPLES00000769 | Hearsay, Foundation, Relevance |
| 18 | Application for Residency as Leaseholder (8/25/2010) | WAPLES00000770 | WAPLES00000773 | Hearsay, Foundation, Relevance |
| 19 | Application for Residency as Occupant (8/25/2010) | WAPLES00000774 | WAPLES00000776 | Hearsay, Foundation, Relevance |
| 20 | Application for Residency as Leaseholder (8/10/2011) | WAPLES00000777 | WAPLES00000779 | Hearsay, Foundation, Relevance |
| 21 | Application for Residency (8/12/2013) | WAPLES00000780 | WAPLES00000780 | Hearsay, Foundation, Relevance |
| 22 | Application for Residency (12/4/2015) | WAPLES00000781 | WAPLES00000781 | Hearsay, Foundation, Relevance |
| 23 | Application for Residency (1/28/2016) | WAPLES00000782 | WAPLES00000782 | Hearsay, Foundation, Relevance |
| 24 | Application for Residency (7/27/2016) | WAPLES00000783 | WAPLES00000783 | Hearsay, Foundation, Relevance |
| 25 | 2015-2016 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000051 | WAPLES00000053 | Hearsay, Foundation, Relevance |
| 26 | 2015-2016 Mobile Home Lease Agreement between Esteban Moya and Defendants | GIRON00000642 | GIRON00000652 | Hearsay, Foundation, Relevance |

| | | | | |
|---|---|---|---|---|
| 27 | 2015-2016 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | GIRON00000844 | GIRON00000846 | Hearsay, Foundation, Relevance |
| 28 | 2011-2012 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000920 | WAPLES00000921 | Hearsay, Foundation, Relevance |
| 29 | 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | GIRON00000653 | GIRON00000655 | Hearsay, Foundation, Relevance |
| 30 | 2012-2013 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000254 | WAPLES00000255 | Hearsay, Foundation, Relevance |
| 31 | 2014-2015 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000247 | WAPLES00000249 | Hearsay, Foundation, Relevance |
| 32 | 2014-2015 Mobile Home Lease Agreement between Jose Reyes and Defendants | WAPLES00000433 | WAPLES00000443 | Hearsay, Foundation, Relevance |
| 33 | 2012-2013 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000082 | WAPLES00000083 | Hearsay, Foundation, Relevance |
| 34 | 2013-2014 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000080 | WAPLES00000081 | Hearsay, Foundation, Relevance |
| 35 | 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants. | WAPLES00000077 | WAPLES00000079 | Hearsay, Foundation, Relevance |
| 36 | Addendum to 2014-2015 Lease Agreement between Felix Bolaños and Defendants | WAPLES00000086 | WAPLES00000091 | Hearsay, Foundation, Relevance |
| 37 | Manufactured Home Site Rental Agreement between Felix Bolaños and Ruth Rivas and Meadows of Chantilly Manufactured Home Community (9/30/2016) | GIRON00000885 | GIRON00000893 | Hearsay, Foundation, Relevance |
| 38 | 2012-2013 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000918 | WAPLES00000919 | Hearsay, Foundation, Relevance |
| 39 | 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000897 | WAPLES00000899 | Hearsay, Foundation, Relevance |

| | | | | |
|---|---|---|---|---|
| 40 | 2013-2014 Mobile Home Lease Agreement between Jose Reyes and Defendants | WAPLES00000484 | WAPLES00000496 | Hearsay, Foundation, Relevance |
| 41 | 2013-2014 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000916 | WAPLES00000917 | Hearsay, Foundation, Relevance |
| 42 | 2015-2016 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000840 | WAPLES00000853 | Hearsay, Foundation, Relevance |
| 43 | 2013-2014 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000250 | WAPLES00000251 | Hearsay, Foundation, Relevance |
| 44 | Utility Addendum to 2014-2015 Mobile Home Lease Agreement between Herbert Saravia Cruz/Mario Medina and Defendants | WAPLES00000256 | WAPLES00000257 | Hearsay, Foundation, Relevance |
| 45 | Utility Addendum to 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000084 | WAPLES00000085 | Hearsay, Foundation, Relevance |
| 46 | Lease Addendum to 2014-2015 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000086 | WAPLES0000091 | Hearsay, Foundation, Relevance |
| 47 | Lease Addendum signed by Felix Bolaños and Josephine Giambanco (undated) | WAPLES00000056 | WAPLES00000061 | Hearsay, Foundation, Relevance |
| 48 | Utility Addendum to 2015-2016 Mobile Home Lease Agreement between Felix Bolaños and Defendants | WAPLES00000054 | WAPLES00000055 | Hearsay, Foundation, Relevance |
| 49 | Utility Addendum to 2014-2015 Mobile Home Lease Agreement between Esteban Moya and Defendants | WAPLES00000900 | WAPLES00000901 | Hearsay, Foundation, Relevance |
| 50 | Lease Addendum signed by Herbert Saravia Cruz, Mario Medina, and Yvette Jimenez (2015) | WAPLES00000216 | WAPLES00000221 | Hearsay, Foundation, Relevance |
| 51 | Lease Addendum signed by Jose Reyes (2014) | WAPLES00000438 | WAPLES00000442 | Hearsay, Foundation, Relevance |
| 52 | Lease Addendum signed by Esteban Moya (2014) | WAPLES00000845 | WAPLES00000850 | Hearsay, Foundation, Relevance |

| | | | | |
|---|---|---|---|---|
| 53 | Lease Addendum (8/11/2016) | WAPLES00000790 | WAPLES00000795 | Hearsay, Foundation, Relevance |
| 54 | Lease Addendum (1/2014) | WAPLES00000784 | WAPLES00000789 | Hearsay, Foundation, Relevance |
| 55 | Rules and Regulations for Chantilly Manufactured Home Community signed by Ruth Rivas and Felix Bolaños (2016) | GIRON00000874 | GIRON00000884 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 56 | Mobile Home Park Rules and Regulations, signed by Felix Bolaños (2012) | WAPLES00000092 | WAPLES00000101 | None |
| 57 | Mobile Home Park Rules and Regulations, signed by Esteban Moya (2011) | WAPLES00000922 | WAPLES00000927 | None |
| 58 | Mobile Home Park Rules and Regulations, signed by Esteban Moya (2014) | WAPLES00000902 | WAPLES00000911 | None |
| 59 | Mobile Home Park Rules and Regulations, signed by Herbert Saravia Cruz and Mario Medina (2012) | WAPLES00000268 | WAPLES00000273 | None |
| 60 | Mobile Home Park Rules and Regulations, signed by Herbert Saravia Cruz and Mario Medina (2014) | WAPLES00000258 | WAPLES00000267 | None |
| 61 | Criminal Background Check for Rosy Giron de Reyes (12/04/2015) | GIRON00000696 | GIRON00000697 | Hearsay, Foundation, Relevance |
| 62 | Resident Screening Report for Herbert Saravia Cruz (2/03/2012) | WAPLES00000288 | WAPLES00000295 | Hearsay, Foundation, Relevance |
| 63 | Resident Screening Report for Jose Reyes (5/20/2013) | WAPLES00000500 | WAPLES00000507 | Hearsay, Foundation, Relevance |
| 64 | Resident Screening Report for Esteban Moya (12/09/2010) | WAPLES00000930 | WAPLES00000937 | Hearsay, Foundation, Relevance |
| 65 | Core Logic Reports for Male Plaintiffs | RPS000009 | RPS000016 | Hearsay, Foundation, Relevance |
| 66 | Renewal Letter from Defendants to Jose Reyes/Letter to Jose Reyes Adding Wife to Account (2015) | GIRON00000730 | GIRON00000733 | Hearsay, Foundation |
| 67 | Lease Renewal Letter from Defendants to Jose Reyes and All Occupants (2015) | WAPLES00000431 | WAPLES00000431 | Hearsay, Foundation |
| 68 | Renewal Notices to Esteban Moya (2011-2013) | WAPLES00000854 | WAPLES00000896 | Hearsay, Foundation |

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 69 | Mobile Home Inspection for Herbert Saravia Cruz (2014) | WAPLES00000274 | WAPLES00000275 | Hearsay, Foundation, Relevance |
| 70 | Mobile Home Inspection for Felix Bolaños (2016) | WAPLES00001859 | WAPLES00001860 | Hearsay, Foundation, Relevance |
| 71 | Handwritten Note from Esteban Moya, including renter's insurance and airline ticket (1/11/2016) | WAPLES00000979 | WAPLES00000988 | Hearsay, Foundation, Relevance |
| 72 | Mobile Home Inspection for Esteban Moya (2016) | WAPLES00001064 | WAPLES00001065 | Hearsay, Foundation, Relevance |

### III. Documents Defining Defendants' Policy

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 73 | Future Resident Information Guide (5/18/2006) | WAPLES00000733 | WAPLES00000734 | Hearsay, Foundation, Relevance, Cumulative |
| 74 | Future Resident Information Guide (10/18/2006) | WAPLES00000735 | WAPLES00000736 | Hearsay, Foundation, Relevance, Cumulative |
| 75 | Future Resident Information Guide (1/17/2011) | WAPLES00000737 | WAPLES00000737 | Hearsay, Foundation, Relevance, Cumulative |
| 76 | Future Resident Information Guide (3/4/2011) | WAPLES00000738 | WAPLES00000738 | Hearsay, Foundation, Relevance, Cumulative |
| 77 | Future Resident Information Guide (6/27/2011) | WAPLES00000739 | WAPLES00000740 | Hearsay, Foundation, Relevance, Cumulative |
| 78 | Future Resident Information Guide (3/23/2012) | WAPLES00000741 | WAPLES00000742 | Hearsay, Foundation, Relevance, Cumulative |
| 79 | Future Resident Information Guide (4/25/2012) | WAPLES00000743 | WAPLES00000744 | Hearsay, Foundation, Relevance, Cumulative |

| | | | | |
|---|---|---|---|---|
| 80 | Future Resident Information Guide (9/11/2013) | WAPLES00000745 | WAPLES00000746 | Hearsay, Foundation, Relevance, Cumulative |
| 81 | Future Resident Information Guide (3/20/2014) | WAPLES00000747 | WAPLES00000748 | Hearsay, Foundation, Relevance, Cumulative |
| 82 | Future Resident Information Guide (5/14/2015) | WAPLES00000749 | WAPLES00000750 | Hearsay, Foundation, Relevance |
| 83 | Future Resident Information Guide (9/8/2015) | WAPLES00000751 | WAPLES00000752 | Hearsay, Foundation, Relevance |
| 84 | Future Resident Information Guide (3/31/2016) | WAPLES00000753 | WAPLES00000754 | Hearsay, Foundation, Relevance |
| 85 | Future Resident Information Guide (4/22/2016) | WAPLES00000755 | WAPLES00000756 | Hearsay, Foundation, Relevance |
| 86 | Future Resident Information Guide (5/16/2016) | WAPLES00000757 | WAPLES00000758 | Hearsay, Foundation, Relevance |
| 87 | Future Resident Information Guide (8/10/2016) | WAPLES00000759 | WAPLES00000760 | Hearsay, Foundation, Relevance |

IV.   **Internal Defendant Guides, Memoranda, and Other Business Documents**

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 88 | Resident Selection and Occupancy Standards (2/19/2013) | WAPLES00002320 | WAPLES00002351 | Relevance |
| 89 | Resident Selection and Occupancy Standards (9/13/2013) | WAPLES00002680 | WAPLES00002712 | Relevance |
| 90 | Resident Selection and Occupancy Standards (10/25/2013) | WAPLES00002801 | WAPLES00002832 | Relevance |
| 91 | Resident Selection and Occupancy Standards (11/1/2013) | WAPLES00002764 | WAPLES00002795 | Relevance |
| 92 | Resident Selection and Occupancy Standards (4/20/2015) | WAPLES00002602 | WAPLES00002633 | Relevance |
| 93 | Resident Selection and Occupancy Standards (5/8/2015) | WAPLES00002502 | WAPLES00002533 | Relevance |
| 94 | CoreLogic Contract with A.J. Dwoskin (6/20/2001) | RPS000001 | RPS000008 | Hearsay, Foundation, Relevance |

| | | | | |
|---|---|---|---|---|
| 95 | A.J. Dwoskin Consumer Reports & CoreLogic SafeRent Training Manual (1/24/2011) | WAPLES00000572 | WAPLES00000732 | Relevance |
| 96 | Yardi RentGrow Screening Services Activation Agreement (4/26/2013) | WAPLES00000814 | WAPLES00000826 | Hearsay, Foundation, Relevance |
| 97 | Yardi Resident Screening (2013) | WAPLES00000796 | WAPLES00000813 | Hearsay, Foundation, Relevance |
| 98 | Resident Ledger for Jose Reyes (11/17/2016) | WAPLES00003117 | WAPLES00003123 | Hearsay, Foundation, Relevance |
| 99 | Resident Ledger for Felix Bolaños (11/17/2016) | WAPLES00003098 | WAPLES00003106 | Hearsay, Foundation, Relevance |
| 100 | Resident Ledger for Esteban Moya (11/17/2016) | WAPLES00003107 | WAPLES00003116 | Hearsay, Foundation, Relevance |
| 101 | Resident Ledger for Herbert Saravia Cruz (11/17/2016) | WAPLES00003124 | WAPLES00003134 | Hearsay, Foundation, Relevance |
| 104 | List of Noncompliant Waples Tenants and Outstanding Documentation; Violation Letters (2015-2016) | WAPLES00001272 | WAPLES00001330 | Hearsay, Foundation, Relevance |
| 105 | Move Out Report: Waples Project LP | WAPLES00002981 | WAPLES00002981 | Hearsay, Foundation, Relevance |

### V. Defendants' Internal Correspondence

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 123 | Email between Carolina Easton, Josephine Giambanco, Mark Jones, and Others, with Attachments (5/17/2016) | WAPLES00002441 | WAPLES00002457 | Hearsay, Foundation, More Prejudicial Than Probative |

### VI. Eviction Correspondence with and Related to Plaintiffs

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 151 | Violation Letter from Defendants to Esteban Moya (1/18/2016) | WAPLES00001141 | WAPLES00001143 | Hearsay, Foundation |
| 152 | Violation Letter from Defendants to Herbert Saravia Cruz and Mobile Home Inspection Form (1/18/2016) | WAPLES00001854 | WAPLES00001855 | Hearsay, Foundation |

| | | | | |
|---|---|---|---|---|
| 153 | Letter Informing Residents of Month to Month Surcharge Increase to $300 (3/11/2016) | GIRON00000033 | GIRON00000033 | Hearsay, Foundation, Relevance |
| 154 | Eviction Letter to Jose Reyes (2/4/2016) | GIRON00000698 | GIRON0000698 | Hearsay, Foundation |
| 155 | Letter from Herbert Saravia Cruz to Defendants Regarding Sale of Mobile Home (1/27/2016) | WAPLES00000198 | WAPLES00000198 | Hearsay, Foundation, Relevance |
| 156 | Violation Letter from Defendants to Felix Bolaños (3/2/2016) | WAPLES00001332 | WAPLES00001332 | Hearsay, Foundation |
| 157 | Violation Letter from Defendants to Herbert Saravia Cruz (1/18/2016) | WAPLES00000199 | WAPLES00000199 | Hearsay, Foundation |
| 158 | 21/30 Notice to Jose Reyes and All Occupants (1/27/2016) | WAPLES00001785 | WAPLES00001789 | Hearsay, Foundation |
| 159 | Letter from Voice to Albert Dwoskin (8/12/2016) | WAPLES00002992 | WAPLES00003002 | Hearsay, Foundation, Relevance |
| 160 | Letter from VA Senators to Mike Dean (7/22/2016) | WAPLES00003004 | WAPLES00003004 | Hearsay, Foundation, Relevance |
| 161 | Audio File (3/2016) | GIRON00000045 | GIRON00000045 | Hearsay, Foundation, Relevance |
| 162 | Audio File (3/2016) | GIRON00000048 | GIRON00000048 | Hearsay, Foundation, Relevance |
| 163 | Email between Jeff Franzen and Simon Sandoval-Moshenberg regarding Dwoskin Evictions (11/20/2015) | GIRON00000133 | GIRON00000134 | Hearsay, Foundation, Relevance |
| 164 | Notice to Jose Reyes of Acceptance of Rent with Reservation to Proceed with Eviction (2/03/2016) | GIRON00000693 | GIRON00000693 | Hearsay, Foundation, Relevance |
| 165 | 60 Day Termination Notice from Defendants to Esteban Moya and All Occupants (11/30/2016) | N/A | N/A | Hearsay, Foundation, Relevance |
| 166 | Notice of Acceptance of Rent with Reservation to Proceed with Eviction from Defendants to Esteban Moya and All Occupants (12/5/2016) | N/A | N/A | Hearsay, Foundation, Relevance |

# EXHIBITS PLAINTIFFS MAY INTRODUCE

## I. Written Discovery

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 05 | Portions of Defendants' Answer to Interrogatories Not Specifically Objected to by Plaintiffs | N/A | N/A | Relevance |
| 06 | Portions of Defendants' Responses to Jose Dagoberto Reyes's First Set of Interrogatories Not Specifically Objected to by Plaintiffs | N/A | N/A | Relevance |
| 07 | Defendants' Supplemental Answer to Interrogatory 6 | N/A | N/A | Relevance |

## II. Declarations and Reports

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 04 | Dr. Weinberg's Reproduction of the Mathematical Calculations from his Expert Report (1/4/2017) | N/A | N/A | Hearsay, Foundation |

## III. Internal Defendant Guides, Memoranda, and Other Business Documents

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 102 | Residential Marketing Plan (2014) | WAPLES00001676 | WAPLES00001693 | Hearsay, Foundation, Relevance |
| 103 | "Daily Happenings at Bull Run & Waples" for 8/28/2015 | WAPLES00001498 | WAPLES00001499 | Hearsay, Foundation, Relevance |
| 106 | "Daily Happenings at Bull Run & Waples" for 2/11/2016 | WAPLES00001435 | WAPLES00001437 | Hearsay, Foundation, Relevance |
| 107 | List of Individuals Who Received Background Check | WAPLES00001338 | WAPLES00001350 | Hearsay, Foundation, Relevance |
| 108 | Organizational Chart for Waples Mobile Home Park LP | WAPLES00001331 | WAPLES00001331 | Hearsay, Foundation, Relevance |
| 109 | Grace Hill Certificates of Achievement for Valerie Dixon, Carolina Easton, Mayra Lopez, Jessica Armstead, Mark Jones, and Josephine Giambanco | WAPLES00001257 | WAPLES00001263 | None |
| 110 | List of Waples Residents (redacted by Defendants) | WAPLES00001335 | WAPLES00001337 | Hearsay, Foundation |

### IV. Defendants' Internal Correspondence

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 111 | Email from Peter Williams to Distribution List with Attachments (11/9/2015) | WAPLES00001724 | WAPLES00001733 | Hearsay, Foundation, Relevance |
| 112 | Email from Theresa Osborne to Peter Williams (10/28/2013) | WAPLES00002800 | WAPLES00002832 | Hearsay, Foundation, Relevance |
| 113 | Email from Peter Williams to Albert Dwoskin (6/19/2015) | WAPLES00001503 | WAPLES00001507 | Hearsay, Foundation, Relevance |
| 114 | Email between Peter Williams and Theresa Osborne with Attachment (5/14/2014) | WAPLES00002355 | WAPLES00002357 | Hearsay, Foundation, Relevance |
| 115 | Email from Carolina Easton to Peter Williams, Mark Jones, and Others with Attachment (5/15/2015) | WAPLES00002501 | WAPLES00002533 | Hearsay, Foundation, Relevance |
| 116 | Email between Josephine Giambanco, Lindsay Gilbert, Theresa Osborne, and Others with Attachment (3/20/2014) | WAPLES00001367 | WAPLES00001371 | Hearsay, Foundation, Relevance |
| 117 | Email from Theresa Osborne to Peter Williams with Attachment (1/7/2013) | WAPLES00002833 | WAPLES00002865 | Hearsay, Foundation, Relevance |
| 118 | Email from Theresa Osborne to "Residential Managers" with Attachment (12/20/2013) | WAPLES00002239 | WAPLES00002271 | Hearsay, Foundation, Relevance |
| 119 | Email from Peter Williams to Julia Edwards (Core Logic) (8/29/2011) | WAPLES00001723 | WAPLES00001723 | Hearsay, Foundation, Relevance |
| 120 | Email from Peter Williams to Albert Dwoskin with Attachment (11/10/2015) | WAPLES00001488 | WAPLES00001496 | Hearsay, Foundation, Relevance |
| 121 | Email between Carolina Easton, Jessica Armstead, and Josephine Giambanco (1/14/2016) | WAPLES00002433 | WAPLES00002435 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 122 | Email between Carolina Easton, Josephine Giambanco, and Carolina Easton with Attachment (5/19/2014) | WAPLES00002278 | WAPLES00002280 | Hearsay, Foundation |
| 124 | Email between Carolina and Josephine Giambanco with Attachments (8/17/2016) | WAPLES00002272 | WAPLES00002277 | Hearsay, Foundation |

| | | | | |
|---|---|---|---|---|
| 125 | Email between Josephine Giambanco, Carolina Easton, and Jessica Armstead with Attachments (2/3/2016) | WAPLES00001783 | WAPLES00001789 | Hearsay, Foundation, Relevance |
| 126 | Email between Carolina Easton, Josephine Giambanco, Jessica Armstead, and Mark Jones (8/29/2016) | WAPLES00002925 | WAPLES00002930 | Hearsay, Foundation, Relevance |
| 127 | Email from Sabiha Noorzai to "Daily Reports" (7/29/2011) | WAPLES00001470 | WAPLES00001470 | Hearsay, Foundation, Relevance |
| 128 | Email from Cliff Liautaud to Josephine Giambanco and Mayra Lopez with Attachment (4/22/2016) | WAPLES00001532 | WAPLES00001535 | Hearsay, Foundation, Relevance, Cumulative |
| 129 | Email from Cliff Liautaud to Josephine Giambanco and Mayra Lopez with Attachment (5/16/2016) | WAPLES00001521 | WAPLES00001524 | Hearsay, Foundation, Relevance, Cumulative |
| 130 | Email between Carolina Easton and Lindsay Gilbert (9/3/2014) | WAPLES00001619 | WAPLES00001620 | Hearsay, Foundation, Relevance |
| 131 | Email between Carolina Easton and Lindsay Gilbert (9/3/2014) | WAPLES00001616 | WAPLES00001618 | Hearsay, Foundation, Relevance |
| 132 | Email between Jessica Armstead, Carolina Easton, "Residential Managers" and "Residential Assistant Managers" (8/22/2016) | WAPLES00001425 | WAPLES00001427 | Hearsay, Foundation, Relevance |
| 133 | Email between Carolina Easton, Mark Jones, and Peter Williams (4/28/2015) | WAPLES00002978 | WAPLES00002979 | Hearsay, Foundation, Relevance |
| 134 | Email from Valerie Dixon to Josephine Giambanco with attachment (2/11/2016) | WAPLES00001605 | WAPLES00001607 | Hearsay, Foundation, Relevance |
| 135 | Email between Josephine Giambanco and Carolina Easton (3/18/2016) | WAPLES00002964 | WAPLES00002965 | Hearsay, Foundation, Relevance |
| 136 | Email from Carolina Easton to Peter Williams with Attachment (3/17/2014) | WAPLES00002634 | WAPLES00002645 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 137 | Email from Josephine Giambanco to Carolina Easton with Attachment (4/28/2014) | WAPLES00002281 | WAPLES00002283 | Hearsay, Foundation, Relevance |
| 138 | Email between Carolina Easton, Josephine Giambanco, Mark Jones, and Others (10/28/2015) | WAPLES00001571 | WAPLES00001574 | Hearsay, Foundation, Relevance |

| | | | | |
|---|---|---|---|---|
| 139 | Email between Carolina Easton, Josephine Giambanco, and Mark Jones (8/25/2016) | WAPLES00002972 | WAPLES00002977 | Hearsay, Foundation, Relevance |
| 140 | Email between Carolina Easton, Mark Jones, Valerie Dixon, and Jessica Armstead with Attachment (5/3/2016) | WAPLES00002796 | WAPLES00002798 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 141 | Email from Mark Jones to Carolina Easton and Jessica Armstead with Attachment (5/3/2016) | WAPLES00002426 | WAPLES00002427 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 142 | Email from Carolina Easton to Mark Jones and Jessica Armstead with Attachment (5/17/2016) | WAPLES00002451 | WAPLES00002459 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 143 | Email between Mark Jones and Kevin Ortega of Yardi (5/27/2016) | WAPLES00002417 | WAPLES00002420 | Hearsay, Foundation, Relevance |
| 144 | Email from Mayra Lopez to Josephine Giambanco (3/2/2016) | WAPLES00001384 | WAPLES00001384 | Hearsay, Foundation, Relevance |
| 145 | Email between Josephine Giambanco, Yvette Jimenez, and Carolina Easton with Attachment (5/19/2014) | WAPLES00002278 | WAPLES00002280 | Hearsay, Foundation, Relevance |
| 146 | Email from Josephine Giambanco to Carolina Easton with Attachment (3/21/2014) | WAPLES00002284 | WAPLES00002285 | Hearsay, Foundation, Relevance |
| 147 | Email between Carolina Easton and Josephine Giambanco (5/17/2013) | WAPLES00001372 | WAPLES00001373 | Hearsay, Foundation, Relevance |
| 148 | Email from Carolina Easton with Attachment (9/29/2015) | WAPLES00002208 | WAPLES00002209 | Hearsay, Foundation, Relevance |
| 149 | Email from Josephine Giambanco to Valerie Dixon (5/11/2016) | WAPLES00002447 | WAPLES00002448 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 150 | Email from Theresa Osborne to "Residential Managers and "Residential Assistant Managers" (7/15/2013) | WAPLES00001459 | WAPLES00001459 | Hearsay, Foundation, Relevance |

## V. Publicly Available Records and Documents

| No. | Description | Begin Bates | End Bates | Objection |
|---|---|---|---|---|
| 167 | The Washington Post: "Without Social Security numbers, illegal immigrants face eviction" (2/10/2016) | WAPLES00001356 | WAPLES00001358 | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |
| 168 | "Overview of Race and Hispanic Origin: 2010" (2010 Census Briefs) (3/2011) | GIRON00000589 | GIRON0000612 | Hearsay, Foundation, Relevance |
| 169 | "Profile of the Unauthorized Population: Fairfax County, VA" | GIRON00000613 | GIRON00000622 | Hearsay, Foundation, Relevance |
| 170 | "2010-2014 American Community Survey 5 Year Estimates": Units in Structure | GIRON00000523 | GIRON00000524 | Hearsay, Foundation, Relevance |
| 171 | "2010-2014 American Community Survey 5 Year Estimates": Selected Characteristics of the Native and Foreign-Born Populations | GIRON00000525 | GIRON00000533 | Hearsay, Foundation, Relevance |
| 172 | "Unauthorized Immigrant Totals Rise in 7 States, Fall in 14: Decline in those from Mexico fuels most state decreases" (11/18/2014) | GIRON00000218 | GIRON00000271 | Hearsay, Foundation, Relevance |
| 173 | "Fairfax County Department of Housing and Community Development Semi Annual At Risk Housing Report" (6/25/2010) | GIRON00000574 | GIRON00000582 | Hearsay, Foundation, Relevance |
| 174 | "2010-2014 American Community Survey 5 Year Estimates": Housing Units | GIRON00000522 | GIRON00000522 | Hearsay, Foundation, Relevance |
| 175 | "Estimates of the Unauthorized Population for States" Data for Virginia | N/A | N/A | Hearsay, Foundation, Relevance |
| 176 | "Quick Facts: Virginia" | N/A | N/A | Hearsay, Foundation, Relevance |
| 177 | "2010-2014 American Community Survey 5- Year Estimates": Housing Units for Fairfax County | N/A | N/A | Hearsay, Foundation, Relevance |

| 178 | "2010-2014 American Community Survey 5- Year Estimates": Units in Structure for Virginia | N/A | N/A | Hearsay, Foundation, Relevance |
| 179 | "2010-2014 American Community Survey 5- Year Estimates": Units in Structure for Fairfax County | N/A | N/A | Hearsay, Foundation, Relevance |
| 180 | "2010-2014 American Community Survey 5- Year Estimates": Selected Characteristics of the Native and Foreign-Born Populations for Virginia | N/A | N/A | Hearsay, Foundation, Relevance |
| 181 | The Washington Post: "Undocumented Latinos and their families sue after evictions" (5/23/2016) | N/A | N/A | Hearsay, Foundation, Relevance, More Prejudicial Than Probative |

Dated: December 23, 2020

Respectfully submitted,

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, WAPLES PROJECT LIMITED PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
Grayson P. Hanes (VSB #06614)
Michael S. Dingman (VSB #30031)
Justin deBettencourt (VSB #83806)
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Grayson P. Hanes (VSB No. #06614)
Michael S. Dingman (VSB #30031)
Justin deBettencourt (VSB #83806)
7900 Tysons One Place
Suite 500
McLean, Virginia  22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
