# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>    *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion *in Limine* to Exclude Evidence of the Ethnicity of Individuals at the Park Allegedly Affected by the Policy ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not present any evidence or argument as to the ethnicity of tenants or individuals at Waples Mobile Home Park who were allegedly affected by the Policy, including evidence or argument as to the number and/or percentage of individuals who are Latino who were allegedly affected by the Policy; it is further

ORDERED that Exhibits 1-7 to Defendants' memorandum in support of Defendants' Motion *in Limine* shall not be introduced into evidence at trial. It is further

ORDERED that Plaintiffs shall not make any argument referring to the aforementioned categories of evidence.

- 2 -

ENTERED this \_\_\_\_ of March 2021.

Alexandria, Virginia  
March \_\_, 2021

_____  
The Honorable T.S. Ellis, III  
United States District Judge