# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

## ORDER

UPON CONSIDERATION of Defendants' Motion *In Limine* to Exclude the Testimony of Ivan Yacub, Esq. ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not be permitted to introduce the testimony of Ivan Yacub, Esq. at trial.

ENTERED this _____ of March 2021.

Alexandria, Virginia
March __, 2021

_____
The Honorable T.S. Ellis, III
United States District Judge