# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          ALEXANDRIA DIVISION


 ROSY GIRON DE REYES,          )
 et al,                        )
                               )   Civil 16-563
         Plaintiffs,           )
                               )
    v.                         )
                               )   Alexandria, Virginia
 WAPLES MOBILE HOME PARK       )   September 23, 2020
 LIMITED PARTNERSHIP,          )
 et al,                        )
         Defendants.           )
 _____)


                    TRANSCRIPT OF MOTION HEARING
                             VIA ZOOM

                 BEFORE THE HONORABLE T. S. ELLIS
                    UNITED STATES DISTRICT JUDGE



         APPEARANCES:

 For the Plaintiffs:      Simon Yehuda Sandoval-Moshenberg
                          Gianna Puccinelli
                          Nady Peralta
                          Matthew Traupman


 For the Defendants:      Michael Sterling Dingman
                          Grayson Hanes
                          Justin deBettencourt
                          Grayson Hanes



 Court Reporter:    PATRICIA A. KANESHIRO-MILLER, RMR, CRR



 Proceedings reported by stenotype shorthand.
 Transcript produced by computer-aided transcription.
```

26

1   Circuit suggested?  Is that the plaintiffs' position?
2           MS. PUCCINELLI:  No, Your Honor.  Plaintiffs contend
3   that we should only be proceeding to trial on the disparate
4   impact theory of the Fair Housing Act claim.
5           THE COURT:  All right.  And as to that, it's the
6   position of the plaintiffs that it should proceed to trial on
7   all three steps of the analysis as identified by the Fourth
8   Circuit?
9           MS. PUCCINELLI:  That is correct, Your Honor.
10          THE COURT:  All right.  Now, with respect to the
11  arguments that I have heard, you might reiterate, just to
12  refresh my recollection, what is the plaintiffs' position on
13  the effect, if any, of the anti-harboring statute on the
14  plaintiffs' claim in this case?
15          MS. PUCCINELLI:  Your Honor, plaintiffs' position is
16  that the anti-harboring statute has no place in the analysis
17  on step one.  The Fourth Circuit's -- the Fourth Circuit's
18  opinion clearly states, under the first step, the plaintiff
19  must demonstrate a robust causal connection between the
20  defendants' challenged policy and the disparate impact on the
21  protected class.  And it goes -- the Fourth Circuit goes on
22  to identify how plaintiffs have done that.  And that's either
23  through statistical evidence or other evidence that
24  specifically links the policy at issue with a
25  disproportionate impact on the protected class.  And