# EXHIBIT 4

# Pls.' Ex. 151

## A.J DWOSKIN & ASSOCIATES, INC,
## VIOLATION LETTER

January 18, 2016



**RE:  Violation of Rules and Regulation & lease**

Dear Mr. ███

 Per our conversation we had last week, your lease expires on January 31, 2016, we will not be able to renewal your lease due to unauthorized occupants living in your home you will be going on month to month until further notice, your new monthly rent as of February 1,2016 is **$ 870.00** all occupants that are 18 years and older need to fill out an application we will need Valid government ID & Social Security card, and 3 most recent paystubs for new occupants and main lease holder, there will be a $55 application fee.

If you would like more information, you may refer to **The Mobile Home Rules & Regulations and your lease paragraph 4 & 6.**

If you have any questions, you may contact The Park Office at 703-273-2323

Thank you for your cooperation.

Very truly yours,
A.J Dwoskin & Associates, Inc.

By: _____
      Property Manager

Too1a2ao

WAPLES00001141

January 7, 2016



Dear █████

During a recent audit by the main office, it was discovered the following items were missing from your file:

**Your wife application and Social security card I have attached an application, please drop if off ASAP, to avoid delay on your renewal.**

**Your insurance will expire on 1/14/2016 please provide us a new copy.**

It is important that you come to the office with these missing items, as soon as possible and **no later than January 11<u>th</u> 2016.** We will be glad to make a copy for you of these missing items and return the originals to you.

If you like you are Welcome to drop them off in the rent box. Please make sure to add your address on the documents. **Please note that you will not be able to renewal your lease unless we have these documents.**

Thank you for your cooperation in this matter.

Sincerely,

Josephine Giambanco

Property Manager

Bull Run , MHP

## MOBILE HOME INSPECTION FORM

Date of Inspection _1/ '15/ 6_

Resident(s): _1259-_ ████████

Lot #: _____

| OUTDOORS | OK | REPAIR | REPLACE | PAINT | COMMENTS |
|---|---|---|---|---|---|
| LOT | | | | | |
| HOME | | | | | |
| FRONT ENTRANCE | | | | | ③ get Kidr |
| BACK ENTRANCE | | | | | Age |
| ROOF | | | | | |
| SHED | | | | | |
| LAWN/GARDEN | | | | | |
| SKIRTING | | | | | ████████ |
| FENCE | | | | | |
| OTHER | | | | | |

| INDOORS | | | | COMMENTS |
|---|---|---|---|---|
| BEDROOM | 1 | 2 | 3+ | |
| BATHROOM | 1 | 2 | 1/2 | |
| SMOKE DETECTORS | 1 | 2 | 3+ | |
| LEAKS | | | | |

HOUSEKEEPING: Excellent _____ Good _____ Fair _____ Poor _____

_need ID_

NUMBER OF OCCUPANTS: _____

NAMES: ████████

_No Applcovd on wife_

████████

TITLE OF HOME: YES_____ NO _____

ACTIVE HOME OWNERS INSURANCE: YES_____ NO_____ _1/14/16_

LOCATION OF WATER VALVE _____YES ____NO / CONDITION- _____GOOD _____BAD_____REPAIR/REPLAC

PIPES: INSTULATED____YES____NO    HEAT TAPE: ____YES_____NO

All work must be completed before you can renew your lease.  A second inspection will be needed to determin
completion of work.

Property Manager: _____ Resident: _____

WAPLES00001143

# Pls.' Ex. 152

# Pls.' Ex. 153

# Pls.' Ex. 154

# Pls.' Ex. 155

January 27, 2016

Waples Mobil Home Park
4308 Mobile Court
Fairfax, VA 22030

To whom it may concern:

I, ██████████████ am informing you that I am listing my mobile home for sale with NBI Realty LLC.
My address is 11250 Mobile Dr. Fairfax VA 22030.

If you have any questions, please feel free to contact me.

Sincerely,



11250 Mobile Dr. Fairfax VA 22030
703-232-0361

tQQ21021

WAPLES00000198

# Pls.' Ex. 156



## A.J DWOSKIN & ASSOCIATES, INC,
## VIOLATION LETTER

March 2, 2016,



**RE:  Violation of Rules and Regulation & lease**

Dear Mr. ▮▮▮

 Per our conversation we had  during the inspection last week, your lease expires on
March 31, 2016, we will not be able to renewal your lease due to unauthorized occupants
living in your home you will be going on month to month until further notice, your new
monthly rent as of April 1,2016 is **$ 870.00** all occupants that are 18 years and older need
to fill out an application we will need Valid government ID & Social Security card, and 3
most recent paystubs for new occupants and main lease holder, there will be a $55
application fee.


If you would like more information, you may refer to **The Mobile Home Rules &**
**Regulations and your lease paragraph 4 & 6.**

If you have any questions, you may contact The Park Office at 703-273-2323

Thank you for your cooperation.


Very truly yours,
A.J Dwoskin & Associates, Inc.

By: _____
     Property Manager

# Pls.' Ex. 157

**A.J DWOSKIN & ASSOCIATES, INC,**
**VIOLATION LETTER**

January 18, 2016



**RE:  Violation of Rules and Regulation & lease**

Dear Mr. ████████

 Per our conversation we had last week, your lease expires on January 31, 2016, we will
not be able to renewal your lease due to unauthorized occupants living in your home you
will be going on month to month until further notice, your new monthly rent as of
February 1,2016 is **$ 870.00** all occupants that are 18 years and older need to fill out an
application we will need Valid government ID & Social Security card, and 3 most recent
paystubs for new occupants and main lease holder, there will be a $55 application fee.

If you would like more information, you may refer to **The Mobile Home Rules &
Regulations and your lease paragraph 4 & 6.**

If you have any questions, you may contact The Park Office at 703-273-2323

Thank you for your cooperation.

Very truly yours,
A.J Dwoskin & Associates, Inc.

By: _____
   Property Manager

WAPLES00000199

# Pls.' Ex. 158

# Pls.' Ex. 159

# Pls.' Ex. 160

# Pls.' Ex. 161

# RIVAS DEPOSITION EXHIBIT 22
# (AUDIOFILE)
# GIRON 45



US_ACTIVE-129195966

# Pls.' Ex. 162

# RIVAS DEPOSITION EXHIBIT 23

# (AUDIOFILE)

# GIRON 48



US_ACTIVE-129195976

# Pls.' Ex. 163

# Pls.' Ex. 164

# Pls.' Ex. 165

# A.J. DWOSKIN
## & ASSOCIATES, INC.
### Real Estate Development & Management

11/30/2016



RE: <u>60 DAY TERMINATION NOTICE</u>

Dear ███████████ and all occupants:

Pursuant to your Lease agreement, you are hereby given this notice to vacate the premises no later than 01/31/2017 (Lease end date). This is the Landlord's 60-day notice of lease termination. Failure to vacate will result in legal action to recover possession plus all costs, damages and attorney's fees permitted by law.

Nothing herein shall affect your obligation to promptly pay all rent when due, or prevent your landlord from suing for non-payment of rent. You are also notified that the rent for the premises is due in accordance with your lease, up to and including the date you are required to quit and vacate. The Landlord hereby gives notice to the tenant that any rent received after receipt of this notice will be accepted with full reservation of your landlord's right to obtain possession of the premises and recover all of his costs and attorney's fees.

This correspondence serves as our advanced notification to you.

Please contact our office, should you have any specific questions or need further assistance.

Sincerely,

Waples Project LP / Property Manager

**\*THIS NOTICE DOES NOT WAIVE ANY OTHER NOTICES TO VACATE GIVEN BY THE LANDLORD AND THE LANLORD MAY PROCEED ON ANY AND ALL NOTICES.**

**URGENT**

07/2016

# Pls.' Ex. 166



# A.J. DWOSKIN
## & ASSOCIATES, INC.
### Real Estate Development & Management

## RESERVATION OF RIGHTS LETTER

December 5, 2016

Re:  **NOTICE OF ACCEPTANCE OF RENT WITH RESERVATION TO PROCEED WITH EVICTION/ RETAKE POSSESSION**

PLEASE TAKE NOTICE that the Landlord has accepted payment of the total amount as set forth below.  Landlord accepts such a payment with reservation of its right to proceed with an eviction and recover the premises. Additionally, the Landlord further reserves any and all rights and remedies against you under the lease or Virginia law to recover its damages or assert any additional claims as permitted by Virginia law.

Josephine Giambanco / Property Manager

## TOTAL ACCEPTED WITH RESERVATION:

$819.96        (paid on 12/5/2016)

### CERTIFICATE OF SERVICE

**URGENT**

I certify that this Notice was served as follows:

☐  PERSONAL SERVICE (handed to the tenant); or

Being unable to personally serve, a copy was delivered in the following manner:

☐  Delivered to a family member (not a temporary sojourner or guest) age 16 or older.  List name, age of recipient, and relation of recipient to party named above:_____

☒  Posted on front door or such other door as appears to be the main entrance of the leased premises. A copy was also sent by regular mail.

12-5-16
Date of Service

Signature

J.G.
Printed Name of Person Making Service

02/2016

