# Exhibit 2: Subject to Pending Motion to Seal