# Exhibit 3: Subject to Pending Motion to Seal