# Exhibit 4: Subject to Pending Motion to Seal