# Exhibit 5: Subject to Pending Motion to Seal