# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          ALEXANDRIA DIVISION


  ROSY GIRON DE REYES,        )
  et al,                      )
                              )    Civil 16-563
          Plaintiffs,         )
                              )
     v.                       )
                              )    Alexandria, Virginia
  WAPLES MOBILE HOME PARK     )    September 23, 2020
  LIMITED PARTNERSHIP,        )
  et al,                      )
          Defendants.         )
  _____ )


                  TRANSCRIPT OF MOTION HEARING
                          VIA ZOOM

              BEFORE THE HONORABLE T. S. ELLIS
                 UNITED STATES DISTRICT JUDGE



           APPEARANCES:

  For the Plaintiffs:    Simon Yehuda Sandoval-Moshenberg
                         Gianna Puccinelli
                         Nady Peralta
                         Matthew Traupman


  For the Defendants:    Michael Sterling Dingman
                         Grayson Hanes
                         Justin deBettencourt
                         Grayson Hanes



  Court Reporter:   PATRICIA A. KANESHIRO-MILLER, RMR, CRR



  Proceedings reported by stenotype shorthand.
  Transcript produced by computer-aided transcription.
```

1  Circuit suggested?  Is that the plaintiffs' position?
2          MS. PUCCINELLI:  No, Your Honor.  Plaintiffs contend
3  that we should only be proceeding to trial on the disparate
4  impact theory of the Fair Housing Act claim.
5          THE COURT:  All right.  And as to that, it's the
6  position of the plaintiffs that it should proceed to trial on
7  all three steps of the analysis as identified by the Fourth
8  Circuit?
9          MS. PUCCINELLI:  That is correct, Your Honor.
10         THE COURT:  All right.  Now, with respect to the
11 arguments that I have heard, you might reiterate, just to
12 refresh my recollection, what is the plaintiffs' position on
13 the effect, if any, of the anti-harboring statute on the
14 plaintiffs' claim in this case?
15         MS. PUCCINELLI:  Your Honor, plaintiffs' position is
16 that the anti-harboring statute has no place in the analysis
17 on step one.  The Fourth Circuit's -- the Fourth Circuit's
18 opinion clearly states, under the first step, the plaintiff
19 must demonstrate a robust causal connection between the
20 defendants' challenged policy and the disparate impact on the
21 protected class.  And it goes -- the Fourth Circuit goes on
22 to identify how plaintiffs have done that.  And that's either
23 through statistical evidence or other evidence that
24 specifically links the policy at issue with a
25 disproportionate impact on the protected class.  And