**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion *In Limine* to Exclude Argument Questioning Whether Valid Interests for the Policy were in Place at the Time of the Policy's Adoption ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not be permitted to introduce argument and evidence that Defendants' Policy was not motivated by the valid interests served by the Policy or that the valid interests served by the Policy are post hoc justifications.

ENTERED this ____ of March 2021.


Alexandria, Virginia
March __, 2021

                                                       The Honorable T.S. Ellis, III
                                                     United States District Judge