IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>    Defendants. | Civil No.:  1:16-cv-563 (TSE) (TCB) |

### DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE MEANING OF THE FEDERAL ANTI-HARBORING STATUTE, 8 U.S.C. § 1324 OR THE U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT'S DECISION IN *UNITED STATES V. AGUILAR*, 477 F. App'x 1000 (4th Cir. 2012)

Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel, respectfully submit their Motion *In Limine* to Exclude Evidence or Argument Regarding the Meaning of the Federal Anti-Harboring Statute 8 U.S.C. § 1324 or the U.S. Court of Appeals for the Fourth Circuit's Decision in U.S. v. Aguilar, 477 F. App'x 1000 (4th Cir. 2012). The grounds for this requested relief are set forth in a contemporaneously filed Memorandum in Support. A proposed Order is attached.

Dated:  Jan. 11, 2021            Respectfully submitted,

                    WAPLES MOBILE HOME PARK LIMITED
                    PARTNERSHIP, WAPLES PROJECT LIMITED
                    PARTNERSHIP AND
                    A. J. DWOSKIN & ASSOCIATES, INC.

- 2 -

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*