# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>*Defendants*. | Civ. No. 1:16-cv-00563 (TSE/TCB) |

## ORDER

UPON CONSIDERATION of Defendants' Motion *In Limine* to Exclude Evidence or Argument Regarding the Meaning of the Federal Anti-Harboring Statute, 8 U.S.C. § 1324 or the U.S. Court of Appeals for the Fourth Circuit's Decision in *United States v. Aguilar*, 477 F. App'x 1000 (4th Cir. 2021) ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not be permitted to offer evidence or argument at trial regarding the meaning of the anti-harboring provision of the federal Immigration Reform and Control Act of 1986, 8 U.S.C. § 1324, or the decision of the U.S. Court of Appeals for the Fourth Circuit construing that provision in *United States v. Aguilar*, 477 F. App'x 477 (2012).

ENTERED this ____ of March 2021.

Alexandria, Virginia  
March __, 2021

_____  
The Honorable T.S. Ellis, III  
United States District Judge