UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:16-cv-563 (TSE/TCB) |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Alena Amaya, and Hebert David Saravia Cruz's ("Plaintiffs") Motion to File Documents Under Seal and supporting memorandum (Dkts. 334, 335). Plaintiffs seek to file under seal Exhibits 1 through 5 to their motions in limine.

District courts have authority to seal court documents "if the public's right of access is outweighed by competing interests." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). Procedurally, a district court may seal court filings if it (1) "provide[s] public notice of the request to seal and allow[s] interested parties a reasonable opportunity to object, (2) consider[s] less drastic alternatives to sealing the documents, and (3) provide[s] specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Id.* Upon consideration of Plaintiffs' filings, the Court makes the following findings.

First, Plaintiffs have provided public notice of their request to seal and interested parties have been given a reasonable opportunity to object. Plaintiffs filed their motion to seal and

public notice on January 11, 2021. (*See* Dkts. 334, 336.) Because over seven days have elapsed since Plaintiffs filed the motion to seal and public notice, and no interested party has objected, the Court may treat this motion as uncontested under Local Civil Rule 5(C). *See* L. Civ. R. 5(C). Accordingly, Plaintiffs have satisfied this requirement under *Ashcraft* and the Local Civil Rules.

Finally, this Court has considered less drastic alternatives and also finds reason to seal the exhibits. These exhibits consist of deposition testimony containing information the parties designated as confidential in their stipulated protective order. The deposition testimony contained in the exhibits at issue are already excerpted, and so further redactions would not suffice to protect the parties' information.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' motion to seal (Dkt. 334) is **GRANTED**. Docket number 350 shall remain permanently under seal.

ENTERED this 21st day of January, 2021.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia