UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, *et al.*,

    *Plaintiffs*,

vs.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,

    *Defendants*.

Civ. No. 1:16-cv-00563 (LO/TCB)

## JOINT REQUEST FOR A TELEPHONIC STATUS CONFERENCE

The parties, by counsel, respectfully request that this Court set the matter for a telephonic status conference on the morning of May 19, 20, or 21. In support of this request, the parties respectfully represent as follows:

1. This matter is on remand from the Fourth Circuit. *Reyes v. Waples Mobile Home Park Ltd. P'ship*, 903 F.3d 415 (4th Cir. 2018), *cert. denied*, 139 S.Ct. 2026 (2019).

2. On November 5, 2020, this Court entered a briefing schedule for Motions in Limine [Dkt. No. 308]. Pursuant to that schedule, the parties filed Motions in Limine on January 11, 2021 [Dkt. Nos. 322-345].

3. On February 1, 2021, Judge Ellis entered a *sua sponte* order recusing himself from this matter, ordering the clerk to reassign this matter, and suspending all briefing deadlines including on the pending Motions in Limine [Dkt. No. 356 at p.2]. The matter was then reassigned to Judge O'Grady.

4. On May 3, 2021, civil jury trials resumed in the Eastern District of Virginia, but subject to considerable limitations on courtroom availability. *See* E.D. Va. General Order No. 2021-04.

1

WHEREFORE, the parties respectfully request that this matter be set for a telephone status conference.[1]  Counsel for the parties are available on the mornings of May 19, 20, or 21.

Respectfully submitted,                                                                        May 6, 2021

_____//s//_____
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
1300 I Street NW, Suite 900
Washington, DC 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
*Counsel for Plaintiffs*

Respectfully submitted,


WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP,
WAPLES PROJECT LIMITED PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/_____
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place

---

[1] A review of this Court's published hearings schedule appears to indicate that Judge O'Grady is currently hearing most civil matters telephonically.  Should the Court wish for counsel to appear in person, counsel are available on the same dates set forth above.

2

Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

3

**Certificate of Service**

I hereby certify that on this 6th day of May, 2021, I caused the foregoing, along with all attachments thereto, to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to all counsel of record.

_____//s//_____
Simon Sandoval-Moshenberg (VSB No. 77110)
*simon@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454