# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **ROSY GIRON DE REYES, ET AL.,** | | |
|---|---|---|
| | Plaintiffs, | |
| v. | | |
| | | **STATUS CONFERENCE** |
| **WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, ET AL.,** | | Case No. 1:16CV563 |
| | Defendants. | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Paulina Miller | Hearing Began: | 10:01 a.m. |
| Proceeding Held: 05/21/2021 – Telephonic Status Conference | Hearing Ended: | 10:15 a.m. |
| | | (00:14) |

**Appearances:**

| **Plaintiffs:** | Simon Sandoval-Moshenberg, Clay Warner, Matthew Traupman, Nady Peralta |
|---|---|
| | |
| **Defendants:** | Grayson Haynes, Justin deBettencourt, Michael Dingman |

Parties advise Court of case status.

Hearing set for pending Motions in Limine ([322], [325], [328], [331], [337], [340], [343]) for **Friday, July 16, 2021 at 10:00 a.m.**
(Court is undecided as to in person or telephonic hearing at this time-TBD).

Case set for **Trial** by **Jury** on **March, 14, 2022 at 10:00 a.m.** (est. 1 week)