UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>  *Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>  *Defendants*. | Civ. No. 1:16-cv-00563 (LO/TCB) |

## JOINT NOTICE REGARDING BRIEFING SCHEDULE
## ON PENDING MOTIONS IN LIMINE

Pursuant to this Court's Order [Dkt. No. 358], the parties have met and conferred, and agreed upon the following briefing schedule for the pending Motions in Limine [Dkt. Nos. 322, 325, 328, 331, 337, 340, 343]:

- The parties shall file their Memoranda in Opposition on or before June 4, 2021

- The parties shall file any reply memoranda on or before June 28, 2021

- Oral argument on the motions is to be held on Friday, July 16, 2021, at 10:00am.

The parties further advise the Court that Plaintiffs and their experts are available for trial on either the week of March 14 or March 21, 2022 and that Defendants and their experts are available for trial on the week of March 21, 2022.


Respectfully submitted,

_____//s//_____     May 27, 2021
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Nady Peralta, VSB #91630
6066 Leesburg Pike, Suite 520

1

Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
nady@justice4all.org

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
Matthew Traupman (pro hac vice)
1300 I Street NW, Suite 900
Washington, DC 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
kevinchu@quinnemanuel.com
matthewtraupman@quinnemanuel.com
*Counsel for Plaintiffs*

Respectfully submitted,

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP,
WAPLES PROJECT LIMITED PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*

## Certificate of Service

I hereby certify that on this 27th day of May, 2021, I caused the foregoing, along with all attachments thereto, to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Grayson P. Hanes (VSB No. 06614)
Michael S. Dingman (VSB No. 30031)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
mdingman@reedsmith.com
jdebettencourt@reedsmith.com
*Counsel for Defendants*