5/18/2006

# Waples/Bull Run Mobile Home Parks
## Future Resident Information Guide

### Application Fee
The application fee is $35.00 per Leaseholder and $10.00 per Occupant 18 years or older. Those persons 18 years and older whose income is used to qualify, must apply as a Leaseholder. We use Scorex same-day application processing.

| Lease Term | Monthly Lot Rent | Minimum Yearly Qualifying Income | Minimum Deposit |
|---|---|---|---|
| 12-Month | $645.00 | $38,700.00 Leaseholder / $58,050.00 Guarantor | $645.00 |

### Application Requirements

1. **Application** — Completed Application • Application Fee • Signature of Applicant
2. **Identification** — Must provide valid, original, government issued photo ID - U.S. Driver's License, Passport, etc.
3. **Social Security Card / Individual Taxpayer Identification Number / Other**
   Applicants must submit one (1) of the following:
   - Original Social Security Card (SSC).
   - If applicant does not have a Social Security Number (SSN), he/she must submit their original Passport, original Visa and original I-94 or I-94W Arrival/Departure Form.
4. **Income**
   Must meet minimum income requirements based on taxable, gross income.
   - The most recent, consecutive original pay stubs (2-4 based on pay schedule).
   - If new job, original, signed offer letter.
   - If self-employed, 1040 Tax Returns with Schedule C and any W-2 / 1099 forms received for the past two (2) years.
5. **Residency**
   Must supply consecutive dates of current and past places of residency for the last three (3) years.

### Occupancy
Occupancy shall be limited to those person(s) listed on the original application. All Occupants 18 years and older must complete an Occupant Application and be approved to live in the park. If occupancy changes, any person 18 years or older who wishes to reside in the mobile home, must fill out an Occupant Application and be approved to live in the park prior to moving into the home.

### Parking Policy
We offer private paved driveways as well as guest parking in selected areas.

### Pet Policy
We welcome cats and dogs up to 35 lbs. at maturity. Two (2) pets are the maximum. No Rottweilers, Pit Bulls, Staffordshire Terriers, Canary Dogs, Doberman Pinschers, or Chow-Chows (including mix with restricted breed) will be permitted.

### Utilities
The lot rent does not include utilities. Electric and/or gas in each individual mobile home is the responsibility of the homeowner. 200 AMP service may be available based on certain specifications. Each home has an individual water meter that is read, billed and collected monthly by Minol USA. Minol USA is a billing entity acting on behalf of the mobile home parks to bill and collect monthly water bills. Trash removal and recycling are included in the lot rent. The local cable company offers the ability to hook into direct cable TV at each home site.

### Due On or Before Move-In Date
Original Certificate of Title for mobile homes that are paid in full or Financing Agreement if title for mobile home is held by the lender.

### SPECIAL NOTES:
- Applicants must formally be approved to live in the mobile home park before purchasing a home, or moving a home on-site.

- All required documents must be original, and will in turn be photocopied in the Park Office by a member of Management.
- No faxed copies of documents or off-site photocopies of documents will be accepted.
- Personal mobile home insurance is highly recommended in the event of an unforeseen accident or loss.

*Rents and fees are subject to change at any time.

5/18/06

WAPLES00000734