# Application Requirements:

**Application:**
- Completed Application
- Application Fee
- Signature of Applicant

**Identification:**
- Applicant must provide valid, original, government issues photo ID (U.S. Driver's License, Passport, etc.)

**Additional Documents:**
Applicants must submit the following:
- Original Social Security Card
- Applicants who are not U.S. citizens, must also provide immigration documentation to prove legal presence in the United States.

**Income:**
Applicants must submit one of the following:
- 2 - 4 most recent consecutive original pay stubs
- if new job, original offer letter
- if self-employed, 1040 Tax Returns with Schedule C for the past 2 years

**Residency:**
Applicant must supply places of current and past residencies on the application for the last 3 years (dates must be consecutive) and provide contact names and phone numbers

**Special Notes:**
- Applicants must formally be approved to live in the mobile home community before purchasing a home, or moving a home on-site.
- All required documents must be **original**, and will in turn be photocopied in the Park Office by a member of Management.
- No faxed copies of documents or off-site photocopies of documents will be accepted.
- Personal mobile home insurance is required in the event of an unforeseen accident or loss.