**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (LO/TCB) |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

This matter comes before the Court under Local Civil Rule 5, and on the motion of Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") to file under seal the exhibits to Plaintiffs' Oppositions to Defendants' various motions *in limine* as described in the table below.

| Dkt. # | Exs. to be sealed |
|---|---|
| 360 | 1 |
| 361 | 3-5 |
| 362 | 2-3; 5-7 |
| 363 | 1-4 |

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2)

consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board:

"This document serves as notice to the public that Plaintiffs, by counsel, have moved the Court to seal from public disclosure certain exhibits to Plaintiffs' Oppositions to Defendants' Motions in Limine, Dkts. 325, 328, 332, and 337. A brief description of the contents of the documents that Plaintiffs request to file under seal is as follows:

***Plaintiffs' Opposition to Defendants Motion to Exclude Evidence of the Ethnicity of Individuals at the Park Allegedly Affected*, Dkt. 360:**

- Exhibit 1: Summary of charts disclosing the names of Defendants' tenants.

***Plaintiffs' Opposition to Defendants Motion to Exclude the Testimony of Ivan Yacub*, Dkt. 361:**

- Exhibit 3: Communications between the parties related to Plaintiff's lease agreement which the Defendants have maintained as confidential.

- Exhibit 4: Communications to the Plaintiffs related to eviction, which the parties have maintained as confidential; as well as sensitive personal information including sensitive financial information about the Plaintiffs.

- Exhibit 5: Communications to Plaintiffs related to eviction which the parties have maintained as confidential.

- Exhibit 7: Defendant's designated confidential deposition.

***Plaintiffs' Opposition to Defendants Motion to Exclude Evidence of Lease Materials and Purported Eviction Correspondence*, Dkt. 362:**

- Exhibit 2: Communications to Plaintiffs related to eviction which the parties have maintained as confidential.

- Exhibit 3: Commercial communication to tenants designated confidential by the agreement of counsel.

- Exhibit 5: Third-party correspondence relating to Defendants' business practices including sensitive business information which the parties have maintained as confidential.

- Exhibit 6: Rental agreement from landlord not party to this litigation, designated as confidential by agreement of counsel.

- Exhibit 7: Background check documents including Plaintiffs' sensitive personal information.

***Plaintiffs' Opposition to Defendants Motion to Exclude Evidence Damages*, Dkt. 363:**

- Exhibits 1-4: Plaintiffs' designated confidential depositions, which contain sensitive personal information."

Based upon Plaintiffs' filings, the Court **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED**.

Dated: _____

                                                                 _____
                                                                 The Honorable L. O'Grady
                                                                 United States District Court for the
                                                                 Eastern District of Virginia