UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>    *Defendants*. | Civ. No. 1:16-cv-00563 (LO/TCB) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Motion to Amend Exhibit List and Witness List. Upon consideration of the motion, along with all supporting and opposing memoranda and materials, it is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that the following documents be added to Plaintiffs' exhibit list (Dkt. 312-1):

- "Frequently Occurring Surnames from the 2010 Census," published by the U.S. Census Bureau at

    https://www.census.gov/topics/population/genealogy/data/2010_surnames.html

    ("2010 Census Document");

- A summary chart attached as Exhibit 3 to Plaintiffs' Memorandum of Law in Support of Motion to Amend Exhibit List and Witness List, which includes data drawn from the 2010 Census Document with respect to surnames identified in Plaintiffs' trial exhibits 104 and 123;

and it is further

1

ORDERED that Danna Chavez Calvi be added to Plaintiffs' witness list (Dkt 312) to describe the creation of the summary chart noted above.

Alexandria, Virginia

Date: _____          _____
                                     Liam O'Grady,
                                     United States District Judge