| Name | Surname Checked in 2010 Census Document | Percent Hispanic or Latino Origin from 2010 Census Document |
|---|---|---|
| Henri Benitez | BENITEZ | 93.86 |
| Feliz Bolanos | BOLANOS | 94.2 |
| Bladimir Enrique Cespdes | CESPEDES | 91.29 |
| Herbert Saravia Cruz | CRUZ | 87.88 |
| Kevin Dabowski | DABOWSKI | N/A |
| Juana Flores | FLORES | 91.94 |
| Sergio Gonzalez | GONZALEZ | 94.97 |
| Carmelo Hurtado | HURTADO | 93.9 |
| Rennan Iporre | IPORRE | N/A |
| Selso Lopez Rodriguez | LOPEZRODRIGUEZ | 96.12 |
| Miguel Maldonado | MALDONADO | 93.71 |
| Jose Mendez Sanchez | MENDEZSANCHEZ | 98.59 |
| Moya Esteban | MOYA | 89.3 |
| Andi Morales-Orellano | ORELLANO | 88.55 |
| Somnuk Pongvichit | PONGVICHIT | N/A |
| Eusebio Poma | POMA | 29.12 |
| Ana Ramos Cruz | RAMOSCRUZ | 95.96 |
| Jose Reyes | REYES | 88.58 |
| Elmer Rivera | RIVERA | 91.06 |
| Selso Rodriguez | RODRIGUEZ | 93.77 |
| Mario Sanchez | SANCHEZ | 92.99 |
| Jose Serrano | SERRANO | 90.34 |

| General Key/Notes: |
|---|
| • "2010 Census Document" = File B; Surnames Occurring 100 or more times, found at https://www.census.gov/topics/population/genealogy/data/2010_surnames.html <br> • Column A includes: <br>   -All names from chart on WAPLES00001272-73 from Pls. Ex. 104 with "N" in "Complied" column <br>   -All names from chart on WAPLES00002442 from Pls. Ex. 123 <br> • "N/A" surname not listed in 2010 Census Documemt. |