UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (LO/TCB) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

This matter comes before the Court under Local Civil Rule 5, and on the motion of Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") to file under seal Exhibits 1, 2 and 3 to Plaintiffs' Motion to Amend Exhibit List and Witness List.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board:

"This document serves as notice to the public that Plaintiffs, by counsel, have moved the Court to seal from public disclosure Exhibits 1, 2 and 3 to Plaintiffs' Motion to Amend Exhibit

1

List and Witness List. A brief description of the contents of the documents that Plaintiffs request to file under seal is as follows:

- Exhibit 1: confidential documents listing names of Defendants' tenants and reasons that those tenants were unable to renew their leases.

- Exhibit 2: a confidential document listing names of Defendants' tenants and reasons that those tenants were unable to renew their leases.

- Exhibit 3: a summary chart listing names of Defendants' tenants, drawn from Exhibits 1 and 2."

Based upon Plaintiffs' filings, the Court **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED**.

Dated: _____

                                                        The Honorable Liam O'Grady
United States District Court for the
Eastern District of Virginia