# EXHIBIT 7



# Transcript of George C. Caruso, CPM, RAM, SHCM, HCCP

**Date:** December 20, 2016

**Case:** de Reyes, et al. -v- Waples Mobile Home Park Limited Partnership, et al.

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1   everybody else is safe.  So the long and short of it
2   is I think it's part of the whole package.  And it
3   became more so when Congress made the changes and
4   made it illegal to give anybody work unless they
5   were here legally.  So you kind of look at the broad
6   sweep of this stuff and you say is this a -- you
7   know, is it unusual to do that.  And I don't think
8   it is.  I think it's a consistent, thoughtful
9   policy.
10       Q   Isn't it true that asking for immigration
11  documents from the U.S. government helps a landlord
12  verify the identity of an applicant or tenant?
13       A   Yeah.  As a matter of fact, in most cases
14  you have to get decent third-party verification, and
15  government documents is -- are among the gold
16  standards in terms of decent third-party
17  documentation.  You might recall, I don't know, I
18  guess three hours ago when we started this, Joy
19  mentioned, you know, can you take pay stubs.  Well,
20  you do it, but it's a very desperate last measure
21  because you want better justification than that and
22  you want something that's a more secure document if

```
 1   you can get it.
 2        Q    Isn't it true that the U.S. government
 3   vets -- let me rephrase.  Isn't it true that when a
 4   person obtains immigration documents from the U.S.
 5   government, the U.S. government vets their
 6   background?
 7             MS. ODOM:  Objection, foundation.
 8             MR. deBETTENCOURT:
 9        Q    You may answer.
10        A    I assume so.  I don't believe they issue
11   documents just on somebody's say-so.  I'm not
12   intimately familiar with the level of backgrounding
13   they do, but, you know (inaudible) --
14             (At which time the court reporter requested
15   clarification regarding the answer.)
16             THE WITNESS:  Mr. deBettencourt, why don't
17   you try asking the question again and we'll start it
18   all over and she can just dump that section.
19             MR. deBETTENCOURT:
20        Q    Isn't it true that when someone applies for
21   immigration documents from the U.S. government, the
22   U.S. government vets their background?
```