**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,       ) | |
|             ) | |
|     Plaintiffs,       ) | |
|             ) | |
|       v.           ) | Civil Action No. 1:16-cv-563 (LO/TCB) |
|             ) | |
| WAPLES MOBILE HOME PARK     ) | |
| LIMTED PARTNERSHIP, *et al.*,     ) | |
|             ) | |
|     Defendants.      ) | |

## <u>ORDER</u>

This matter comes before the Court on the parties' Joint Motion to Schedule Motions for Hearing. (Dkt. 384.) The parties request that the Court hear Plaintiffs' Motion to Amend Exhibit List and Witness List (Dkt. 372) and Defendants' Motion *in Limine* to Exclude Evidence of the Ethnicity of Individuals at the Park Allegedly Affected by the Policy (Dkt. 322) on the same date. Upon the consent of the parties and in the interest of judicial economy, it is hereby

**ORDERED** that the Motion (Dkt. 384) is **GRANTED**. The Court shall hear both motions (Dkts. 322, 372) on July 16, 2021 at 10:00 a.m.

ENTERED this 11th day of June, 2021.

                               /s/

_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia