# FREQUENTLY OCCURRING SURNAMES IN THE 2010 CENSUS

## Joshua Comenetz

## October 2016

### INTRODUCTION

The 2010 Census Surname Table is the third in the U.S. Census Bureau's series of data products listing the most common surnames (last names) reported in the decennial U.S. census. The Census 2000 product was based on very different methods from the 1990 Census product, while the 2010 product is based on the methodology and programming used in 2000 with some revisions. This document first summarizes the methodological changes between 2000 and 2010, then describes the 2010 results and compares them with the 2000 surname list.

*This report documents both the overall frequency of surnames (last names), as well as some of the basic demographic characteristics that are associated with surnames. The presentation of data in this report focuses on summarized aggregates of counts and characteristics associated with surnames, and the data do not in any way identify any specific individuals.*

### METHODOLOGY CHANGES

The 2010 surname project began as a replication of the 2000 project, using the same programming. This section describes ways in which the 2010 methods differed from the 2000 methodology that is described in Word et al. (2007). For the complete methodology employed in the 2010 project, please refer to both Word et al. (2007) and this document.

Creation of the 2010 product started with raw data from the 2010 Census: the surnames provided by census respondents. These data were processed by the 2000 programming, applying edits described in Word et al. (2007), resulting in the initial 2010 draft product. The initial 2010 draft names list was extensively reviewed by a group of Census Bureau staff. Their findings were consolidated into a new set of edits, comprising updates or corrections needed to fix problems that arose in 2010 but not in 2000, or to fix problems that were partially addressed in the 2000 programming but were more widespread or complex in the 2010 data set. New programming, to add to the 2000 programs, was written to implement the new set of edits. Applying the new programming to the initial draft product resulted in a revised draft. The revised draft was reviewed to see if all of the new set of edits were addressed, and also compared with the 2000 product to see if changes in name frequency (name count, or number of times each name was reported in the census) over the decade made sense in light of general demographic trends. Several rounds of programming and review resulted in the publicly available 2010 surname product.

**Edits applied in both 2000 and 2010 with variation**

In the 2000 project, first names were extensively examined as part of the overall review of reported names. First names were used in 2010 only to the extent that the 2000 programming uses them as a component of its edits. We did not otherwise employ first names in the 2010 project.

In 2000, manual review ("eyeballing") was conducted for names with a frequency of at least 300. Names with lower frequencies were not examined. In 2010, partly to compensate for the reduced role of first names, we conducted a much larger manual review. All names with a frequency of at least 10 were scanned by two or more reviewers, with an eye toward obvious erroneous entries (e.g., I LIVE ALONE), extraneous characters (SMITH--- rather than SMITH), spelling errors (JACKOSN rather than JACKSON), inclusion of suffixes (GONZALEZJR rather than GONZALEZ), and any other potential errors.

**Edits and a correction newly applied in the 2010 product**

Most edits applied in the Census 2000 names product were carried over to the 2010 product. Based on the manual review team's work, we developed a list of additional corrections necessary to fix problems seen in the 2010 data. These included deletion of punctuation, spaces, suffixes, prefixes, and non-names, along with correction of obvious spelling errors, as summarized below.

One set of edits related to punctuation and spaces:
- All punctuation marks and spaces that were part of surnames were deleted. SMITH-JONES and SMITH JONES were changed to SMITHJONES. O'HARA and O HARA became OHARA.
- Many names on the raw list also contained extraneous punctuation. The punctuation was deleted, so, for example, SMITH--- became SMITH.
- All reported surnames consisting of two letters separated by a space (A A, C D) were deleted from the list.
- Names with more than two letters that contained extraneous spaces were edited to remove the spaces, e.g., S M I TH became SMITH.

Another group of edits removed suffixes and prefixes:
- JUNIOR, SENIOR, and THIRD were removed from the ends of names.
- JR and III were deleted from both the beginning and end of names.
- SR was deleted from the end of name only if the name had at least seven alphabetic characters, because several shorter names do end in SR while longer names ending in SR tended to include suffixes (e.g., NASR was kept, WILSONSR was changed to WILSON).
- II was deleted from the beginning or end of a name only if it was separated by a space, because a number of names do begin or end with II (NISHII was not changed, JONES II and II JONES were both changed to JONES).

- Similarly, J R and S R were deleted from the beginning or end of a name if they were separated from the rest of a name by a space (GONZALEZ S R became GONZALEZ).
- IV was deleted from the end of a name if separated by a space.

A third set of edits deleted and corrected names. The 2000 programming contains deletion and correction lists that were maintained and expanded for the 2010 project. For example:
- Except for NG, all 2-letter names that did not contain a vowel or Y were deleted (AA, AB, and BY were kept; DD and BC were deleted).
- Obvious non-names were deleted: for example, ABCDEFG, ADULT FEMALE, DECLINE TO STAT, DONT KNOW, NO NOMBRE, OOOOO, SAME AS ABOVE. The goal was to delete only entries that, like these, were very unlikely to be genuine surnames. Names that looked improbable but not impossible were kept, e.g., ANONYMOUS.
- Several obvious spelling errors were corrected. For example, JACKOSN became JACKSON, RODRIGU Z became RODRIGUEZ, WRGHT became WRIGHT.

Finally, a small error in the classification of names by race in the 2000 programming was discovered and corrected. The 2000 and 2010 products use the same six Hispanic origin and race categories: Non-Hispanic White Alone, Non-Hispanic Black or African American Alone, Non-Hispanic American Indian and Alaska Native Alone, Non-Hispanic Asian and Native Hawaiian and Other Pacific Islander Alone, Non-Hispanic Two or More Races, and Hispanic or Latino origin. However, in the 2000 product the Non-Hispanic Native Hawaiian and Other Pacific Islander Alone group was combined with the Non-Hispanic Two or More Races group, rather than with the Non-Hispanic Asian Alone group. This misclassification affected only about 0.1 percent of people responding to Census 2000. For the 2010 product, we corrected the classification procedure, and people identifying as Non-Hispanic Asian Alone or Non-Hispanic Native Hawaiian and Other Pacific Islander Alone are grouped together.[1]

**SUMMARY OF RESULTS**

Table 1 outlines the national distribution of surnames by frequency in the United States in the 2010 Census. About 6.3 million different surnames were reported by census respondents in 2010. Of these, 11 were reported more than a million times each, while 3.9 million, or 61.9 percent, were reported only once: unique surnames or unique variations of more frequent names (including errors resulting from the transcription of names handwritten on census forms). Surnames were recorded for 295 million people, or 95.5 percent of the population enumerated in the 2010 Census. This coverage is comparable to surname coverage in 2000 (95.9 percent of the population). All of the editing procedures applied to the 2010 Census surnames together affected about 7.7 million individual records, or 2.6% of the 295 million records that contained surnames.

The 50 most common surnames are summarized in Appendix Table A-1, which provides frequency, rank, and distribution by Hispanic origin and race groups. The Hispanic origin and

---

[1] In the rest of this document, Black is used interchangeably with Non-Hispanic Black or African American Alone; Hispanic is used interchangeably with Hispanic or Latino origin; Asian and Native Hawaiian and Other Pacific Islander is used interchangeably with Non-Hispanic Asian and Native Hawaiian and Other Pacific Islander Alone.

race groups are the same as used in the 2000 product (Word et al., 2007). The top five surnames are the same in both years (SMITH, JOHNSON, WILLIAMS, BROWN, JONES). Below the top five, the most notable change from 2000 to 2010 is the increasing prominence of predominantly Hispanic surnames. In 2000, the top 50 contained 10 surnames that were at least 90 percent Hispanic, and the top-ranked Hispanic surname (GARCIA) was ranked 8. In 2010, 12 of the top 50 were at least 90 percent Hispanic, and GARCIA was ranked 6.

**Table 1. Surnames by frequency range and number of people: 2010**

| Frequency range | Surnames | | | People with these Surnames | | |
|---|---|---|---|---|---|---|
| | Number | Cumulative Number | Cumulative Proportion (percent) | Number | Cumulative Number | Cumulative Proportion (percent) |
| 1,000,000+ | 11 | 11 | 0.0 | 15,505,815 | 15,505,815 | 5.3 |
| 100,000-999,999 | 303 | 314 | 0.0 | 66,723,063 | 82,228,878 | 27.9 |
| 10,000-99,999 | 3,253 | 3,567 | 0.1 | 84,107,944 | 166,336,822 | 56.4 |
| 1,000-9,999 | 21,322 | 24,889 | 0.4 | 61,658,357 | 227,995,179 | 77.3 |
| 100-999 | 137,364 | 162,253 | 2.6 | 37,672,049 | 265,667,228 | 90.1 |
| 50-99 | 114,079 | 276,332 | 4.4 | 7,939,724 | 273,606,952 | 92.8 |
| 25-49 | 177,884 | 454,216 | 7.2 | 6,182,636 | 279,789,588 | 94.9 |
| 10-24 | 354,912 | 809,128 | 12.8 | 5,448,514 | 285,238,102 | 96.7 |
| 5-9 | 424,454 | 1,233,582 | 19.6 | 2,761,552 | 287,999,654 | 97.6 |
| 2-4 | 1,165,587 | 2,399,169 | 38.1 | 3,079,711 | 291,079,365 | 98.7 |
| 1 | 3,899,864 | 6,299,033 | 100.0 | 3,899,864 | 294,979,229 | 100.0 |

Source: U.S. Census Bureau, 2010 Census.

The next two tables look only at the 1,000 most frequent surnames. Table 2 shows the 10 names with the highest shares of identification with each Hispanic origin or race group—for example, 87.5 percent of people with the name WASHINGTON identified themselves as Black. There is little overlap among the six lists, highlighting the degree to which surnames vary among racial and ethnic groups in the United States.

Most individual surnames do not reflect the diversity of the population as a whole. In many cases, over 90 percent of people reporting a name identify with just one of the six Hispanic origin or race groups. In contrast, few surnames are equally common in multiple Hispanic origin or race groups. Table A-1 shows something similar: almost all of the top 50 names show Hispanic origin and race patterns very different from the U.S. population as a whole.

**Table 2. Top 1,000 surnames with the largest share in each Hispanic origin and race group: 2010**

| NAME | RANK AMONG ALL SURNAMES | FREQUENCY | OCCURRENCES PER 100,000 PEOPLE | PERCENT IN THIS GROUP | NAME | RANK AMONG ALL SURNAMES | FREQUENCY | OCCURRENCES PER 100,000 PEOPLE | PERCENT IN THIS GROUP |
|---|---|---|---|---|---|---|---|---|---|
| *NON-HISPANIC WHITE ALONE* | | | | | *NON-HISPANIC AMERICAN INDIAN AND ALASKA NATIVE ALONE* | | | | |
| YODER | 598 | 56,410 | 19.1 | 97.8 | LOWERY | 799 | 43,278 | 14.7 | 4.5 |
| FRIEDMAN | 901 | 38,374 | 13.0 | 96.1 | HUNT | 169 | 158,421 | 53.7 | 4.2 |
| KRUEGER | 946 | 36,743 | 12.5 | 96.0 | SAMPSON | 886 | 39,277 | 13.3 | 3.9 |
| SCHWARTZ | 345 | 90,071 | 30.5 | 95.9 | JACOBS | 257 | 118,614 | 40.2 | 3.8 |
| SCHMITT | 967 | 36,043 | 12.2 | 95.7 | MOSES | 887 | 39,216 | 13.3 | 3.2 |
| MUELLER | 523 | 64,191 | 21.8 | 95.7 | LUCERO | 865 | 39,986 | 13.6 | 2.9 |
| WEISS | 587 | 57,112 | 19.4 | 95.6 | JAMES | 85 | 249,379 | 84.5 | 2.6 |
| NOVAK | 980 | 35,461 | 12.0 | 95.5 | PROCTOR | 977 | 35,636 | 12.1 | 2.4 |
| OCONNELL | 961 | 36,194 | 12.3 | 95.4 | ASHLEY | 900 | 38,499 | 13.1 | 2.4 |
| KLEIN | 392 | 81,471 | 27.6 | 95.4 | CUMMINGS | 403 | 79,316 | 26.9 | 2.3 |
| *NON-HISPANIC BLACK OR AFRICAN AMERICAN ALONE* | | | | | *NON-HISPANIC TWO OR MORE RACES* | | | | |
| WASHINGTON | 145 | 177,386 | 60.1 | 87.5 | ALI | 559 | 60,002 | 20.3 | 5.7 |
| JEFFERSON | 615 | 55,179 | 18.7 | 74.2 | KHAN | 427 | 76,171 | 25.8 | 5.3 |
| BOOKER | 941 | 36,840 | 12.5 | 65.2 | WONG | 274 | 111,371 | 37.8 | 5.2 |
| BANKS | 292 | 105,833 | 35.9 | 54.5 | SINGH | 260 | 116,749 | 39.6 | 4.8 |
| JOSEPH | 313 | 100,959 | 34.2 | 54.2 | CHANG | 391 | 81,939 | 27.8 | 4.2 |
| MOSLEY | 730 | 47,963 | 16.3 | 53.2 | CHUNG | 805 | 43,110 | 14.6 | 4.0 |
| JACKSON | 19 | 708,099 | 240.1 | 53.0 | AHMED | 720 | 48,319 | 16.4 | 4.0 |
| CHARLES | 548 | 61,211 | 20.8 | 53.0 | WASHINGTON | 145 | 177,386 | 60.1 | 3.8 |
| DORSEY | 793 | 43,631 | 14.8 | 52.2 | BOOKER | 941 | 36,840 | 12.5 | 3.8 |
| RIVERS | 897 | 38,662 | 13.1 | 50.9 | JEFFERSON | 615 | 55,179 | 18.7 | 3.5 |
| *NON-HISPANIC ASIAN AND NATIVE HAWAIIAN AND OTHER PACIFIC ISLANDER ALONE* | | | | | *HISPANIC OR LATINO ORIGIN* | | | | |
| XIONG | 929 | 37,499 | 12.7 | 98.1 | BARAJAS | 763 | 45,153 | 15.3 | 96.5 |
| ZHANG | 472 | 70,125 | 23.8 | 98.1 | ZAVALA | 667 | 51,153 | 17.3 | 96.1 |
| HUANG | 456 | 72,328 | 24.5 | 97.1 | VELAZQUEZ | 530 | 63,736 | 21.6 | 96.0 |
| TRUONG | 903 | 38,267 | 13.0 | 96.9 | AVALOS | 940 | 36,922 | 12.5 | 95.8 |
| YANG | 290 | 106,033 | 36.0 | 96.8 | OROZCO | 512 | 65,904 | 22.3 | 95.8 |
| LI | 273 | 111,786 | 37.9 | 96.8 | VAZQUEZ | 203 | 138,322 | 46.9 | 95.8 |
| VANG | 726 | 48,036 | 16.3 | 96.7 | JUAREZ | 306 | 101,949 | 34.6 | 95.7 |
| HUYNH | 620 | 54,996 | 18.6 | 96.7 | MEZA | 639 | 53,230 | 18.1 | 95.5 |
| VU | 962 | 36,179 | 12.3 | 96.6 | HUERTA | 735 | 47,455 | 16.1 | 95.5 |
| NGUYEN | 38 | 437,645 | 148.4 | 96.5 | IBARRA | 507 | 66,063 | 22.4 | 95.3 |

Source: U.S. Census Bureau, 2010 Census.

5

Table 3 shows the 15 most rapidly increasing surnames that were among the top 1,000 in both 2000 and 2010, along with their Hispanic origin and race group characteristics. All 15 are predominantly Asian or Hispanic, except for ALI, a name with unusually great Hispanic origin and race diversity. This pattern reflects national population change between 2000 and 2010, when the Hispanic and Asian populations increased much more rapidly than the population as a whole.

**Table 3. Fastest growing surnames among the top 1,000: 2000 to 2010**

| NAME | FREQUENCY IN 2000 | FREQUENCY IN 2010 | NON-HISPANIC | | | | | PERCENT HISPANIC OR LATINO ORIGIN | PERCENT CHANGE IN FREQUENCY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | PERCENT WHITE ALONE | PERCENT BLACK OR AFRICAN AMERICAN ALONE | PERCENT ASIAN AND NATIVE HAWAIIAN AND OTHER PACIFIC ISLANDER ALONE | PERCENT AMERICAN INDIAN AND ALASKA NATIVE ALONE | PERCENT TWO OR MORE RACES | | |
| ZHANG | 33,202 | 70,125 | 1.0 | 0.2 | 98.1 | 0.0 | 0.6 | 0.2 | 111.2 |
| LI | 57,786 | 111,786 | 1.5 | 0.2 | 96.8 | 0.0 | 0.9 | 0.6 | 93.4 |
| ALI | 36,079 | 60,002 | 17.3 | 30.7 | 42.9 | 0.5 | 5.7 | 2.9 | 66.3 |
| LIU | 47,665 | 78,370 | 1.8 | 0.2 | 95.6 | 0.0 | 1.9 | 0.5 | 64.4 |
| KHAN | 46,713 | 76,171 | 6.9 | 3.9 | 81.3 | 0.5 | 5.3 | 2.2 | 63.1 |
| VAZQUEZ | 84,926 | 138,322 | 3.5 | 0.4 | 0.2 | 0.1 | 0.1 | 95.8 | 62.9 |
| WANG | 67,570 | 109,883 | 2.6 | 0.3 | 95.2 | 0.0 | 1.5 | 0.4 | 62.6 |
| HUANG | 44,715 | 72,328 | 0.9 | 0.1 | 97.1 | 0.0 | 1.4 | 0.4 | 61.8 |
| LIN | 49,360 | 79,508 | 1.7 | 0.2 | 95.9 | 0.0 | 1.8 | 0.5 | 61.1 |
| SINGH | 72,642 | 116,749 | 4.3 | 4.5 | 82.8 | 1.2 | 4.8 | 2.5 | 60.7 |
| CHEN | 105,544 | 169,580 | 1.4 | 0.3 | 96.1 | 0.0 | 1.6 | 0.5 | 60.7 |
| BAUTISTA | 37,847 | 60,264 | 3.2 | 0.3 | 18.2 | 0.3 | 1.3 | 76.8 | 59.2 |
| VELAZQUEZ | 40,030 | 63,736 | 3.3 | 0.4 | 0.1 | 0.1 | 0.1 | 96.0 | 59.2 |
| PATEL | 145,066 | 229,973 | 2.1 | 0.4 | 94.8 | 0.7 | 1.7 | 0.4 | 58.5 |
| WU | 45,815 | 71,721 | 1.4 | 0.2 | 96.4 | 0.0 | 1.6 | 0.5 | 56.5 |

Source: U.S. Census Bureau, Census 2000 and 2010 Census.
Note: Hispanic origin and race percent distribution is from the 2010 Census.

The publicly released table of surnames includes all with a frequency of 100 or more. These 162,253 names cover 90 percent of the people with surnames recorded in the 2010 Census (see Table 1 in this document). The proportion of the population covered by the most frequent surnames increased slightly between 2000 and 2010. In 2000, 76.6 percent of the population reported a surname that had a frequency of 1,000 or more, while in 2010 that share increased to 77.3 percent—that is, "surname diversity" declined slightly over the decade.

Recent geographically diverse immigration might be expected to increase, rather than decrease, surname diversity. However, this has not happened, because most immigration is from Latin America and Asia, and Hispanic and Asian surnames are less diverse than the U.S. average. For the population as a whole in 2010, the 10 most frequent surnames accounted for just 4.9 percent of the population (Table 4), while to cover a quarter of the total population required 239 names.

The White population was more diverse than the national average in this respect, but in other groups the most common surnames were reported by a larger share of the population. The highest level of clustering is found in the Hispanic population, where just 26 surnames cover a quarter of the population and 16.3 percent of people reported one of the top 10 names. A similar pattern was seen for the Asian and Native Hawaiian and Other Pacific Islander population and for the Black population.

**Table 4. Surname clustering by Hispanic origin and race groups: 2010**

| Group | Percent of group covered by top 10 surnames | Number of surnames needed to cover 25 percent of group |
|---|---:|---:|
| Total population | 4.9 | 239 |
| White Alone | 4.5 | 319 |
| Black Alone | 13.0 | 43 |
| Asian and Native Hawaiian and Other Pacific Islander Alone | 13.4 | 41 |
| American Indian and Alaska Native Alone | 6.6 | 144 |
| Two or More Races | 6.2 | 196 |
| Hispanic or Latino origin | 16.3 | 26 |

Source: U.S. Census Bureau, 2010 Census.

**ACKNOWLEDGEMENTS**

Several rounds of review of the 2010 surname list were completed by William Bredemeyer, Derek Breese, Warren Davis, Delma Frankel, Myoung Ouk Kim, Danielle Kittredge, Julie VanEerden, and Tiffani Whaley. Aaron Dixon wrote programming to assist with quality review. Programming to apply edits and updates to the raw 2010 data was written by Hung Pham and Chandararith (Ricky) Phe. Robert Nunziata reviewed and updated the 2000 programming before the 2010 project began, and he and Brian Barenbaum advised on the 2010 names project. Robert Kominski and Charles Coleman provided useful background based on experience with the 2000 project. The final surname product, including this document, was reviewed by Aaron Dixon, James Fitzsimmons, and Marc Perry.

**REFERENCES**

Word, David L., Charles D. Coleman, Robert Nunziata and Robert Kominski. 2007. Demographic Aspects of Surnames from Census 2000. Available at: <http://www2.census.gov/topics/genealogy/2000surnames/surnames.pdf>. Last accessed September 16, 2016.

**APPENDIX**

### Table A-1. Top 50 surnames: 2010

| NAME | RANK | FREQUENCY | PROPORTION PER 100,000 NAME | PROPORTION PER 100,000 CUMULATIVE | NON-HISPANIC PERCENT WHITE ALONE | NON-HISPANIC PERCENT BLACK OR AFRICAN AMERICAN ALONE | NON-HISPANIC PERCENT ASIAN AND NATIVE HAWAIIAN AND OTHER PACIFIC ISLANDER ALONE | NON-HISPANIC PERCENT AMERICAN INDIAN AND ALASKA NATIVE ALONE | NON-HISPANIC PERCENT TWO OR MORE RACES | PERCENT HISPANIC OR LATINO ORIGIN |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | 294,979,229 | | | 64.3 | 12.0 | 4.9 | 0.7 | 1.8 | 16.3 |
| SMITH | 1 | 2,442,977 | 828 | 828 | 70.9 | 23.1 | 0.5 | 0.9 | 2.2 | 2.4 |
| JOHNSON | 2 | 1,932,812 | 655 | 1,483 | 59.0 | 34.6 | 0.5 | 0.9 | 2.6 | 2.4 |
| WILLIAMS | 3 | 1,625,252 | 551 | 2,034 | 45.8 | 47.7 | 0.5 | 0.8 | 2.8 | 2.5 |
| BROWN | 4 | 1,437,026 | 487 | 2,522 | 58.0 | 35.6 | 0.5 | 0.9 | 2.6 | 2.5 |
| JONES | 5 | 1,425,470 | 483 | 3,005 | 55.2 | 38.5 | 0.4 | 1.0 | 2.6 | 2.3 |
| GARCIA | 6 | 1,166,120 | 395 | 3,400 | 5.4 | 0.5 | 1.4 | 0.5 | 0.3 | 92.0 |
| MILLER | 7 | 1,161,437 | 394 | 3,794 | 84.1 | 10.8 | 0.5 | 0.7 | 1.8 | 2.2 |
| DAVIS | 8 | 1,116,357 | 378 | 4,172 | 62.2 | 31.6 | 0.5 | 0.8 | 2.5 | 2.4 |
| RODRIGUEZ | 9 | 1,094,924 | 371 | 4,544 | 4.8 | 0.5 | 0.6 | 0.2 | 0.2 | 93.8 |
| MARTINEZ | 10 | 1,060,159 | 359 | 4,903 | 5.3 | 0.5 | 0.6 | 0.5 | 0.2 | 92.9 |
| HERNANDEZ | 11 | 1,043,281 | 354 | 5,257 | 3.8 | 0.4 | 0.6 | 0.2 | 0.2 | 94.9 |
| LOPEZ | 12 | 874,523 | 296 | 5,553 | 4.9 | 0.6 | 1.0 | 0.4 | 0.3 | 92.9 |
| GONZALEZ | 13 | 841,025 | 285 | 5,838 | 4.0 | 0.4 | 0.4 | 0.1 | 0.1 | 95.0 |
| WILSON | 14 | 801,882 | 272 | 6,110 | 67.4 | 26.0 | 0.6 | 1.1 | 2.4 | 2.6 |
| ANDERSON | 15 | 784,404 | 266 | 6,376 | 75.2 | 18.9 | 0.6 | 0.7 | 2.1 | 2.4 |
| THOMAS | 16 | 756,142 | 256 | 6,632 | 52.6 | 38.8 | 2.4 | 1.1 | 2.6 | 2.5 |
| TAYLOR | 17 | 751,209 | 255 | 6,887 | 65.4 | 28.4 | 0.6 | 0.8 | 2.4 | 2.5 |
| MOORE | 18 | 724,374 | 246 | 7,132 | 66.4 | 27.7 | 0.5 | 0.7 | 2.3 | 2.3 |
| JACKSON | 19 | 708,099 | 240 | 7,373 | 39.9 | 53.0 | 0.4 | 1.1 | 3.1 | 2.5 |
| MARTIN | 20 | 702,625 | 238 | 7,611 | 74.8 | 15.8 | 0.9 | 1.0 | 2.0 | 5.6 |
| LEE | 21 | 693,023 | 235 | 7,846 | 36.0 | 16.3 | 42.2 | 1.0 | 2.6 | 1.9 |
| PEREZ | 22 | 681,645 | 231 | 8,077 | 5.0 | 0.5 | 1.2 | 0.2 | 0.3 | 93.0 |
| THOMPSON | 23 | 664,644 | 225 | 8,302 | 69.8 | 23.6 | 0.6 | 1.2 | 2.4 | 2.5 |
| WHITE | 24 | 660,491 | 224 | 8,526 | 65.5 | 28.2 | 0.5 | 1.1 | 2.4 | 2.4 |
| HARRIS | 25 | 624,252 | 212 | 8,738 | 51.4 | 42.4 | 0.5 | 0.7 | 2.8 | 2.3 |
| SANCHEZ | 26 | 612,752 | 208 | 8,945 | 5.0 | 0.5 | 1.0 | 0.4 | 0.2 | 93.0 |
| CLARK | 27 | 562,679 | 191 | 9,136 | 74.7 | 19.0 | 0.5 | 1.0 | 2.2 | 2.6 |
| RAMIREZ | 28 | 557,423 | 189 | 9,325 | 3.9 | 0.3 | 0.9 | 0.2 | 0.2 | 94.5 |
| LEWIS | 29 | 531,781 | 180 | 9,505 | 58.2 | 34.8 | 0.6 | 1.2 | 2.6 | 2.6 |
| ROBINSON | 30 | 529,821 | 180 | 9,685 | 48.7 | 44.9 | 0.5 | 0.5 | 2.8 | 2.6 |
| WALKER | 31 | 523,129 | 177 | 9,862 | 58.7 | 35.1 | 0.5 | 0.9 | 2.6 | 2.4 |
| YOUNG | 32 | 484,447 | 164 | 10,027 | 66.3 | 24.7 | 3.0 | 0.8 | 2.7 | 2.6 |
| ALLEN | 33 | 482,607 | 164 | 10,190 | 67.6 | 26.2 | 0.5 | 0.9 | 2.4 | 2.5 |
| KING | 34 | 465,422 | 158 | 10,348 | 70.2 | 22.8 | 1.2 | 1.0 | 2.3 | 2.6 |
| WRIGHT | 35 | 458,980 | 156 | 10,504 | 65.8 | 28.2 | 0.5 | 0.7 | 2.4 | 2.4 |
| SCOTT | 36 | 439,530 | 149 | 10,653 | 60.2 | 32.9 | 0.5 | 1.2 | 2.6 | 2.6 |
| TORRES | 37 | 437,813 | 148 | 10,801 | 5.4 | 0.6 | 1.4 | 0.2 | 0.3 | 92.2 |
| NGUYEN | 38 | 437,645 | 148 | 10,949 | 1.0 | 0.1 | 96.5 | 0.0 | 1.8 | 0.6 |
| HILL | 39 | 434,827 | 147 | 11,097 | 64.4 | 29.1 | 0.5 | 1.0 | 2.5 | 2.5 |
| FLORES | 40 | 433,969 | 147 | 11,244 | 4.9 | 0.4 | 2.1 | 0.3 | 0.4 | 91.9 |
| GREEN | 41 | 430,182 | 146 | 11,390 | 56.8 | 37.0 | 0.4 | 0.6 | 2.5 | 2.6 |
| ADAMS | 42 | 427,865 | 145 | 11,535 | 74.0 | 19.9 | 0.6 | 0.8 | 2.2 | 2.6 |
| NELSON | 43 | 424,958 | 144 | 11,679 | 77.7 | 16.0 | 0.7 | 1.2 | 2.0 | 2.6 |
| BAKER | 44 | 419,586 | 142 | 11,821 | 79.8 | 14.4 | 0.6 | 0.9 | 2.0 | 2.3 |
| HALL | 45 | 407,076 | 138 | 11,959 | 72.7 | 21.6 | 0.6 | 0.7 | 2.2 | 2.3 |
| RIVERA | 46 | 391,114 | 133 | 12,092 | 5.4 | 1.0 | 2.0 | 0.2 | 0.4 | 91.1 |
| CAMPBELL | 47 | 386,157 | 131 | 12,223 | 73.7 | 20.5 | 0.5 | 0.7 | 2.1 | 2.5 |
| MITCHELL | 48 | 384,486 | 130 | 12,353 | 61.0 | 32.5 | 0.5 | 1.0 | 2.5 | 2.5 |
| CARTER | 49 | 376,966 | 128 | 12,481 | 58.2 | 35.6 | 0.5 | 0.8 | 2.7 | 2.3 |
| ROBERTS | 50 | 376,774 | 128 | 12,608 | 77.3 | 16.7 | 0.6 | 0.9 | 2.2 | 2.4 |

Source: U.S. Census Bureau, 2010 Census.
Note: Hispanic origin and race groups are mutually exclusive.