

WAPLES00001257



WAPLES00001258



WAPLES00001259



WAPLES00001260

## Certificate of Achievement



essential. multifamily. education.

This certifies that on January 25, 2016

### Jessica Armstead

successfully completed

### Fair Housing

Course Duration: 3 Hours

www.gracehill.com

Joseph P. Bailey, President, Grace Hill, Inc.

TID: 9194466 (DPOR School ID: 0211-001001 / Course ID: 0214019438 - pending)

WAPLES00001261



WAPLES00001262



WAPLES00001263