**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | |
| *Plaintiffs*, | |
| vs. | Civ. No. 1:16-cv-00563 (LO/TCB) |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | |
| *Defendants*. | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Civil Rule 5, Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") submit this memorandum in support of their Motion to File Documents under Seal. Plaintiffs request permission to file under seal Exhibits 1, 2, 3, and 4 to Plaintiffs' Reply Memorandum in Support of Motion *in Limine*. The exhibits consist of documents Defendants designated confidential pursuant to the Protective Order (Dkt. 45).

First, Exhibits 1-3 contain excerpts from Defendants' deposition testimony, which Defendants designated confidential pursuant to the Protective Order and previously filed under seal. *See* Dkt. 146. Second, Exhibit 4 is a document that is subject to the Protective Order, as confidential communications between the parties regarding Plaintiff's lease agreement.

*Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000), held that documents may be sealed pursuant to district court order when the court: (1) provides notice to the public and gives

it an opportunity to object to sealing, (2) considers less drastic alternatives, and (3) provides

specific findings in support of the decision to seal and the rejection of alternatives. Those

requirements are met here.

First, Plaintiffs have concurrently filed a Notice of Motion to be docketed by the Clerk.

The Notice will provide the public with an opportunity to object to the sealing of the documents

in question.

Second, no feasible alternative exists to sealing these documents, in light of the

Protective Order requiring information designated confidential pursuant to the Order to be filed

with the Court consistent with Local Rule 5 of the Eastern District of Virginia. Accordingly, the

utmost discretion and confidentiality is necessary, and filings in this action should be kept under

seal.

For these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to

File Document under Seal. A proposed order is attached.

[signatures on following page]

Respectfully submitted,                              Date:   June 28, 2021


_____//s//_____
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
*simon@justice4all.org*
Nady Peralta, VSB #91630
*nady@justice4all.org*
Granville Clayton Warner, VSB #24957
*cwarner@justice4all.org*
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kaiyeu Kevin Chu, VSB #85746
*kevinchu@quinnemanuel.com*
Matthew Traupman (pro hac vice)
*matthewtraupman@quinnemanuel.com*
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Phone: (202) 538-8000
Fax: (202) 538-8100

*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 28th day of June, 2021, I caused the foregoing, along with all

attachments thereto, to be filed electronically with the Clerk of the Court using CM/ECF, which

will then send a notification of such filing (NEF) to all counsel of record.


_____//s//_____
Simon Sandoval-Moshenberg (VSB No. 77110)
*simon@justice4all.org*
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454