AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Rosy Giron de Reyes, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:16cv00563-LO-TCB |
| Waples Mobile Home Park Limited Partnership, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date:   07/02/2021

/s/ Larisa D. Zehr
*Attorney's signature*

Larisa D. Zehr, VSB No. 96032
*Printed name and bar number*

Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

*Address*

larisa@justice4all.org
*E-mail address*

(571) 213-7582
*Telephone number*

(703) 778-3454
*FAX number*