IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>Defendants. | Civil No.: 1:16cv563-LO-TCB |

### ORDER

UPON CONSIDERATION of Plaintiffs' Motions to File Documents Under Seal (Dkts. 399, 403), Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc.'s (collectively "Defendants") Non-Confidential Memorandum filed in response to Plaintiffs' Motions to File Documents Under Seal, and Local Civil Rule 5, it is hereby:

**ORDERED** that Plaintiffs' Motions to File Documents Under Seal (Dkts. 399, 403) are **GRANTED**.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Plaintiffs filed public Notices of Filing of Plaintiffs' Motions to Seal

and the Court has posted these notices on the Court's public docket. A brief description of the content ("Proposed Sealed Documents") that Plaintiffs move to seal is as follows:

- Portions of Plaintiffs' Reply Memorandum in Support of Motion to Amend Exhibit List and Witness List (Dkt. 396); and

- Exhibits 1 – 4 to Plaintiffs' Reply Memorandum in Support of Motion in Limine (Dkt. 402).

Based upon Plaintiffs' Motions to File Documents Under Seal (Dkts. 399, 403) filed on June 28, 2021, Defendants' Non-Confidential Memorandum in Response to Plaintiffs' Motions to File Documents Under Seal, and Local Civil Rule 5, the Court hereby **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents is not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Documents shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
U.S. District Court for the
Eastern District of Virginia