# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16cv563-TSE-TCB

## NOTICE OF APPEARANCE

The Court will please take notice that Michael S. Dingman is now associated with the law firm of McGuireWoods LLP and will please take notice of the appearance of McGuireWoods LLP as co-counsel for the defendants in this matter. Grayson P. Hanes and Justin deBettencourt of Reed Smith LLP will continue in this matter as co-counsel for defendants.

    Respectfully submitted,

WAPLES MOBILE HOME PARK LIMITED
PARTNERSHIP, WAPLES PROJECT LIMITED
PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
Michael S. Dingman (VSB No. 30031)
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:  +1 703 712 5462
F:  +1 703 712 5262
mdingman@mcguirewoods.com

*Counsel for Defendants*

US_ACTIVE-161338511

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Michael S. Dingman (VSB No. 30031)
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:  +1 703 712 5462
F:  +1 703 712 5262
mdingman@mcguirewoods.com