# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: 07/16/2021                                             Judge:  **Liam O'Grady**
Time: 9:07 a.m. – 10:50 a.m.                                 Reporter:  S. Wallace
(01:43)


Civil Action Number: **1:16cv563-LO-TCB**


**Rosy Giron de Reyes, et al.**

**V.**

**Waples Mobile Home Park Limited Partnership, et al.**


Appearances of Counsel for Plaintiffs and Defendants

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Simon Sandoval-Moshenberg** <br> **Clay Warner** <br> **Larisa Zehr** | **Grayson Haynes** <br> **Michael Dingman** |


Motions:

[322] MOTION in Limine to Exclude Evidence of the Ethnicity of Individuals at the Park Allegedly Affected by the Policy by A.J. Dwoskin & Associates, Inc., Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership.
ARGUED & TAKEN UNDER ADVISEMENT

[325] MOTION in Limine to Exclude the Testimony of Ivan Yacub, Esq. by A.J. Dwoskin & Associates, Inc., Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership.
ARGUED & TAKEN UNDER ADVISEMENT

[328] MOTION in Limine to Exclude Evidence of Lease Materials and Purported Eviction Corrrespondence by A.J. Dwoskin & Associates, Inc., Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership.
ARGUED & TAKEN UNDER ADVISEMENT

[331] MOTION in Limine by Rosa Elena Amaya, Felix Alexis Bolanos, Herbert David Saravia Cruz, Rosy Giron de Reyes, Jose Dagoberto Reyes, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura.
ARGUED & TAKEN UNDER ADVISEMENT

[337] MOTION in Limine to Exclude Evidence of Damages by A.J. Dwoskin & Associates, Inc., Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership.
ARGUED & TAKEN UNDER ADVISEMENT

[340] MOTION in Limine *to Exclude Argument Questioning Whether Valid Interests Were in Place* by A.J. Dwoskin & Associates, Inc., Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership.
ARGUED & TAKEN UNDER ADVISEMENT

[343] MOTION in Limine to Exclude Evidence or Argument Regarding the Meaning of the Anti-Harboring Statute by A.J. Dwoskin & Associates, Inc., Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership.
ARGUED & TAKEN UNDER ADVISEMENT

[372] MOTION to Amend/Correct 312 Rule 26 Disclosure by Rosa Elena Amaya, Felix Alexis Bolanos, Herbert David Saravia Cruz, Rosy Giron de Reyes, Jose Dagoberto Reyes, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura.
ARGUED & TAKEN UNDER ADVISEMENT

(**X**) ORDER TO FOLLOW