UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (LO/TCB) |

**[Proposed] ORDER GRANTING
CONSENT MOTION FOR EXTENSION OF DEADLINES**

For the reasons stated in Plaintiffs' Consent Motion for Extension of Deadlines, and for good cause shown, the Court hereby extends the deadlines for supplemental briefing set forth in its *sua sponte* Order [Dkt. No. 413] as follows:

a. Defendants' opening brief shall be filed on or before August 24, 2021;

b. Plaintiffs' brief in response shall be filed on or before September 7, 2021; and

c. Defendants' reply brief shall be filed on or before September 17, 2021.

It is SO ORDERED.

_____, J.        Date: _____
United States District Judge