UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, *et al.*,

    *Plaintiffs*,

vs.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,

    *Defendants*.

Civ. No. 1:16-cv-00563 (LO/TCB)

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF DEADLINES

For the reasons stated in Plaintiffs' Consent Motion for Extension of Deadlines, and for good cause shown, the Court hereby extends the deadlines for supplemental briefing set forth in its *sua sponte* Order [Dkt. No. 413] as follows:

    a. Defendants' opening brief shall be filed on or before August 24, 2021;

    b. Plaintiffs' brief in response shall be filed on or before September 7, 2021; and

    c. Defendants' reply brief shall be filed on or before September 17, 2021.

It is SO ORDERED.

/s/
Liam O'Grady
United States District Judge
Date: July 30, 2021