# A.J. Dwoskin & Associates
## Mobile Home Park Rules and Regulations

**A**   **Manufactured Homes- Quality Standards**

1. The location and installation of all manufactured homes must comply with all applicable governmental laws, codes and regulations

2. If 100-200 AMP electrical service is required, it must be installed at the homeowners' or dealer's expense

3. No manufactured home may be moved into the COMMUNITY, or be transferred to a new RESIDENT within the COMMUNITY, unless the size, condition, appearance and design thereof have been approved in writing by MANAGEMENT in accordance with the quality standards set forth in these Rules and Regulations   MANAMAGMENT may reject any manufactured home if the same does not meet the reasonable requirements of MANAGEMENT as to its size, quality, appearance, material specifications, construction and safety conditions, design, location and competently with the COMMUNITY and other manufactured homes therein  Similarly, no unfinished, unsafe or highly combustible materials may be used for any repair or patch work on the exterior of the manufactured homes or other home site improvements   RESIDENT is responsible for any damage to other manufactured homes or the COMMUNITY caused by RESIDENT or the mover   Wheels and axles must be removed from the manufactured home and the home site within thirty (30) days of set up   Hitches must be removed from the manufactured home and stored beneath the home within thirty (30) days of set up

4. All manufactured homes must continue to meet all applicable laws, codes and regulations as such may be amended from time to time   Under state law, RESIDENT's tenancy may be terminated for failure of RESIDENT to comply with local ordinance and state laws and regulations relating to manufactured homes, or with these Rules and Regulations

5. No unauthorized structures (including decks) may be built on any home site or erected on any home site   Permission to build or erect any structure must be obtained in writing from MANANGMENT in advance  In addition, any such structure requiring a building permit may not be built or erected without a building permit first being obtained from Fairfax County or Prince William County

__MM__  __H-S__ RESIDENT s initials)

6. All permits and approval required for the installations or removal of a manufactured home must be obtained by RESIDENT in advance of such installation or removal

7. No materials or items of any nature may be used to secure the roof of a manufactured home without the prior written approval of MANAGEMENT, and the same must be installed in compliance with all applicable laws, codes and regulations  'Tie down' satisfactory to MANAGEMENT must be installed within thirty (30) days of set up

8. All manufactured homes in the COMMUNITY, and all incoming homes must be shingle roofed and wood or vinyl lap sided to the ground, and must have shutters for all windows   Upon lease reveal or upon the sale or transfer of any manufactured home located in the



WAPLES00000258

COMMUNITY, excluding transfer to a co-owner pursuant to death or divorce or to a new co owner pursuant to marriage, or upon any change of RESIDENT (s) residing in a manufactured home (which change t be approve by MANAGEMENT pu nt to paragraph J and Q below), MANAGEMENT may require that any such manufactured home not in compliance with the specification contained in the first sentence of the paragraph (i) be removed from the COMMUNITY, based upon the size, condition, appearance, location or design of the manufactured home or the capacity of the home site to accommodate a larger manufactured home, or (ii) be brought into compliance with said specification to the extent feasible under the Virginia Uniform Statewide building code as a condition to the manufactured home being permitted to remain the COMMUNITY upon such sale or transfer, even if the proposed buyer or transferee otherwise complies with MANANGMENT's residency application requirement FOR RESIDENTS PROTECTION, MANAGMENTS DETERMINATION UNDER THE PROVISIONS OF THIS RULE SHOULD BE OBTAINED BEFORE THE SALE OR TRASNFER OF RESIDENTS MANUFACTURED HOME OR ANY PROPOSED CHANGE OF RESIDENTS shall notify MANAMGMENT in writing of his/her intent to sell or transfer his/her/their manufactured home at the time the manufactured home is placed on the market in order for MANAGEMENT to inspect the home to insure compliance with said specifications No manufactured home will be permitted to remain on the home site that does not comply with said specification

9  RESDIENT shall maintain the manufactured home in good condition and repair at all times The exterior of the manufactured home shall be kept clean, neat and properly painted at all times Any change to the exterior color of the manufactured home or appurtenant structure, including, but not limited to, additions, utility buildings, porches, steps and skirting must be approved in writing in advance by the MANAMGMENT MANANGMENT

_WM__H-S___(RESIDENT's initial)

10  May, in its discretion, require reasonable repair, maintenance and improvement of the manufactured home

11  If the manufactured home is substantially damaged by fire, windstorm or other cause, any repairs of the mobile home are to be done at RESIDENT's expense S such repairs shall be commenced immediately after the damage has occurred All loose debris shall be removed immediately All damage must be repaired within fifteen (15) days after the date of damage If the damage can not be repaired within the fifteen (15) days, MANAGEMENT may require that the manufactured home be removed from the COMMUNITY for repair

## B  STORAGE SHEDS

1  RESIDENT, at RESIDENT's expense, shall construct and maintain in good condition and repair a storage shed on RESIDENT's home site with siding and roof shingling matching that of the manufactured home as described in Paragraph A (7) The location and size of each such storage shed must be approved in writing by MANAGEMENT in advance of the construction, delivery or installation of the storage shed Installation of storage sheds must not violate applicable home/structure setbacks rules In addition to the foregoing restrictions, shed size may not exceed ten (10) feet long by ten (10) feet wide by seven (7) feet high

2  There may be only one (1) shed to a home site, constructed of materials approved in writing by MANAGEMENT in advance MANAGEMENT may give written approval in certain cases, in its discretion, for an additional shed

3  There may be no sleeping facilities within the storage shed

4  All storage sheds must be properly anchored

5  Any damage caused by storage sheds or their construction or removal shall be the sole responsibility of RESIDENT

## C. LANDSCAPING

All home sites in the COMMUNITY must be landscaped to a standard consistent with an average landscaped home site in the COMMUNITY. MANAGEMENT will make available for review at the COMMUNITY office photos of examples of such home sites to provide guidance to RESIDENT regarding the nature of the landscaping standards. MANAGEMENT realizes that such a standard is, necessarily to some extent subjective, so MANAMGNET, in its discretion, shall enjoy the ultimate right to determine the sufficiency of landscaping, subject to the requirement that MANAGEMENT's decision shall not be plainly unreasonable.

_MM_ _HS_ (RESIDENT's initial)

## D. FENCE

Privacy fences are allowed within the COMMUNITY with the prior written approval of MANAGEMENT. Fence must be constructed of white, vinyl (PVC) and the style of such fence must be approved in advance by MANAGEMENT. Any fence installed without MANAMGNET'S prior written approval of MANAGEMENT shall be removed at the sole expense of RESIDENT.

## E. MAINTENANCE OF HOME SITE

1. RESIDENT must maintain the home site and all sheds, carports and improvements thereon at RESIDENT's sole expense in a clean, neat and attractive condition, as determined by MANAGEMENT at it's discretion, in the event RESIDENT fails to do so, MANAGEMENT, upon fifteen (15) days prior written notice, may take such steps as are necessary to provide the necessary maintenance, and all expenses incurred by MANAGEMENT in so doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charge by MANAGEMENT to RESIDENT. Driveways, walkways and patios shall be kept neat and in good repair by RESIDENT.

   2. All trash, debris, brooms, ladders, building materials and similar items must be kept out of sight. Trash shall be removed at regularly scheduled intervals as specified by MANAGEMENT. Trash must be placed in containers satisfactory to MANAGEMENT. With the exception of trash pick up days, trash cans must be stored behind the manufactured home site or within the storage shed located on the home site. This subsection applies to reasonable amounts of household trash, RESIDENT, at RESIDENT's sole expense must arrange the removal of large items. RESIDENT shall be responsible for the disposal of any large items, including appliances and furniture.
   3. All Bicycles, tricycles and toys must be kept in neat order on the home site. If any such items are found on vacant homes sites or on the streets, they may be picked up by MANAGEMENT and, unless claimed by the applicable RESIDENT within fifteen (15) days, may be distributed by MANAGEMENT to charities of MANAGEMENT's choice.
   4. All lawns, shrubs, trees, fences, paving and other landscaping installed by RESIDENT shall become MANAGEMENT'S property and must remain upon the home site at the termination of RESIDENT's occupancy, unless RESIDENT obtains MANAGEMENT's prior written approval to remove the same. MANAGEMENT must approve all home site landscaping plans and any digging in order to protect underground utility lines, pipes and cables and RESIDENTS' safety.
   5. All tree-trimming, pruning, and removal of debris at the home site shall be the sole responsibility of RESIDENT. RESIDENT must immediately notify MANAGEMENT of any tree limps that are dead or decaying. Any damage caused to the person or property of another due to such maintenance, including falling tree limbs, shall be the sole responsibility of the applicable RESIDENT.
   6. RESIDENT shall be responsible for lawn and landscaping of the home site at RESIDENT's sole expense. The RESIDENT shall rake and bag all leaves and grass cuttings. Lawn shall be mown on a regular basis as determined by MANAGEMENT in accordance with standards established in

order to provide necessary maintenance, and all expense incurred by MANAGEMENT in doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charges

7   No vegetable gardens are allowed at RESIDENTS' home site or elsewhere within the COMMUNITY

8   The RESIDENT is responsible for the placement and maintenance of a heat tape Heat tapes must be operable at all times applied in a manner to protect RESIDENT's water line and water riser to a depth of approximately two (2) feet

## F   MOTOR VEHICLES

The COMMUNITY is maintained as a private enterprise and as such all streets and roadways within the COMMUNITY shall be considered private and shall not be used as public thoroughfares In the interest of the safety and well-being of all RESIDENTS, and for maintenance purposes and traffic control, MANAGEMENT may, at its sole discretion, restrict traffic on designated streets, and restrict delivery of certain products and services Any violations of these motor vehicles Rules and Regulations shall result in a written warning from MANAGEMENT and may cause the vehicle to be removed from the COMMUNITY at the sole expense and liability of the vehicle's owner Further violation of these motor vehicles Rules and Regulations shall be considered grounds for termination of the applicable RESIDENT's rental agreement

1   All drivers must observe speed limits and stop signs as posted within the COMMUNITY Careless or reckless driving may result in the termination of tenancy COMMUNITY streets shall be kept clear at all times to allow for access by emergency vehicles as needed accordance with the local fire ordinance

2   Parking
    A   Two (2) vehicles are permitted to each home site within the COMMUNITY, with the exception of those home sites that are designed to accommodate three (3) vehicles per driveway Vehicles must be parked in specific areas as designated by MANAGEMENT No structure, addition, improvement or any part of the manufactured home shall be permitted to encroach on existing parking areas within the home site
    B   Guest and visitor vehicles must be parked in area as designated by MANAGEMENT RESIDENTS are responsible for ensuring that their guests and visitors comply with this requirement
    C   No vehicles may be parked in or on common areas except as specifically authorized in writing by MANAMGNET in advance Vehicles parked in unauthorized areas may be removed, at the risk and expense of the vehicle's owner, without prior notice
    D   Illegally parked vehicles may be removed, at MANAGEMENT's discretion, at the risk and expense of the vehicle's owner
    E   On-site parking is prohibited at all times within the COMMUNITY

3   Only registered vehicles are allowed within the COMMUNITY RESIDENTS must register each vehicle kept within the COMMUNITY Commercial vehicles are not permitted within the COMMUNITY RESIDENTS must not store any motor vehicles which is in a state of disrepair and therefore incapable of being moved under its own power, or that does not possess a current valid registration for more than twenty four (24) hours, and any such vehicle within the COMMUNITY may be removed, at the risk and expense of the vehicles' owner, without prior notice All vehicle repairs must be completed within twenty-four (24) hours of the commencement of said repairs

4   Only drivers with valid driver's licenses may operate motor vehicles within the COMMUNITY

5   No excessively noisy vehicles are allowed within the COMMUNITY

6   There may be no overnight sleeping within the COMMUNITY except within RESIDENT S manufactured homes No overnight sleeping is allowed in any motor vehicles, camper or camping trailer

WAPLES00000261

7. No vehicles over seventy-five hundred pounds (7,500) gross vehicles weight (other then standard pick-up trucks), totters, trucks, construction or farm equipment may not be stored, parked or kept within the COMMUNITY except within the designated storage MANAGEMENT may remove any prohibited vehicles from the COMMUNITY if the RESDIENT fails to do so, and all expense incurred by MANAGEMENT in so doing must be paid by the RESIDENT with the next rental payment after submission of a statement for such charges by MANAGEMENT to the RESIDENT
8. Any vehicles which drips oil, gasoline or any other fluid must be repaired immediately by RESIDENT, and any damage caused by such dripping fluid must be cleaned and/or repaired by RESIDENT
9. The immobilization of any vehicle for major repairing or overhauling is prohibited everywhere within the COMMUNITY unless otherwise authorized in writing by MANAGEMENT in advance
10. Any vehicles parked on the streets during a snowfall will be considered a safety hazard Any such vehicle may be towed at the vehicle owner's risk and expense without prior notice
11. No unlicensed, motorized or self-prohibited vehicle of any kind, including, but not limited to, dirt bikes, mini-bikers, motorcycles, mopeds and go carts, shall be operated in any area of the COMMUNITY, unless such vehicle is duly registered for operation on public roads or highways All such vehicles must be registered with the COMMUNITY office and shall be operated only by the person duly licensed for operation of such vehicle
12. No vehicle shall be operated in the COMMUNITY in areas other than those designated for roadways and parking

## G   ANIMALS

No non domesticated animals, including farm animals, may be kept in the COMMUNITY No other animals may be kept in the COMMUNITY except as pets, and then only with the prior written permission of MANAGEMENT As of immediately, no animals whose height exceeds eighteen (18) inches at the shoulder at full maturity or whose weight exceeds fifty-(50) pounds at full maturity may be kept in the COMMUNITY Animals must be inoculated and licensed according to all applicable laws and regulations, and must wear license tags If required by applicable law Animals must be leashed and under the control of the applicable RESIDENT or kept within the confines of RESIDENT's home site Animals are allowed in common areas of the COMMUNITY only on a leash and under control of the applicable RESIDENT Under no circumstances are pets allowed in the common area of the COMMUNITY specifically posted against pets, such as the playground and similar facilities as designated by MANAGEMENT RESIDENT is responsible for the immediate removal of all pet litter from RESIDENT's home site or any other location within the COMMUNITY where littering has occurred RESIDENTS are responsible for any damage caused by their animals No temporary pet sitting or care of animals not owned by RESIDENTS is permitted Biting incidents will not be tolerated, and MANAMGENT reserves the right to terminate the home site rental agreement of any RESIDENT owning a pet involved in a biting incident Noisy or unruly animals, animals considered dangerous or vicious by MANAGEMENT, and animals with respect to which other RESIDENTS file justifiable complaints with MANAMGNET must be removed from the COMMUNITY No animals which have been removed from the COMMUNITY under this rule shall thereafter again be permitted within the COMMUNITY without the MANAMGENT's prior written consent Each animal must be registered and identified as to owner in the COMMUNITY office Any dog regardless of breed, whose temperment and disposition are considered to be dangerous or vicious, is not allowed within the COMMUNITY under any circumstances No more than two (2) dogs or two (2) cats or one (1) dog and one (1) cat may be kept per home site All pets must be approved by MANAGEMENT in writing before the pet's owner moves into the COMMUNITY, or before RESIDENT obtains a pet after move in Pets belonging to RESIDENT's family members, guests and invitees must be confined to the applicable RESIDENT's home site and must comply with all provision of this paragraph Pets may not be left outside at night Pets may not be left outside in the daytime unless someone is home to supervise the pet No doghouses or other outside animal shelters are permitted

**H    TV ANTENNAS**

Only one (1) satellite dish, not to exceed one (1) meter in diameter may be installed per home site No TV antenna over twenty-four (24) inches in height my be installed on the home site, and guide wires with respect to any antenna may be attached only to the manufactured home's roof The installation and location of such must be in accordance with the reasonable requirements of MANAMGENT and all applicable laws, codes and regulations Antenna must be mounted at least twenty-five (25) feet back from the front of the manufactured home No antennas may be installed except upon the prior written approval of MANAMGENT Any transmitting which interferes with the reception of other RESIDNET is strictly prohibited

**I    CLOTHES LINE**

Only collapsible umbrella-type clothes lines are permitted on the home site and the same must be kept at the rear of the home site and collapsed when not in use Laundry hung such clotheslne must be removed as quickly as possible

**J    SALE OF MANUFACTURED HOMES**

In the event RESIDENT elects to sell RESIDENT s manufactured home, one (1) "for Sale' sign not to be exceed a total area of three hundred (300) square inches may be installed on the inside of a window or upon exterior of the manufactured home, but shall not be installed in the ground of the manufactured home site Neither other "For Sale" sign nor any other sign of any nature, whether relating to the sale of the manufactured home or for any purpose, shall be permitted on the home site RESDIENT ACKNOWLDGE THAT THE SALE OR OTHER TRANSFER OF THE MANUFACUTRED HOME DOES NOT INCLUDE A TRANSFER OT THE HOME SITE TO THE BUYER OR THE TRANSFEREE UNLESSS RESDIENT NOTIFIFES MANAGENT IN WIRTING AT LEAST THREE (3) WEEKS PRIOR TO THE PROPOSED TRANSFER OF THE MANUFACTURED HOME SITE RENTAL AGREEMENT AND/OR TRANSFER OF TITLE TO THE MANFUACTURED HOME, GIVING THE NAME AND ADDRESS OF THE PROPOSED BUYER OR OTHER TRASNFEREE IN SUCH NOTICE AND THE PROPOSED BUYER OR OTHER TRANSFEREE (¹) IS APPROVED BY MANAGEMENT AS A RESDIENT IN ACCORDANCE WITH MANAGEMENT PRE=QUALIFICATION PROCEDURES AND STANDARDS, (¹¹¹) MEETS ALL OTHER CONDITIONS AND REQUIREMENTS AS SET FORTH IN THESE RULES AND REGULATIONS AND IN THE MANUFACTURED HOME SITE RENTAL AGREEMENT, AND (IV) THE MANUFACTURED HOME COMPLIES WITH THE STANDARDS FOR PLACEMENT OR RETENTION IN THE COMMUNITY AS SET FORTH IN THE THESE RULES AND REGULATIONS

**K.    OUTSIDE CONSTRUCTION**

1    Any construction or repairs other than routine home improvements or yard maintenance must be approved in writing by Management in advance
2    No construction company may perform any service within the COMMUNITY unless it has reported to the COMMUNITY office for clearance All contractors and repair, maintenance and landscaping personnel must be proper workman's compensation, automobile, liability and performance bonding insurance coverage's, as determined by MANAMGEMENT in its discretion
3    RESDIENT may not, and shall not have the power of authority to, allow the COMMUNITY or improvements therein to become subject to any mechanics, laborers or matenalmen s liens
4    RESIDENT should not give instructions to, or make requests of, the COMMUNITY's maintenance personnel All requests should be made in writing directly to MANAMGNET

**L    NOISE, FIREARMS, UNACCEPTABLE CONDUCT**

RESIDENTS must be unreason___ noisy Radios, stereos, musical instr___nts, televisions and conversation must be kept a level low enough not to disturb any other RESIDENT Vehicle engines shall be not unnecessarily raced or "gunned" at any time RESIDENTS shall observe quiet hours within the COMMUNITY between the hours of 10 00 p m to 7 00 a m daily

**Prohibited Conduct**

You (The RESIDENT) and your occupants or guests may not engage in the following activities **behaving in a loud or obnoxious manner, disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the MH Community,** disrupting our business operations, manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia, engaging in or threatening violence, possessing a weapon prohibited by state law, discharging a firearm in the MH Community, displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others No open fires are allowed within the COMMUNITY (charcoal and gas grills do not constitute open fires for purposes of the rule ) Fireworks are prohibited within the COMMUNITY

MH , HS (RESIDENTs Initials)

The gutting and/or bleeding of game animals on the home site or outside the manufactured home is prohibited within the COMMUNITY

**Under state law, RESIDENT's tenancy may be terminated for conduct on COMMUNITY premises which constitutes annoyance to other RESIDENTS or interfere with MANAGEMENT**

**M    COMMERCIAL ENTERPRISES**

No commercial enterprise or business of nay nature may be conducted by RESIDENT in the COMMUNITY without prior written approval of MANAGEMENT, nor may advertising materials be distributed or posted within the COMMUNITY without MANAGEMENT's prior written approval This restriction applies to the delivery of handbills of any nature, although MANAGEMENT may distribute written materials of a non-commercial nature provided such written materials are also given to MANAGEMENT

**N    DAMAGE**

Any damage caused by any RESIDENT, or by any visitor, guest, agent or representative of such RESIDENT, or by any of their property (storage shed, TV antenna, etc ) to the person or property of another shall be the sole responsibility of the applicable RESIDENT

**O    COMMON AREA DECORUM AND CONDUCT**

MANAGEMENT has established separate rules and guidelines for behavior and conduct of RESIDENTS, visitors and guests within common areas such as swimming pools, clubhouses and recreation facilities These rules and guidelines are posted in each common area where they are applicable, and after reasonable notice may be changed from time to time by MANAGEMENT and are hereby incorporated into and made a part of these Rules and guidelines MANAGEMENT will undertake to make the common areas and recreational facilities of the COMMUNITY conveniently available and open to RESIDENTS at reasonable times RESIDENT is responsible for the behavior and conduct of all minor children residing with or visiting RESIDENT, and for the conduct of clubhouse Violations of rules and guidelines applicable to common areas bye RESIDENTS, their family, visitors and guests within the COMMUNITY, including their adherence to these Rules and Regulations, and all

applicable laws Any visitor or guest who fails to comply with the foregoing may not remain in the COMMUNITY Conviction of a Class A misdemeanor or any felony during the term of a RESIDENT s tenancy which caused or threaten to cause irreparable harm to any per or property shall be considered grounds for termination or non-renewal of such RESIDENT's Manufactured Home Site Rental Agreement Immoral conduct, intoxication, or the use of loud or profane language shall also be grounds for termination or non-renewal of the applicable RESIDENT's Manufactured Home Site Rental Agreement

RESIDENT, any member RESIDENT's household, any guest, or any other person under RESIDENT's control, shall not engage in criminal activity, including but not limited to , drug related criminal activity, on the premises or in the COMMUNITY (Drug related criminal activity means the illegal manufacture, sale, distribution, use or possession with intent to manufacture, sell, distribute or use of a controlled substance )

Consumption of alcoholic beverages in the COMMUNITY's common areas, including the clubhouse, the pool area and surrounding common areas, is strictly prohibited, with the exception of MANAGEMENT sponsored events

MM - HS (RESIDENT's Initials)

Smoking is prohibited in any common areas, including the clubhouse, the pool area and surrounding common areas unless otherwise posted

**P    UTILITY AND WATER REGULATIONS**

RESIDENT shall be solely responsible for arranging for connection of water and sewer services with local utility providers RESIDENT shall be responsible for maintaining all water and sewage connections for the outlets on the utility posts or from the ground to the manufactured home at all times RESIDENT shall be solely responsible for any charges related to repairs, cleaning or unclogging of a clogged sewer line, other than an obstruction of the main sewer line, due to improper disposal of such items as paper towels, sanitary supplies, disposable diapers and cat litter Disposal of these items through use of the sewage system is strictly prohibited

RESIDENT shall be solely liable and responsible for insuring that RESIDENT's water and sewer connection do not freeze and shall arrange for any necessary repairs to such connections

Tampering by with any utility connections is strictly prohibited

**Q    PRE-QUALIFICATION OF PROSPECTIVE RESIDENTS**

Applicants for COMMUNITY residency are required to complete a rental application and obtain MANAGEMENT's prior written approval to become RESIDENT of the COMMUNITY Any person occupying a manufactured home within the COMMUNITY for more than fourteen (14) days within a six (6) month period shall be deemed an applicant for COMMUNITY residency and must comply with said qualification requirements RESIDENT may not sublet RESIDENT's manufactured home or home site or assign RESIDENT'S interest under RESIDENT's Manufactured Home Site Rental Agreement without MANAGEMENT's prior written approval, and any such sublease or assignment entered into without MANAGEMENT's prior written approval shall be null and void

**R    CONDUCT OF MINOR CHILDREN**

RESIDENTS with minor children must supervise the outside play and conduct of minor children so as not to disturb or annoy any other RESIDENTS Failure to supervise the conduct of such RESIDENT s

minor children under this rule will be grounds for termination or non renewal of such RESIDENT s Manufactured Home Site Rental Agreement  Games of any nature, including basketball and skateboarding, may not be played in the COMMUNITY's streets  Children under the age of sixteen (16) must obey the COMMUNITY's curfew of 10 00 p m , after which time all children under the age or sixteen (16) should not be on the COMMUNITY's streets or in the COMMUNITY s common areas

Portable basketball units must be located at the back of the home site, near the grass line, facing the home site  No permanent basketball units may be installed at the home site

### S    NON-WAIVER

Failure on the part of MANAGEMENT to enforce any provision of these Rules and Regulations shall not constitute a waiver of MANAGEMENT's right to enforce these Rules and Regulations either as to individual violator or the RESIDENTS of the COMMUNITY as a whole

### T    SNOW REMOVAL

MANAGEMENT shall remove snowfall from the COMMUNITY streets, if and when necessary and practical  RESIDENT shall be responsible for the removal of snow and ice from the walkways of the individual manufactured home site  RESIDENT, and not MANAGEMENT, shall be solely responsible for any claims for damages resulting from RESIDENT's failure to properly maintain RESIDENT's manufactured home site

_MMM - HS_ (RESIDENT's Initials)

### U    SALES

No patio or yard sales or similar sales are allowed at the home site other than COMMUNITY sponsored sales

### V    OCCUPANCY

No manufactured home may remain unoccupied by a RESIDENT for longer than thirty (30) days without the prior written approval of MANAGEMENT  Failure to notify MANAGEMENT in writing in advance of an extended absence shall result in MANAGEMENT treating such absence as abandonment and may result in termination or non-renewal of the applicable RESIDENT'S Manufactured Home Site Rental Agreement

### W    TRESPASSING

Trespassing on other RESIDENT's property is strictly prohibited

### X    OTHER AGREEMENTS

ALL AGREEMENTS BETWEEN MANAGEMENT AND RESIDENT MUST BE IN WRITING

## RESIDENT'S CERTIFICATE

I/We have received copies of and have read and fully understand the Manufactured Home Site Rental Agreement and these Rules and Regulations, and agree to abide by all provisions thereof I/We understand that any breach of the Manufactured Home Site Rental Agreement or of these Rules and Regulations by me/us, members of my/our family or my/our guests or visitors may result in the termination or non-renewal of the Manufactured Home Site Rental Agreement, in accordance with applicable law I/ We agree that, should any such matter be referred to an attorney for legal action, the I/we shall be liable for legal costs incurred by MANAGEMENT, including reasonable attorneys' fees

_1-29 14_  
Date

_1 28 14_  
Date

_____  
Date

**MANAGEMENT**

_1 28 14_  
Date

_____  
RESIDENT's Signature

_____  
RESIDENT's Signature

_____  
RESIDENT's Signature

_____  
by Authorized Signature