UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civ. No. 1:16-cv-00563 (LO/TCB) |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

This matter comes before the Court under Local Civil Rule 5, and on the motion of Plaintiffs Rosy Giron De Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs") to file under seal Exhibits 3, 4, 5, and 7 to Plaintiffs' Supplemental Brief in Response to the Court's *Sua Sponte* Order. The exhibits consist of documents designated confidential pursuant to the Protective Order (Dkt. 45).

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board:

"This document serves as notice to the public that Plaintiffs, by counsel, have moved the Court to seal from public disclosure certain exhibits to Plaintiffs' Supplemental Brief in Response to the Court's *Sua Sponte* Order. A brief description of the contents of the documents that Plaintiffs request to file under seal is as follows:

- Exhibit 3: Defendants' internal communications which Defendants have marked as confidential.
- Exhibit 4: Confidential excerpts from Defendants' designated 30(b)(6) deposition.
- Exhibit 5: Confidential excerpts from the deposition transcript of Josephine Giambanco.
- Exhibit 7: Confidential excerpts from the deposition transcript of Carolina Easton."

Based upon Plaintiffs' filings, the Court **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Document shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED**.

Dated: _____

The Honorable L. O'Grady
United States District Court for the
Eastern District of Virginia