# EXHIBIT 6

```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          ALEXANDRIA DIVISION


  ROSY GIRON DE REYES,        )
  et al,                      )
                              )    Civil 16-563
         Plaintiffs,          )
                              )
     v.                       )
                              )    Alexandria, Virginia
  WAPLES MOBILE HOME PARK     )    September 23, 2020
  LIMITED PARTNERSHIP,        )
  et al,                      )
         Defendants.          )
  _____   )


                    TRANSCRIPT OF MOTION HEARING
                              VIA ZOOM

                BEFORE THE HONORABLE T. S. ELLIS
                   UNITED STATES DISTRICT JUDGE



           APPEARANCES:

  For the Plaintiffs:     Simon Yehuda Sandoval-Moshenberg
                          Gianna Puccinelli
                          Nady Peralta
                          Matthew Traupman


  For the Defendants:     Michael Sterling Dingman
                          Grayson Hanes
                          Justin deBettencourt
                          Grayson Hanes



  Court Reporter:    PATRICIA A. KANESHIRO-MILLER, RMR, CRR



  Proceedings reported by stenotype shorthand.
  Transcript produced by computer-aided transcription.
```

1   plaintiffs have shown that through evidence produced by
2   defendants themselves and through the testimony of their
3   expert, Professor Clark.
4       And as a quick note, Your Honor may have seen that
5   defendants filed a *Daubert* motion on Professor Clark,
6   implicitly acknowledging that those issues are more
7   appropriately resolved, not in the context of summary
8   judgment, but in the context of pretrial motions like the one
9   that they filed.
10      THE COURT: Yes, I understand all of that. But what
11  I was asking you, Ms. Puccinelli, is: What, if any, goal
12  does the anti-harboring statute play in the analysis of
13  plaintiffs' disparate impact claim?
14      MS. PUCCINELLI: Your Honor, plaintiffs believe that
15  the defendants appropriately argued that issue in the context
16  of step two of the argument. While we obviously disagree
17  that that is an interest that satisfies step two, we
18  acknowledge that there is a dispute of fact as to that point,
19  and it is appropriately relegated to the step two analysis.
20      THE COURT: And what is the factual issue that you
21  think is presented for the jury to decide involving the
22  anti-harboring statute?
23      MS. PUCCINELLI: Well, Your Honor, the primary issue
24  is that plaintiffs believe that defendants have not shown
25  that the anti-harboring statute actually applied to them, nor