# EXHIBIT 7



# Transcript of George C. Caruso, CPM, RAM, SHCM, HCCP

**Date:** December 20, 2016

**Case:** de Reyes, et al. -v- Waples Mobile Home Park Limited Partnership, et al.

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

Transcript of George C. Caruso, CPM, RAM, SHCM, HCCP
Conducted on December 20, 2016                              22

```
 1   have a policy excluding undocumented immigrants from
 2   tenancy?
 3           MR. deBETTENCOURT:  Objection, form.
 4       A   I think there you have to be careful to
 5   specify when.  The legislation that relates to that
 6   didn't come into play until the early 1990s.  It
 7   wasn't an issue until the early 1990s.  So in the
 8   early stages of my career it wasn't an issue because
 9   nobody seemed to care.  When Congress passed a
10   series of bills and legislation related to it in the
11   early and middle '90s, and then visited those bills
12   again in the late '90s, it moved from being not on
13   your agenda to being on your agenda.
14           MS. ODOM:
15       Q   So let's take the question from after
16   Congress passed that legislation in the early '90s
17   forward.  For the properties that you've assisted in
18   managing since the 1990s to the present, has each of
19   those properties had a policy like the one at issue
20   in this case?
21       A   Very similar to it, yes.
22       Q   Every single property?
```

Transcript of George C. Caruso, CPM, RAM, SHCM, HCCP
Conducted on December 20, 2016    23

1   A   Yup, because for Fair Housing reasons you
2   want to operate consistently.  Otherwise, the FH&EO
3   Division of HUD will be on you.  And if you manage
4   what I call a split company, which means you're
5   doing both conventional and assisted or affordable
6   management, you need to adopt one set of policies
7   and maintain them consistently.
8   Q   Is the ratio of assisted to non-assisted
9   entities -- you said a moment ago it was about 60
10  percent received federal funding and about 40
11  percent didn't.  Does that ratio hold true from the
12  1990s to the present or is it different?
13  A   Without sitting down with the specific
14  property lists, I wouldn't be able to tell you.
15  Q   Are you able to tell me whether entities
16  that don't receive federal or state housing subsidy
17  or funding also have a policy like the one in this
18  case?
19      MR. deBETTENCOURT:  Objection, form.
20  A   Some of my colleagues in this business that
21  are not doing deep assistance work have adopted very
22  similar policies, yes.