IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>WAPLES MOBILE HOME PARK<br>LIMITED PARTNERSHIP, *et al.*,<br><br>    Defendants. | Civil No.: 1:16cv563-LO-TCB |

**DEFENDANTS' MOTION TO SEAL**

    Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel, and pursuant to Local Civil Rule 5, respectfully submit their Motion to Seal ("Motion"). The grounds for this requested relief are set forth in a contemporaneously filed Memorandum in Support, along with a Proposed Order. A notice has been filed on the public docket of the request to seal, allowing interested parties a reasonable opportunity to object. A proposed Order is attached.

Dated: September 17, 2021        Respectfully submitted,

                                        WAPLES MOBILE HOME PARK LIMITED
                                        PARTNERSHIP, WAPLES PROJECT LIMITED
                                        PARTNERSHIP AND
                                        A. J. DWOSKIN & ASSOCIATES, INC.

                                        /s/
                                        Michael S. Dingman (VSB No. 30031)
                                        McGuireWoods LLP
                                        1750 Tysons Boulevard
                                        Suite 1800
                                        Tysons, VA 22102

(703) 712-5462
(703) 712-5262
mdingman@mcguirewoods.com

Grayson P. Hanes (VSB No. 06614)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
jdebettencourt@reedsmith.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Michael S. Dingman (VSB No. 30031)
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
(703) 712-5462
(703) 712-5262
mdingman@mcguirewoods.com

Grayson P. Hanes (VSB No. 06614)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
jdebettencourt@reedsmith.com

*Counsel for Defendants*