# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*,<br><br>    Defendants. | Civil No.: 1:16cv563-LO-TCB |

## NOTICE OF FILING OF DEFENDANTS' MOTION TO SEAL

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 5, Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"), by counsel and in accordance with the Stipulated Protective Order entered in this matter on August 18, 2016 (Dkt. 45) hereby gives public notice that a Motion to Seal was filed on September 17, 2021 to respectfully move this Court for entry of an Order directing that Exhibits 3, 4, and 5 to Defendants' Reply in support of their Supplemental Memorandum Pursuant to the Court's July 28, 2021 Order be sealed. Defendants' Motion to Seal respectfully moves the Court to seal the following:

- Exhibit 3: Confidential excerpts from the deposition transcript of Josephine Giambanco.

- Exhibit 4: Confidential excerpts from the deposition transcript of Carolina Easton.

- Exhibit 5: Confidential excerpts from the deposition transcript of Defendants' designated Rule 30(b)(6) witness.

Defendants' Motion to Seal was filed on September 17, 2021 and memoranda in support of or in opposition to the motion must be filed within seven (7) days after the filing of

Defendants' Motion to Seal, and all or part of such memoranda may be designated as confidential. Further, any person objecting to the motion must file an objection with the Clerk within seven (7) days after the filing of the Defendants' Motion to Seal and if no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: September 17, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　WAPLES MOBILE HOME PARK LIMITED
　　　　　　　　　　　　　　　　　PARTNERSHIP, WAPLES PROJECT LIMITED
　　　　　　　　　　　　　　　　　PARTNERSHIP AND
　　　　　　　　　　　　　　　　　A. J. DWOSKIN & ASSOCIATES, INC.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Michael S. Dingman (VSB No. 30031)
　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　1750 Tysons Boulevard
　　　　　　　　　　　　　　　　　Suite 1800
　　　　　　　　　　　　　　　　　Tysons, VA 22102
　　　　　　　　　　　　　　　　　(703) 712-5462
　　　　　　　　　　　　　　　　　(703) 712-5262
　　　　　　　　　　　　　　　　　mdingman@mcguirewoods.com

　　　　　　　　　　　　　　　　　Grayson P. Hanes (VSB No. 06614)
　　　　　　　　　　　　　　　　　Justin deBettencourt (VSB No. 83806)
　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　7900 Tysons One Place
　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　McLean, Virginia 22102
　　　　　　　　　　　　　　　　　(703) 641-4200 (Telephone)
　　　　　　　　　　　　　　　　　(703) 641-4340 (Facsimile)
　　　　　　　　　　　　　　　　　ghanes@reedsmith.com
　　　　　　　　　　　　　　　　　jdebettencourt@reedsmith.com

　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Michael S. Dingman (VSB No. 30031)
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
(703) 712-5462
(703) 712-5262
mdingman@mcguirewoods.com

Grayson P. Hanes (VSB No. 06614)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
jdebettencourt@reedsmith.com

*Counsel for Defendants*