**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil No.: 1:16cv563-LO-TCB |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, | |
| Defendants. | |

## ORDER

**THIS MATTER** comes before the Court under Local Civil Rule 5, and on the Motion to Seal (Dkt. 427) of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants").

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted). In compliance with Local Rule 5 and *Ashcraft*, Defendants filed a public Notice of Filing of Defendants' Motion to Seal and the Court has posted this notice on the Court's public docket. A brief description of the content ("Proposed Sealed Documents") that Defendants move to seal is as follows:

- Exhibit 3: Confidential excerpts from the deposition transcript of Josephine Giambanco.

- Exhibit 4: Confidential excerpts from the deposition transcript of Carolina Easton.

- Exhibit 5: Confidential excerpts from the deposition transcript of Defendants' designated Rule 30(b)(6) witness.

Based upon Defendants' Motion to Seal filed on September 17, 2021 and Local Civil Rule 5, the Court hereby **FINDS** that less drastic alternatives to sealing the Proposed Sealed Documents are not feasible. Accordingly, the Court **ORDERS** that the Proposed Sealed Documents shall be maintained under seal by the Clerk, until otherwise directed. The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

ENTERED this 27th day of September, 2021.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, VA

- 2 -