IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, et al | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:16cv563-LO-TCB |
| | ) |
| WAPLES MOBILE HOME PARK | |
| LIMITED PARTNERSHIP, et al | ) |
| | ) |
| Defendant. | ) |

ORDER

The Court has received the supplemental briefing filed by the parties herein and would be aided by additional oral argument on the issues.

The Court requests that the parties confer and contact chambers with agreed dates within the next thirty days for further oral argument.

It is so **ORDERED**.

_____
Liam O'Grady
United States District Judge

Alexandria Virginia
October 1, 2021