IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-00563 |
| ) | Hon. Liam O'Grady |
| WAPLES MOBILE HOME PARK LIMITED ) | |
| PARTNERSHIP, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has ordered the parties to confer and contact chambers with agreed upon dates to hold further oral argument. Dkt. 431. The parties have done so. After consideration the Court has set oral arguments to be heard on Tuesday October 19, 2021 at 10:00 a.m.

October 6, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge