# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **10/19/2021**  Judge: **Liam O'Grady**
Time: 10:01 a.m. – 11:08 a.m.  Reporter: **S. Wallace**
(01:07)

Civil Action Number: **1:16cv563-LO-TCB**

**ROSY GIRON DE REYES, ET AL.**

**V.**

**WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, ET AL.**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| Simon Sandoval-Moshenberg | Grayson Hanes |
| Granville Warner | Michael Dingman |

Status Hearing re: Supplemental Briefing
Parties argue their position as to specific issues/questions before/posed by the Court.

Argued and
(  ) Granted    (  ) Denied    (  ) Granted in part/Denied in part
(  ) Taken Under Advisement    (  ) Continued to

(**X**) Order to Follow