**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

ROSY GIRON DE REYES, *et al.*,

      *Plaintiffs*,

  vs.

WAPLES MOBILE HOME PARK LIMITED
PARTNERSHIP, *et al.*,

      *Defendants*.

Civ. No. 1:16-cv-00563 (LO/TCB)

## JOINT REQUEST FOR A PRETRIAL CONFERENCE

The parties, by counsel, respectfully request that this Court set the above-captioned

matter for a pretrial conference on **Friday, February 25, at 10:00am**, or such other time as is

mutually convenient to the Court and to the parties, to discuss issues related to the upcoming

civil jury trial, set to commence on March 14, 2022, at 10:00am. *See* Dkt. No. 358.


Respectfully submitted,                           Date: February 18, 2022


_____//s//_____
LEGAL AID JUSTICE CENTER
Simon Sandoval-Moshenberg, VSB #77110
Nady Peralta, VSB #91630
Granville C. Warner, VSB #24957
Larisa Zehr, VSB #96032
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Phone: (703) 778-3450
Fax: (703) 778-3454
simon@justice4all.org
nady@justice4all.org
cwarner@justice4all.org
larisa@justice4all.org
*Counsel for Plaintiffs*

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP,
WAPLES PROJECT LIMITED PARTNERSHIP AND
A. J. DWOSKIN & ASSOCIATES, INC.

/s/
_____
Michael S. Dingman (VSB No. 30031)
Brooks H. Spears (VSB No. 86391)
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:  +1 703 712 5462
F:  +1 703 712 5262
mdingman@mcguirewoods.com
bspears@mcguirewoods.com


/s/
_____
Grayson P. Hanes (VSB No. 06614)
Justin deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
ghanes@reedsmith.com
jdebettencourt@reedsmith.com

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that on this 18th day of February, 2022, I caused the foregoing, along with all attachments thereto, to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to all counsel of record.


_____//s//_____
Simon Sandoval-Moshenberg (VSB No. 77110)
*simon@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454