AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Rosy Giron de Reyes, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-00563-LO-TCB |
| Waples Mobile Home Park Limited Partnership, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date:    02/21/2022

/s/ Brooks H. Spears
*Attorney's signature*

Brooks H. Spears, VSB No. 86391
*Printed name and bar number*
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102-4215

*Address*

bspears@mcguirewoods.com
*E-mail address*

(703) 712-5073
*Telephone number*

(703) 712-5190
*FAX number*