FILED: June 16, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1660
(1:16-cv-00563-LO-TCB)

_____

JOSE DAGOBERTO REYES; ROSY GIRON DE REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; HERBERT DAVID SARAVIA CRUZ

    Plaintiffs - Appellants

v.

WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; A. J. DWOSKIN & ASSOCIATES, INC.

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:16-cv-00563-LO-TCB |
| Date notice of appeal filed in originating court: | 06/01/2022 |
| Appellants | Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, yovana Jaldin Solis, Estean Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz |

| | |
|---|---|
| Appellate Case Number | 22-1660 |
| Case Manager | Cyndi Halupa 804-916-2704 |