IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSE DAGOBERTO REYES, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-563 (PTG/WBP) |
| ) | |
| WAPLES MOBILE HOME PARK LIMITED ) | |
| PARTNERSHIP, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Upon consideration of the January 23, 2024 opinion of the United States Court of Appeals for the Fourth Circuit (Dkt. 444), it is hereby

**ORDERED** that the parties file their respective positions as to the outstanding issues for decision by the Court within fourteen (14) days of the entry of this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

Entered this 16th day of February, 2024.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge