IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSE DAGOBERTO REYES, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | Case No. 1:16-cv-563 (PTG/WBP) |
| WAPLES MOBILE HOME PARK LIMITED ) | |
| PARTNERSHIP, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On February 16, 2024, the Court directed the parties to file their respective positions as to any outstanding issues for decision by the Court. Dkt. 448. In response to the Court's order, the parties submitted a Joint Status Report as to Outstanding Issues ("Status Report"). Dkt. 449. Upon consideration of the Status Report, it is hereby

**ORDERED** that Plaintiffs' Motion to Appear Pro Hac Vice by Adam Abelson (Dkt. 435) is **DENIED AS MOOT**; it is further

**ORDERED** that Plaintiffs' Motion for Electronic Application for use at trial (Dkt. 437) is **DENIED AS MOOT,** subject to later renewal; it is further

**ORDERED** that the parties' respective motions *in limine* (Dkts. 322, 325, 328, 331, 337, 340) are **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that within thirty (30) days of the date of this Order, the parties may file renewed motions *in limine*. Oppositions to any motion *in limine* must be filed within twenty-one (21) days thereafter. A reply in support of the motion *in limine* may be filed within fourteen (14) days of the filing of the opposition; it is further

**ORDERED** that prior to filing any renewed motions *in limine*, and pursuant to Local Civil Rule 7(E), the parties must meet and confer, in person or by telephone, to discuss and narrow the scope with respect to said motions; and it is further

**ORDERED** that an in-person status conference is set before the Court for Thursday, April 18, 2024 at 11:30 a.m.

All other outstanding matters, including scheduling the hearing on the motions *in limine*, will be addressed by the Court at a later date.

Dated: March 11, 2024
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge