# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

ROSY GIRON DE REYES, *et al.*,

    Plaintiffs,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Civil No.: 1:16-cv-563 (PTG/WBP)

## **ORDER**

UPON CONSIDERATION of Defendants' Motion *in Limine* to Exclude the Testimony of Ivan Yacub, Esq. ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not be permitted to introduce the testimony of Ivan Yacub, Esq. at trial.

ENTERED this \_\_\_\_ of _____ 2024.

Alexandria, Virginia
_____ \_\_, 2024

_____
The Honorable Patricia Tolliver Giles
U.S. District Court for the
Eastern District of Virginia