# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16-cv-563 (PTG/WBP) |

## ORDER

UPON CONSIDERATION of Defendants' Motion *in Limine* to Exclude Argument Questioning Whether Valid Interests for the Policy were in Place at the Time of the Policy's Adoption ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not be permitted to introduce argument and evidence that Defendants' Policy was not motivated by the valid interests served by the Policy or that the valid interests served by the Policy are post hoc justifications.

ENTERED this _____ of _____ 2024.

Alexandria, Virginia
_____ __, 2024

_____
The Honorable Patricia Tolliver Giles
U.S. District Court for the
Eastern District of Virginia