# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16-cv-563 (PTG/WBP) |

## ORDER

UPON CONSIDERATION of Defendants' Motion *in Limine* to Exclude Evidence of Damages ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not be permitted to present evidence or argument regarding their claim for compensatory or punitive damages.

ENTERED this \_\_\_\_ of _____ 2024.

Alexandria, Virginia
_____ \_\_, 2024

_____
The Honorable Patricia Tolliver Giles
U.S. District Court for the
Eastern District of Virginia