IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16-cv-563 (PTG/WBP) |

## ORDER

UPON CONSIDERATION of Defendants' Motion *in Limine* to Exclude Evidence of Lease Materials and the Purported "Eviction" of Plaintiffs ("Motion *in Limine*"), Plaintiffs' Opposition thereto, and any hearing thereon, it is hereby

ORDERED that Defendants' Motion *in Limine* is GRANTED. It is further

ORDERED that Plaintiffs shall not be permitted to introduce Plaintiffs' trial Exhibits 8-72, 98-101, and 151-166 into evidence at trial. It is further

ORDERED that Plaintiffs shall not be permitted to introduce into evidence at trial any testimony related to these documents.

ENTERED this \_\_\_\_ of _____ 2024.

Alexandria, Virginia
_____ \_\_, 2024

_____
The Honorable Patricia Tolliver Giles
U.S. District Court for the
Eastern District of Virginia