# EXHIBIT 2(a)

# Pls.' Ex. 8

**APPLICATION ____ OR RESIDENCY – PLEASE COMPLETE ____ RY QUESTION**
(Each Leaseholder must submit a separate application)

**APPLICANT INFORMATION**

FULL NAME(LAST) ▉▉▉    (FIRST) ▉▉▉    (MIDDLE) ▉▉▉    GENERATION (Jr Sr) _____

DOB ▉▉▉    SOCIAL SECURITY # ▉▉▉    SEX _M_    MARITAL STATUS _____ (optional)

OCCUPATION Handyman    GROSS ANNUAL INCOME (from all sources) _____

DRIVER'S LICENSE # _____ STATE VA  EMAIL _____ CELL PHONE _____

| | TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|---|
| VEHICLES | ▉▉▉ | Green | Nissan | | VA | 1996 |
| | | Green | Geo | | VA | 1993 |

**LIST OTHERS TO RESIDE IN MOBILE HOME AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS**

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION | VISITING ONLY |
|---|---|---|---|---|---|---|---|
| ▉▉▉ | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Note** Please provide occupancy history for previous two years

**PRESENT ADDRESS**

STREET MedFord DR _____ APT# 102

CITY Annandale _____ STATE VA ____ ZIP 22003  HOME PHONE # ▉▉▉

RENT OR OWN? Rent ____ DATES(from) 2009 (to) pesent  MONTHLY PAYMENT 670 00

LANDLORD/LENDER (CIRCLE ONE) _____  CONTACT PHONE # ▉▉▉

**PREVIOUS ADDRESS (If at present address less than two years)**

STREET _____ APT# _____

CITY _____ STATE _____ ZIP _____ HOME PHONE # _____

RENT OR OWN? _____ DATES(from) _____ (to) _____ MONTHLY PAYMENT _____

LANDLORD/LENDER (CIRCLE ONE) _____ CONTACT PHONE # _____

**PREVIOUS ADDRESS (If at present address less than two years)**

STREET _____ APT# _____

CITY _____ STATE _____ ZIP _____ HOME PHONE # _____

RENT OR OWN? _____ DATES(from) _____ (to) _____ MONTHLY PAYMENT _____

LANDLORD/LENDER (CIRCLE ONE) _____ CONTACT PHONE # _____

**EMPLOYER AT TIME OF MOVE-IN**

NAME Hralд ID construction ____ STREET 8425 Granite Lane

CITY Manassas ____ STATE VA ____ ZIP 20 ____ PHONE 420-70XI

EMPLOYMENT START DATE 2011  POSITION Handyman ____ SALARY $1400 a month

SUPERVISOR OR HUMAN RESOURCES CONTACT _____ PHONE _____

**OTHER INCOME**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU)**

(1)NAME ▉▉▉  RELATIONSHIP Freind  PHONE # ▉▉▉

STREET ▉▉▉

(2)NAME ▉▉▉  RELATIONSHIP friend  PHONE # ▉▉▉

STREET ▉▉▉

**ARE YOU ▉▉▉ ENTITLED TO LIVE IN THE UNITED STATES? (Please check one)**

☐ Yes I am a U S Citizen

☑ Yes I have valid documentation from the U S Immigration and Naturalization Service (INS) that allows me to be in the country

List source of documentation _____ List ID# _____

If you have an Individual Tax ID # please provide in the following space _____

☐ No

**ADDITIONAL INFORMATION  (Check whichever applies)**

☐ I Do Have a Water Bed    ☐ I Do Not Have a Water Bed

☐ I Do Have a Fish Tank    ☑ I Do Not Have a Fish Tank

NOTE  Renter's Insurance is required if you have a water bed or fish tank. Proof of insurance must be provided prior to move in

PET INFORMATION (☐ I Will Not Be Bringing A Pet) (☐ I Will Be Bringing A Pet)

TYPE _____ BREED _____ HEIGHT _____ WEIGHT _____

TYPE _____ BREED _____ HEIGHT _____ WEIGHT _____

NOTE  Keeping pets requires consent of management, payment of applicable fees/deposits, and execution of Pet Addendum.
Service animals are not considered pets
The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988 prohibits discrimination in the rental of housing
based on race color religion, sex, handicap, familial status or national origin  The Federal Agency which administers compliance with this
law is the U S Department of Housing and Urban Development

The undersigned applicant and/or co signer represents that all of the above statements are true and correct and hereby authorizes verification
of the above information  If such information proves to be false or misleading, Owner shall have the right to deny this application  The
undersigned applicant and/or co signer hereby consents to allow AJ Dwoskin ( Owner ) itself or through its designated agents or employees to
obtain a consumer report and criminal record and to obtain and verify credit and employment information for the purpose of determining
whether to lease an apartment to me  The undersigned applicant or co signer agrees and understands that Owner and its agents and employees
may obtain additional consumer reports and criminal record in the future to update or review my account  Upon my request Owner will tell me
whether consumer reports or criminal records were requested and the names and addresses of any consumer reporting agency that provided
such reports  The undersigned applicant and/or co signer understand that the application fee is non refundable

APPLICANT _____    DATE _____

Revised 01/13/12



EXHIBIT
R. Rivas     1
11/1/16
Planet Depos, LLC

WAPLES00000115

# Pls.' Ex. 9

# Pls.' Ex. 10

# Pls.' Ex. 11

# Pls.' Ex. 12



## A.J DWOSKIN & ASSOCIATES, INC
## MOBILE HOME PARK APPLICATION
## AS LEASEHOLDER



(EACH CO APPLICANT MUST SUBMIT A SEPARATE APPLICATION)

### APPLICATION REQUIREMENTS

- [x] 2-4 Most Recent, Back to Back Pay Stubs
- [ ] Original Valid Government Issued Photo Identification
- [x] Original Social Security Card  OR
- [ ] Original Passport, Visa, and I 94 Form

### APPLICANT INFORMATION

| First Name | M I | Last Name | Other Last Names Used | Social Security # /IRS Taxpayer ID# | Date of Birth |
|---|---|---|---|---|---|

Home # _____ Work # _____ Cell # ███████ ail Address _____

### OTHER OCCUPANTS

Name ███████ Relationship _____ Name _____ Age ___ Relationship _____

Name ███████ Relationship _____ Name _____ Age ___ Relationship _____

### PETS

Type of Pet *NA* Breed *NA* Weight at Maturity *NA* Type of Pet *NA* Breed *NA* Weight at Maturity *NA*

### CONSECUTIVE RESIDENT HISTORY (Minimum 3 Years)

Present Address ███████ Street _____ Apt # _____ City _____ State/Zip _____ Move In Date *1-1-04*  *5 year*

Monthly Rent/Mortgage (circle one) $ *1,365* Are you a Leaseholder/Owner (circle one)? *yes*

Landlord Name/Management/Mortgage Company *Kay Management* Phone # *703-820-6161*

Previous Address _____ Street _____ Apt # _____ City _____ State/Zip _____ Move In Date _____ Move Out Date _____

Monthly Rent/Mortgage (circle one) $ _____ Were you a Leaseholder/Owner (circle one)? _____

Landlord Name/Management/Mortgage Company _____ Phone # _____

Previous Address _____ Street _____ Apt # _____ City _____ State/Zip _____ Move In Date _____ Move Out Date _____

Monthly Rent/Mortgage (circle one) $ _____ Were you a Leaseholder/Owner (circle one)? _____

Landlord Name/Management/Mortgage Company _____ Phone # _____

### PERTINENT QUESTIONS

Do you have a legal right to be in the United States? _____ Yes  because I am a United States citizen

*Yes* Yes because I have valid documentation from the United States Citizenship and Immigration Services (USCIS) (formerly the Bureau of Citizenship and Immigration Services or the U S Immigration and Naturalization Service) or from the State Department

Yes/No _____ No

*No* Have you ever applied or lived at an A J Dwoskin & Associates Inc community? If yes when? _____ and what property? _____

*No* Have you ever foreclosed on a home or are you currently in the process of having a home foreclosed? If yes when? _____

*No* Have you ever been evicted or are you currently in the process of being evicted from any leased premises?

*No* Have you ever owed monies to a prior landlord? If yes when? _____ Is the amount paid in full? _____ If yes when was it paid? _____

*No* Have you ever owed monies to a major utility company? If yes when? _____ Is the amount paid in full? ____ If yes when was it paid? _____

*No* Have you ever filed bankruptcy? If yes when? _____ Please provide written proof of the discharge or dismissal upon request

*No* Have you ever been convicted of or plead guilty or  no contest  to a felony (whether or not resulting in a conviction)?

*No* Have you ever been convicted of or plead guilty or  no contest  to a misdemeanor involving sexual misconduct (whether or not resulting in a conviction)?

NOTE  If yes was answered for any of the questions within this section  please provide written explanation on the back of this application

WAPLES00000974

# Page 2
# MOBILE HOME PARK APPLICATION
## AS LEASEHOLDER

### EMPLOYMENT HISTORY

Present Employer _E.M. TEXTURE Corp_ Work Address _12204 Cedar Hill Drive_ Employed Since _3 yers_

Position _Forman_ Human Resources Phone # _240-432-0291_ Silver Spring MD 0298 Monthly Salary $_3,850_ E Mail Address _____

### ADDITIONAL INCOME

Additional Monthly Income $_300_ Source _Ameri Stucco_ Contact ███████████████

Additional Monthly Income $_____ Source _____ Contact _____ Phone # _____

### MOBILE HOME INFORMATION

Make & Model Name _____ Serial # _____ Owner s Name _____

Is the Mobile Home Paid in Full? ☐ Yes ☐ No   If no  what is or what will be your monthly mortgage?  $_____

If Mobile Home is NOT paid in full  please provide the following information below

Finance Company _____ Account # _____

Mailing Address _____ City  State  Zip _____

Telephone # _____ Contact Person _____

### EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU

Name ███████████████ Full Street Address ███████████████

City State Zip _Falls Church_ Relationship to You _Brother_ Phone # (Including area code) ███████████

### APPLICATION FEE

Applicant has remitted the sum of $_35⁰⁰_ which is a non refundable payment for processing this application  Such sum is not a rental payment or security deposit

I hereby deposit the sum of $_All_ with Management as a good faith deposit in connection with this rental application  If for any reason Management disapproves my application  Management wil refund the good faith deposit to me in full within ten (10) days from disapproval

I authorize A J Dwoskin & Associates  Inc  or their agents  to investigate my qualifications and consumer reports  and/or any and all references given or discovered  I realize this information will be used by A J Dwoskin & Associates  Inc  and/or their agents  to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application

**NOTICE**  BY SIGNING THIS APPLICATION  YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION  ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR APPLICATION OR IMMEDIATE TERMINATION OF YOUR LEASE

Applicant's Signature as **LEASEHOLDER** ███████████████ Date _12-7-10_

Rec 12/9/10
C C.

# Pls.' Ex. 13

## APPLICATION FOR RESIDENCY – PLEASE COMPLETE EVERY QUESTION
### (Each Leaseholder must submit a separate application)

**APPLICANT INFORMATION**

FULL NAME [LAST]_____ (FIRST)_____ (MIDDLE)_____ GENERATION (Jr., Sr.):_____

DOB____/____/____ SOCIAL SECURITY #_____ SEX_____ MARITAL STATUS____ (optional)

OCCUPATION_____ GROSS ANNUAL INCOME (from all sources)_____

DRIVER'S LICENSE #_____ STATE_____ EMAIL:_____ CELL PHONE:_____

| | TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|---|
| VEHICLES | | | | | | |

LIST OTHERS TO RESIDE IN MOBILE HOME AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS:

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION | VISITING ONLY |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | Spouse | F | ▓▓▓ | | | |
| | | | F | | | | |
| | | | M | 6 year 3 | | | |

Note: Please provide occupancy history for ▓▓▓▓▓▓▓▓▓▓

**PRESENT ADDRESS:**
STREET_____ APT#_____
CITY_____ STATE_____ ZIP_____ HOME PHONE #_____
RENT OR OWN?_____ DATES(from)_____ (to)_____ MONTHLY PAYMENT_____
LANDLORD/LENDER (CIRCLE ONE)_____ CONTACT PHONE #_____

**PREVIOUS ADDRESS (If at present address less than two years):**
STREET_____ APT#_____
CITY_____ STATE_____ ZIP_____ HOME PHONE #_____
RENT OR OWN?_____ DATES(from)_____ (to)_____ MONTHLY PAYMENT_____
LANDLORD/LENDER (CIRCLE ONE)_____ CONTACT PHONE #_____

**PREVIOUS ADDRESS (If at present address less than two years):**
STREET_____ APT#_____
CITY_____ STATE_____ ZIP_____ HOME PHONE #_____
RENT OR OWN?_____ DATES(from)_____ (to)_____ MONTHLY PAYMENT_____
LANDLORD/LENDER (CIRCLE ONE)_____ CONTACT PHONE #_____

**EMPLOYER AT TIME OF MOVE-IN:**
NAME_____ STREET_____
CITY_____ STATE_____ ZIP_____ PHONE_____
EMPLOYMENT START DATE_____ POSITION_____ SALARY_____
SUPERVISOR OR HUMAN RESOURCES CONTACT_____ PHONE_____

**OTHER INCOME:**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU):**
(1) NAME_____ RELATIONSHIP_____ PHONE #_____
STREET_____ CITY_____ STATE_____ ZIP_____
(2) NAME_____ RELATIONSHIP_____ PHONE #_____
STREET_____ CITY_____ STATE_____ ZIP_____

**ARE YOU LEGALLY ELIGIBLE TO LIVE IN THE UNITED STATES?  (Please check one)**
☐ Yes, I am a U.S. Citizen
☐ Yes, I have valid documentation from the U.S. Immigration and Naturalization Service (INS) that allows me to be in the country;
List source of documentation_____ List ID#_____
If you have an Individual Tax ID #, please provide in the following space_____
☐ No

**ADDITIONAL INFORMATION: (Check whichever applies)**
☐ I Do Have a Water Bed       ☐ I Do Not Have a Water Bed
☐ I Do Have a Fish Tank       ☐ I Do Not Have a Fish Tank
NOTE: Renter's Insurance is required if you have a water bed or fish tank. Proof of insurance must be provided prior to move-in.

**PET INFORMATION:  (☐ I Will Not Be Bringing A Pet)  (☐ I Will Be Bringing A Pet):**
TYPE_____ BREED_____ HEIGHT_____ WEIGHT_____
TYPE_____ BREED_____ HEIGHT_____ WEIGHT_____
NOTE: Keeping pets requires consent of management, payment of applicable fees/deposits, and execution of Pet Addendum.
Service animals are not considered pets.
The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, prohibits discrimination in the rental of housing based on race, color, religion, sex, handicap, familial status or national origin. The Federal Agency, which administers compliance with this law, is the U.S. Department of Housing and Urban Development.

The undersigned applicant and/or co-signer represents that all of the above statements are true and correct and hereby authorizes verification of the above information. If such information proves to be false or misleading, Owner shall have the right to deny this application. The undersigned applicant and/or co-signer hereby consents to allow AJ Dwoskin ("Owner"), itself or through its designated agents or employees, to obtain a consumer report and criminal record and to obtain and verify credit and employment information for the purpose of determining whether to lease an apartment to me. The undersigned applicant or co-signer agrees and understands that Owner and its agents and employees may obtain additional consumer reports and criminal record in the future to update or review my account. Upon my request, Owner will tell me whether consumer reports or criminal records were requested and the names and addresses of any consumer reporting agency that provided such reports. The undersigned applicant and/or co-signer understand that the application fee is non-refundable.

APPLICANT_____    DATE_____

*Revised 01/13/12*

# APPLICATION

**RESIDENCY   PLEASE COMPLETE E   QUESTION**
(E   easeholder   submit a separate applica   )

**APPLICANT INFORMATION**

FULL NAME(LAST ___ ) GENERATION (Jr Sr ) ___

DOB ___ SOCIAL SECURITY # ___ SEX **Male** MARITAL STATUS ___ (optional)

OCCUPATION **Floor Installer** GROSS ANNUAL INCOME (from all sources) **#32,005**

DRIVER'S LICENSE # ___ STATE **VA** EMAIL ___ CELL PHONE ___

| VEHICLES | TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|---|
| | Econoline Van | White | Ford | | VA | 2005 |
| | Trans Sport | White | Pontiac | | VA | 1998 |

**LIST OTHERS TO RESIDE IN MOBILE HOME AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS**

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION | VISITING ONLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Note** Please provide occupancy history for previous two years

**PRESENT ADDRESS:**

STREET ___ APT# ___

CITY ___ STATE ___ ZIP ___ HOME PHONE # ___

RENT OR OWN? **rent** DATES(from) **12/2010** (to) **4/2012** MONTHLY PAYMENT **$1,400.00**

(LANDLORD)/LENDER (CIRCLE ONE) CONTACT PHONE # ___

**PREVIOUS ADDRESS (If at present address less than two years)**

STREET ___ APT# ___

CITY ___ STATE ___ ZIP ___ HOME PHONE # ___

RENT OR OWN? ___ DATES(from) ___ (to) ___ MONTHLY PAYMENT ___

LANDLORD/LENDER (CIRCLE ONE) CONTACT PHONE # ___

**PREVIOUS ADDRESS (If at present address less than two years)**

STREET ___ APT# ___

CITY ___ STATE ___ ZIP ___ HOME PHONE # ___

RENT OR OWN? ___ DATES(from) ___ (to) ___ MONTHLY PAYMENT ___

LANDLORD/LENDER (CIRCLE ONE) CONTACT PHONE # ___

**EMPLOYER AT TIME OF MOVE-IN**

NAME **Self-Employed** STREET ___

CITY ___ STATE ___ ZIP ___ PHONE ___

EMPLOYMENT START DATE ___ POSITION ___ SALARY ___

SUPERVISOR OR HUMAN RESOURCES CONTACT ___ PHONE ___

**OTHER INCOME.**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU)**

(1)NAME ___ RELATIONSHIP ___ PHONE # ___

STREET ___ CITY ___ STATE ___ ZIP ___

(2)NAME ___ RELATIONSHIP ___ PHONE # ___

STREET ___ CITY ___ STATE ___ ZIP ___

**ARE YOU LEGALLY ELIGIBLE TO LIVE IN THE UNITED STATES: (Please check one)**

☐ Yes  I am a U S Citizen

☑ Yes  I have valid documentation from the U S  Immigration and Naturalization Service (INS) that allows me to be in the country

Last source of documentation ___ List ID# ___

If you have an Individual Tax ID #  please provide in the following space ___

☐ No

**ADDITIONAL INFORMATION  (Check whichever applies)**

☐ I Do Have a Water Bed      ☑ I Do Not Have a Water Bed

☐ I Do Have a Fish Tank      ☐ I Do Not Have a Fish Tank

NOTE   *Renter's Insurance is required if you have a water bed or fish tank.  Proof of insurance must be provided prior to move in*

PET INFORMATION   (☑ I Will Not Be Bringing A Pet)   (☐ I Will Be Bringing A Pet)

TYPE ___ BREED ___ HEIGHT ___ WEIGHT ___

TYPE ___ BREED ___ HEIGHT ___ WEIGHT ___

**NOTE** *Keeping pets requires consent of management, payment of applicable fees/deposits, and execution of Pet Addendum.*
*Service animals are not considered pets*
**The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988 prohibits discrimination in the rental of housing based on race, color religion, sex, handicap familial status or national origin.  The Federal Agency  which administers compliance with this law  is the U S  Department of Housing and Urban Development.**

The undersigned applicant and/or co signer represents that all of the above statements are true and correct and hereby authorizes verification of the above information   If such information proves to be false or misleading  Owner shall have the right to deny this application   The undersigned applicant and/or co signer hereby consents to allow AJ Dwoskin ( Owner )  itself or through its designated agents or employees to obtain a consumer report and criminal record and to obtain and verify credit and employment information for the purpose of determining whether to lease an apartment to me   The undersigned applicant or co signer agrees and understands that Owner and its agents and employees may obtain additional consumer reports and criminal record in the future to update or review my account   Upon my request  Owner will tell me whether consumer reports or criminal records were requested and the names and addresses of any consumer reporting agency that provided such reports  The undersigned applicant and/or co signer understand that the application fee is non refundable

APPLI ___ **1/37/18** DATE ___ **1/7/12**



Case 1:16-cv-00563-PTG-WBP    Document 466-2    Filed 04/18/24    Page 18 of 194 PageID# 8756

# F O R   I N T E R N A L   O F F I C E   U S E   O N L Y

▶▶▶ **THIS PAGE IS NOT FOR DISTRIBUTION** ◀◀◀

Circle Selected Mobile Home Park:   Forest Park   /   (Waples)   /   Bull Run   /   Bel Air

Move-In Date **2/1/2012**   Lot # **02-1250**   Monthly Rent $ **670**

Lease Taken By **Joann** _____   Access # _____   Special Offered _____

## IMPORTANT INFORMATION / CONTACTS

- Social Security Administration – 1 (800) 772 1213 www.socialsecurity.gov ■ Internal Revenue Service – 1 (800) 829-1040 www.irs.gov
- United States Citizenship and Immigration Services (USCIS) – 1 (800) 767 1833 www.uscis.gov ■ USCIS National Customer Service Center – 1 (800) 375-5283

New HUD Regulation Information  After 9/11/01  Housing and Urban Development (HUD) new regulations indicate that a landlord can ask for and photo copy any documents  with or without a photo  to prove an applicant's right to be in the United States

ITIN Information
The Registry presently does not offer a program that is similar to the  Social Search  to check ITINs  But since all applicants who do not have a Social Security number (SSN) must present their Passport, Visa  and I 94 (I 94W) Form  it is not necessary to see the ITIN card and/or IRS issuance letter  If someone presents the card or letter  a copy should be made with an initialed notation indicating that the applicant voluntarily presented the documents

GUIDELINES FOR LEASEHOLDERS and Guarantors
  Leaseholders  who do not have SSNs must also prove their identity and provide documentation as to their validity in the United States
  All Leaseholder Applicants who do not have a SSN are subject to the terms on the International Applicants  policy (red reference manual  tab  RegistryScorex*)
  Consumer Reports must be run for Leaseholder Applicants and Guarantor Applicants who have SSNs  and for Leaseholder Applicants who have ITINs  Credit reports for those Leaseholder Applicants who have ITINs are often times short in nature
  If an ITIN is recorded on a Leaseholder application and the pay stubs reflect a different 9-digit number  which appears to be a SSN  ask your applicant about the discrepancy  Record and attach their reply on the application  If applicable  run a Social Search using the number that appears on the pay stubs to see if the number truly belongs to your applicant  If yes  run all consumer reports with the discovered SSN  If the Social Search information is inconsistent with your applicant's name  see your Property Manager
  Since a Multi-State Sexual Offender (MSSO) Review cannot be run on Leaseholder Applicants without a SSN or with an ITIN  a Sexual Offender Registry check (SOR) must be done through www.prevent-abuse-now.com by state  Use the zip codes listed on the application and any other address zip codes that may appear on the credit report (if applicable) and/or other sources  Place screen prints in the file per zip code even if there is no match or you are unable to retrieve any information
  Do not run a MSSO or a SOR check on a Guarantor Applicant  Guarantor Applicants must have a SSN and be a permanent resident in the United States

---

## A.  IDENTITY CHECK – Applicant must have one (1) of the following

**1.**  Valid U.S. Driver's License (DL)  Walker's Identification (WI) issued by the Department of Motor Vehicles (DMV) or Other
  ☑ Cross-Reference Application with DL or WI ■ ☑ Photo Identification matches face in front of you (copy after approval) ■ ☑ Date of Birth _____
  ☑ Signature on U.S. Driver's or Walker's matches the signature on the application ■ DL# or WI# _____   ☑ DL or WI Issue Date _____
  DL or WI Exp Date _____ ■ Full Address _____

**2.**  Passport
Passport – A passport will usually contain a Visa and an I 94 Arrival/Departure Record which will explain how long the bearer may remain and the terms of the admission
  ☐ File copy of the complete document including the passport # and country of origin
  ☐ Photo identification matches face in front of you and make file copy

**3.**  Employment Authorization Card
Employment Authorization Card – An Employment Authorization Document (EAD) is issued to individuals who are not permanent residents of the United States, but have been granted permission to be employed in the United States for a specific period of time
  ☐ Photo identification matches face in front of you and make file copy
  ☐ Signature on the EAD matches the signature on the application

## B.  DOCUMENTATION FOR VERIFICATION IN THE UNITED STATES IS NEEDED FOR THOSE APPLICANTS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER

Permanent Resident
  ☑ Permanent Resident Card (previously called a Resident Alien Card  commonly referred to as a Green Card)
  ☐ Certificate of Naturalization
Specialized Permanent Resident
  ☐ Refugee Status  Must show original Form I 94 (Arrival/Departure Form) and/or immigration court documents
  ☐ Asylee Status  Must show original Form I 94 (Arrival/Departure Form) and/or immigration court documents indicating there was an approval or a letter from USCIS

**If** the applicant is not a permanent resident, he/she must supply their Passport, Visa (check type below) AND I-94 Arrival/Departure Form (entry document) in addition to 1 original document listed below  Please note that an expired Visa is not a problem--an expired I 94 or I 94W Form is
Visitor / Tourist
  ☐ J 1 or J 2 Certificate of Eligibility for Exchange Visitor Status
  ☐ B-1 for temporary visitor for business OR ☐ B-2 for temporary visitor for pleasure
Temporary Workers
  ☐ H 1B  H 1C  H-2A  H-2B  H-3  H 1  H-2  H-3  or  H-4
Academic Student
  ☐ F 1 or F 2 Certificate of Eligibility for Nonimmigrant Student Status and Form I 20 (document issued by the school proving admission)
  ☐ Form DS-2019 (formerly Form IAP-66) and letter from foreign student advisor certifying they are enrolled (as stated on the Visa)  and they are in good standing and have a 2 0 (on a 4 0 system) or better
Other  ☐ _____ (Must be approved by Corporate Office)
Special Notes  ■ If an applicant indicates that he/she is a student, follow up by contacting the school to verify that he/she is enrolled  If the I-94 Form identifies the school  there is no need for verification  If verification was necessary  please check  ☐ Initials _____ ■ Most visitor  tourist and student Visas do not allow the individual to work in the U S

WAPLES00000345

# L E A S E H O L D E R ' S
# A P P L I C A T I O N   D E C I S I O N

**REGISTRY SCOREX SCORE(S)   INDIVIDUAL** _____   **JOINT** _____

**MSSO or SOR REVIEW      NO MATCH ☐      MATCH FOUND ☐**

☐ **APPROVED BY** _____   **WITH CONDITIONS** _____   **Date** _____

☐ **DISAPPROVED BY** _____   **Date** _____

**Check Reason for Disapproval.**

☐  Applicant will not answer all questions on application

☐  Background Check (Felony and/or MSSO/SOR Match)

☐  Information received from consumer reporting agency(ies)

☐  Information received from party other than consumer reporting agency(ies)

☐  Unverifiable / Unavailable Information

☐  Inconsistent Information

☐  Discovered Eviction  applicant answered "No" to eviction question / Eviction within last 18 months

☐  Does not have a legal right to be in the United States (based on immigration & citizenship status)

☐  Expired / Unavailable / Unverifiable Documentation for Verification in United States

☐  Expired Government Photo Identification (e.g. U S Driver s License)

☐  Applicant owes/owed monies ($1 000 00 or higher) to a prior landlord and/or to a major utility within last 18 months

☐  Will not pay monies ($999 99 or less) to a prior landlord and/or major utility company within last 18 months prior <u>or</u> no proof of payment provided or unable to verify proof given

**Date of Application Withdrawal  or Cancellation** _____   **Your Initials** _____   **Reason** _____

**Contact / Acceptance Dates, Times, # Called  Initials** _____

**Conversation Notes/Contents of Message** _____

**LEASEHOLDER Applicant Name** _Herbert Saravia_ **Lot #** _02-1250_

# Pls.' Ex. 14

**APPLICATION FOR RESIDENCY – PLEASE COMPLETE & QUESTION**
(Each leaseholder must submit an application) 10489

## APPLICANT INFORMATION

FULL NAME/LAST ▓▓▓ (FIRST) ▓▓▓ (MIDDLE) ___ GENERATION (Jr Sr) ___

DOB ▓▓ SOCIAL SECURITY # ▓▓▓ SEX Male MARITAL STATUS ___ (optional)

OCCUPATION COOK GROSS ANNUAL INCOME (from all sources) 54,711

DRIVER'S LICENSE # ▓▓▓ STATE VA EMAIL ___ CELL PHONE ___

| | TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|---|
| VEHICLES | | | | | | |
| | | | | | | |

**LIST OTHERS TO RESIDE IN MOBILE HOME AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS**

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION | VISITING ONLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Note** Please provide occupancy history for previous two years

**PRESENT ADDRESS**

STREET ▓▓▓ APT# ─

CITY ▓▓▓ HOME PHONE # ___

RENT OR OWN? Rent DATES(from) 1/16 09 (to) 1/12 MONTHLY PAYMENT 2400 00

LANDLORD/LENDER (CIRCLE ONE) ▓▓▓ CONTACT PHONE # ___

**PREVIOUS ADDRESS (If at present address less than two years)**

STREET___ APT#___

CITY___ STATE___ ZIP___ HOME PHONE #___

RENT OR OWN?___ DATES(from)___ (to)___ MONTHLY PAYMENT___

LANDLORD/LENDER (CIRCLE ONE) ___ CONTACT PHONE #___

**PREVIOUS ADDRESS (If at present address less than two years)**

STREET___ APT#___

CITY___ STATE___ ZIP___ HOME PHONE #___

RENT OR OWN?___ DATES(from)___ (to)___ MONTHLY PAYMENT___

LANDLORD/LENDER (CIRCLE ONE) ___ CONTACT PHONE #___

**EMPLOYER AT TIME OF MOVE-IN:**

NAME Rosslun Synd/Holiday Inn STREET 1900 N Fort Myer Dr

CITY Arlington STATE VA ZIP 22209 PHONE 703-807-2000

EMPLOYMENT START DATE 1/83 POSITION COOK SALARY 54,000

SUPERVISOR OR HUMAN RESOURCES CONTACT Vino Mohan PHONE 703-807-2000

**OTHER INCOME:**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU)**

(1)NAME ▓▓▓ RELATIONSHIP Friend PHONE # ▓▓▓

STREET ▓▓▓ CITY Port Bristol STATE VA ZIP 20136

(2)NAME___ RELATIONSHIP___ PHONE #___

STREET___ CITY___ STATE___ ZIP___

**ARE YOU LEGALLY ELIGIBLE TO LIVE IN THE UNITED STATES** (Please check one)

☑ Yes I am a U S Citizen

☐ Yes I have valid documentation from the U S Immigration and Naturalization Service (INS) that allows me to be in the country

Last source of documentation ___ List ID#___

If you have an Individual Tax ID # please provide in the following space___

☐ No

**ADDITIONAL INFORMATION (Check whichever applies)**

☐ I Do Have a Water Bed   ☑ I Do Not Have a Water Bed

☐ I Do Have a Fish Tank   ☑ I Do Not Have a Fish Tank

NOTE Renter's Insurance is required if you have a water bed or fish tank. Proof of insurance must be provided prior to move-in

PET INFORMATION (☑ I Will Not Be Bringing A Pet) (☐ I Will Be Bringing A Pet)

TYPE___ BREED___ HEIGHT___ WEIGHT___

TYPE___ BREED___ HEIGHT___ WEIGHT___

**NOTE:** Keeping pets requires consent of management, payment of applicable fees/deposits and execution of Pet Addendum.
Service animals are not considered pets

The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, prohibits discrimination in the rental of housing based on race color religion, sex, handicap familial status or national origin. The Federal Agency which administers compliance with this law is the U S Department of Housing and Urban Development

The undersigned applicant and/or co signer represents that all of the above statements are true and correct and hereby authorizes verification of the above information If such information proves to be false or misleading Owner shall have the right to deny this application The undersigned applicant and/or co signer hereby consents to allow AJ Dwoskin ( Owner ) itself or through its designated agents or employees to obtain a consumer report and criminal record and to obtain and verify credit and employment information for the purpose of determining whether to lease an apartment to me The undersigned applicant and co signer agrees and understands that Owner and its agents and employees may obtain additional consumer reports and criminal record in the future to update or review my account Upon my request Owner will tell me whether consumer report or criminal records were requested and the names and addresses of any consumer reporting agency that provided such reports Th ___ nderstand that the application fee is non refundable

APPLICANT ▓▓▓ DATE 1/31/12

Revised 01/13/12

full Dep's Rec 1/31/12

EXHIBIT
H- Saravia 3
11/3/16
Planet Depos, LLC

WAPLES00000347

# Pls.' Ex. 15

3/10/2009



**A.J. DWOSKIN**
& ASSOCIATES, INC.

# APPLICATION FOR RESIDENCY
## AS OCCUPANT

(EACH OCCUPANT MUST SUBMIT A SEPARATE APPLICATION)

### APPLICANT INFORMATION

| First Name | M.I. | Last Name | Other Last Names Used | Social Security # /IRS Taxpayer ID# | Date of Birth |

Home # _____ Work # _____ Cell # _____ E-Mail Address _____

### CURRENT RESIDENCE

Present Address _____

| | Street | Apt. # | City | State/Zip |

### LEASEHOLDER(S) NAME

Name _____ Age _____ Relationship _____     Name _____ Age _____ Relationship _____

Name _____ Age _____ Relationship _____     Name _____ Age _____ Relationship _____

### PETS

Type of Pet _____ Breed _____ Pet Name _____ Age _____ Weight at Maturity _____ Color _____

Type of Pet _____ Breed _____ Pet Name _____ Age _____ Weight at Maturity _____ Color _____

*Note: Copies of current veterinary records and a photo of your pet(s) may be required at move-in.*

### PERTINENT QUESTIONS

Do you have a legal right to be in the United States? _____ Yes, because I am a United States citizen.

_____ Yes, because I have valid documentation from the United States Citizenship and Immigration Services (USCIS), (formerly the Bureau of Citizenship and Immigration Services or the U.S. Immigration and Naturalization Service) or from the State Department.

Yes/No _____ No.

_____ Have you ever applied or lived at an A.J. Dwoskin & Associates, Inc. community? If yes, when? _____ and what property? _____

_____ Have you ever been convicted of or plead guilty or "no contest" to a felony (whether or not resulting in a conviction)?

_____ Have you ever been convicted of or plead guilty or "no contest" to a misdemeanor involving sexual misconduct (whether or not resulting in a conviction)?

*NOTE: If yes was answered for any of the questions within this section, please provide written explanation on the back of this application.*

### EMPLOYMENT HISTORY

Employer at Time of Move-In _____ Work Phone # (Including area code) _____

Full Work Address _____ City, State, Zip _____

### EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU

Name _____ Full Street Address _____

City, State, Zip _____ Relationship to You _____ Phone # (Including area code) _____

### APPLICATION FEE

Applicant has remitted the sum of $_____ which is a non-refundable payment for processing this application. Such sum is not a rental payment or security deposit.

I authorize A.J. Dwoskin & Associates, Inc. or their agents, to investigate my qualifications and consumer reports, and/or any and all references given or discovered. I realize this information will be used by A.J. Dwoskin & Associates, Inc. and/or their agents, to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application.

NOTICE: BY SIGNING THIS APPLICATION, YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION. ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR OCCUPANCY OR IMMEDIATE OCCUPANCY TERMINATION WHICH MAY LEAD TO TERMINATION OF THE LEASE.

Applicant's Signature as OCCUPANT _____ Date _____

EQUAL HOUSING OPPORTUNITY



Δ π EXHIBIT _____
Deponent _____
Date _____ Rptr. _____
WWW.DEPOBOOK.COM

WAPLES00000761

# FOR INTERNAL OFFICE USE ONLY
▶▶▶ THIS PAGE IS NOT FOR DISTRIBUTION ◀◀◀

RECEIPT DATE _____

Move-In Date _____   Bldg/Apt/TH # _____   Application Taken By _____   Leaseholder's Name: _____

## IMPORTANT INFORMATION / CONTACTS
■ Social Security Administration – 1 (800) 772-1213, www.socialsecurity.gov   ■ Internal Revenue Service – 1 (800) 829-1040, www.irs.gov
■ United States Citizenship and Immigration Services (USCIS) – 1 (800) 767-1833, www.uscis.gov   ■ USCIS National Customer Service Center – 1 (800) 375-5283

**New HUD Regulation Information** - After 9/11/01, Housing and Urban Development (HUD) new regulations indicate that a landlord can ask for and photo copy any documents, with or without a photo, to prove an applicant's right to be in the United States.

**ITIN Information**
The Registry presently does not offer a program that is similar to the "Social Search" to check ITINs. But since all applicants who do not have a Social Security number (SSN) must present their Passport, Visa, and I-94 (I-94W) Form, it is not necessary to see the ITIN card and/or IRS issuance letter. If someone presents the card or letter, a copy should be made with an initialed notation indicating that the applicant voluntarily presented the documents.

**GUIDELINES FOR OCCUPANTS**
- Occupants, who do not have SSNs, must also prove their identity and provide documentation as to their validity in the United States.
- For Occupants who must present their Passport, Visa, and I-94 Form, the I-94 Form must be valid at lease commencement or when an Occupant is added to a current lease agreement.  For Occupants only, it is not a problem if the expiration date of the I-94 Form expires during the lease term.
- If the Occupant records an ITIN on their application, follow the criteria for verification of the ITIN listed above under the title "ITIN Information" identified above.
- Run individual Social Searches and Multi-State Sexual Offender (MSSO) Review for each Occupant Applicant who records a SSN or an ITIN on their application.  Click on "Social Search" on the main menu of www.residentscreening.net, the MSSO check prints automatically with the Social Search.
- Do not run credit reports, registry reports or Scorex reports for Occupant Applicants.
- Since a Multi-State Sexual Offender (MSSO) Review cannot be run on Occupant Applicants who do not have a SSN or an ITIN, a Sexual Offender Registry check (SOR) must be done through www.prevent-abuse-now.com by state. Use the zip codes listed on the application and any other address zip codes that may appear on the credit report (if applicable) and/or other sources. Place screen prints in the file per zip code even if there is no match or you are unable to retrieve any information; the laws vary per state.

## A.  IDENTITY CHECK – Applicant must have one (1) of the following:

**1.**  Valid U.S. Driver's License (DL) or Walker's Identification (WI) issued by the Department of Motor Vehicles (DMV) or Other _____
☐ Cross-Reference Application with DL or WI ■ ☐ Photo identification matches face in front of you (copy after approval) ■ ☐ Date of Birth _____
☐ Signature on U.S. Driver's or Walker's matches the signature on the application ■ DL# or WI# _____ ■ DL or WI Issue Date _____
DL or WI Exp Date _____ ■ Full Address _____

**2.**  Passport
*Passport* – A passport will usually contain a Visa and an I-94 Arrival/Departure Record which will explain how long the bearer may remain and the terms of the admission.
☐ File copy of the complete document including the passport # and country of origin
☐ Photo identification matches face in front of you and make file copy

**3.**  Employment Authorization Card
*Employment Authorization Card* – An Employment Authorization Document (EAD) is issued to individuals who are not permanent residents of the United States, but have been granted permission to be employed in the United States for a specific period of time.
☐ Photo identification matches face in front of you and make file copy
☐ Signature on the EAD matches the signature on the application

## B.  DOCUMENTATION FOR VERIFICATION IN THE UNITED STATES IS NEEDED FOR THOSE APPLICANTS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER

**Permanent Resident**
☐ Permanent Resident Card (previously called a Resident Alien Card, commonly referred to as a Green Card)
☐ Certificate of Naturalization
**Specialized Permanent Resident**
☐ Refugee Status – Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents
☐ Asylee Status – Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents indicating there was an approval or a letter from USCIS

**If** the applicant is not a permanent resident, he/she must supply their **Passport, Visa** (check type below) AND **I-94 Arrival/Departure Form** (entry document) in addition to 1 original document listed below. Please note that an expired Visa is not a problem—an expired I-94 or I-94W Form is.  For Occupants only, it is not a problem if the expiration date of the I-94 Form expires during the lease term, but the I-94 Form must be valid at lease commencement.
**Visitor / Tourist**
☐ J-1 or J-2 Certificate of Eligibility for Exchange Visitor Status
☐ B-1 for temporary visitor for business OR ☐ B-2 for temporary visitor for pleasure
**Temporary Workers**
☐ H-1B, H-1C, H-2A, H-2B, H-3, H-1, H-2, H-3, or H-4
**Academic Student**
☐ F-1 or F-2 Certificate of Eligibility for Nonimmigrant Student Status and Form I-20 (document issued by the school proving admission)
☐ Form DS-2019 (formerly Form IAP-66) and letter from foreign student advisor certifying they are enrolled (as stated on the Visa), and they are in good standing and have a 2.0 (on a 4.0 system) or better.
**Other:** ☐ _____ **(Must be approved by Corporate Office)**
**Special Notes:** ■ If an applicant indicates that he/she is a student, follow up by contacting the school to verify that he/she is enrolled.  If the I-94 Form identifies the school, there is no need for verification.  If verification was necessary, please check; ☐, initials _____ ■ Most visitor, tourist and student Visas do not allow the individual to work in the U.S.

REGISTRY SCOREX SCORE(S):  INDIVIDUAL _____  JOINT _____  MSSO or SOR REVIEW:   NO MATCH ☐   MATCH FOUND ☐
☐  APPROVED BY _____   WITH CONDITIONS: _____   Date _____
☐  DISAPPROVED BY _____   Date _____

**Check Reason for Disapproval:**
☐ Applicant will not answer all questions on application
☐ Unverifiable / Unavailable / Inconsistent Information
☐ Background Check (Felony and/or MSSO/SOR Match)
☐ Does not have a legal right to be in the United States (based on applicant's citizenship or immigration status)
☐ Expired / Unavailable / Unverifiable Documentation for Verification in the United States
☐ Expired / Unavailable Government Photo Identification (e.g. Driver's License)

Date of Application Withdrawal  or Cancellation _____   Your Initials _____   Reason _____
Contact / Acceptance Dates, Times, # Called, Initials: _____
Conversation Notes/Contents of Message Left: _____

Applicant Name as OCCUPANT _____   Bldg/Apartment/Townhouse # _____

WAPLES00000762

# Pls.' Ex. 16

5/5/09



# A.J. DWOSKIN & ASSOCIATES, INC.
# MOBILE HOME PARK APPLICATION
# AS LEASEHOLDER

#### (EACH CO-APPLICANT MUST SUBMIT A SEPARATE APPLICATION)

### APPLICATION REQUIREMENTS:

☐ 2-4 Most Recent, Back-to-Back Pay Stubs       ☐ Original Social Security Card **OR**
☐ Original Valid Government Issued Photo Identification      ☐ Original Passport, Visa, and I-94 Form

### APPLICANT INFORMATION

| First Name | M.I. | Last Name | Other Last Names Used | Social Security # /IRS Taxpayer ID# | Date of Birth |
|---|---|---|---|---|---|

Home #_____ Work #_____ Cell #_____ E-Mail Address_____

### OTHER OCCUPANTS

Name_____ Age_____ Relationship_____    Name_____ Age_____ Relationship_____

Name_____ Age_____ Relationship_____    Name_____ Age_____ Relationship_____

### PETS

Type of Pet_____ Breed_____ Weight at Maturity_____    Type of Pet_____ Breed_____ Weight at Maturity_____

### CONSECUTIVE RESIDENT HISTORY (Minimum 3 Years)

Present Address_____      Move-In Date_____
       Street      Apt. #      City      State/Zip

Monthly Rent/Mortgage (circle one) $_____ Are you a Leaseholder/Owner (circle one)?_____

Landlord Name/Management/Mortgage Company_____ Phone #_____

Previous Address_____      Move-In Date_____
       Street      Apt. #      City      State/Zip      Move-Out Date_____

Monthly Rent/Mortgage (circle one) $_____ Were you a Leaseholder/Owner (circle one)?_____

Landlord Name/Management/Mortgage Company_____ Phone #_____

Previous Address_____      Move-In Date_____
       Street      Apt. #      City      State/Zip      Move-Out Date_____

Monthly Rent/Mortgage (circle one) $_____ Were you a Leaseholder/Owner (circle one)?_____

Landlord Name/Management/Mortgage Company_____ Phone #_____

### PERTINENT QUESTIONS

Do you have a legal right to be in the United States? _____ Yes, because I am a United States citizen.

_____ Yes, because I have valid documentation from the United States Citizenship and
Immigration Services (USCIS), (formerly the Bureau of Citizenship and Immigration Services or the
U.S. Immigration and Naturalization Service) or from the State Department.

Yes/No      _____ No.

_____ Have you ever applied or lived at an A.J. Dwoskin & Associates, Inc. community? If yes, when? _____ and what property?_____
_____ Have you ever foreclosed on a home or are you currently in the process of having a home foreclosed? If yes, when? _____
_____ Have you ever been evicted or are you currently in the process of being evicted from any leased premises?
_____ Have you ever owed monies to a prior landlord? If yes, when? _____ Is the amount paid in full? _____ If yes, when was it paid? _____
_____ Have you ever owed monies to a major utility company? If yes, when? _____ Is the amount paid in full? _____ If yes, when was it paid? _____
_____ Have you ever filed bankruptcy? If yes, when? _____ Please provide written proof of the discharge or dismissal upon request.
_____ Have you ever been convicted of or plead guilty or "no contest" to a felony (whether or not resulting in a conviction)?
_____ Have you ever been convicted of or plead guilty or "no contest" to a misdemeanor involving sexual misconduct (whether or not resulting
in a conviction)?

*NOTE: If yes was answered for any of the questions within this section, please provide written explanation on the back of this application.*

WAPLES00000763

# Page 2
# MOBILE HOME PARK APPLICATION
# AS LEASEHOLDER

## EMPLOYMENT HISTORY

Present Employer _____ Full Work Address _____ Employed Since _____

Position _____ Human Resources Phone # _____ Gross Monthly Salary $ _____ E-Mail Address _____

## ADDITIONAL INCOME

Additional Monthly Income $_____ Source _____ Contact: _____ Phone # _____

Additional Monthly Income $_____ Source _____ Contact: _____ Phone # _____

## MOBILE HOME INFORMATION

Make & Model Name _____ Serial # _____ Owner's Name _____

Is the Mobile Home Paid in Full? ☐ Yes    ☐ No    If no, what is or what will be your monthly mortgage? $_____

If Mobile Home is NOT paid in full, please provide the following information below:

Finance Company _____    Account # _____

Mailing Address _____    City, State, Zip _____

Telephone # _____    Contact Person _____

## EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU

Name _____ Full Street Address _____

City, State, Zip _____ Relationship to You _____ Phone # (Including area code) _____

## APPLICATION FEE

Applicant has remitted the sum of $_____ which is a non-refundable payment for processing this application. Such sum is not a rental payment or security deposit.

I hereby deposit the sum of $_____ with Management as a good faith deposit in connection with this rental application. If for any reason Management disapproves my application, Management will refund the good faith deposit to me in full within ten (10) days from disapproval.

I authorize A.J. Dwoskin & Associates, Inc. or their agents, to investigate my qualifications and consumer reports, and/or any and all references given or discovered. I realize this information will be used by A.J. Dwoskin & Associates, Inc. and/or their agents, to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application.

**NOTICE:** BY SIGNING THIS APPLICATION, YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION. ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR APPLICATION OR IMMEDIATE TERMINATION OF YOUR LEASE.

Applicant's Signature as LEASEHOLDER _____ Date _____

## FOR INTERNAL OFFICE USE ONLY

▶ ▶ ▶ THIS PAGE IS NOT FOR DISTRIBUTION ◀ ◀ ◀

Circle Selected Mobile Home Park:    Forest Park    /    Waples    /    Bull Run    /    Bel Air

Move-In Date _____  Lot # _____  Monthly Rent $ _____

Lease Taken By _____  Access # _____  Special Offered _____

### IMPORTANT INFORMATION / CONTACTS

■ Social Security Administration – 1 (800) 772-1213, www.socialsecurity.gov    ■ Internal Revenue Service – 1 (800) 829-1040, www.irs.gov
■ United States Citizenship and Immigration Services (USCIS) – 1 (800) 767-1833, www.uscis.gov    ■ USCIS National Customer Service Center – 1 (800) 375-5283

<u>New HUD Regulation Information</u> - After 9/11/01, Housing and Urban Development (HUD) new regulations indicate that a landlord can ask for and photo copy any documents, with or without a photo, to prove an applicant's right to be in the United States.

<u>ITIN Information</u>
The Registry presently does not offer a program that is similar to the "Social Search" to check ITINs. But since all applicants who do not have a Social Security number (SSN) must present their Passport, Visa, <u>and</u> I-94 (I-94W) Form, it is not necessary to see the ITIN card and/or IRS issuance letter. If someone presents the card or letter, a copy should be made with an initialed notation indicating that the applicant voluntarily presented the documents.

<u>GUIDELINES FOR LEASEHOLDERS and Guarantors</u>
- Leaseholders, who do not have SSNs, must also prove their identity and provide documentation as to their validity in the United States.
- All Leaseholder Applicants who do not have a SSN are subject to the terms on the International Applicants' policy (red reference manual, tab "RegistryScorex").
- Consumer Reports must be run for Leaseholder Applicants and Guarantor Applicants who have SSNs, and for Leaseholder Applicants who have ITINs. Credit reports for those Leaseholder Applicants who have ITINs are often times short in length.
- If an ITIN is recorded on a Leaseholder application and the pay stubs reflect a different 9-digit number, which appears to be a SSN, ask your applicant about the discrepancy. Record and attach their reply on the application. If applicable, run a Social Search using the number that appears on the pay stubs to see if the number truly belongs to your applicant. If yes, run all consumer reports with the discovered SSN. If the Social Search information is inconsistent with your applicant's name, see your Property Manager.
- Since a Multi-State Sexual Offender (MSSO) Review cannot be run on Leaseholder Applicants without a SSN or without an ITIN, a Sexual Offender Registry check (SOR) must be done through www.prevent-abuse-now.com by state. Use the zip codes listed on the application and any other address zip codes that may appear on the credit report (if applicable) and/or other sources. Place screen prints in the file per zip code even if there is no match or you are unable to retrieve any information.
- Do not run a MSSO or a SOR check on a Guarantor Applicant. Guarantor Applicants must have a SSN and be a permanent resident in the United States.

### A. IDENTITY CHECK – Applicant must have one (1) of the following:

**1.** Valid U.S. Driver's License (DL), Walker's Identification (WI) Issued by the Department of Motor Vehicles (DMV) or Other _____
☐ Cross-Reference Application with DL or WI   ☐ Photo identification matches face in front of you (copy after approval)   ☐ Date of Birth _____
☐ Signature on U.S. Driver's or Walker's matches the signature on the application   ☐ DL# or WI# _____   ■ DL or WI Issue Date _____
DL or WI Exp Date _____   ■ Full Address _____

**2.** Passport
<u>Passport</u> – A passport will usually contain a Visa and an I-94 Arrival/Departure Record which will explain how long the bearer may remain and the terms of the admission.
☐ File copy of the complete passport including the passport # and country of origin
☐ Photo identification matches face in front of you and make file copy

**3.** Employment Authorization Card
<u>Employment Authorization Card</u> – An Employment Authorization Document (EAD) is issued to individuals who are not permanent residents of the United States, but have been granted permission to be employed in the United States for a specific period of time.
☐ Photo identification matches face in front of you and make file copy
☐ Signature on the EAD matches the signature on the application

### B. DOCUMENTATION FOR VERIFICATION IN THE UNITED STATES IS NEEDED FOR THOSE APPLICANTS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER

<u>Permanent Resident</u>
☐ Permanent Resident Card (previously called a Resident Alien Card, commonly referred to as a Green Card)
☐ Certificate of Naturalization
<u>Specialized Permanent Resident</u>
☐ Refugee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents
☐ Asylee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents indicating there was an approval or a letter from USCIS

**If** the applicant is not a permanent resident, he/she must supply their Passport, Visa (check type below) <u>AND</u> I-94 Arrival/Departure Form (entry document) in addition to 1 original document listed below. Please note that an expired Visa is not a problem--an expired I-94 or I-94W Form is.

<u>Visitor / Tourist</u>
☐ J-1 or J-2 Certificate of Eligibility for Exchange Visitor Status
☐ B-1 for temporary visitor for business OR ☐  B-2 for temporary visitor for pleasure
<u>Temporary Workers</u>
☐ H-1B, H-1C, H-2A, H-2B, H-3, H-1, H-2, H-3, or H-4
<u>Academic Student</u>
☐ F-1 or F-2 Certificate of Eligibility for Nonimmigrant Student Status <u>and</u> Form I-20 (document issued by the school proving admission)
☐ Form DS-2019 (formerly Form IAP-66) and letter from foreign student advisor certifying they are enrolled (as stated on the Visa), and they are in good standing and have a 2.0 (on a 4.0 system) or better.
<u>Other:</u> ☐ _____   **(Must be approved by Corporate Office)**

<u>Special Notes:</u>   ■ If an applicant indicates that he/she is a student, follow up by contacting the school to verify that he/she in enrolled. If the I-94 Form identifies the school, there is no need for verification. If verification was necessary, please check; ☐, initials _____   ■ Most visitor, tourist and student Visas do not allow the individual to work in the U.S.

WAPLES00000765

# LEASEHOLDER'S
# APPLICATION    DECISION

**REGISTRY SCOREX SCORE(S): INDIVIDUAL** _____ **JOINT** _____

**MSSO or SOR REVIEW:    NO MATCH** ☐    **MATCH FOUND** ☐

☐ **APPROVED BY** _____    **WITH CONDITIONS:** _____    Date _____

☐ **DISAPPROVED BY** _____    Date _____

**Check Reason for Disapproval:**

☐    Applicant will not answer all questions on application

☐    Background Check (Felony and/or MSSO/SOR Match)

☐    Information received from consumer reporting agency(ies)

☐    Information received from party other than consumer reporting agency(ies)

☐    Unverifiable / Unavailable Information

☐    Inconsistent Information

☐    Discovered Eviction – applicant answered "No" to eviction question / Eviction within last 18 months

☐    Does not have a legal right to be in the United States (based on immigration & citizenship status)

☐    Expired / Unavailable / Unverifiable Documentation for Verification in United States

☐    Expired Government Photo Identification (e.g. U.S. Driver's License)

☐    Applicant owes/owed monies ($1,000.00 or higher) to a prior landlord and/or to a major utility within last 18 months

☐    Will not pay monies ($999.99 or less) to a prior landlord and/or major utility company within last 18 months prior <u>or</u> no proof of payment provided or unable to verify proof given

**Date of Application Withdrawal or Cancellation** _____    **Your Initials** _____    Reason _____

**Contact / Acceptance Dates, Times, # Called, Initials:** _____

**Conversation Notes/Contents of Message:** _____

**LEASEHOLDER Applicant Name** _____    **Lot #** _____

WAPLES00000766

# Pls.' Ex. 17



5/5/09

# A.J. DWOSKIN & ASSOCIATES, INC.
# MOBILE HOME PARK APPLICATION
## AS OCCUPANT

(EACH OCCUPANT MUST SUBMIT A SEPARATE APPLICATION)

### APPLICATION REQUIREMENTS:

☐ Original Valid Government Issued Photo Identification   ☐ Original Social Security Card   **OR**   ☐ Original Passport, Visa, and I-94 Form

### APPLICANT INFORMATION

| First Name | M.I. | Last Name | Other Last Names Used | Social Security # /IRS Taxpayer ID# | Date of Birth |

Home # _____   Work # _____   Cell # _____   E-Mail Address _____

### CURRENT RESIDENCE

Present Address _____

Street                          Apt. #                    City                   State/Zip

### LEASEHOLDER(S) NAME

Name _____ Age ____ Relationship _____   Name _____ Age ____ Relationship _____

Name _____ Age ____ Relationship _____   Name _____ Age ____ Relationship _____

### PERTINENT QUESTIONS

Do you have a legal right to be in the United States?   _____ Yes, because I am a United States citizen.

_____ Yes, because I have valid documentation from the United States Citizenship and Immigration Services (USCIS), (formerly the Bureau of Citizenship and Immigration Services or the U.S. Immigration and Naturalization Service) or from the State Department.

Yes/No   _____ No.

_____ Have you ever applied or lived at an A.J. Dwoskin & Associates, Inc. community?  If yes, when? _____ and what property? _____

_____ Have you ever been convicted of or plead guilty or "no contest" to a felony (whether or not resulting in a conviction)?

_____ Have you ever been convicted of or plead guilty or "no contest" to a misdemeanor involving sexual misconduct (whether or not resulting in a conviction)?

*NOTE:  If yes was answered for any of the questions within this section, please provide written explanation on the back of this application.*

### EMPLOYMENT HISTORY

Present Employer _____   Full Work Address _____

Work # _____

### EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU

Name _____   Full Street Address _____

City, State, Zip _____   Relationship to You _____   Phone # (Including area code) _____

### APPLICATION FEE

Applicant has remitted the sum of $_____ which is a non-refundable payment for processing this application.  Such sum is not a rental payment or security deposit.

I authorize A.J. Dwoskin & Associates, Inc. or their agents, to investigate my qualifications and consumer reports, and/or any and all references given or discovered.  I realize this information will be used by A.J. Dwoskin & Associates, Inc. and/or their agents, to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application.

**NOTICE:**  BY SIGNING THIS APPLICATION, YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION.  ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR OCCUPANCY OR IMMEDIATE OCCUPANCY TERMINATION WHICH MAY LEAD TO TERMINATION OF THE LEASE.

Applicant's Signature as OCCUPANT _____   Date _____

WAPLES00000767

## FOR INTERNAL OFFICE USE ONLY

▶▶▶ THIS PAGE IS NOT FOR DISTRIBUTION ◀◀◀

Circle Selected Mobile Home Park:   Forest Park   /   Waples   /   Bull Run   /   Bel Air

Move-In Date _____   Lot # _____   Monthly Rent $ _____

Lease Taken By _____   Access # _____   Special Offered _____

### IMPORTANT INFORMATION / CONTACTS

■ Social Security Administration – 1 (800) 772-1213, www.socialsecurity.gov   ■ Internal Revenue Service – 1 (800) 829-1040, www.irs.gov
■ United States Citizenship and Immigration Services (USCIS) – 1 (800) 767-1833, www.uscis.gov   ■ USCIS National Customer Service Center – 1 (800) 375-5283

**New HUD Regulation Information** - After 9/11/01, Housing and Urban Development (HUD) new regulations indicate that a landlord can ask for and photo copy any documents, with or without a photo, to prove an applicant's right to be in the United States.

**ITIN Information**
The Registry presently does not offer a program that is similar to the "Social Search" to check ITINs.  But since all applicants who do not have a Social Security number (SSN) must present their Passport, Visa, and I-94 (I-94W) Form, it is not necessary to see the ITIN card and/or IRS issuance letter.  If someone presents the card or letter, a copy should be made with an initialed notation indicating that the applicant voluntarily presented the documents.

**GUIDELINES FOR OCCUPANTS**
- Occupants, who do not have SSNs, must also prove their identity and provide documentation as to their validity in the United States.
- For Occupants who must present their Passport, Visa, and I-94 Form, the I-94 Form must be valid at lease commencement or when an Occupant is added to a current lease agreement. For Occupants only, it is not a problem if the expiration date of the I-94 Form expires during the lease term.
- If the Occupant records an ITIN on their application, follow the criteria for verification of the ITIN listed above under the title "ITIN Information" identified above.
- Run individual Social Searches and Multi-State Sexual Offender (MSSO) Reviews for each Occupant Applicant who records a SSN or an ITIN on their application.  Click on "Social Search" on the main menu of www.residentscreening.net; the MSSO check automatically with the Social Search.
- Do not run credit reports, registry reports or Scorex reports for Occupant Applicants.
- Since a Multi-State Sexual Offender (MSSO) Review cannot be run on Occupant Applicants who do not have a SSN or an ITIN, a Sexual Offender Registry check (SOR) must be done through www.prevent-abuse-now.com by state.  Use the zip codes listed on the application and any other address zip codes that may appear on the credit report (if applicable) and/or other sources.  Place screen prints in the file per zip code even if there is no match or you are unable to retrieve any information; the laws vary per state.

### A.  IDENTITY CHECK – Applicant must have one (1) of the following:

**1.  Valid U.S. Driver's License (DL), Walker's Identification (WI) Issued by the Department of Motor Vehicles (DMV) or Other** _____
- ☐ Cross-Reference Application with DL or WI   ■ ☐ Photo identification matches face in front of you (copy *after* approval)   ■ ☐ Date of Birth
- ☐ Signature on U.S. Driver's or Walker's matches the signature on the application   ■ DL# or WI# _____   ■ ☐ DL or WI Issue Date _____
- DL or WI Exp Date _____   ■ ☐ Full Address _____

**2.  Passport**
*Passport* – A passport will usually contain a Visa and an I-94 Arrival/Departure Record which will explain how long the bearer may remain and the terms of the admission.
- ☐ File copy of the complete passport including the passport # and country of origin
- ☐ Photo identification matches face in front of you and make file copy

**3.  Employment Authorization Card**
*Employment Authorization Card* – An Employment Authorization Document (EAD) is issued to individuals who are not permanent residents of the United States, but have been granted permission to be employed in the United States for a specific period of time.
- ☐ Photo identification matches face in front of you and make file copy
- ☐ Signature on the EAD matches the signature on the application

### B.  DOCUMENTATION FOR VERIFICATION IN THE UNITED STATES IS NEEDED FOR THOSE APPLICANTS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER

**Permanent Resident**
- ☐ Permanent Resident Card (previously called a Resident Alien Card, commonly referred to as a Green Card)
- ☐ Certificate of Naturalization

**Specialized Permanent Resident**
- ☐ Refugee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents
- ☐ Asylee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents indicating there was an approval or a letter from USCIS

**If** the applicant is not a permanent resident, they must provide their **Passport, Visa** (check type below) **AND I-94 Arrival/Departure Form (entry document)** in addition to 1 original document listed below.  Please note that an expired Visa is not a problem--an expired I-94 or I-94W Form is.  For *Occupants only*, it is not a problem if the expiration date of the I-94 Form expires during the lease term, but the I-94 Form must be valid at lease commencement.

**Visitor / Tourist**
- ☐ J-1 or J-2 Certificate of Eligibility for Exchange Visitor Status
- ☐ B-1 for temporary visitor for business OR  ☐  B-2 for temporary visitor for pleasure

**Temporary Workers**
- ☐ H-1B, H-1C, H-2A, H-2B, H-3, H-1, H-2, H-3, or H-4

**Academic Student**
- ☐ F-1 or F-2 Certificate of Eligibility for Nonimmigrant Student Status and Form I-20 (document issued by the school proving admission)
- ☐ Form DS-2019 (formerly Form IAP-66) and letter from foreign student advisor certifying they are enrolled (as stated on the Visa), and they are in good standing and have a 2.0 (on a 4.0 system) or better.

**Other:**  ☐ _____   **(Must be approved by Corporate Office)**

**Special Notes:** ■ if an applicant indicates that he/she is a student, follow up by contacting the school to verify that he/she is enrolled.  If the I-94 Form identifies the school, there is no need for verification.  If verification was necessary, please check; ☐, initials _____   ■ Most visitor, tourist and student Visas do not allow the individual to work in the U.S.

WAPLES00000768

# O C C U P A N T ' S
# A P P L I C A T I O N     D E C I S I O N

**MSSO or SOR REVIEW:     NO MATCH ☐      MATCH FOUND ☐**

☐  **APPROVED BY** _____     **WITH CONDITIONS:** _____     Date _____

☐  **DISAPPROVED BY** _____     **Date** _____

**Check Reason for Disapproval:**

☐   Applicant will not answer all questions on application

☐   Background Check (Felony and/or MSSO/SOR Match)

☐   Information received from consumer reporting agency(ies)

☐   Information received from party other than consumer reporting agency(ies)

☐   Unverifiable / Unavailable Information

☐   Inconsistent Information

☐   Does not have a legal right to be in the United States  (decision based on applicant's immigration and/or citizenship status)

☐   Expired / Unavailable / Unverifiable Documentation for Verification in United States

☐   Expired Government Photo Identification (e.g. U.S. Driver's License)

**Date of Application Withdrawal or Cancellation** _____     Your Initials _____     Reason _____

**OCCUPANT Applicant Name** _____     Lot # _____

WAPLES00000769

# Pls.' Ex. 18

8/25/2010



A.J. DWOSKIN & ASSOCIATES, INC.

# A.J. DWOSKIN & ASSOCIATES, INC.
# MOBILE HOME PARK APPLICATION
# AS LEASEHOLDER
(EACH CO-APPLICANT MUST SUBMIT A SEPARATE APPLICATION)

**APPLICATION REQUIREMENTS:**

☐ 2-4 Most Recent, Back-to-Back Pay Stubs     ☐ Original Social Security Card **OR**
☐ Original Valid Government Issued Photo Identification     ☐ Original Passport, Visa, and I-94 Form

**APPLICANT INFORMATION**

First Name _____ M.I. \_\_\_\_ Last Name _____ Other Last Names Used _____ Social Security # /IRS Taxpayer ID# _____ Date of Birth _____

Home # _____ Work # _____ Cell # _____ E-Mail Address _____

**OTHER OCCUPANTS**

Name _____ Age \_\_\_ Relationship_____ Name _____ Age \_\_\_ Relationship _____

Name _____ Age \_\_\_ Relationship_____ Name _____ Age \_\_\_ Relationship _____

**PETS**

Type of Pet _____ Breed _____ Pet Name _____ Age \_\_\_ Weight at Maturity _____ Color _____

Type of Pet _____ Breed _____ Pet Name _____ Age \_\_\_ Weight at Maturity _____ Color _____

*Note: Copies of current veterinary records may be required at move-in.*

**CONSECUTIVE RESIDENT HISTORY (Minimum 3 Years)**

Present Address_____ Move-In Date _____
       Street        Apt. #        City        State/Zip

Monthly Rent/Mortgage (circle one) $_____ Are you a Leaseholder/Owner (circle one)? _____

Landlord Name/Management/Mortgage Company _____ Phone # _____

Previous Address_____ Move-In Date _____
       Street        Apt. #        City        State/Zip   Move-Out Date _____

Monthly Rent/Mortgage (circle one) $_____ Were you a Leaseholder/Owner (circle one)? _____

Landlord Name/Management/Mortgage Company _____ Phone # _____

Previous Address_____ Move-In Date _____
       Street        Apt. #        City        State/Zip   Move-Out Date _____

Monthly Rent/Mortgage (circle one) $_____ Were you a Leaseholder/Owner (circle one)? _____

Landlord Name/Management/Mortgage Company _____ Phone # _____

**PERTINENT QUESTIONS**

Do you have a legal right to be in the United States? _____ Yes, because I am a United States citizen.
       _____ Yes, because I have valid documentation from the United States Citizenship and Immigration Services (USCIS), (formerly the Bureau of Citizenship and Immigration Services or the U.S. Immigration and Naturalization Service) or from the State Department.
Yes/No        _____ No.

_____ Have you ever applied or lived at an A.J. Dwoskin & Associates, Inc. community? If yes, when? _____ and what property? _____
_____ Have you ever foreclosed on a home or are you currently in the process of having a home foreclosed? If yes, when? _____
_____ Have you ever been evicted or are you currently in the process of being evicted from any leased premises?
_____ Have you ever owed monies to a prior landlord? If yes, when? _____ Is the amount paid in full? _____ If yes, when was it paid? _____
_____ Have you ever owed monies to a major utility company? If yes, when? _____ Is the amount paid in full? _____ If yes, when was it paid? _____
_____ Have you ever filed bankruptcy? If yes, when? _____ Please provide written proof of the discharge or dismissal upon request.
_____ Have you ever been convicted of or plead guilty or "no contest" to a felony (whether or not resulting in a conviction)?
_____ Have you ever been convicted of or plead guilty or "no contest" to a misdemeanor involving sexual misconduct (whether or not resulting in a conviction)?
**NOTE:** *If yes was answered for any of the questions within this section, please provide written explanation on the back of this application.*

WAPLES00000770

# Page 2
# MOBILE HOME PARK APPLICATION
## AS LEASEHOLDER

### EMPLOYMENT HISTORY

Employer at Time of Move-In _____ Full Work Address _____ City/State _____ Zip Code _____ Employed Since _____

Position _____ Human Resources Phone # _____ Gross Monthly Salary $ _____ E-Mail Address _____

### ADDITIONAL INCOME

Additional Monthly Income $_____ Source _____ Contact: _____ Phone # _____

Additional Monthly Income $_____ Source _____ Contact: _____ Phone # _____

### MOBILE HOME INFORMATION

**IF YOU ARE APPROVED TO LIVE AT OUR MOBILE HOME PARK, THIS SECTION MUST BE COMPLETED PRIOR TO SIGNING THE LEASE AGREEMENT. YOU WILL NOT BE PERMITTED TO SIGN YOUR LEASE OR MOVE IN UNTIL WE ARE PROVIDED WITH THE FOLLOWING INFORMATION, INCLUDING PROOF OF INSURANCE. Residents are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.**

Make & Model Name _____ Owner's Name _____

Vehicle Identification # (VIN#) _____ State Registered _____

Is the Mobile Home Paid in Full? ☐ Yes    ☐ No    If no, what is or what will be your monthly mortgage?  $_____

If Mobile Home IS paid in full, please provide a copy of the Title from the Department of Motor Vehicles (DMV).

If Mobile Home is NOT paid in full, please provide the following information below:

Finance Company _____ Account # _____

Mailing Address _____ City, State, Zip _____

Telephone # _____ Contact Person _____

### EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU

Name _____ Full Street Address _____

City, State, Zip _____ Relationship to You _____ Phone # (Including area code) _____

### APPLICATION FEE

Applicant has remitted the sum of $_____ which is a non-refundable payment for processing this application. Such sum is not a rental payment or security deposit.

I hereby deposit the sum of $_____ with Management as a good faith deposit in connection with this rental application. If for any reason Management disapproves my application, Management will refund the good faith deposit to me in full within ten (10) days from disapproval.

I authorize A.J. Dwoskin & Associates, Inc. or their agents, to investigate my qualifications and consumer reports, and/or any and all references given or discovered. I realize this information will be used by A.J. Dwoskin & Associates, Inc. and/or their agents, to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application.

**NOTICE:** BY SIGNING THIS APPLICATION, YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION. ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR APPLICATION OR IMMEDIATE TERMINATION OF YOUR LEASE.

Applicant's Signature as LEASEHOLDER _____    Date _____

WAPLES00000771

## F O R   I N T E R N A L   O F F I C E   U S E   O N L Y

▶▶▶ THIS PAGE IS NOT FOR DISTRIBUTION ◀◀◀

Circle Selected Mobile Home Park:     Forest Park   /   Waples   /   Bull Run   /   Bel Air

Move-In Date _____     Lot # _____     Monthly Rent $_____

Lease Taken By _____     Access # _____     Special Offered _____

### IMPORTANT INFORMATION / CONTACTS

■ Social Security Administration – 1 (800) 772-1213, www.socialsecurity.gov     ■ Internal Revenue Service – 1 (800) 829-1040, www.irs.gov
■ United States Citizenship and Immigration Services (USCIS) – 1 (800) 767-1833, www.uscis.gov     ■ USCIS National Customer Service Center – 1 (800) 375-5283

New HUD Regulation Information - After 9/11/01, Housing and Urban Development (HUD) new regulations indicate that a landlord can ask for and photo copy any documents, with or without a photo, to prove an applicant's right to be in the United States.

ITIN Information
The Registry presently does not offer a program that is similar to the "Social Search" to check ITINs. But since all applicants who do not have a Social Security number (SSN) must present their Passport, Visa, and I-94 (I-94W) Form, it is not necessary to see the ITIN card and/or IRS issuance letter. If someone presents the card or letter, a copy should be made with an initialed notation indicating that the applicant voluntarily presented the documents.

GUIDELINES FOR LEASEHOLDERS and Guarantors
- Leaseholders, who do not have SSNs, must also prove their identity and provide documentation as to their validity in the United States.
- All Leaseholder Applicants who do not have a SSN are subject to the terms on the International Applicants' policy (red reference manual, tab "RegistryScorex").
- Consumer Reports must be run for Leaseholder Applicants and Guarantor Applicants who have SSNs, and for Leaseholder Applicants who have ITINs. Credit reports for those Leaseholder Applicants who have ITINs are often times short in length.
- If an ITIN is recorded on a Leaseholder application and the pay stubs reflect a different 9-digit number, which appears to be a SSN, ask your applicant about the discrepancy. Record and attach their reply on the application. If applicable, run a Social Search using the number that appears on the pay stubs to see if the number truly belongs to your applicant. If yes, run all consumer reports with the discovered SSN. If the Social Search information is inconsistent with your applicant's name, see your Property Manager.
- Since a Multi-State Sexual Offender (MSSO) Review cannot be run on Leaseholder Applicants without a SSN or without an ITIN, a Sexual Offender Registry check (SOR) must be done through www.prevent-abuse-now.com by state. Use the zip codes listed on the credit report and any other address zip codes that may appear on the credit report (if applicable) and/or other sources. Place screen prints in the file per zip code even if there is no match or you are unable to retrieve any information.
- Do not run a MSSO or a SOR check on a Guarantor Applicant. Guarantor Applicants must have a SSN and he a permanent resident in the United States.

**A.   IDENTITY CHECK** – Applicant must have one (1) of the following:

**1.   Valid U.S. Driver's License (DL), Walker's Identification (WI) Issued by the Department of Motor Vehicles (DMV) or Other_____**
- ☐ Cross-Reference Application with DL or WI ■  ☐ Photo identification matches face in front of you (copy after approval) ■  ☐ Date of Birth _____
- ☐ Signature on U.S. Driver's or Walker's matches the signature on the application ■ DL# or WI# _____ ■ DL or WI Issue Date _____
DL or WI Exp Date _____  ■ Full Address _____

**2.   Passport**
Passport – A passport will usually contain a Visa and an I-94 Arrival/Departure Record which will explain how long the bearer may remain and the terms of the admission.
- ☐ File copy of the complete passport including the passport # and country of origin
- ☐ Photo identification matches face in front of you and make file copy

**3.   Employment Authorization Card**
Employment Authorization Card – An Employment Authorization Document (EAD) is issued to individuals who are not permanent residents of the United States, but have been granted permission to be employed in the United States for a specific period of time.
- ☐ Photo identification matches face in front of you and make file copy
- ☐ Signature on the EAD matches the signature on the application

**B.   DOCUMENTATION FOR VERIFICATION IN THE UNITED STATES IS NEEDED FOR THOSE APPLICANTS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER**

Permanent Resident
- ☐ Permanent Resident Card (previously called a Resident Alien Card, commonly referred to as a Green Card)
- ☐ Certificate of Naturalization

Specialized Permanent Resident
- ☐ Refugee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents
- ☐ Asylee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents indicating there was an approval or a letter from USCIS

**If** the applicant is not a permanent resident, he/she must supply their Passport, Visa (check type below) AND I-94 Arrival/Departure Form (entry document) in addition to 1 original document listed below. Please note that an expired I-94 or I-94W Form is ok.

Visitor / Tourist
- ☐ J-1 or J-2 Certificate of Eligibility for Exchange Visitor Status
- ☐ B-1 for temporary visitor for business OR ☐ B-2 for temporary visitor for pleasure

Temporary Workers
- ☐ H-1B, H-1C, H-2A, H-2B, H-3, H-1, H-2, H-3, or H-4

Academic Student
- ☐ F-1 or F-2 Certificate of Eligibility for Nonimmigrant Student Status and Form I-20 (document issued by the school proving admission)
- ☐ Form DS-2019 (formerly Form IAP-66) and letter from foreign student advisor certifying they are enrolled (as stated on the Visa), and they are in good standing and have a 2.0 (on a 4.0 system) or better.

Other: _____  **(Must be approved by Corporate Office)**

Special Notes: ■ If an applicant indicates that he/she is a student, follow up by contacting the school to verify that he/she is enrolled. If the I-94 Form identifies the school, there is no need for verification. If verification was necessary, please check; ☐, initials _____ ■ Most visitor, tourist and student Visas do not allow the individual to work in the U.S.

WAPLES00000772

# LEASEHOLDER'S
# APPLICATION    DECISION

**REGISTRY SCOREX SCORE(S): INDIVIDUAL** _____ **JOINT** _____

**MSSO or SOR REVIEW:    NO MATCH** ☐    **MATCH FOUND** ☐

☐ **APPROVED BY** _____ **WITH CONDITIONS:** _____ **Date** _____

☐ **DISAPPROVED BY** _____ **Date** _____

**Check Reason for Disapproval:**

☐   Applicant will not answer all questions on application

☐   Background Check (Felony and/or MSSO/SOR Match)

☐   Information received from consumer reporting agency(ies)

☐   Information received from party other than consumer reporting agency(ies)

☐   Unverifiable / Unavailable Information

☐   Inconsistent Information

☐   Discovered Eviction - applicant answered "No" to eviction question / Eviction within last 18 months

☐   Does not have a legal right to be in the United States (based on immigration & citizenship status)

☐   Expired / Unavailable / Unverifiable Documentation for Verification in United States

☐   Expired Government Photo Identification (e.g. U.S. Driver's License)

☐   Applicant owes/owed monies ($1,000.00 or higher) to a prior landlord and/or a major utility within last 18 months

☐   Will not pay monies ($999.99 or less) to a prior landlord and/or major utility company within last 18 months prior or no proof of payment provided or unable to verify proof given

**Date of Application Withdrawal  or Cancellation** _____ **Your Initials** _____ **Reason** _____

**Contact / Acceptance Dates, Times, # Called, Initials:** _____

**Conversation Notes/Contents of Message:** _____

**LEASEHOLDER Applicant Name** _____ **Lot #** _____

WAPLES00000773

# Pls.' Ex. 19

8/25/2010



A.J. DWOSKIN & ASSOCIATES, INC.

# A.J. DWOSKIN & ASSOCIATES, INC.
## MOBILE HOME PARK APPLICATION
### AS OCCUPANT
(EACH OCCUPANT MUST SUBMIT A SEPARATE APPLICATION)

**APPLICATION REQUIREMENTS:**

☐ Original Valid Government Issued Photo Identification     ☐ Original Social Security Card   **OR**   ☐ Original Passport, Visa, and I-94 Form

**APPLICANT INFORMATION**

| First Name | M.I. | Last Name | Other Last Names Used | Social Security # /IRS Taxpayer ID# | Date of Birth |

Home # _____   Work # _____   Cell # _____   E-Mail Address _____

**CURRENT RESIDENCE**

Present Address _____
Street                                      Apt. #                   City                        State/Zip

**LEASEHOLDER(S) NAME**

Name _____ Age _____ Relationship_____     Name _____ Age _____ Relationship_____

Name _____ Age _____ Relationship_____     Name _____ Age _____ Relationship_____

**PETS**

Type of Pet _____ Breed _____ Pet Name _____ Age _____ Weight at Maturity _____ Color _____

Type of Pet _____ Breed _____ Pet Name _____ Age _____ Weight at Maturity _____ Color _____

*Note: Copies of current veterinary records may be required at move-in.*

**PERTINENT QUESTIONS**

Do you have a legal right to be in the United States?   _____ Yes, because I am a United States citizen.

_____ Yes, because I have valid documentation from the United States Citizenship and Immigration Services (USCIS), (formerly the Bureau of Citizenship and Immigration Services or the U.S. Immigration and Naturalization Service) or from the State Department.

Yes/No             _____ No.

_____ Have you ever applied or lived at an A.J. Dwoskin & Associates, Inc. community? If yes, when? _____ and what property? _____

_____ Have you ever been convicted of or plead guilty or "no contest" to a felony (whether or not resulting in a conviction)?

_____ Have you ever been convicted of or plead guilty or "no contest" to a misdemeanor involving sexual misconduct (whether or not resulting in a conviction)?

*NOTE: If yes was answered for any of the questions within this section, please provide written explanation on the back of this application.*

**EMPLOYMENT HISTORY**

Employer at Time of Move-In _____   Work Phone # (Including area code) _____

Full Work Address _____   City, State, Zip _____

**EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU**

Name _____   Full Street Address _____

City, State, Zip _____   Relationship to You _____   Phone # (Including area code) _____

**APPLICATION FEE**

Applicant has remitted the sum of $_____ which is a non-refundable payment for processing this application.   Such sum is not a rental payment or security deposit.

I authorize A.J. Dwoskin & Associates, Inc. or their agents, to investigate my qualifications and consumer reports, and/or any and all references given or discovered.  I realize this information will be used by A.J. Dwoskin & Associates, Inc. and/or their agents, to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application.

**NOTICE:** BY SIGNING THIS APPLICATION, YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION.  ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR OCCUPANCY OR IMMEDIATE OCCUPANCY TERMINATION WHICH MAY LEAD TO TERMINATION OF THE LEASE.

Applicant's Signature as OCCUPANT _____   Date _____

# FOR INTERNAL OFFICE USE ONLY

▶ ▶ ▶ THIS PAGE IS NOT FOR DISTRIBUTION ◀ ◀ ◀

Circle Selected Mobile Home Park:     **Forest Park**   /   **Waples**   /   **Bull Run**   /   **Bel Air**

Move-In Date _____ Lot # _____ Monthly Rent $ _____

Lease Taken By _____ Access # _____ Special Offered _____

## IMPORTANT INFORMATION / CONTACTS

- Social Security Administration – 1 (800) 772-1213, www.socialsecurity.gov    ■ Internal Revenue Service – 1 (800) 829-1040, www.irs.gov
- United States Citizenship and Immigration Services (USCIS) – 1 (800) 767-1833, www.uscis.gov    ■ USCIS National Customer Service Center – 1 (800) 375-5283

New HUD Regulation Information - After 9/11/01, Housing and Urban Development (HUD) new regulations indicate that a landlord can ask for and photo copy any documents, with or without a photo, to prove an applicant's right to be in the United States.

ITIN Information
The Registry presently does not offer a program that is similar to the "Social Search" to check ITINs. But since all applicants who do not have a Social Security number (SSN) must present their Passport, Visa, and I-94 (I-94W) Form, it is not necessary to see the ITIN card or IRS issuance letter. If someone presents the card or letter, a copy should be made with an initialed notation indicating that the applicant voluntarily presented the documents.

GUIDELINES FOR OCCUPANTS
- Occupants, who do not have SSNs, must also prove their identity and provide documentation as to their validity in the United States.
- For Occupants who must present their Passport, Visa, and I-94 Form, the I-94 Form must be valid at lease commencement or when an Occupant is added to a current lease agreement. For Occupants only, it is not a problem if the expiration date of the I-94 Form expires during the lease term.
- If the Occupant records an ITIN on their application, follow the criteria for verification of the ITIN listed above under the title 'ITIN Information" identified above.
- Run individual Social Searches and Multi-State Sexual Offender (MSSO) Reviews for each Occupant Applicant who records a SSN or an ITIN on their application. Click on "Social Search" on the main menu of www.residentscreening.net; the MSSO check prints automatically with the Social Search.
- Do not run credit reports, registry reports or Scoree reports for Occupant Applicants.
- Since a Multi-State Sexual Offender (MSSO) Review cannot be run on an Occupant Applicants who do not have a SSN or an ITIN, a Sexual Offender Registry check (SOR) must be done through www.prevent-abuse-now.com by state. Use the zip codes listed on the application and any other address zip codes that may appear on the credit report (if applicable) and/or other sources. Place screen prints in the file per zip code even if there is no match or you are unable to retrieve any information; the laws vary per state.

## A. IDENTITY CHECK – Applicant must have one (1) of the following:

**1.** Valid U.S. Driver's License (DL). Walker's Identification (WI) issued by the Department of Motor Vehicles (DMV) or Other _____
- ☐ Cross-Reference Application with DL or WI ☐ Photo identification matches face in front of you (copy after approval) ☐ Date of Birth _____
- ☐ Signature on U.S. Driver's or Walker's matches the signature on the application ☐ DL# or WI# _____ ☐ DL or WI Issue Date _____
- DL or WI Exp Date _____ ☐ Full Address _____

**2.** Passport
Passport – A passport will usually contain a Visa and an I-94 Arrival/Departure Record which will explain how long the bearer may remain and the terms of the admission.
- ☐ File copy of the complete passport including the passport # and country of origin
- ☐ Photo identification matches face in front of you and make file copy

**3.** Employment Authorization Card
Employment Authorization Card – An Employment Authorization Document (EAD) is issued to individuals who are not permanent residents of the United States, but have been granted permission to be employed in the United States for a specific period of time.
- ☐ Photo identification matches face in front of you and make file copy
- ☐ Signature on the EAD matches the signature on the application

## B. DOCUMENTATION FOR VERIFICATION IN THE UNITED STATES IS NEEDED FOR THOSE APPLICANTS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER

Permanent Resident
- ☐ Permanent Resident Card (previously called a Resident Alien Card, commonly referred to as a Green Card)
- ☐ Certificate of Naturalization

Specialized Permanent Resident
- ☐ Refugee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents
- ☐ Asylee Status - Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents indicating there was an approval or a letter from USCIS

**If** the applicant is not a permanent resident, he/she must supply their Passport, Visa (check type below) AND I-94 Arrival/Departure Form (entry document) in addition to 1 original document listed below. Please note that an expired Visa is not a problem—an expired I-94 or I-94W Form is. For Occupants only, it is not a problem if the expiration date of the I-94 Form expires during the lease term, but the I-94 Form must be valid at lease commencement.

Visitor / Tourist
- ☐ J-1 or J-2 Certificate of Eligibility for Exchange Visitor Status
- ☐ B-1 for temporary visitor for business OR ☐ B-2 for temporary visitor for pleasure

Temporary Workers
- ☐ H-1B, H-1C, H-2A, H-2B, H-3, H-1, H-2, H-3, or H-4

Academic Student
- ☐ F-1 or F-2 Certificate of Eligibility for Nonimmigrant Student Status and Form I-20 (document issued by the school proving admission)
- ☐ Form DS-2019 (formerly Form IAP-66) and letter from foreign student advisor certifying they are enrolled (as stated on the Visa), and they are in good standing and have a 2.0 (on a 4.0 system) or better.

**Other:** ☐ _____ **(Must be approved by Corporate Office)**

Special Notes: ■ If an applicant indicates that he/she is a student, follow up by contacting the school to verify that he/she is enrolled. If the I-94 Form identifies the school, there is no need for verification. If verification is necessary, please check; ☐, initials _____ ■ Most visitor, tourist and student Visas do not allow the individual to work in the U.S.

WAPLES00000775

# OCCUPANT'S
# APPLICATION     DECISION

**MSSO or SOR REVIEW:     NO MATCH ☐     MATCH FOUND ☐**

☐  **APPROVED BY** _____  **WITH CONDITIONS:** _____  **Date** _____

☐  **DISAPPROVED BY** _____  **Date** _____

**Check Reason for Disapproval:**

☐  Applicant will not answer all questions on application

☐  Background Check (Felony and/or MSSO/SOR Match)

☐  Information received from consumer reporting agency(ies)

☐  Information received from party other than consumer reporting agency(ies)

☐  Unverifiable / Unavailable Information

☐  Inconsistent Information

☐  Does not have a legal right to be in the United States  (decision based on applicant's immigration and/or citizenship status)

☐  Expired / Unavailable / Unverifiable Documentation for Verification in United States

☐  Expired Government Photo Identification (e.g. U.S. Driver's License)

**Date of Application Withdrawal or Cancellation** _____  Your Initials _____  Reason _____

**OCCUPANT Applicant Name** _____  **Lot #** _____

WAPLES00000776

# Pls.' Ex. 20

8/10/2011

# APPLICATION FOR RESIDENCY
## AS LEASEHOLDER
### (EACH CO-APPLICANT MUST SUBMIT A SEPARATE APPLICATION)

**A.J. DWOSKIN**
& ASSOCIATES, INC.

### APPLICANT INFORMATION

First Name _____ M.I. _____ Last Name _____ Other Last Names Used _____ Social Security # /IRS Taxpayer ID# _____ Date of Birth _____

Home # _____ Work # _____ Cell # _____ E-Mail Address _____

### OTHER OCCUPANTS

Name _____ Age _____ Relationship _____ Name _____ Age _____ Relationship _____

Name _____ Age _____ Relationship _____ Name _____ Age _____ Relationship _____

### PETS

Type of Pet _____ Breed _____ Pet Name _____ Age _____ Weight at Maturity _____ Color _____

Type of Pet _____ Breed _____ Pet Name _____ Age _____ Weight at Maturity _____ Color _____

*Note: Copies of current veterinary records and a photo of your pet(s) may be required at move-in.*

### CONSECUTIVE RESIDENT HISTORY (Minimum 3 Years)

Present Address _____ Street _____ Apt. # _____ City _____ State/Zip _____ Move-In Date _____

Monthly Rent/Mortgage $ _____ Are you a Leaseholder/Owner? _____ If you are an Owner, is the home paid in full? _____
(circle one)                        (circle one)

Landlord Name/Management/Mortgage Company _____ Phone # _____

Previous Address _____ Street _____ Apt. # _____ City _____ State/Zip _____ Move-In Date _____ Move-Out Date _____

Monthly Rent/Mortgage $ _____ Were you a Leaseholder/Owner? _____ Do you still own the home? _____ Is it paid in full? _____
(circle one)                        (circle one)

Landlord Name/Management/Mortgage Company _____ Phone # _____

Previous Address _____ Street _____ Apt. # _____ City _____ State/Zip _____ Move-In Date _____ Move-Out Date _____

Monthly Rent/Mortgage (circle one) $ _____ Were you a Leaseholder/Owner (circle one)? _____

Landlord Name/Management/Mortgage Company _____ Phone # _____

### PERTINENT QUESTIONS

How did you initially hear about our Community? _____

Do you have a legal right to be in the United States? _____ Yes, because I am a United States citizen.

_____ Yes, because I have valid documentation from the United States Citizenship and Immigration Services (USCIS), (formerly the Bureau of Citizenship and Immigration Services or the U.S. Immigration and Naturalization Service) or from the State Department.

Yes/No _____ No.

_____ Have you ever applied or lived at an A.J. Dwoskin & Associates, Inc. community? If yes, when? _____ and what property? _____

_____ Have you ever foreclosed on a home or are you currently in the process of having a home foreclosed? If yes, when? _____

_____ Have you ever been evicted or are you currently in the process of being evicted from any leased premises?

_____ Have you ever owed monies to a prior landlord? If yes, when? _____ Is the amount paid in full? _____ If yes, when was it paid? _____

_____ Have you ever owed monies to a major utility company? If yes, when? _____ Is the amount paid in full? _____ If yes, when was it paid? _____

_____ Have you ever filed bankruptcy? If yes, when? _____ Please provide written proof of the discharge or dismissal upon request.

_____ Have you ever been convicted of or plead guilty or "no contest" to a felony (whether or not resulting in a conviction)?

_____ Have you ever been convicted of or plead guilty or "no contest" to a misdemeanor involving sexual misconduct (whether or not resulting in a conviction)?

*NOTE: If yes was answered for any of the questions within this section, please provide written explanation on the back of this application.*

### EMPLOYMENT HISTORY

Employer at Time of Move-In _____ Full Work Address _____ City/State _____ Zip Code _____ Employed Since _____

Position _____ Human Resources Phone # _____ Gross Monthly Salary $ _____ E-Mail Address _____

### EMERGENCY CONTACT / CLOSEST RELATIVE NOT LIVING WITH YOU

Name _____ Full Street Address _____

City, State, Zip _____ Relationship to You _____ Phone # (Including area code) _____

### APPLICATION FEE AND RESERVATION FEE / AMENITY FEE

Applicant has remitted the sum of $ _____ which is a non-refundable payment for processing this application. Such sum is not a rental payment or security deposit. Applicant submits this application the sum of $ _____ which shall be held by Management to reserve an apartment/townhouse when all required information is obtained. The Reservation Fee will be deemed non-refundable upon approval and message notification. The applicant will have until close of business the next business day (see office hours) to verbally accept approval terms before fee is forfeited and apartment/townhouse reservation is released. Lease is to be signed by applicant(s) within five (5) days of notification of acceptance or move-in, whichever occurs first. Upon the execution of the Lease, this payment will be treated as a non-refundable Amenity Fee as described in the Lease.

I authorize A.J. Dwoskin & Associates, Inc. or their agents, to investigate my qualifications and consumer reports, and/or any and all references given or discovered. I realize this information will be used by A.J. Dwoskin & Associates, Inc. and/or their agents, to evaluate my qualifications and consumer reports which may include but not be limited to a criminal background check prior to their approval or disapproval of my rental application.

**NOTICE:** BY SIGNING THIS APPLICATION, YOU DECLARE THAT ALL YOUR RESPONSES ARE TRUE AND COMPLETE AND AUTHORIZE OWNER TO VERIFY THIS INFORMATION. ANY FALSE STATEMENT ON THIS APPLICATION WILL LEAD TO REJECTION OF YOUR APPLICATION OR IMMEDIATE TERMINATION OF YOUR LEASE.

Applicant's Signature as LEASEHOLDER _____          Date _____





WAPLES00000777

**F O R   I N T E R** Page #10519 **U S E   O N L Y**
▶▶ THIS PAGE IS NOT FOR DISTRIBUTION ◀◀

RECEIPT DATE _____

Move-In Date _____   Bldg/Apt/TH # _____   Monthly Rent $_____   Apt Class _____   Lease Term _____

Lease Taken By _____   Guest Card # _____   Application # _____   Special Offered _____

Media Source _____

## *IMPORTANT INFORMATION / CONTACTS*

■ Social Security Administration – 1 (800) 772-1213, www.socialsecurity.gov   ■ Internal Revenue Service – 1 (800) 829-1040, www.irs.gov
■ United States Citizenship and Immigration Services (USCIS) – 1 (800) 767-1833, www.uscis.gov   ■ USCIS National Customer Service Center – 1 (800) 375-5283

New HUD Regulation Information - After 9/11/01, Housing and Urban Development (HUD) new regulations indicate that a landlord can ask for and photo copy any documents, with or without a photo, to prove an applicant's right to be in the United States.

ITIN Information
The Registry presently does not offer a program that is similar to the "Social Search" to check ITINs. But since all applicants who do not have a Social Security number (SSN) must present their Passport, Visa, and I-94 (I-94W) Form, it is not necessary to use the ITIN card and/or IRS issuance letter. If someone presents the card or letter, a copy should be made with an initialed notation indicating that the applicant voluntarily presented the documents.

GUIDELINES FOR LEASEHOLDERS and Guarantors
- Leaseholders, who do not have SSNs, must also prove their identity and provide documentation as to their validity in the United States.
- All Leaseholder Applicants who do not have a SSN are subject to the terms on the International System's policy (red reference manual, tab "RegistryScorex").
- Consumer Reports must be run for Leaseholder Applicants and Guarantor Applicants who have SSNs, and for Leaseholder Applicants who have ITINs. Credit reports for those Leaseholder Applicants who have ITINs are often times short in length.
- If an ITIN is recorded on the Leaseholder application and the pay stubs reflect a different 9-digit number, which appears to be a SSN, ask your applicant about the discrepancy. Record and attach their reply on the application. If applicable, run a Social Search using the number that appears on the pay stubs to see if the number truly belongs to your applicant. If yes, run all consumer reports with the discovered SSN. If the Social Search information is inconsistent with your applicant's name, see your Property Manager.
- Since a Multi-State Sexual Offender (MSSO) Review cannot be run on Leaseholder Applicants without a SSN or without an ITIN, a Sexual Offender Registry check (SOR) must be done through www.prevent-abuse-now.com by state. Use the zip codes listed on the application and any other address zip codes that may appear on the credit report (if applicable) and/or other sources. Place screen prints in the file per zip code even if there is no match or you are unable to retrieve any information.
- Do not run a MSSO or a SOR check on a Guarantor Applicant. Guarantor Applicants must have a SSN and be a permanent resident in the United States.

## **A. IDENTITY CHECK** – Applicant must have one (1) of the following:

**1.** Valid U.S. Driver's License (DL) or Walker's Identification (WI) issued by the Department of Motor Vehicles (DMV) or Other _____
☐ Cross-Reference Application with DL or WI ■ ☐ Photo identification matches face in front of you (copy *after* approval) ■ ☐ Date of Birth _____
☐ Signature on U.S. Driver's or Walker's matches the signature on the application ■ DL# or WI# _____ ■ DL or WI Issue Date _____
DL or WI Exp Date _____ ■ Full Address _____

**2.** Passport
*Passport – A passport will usually contain a Visa and an I-94 Arrival/Departure Record which will explain how long the bearer may remain and the terms of the admission.*
☐ File copy of the complete passport including the passport # and country of origin
☐ Photo identification matches face in front of you and make file copy

**3.** Employment Authorization Card
*Employment Authorization Card – An Employment Authorization Document (EAD) is issued to individuals who are not permanent residents of the United States, but have been granted permission to be employed in the United States for a specific period of time.*
☐ Photo identification matches face in front of you and make file copy
☐ Signature on the EAD matches the signature on the application

## **B. DOCUMENTATION FOR VERIFICATION IN THE UNITED STATES IS NEEDED FOR THOSE APPLICANTS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER**

Permanent Resident
☐ Permanent Resident Card (previously called a Resident Alien Card, commonly referred to as a Green Card)
☐ Certificate of Naturalization
Specialized Permanent Resident
☐ Refugee Status – Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents
☐ Asylee Status – Must show original Form I-94 (Arrival/Departure Form) and/or immigration court documents indicating there was an approval or a letter from USCIS
**If** the applicant is not a permanent resident, he/she must supply their Passport, Visa (check type below) **AND** I-94 Arrival/Departure Form (entry document) in addition to 1 original document listed below. Please note that an expired Visa is not a problem–an expired I-94 or I-94W Form is.
Visitor / Tourist
☐ J-1 or J-2 Certificate of Eligibility for Exchange Visitor Status
☐ B-1 for temporary visitor for business OR ☐ B-2 for temporary visitor for pleasure
Temporary Workers
☐ H-1B, H-1C, H-2A, H-2B, H-3, H-1, H-2, H-3, or H-4
Academic Student
☐ F-1 or F-2 Certificate of Eligibility for Nonimmigrant Student Status and Form I-20 (document issued by the school proving admission)
☐ Form DS-2019 (formerly Form IAP-66) and letter from foreign student advisor certifying they are enrolled (as stated on the Visa), and they are in good standing and have a 2.0 (on a 4.0 system) or better.
Other: ☐ _____ **(Must be approved by Corporate Office)**
Special Notes: ■ If applicant indicates that he/she is a student, follow up by contacting the school to verify that he/she is enrolled. If the I-94 Form identifies the school, there is no need for verification. If verification was necessary, please check ☐, initials _____ ■ Most visitor, tourist and student Visas do not allow the individual to work in the U.S.

REGISTRY SCOREX SCORE(S): INDIVIDUAL _____ JOINT _____   MSSO or SOR REVIEW:   NO MATCH ☐   MATCH FOUND ☐
☐ APPROVED BY _____   WITH CONDITIONS: _____ Date _____
☐ DISAPPROVED BY _____ Date _____
Check Reason for Disapproval:
☐ Applicant will not answer all questions on application
☐ Background Check (Felony and/or MSSO/SOR Match)
☐ Information received from consumer reporting agency(ies)
☐ Information received from party other than consumer reporting agency(ies)
☐ Unverifiable / Unavailable / Inconsistent Information
☐ Discovered Eviction - applicant answered "No" to eviction question / Eviction within last 3 years
☐ Does not have a legal right to be in the United States (decision based on applicant's citizenship or immigration status)
☐ Expired / Unavailable / Unverifiable Documentation for Verification in the United States
☐ Expired / Unavailable Government Photo Identification (e.g. Driver's License)
☐ Applicant owes/owed monies ($1,000.00 or higher) to a prior landlord and/or to a major utility within last 3 years
☐ Will not pay monies ($999.99 or less) to a prior landlord and/or major utility company
☐ No proof of payment provided or unable to verify proof given

Date of Application Withdrawal or Cancellation _____   Your Initials _____   Reason _____
Contact / Acceptance Dates, Times, # Called, Initials: _____
Conversation Notes/Contents of Message Left: _____

WAPLES00000778

Applicant Name as LEASEHOLDER_____ Bldg/Apartment/Townhouse #_____

WAPLES00000779

# Pls.' Ex. 21



Δ π **EXHIBIT** _13_
Deponent _Easton_
Date _12-2-16_    Rptr _EX_
WWW.DEPOBOOK.COM

8/12/13

## APPLICATION FOR RESIDENCY – PLEASE COMPLETE EVERY QUESTION
(Each Leaseholder must submit a separate application)

**APPLICANT INFORMATION**

FULL NAME(LAST)_____(FIRST)_____(MIDDLE)_____GENERATION (Jr. Sr.)_____
DOB____/____/____ SOCIAL SECURITY #_____ SEX_____ MARITAL STATUS_____ (optional)
OCCUPATION_____GROSS ANNUAL INCOME (from all sources)_____
DRIVER'S LICENSE #_____ STATE:_____ EMAIL:_____ CELL PHONE:_____
HOW DID YOU FIND OUT ABOUT US:_____

| | TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**LIST OTHERS TO RESIDE IN APARTMENT AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS:**

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION | VISITING ONLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Note:** Please provide occupancy history for previous 36 months
**PRESENT ADDRESS:**
STREET:_____APT#_____
CITY_____STATE_____ZIP_____HOME PHONE #_____
RENT OR OWN?_____DATES(from)_____(to)_____MONTHLY PAYMENT_____
LANDLORD/LENDER (circle one)_____CONTACT PHONE #_____

**PREVIOUS ADDRESS (If at present address less than 36 months):**
STREET:_____APT#_____
CITY_____STATE_____ZIP_____HOME PHONE #_____
RENT OR OWN?_____DATES(from)_____(to)_____MONTHLY PAYMENT_____
LANDLORD/LENDER (circle one)_____CONTACT PHONE #_____

**PREVIOUS ADDRESS (If at present address less than 36 months):**
STREET:_____APT#_____
CITY_____STATE_____ZIP_____HOME PHONE #_____
RENT OR OWN?_____DATES(from)_____(to)_____MONTHLY PAYMENT_____
LANDLORD/LENDER (circle one)_____CONTACT PHONE #_____

**EMPLOYER AT TIME OF MOVE-IN: [Please provide employment history for previous 24 months]**
NAME_____STREET_____CITY_____
STATE_____ZIP_____PHONE_____EMPLOYMENT START DATE_____POSITION_____
SALARY_____SUPERVISOR OR HR CONTACT_____PHONE_____
**PREVIOUS EMPLOYER:**
NAME_____FROM:_____TO:_____SALARY:_____
**OTHER INCOME:**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU)**
(1)NAME_____RELATIONSHIP_____PHONE #_____
STREET_____CITY_____STATE_____ZIP_____
(2)NAME_____RELATIONSHIP_____PHONE #_____
STREET_____CITY_____STATE_____ZIP_____
**ARE YOU LEGALLY ELIGIBLE TO LIVE IN THE UNITED STATES: (Please check one)**
☐ Yes, I am a U.S. Citizen
☐ Yes, I have valid documentation from the U.S. Immigration and Naturalization Service (INS) that allows me to be in the country;
List source of documentation _____, List ID#_____
If you have an Individual TAX ID #, please provide in the following space_____
☐No
☐Have you ever been convicted of or plead guilty to "no contest" to any crime? Yes/No
☐Have you ever been convicted of or plead guilty to "no contest" to a misdemeanor involving sexual misconduct
(whether or not resulting in a conviction)? Yes/No

**ADDITIONAL INFORMATION: (Check whichever applies)**
☐ I Do Have a Water Bed      ☐ I Do Not Have a Water Bed
☐ I Do Have a Fish Tank      ☐ I Do Not Have a Fish Tank
NOTE: Renter's insurance is required if you have a water bed or fish tank. Proof of insurance must be provided prior to move-in.
PET INFORMATION: (☐ I Will Not Be Bringing A Pet)  ☐ I Will Be Bringing A Pet:
TYPE_____BREED_____HEIGHT_____WEIGHT_____
TYPE_____BREED_____HEIGHT_____WEIGHT_____
NOTE: Keeping pets requires consent of management, payment of applicable fees/deposits, and execution of Pet Addendum.
Service animals are not considered pets.
The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, prohibits discrimination in the rental of housing
based on race, color, religion, sex, handicap, familial status or national origin. The Federal Agency, which administers compliance with this
law, is the U.S. Department of Housing and Urban Development.
The undersigned applicant and/or co-signer represents that all of the above statements are true and correct and hereby authorizes verification
of the above information. If such information proves to be misleading, Owner shall have the right to deny this application. The
undersigned applicant and/or co-signer hereby consents to allow AJ Dwoskin ("Owner"), itself or through its designated agents or employees, to
obtain a consumer report and criminal record and to obtain and verify credit and employment information for the purpose of determining
whether to lease an apartment to me. The undersigned applicant or co-signer agrees and understands that Owner and its agents and employees
may obtain additional consumer reports and criminal records in the future to update or review my account. Upon any request, Owner will tell me
whether consumer reports or criminal records were requested and the names and addresses of any consumer reporting agency that provided
such reports. The undersigned applicant and/or co-signer understand that the application fee is non-refundable.

_____      _____
APPLICANT                          DATE              *Revised 08/12/2013*

# Pls.' Ex. 22

## APPLICATION FOR RESIDENCY – PLEASE COMPLETE EVERY QUESTION
### (Each Leaseholder must submit a separate application)

12/4/15

**APPLICANT INFORMATION**

FULL NAME(LAST)_____(FIRST)_____(MIDDLE)_____ GENERATION (Jr. Sr.):_____

DOB:_____/_____/_____ SOCIAL SECURITY #_____-_____-_____ SEX_____ MARITAL STATUS_____ (optional)

OCCUPATION_____GROSS ANNUAL INCOME (from all sources)_____

DRIVER'S LICENSE #:_____ STATE:_____ EMAIL:_____ CELL PHONE:_____

HOW DID YOU FIND OUT ABOUT US:_____

| VEHICLE | TYPE | COLOR | MAKE | LICENSE PLATE # | STATE | YEAR |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**LIST OTHERS TO RESIDE IN APARTMENT AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS:**

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Note:** Please provide occupancy history for previous 36 months

**PRESENT ADDRESS:**

STREET_____APT#_____

CITY_____STATE_____ZIP_____HOME PHONE #_____

RENT OR OWN?_____DATES(from)_____(to)_____MONTHLY PAYMENT_____

LANDLORD/LENDER (CIRCLE ONE):_____ CONTACT PHONE #_____

**PREVIOUS ADDRESS (if at present address less than 36 months):**

STREET_____APT#_____

CITY_____STATE_____ZIP_____HOME PHONE #_____

RENT OR OWN?_____DATES(from)_____(to)_____MONTHLY PAYMENT_____

LANDLORD/LENDER (CIRCLE ONE):_____ CONTACT PHONE #_____

**PREVIOUS ADDRESS (if at present address less than 36 months):**

STREET_____APT#_____

CITY_____STATE_____ZIP_____HOME PHONE #_____

RENT OR OWN?_____DATES(from)_____(to)_____MONTHLY PAYMENT_____

LANDLORD/LENDER (CIRCLE ONE):_____ CONTACT PHONE #_____

**EMPLOYER AT TIME OF MOVE-IN: (Please provide employment history for previous 24 months)**

NAME_____STREET_____CITY_____

STATE_____ZIP_____PHONE_____EMPLOYMENT START DATE_____ POSITION_____

SALARY_____SUPERVISOR OR HR CONTACT_____PHONE_____

**PREVIOUS EMPLOYER:**

NAME_____FROM:_____TO:_____SALARY:_____

**OTHER INCOME:**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

**RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU):**

(1)NAME_____RELATIONSHIP_____PHONE #_____



WAPLES00000781

# Pls.' Ex. 23

1/28/2016

# MOBILE HOMES PARKS

## APPLICATION FOR RESIDENCY--PLEASE COMPLETE EVERY QUESTION

### (Each Leaseholder must submit a separate application)

FULL NAME (LAST) _____ (FIRST) _____ (MIDDLE) _____ GENERATION ( Jr.Sr.) _____

DOB: ____/____/____ SOCIAL SECURITY # _____-____-_____ SEX _____ MARITAL STATUS _____ (Optional)

OCCUPATION _____ GROSS ANNUAL INCOME (from all sources) _____

DRIVER'S LICENSE #: _____ STATE. _____ EMAIL _____ CELL PHONE. _____

| VEHICLES | TYPE | COLOR | MAKE | LICENSE PLATE | STATE | YEAR |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

LIST OTHERS TO RESIDE IN MOBILE HOME AND CHILDREN WHO WILL VISIT ON A PERMANENT BASIS.

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Note. Please provide occupancy history for previous three years

PRESENT ADDRESS.

STREET _____ APT # _____

CITY _____ STATE _____ ZIP CODE _____ HOME PHONE # _____

RENT OR OWN? _____ DATES (from) _____ (to) _____ MONTHLY PAYMENT $ _____

LANDLORD/LENDER (CIRCLE ONE); _____ CONTACT PHONE # _____

PREVIOUS ADDRESS (If at present address less than three years).

STREET _____ APT # _____

CITY _____ STATE _____ ZIP CODE _____ HOME PHONE # _____

RENT OR OWN? _____ DATES (from) _____ (to) _____ MONTHLY PAYMENT $ _____

LANDLORD/LENDER (CIRCLE ONE); _____ CONTACT PHONE # _____

PREVIOUS ADDRESS (If at present address less than three years).

STREET _____ APT # _____

CITY _____ STATE _____ ZIP CODE _____ HOME PHONE # _____

RENT OR OWN? _____ DATES (from) _____ (to) _____ MONTHLY PAYMENT $ _____

LANDLORD/LENDER (CIRCLE ONE); _____ CONTACT PHONE # _____

EMPLOYER AT TIME OF MOVE-IN.

NAME: _____ STREET _____

CITY _____ STATE _____ ZIP CODE _____ PHONE _____

EMPLOYMENT START DATE _____ POSITION _____ SALARY $ _____

SUPERVISOR OR HUMAN RESOURCES CONTACT _____ PHONE _____

OTHER INCOME.

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
| | | |
| | | |

RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU)

WAPLES00000782

# Pls.' Ex. 24

7/27/2016

## MOBILE HOMES PARKS

**APPLICATION FOR RESIDENCY--PLEASE COMPLETE EVERY QUESTION**

*(Each Leaseholder must submit a separate application)*

FULL NAME (LAST) _____ (FIRST) _____ (MIDDLE) _____ GENERATION ( Jr.Sr.) _____

DOB._____/_____/_____     SOCIAL SECURITY #___-___-___     SEX _____

OCCUPATION._____     GROSS ANNUAL INCOME (from all sources) _____

DRIVER'S LICENSE #._____     STATE_____     EMAIL._____     CELL PHONE _____

| VEHICLES | TYPE | COLOR | MAKE | LICENSE PLATE | STATE | YEAR |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**LIST OTHERS TO RESIDE IN MOBILE HOME BESIDES YOU (Social Security Number not needed for minors).**

| FULL LEGAL NAME | SOCIAL SECURITY # | RELATIONSHIP | SEX | DATE OF BIRTH | ANNUAL INCOME | OCCUPATION |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Note. Please provide occupancy history for previous three years

**PRESENT ADDRESS.**

STREET_____     APT #_____

CITY_____     STATE_____     ZIP CODE_____     HOME PHONE #_____

RENT OR OWN?_____     DATES (from)_____     (to)_____     MONTHLY PAYMENT $_____

LANDLORD/LENDER (CIRCLE ONE); _____     CONTACT PHONE #_____

**PREVIOUS ADDRESS (If at present address less than three years).**

STREET_____     APT #_____

CITY_____     STATE_____     ZIP CODE_____     HOME PHONE #_____

RENT OR OWN?_____     DATES (from)_____     (to)_____     MONTHLY PAYMENT $_____

LANDLORD/LENDER (CIRCLE ONE); _____     CONTACT PHONE #_____

**PREVIOUS ADDRESS (If at present address less than three years).**

STREET_____     APT #_____

CITY_____     STATE_____     ZIP CODE_____     HOME PHONE #_____

RENT OR OWN?_____     DATES (from)_____     (to)_____     MONTHLY PAYMENT $_____

LANDLORD/LENDER (CIRCLE ONE); _____     CONTACT PHONE #_____

**EMPLOYER AT TIME OF MOVE-IN.**

NAME._____     STREET_____

CITY_____     STATE_____     ZIP CODE_____     PHONE_____

EMPLOYMENT START DATE_____     POSITION_____     SALARY $_____

SUPERVISOR OR HUMAN RESOURCES CONTACT _____     PHONE_____

**OTHER INCOME.**

| TYPE OF INCOME | SOURCE | GROSS ANNUAL AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |

RELATIVES/EMERGENCY CONTACT (NOT RESIDING WITH YOU).



Δ π EXHIBIT 3
Deponent Easton
Date 3.2.16   Rptr H
WWW.DEPOBOOK.COM

WAPLES00000783

# Pls.' Ex. 25

**MOBILE HOME LEASE AGREEMENT**    Project:Waples Mobile Home Park

**LESSOR AND LESSEE**

This Agreement made this 20th day of **March**, 2015, by and between A. J. DWOSKIN & ASSOCIATES, INC., AGENT for :
**Waples Mobile Home Park** (Owner), hereinafter called Lessor, and Felix Bolanos  jointly and severally (if applicable) hereinafter called Lessee.
**WITNESSETH:**

That in consideration of the representation made in the application filed by the Lessee with the Lessor, the rent herein reserved and the covenants herein contained and by the said Lessee to be performed, the Lessor hereby leases to the Lessee, premises in the State of Virginia known as Lot 4227 Stackler, : **Waples Mobile Home Park, Fairfax , Virginia ("Lot").**

**TERM AND RENT**

The term of this lease shall be for the period of 12 months, commencing on the 1st **day of April**, 2015 fully ending at midnight on the 31st **day of March**, 2016hereinafter called the "Lease Term"), for the **total rent of** Eight Thousand Nine Hundred Forty Dollars **($8940.00)**, payable in equal **monthly installments** of Seven Hundred Forty Five **Dollars ($745.00)** at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing, each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term.

It is further covenanted and agreed between the Lessor and Lessee as follows:

1. **LATE CHARGE.** If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due, a late charge of **$50.00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee's failure to timely pay rent. Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment. In the event Lessee tenders to Lessor a check which is dishonored by the Lessee's bank for any reason, Lessee agrees to pay Lessor, in addition to the amount of the check, due a service charge of $50.00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee's insufficient check. In addition, Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check, cashier's check or money order.

2. **SECURITY DEPOSIT.** The Lessee agrees to deposit with Lessor upon delivery of this lease, the sum of $670.00 security for the full and faithful performance by the Lessee of each and every term, provision, covenant and condition of this lease. In the event that the Lessee defaults in respect to any of the terms, provisions, covenants, and conditions of this lease, including but not limited to payment of rent, additional rent or other sums required hereunder (including but not limited to charges for utilities), the Lessor may use, apply or retain the whole or any part of the security so deposited for the payment thereof. The Lessee acknowledges that the security deposit is to be retained by the Lessor, and may be commingled with other funds of the Lessor, with interest being paid to the Lessee. The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease, or such other rate required by law; provided, however, that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof.
In the event that the Lessee shall fully and faithfully comply with all of the terms, provisions, covenants, and conditions of this lease, the security deposit, or any balance thereof, plus accrued interest, if any, shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee's mobile home and surrender of the Lot to the Lessor in good condition.

3. **POSSESSION.** The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy, nor, except as provided herein, shall such failure excuse the Lessee's obligation hereunder, unless the Lessor's failure to deliver possession is willful, in which event Section 55-248.22 of the 1950 *Code of Virginia*, as amended, shall govern. Except in the event of delay by the Lessee, the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee.

4. **RULES AND REGULATIONS.** The Lessee shall comply with the rules and regulations governing the Mobile Home Park, a copy of said rules and regulations being attached  hereto and made a part hereof, and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park.

5. **UNLAWFUL USE, DISTURBING NOISES, ETC.** The Lessee shall not engage in any unlawful or criminal activity, including but not limited to, drug-related criminal activity, nor permit any member of Lessee's household or any guest or other person under Lessee's control to do so, on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park. "Drug-related criminal activity" shall mean the illegal manufacture, sale, distribution, or use of or possession with the intent to manufacture, sell, distribute or use a controlled substance.
The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights, comforts or conveniences of the other tenants.

6. **OCCUPANTS.** Only those tenants registered at the manager's office may live in the Mobile Home Park. This Lease Agreement shall not be sublet or assigned. The taking in of roomers or tenants by the Lessee is prohibited. Prior to selling the mobile home, Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot). Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248.47); however, any prospective purchaser who intends to keep the mobile home on the Lot must submit an application, which application must be approved by Lessor prior to occupancy.

06/09/14



Upon twenty-four (24) hours written notice, which may be delivered to the mobile home, Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of this Lease Agreement. Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement, granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement.

7. **LIABILITY OF LESSOR.** All personal property, including the mobile home, placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee, and the Lessor shall in no event be liable for the loss, destruction, theft or removal of or damage to such property unless caused by Lessor's willful negligence.

The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others.
The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.

8. **UTILITIES.** Lessee will be responsible for payment for all utilities including those set forth in the Utility Addendum; for each utility for which Lessee is responsible for payment, Lessee will pay related deposits and any charges, fees, or services on such utilities. Lessee must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If Lessee's electricity is ever interrupted, Lessee must use only battery-operated lighting. If any utilities are sub metered for the Premises, Lessee must pay such billings promptly. If the billing company requests Lessor pay Lessee's bills and Lessor, in its sole and absolute discretion, pays such bills, the amount of such bills will be added to Lessee's rent and such amounts will be treated as additional rent for all purposes, including seeking possession of the Lot for nonpayment.

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order. Unless caused by Lessor's willful negligence, the Lessor shall not be liable for any damage, injury or loss whatsoever which might arise, or accrue, from his providing, failure to provide, or the failure of utilities. Further, the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse.

9. **HOLDING OVER / RENEWAL.** Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date. Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term, Lessee shall be liable for the payment of rent for two (2) months thereafter. Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term, the Lessee shall be deemed to be a tenant from month to month. In such event, all terms and conditions of this Lease shall continue in full force and effect, except rent, which Lessor may unilaterally adjust to the prevailing monthly fair rental value. It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination. This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required.

Proof of identity, copy of the title or sales agreement and proof of active insurance will be required not only upon move-in date and initial lease signing, but upon renewal. NO renewals will be considered as executed unless these items are provided at signing.

10. **MILITARY TRANSFERS.** If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty-five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States, or is ordered to report to government-supplied quarters, Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein, said date to be not less than thirty (30) days after Lessor's receipt of such notice, (b) providing, together with such written notice of termination, a copy of the official orders, (c) paying all rent and miscellaneous charges through the effective date of the termination, and (d) paying Lessor the amount of (i) one (1) month's rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month's rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term. This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term.

11. **ACTION BY LESSOR UPON DEFAULT.** Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder, including but not limited to charges for utilities, or should the Lessee violate any one of the agreements, terms, or conditions of this lease, or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug-related crime during the Lease Term, then the Lessor shall have all rights and remedies of a landlord under applicable law, including but not limited to the rights and remedies provided in VA. Code Ann. Section 55-248.31 and, in addition, the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession, and to remove the mobile home from the Lot and relet the Lot. In the event that the Lessor moves the Lessee's mobile home from the Lot pursuant to this paragraph, the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home.

12. **LIEN FOR RENT AND OTHER SUMS.** The Lessor shall have a lien upon all of the personal property, including the mobile home, of the Lessee moved in and located upon the Lot, as and for security for the rent and other sums, including but not limited to, charges for utilities, herein provided to be paid; and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot, to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved; and the Lessee shall not remove, or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease; and should the Lessee attempt to remove such property, the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*, as amended, and to employ such other remedies as are authorized by law.

06/09/14

13. **ATTORNEY'S FEE.** In the event that Lessor engages counsel as a result of Lessee's breach of this Lease, Lessee agrees to pay Lessor's attorney's fees in the amount of $200.00 or 25% of all rent due and owing at the time judgment is obtained, whichever is greater.

14. **WAIVING OF ONE BREACH NOT A GENERAL WAIVER.** No waiver of any breach of any covenant, provision, or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof.

15. **SECURITY INTERESTS IN MOBILE HOME.** The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows:
Name and address of dealer from whom mobile home purchased (if applicable).
Lessee shall notify Lessor within ten (10) days of any new security interest, change of existing security interest, or settlement of security interest.

16. **MANUFACTURED HOME LOT RENTAL ACT.** The terms of the Manufactured Home Lot Rental Act (Title 55, Chapter 13.3, 1950 *Code of Virginia*, as amended) attached hereto, are incorporated by reference into this Lease Agreement. Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act.

**A. J. DWOSKIN & ASSOCIATES, INC.**
**3201 Jermantown Road, Suite 700**
**Fairfax, Virginia  22030-2879**

WITNESS:_____DATE_____    BY:_____DATE 3/20/15
                                                   PARK MANAGER, Josephine Giambanco
WITNESS:_____DATE_____    BY:_____DATE_____
                                                   LESSEE (Tenant) Felix Bolanos
WITNESS:_____DATE_____    BY:_____DATE_____
                                                   LESSEE (Tenant)

06/09/14

WAPLES00000053

# Pls.' Ex. 26

# Pls.' Ex. 27

# Pls.' Ex. 28

**MOBILE HOME LEASE AGREEMENT**                                   Project Waples Mobile Home Park

**LESSOR AND LESSEE**

This Agreement made this **18th** day of **January 2011** by and between A J DWOSKIN & ASSOCIATES INC AGENT for **Waples Mobile Home Park (Owner)** hereinafter called Lessor and **Esteban R. Moya** jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**

That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as **11259 Mobile Drive Lot      Waples Mobile Home Park Fairfax Virginia ( Lot")**

**TERM AND RENT**

The term of this lease shall be for the period of **12 months** commencing on the **1st day of February 2011** fully ending at midnight on the **31st day of January 2012** (hereinafter called the Lease Term ) for the total rent of **Seven Thousand Seven hundred and forty Dollars ($7740 00)** payable in equal monthly installments of **Six hundred and forty five Dollars ($645 00)** at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

1   **LATE CHARGE**   If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due  a late charge of **$50 00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent   Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment   In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason  Lessee agrees to pay Lessor  in addition to the amount of the check  due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check   In addition Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check  cashier's check or money order

2   **SECURITY DEPOSIT**   The Lessee agrees to deposit with Lessor upon delivery of this lease  the sum of **$645 00** security for the full and faithful performance by the Lessee of each and every term  provision  covenant and condition of this lease   In the event that the Lessee defaults in respect to any of the terms  provisions  covenants  and conditions of this lease  including but not limited to payment of rent  additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use  apply or retain the whole or any part of the security so deposited for the payment thereof   The Lessee acknowledges that the security deposit is to be retained by the Lessor  and may be commingled with other funds of the Lessor  with interest being paid to the Lessee   The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease  or such other rate required by law  provided  however  that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms  provisions  covenants  and conditions of this lease  the security deposit  or any balance thereof  plus accrued interest  if any  shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

3   **POSSESSION**   The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy  nor  except as provided herein  shall such failure excuse the Lessee s obligation hereunder  unless the Lessor's failure to deliver possession is willful in which event Section 55-248 22 of the 1950 *Code of Virginia*  as amended  shall govern   Except in the event of delay by the Lessee  the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

4   **RULES AND REGULATIONS**   The Lessee shall comply with the rules and regulations governing the Mobile Home Park  a copy of said rules and regulations being attached  hereto and made a part hereof  and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

5   **UNLAWFUL USE  DISTURBING NOISES  ETC**   The Lessee shall not engage in any unlawful or criminal activity  including but not limited to drug related criminal activity  nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so  on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park   Drug related criminal activity" shall mean the illegal manufacture  sale  distribution  or use of or possession with the intent to manufacture  sell  distribute or use a controlled substance   The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights  comforts or conveniences of the other tenants

6   **OCCUPANTS**   Only those tenants registered at the manager's office may live in the Mobile Home Park   This Lease Agreement shall not be sublet or assigned   The taking in of roomers or tenants by the Lessee is prohibited   Prior to selling the mobile home  Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot)   Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248 47) however  any prospective purchaser who intends to keep the mobile home on the Lot must submit an application  which application must be approved by Lessor prior to occupancy

7   **LIABILITY OF LESSOR**   All personal property  including the mobile home  placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee  and the Lessor shall in no event be liable for the loss  destruction  theft or removal of or damage to such property unless caused by Lessor's willful negligence   The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others   The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000

7/02/07

WAPLES00000920

8  UTILITIES  Except as otherwise directed by Lessor the Lessee shall pay to the Lessor within (10) days after receipt by the Lessee of the Lessor's bill therefore all charges for water sewer and garbage used upon the Lot Charges for these utilities shall be deemed to be additional rent  Bills for utilities shall be submitted by the Lessor to the Lessee on a monthly or other periodic basis as determined by the Lessor The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods and such determination shall be conclusive and binding on the Lessee  The Lessor may  by written notice to the Lessee  require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence  the Lessor shall not be liable for any damage  injury or loss whatsoever which might arise or accrue  from his providing  failure to provide  or the failure of utilities  Further  the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9  HOLDING OVER  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  the Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term  the Lessee shall be deemed to be a tenant from month to month  In such event  all terms and conditions of this Lease shall continue in full force and effect  except rent  which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10  MILITARY TRANSFERS  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States  or is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing  together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11  ACTION BY LESSOR UPON DEFAULT  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited to the rights and remedies provided in VA  Code Ann Section 55-248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and  to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12  LIEN FOR RENT AND OTHER SUMS  The Lessor shall have a lien upon all of the personal property  including the mobile home  of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to  charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove  or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55 230 of the 1950 *Code of Virginia*  as amended  and to employ such other remedies as are authorized by law

13  ATTORNEY S FEE  In the event that Lessor engages counsel as a result of Lessee s breach of this Lease  Lessee agrees to pay Lessor's attorney's fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

14  WAIVING OF ONE BREACH NOT A GENERAL WAIVER  No waiver of any breach of any covenant  provision or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15  SECURITY INTERESTS IN MOBILE HOME  The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows

Name and address of dealer from whom mobile home purchased (if applicable)

Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16  MANUFACTURED HOME LOT RENTAL ACT  The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of this Act

A  J  DWOSKIN & ASSOCIATES  INC
9302 Lee Highway  Suite 300
Fairfax  Virginia  22031 1214

WITNESS _____ DATE 01/18/11 BY _____ DATE 2-1-11

PROPERTY MANAGER Sabiha Noorzai

WITNESS _____ DATE 01/18/11 BY _____ DATE 01-18-11

LESSEE (Tenant) Esteban R  Moya

WITNESS _____ DATE _____ BY _____ DATE _____

LESSEE (Tenant)

WITNESS _____ DATE _____ BY _____ DATE _____

LESSEE (Tenant)

7/02/07

WAPLES00000921

# Pls.' Ex. 29

# Pls.' Ex. 30

**MOBILE HOME LEASE AGREEMENT**

Project Waples Mobile Home Park
PageID# 10543

**LESSOR AND LESSEE**

This Agreement made this 9th day of February 2012 by and between A J DWOSKIN & ASSOCIATES INC AGENT for **Waples Mobile Home Park (Owner)** hereinafter called Lessor and **Mario Medina and Herbert D Saravia-Cruz** jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**

That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as **11250 Mobile Drive Lot    Waples Mobile Home Park Fairfax Virginia ( Lot' )**

**TERM AND RENT**

The term of this lease shall be for the period of **12 months** commencing on the **1st day of February 2012** fully ending at midnight on the **31st day of January 2013** (hereinafter called the Lease Term ) for the **total rent of eight thousand forty Dollars ($8040 00)** payable in equal **monthly installments of six hundred seventy Dollars ($670 00)** at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

**1    LATE CHARGE**    If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of $50 00 shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent    Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment    In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason    Lessee agrees to pay Lessor    in addition to the amount of the check due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check    In addition    Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check    cashier's check or money order

**2    SECURITY DEPOSIT**    The Lessee agrees to deposit with Lessor upon delivery of this lease    the sum of $670 00 security for the full and faithful performance by the Lessee of each and every term    provision    covenant and condition of this lease    In the event that the Lessee defaults in respect to any of the terms    provisions    covenants and conditions of this lease    including but not limited to payment of rent    additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use    apply or retain the whole or any part of the security so deposited for the payment thereof    The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor with interest being paid to the Lessee    The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease    or such other rate required by law    provided    however    that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms    provisions    covenants and conditions of this lease    the security deposit    or any balance thereof    plus accrued interest    if any    shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

**3    POSSESSION**    The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy    nor    except as provided herein    shall such failure excuse the Lessee s obligation hereunder    unless the Lessor's failure to deliver possession is willful    in which event Section 55-248 22 of the 1950 *Code of Virginia* as amended shall govern    Except in the event of delay by the Lessee    the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

**4    RULES AND REGULATIONS**    The Lessee shall comply with the rules and regulations governing the Mobile Home Park    a copy of said rules and regulations being attached    hereto and made a part hereof    and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

**5    UNLAWFUL USE DISTURBING NOISES ETC**    The Lessee shall not engage in any unlawful or criminal activity including but not limited to drug related criminal activity    nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so    on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park    Drug related criminal activity" shall mean the illegal manufacture    sale    distribution    or use of or possession with the intent to manufacture    sell    distribute or use a controlled substance    The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights    comforts or conveniences of the other tenants

**6    OCCUPANTS**    Only those tenants registered at the manager's office may live in the Mobile Home Park    This Lease Agreement shall not be sublet or assigned    The taking in of roomers or tenants by the Lessee is prohibited    Prior to selling the mobile home    Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot)    Lessor shall not unreasonably restrict the sale of the mobile home (see 55 248 47) however    any prospective purchaser who intends to keep the mobile home on the Lot must submit an application    which application must be approved by Lessor prior to occupancy

**7    LIABILITY OF LESSOR**    All personal property    including the mobile home    placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee    and the Lessor shall in no event be liable for the loss    destruction    theft or removal of or damage to such property unless caused by Lessor's willful negligence    The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others    The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000

7/02/07

WAPLES00000254

8   UTILITIES   Except as otherwise directed to Lessor  the Lessee shall pay to the Lessor  with  ten (10) days after receipt by the Lessee of the Lessor's bill therefore  all charges for w___  sewer and other utilities used upon the Lot  Ch___  for these utilities shall be deemed to be additional rent  Bills for utilities shall be submitted by the Lessor to the Lessee on a monthly or other periodic basis as determined by the Lessor  The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods and such determination shall be conclusive and binding on the Lessee  The Lessor may  by written notice to the Lessee  require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence  the Lessor shall not be liable for any damage  injury or loss whatsoever which might arise or accrue  from his providing  failure to provide  or the failure of utilities  Further  the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9   HOLDING OVER   Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term  the Lessee shall be deemed to be a tenant from month to month  In such event  all terms and conditions of this Lease shall continue in full force and effect  except rent  which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10   MILITARY TRANSFERS   If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot  or is discharged or relieved from active duty with the Armed Forces of the United States  or is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing  together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11   ACTION BY LESSOR UPON DEFAULT   Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited to the rights and remedies provided in VA  Code Ann  Section 55-248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12   LIEN FOR RENT AND OTHER SUMS   The Lessor shall have a lien upon all of the personal property  including the mobile home  of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to  charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove  or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*  as amended  and to employ such other remedies as are authorized by law

13   ATTORNEY S FEE   In the event that Lessor engages counsel as a result of Lessee s breach of this Lease  Lessee agrees to pay Lessor's attorney s fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

14   WAIVING OF ONE BREACH NOT A GENERAL WAIVER.  No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15   SECURITY INTERESTS IN MOBILE HOME   The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows

Name and address of dealer from whom mobile home purchased (if applicable)

Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16   MANUFACTURED HOME LOT RENTAL ACT   The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A  J  DWOSKIN & ASSOCIATES  INC
9302 Lee Highway  Suite 300
Fairfax  Virginia  22031 1214

| WITNESS | | DATE 2/13/12 | BY | | DATE 2-13-12 |
| | | | PROPERTY MANAGER, Sabiha Noorzai | | |
| WITNESS | | DATE 2/9/12 | BY | | DATE 2/9/12 |
| | | | LESSEE (Tenant) Mario Medina | | |
| WITNESS | | DATE 2/9/12 | BY | | DATE 2/9/12 |
| | | | LESSEE (Tenant) Herbert D Saravia-Cruz | | |
| WITNESS | | DATE | BY | | DATE |
| | | | LESSEE (Tenant) | | |

7/02/07

WAPLES00000255

# Pls.' Ex. 31

**MOBILE HOME LEASE AGREEMENT**                    Project Waples Mobile Home Park

**LESSOR AND LESSEE**

This Agreement made this 24th day of January 2014 by and between A J DWOSKIN & ASSOCIATES INC AGENT for Waples Mobile Home Park (Owner) hereinafter called Lessor and Mario Medina and Herbert Saravia-Cruz jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**

That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as Lot 02 11250 Mobile Dr Waples Mobile Home Park Fairfax Virginia ( Lot )

**TERM AND RENT**

The term of this lease shall be for the period of **12 months** commencing on the **1st day of February 2014** fully ending at midnight on the **31st day of January 2015**hereinafter called the Lease Term") for the **total rent of Eight Thousand Six Hundred and Forty Dollars ($8640 00)** payable in equal monthly **Installments of Seven Hundred and Twenty Dollars ($720 00)** at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

1 **LATE CHARGE** If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of **$80 00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason Lessee agrees to pay Lessor in addition to the amount of the check due a service charge of $50 00 representing Lessor s administrative expenses and service charges incurred as a result of Lessee s insufficient check In addition Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check cashier's check or money order

2 **SECURITY DEPOSIT** The Lessee agrees to deposit with Lessor upon delivery of this lease the sum of **$670 00** security for the full and faithful performance by the Lessee of each and every term provision covenant and condition of this lease In the event that the Lessee defaults in respect to any of the terms provisions covenants and conditions of this lease including but not limited to payment of rent additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use apply or retain the whole or any part of the security so deposited for the payment thereof The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor with interest being paid to the Lessee The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease or such other rate required by law provided however that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms provisions covenants and conditions of this lease the security deposit or any balance thereof plus accrued interest if any shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

3 **POSSESSION** The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy nor except as provided herein shall such failure excuse the Lessee s obligation hereunder unless the Lessor's failure to deliver possession is willful in which event Section 55-248 22 of the 1950 *Code of Virginia* as amended shall govern Except in the event of delay by the Lessee the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

4 **RULES AND REGULATIONS** The Lessee shall comply with the rules and regulations governing the Mobile Home Park a copy of said rules and regulations being attached hereto and made a part hereof and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

5 **UNLAWFUL USE DISTURBING NOISES ETC** The Lessee shall not engage in any unlawful or criminal activity including but not limited to drug related criminal activity nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park Drug related criminal activity" shall mean the illegal manufacture sale distribution or use of or possession with the intent to manufacture sell distribute or use a controlled substance

The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights comforts or conveniences of the other tenants

6 **OCCUPANTS** Only those tenants registered at the manager's office may live in the Mobile Home Park This Lease Agreement shall not be sublet or assigned The taking in of roomers or tenants by the Lessee is prohibited Prior to selling the mobile home Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot) Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248 47) however any prospective purchaser who intends to keep the mobile home on the Lot must submit an application which application must be approved by Lessor prior to occupancy

08/17/99

Upon twenty four (24) hours written notice which may be delivered to the mobile home Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home and otherwise evaluating compliance with the terms of this Lease Agreement Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement

7  LIABILITY OF LESSOR  All personal property including the mobile home placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee and the Lessor shall in no event be liable for the loss destruction theft or removal of or damage to such property unless caused by Lessor's willful negligence

The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others
The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000

8  UTILITIES  Lessee will be responsible for payment for all utilities including those set forth in the Utility Addendum for each utility for which Lessee is responsible for payment Lessee will pay related deposits and any charges fees or services on such utilities Lessee must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends Utilities may be used only for normal household purposes and must not be wasted If Lessee s electricity is ever interrupted Lessee must use only battery-operated lighting If any utilities are sub metered for the Premises Lessee must pay such billings promptly If the billing company requests Lessor pay Lessee s bills and Lessor in its sole and absolute discretion pays such bills the amount of such bills will be added to Lessee s rent and such amounts will be treated as additional rent for all purposes including seeking possession of the Lot for nonpayment

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order Unless caused by Lessor's willful negligence the Lessor shall not be liable for any damage injury or loss whatsoever which might arise or accrue from his providing failure to provide or the failure of utilities Further the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9  HOLDING OVER  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term Lessee shall be liable for the payment of rent for two (2) months thereafter Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term the Lessee shall be deemed to be a tenant from month to month In such event all terms and conditions of this Lease shall continue in full force and effect except rent which Lessor may unilaterally adjust to the prevailing monthly fair rental value It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10  MILITARY TRANSFERS  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States or is ordered to report to government-supplied quarters Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein said date to be not less than thirty (30) days after Lessor's receipt of such notice (b) providing together with such written notice of termination a copy of the official orders (c) paying all rent and miscellaneous charges through the effective date of the termination and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term This paragraph shall not be construed to relieve Lessee from any liability for rent for the unexpired portion of the Lease Term

11  ACTION BY LESSOR UPON DEFAULT  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder including but not limited to charges for utilities or should the Lessee violate any one of the agreements terms or conditions of this lease or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term then the Lessor shall have all rights and remedies of a landlord under applicable law including but not limited

to the rights and remedies provided in VA Code Ann Section 55 248 31 and in addition the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession and to remove the mobile home from the Lot and relet the Lot In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12  LIEN FOR RENT AND OTHER SUMS  The Lessor shall have a lien upon all of the personal property including the mobile home of the Lessee moved in and located upon the Lot as and for security for the rent and other sums including but not limited to charges for utilities herein provided to be paid and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved and the Lessee shall not remove or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease and should the Lessee attempt to remove such property the Lessor is hereby empowered to distrain said property pursuant to Section 55 230 of the 1950 *Code of Virginia* as amended and to employ such other remedies as are authorized by law

13  ATTORNEY S FEE  In the event that Lessor engages counsel as a result of Lessee s breach of this Lease Lessee agrees to pay Lessor's attorney's fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained whichever is greater

WAPLES00000248

**14   WAIVING OF ONE BREACH NOT A GENERAL WAIVER**   No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

**15   SECURITY INTERESTS IN MOBILE HOME**   The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows
Name and address of dealer from whom mobile home purchased (if applicable)
Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

**16   MANUFACTURED HOME LOT RENTAL ACT**   The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement   Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A  J  DWOSKIN & ASSOCIATES  INC
3201 Jermantown Road  Suite 700
Fairfax  Virginia  22030 2879

WITNESS _____ DATE_____   BY _____ DATE 1-28 14
PARK MANAGER  Yvette E  Jimenez  Office Assistant

WITNESS _____ DATE_____   BY _____ DATE 1-28-14
LESSEE (Tenant) Mario Medina

WITNESS _____ DATE_____   BY _____ DATE 1-28 14
LESSEE (Tenant) Herbert Saravia Cruz

08/17/99

WAPLES00000249

# Pls.' Ex. 32

# MOBILE HOME LEASE AGREEMENT

Project:Waples Mobile Home Park

## LESSOR AND LESSEE

This Agreement made this 27th day of May, 2014, by and between A. J. DWOSKIN & ASSOCIATES, INC., AGENT for : Waples Mobile Home Park (Owner), hereinafter called Lessor, and Jose Reyes jointly and severally (if applicable) hereinafter called Lessee.

### WITNESSETH:

That in consideration of the representation made in the application filed by the Lessee with the Lessor, the rent herein reserved and the covenants herein contained and by the said Lessee to be performed, the Lessor hereby leases to the Lessee, premises in the State of Virginia known as Lot 02-11219 Mobile Drive, : Waples Mobile Home Park, Fairfax , Virginia ("Lot").

## TERM AND RENT

The term of this lease shall be for the period of 12 months, commencing on the 1st day of June , 2014 fully ending at midnight on the 31st day of May , 2015 hereinafter called the "Lease Term"), for the total rent of Eight Thousand Six Hundred and Forty Dollars ($8640.00), payable in equal monthly installments of Seven Hundred and Twenty Dollars ($720.00) at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing, each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term.

It is further covenanted and agreed between the Lessor and Lessee as follows:

1.  LATE CHARGE. If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due, a late charge of $50.00 shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee's failure to timely pay rent. Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment. In the event Lessee tenders to Lessor a check which is dishonored by the Lessee's bank for any reason, Lessee agrees to pay Lessor, in addition to the amount of the check, due a service charge of $50.00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee's insufficient check. In addition, Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check, cashier's check or money order.

2.  SECURITY DEPOSIT. The Lessee agrees to deposit with Lessor upon delivery of this lease, the sum of $439.00 security for the full and faithful performance by the Lessee of each and every term, provision, covenant and condition of this lease. In the event that the Lessee defaults in respect to any of the terms, provisions, covenants, and conditions of this lease, including but not limited to payment of rent, additional rent or other sums required hereunder (including but not limited to charges for utilities), the Lessor may use, apply or retain the whole or any part of the security so deposited for the payment thereof. The Lessee acknowledges that the security deposit is to be retained by the Lessor, and may be commingled with other funds of the Lessor, with interest being paid to the Lessee. The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease, or such other rate required by law; provided, however, that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof.
In the event that the Lessee shall fully and faithfully comply with all of the terms, provisions, covenants, and conditions of this lease, the security deposit, or any balance thereof, plus accrued interest, if any, shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee's mobile home and surrender of the Lot to the Lessor in good condition.

3.  POSSESSION. The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy, nor, except as provided herein, shall such failure excuse the Lessee's obligation hereunder, unless the Lessor's failure to deliver possession is willful, in which event Section 55-248.22 of the 1950 Code of Virginia, as amended, shall govern. Except in the event of delay by the Lessee, the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee.

4.  RULES AND REGULATIONS. The Lessee shall comply with the rules and regulations governing the Mobile Home Park, a copy of said rules and regulations being attached hereto and made a part hereof, and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park.

5.  UNLAWFUL USE, DISTURBING NOISES, ETC. The Lessee shall not engage in any unlawful or criminal activity, including but not limited to, drug-related criminal activity, nor permit any member of Lessee's household or any guest or other person under Lessee's control to do so, on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park. "Drug-related criminal activity" shall mean the illegal manufacture, sale, distribution, or use of or possession with the intent to manufacture, sell, distribute or use a controlled substance.
The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights, comforts or conveniences of the other tenants.

6.  OCCUPANTS. Only those tenants registered at the manager's office may live in the Mobile Home Park. This Lease Agreement shall not be sublet or assigned. The taking in of roomers or tenants by the Lessee is prohibited. Prior to selling the mobile home, Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot). Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248.47); however, any

08/17/99

sole discretion and may keep the security application and/or application must be approved by Lessor prior to occupancy.

Upon twenty-four (24) hours written notice, which may be delivered to the mobile home, Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of this Lease Agreement. Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement, granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement.

7.  **LIABILITY OF LESSOR.** All personal property, including the mobile home, placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee, and the Lessor shall in no event be liable for the loss, destruction, theft or removal of or damage to such property unless caused by Lessor's willful negligence.

The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others. The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.

8.  **UTILITIES.** Lessee will be responsible for payment for all utilities including those set forth in the Utility Addendum; for each utility for which Lessee is responsible for payment, Lessee will pay related deposits and any charges, fees, or services on such utilities. Lessee must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If Lessee's electricity is ever interrupted, Lessee must use only battery-operated lighting. If any utilities are sub metered for the Premises, Lessee must pay such billings promptly. If the billing company requests Lessor pay Lessee's bills and Lessor, in its sole and absolute discretion, pays such bills, the amount of such bills will be added to Lessee's rent and such amounts will be treated as additional rent for all purposes, including seeking possession of the Lot for nonpayment.

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order. Unless caused by Lessor's willful negligence, the Lessor shall not be liable for any damage, injury or loss whatsoever which might arise, or accrue, from his providing, failure to provide, or the failure of utilities. Further, the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse.

9.  **HOLDING OVER.** Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date. Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term, Lessee shall be liable for the payment of rent for two (2) months thereafter. Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term, the Lessee shall be deemed to be a tenant from month to month. In such event, all terms and conditions of this Lease shall continue in full force and effect, except rent, which Lessor may unilaterally adjust to the prevailing monthly fair rental value. It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination. This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required.

10.  **MILITARY TRANSFERS.** If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty-five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States, or is ordered to report to government-supplied quarters, Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein, said date to be not less than thirty (30) days after Lessor's receipt of such notice, (b) providing, together with such written notice of termination, a copy of the official orders, (c) paying all rent and miscellaneous charges through the effective date of the termination, and (d) paying Lessor the amount of (i) one (1) month's rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month's rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term. This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term.

11.  **ACTION BY LESSOR UPON DEFAULT.** Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder, including but not limited to charges for utilities, or should the Lessee violate any one of the agreements, terms, or conditions of this lease, or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug-related crime during the Lease Term, then the Lessor shall have all rights and remedies of a landlord under applicable law, including but not limited

to the rights and remedies provided in VA. Code Ann. Section 55-248.31 and, in addition, the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession, and to remove the mobile home from the Lot and relet the Lot. In the event that the Lessor moves the Lessee's mobile home from the Lot pursuant to this paragraph, the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home.

12.  **LIEN FOR RENT AND OTHER SUMS.** The Lessor shall have a lien upon all of the personal property, including the mobile home, of the Lessee moved in and located upon the Lot, as and for security for the rent and other sums, including but not limited to, charges for utilities, herein provided to be paid; and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot, to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved; and the Lessee shall not remove, or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease; and should the Lessee attempt to remove such property, the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*, as amended, and to employ such other remedies as are authorized by law.

08/17/99

WAPLES00000434

## UTILITY ADDENDUM

This Utility Addendum ( "Addendum") shall become part of the Mobile Home Lease Agreement (the "Lease") dated the 1st day of June , 2014 by and between **Jose Reyes** ("Owner"), by its agent A.J. Dwoskin & Associates, Inc. (collectively "Lessor")  and **Jose Reyes** (collectively in the singular "Lessee") of 11219 Mobile Drive   Fairfax, VA 22030 ("Lot").

1. **Payment of Utilities and Billing Methods**: Lessee will be responsible for payment of all utilities, including those as set forth below:
   a. **Water/Sewer.**
      i. **Responsible Party:** Charges for this services for the Lot will be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☒ Lessor        ☐ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based on one of the following methods
         ☐ A flat monthly rate of $_____ per month;
         ☐ Lessee's actual use; or
         ☒ Ratio utility billing system (RUBS).
            1. **Occupant Factor:** In calculating Lessee's water/sewer bill, each Lot  will be assigned an Occupant Factor based upon the total number of the occupants for the Lessee's Lot as follows:

| Number of Occupants | Occupant Factor |
|---|---|
| 1 | 1.0 |
| 2 | 1.6 |
| 3 | 1.9 |
| +1 | +0.3 |

            2. **Calculation:** Lessee's water and sewer bill will be calculated based upon the following methodology:
               • First, all applicable water and sewer charges and costs are totaled for the billing period ( "Total Property Utility Cost").
               • Second, a common area deduction in the amount of 5% is applied to the Total Property Utility Cost ("Adjusted Bill"").
               • Third, the Occupant Factor for each Lot is totaled for the billing period ("Total Occupant Factor")
               • Fourth, the Adjusted Bill is divided by the Total Occupant Factor ("Amount per Occupant")
               • Fifth, the Amount per Occupant is multiplied by the Number of Occupants of for Lessee's Lot the product of which becomes Lessee's water and sewer bill for the applicable period.
   b. **Trash.**
      i. **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☐ Lessor       ☒ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.
   c. **Gas.**
      i. **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☐ Lessor       ☒ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.
   d. **Electricity.**
      i. **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☐ Lessor       ☒ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.

2. **Additional Service Charges:** Lessee is also responsible for payment of the following additional service charges:

   a. **Service Fee:**          $_____/Month
   b. **Set-Up Fee:**          $_____/One Time Fee

08/17/99

WAPLES00000435

ATTORNEY'S FEES. In the event Lessor initiates court action as a result of Lessee's breach of this lease, Lessee agrees to pay Lessor's attorney's fees in the amount of $200.00 or 25% of the amount due and owing at the time judgment is obtained, whichever is greater.

14.  **WAIVING OF ONE BREACH NOT A GENERAL WAIVER.**  No waiver of any breach of any covenant, provision, or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof.

15.  **SECURITY INTERESTS IN MOBILE HOME.**  The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows:
Name and address of dealer from whom mobile home purchased (if applicable).
Lessee shall notify Lessor within ten (10) days of any new security interest, change of existing security interest, or settlement of security interest.

16.  **MANUFACTURED HOME LOT RENTAL ACT.**  The terms of the Manufactured Home Lot Rental Act (Title 55, Chapter 13.3, 1950 *Code of Virginia*, as amended) attached hereto, are incorporated by reference into this Lease Agreement. Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act.

A. J. DWOSKIN & ASSOCIATES, INC.
3201 Jermantown Road, Suite 700
Fairfax, Virginia  22030-2879

WITNESS:_____DATE_____  BY:_____DATE 5/28/14

WITNESS:_____DATE_____  BY:_____DATE 5/28/14
PARK MANAGER, Josephine Giambanco

LESSEE (Tenant) Jose Reyes

WITNESS:_____DATE_____  BY:_____DATE_____
LESSEE (Tenant)

08/17/99

WAPLES00000436

In addition, Lessee agrees to pay WB for any Deposit, Insurance, Improvement, damages or any other charges related to its use of utilities at the Community or as charged to the Community. Lessor reserves the right to modify the amount of and or add any additional fees, deposits, assessments or any other utility related charges as authorized under the applicable law.

3.  **Payment.** Charges for usage of all utilities are considered rent as defined by the applicable law. Unless otherwise stated in this Addendum, Lessee must pay all utility charges to the Lessor in the same form and fashion in which Rent is required to be made pursuant to the Lease. Payments for utility charges are due with monthly Rent, by the first day of the following month that the charges are calculated. In the event that Lessee fails to pay any or all portion of utility charges on or before the due date, Lessor may, (i) apply a late fee as defined under the Lease or applicable law; and (ii) in its sole and absolute discretion to apply any portion of Lessee's monthly Rent payment towards the balance owed by Lessee for utility charges and leave Lessee delinquent in monthly Rent and accruing late fees as stated in the Lease and or pursue any rights or remedies Lessor would otherwise be entitled to pursue under the Lease or applicable law for Lessee's failure to pay Rent.

    a.  **Electronic Billing:** Lessee agrees that utility charges may be billed and delivered in an electronic format. Lessee further agrees that Lessor may deliver electronic bills via email, the internet or by any method as determined by Owner. Lessee may opt out of electronic billing and may receive utility bills in paper form.

4.  **Third Party Utility Service Providers & Billing Providers:** Lessee shall be solely responsible for obtaining services for all utilities for the Lot. Lessee must pay any third party utility service provider directly for usage and charges relating to the applicable utility. Payment is due immediately upon issuance. The utility service provider may prepare and deliver utility bills in an electronic format as defined in the above paragraph.

    Lessor reserves the right to select and retain the services of a third-party billing provider of its choosing for any utility used at the Community. The Lessor reserves the right to change any third-party billing service provider at its sole and absolute discretion upon thirty (30) days written notice to the Lessee.

5.  **Placing Utility Account in Name of Lessee.** Lessee shall set up an account in the Lessee's name for each utility for which Lessees responsible for payment through any third party. Lessee shall set up such an account prior to taking possession of the Lot. Lessee shall ensure the account start date corresponds with Lessee' move-in date. Lessee's failure to place the utility account for the Lot in Lessee's name is a material and substantial breach of the Lease and shall entitle the Lessor to exercise all remedies available under the Lease and applicable law. Lessee agrees to pay and indemnify Lessor for any and all utility payments made by Lessor on behalf of the Lessee.

**Miscellaneous.** Lessee acknowledges that Lessor reserves the right upon sixty (60) days written notice to begin billing Lessee for utilities not checked above or to change billing to a new method at the Owner's sole and absolute discretion. In the event of any conflict between the provisions of this Addendum and any provision of the Lease, this Addendum shall control. Lessee must not allow utilities to be disconnected – including disconnection for not paying bills until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If electricity is ever interrupted, Lessee must use only battery-operated lighting

WITNESS:_____DATE_____  BY:_____DATE 5/28/14

WITNESS:_____DATE_____  BY:_____DATE 5/28/14

PARK MANAGER, Josephine Giambanco

LESSEE (Tenant) Jose Reyes

WITNESS:_____DATE_____  BY:_____DATE_____

LESSEE (Tenant)

08/17/99

WAPLES00000437



# A.J. DWOSKIN
## & ASSOCIATES, INC.
### Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Waples Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security.** Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice; and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

WAPLES00000438

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.**  No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management.  The resident(s) will be responsible and liable for the acts of their guests.  Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

**Parking of Mobile Homes.**  If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense.  Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities.  The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home.  Skirting must be installed within 30 days after moving into the Park.  Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.**  Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the windshield.  Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a **$100** fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws; for example, expired State inspection and local stickers and tags.

**Permits Issued.**  A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.**  Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick-up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.**  All rents and water bills are due on or before the 1st of each month.  Rent is considered late after the first of the month.  If rent and/or water is received after the 5th day of the month a late fee of $50.00.  Personal checks for late rent will not be accepted after the 5th of the month.

WAPLES00000439

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or willful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home; awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

WAPLES00000440

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss.

WAPLES00000441

4.  I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

_____    _____
Resident                      Date       Management Representative    Date

_____
Resident                      Date

_____
Resident                      Date

_____
Resident                      Date

_____
Resident                      Date

_____
Resident                      Date

WAPLES00000442

*State Farm*

**State Farm Fire and Casualty Company**

*1500 State Farm Blvd.*
*Charlottesville, VA 22909-0001*

| | |
|---|---|
| AT 1 | G-07- 9B6F-FB6E    T    F |
| 012395  0001 | |

ST.
5104-9000

**RENEWAL CERTIFICATE**

POLICY NUMBER ▨▨▨▨▨▨▨▨

Manufactured Home Policy
JUL 01 2014 to JUL 01 2015    THE POLICY PERIOD BEGINS AND ENDS AT
12:01 A.M. STANDARD TIME AT TH
RESIDENCE PREMISES

BILLED THROUGH SFPP

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A | Dwelling | $20,000 |
| | Dwelling Extension | 2,000 |
| B | Personal Property | 15,000 |
| C | Loss of Use | Actual Loss Sustained |

**Deductibles - Section I**
All Losses                                500

**Section II**

| | | |
|---|---|---|
| L | Personal Liability | $500,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 5,000 |

Location: ▨▨▨▨▨▨▨▨▨▨

SFPP No: 1064858507

Loss Settlement Provisions (See Policy)
B2 Depreciated Loss Settlement - Coverage B

Forms, Options, and Endorsements

| | |
|---|---|
| Manufactured Home Policy | FP-7933.2 |
| Amendatory Endorsement | FE-7299.8 |
| Ordinance or Law Coverage | FE-5296 |
| Mandatory Reporting Endorsement | FE-5801 |
| Manufactured Home Endorsement | * FE-2400 |
| Fire Department Service Charge | * FE-1357 |

Annual Premium                              $276.00

*Effective: JUL 01 2014

Premium Reductions
Stability Discount                          Included

Description: VOGUE        Serial No: NCFLL1AE404127

NOTICE: Information concerning changes in your policy language is included. Please call your agent if
you have any questions.

Please help us update the data used to determine your premium. Contact your agent with the year your
Manufactured Home's roof was last updated, including roof material.

*Thanks for letting us serve you...*

69420    401B    1
N *   ASJ2.88

Agent MICHAEL GARCIA
Telephone (703) 931-9500

REP

*Moving? See your State Farm agent.*
*See reverse for important information.*
Prepared MAY 14 2014

WAPLES00000443

# Pls.' Ex. 33

**MOBILE HOME LEASE AGREEMENT**                    Project  Waples Mobile H     ark

**LESSOR AND LESSEE**
This Agreement made this **28th** day of **March   2012** by and between A  J  DWOSKIN & ASSOCIATES  INC  AGENT for **Waples Mobile Home Park** (Owner)  hereinafter called Lessor  and **Felix A  Bolanos** jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**
That in consideration of the representation made in the application filed by the Lessee with the Lessor  the rent herein reserved and the covenants herein contained and by the said Lessee to be performed  the Lessor hereby leases to the Lessee  premises in the State of Virginia known as **4227 Stackler Drive  Lot         Waples Mobile Home Park  Fairfax  Virginia ( Lot")**

**TERM AND RENT**
The term of this lease shall be for the period of **12 months**  commencing on the **1st** day of **April  2012** fully ending at midnight on the **31st** day of **March   2013** (hereinafter called the  Lease Term") for the total rent of **Eight Thousand and Forty Dollars ($8040 00)** payable in equal monthly installments of **Six Hundred Seventy Dollars ($670 00)** at the manager's office located in the Mobile Home Park  or such other place as the Lessor may designate in writing  each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

**1   LATE CHARGE**  If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due  a late charge of **$50 00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent  Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment  In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason  Lessee agrees to pay Lessor  in addition to the amount of the check  due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check  In addition  Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check  cashier's check or money order

**2   SECURITY DEPOSIT**  The Lessee agrees to deposit with Lessor upon delivery of this lease  the sum of **$670 00** security for the full and faithful performance by the Lessee of each and every term  provision  covenant and condition of this lease  In the event that the Lessee defaults in respect to any of the terms  provisions  covenants  and conditions of this lease  including but not limited to payment of rent  additional rent or other sums required hereunder (including but not limited to charges for utilities)  the Lessor may use  apply or retain the whole or any part of the security so deposited for the payment thereof  The Lessee acknowledges that the security deposit is to be retained by the Lessor  and may be commingled with other funds of the Lessor  with interest being paid to the Lessee  The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease  or such other rate required by law  provided  however  that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms  provisions  covenants  and conditions of this lease  the security deposit  or any balance thereof  plus accrued interest if any  shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

**3   POSSESSION**  The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy  nor  except as provided herein  shall such failure excuse the Lessee s obligation hereunder  unless the Lessor's failure to deliver possession is willful  In which event Section 55-248 22 of the 1950 Code of Virginia  as amended  shall govern  Except in the event of delay by the Lessee  the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

**4   RULES AND REGULATIONS**  The Lessee shall comply with the rules and regulations governing the Mobile Home Park  a copy of said rules and regulations being attached  hereto and made a part hereof  and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

**5   UNLAWFUL USE  DISTURBING NOISES  ETC**  The Lessee shall not engage in any unlawful or criminal activity  including but not limited to drug related criminal activity  nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so  on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park  Drug related criminal activity" shall mean the illegal manufacture  sale  distribution  or use of  or possession with the intent to manufacture  sell  distribute or use a controlled substance  The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights  comforts or conveniences of the other tenants

**6   OCCUPANTS**  Only those tenants registered at the manager's office may live in the Mobile Home Park  This Lease Agreement shall not be sublet or assigned  The taking in of roomers or tenants by the Lessee is prohibited  Prior to selling the mobile home  Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot)  Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248 47)  however  any prospective purchaser who intends to keep the mobile home on the Lot must submit an application  which application must be approved by Lessor prior to occupancy

**7   LIABILITY OF LESSOR**  All personal property  including the mobile home  placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee  and the Lessor shall in no event be liable for the loss  destruction  theft or removal of or damage to such property unless caused by Lessor's willful negligence  The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others  The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000



**EXHIBIT**
R. Rivas 2
11/1/16
Planet Depos, LLC

WAPLES00000082

**8  UTILITIES**  Except as otherwise directed ~~by~~ the Lessor the Lessee shall pay to the Lessor within ten (10) days after receipt by the Lessee of the Lessor's bill therefore all charges for ~~water~~ sewer and other utilities used upon the Lot  Charges for these utilities shall be deemed to be additional rent  Bills for utilities shall be submitted by the Lessor to the Lessee on a monthly or other periodic basis as determined by the Lessor  The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods and such determination shall be conclusive and binding on the Lessee  The Lessor may by written notice to the Lessee  require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence  the Lessor shall not be liable for any damage  injury or loss whatsoever which might arise or accrue  from his providing  failure to provide  or the failure of utilities  Further  the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

**9  HOLDING OVER.**  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises at the end of the Lease Term  the Lessee shall be deemed to be a tenant from month to month  In such event  all terms and conditions of this Lease shall continue in full force and effect  except rent  which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

**10  MILITARY TRANSFERS**  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States or is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing  together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

**11  ACTION BY LESSOR UPON DEFAULT**  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited to the rights and remedies provided in VA  Code Ann  Section 55-248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

**12  LIEN FOR RENT AND OTHER SUMS**  The Lessor shall have a lien upon all of the personal property  including the mobile home  of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to  charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*  as amended  and to employ such other remedies as are authorized by law

**13  ATTORNEY S FEE**  In the event that Lessor engages counsel as a result of Lessee s breach of this Lease  Lessee agrees to pay Lessor's attorney's fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

**14  WAIVING OF ONE BREACH NOT A GENERAL WAIVER.**  No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

**15  SECURITY INTERESTS IN MOBILE HOME**  The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows

    Name and address of dealer from whom mobile home purchased (if applicable)

    Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

**16  MANUFACTURED HOME LOT RENTAL ACT**  The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A. J. DWOSKIN & ASSOCIATES  INC
8302 Lee Highway  Suite 300
Fairfax  Virginia  22031 1214

WITNESS _____ DATE 3/28/12  BY _____ DATE 3/30/12
                                                    PROPERTY MANAGER  Sabiha Noorzai

WITNESS _____ DATE 3/28/12  BY _____ DATE 3-28-12
                                                      LESSEE (Tenant) Felix A. Bolanos

WITNESS _____ DATE_____  BY _____ DATE_____
                                                      LESSEE (Tenant)

WITNESS _____ DATE_____  BY _____ DATE_____
                                                      LESSEE (Tenant)

7/02/07

WAPLES00000083

# Pls.' Ex. 34

**MOBILE HOME LEASE AGREEMENT**                   PageL01Waples Mobile H  Park

**LESSOR AND LESSEE**

This Agreement made this 7th day of May  2013  by and between A  J  DWOSKIN & ASSOCIATES  INC  AGENT for Waples Mobile Home Park (Owner)  hereinafter called Lessor  and Felix A  Bolanos  jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**

That in consideration of the representation made in the application filed by the Lessee with the Lessor  the rent herein reserved and the covenants herein contained and by the said Lessee to be performed  the Lessor hereby leases to the Lessee  premises in the State of Virginia known as Lot 4227 Stackler Drive   Waples Mobile Home Park  Fairfax  Virginia ( Lot )

**TERM AND RENT**

The term of this lease shall be for the period of 12 months  commencing on the 1st day of April  2013 fully ending at midnight on the 31st day of March  2014hereinafter called the  Lease Term ) for the total rent of Eight Thousand Three Hundred Forty Dollars ($8340 00) payable in equal monthly installments of Six Hundred Ninety Five Dollars ($695 00) at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing  each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

1  **LATE CHARGE**  If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due  a late charge of $50 00 shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent   Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment  In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason  Lessee agrees to pay Lessor  in addition to the amount of the check  due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check  In addition  Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check  cashier's check or money order

2  **SECURITY DEPOSIT**  The Lessee agrees to deposit with Lessor upon delivery of this lease  the sum of $670 00  security for the full and faithful performance by the Lessee of each and every term  provision  covenant and condition of this lease  In the event that the Lessee defaults in respect to any of the terms  provisions  covenants and conditions of this lease  including but not limited to payment of rent  additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use  apply or retain the whole or any part of the security so deposited for the payment thereof  The Lessee acknowledges that the security deposit is to be retained by the Lessor  and may be commingled with other funds of the Lessor with interest being paid to the Lessee  The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the  term of this Lease  or such other rate required by law  provided  however  that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms  provisions  covenants and conditions of this lease  the security deposit  or any balance thereof plus accrued interest  if any  shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

3  **POSSESSION**  The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy  nor  except as provided herein  shall such failure excuse the Lessee s obligation hereunder unless the Lessor's failure to deliver possession is willful in which event Section 55-248 22 of the 1950 *Code of Virginia* as amended  shall govern  Except in the event of delay by the Lessee  the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

4  **RULES AND REGULATIONS**  The Lessee shall comply with the rules and regulations governing the Mobile Home Park  a copy of said rules and regulations being attached  hereto and made a part hereof  and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

5  **UNLAWFUL USE  DISTURBING NOISES  ETC**  The Lessee shall not engage in any unlawful or criminal activity  including but not limited to drug related criminal activity  nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so  on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park   Drug related criminal activity" shall mean the illegal manufacture  sale  distribution  or use of or possession with the intent to manufacture  sell  distribute or use a controlled substance

The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights  comforts or conveniences of the other tenants

6  **OCCUPANTS**  Only those tenants registered at the manager's office may live in the Mobile Home Park  This Lease Agreement shall not be sublet or assigned  The taking in of roomers or tenants by the Lessee is prohibited   Prior to selling the mobile home  Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot) Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248 47)  however  any prospective purchaser who intends to keep the mobile home on the Lot must submit an application  which application must be approved by Lessor prior to occupancy

Upon twenty four (24) hours written notice  which may be delivered to the mobile home  Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home  and otherwise evaluating compliance with the terms of this Lease Agreement  Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement  granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement

7  **LIABILITY OF LESSOR**  All personal property  including the mobile home  placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee  and the Lessor shall in no event be liable for the loss  destruction  theft or removal of or damage to such property unless caused by Lessor's willful negligence

08/17/99

EXHIBIT
R. Rivas  4
11.1.16
Planet Depos, LLC

WAPLES00000080

The Lessee agrees to keep the [illegible] mobile [illegible] free of any conditions that m[illegible] [illegible] represent a hazard to others
The Lessee also agrees to c[illegible] an insurance policy including liability and prope[illegible] amage coverage with a combined single occurrence liability limit of not less than $[illegible]

8    UTILITIES    Except as otherwise directed by the Lessor  the Lessee shall pay to the Lessor  within ten (10) days after receipt by the Lessee of the Lessor's bill therefor  all charges for water  sewer  and other utilities used upon the Lot  Charges for these utilities shall be deemed to be additional rent  Bills for utilities shall be submitted by the Lessor to the Lessee on a monthly or other periodic basis as determined by the Lessor  The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods and such determination shall be conclusive and binding on the Lessee  The Lessor may  by written notice to the Lessee  require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence  the Lessor shall not be liable for any damage  injury or loss whatsoever which might arise  or accrue  from his providing  failure to provide  or the failure of utilities  Further  the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9    HOLDING OVER    Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term  the Lessee shall be deemed to be a tenant from month to month  In such event  all terms and conditions of this Lease shall continue in full force and effect  except rent  which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10    MILITARY TRANSFERS    If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States  is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing  together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11    ACTION BY LESSOR UPON DEFAULT    Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited to the rights and remedies provided in VA  Code Ann  Section 55-248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12    LIEN FOR RENT AND OTHER SUMS    The Lessor shall have a lien upon all of the personal property  including the mobile home  of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to  charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove  or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 Code of Virginia  as amended  and to employ such other remedies as are authorized by law

13    ATTORNEY S FEE    In the event that Lessor engages counsel as a result of Lessee s breach of this Lease  Lessee agrees to pay Lessor's attorney s fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

14    WAIVING OF ONE BREACH NOT A GENERAL WAIVER    No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15    SECURITY INTERESTS IN MOBILE HOME    The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows
Name and address of dealer from whom mobile home purchased (if applicable)
Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16    MANUFACTURED HOME LOT RENTAL ACT    The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 Code of Virginia  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A J DWOSKIN & ASSOCIATES  INC
3201 Jermantown Road  Suite 700
Fairfax  Virginia 22030 2879

WITNESS _____ DATE _____    BY _____ DATE 5 7 B
                                          PARK MANAGER
WITNESS _____ DATE _____    BY _____ DATE _____
                                          LESSEE (Tenant) Felix A  Bolanos
WITNESS _____ DATE _____    BY _____ DATE 5 - 7 13
                                          LESSEE (Tenant)

08/17/99

WAPLES00000081

# Pls.' Ex. 35

**MOBILE HOME LEASE AGREEMENT**          Project Waples Mobile Home Park

**LESSOR AND LESSEE**

This Agreement made this **25th** day of **March** **2014** by and between A J DWOSKIN & ASSOCIATES INC AGENT for **Waples Mobile Home Park (Owner)** hereinafter called Lessor and **Felix Bolanos** jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**

That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as Lot **04-4227 Stackler** **Waples Mobile Home Park Fairfax Virginia ("Lot")**

**TERM AND RENT**

The term of this lease shall be for the period of **12** months commencing on the **1st** day of **April** **2014** fully ending at midnight on the **31st** day of **March** **2015** hereinafter called the Lease Term") for the total rent of **Eight Thousand Six Hundred and Forty** Dollars (**$8640 00**) payable in equal monthly installments of **Seven Hundred and Twenty** Dollars (**$720 00**) at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

1  **LATE CHARGE**  If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of **$50 00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason Lessee agrees to pay Lessor in addition to the amount of the check due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check In addition Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check cashier's check or money order

2  **SECURITY DEPOSIT**  The Lessee agrees to deposit with Lessor upon delivery of this lease the sum of **$670 00** security for the full and faithful performance by the Lessee of each and every term provision covenant and condition of this lease In the event that the Lessee defaults in respect to any of the terms provisions covenants and conditions of this lease including but not limited to payment of rent additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use apply or retain the whole or any part of the security so deposited for the payment thereof The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor with interest being paid to the Lessee The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease or such other rate required by law provided however that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof
In the event that the Lessee shall fully and faithfully comply with all of the terms provisions covenants and conditions of this lease the security deposit or any balance thereof plus accrued interest if any shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

3  **POSSESSION**  The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy nor except as provided herein shall such failure excuse the Lessee s obligation hereunder unless the Lessor's failure to deliver possession is willful in which event Section 55-248 22 of the 1950 *Code of Virginia* as amended shall govern Except in the event of delay by the Lessee the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

4  **RULES AND REGULATIONS**  The Lessee shall comply with the rules and regulations governing the Mobile Home Park a copy of said rules and regulations being attached hereto and made a part hereof and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

5  **UNLAWFUL USE DISTURBING NOISES ETC**  The Lessee shall not engage in any unlawful or criminal activity including but not limited to drug related criminal activity nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park Drug related criminal activity" shall mean the illegal manufacture sale distribution or use of or possession with the intent to manufacture sell distribute or use a controlled substance
The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights comforts or conveniences of the other tenants

6  **OCCUPANTS**  Only those tenants registered at the manager's office may live in the Mobile Home Park This Lease Agreement shall not be sublet or assigned The taking in of roomers or tenants by the Lessee is prohibited Prior to selling the mobile home Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot) Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248 47) however any

WAPLES00000077

prospective purchaser who intends to keep the mobile home on the Lot must submit an application which application must be approved by Lessor prior to occupancy

Upon twenty four (24) hours written notice which may be delivered to the mobile home Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home and otherwise evaluating compliance with the terms of this Lease Agreement Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement

7  LIABILITY OF LESSOR.  All personal property including the mobile home placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee and the Lessor shall in no event be liable for the loss destruction theft or removal of or damage to such property unless caused by Lessor's willful negligence

The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others
The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000

8  UTILITIES  Lessee will be responsible for payment for all utilities including those set forth in the Utility Addendum for each utility for which Lessee is responsible for payment  Lessee will pay related deposits and any charges fees or services on such utilities Lessee must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends  Utilities may be used only for normal household purposes and must not be wasted   If Lessee s electricity is ever interrupted  Lessee must use only battery-operated lighting  If any utilities are sub metered for the Premises  Lessee must pay such billings promptly  If the billing company requests Lessor pay Lessee s bills and Lessor  in its sole and absolute discretion  pays such bills  the amount of such bills will be added to Lessee s rent and such amounts will be treated as additional rent for all purposes including seeking possession of the Lot for nonpayment

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence the Lessor shall not be liable for any damage injury or loss whatsoever which might arise or accrue from his providing failure to provide or the failure of utilities  Further the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9  HOLDING OVER.  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession after the end of the Lease Term the Lessee shall be deemed to be a tenant from month to month  In such event all terms and conditions of this Lease shall continue in full force and effect except rent which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10  MILITARY TRANSFERS  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States  or is ordered to report to government-supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11  ACTION BY LESSOR UPON DEFAULT  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited

to the rights and remedies provided in VA  Code Ann  Section 55-248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12  LIEN FOR RENT AND OTHER SUMS  The Lessor shall have a lien upon all of the personal property  including the mobile home of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to  charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove  or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*  as amended  and to employ such other remedies as are authorized by law

08/17/99

WAPLES00000078

13  ATTORNEY S FEE  In the      that Lessor engages counsel as a result of Lesse    reach of this Lease  Lessee agrees to pay Lessor's attorney's fees in the    nt of $200 00 or 25% of all rent due and owing    time judgment is obtained  whichever is greater

14  **WAIVING OF ONE BREACH NOT A GENERAL WAIVER**  No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15  **SECURITY INTERESTS IN MOBILE HOME**  The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows
Name and address of dealer from whom mobile home purchased (if applicable)
Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16  **MANUFACTURED HOME LOT RENTAL ACT**  The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A. J  DWOSKIN & ASSOCIATES  INC
3201 Jermantown Road  Suite 700
Fairfax  Virginia  22030 2879

WITNESS _____ DATE_____  BY _____ DATE 3-25.14
                                                PARK MANAGER  Yvette E  Jimenez  Office Assistant

WITNESS _____ DATE_____  BY _____ DATE B-25-14
                                                LESSEE (Tenant)  Felix Bolanos

WITNESS _____ DATE_____  BY _____ DATE_____
                                                LESSEE (Tenant)

08/17/99

# Pls.' Ex. 36



# A.J. DWOSKIN
## & ASSOCIATES INC
### Real Estate Development & Management

**Lease Addendum**
**Park Policies Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease  A J Dwoskin & Associates (hereinafter referred to as Manager ) is acting pursuant to express written authority by the Owner of Waples Mobile Homes Park

Residents and all occupants  including children  adults and guests  must comply with all policies regarding use of the Park

**Security**  Manager and Owner and their respective employees and agents (hereinafter referred to as  Affiliates ) do not provide  guarantee  or warrant security  Each resident has the responsibility to protect him/herself  spouse  children or guests   Manager and Affiliates do not represent the Park is safe from criminal activities by third parties   Neighborhood Crime Watch  signs  if any  do not imply safety or security   Resident(s) should call 911 if a crime occurs or is suspected

The existence of any perceived security devices such as cameras  or other systems are not a guarantee of your personal safety or security  and they are not a guarantee against criminal activity  No representation is being made that they will be effective to prevent injury  theft or vandalism  Manager s representatives cannot physically be every place at every moment of the day or night  Manager assumes no duties of security  Manager reserves the right to cancel or reduce any security related mechanism without notice   Any mechanical/electronic  devices must not be relied upon by resident(s) as working all the time   There will invariably be breakdowns of anything mechanical or electronic in nature  and criminals can circumvent almost any systems designed to deter crime   Under all circumstances  residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible

Manager reserves the right to reduce  modify or eliminate any security system  security devices or service (other than those statutorily required) at any time and without notice  and such action shall not be a breach of any obligation or warranty on the part of the Manager

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property  Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident s front door

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information

**Ice**  Manager has no duty to remove ice  sleet  or snow from any areas within the Park  Resident is responsible for removing snow and ice on or around his vehicle and mobile homes  and understands that snow will likely return around the vehicle following parking lot plowing

**Construction**  Your Park may be under construction   You need to observe all warning signs and stay out of the construction areas   Construction crews work throughout the days during the week and on weekends in order to complete construction  Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident  occupants and guests  Any blockades need to be observed and are in place for your benefit

**Maintenance** Emergency maintenance service is provided 24 hours a day by calling the Park Maintenance Hotline phone number  Qualified maintenance personnel are on duty to handle most problems that may arise  A maintenance emergency consists of

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water



WAPLES00000086

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests**   No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management  The resident(s) will be responsible and liable for the acts of their guests  Acts of guests in violation of the Lease or these Rules and Regulations  may be deemed by Management to be a breach by resident(s)

**Parking of Mobile Homes**   If additional electrical service is required  it must be installed at the homeowner or dealer s expense

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer s expense   Tie downs are also required and must be place in accordance with the manufacturer s standards and with State and/or County codes

It is the homeowner s responsibility to obtain or make arrangements to obtain all permits required by government authorities   The homeowner may not reside in the mobile home until all installation requirements are met  Management reserves the right to copy all permits and/or approvals for retention in the homeowner s file

Lots will be used only for the parking of a mobile home approved by the Management

Manufactured skirting is required on every mobile home   Skirting must be installed within 30 days after moving into the Park   Skirting, lattice or decorative blocks approved by Management, prior to installation  must also be installed around the base of any outside deck and/or steps

One set of manufactured steps are required at the front and the back door of each mobile home

**Parking of Vehicles**   Parking shall be permitted only in those areas or spaces designated by the Management  Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park

Any unauthorized or improperly parked vehicles  inoperable  unlicensed  without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner s expense and risk

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the windshield  Hanging passes must be displayed on the rear view mirror

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles  If a vehicle is parked on the premises without an approved parking permit  or if the permit is displayed improperly  it will be towed at the vehicle owner s risk and expense

If a Resident purchases a new vehicle  the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle

If a sticker is lost or not returned to the Leasing Office upon Move Out, a $100 fee per sticker will be charged

All vehicles must have current State Tags  County Stickers and Inspection Stickers  Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws  for example  expired State inspection and local stickers and tags

**Permits Issued**   A copy of a valid driver s license and a vehicle registration  under the leaseholder s name  is required for each permit issued  Upon move out or if the vehicle is sold  the sticker/permit must be returned to the Leasing Office or a fee will be incurred

**Types of Vehicle Allowed**   Recreational vehicles  commercial vehicles  travel trailers  boats over 16 foot, buses  panel vans  wreckers  dump trucks  state body or flat bed trucks and all other vehicles larger than pick–up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park  The storage of equipment  and/or the placement of commercial signs or advertisement are not permitted  Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations

**Rental Payments**   All rents and water bills are due on or before the 1st of each month   Rent is considered late after the first of the month   If rent and/or water is received after the 5th day of the month a late fee of $50 00  Personal checks for late rent will not be accepted after the 5th of the month

WAPLES00000087

In the event a check is returned for insufficient funds a bad check service charge of $50 00 will be assessed against the Lessee Returned checks must be covered by cashier s check money order or certified check After one returned check residents must pay by either cashier s check, money order or certified check After six (6) months we will consider reinstatement of personal check privileges We do not re deposit returned checks We will not be responsible for postdated checks

**Disturbance and Noises** Loud noises and other disturbing acts, in or around the mobile home mobile home lot or common areas that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times Resident(s) should call the Park Office during business hours when a disturbance from other resident(s) or their guest(s) is occurring Resident(s) will be asked to file a <u>written complaint</u> with Management

**Supervision of Children** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations Children must play in their own lots or the playground (Park specific) An adult must supervise children <u>at all times</u> Bicycle riding scooter riding roller blading or skateboarding is not permitted on the Park s streets Loitering or playing on the Park s streets is prohibited

**Insurance** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of or rate of insurance or cause cancellation of any insurance policy covering the Park Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000 00

**Lot Maintenance / Usage** Mobile home lot must be kept neat and clean Outside storage of boxes bottles can tools appliances and other unsightly debris is not permitted Fireplace wood can be stored if piled neatly to the rear of the lot Mobile home lot must be mowed on a regular basis Neglected yards will be mowed and/or cleaned at the resident s expense 10 days after written notice has been served

Vehicle parking areas are considered a part of your lot and must be kept clean

Resident(s) must consult Management prior to planting or doing any excavation All planting becomes the property of the Park

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home

Major vehicle repair or oil changes are not permitted in the Park

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months Any damage to water lines or meter assembly will be billed to resident

**Lot Inspection / Maintenance** All mobile home lots remain under the direct control of Management Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters inspecting, maintaining or making repairs alterations or additions to any portion of the lot

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size style design exterior number address maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement If a home or lot does not conform the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days If the resident(s) does not conform within the required period they would be subject to fines legal action and possible eviction

Management reserves the right to access and enter the mobile homes of its residents upon a twenty four (24) hours written notice for the purpose of determining the number of residents in the mobile home and otherwise evaluating compliance with the terms of the Lease Agreement (See Lease Agreement Paragraph 6)

Except for loss or damages caused by Landlord s gross negligence or willful misconduct the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home

All resident(s) must show proof of property and liability insurance coverage for their mobile home Resident(s) will be required to show Management an updated certificate of insurance each year

**Soliciting** Solicitors canvassers vendors and peddlers etc are not permitted in the Park

WAPLES00000088

**Pets**  Pets are not permitted on the premises until approved by management  A pet agreement must be executed and all applicable deposits and fees paid  Pets must be on a leash at all times when outdoors  Residents are to clean up after their pets  There will be a $25 00 charge per incident to those who do no clean up after their pet(s)  Pet privilege will be immediately revoked for non compliance  Exotic animals and some dog breeds are restricted  No more than two (2) pets are permitted and each pet must weight no more than one hundred (100) pounds at maturity  Monthly pet rent is $20/per pet

No Rottweilers  Pit Bulls  Malamutes  St Bernards  Great Danes  Akitas  American Bulldog Staffordshire Terriers  Canary Dogs  Doberman Pinschers  Chow Chows (including mix with restricted breeds) or exotic animals (Tarantulas Piranhas, Reptiles – snakes iguanas  Ferrets  Skunks  Raccoons  Squirrels  Rabbits  Birds – parrots  cockatiels macaws) will be permitted

**Speed Limit.**  Our roadways must accommodate vehicles and pedestrian traffic  10 M P H  and/or 15 M P H  speed limits (Park specific) have been posted  Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park  Resident(s) will be held responsible for strict observance of the posted limits  not only for themselves  but also for their family members and guests

**Fireworks**  Fireworks are strictly prohibited in the Mobile Home Park

**General use of the Lot**  Lots will be used only for the parking of a mobile home approved by the Management

No improvements to your mobile home or lot, including and not limited to the decks  awnings  carports  storage sheds and fencing will be allowed without prior written permission from the Management  Storage sheds  awnings and skirting must be of a manufactured rust resistant variety and be approved by the Management in writing prior to installation  Storage sheds must be of manufactured type  not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors  Only one storage shed per lot is permitted  Fencing shall not exceed four (4) feet in height and must be approved by Management prior to installation

The only type of clothesline that will be permitted is the umbrella type  to be placed at the rear of the mobile home lot

Children s pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth

**Mail Services**  Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service

The Park Office will not accept any UPS  Federal Express or special deliveries

**Zero Tolerance**  Any arrestable offense will not be tolerated  Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated  Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated  Criminal sexual behavior and public sexual acts will not be tolerated  Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated  Illegal drug use or the possession of illegal drugs will not be tolerated  Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire  explosion or other emergency will not be tolerated  Disposing of trash anywhere other than designated areas will not be tolerated  Inappropriate behavior including but not limited to fighting, playing on fencing  graffiti  destruction of property  or other use of Park property for other than designed use will not be tolerated  Open containers of alcohol are illegal  In the opinion of the Manager  any activity of a suspicious nature on the part of the resident  or any of the employees  guests or family members of the resident in the leased premises  or any areas adjoining the premises  shall be cause for immediate termination of the lease

Zero tolerance offenses constitute a non remediable act  We may terminate the Lease Contract immediately by written notice to you

**Sale of Mobile Home**  Resident(s) may sell their mobile home to whomever they choose  If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions

- The seller(s) must be current in rent and water payments
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home  awnings and storage buildings/sheds must be in good repair  All mobile homes must have hitches tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park

WAPLES00000089

After permission is granted the following policies apply

- The owner(s) may sell their own mobile home or employ a dealer broker or agent they choose to sell their mobile home  Park employees will not assist resident(s) in selling mobile homes
- The Management must approve all signs advertising the sale of a mobile home  Signs are to be placed in the street side window of the home
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home  The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal**  Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term

Management will supervise the moving of your mobile home  in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home  However the removal of the mobile home is at the cost and risk of the resident(s)  Any damages to utilities services trees shrubbery and lot will be the sole responsibility of the resident(s)

The lot must be left clean  If the lot is not left in good condition charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s)

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident  A forwarding address must be submitted in writing to the Park Office prior to vacating the lot

**Liability**  The Management is not responsible for fire theft or damage to any mobile home  vehicle or other personal property belonging to resident(s) or occupant(s) living therein  nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park

**Waiver**  A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have  and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies

**Interpretation of Policies**  The Manager s interpretation of these rules and regulations  and the Manager s decision based on them  shall be final and conclusive  All policies will be strictly enforced

**Modification of Policies**  The Manager may  from time to time  amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices

ACKNOWLEDGEMENT  CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached  the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following

1    The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings  I have received no representations or warranties  either expressed or implied regarding safety  security or security systems  Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided  promised or guaranteed  I understand that security is the responsibility of myself and the local law enforcement agency

2    I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage  costs  loss of personal property  or injury to persons as a result of  or arising out of or incidental to the installation operation  non operation  repair or replacement of security devices  whether or not caused by the negligent act or omission of the Manager or Owner of this property

3    I understand that providing insurance on my personal property is my responsibility  Manager has not stated or implied to me that it will provide insurance or any coverage for any loss

WAPLES00000090

4   I agree to assume full and complete responsibility for all risks and hazards attributable to connected with or in any
    way related to any construction now or hereafter occurring on the property

_____     _____        _____     _____
Resident                  Date                    Management Representative  Date

_____     _____
Resident                  Date

_____     _____
Resident                  Date

_____     _____
Resident                  Date

_____     _____
Resident                  Date

_____     _____
Resident                  Date

WAPLES00000091

# Pls.' Ex. 37

# Pls.' Ex. 38

**MOBILE HOME LEASE AGREEME ᵀ**      **Project Waples Mobile Hoi ᵀ ᵀ ark**

**LESSOR AND LESSEE**
This Agreement made this **1ˢᵗ** day of **February 2012** by and between A J DWOSKIN & ASSOCIATES INC AGENT for **Waples Mobile Home Park** (Owner) heremafter called Lessor and **Esteban R Moya** jointly and severally (if applicable) heremafter called Lessee

**WITNESSETH**
That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as **11259 Mobile Drive Lot**      **Waples Mobile Home Park Fairfax Virginia ( Lot )**

**TERM AND RENT**
The term of this lease shall be for the period of **12 months** commencing on the **1st day of February 2012** fully ending at midnight on the **31st day of January 2013** (heremafter called the Lease Term ) for the **total rent of Eight thousand and forty Dollars ($8040 00)** payable in equal monthly installments of **six hundred seventy Dollars ($670 00)** at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

**1  LATE CHARGE**  If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of **$50 00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent  Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment  In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason  Lessee agrees to pay Lessor  In addition to the amount of the check due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check  In addition  Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check  cashier's check or money order

**2  SECURITY DEPOSIT**  The Lessee agrees to deposit with Lessor upon delivery of this lease  the sum of **$645 00** security for the full and faithful performance by the Lessee of each and every term  provision  covenant and condition of this lease  In the event that the Lessee defaults in respect to any of the terms  provisions  covenants  and conditions of this lease  including but not limited to payment of rent  additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use  apply or retain the whole or any part of the security so deposited for the payment thereof  The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor  with interest being paid to the Lessee  The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease  or such other rate required by law  provided  however  that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms  provisions  covenants  and conditions of this lease  the security deposit or any balance thereof  plus accrued interest  if any  shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

**3  POSSESSION**  The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy  nor  except as provided herein  shall such failure excuse the Lessee s obligation hereunder  unless the Lessor's failure to deliver possession is willful  In which event Section 55-248 22 of the 1950 *Code of Virginia* as amended  shall govern  Except in the event of delay by the Lessee  the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

**4  RULES AND REGULATIONS**  The Lessee shall comply with the rules and regulations governing the Mobile Home Park  a copy of said rules and regulations being attached  hereto and made a part hereof  and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

**5  UNLAWFUL USE DISTURBING NOISES ETC**  The Lessee shall not engage in any unlawful or criminal activity  including but not limited to drug related criminal activity  nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so  on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park  Drug related criminal activity* shall mean the illegal manufacture  sale  distribution  or use of or possession with the intent to manufacture  sell  distribute or use a controlled substance  The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights comforts or conveniences of the other tenants

**6  OCCUPANTS**  Only those tenants registered at the manager's office may live in the Mobile Home Park  This Lease Agreement shall not be sublet or assigned  The taking in of roomers or tenants by the Lessee is prohibited  Prior to selling the mobile home  Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot)  Lessor shall not unreasonably restrict the sale of the mobile home (see 55 248 47)  however  any prospective purchaser who intends to keep the mobile home on the Lot must submit an application  which application must be approved by Lessor prior to occupancy

**7  LIABILITY OF LESSOR**  All personal property  including the mobile home  placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee  and the Lessor shall in no event be liable for the loss  destruction  theft or removal of or damage to such property unless caused by Lessor's willful negligence  The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others  The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000



WAPLES00000918

8  UTILITIES  Except as otherwise directed by the Lessor  The Lessee shall pay to the Lessor  within ten (10) days after receipt by the Lessee of the Lessor's bill therefore  all charges for         r sewer  and other utilities used upon the Lot          es for these utilities shall be deemed to be additional rent  Bills for utilities shall be s          lted by the Lessor to the Lessee on a monthly or          periodic basis as determined by the Lessor  The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods  and such determination shall be conclusive and binding on the Lessee  The Lessor may  by written notice to the Lessee  require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence  the Lessor shall not be liable for any damage  injury or loss whatsoever which might arise  or accrue  from his providing  failure to provide  or the failure of utilities  Further  the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9  HOLDING OVER  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term  the Lessee shall be deemed to be a tenant from month to month  In such event  all terms of the Lease shall continue in full force and effect  except rent  which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10  MILITARY TRANSFERS  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States  or is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing  together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term  or (ii) one-half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11  ACTION BY LESSOR UPON DEFAULT  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited to the rights and remedies provided in VA  Code Ann  Section 55 248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12  LIEN FOR RENT AND OTHER SUMS  The Lessor shall have a lien upon all of the personal property  including the mobile home  of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove  or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 Code of Virginia  as amended  and to employ such other remedies as are authorized by law

13  ATTORNEY'S FEE  In the event that Lessor engages counsel as a result of Lessee s breach of this Lease  Lessee agrees to pay Lessor's attorney's fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

14  WAIVING OF ONE BREACH NOT A GENERAL WAIVER  No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15  SECURITY INTERESTS IN MOBILE HOME  The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows

Name and address of dealer from whom mobile home purchased (if applicable)

Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16  MANUFACTURED HOME LOT RENTAL ACT  The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 Code of Virginia  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A J DWOSKIN & ASSOCIATES INC
9312 Lee Highway  Suite 300
Fairfax  Virginia 22031 1214

WITNESS _Vauna Holguera_ DATE _2/1/12_ BY _Sabiha Noorzai_ DATE _2-1-12_
PROPERTY MANAGER  Sabiha Noorzai

WITNESS _Sabiha Noorzai_ DATE _2-1-12_ BY _Esteban R Moya_ DATE _2-1-2012_
LESSEE (Tenant)  Esteban R Moya

WITNESS _____ DATE _____ BY _____ DATE _____
LESSEE (Tenant)

WITNESS _____ DATE _____ BY _____ DATE _____
LESSEE (Tenant)

7/02/07

WAPLES00000919

# Pls.' Ex. 39

## MOBILE HOME LEASE AGREEMENT                    Project Waples Mobile Home Park

**LESSOR AND LESSEE**

This Agreement made this **16**<sup>th</sup> day of **January** 2013 by and between A J DWOSKIN & ASSOCIATES INC AGENT for **Waples Mobile Home Park** (Owner) hereinafter called Lessor and **Esteban Moya** jointly and severally (if applicable) hereinafter called Lessee
**WITNESSETH**

That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as Lot 02 11259 Mobile Dr Waples Mobile Home Park Manassas Virginia ( Lot )

**TERM AND RENT**

The term of this lease shall be for the period of **12 months** commencing on the **1**<sup>st</sup> **day of February** 2014 fully ending at midnight on the **31**<sup>st</sup> **day of January** 2015 hereinafter called the Lease Term ) for the total rent of **Eight Thousand Six Hundred and Forty Dollars ($8640 00)** payable in equal monthly **installments of Seven Hundred and Twenty Dollars ($720 00)** at the manager s office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

1 **LATE CHARGE** If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of $50 00 shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason Lessee agrees to pay Lessor in addition to the amount of the check due a service charge of $50 00 representing Lessor s administrative expenses and service charges incurred as a result of Lessee s insufficient check In addition Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check cashier's check or money order

2 **SECURITY DEPOSIT** The Lessee agrees to deposit with Lessor upon delivery of this lease the sum of **$645 00** security for the full and faithful performance by the Lessee of each and every term provision covenant and condition of this lease In the event that the Lessee defaults in respect to any of the terms provisions covenants and conditions of this lease including but not limited to payment of rent additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use apply or retain the whole or any part of the security so deposited for the payment thereof The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor with interest being paid to the Lessee The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease or such other rate required by law provided however that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms provisions covenants and conditions of this lease the security deposit or any balance thereof plus accrued interest if any shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

3 **POSSESSION** The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy nor except as provided herein shall such failure excuse the Lessee s obligation hereunder unless the Lessor s failure to deliver possession is willful in which event Section 55-248 22 of the 1950 *Code of Virginia* as amended shall govern Except in the event of delay by the Lessee the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

4 **RULES AND REGULATIONS** The Lessee shall comply with the rules and regulations governing the Mobile Home Park a copy of said rules and regulations being attached hereto and made a part hereof and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

5 **UNLAWFUL USE DISTURBING NOISES ETC** The Lessee shall not engage in any unlawful or criminal activity including but not limited to drug related criminal activity nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park Drug related criminal activity shall mean the illegal manufacture sale distribution or use of or possession with the intent to manufacture sell distribute or use a controlled substance

The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights comforts or conveniences of the other tenants

6 **OCCUPANTS** Only those tenants registered at the manager's office may live in the Mobile Home Park This Lease Agreement shall not be sublet or assigned The taking in of roomers or tenants by the Lessee is prohibited Prior to selling the mobile home Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot) Lessor shall not unreasonably restrict the sale of the mobile home (see 55 248 47) however any prospective purchaser who intends to keep the mobile home on the Lot must submit an application which application must be approved by Lessor prior to occupancy

WAPLES00000897

Upon twenty four (24) hours written notice which will be delivered to the mobile home Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home and otherwise evaluating compliance with the terms of this Lease Agreement  Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement  granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement

7  LIABILITY OF LESSOR  All personal property  including the mobile home  placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee  and the Lessor shall in no event be liable for the loss  destruction  theft or removal of or damage to such property unless caused by Lessor s willful negligence

The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others
The Lessee also agrees to obtain an insurance policy including  liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000

8  UTILITIES  Lessee will be responsible for payment for all utilities including those set forth in the Utility Addendum  for each utility for which Lessee is responsible for payment  Lessee will pay related deposits and any charges  fees  or services on such utilities  Lessee must not allow utilities to be disconnected – including disconnection for not paying his bills – until the lease term or renewal period ends  Utilities may be used only for normal household purposes and must not be wasted   If Lessee s electricity is ever interrupted  Lessee must use only battery operated lighting   If any utilities are sub metered for the Premises  Lessee must pay such billings promptly   If the billing company requires Lessor pay Lessee s bills and Lessor  in its sole and absolute discretion  pays such bills  the amount of such bills will be added to Lessee s rent and such amounts will be treated as additional rent for all purposes including seeking possession of the Lot for nonpayment

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order   Unless caused by Lessor s willful negligence  the Lessor shall not be liable for any damage  injury or loss whatsoever which might arise  or accrue  from his providing  failure to provide  or the failure of utilities   Further  the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9  HOLDING OVER  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term  the Lessee shall be deemed to be a tenant from month to month   In such event  all terms and conditions of this Lease shall continue in full force and effect  except rent  which Lessor may unilaterally adjust to the prevailing monthly fair rental value   It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination   This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10  MILITARY TRANSFERS  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States  or is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor s receipt of such notice  (b) providing together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11  ACTION BY LESSOR UPON DEFAULT  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited

to the rights and remedies provided in VA  Code Ann  Section 55 248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12  LIEN FOR RENT AND OTHER SUMS  The Lessor shall have a lien upon all of the personal property  including the mobile home of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to  charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove  or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55 230 of the 1950 *Code of Virginia*  as amended  and to employ such other remedies as are authorized by law

13  ATTORNEY S FEE  In the event that Lessor engages counsel as a result of Lessee s breach of this Lease  Lessee agrees to pay Lessor s attorney s fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

08/17/99

14   **WAIVING OF ONE BREACH NOT A GENERAL WAIVER**   No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15   **SECURITY INTERESTS IN MOBILE HOME**   The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows
Name and address of dealer from whom mobile home purchased (if applicable)
Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16   **MANUFACTURED HOME LOT RENTAL ACT**   The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A J DWOSKIN & ASSOCIATES  INC
3201 Jermantown Road  Suite 700
Fairfax  Virginia  22030 2879

WITNESS _____ DATE _____ BY _~Yvette E Jimenez~_ DATE 1-16-14
                                                                     PARK MANAGER  Yvette E  Jimenez  Office Assistant

WITNESS _____ DATE _____ BY _____ DATE 01-16-14
                                                                     LESSEE (Tenant) Esteban Moya

WITNESS _____ DATE _____ BY _____ DATE _____
                                                                     LESSEE (Tenant)

08/17/99

WAPLES00000899

# Pls.' Ex. 40



# MOBILE HOME LEASE AGREEMENT

**LESSOR AND LESSEE**

This Agreement made this **1st** day of **May**, **2013** by and between **A J DWOSKIN & ASSOCIATES INC AGENT for Waples Mobile Home Park (Owner)** hereinafter called Lessor and **Jose Reyes** jointly and severally (if applicable) hereinafter called Lessee
**WITNESSETH**

That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as **Lot 11219 Mobile Drive, Waples Mobile Home Park, Fairfax, Virginia ("Lot")**

**TERM AND RENT**

The term of this lease shall be for the period of **12 months** commencing on the **1st** day of **June, 2013** fully ending at midnight on the **31st** day of **May, 2014** hereinafter called the Lease Term) for the total rent of **Five Thousand Two Hundred Sixty Eighty Dollars ($5268 00)**, payable in equal monthly installments of **Four Hundred Thirthy Nine Dollars ($439 00)** at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

**1 LATE CHARGE** If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of **$50 00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason Lessee agrees to pay Lessor in addition to the amount of the check due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check In addition Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check cashier's check or money order

**2 SECURITY DEPOSIT** The Lessee agrees to deposit with Lessor upon delivery of this lease the sum of **$439 00** security for the full and faithful performance by the Lessee of each and every term provision covenant and condition of this lease In the event that the Lessee defaults in respect to any of the terms provisions covenants and conditions of this lease including but not limited to payment of rent additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use apply or retain the whole or any part of the security so deposited for the payment thereof The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor with interest being paid to the Lessee The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease or such other rate required by law provided however that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms provisions covenants and conditions of this lease the security deposit or any balance thereof plus accrued interest if any shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

**3 POSSESSION** The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy nor except as provided herein shall such failure excuse the Lessee s obligation hereunder unless the Lessor's failure to deliver possession is willful in which event Section 55 248 22 of the 1950 *Code of Virginia* as amended shall govern Except in the event of delay by the Lessee the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

**4 RULES AND REGULATIONS** The Lessee shall comply with the rules and regulations governing the Mobile Home Park a copy of said rules and regulations being attached hereto and made a part hereof and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

**5 UNLAWFUL USE, DISTURBING NOISES, ETC** The Lessee shall not engage in any unlawful or criminal activity including but not limited to drug related criminal activity nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park Drug related criminal activity shall mean the illegal manufacture sale distribution or use of or possession with the intent to manufacture sell distribute or use a controlled substance

The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights comforts or conveniences of the other tenants

**6 OCCUPANTS** Only those tenants registered at the manager's office may live in the Mobile Home Park This Lease Agreement shall not be sublet or assigned The taking in of roomers or tenants by the Lessee is prohibited Pnor to selling the mobile home Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot) Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248 47) however any prospective purchaser who intends to keep the mobile home on the Lot must submit an application which application must be approved by Lessor prior to occupancy

Upon twenty four (24) hours written notice which may be delivered to the mobile home Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home and otherwise evaluating compliance with the terms of this Lease Agreement Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement

**7 LIABILITY OF LESSOR** All personal property including the mobile home placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee and the Lessor shall in no event be liable for the loss destruction theft or removal of or damage to such property unless caused by Lessor's willful negligence

The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others

08/17/99

The Lessee also agrees to obtain insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.

8  **UTILITIES**  Except as otherwise directed by the Lessor the Lessee shall pay to the Lessor within ten (10) days after receipt by the Lessee of the Lessor's bill therefor all charges for water sewer and other utilities used upon the Lot  Charges for these utilities shall be deemed to be additional rent  Bills for utilities shall be submitted by the Lessor to the Lessee on a monthly or other periodic basis as determined by the Lessor  The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods and such determination shall be conclusive and binding on the Lessee  The Lessor may by written notice to the Lessee require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence the Lessor shall not be liable for any damage injury or loss whatsoever which might arise or accrue from his providing failure to provide or the failure of utilities  Further the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9  **HOLDING OVER**  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term  the Lessee shall be deemed to be a tenant from month to month  In such event all terms and conditions of this Lease shall continue in full force and effect except rent which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10  **MILITARY TRANSFERS**  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty-five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States  or is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing  together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination  and (d) paying Lessor the amount of (i) one (1) month's rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one half (1/2) of one month's rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11  **ACTION BY LESSOR UPON DEFAULT**  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities  or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited to the rights and remedies provided in VA Code Ann Section 55-248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee's mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12  **LIEN FOR RENT AND OTHER SUMS**  The Lessor shall have a lien upon all of the personal property  including the mobile home  of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to  charges for utilities  herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*  as amended  and to employ such other remedies as are authorized by law

13  **ATTORNEY'S FEE**  In the event that Lessor engages counsel as a result of Lessee's breach of this Lease  Lessee agrees to pay Lessor's attorney's fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

14  **WAIVING OF ONE BREACH NOT A GENERAL WAIVER**  No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15  **SECURITY INTERESTS IN MOBILE HOME**  The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows
Name and address of dealer from whom mobile home purchased (if applicable)
Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16  **MANUFACTURED HOME LOT RENTAL ACT**  The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A J DWOSKIN & ASSOCIATES, INC
3201 Jermantown Road, Suite 700
Fairfax, Virginia  22030 2879

WITNESS _____  DATE _____  BY _____  DATE 5/31/13
PARK MANAGER  Josephine Giambanco

WITNESS _____  DATE _____  BY _____  DATE 5/31/13
LESSEE (Tenant) Jose Reyes

WITNESS _____  DATE _____  BY _____  DATE _____
LESSEE (Tenant)

08/17/99

WAPLES00000485

# A.J. Dwoskin & Associates
## Mobile Home Park Rules and Regulations

**A**    **Manufactured Homes- Quality Standards**

1    The location and installation of all manufactured homes must comply with all applicable governmental laws, codes and regulations

2    If 100-200 AMP electrical service is required, it must be installed at the homeowners' or dealer's expense

3    No manufactured home may be moved into the COMMUNITY, or be transferred to a new RESIDENT within the COMMUNITY, unless the size, condition, appearance and design thereof have been approved in writing by MANAGEMENT in accordance with the quality standards set forth in these Rules and Regulations   MANAMAGMENT may reject any manufactured home if the same does not meet the reasonable requirements of MANAGEMENT as to its size, quality, appearance, material specifications, construction and safety conditions, design, location and competently with the COMMUNITY and other manufactured homes therein   Similarly, no unfinished, unsafe or highly combustible materials may be used for any repair or patch work on the exterior of the manufactured homes or other home site improvements   RESIDENT is responsible for any damage to other manufactured homes or the COMMUNITY caused by RESIDENT or the mover   Wheels and axles must be removed from the manufactured home and the home site within thirty (30) days of set up   Hitches must be removed from the manufactured home and stored beneath the home within thirty (30) days of set up

4    All manufactured homes must continue to meet all applicable laws, codes and regulations as such may be amended from time to time   Under state law, RESIDENT's tenancy may be terminated for failure of RESIDENT to comply with local ordinance and state laws and regulations relating to manufactured homes, or with these Rules and Regulations

5    No unauthorized structures (including decks) may be built on any home site or erected on any home site   Permission to build or erect any structure must be obtained in writing from MANANGMENT in advance   In addition, any such structure requiring a building permit may not be built or erected without a building permit first being obtained from Fairfax County or Prince William County

_____JDRV_____    RESIDENT's initials)

6    All permits and approval required for the installations or removal of a manufactured home must be obtained by RESIDENT in advance of such installation or removal

7    No materials or items of any nature may be used to secure the roof of a manufactured home without the prior written approval of MANAGEMENT, and the same must be installed in compliance with all applicable laws, codes and regulations   "Tie-down" satisfactory to MANAGEMENT must be installed within thirty (30) days of set up

8    All manufactured homes in the COMMUNITY, and all incoming homes must be shingle roofed and wood or vinyl lap sided to the ground, and must have shutters for all windows   Upon lease reveal or upon the sale or transfer of any manufactured home located in the

COMMUNITY, exc   ng transfer to a co-owner pursuant to    h or divorce or to a new co-owner pursuant to marriage, or upon any change of RESIDENT (s) residing in a manufactured home (which change must be approve by MANAGEMENT pursuant to paragraph J and Q below), MANAGEMENT may require that any such manufactured home not in compliance with the specification contained in the first sentence of the paragraph (1) be removed from the COMMUNITY, based upon the size, condition, appearance, location or design of the manufactured home or the capacity of the home site to accommodate a larger manufactured home, or (ii) be brought into compliance with said specification to the extent feasible under the Virginia Uniform Statewide building code as a condition to the manufactured home being permitted to remain the COMMUNITY upon such sale or transfer, even if the proposed buyer or transferee otherwise complies with MANANGMENT's residency application requirement FOR RESIDENTS PROTECTION, MANAGMENTS DETERMINATION UNDER THE PROVISIONS OF THIS RULE SHOULD BE OBTAINED BEFORE THE SALE OR TRASNFER OF RESIDENTS MANUFACTURED HOME OR ANY PROPOSED CHANGE OF RESIDENTS shall notify MANAMGMENT in writing of his/her intent to sell or transfer his/her/their manufactured home at the time the manufactured home is placed on the market in order for MANAGEMENT to inspect the home to insure compliance with said specifications No manufactured home will be permitted to remain on the home site that does not comply with said specification

9   RESDIENT shall maintain the manufactured home in good condition and repair at all times The exterior of the manufactured home shall be kept clean, neat and properly painted at all times Any change to the exterior color of the manufactured home or appurtenant structure, including, but not limited to, additions, utility buildings, porches, steps and skirting must be approved in writing in advance by the MANAMGMENT  MANANGMENT

_J P R V_____ (RESIDENT's initial)

10  May, in its discretion, require reasonable repair, maintenance and improvement of the manufactured home

11  If the manufactured home is substantially damaged by fire, windstorm or other cause, any repairs of the mobile home are to be done at RESIDENT's expense  S such repairs shall be commenced immediately after the damage has occurred  All loose debris shall be removed immediately  All damage must be repaired within fifteen (15) days after the date of damage  If the damage can not be repaired within the fifteen (15) days, MANAGEMENT may require that the manufactured home be removed from the COMMUNITY for repair

## B    STORAGE SHEDS

1   RESIDENT, at RESIDENT's expense, shall construct and maintain in good condition and repair a storage shed on RESIDENT's home site with siding and roof shingling matching that of the manufactured home as described in Paragraph A  (7)  The location and size of each such storage shed must be approved in writing by MANAGEMENT in advance of the construction, delivery or installation of the storage shed  Installation of storage sheds must not violate applicable home/structure setbacks rules  In addition to the foregoing restrictions, shed size may not exceed ten (10) feet long by ten (10) feet wide by seven (7) feet high

2   There may be only one (1) shed to a home site, constructed of materials approved in writing by MANAGEMENT in advance  MANAGEMENT may give written approval in certain cases, in its discretion, for an additional shed

3   There may be no sleeping facilities within the storage shed

4   All storage sheds must be properly anchored

5   Any damage caused by storage sheds or their construction or removal shall be the sole responsibility of RESIDENT

WAPLES00000487

## C    LANDSCAPING

All home sites in the COMMUNITY must be landscaped to a standard consistent with an average landscaped home site in the COMMUNITY   MANAGEMENT will make available for review at the COMMUNITY office photos of examples of such home sites to provide guidance to RESIDENT regarding the nature of the landscaping standards   MANAGEMENT realizes that such a standard is, necessarily to some extent subjective, so MANAMGNET, in its discretion, shall enjoy the ultimate right to determine the sufficiency of landscaping, subject to the requirement that MANAGEMENT's decision shall not be plainly unreasonable

_____J DVR_____ (RESIDENT's initial)

## D    FENCE

Privacy fences are allowed within the COMMUNITY with the prior written approval of MANAGEMENT   Fence must be constructed of white, vinyl (PVC) and the style of such fence must be approved in advance by MANAGEMENT   Any fence installed without MANAMGNET'S prior written approval of MANAGEMENT shall be removed at the sole expense of RESIDENT

## E    MAINTENANCE OF HOME SITE

1    RESIDENT must maintain the home site and all sheds, carports and improvements thereon at RESIDENT's sole expense in a clean, neat and attractive condition, as determined by MANAGEMENT at it's discretion, in the event RESIDENT fails to do so, MANAGEMENT, upon fifteen (15) days prior written notice, may take such steps as are necessary to provide the necessary maintenance, and all expenses incurred by MANAGEMENT in so doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charge by MANAGEMENT to RESIDENT   Driveways, walkways and patios shall be kept neat and in good repair by RESIDENT

2    All trash, debris, brooms, ladders, building materials and similar items must be kept out of sight   Trash shall be removed at regularly scheduled intervals as specified by MANAGEMENT   Trash must be placed in containers satisfactory to MANAGEMENT   With the exception of trash pick up days, trash cans must be stored behind the manufactured home site or within the storage shed located on the home site   This subsection applies to reasonable amounts of household trash, RESIDENT, at RESIDENT's sole expense must arrange the removal of large items   RESIDENT shall be responsible for the disposal of any large items, including appliances and furniture

3    All Bicycles, tricycles and toys must be kept in neat order on the home site   If any such items are found on vacant homes sites or on the streets, they may be picked up by MANAGEMENT and, unless claimed by the applicable RESIDENT within fifteen (15) days, may be distributed by MANAGEMENT to charities of MANAGEMENT's choice

4    All lawns, shrubs, trees, fences, paving and other landscaping installed by RESIDENT shall become MANAGEMENT'S property and must remain upon the home site at the termination of RESIDENT's occupancy, unless RESIDENT obtains MANAGEMENT's prior written approval to remove the same   MANAGEMENT must approve all home site landscaping plans and any digging in order to protect underground utility lines, pipes and cabbies and RESIDENTS' safety

5    All tree-trimming, pruning, and removal of debris at the home site shall be the sole responsibility of RESIDENT   RESIDENT must immediately notify MANAGEMENT of any tree limps that are dead or decaying   Any damage caused to the person or property of another due to such maintenance, including falling tree limbs, shall be the sole responsibility of the applicable RESIDENT

6    RESIDENT shall be responsible for lawn and landscaping of the home site at RESIDENT's sole expense   The RESIDENT shall rake and bag all leaves and grass cuttings   Lawn shall be mown on a regular basis as determined by MANAGEMENT in accordance with standards established in

WAPLES00000488

order to provide necess maintenance, and all expense incurre MANAGEMENT in doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charges

7    No vegetable gardens are allowed at RESIDENTS' home site or elsewhere within the COMMUNITY

8    The RESIDENT is responsible for the placement and maintenance of a heat tape Heat tapes must be operable at all times applied in a manner to protect RESIDENT's water line and water riser to a depth of approximately two (2) feet

## F    MOTOR VEHICLES

The COMMUNITY is maintained as a private enterprise and as such all streets and roadways within the COMMUNITY shall be considered private and shall not be used as public thoroughfares In the interest of the safety and well-being of all RESIDENTS, and for maintenance purposes and traffic control, MANAGEMENT may, at its sole discretion, restrict traffic on designated streets, and restrict delivery of certain products and services Any violations of these motor vehicles Rules and Regulations shall result in a written warning from MANAGEMENT and may cause the vehicle to be removed from the COMMUNIY at the sole expense and liability of the vehicle's owner Further violation of these motor vehicles Rules and Regulations shall be considered grounds for termination of the applicable RESIDENT's rental agreement

1    All drivers must observe speed limits and stop signs as posted within the COMMUNITY Careless or reckless driving may result in the termination of tenancy COMMUNITY streets shall be kept clear at all times to allow for access by emergency vehicles as needed accordance with the local fire ordinance

2    Parking
    A    Two (2) vehicles are permitted to each home site within the COMMUNITY, with the exception of those home sites that are designed to accommodate three (3) vehicles per driveway Vehicles must be parked in specific areas as designated by MANAGEMENT No structure, addition, improvement or any part of the manufactured home shall be permitted to encroach on existing parking areas within the home site
    B    Guest and visitor vehicles must be parked in area as designated by MANAGEMENT RESIDENTS are responsible for ensuring that their guests and visitors comply with this requirement
    C    No vehicles may be parked in or on common areas except as specifically authorized in writing by MANAMGNET in advance Vehicles parked in unauthorized areas may be removed, at the risk and expense of the vehicle's owner, without prior notice
    D    Illegally parked vehicles may be removed, at MANAGEMENT's discretion, at the risk and expense of the vehicle's owner
    E    On-site parking is prohibited at all times within the COMMUNITY

3    Only registered vehicles are allowed within the COMMUNITY RESIDENTS must register each vehicle kept within the COMMUNITY Commercial vehicles are not permitted within the COMMUNITY RESIDENTS must not store any motor vehicles which is in a state of disrepair and therefore incapable of being moved under its own power, or that does not possess a current valid registration for more than twenty-four (24) hours, and any such vehicle within the COMMUNITY may be removed, at the risk and expense of the vehicles' owner, without prior notice All vehicle repairs must be completed within twenty-four (24) hours of the commencement of said repairs

4    Only drivers with valid driver's licenses may operate motor vehicles within the COMMUNITY

5    No excessively noisy vehicles are allowed within the COMMUNITY

6    There may be no overnight sleeping within the COMMUNITY except within RESIDENT'S manufactured homes No overnight sleeping is allowed in any motor vehicles, camper or camping trailer

WAPLES00000489

7       No vehicles over seven five hundred pounds (7,500) gross vehicles weight (other then standard pick-up trucks), totters, trucks, construction or farm equipment may not be stored, parked or kept within the COMMUNITY, except within the designated storage area  MANAGEMENT may remove any prohibited vehicles from the COMMUNITY if the RESDIENT fails to do so, and all expense incurred by MANAGEMENT in so doing must be paid by the RESIDENT with the next rental payment after submission of a statement for such charges by MANAGEMENT to the RESIDENT

8       Any vehicles which drips oil, gasoline or any other fluid must be repaired immediately by RESIDENT, and any damage caused by such dripping fluid must be cleaned and/or repaired by RESIDENT

9       The immobilization of any vehicle for major repairing or overhauling is prohibited everywhere within the COMMUNITY unless otherwise authorized in writing by MANAGEMENT in advance

10      Any vehicles parked on the streets during a snowfall will be considered a safety hazard  Any such vehicle may be towed at the vehicle owner's risk and expense without prior notice

11      No unlicensed, motorized or self-prohibited vehicle of any kind, including, but not limited to, dirt bikes, mini-bikers, motorcycles, mopeds and go-carts, shall be operated in any area of the COMMUNITY, unless such vehicle is duly registered for operation on public roads or highways  All such vehicles must be registered with the COMMUNITY office and shall be operated only by the person duly licensed for operation of such vehicle

12      No vehicle shall be operated in the COMMUNITY in areas other than those designated for roadways and parking

## G   ANIMALS

No non-domesticated animals, including farm animals, may be kept in the COMMUNITY  No other animals may be kept in the COMMUNITY except as pets, and then only with the prior written permission of MANAGEMENT  As of immediately, no animals whose height exceeds eighteen (18) inches at the shoulder at full maturity or whose weight exceeds fifty-(50) pounds at full maturity may be kept in the COMMUNITY  Animals must be inoculated and licensed according to all applicable laws and regulations, and must wear license tags  If required by applicable law  Animals must be leashed and under the control of the applicable RESIDENT or kept within the confines of RESIDENT's home site  Animals are allowed in common areas of the COMMUNITY only on a leash and under control of the applicable RESIDENT  Under no circumstances are pets allowed in the common area of the COMMUNITY specifically posted against pets, such as the playground and similar facilities as designated by MANAGEMENT  RESIDENT is responsible for the immediate removal of all pet litter from RESIDENT's home site or any other location within the COMMUNITY where littering has occurred  RESIDENTS are responsible for any damage caused by their animals  No temporary pet sitting or care of animals not owned by RESIDENTS is permitted  Biting incidents will not be tolerated, and MANAMGENT reserves the right to terminate the home site rental agreement of any RESIDENT owning a pet involved in a biting incident  Noisy or unruly animals, animals considered dangerous or vicious by MANAGEMENT, and animals with respect to which other RESIDENTS file justifiable complaints with MANAMGNET must be removed from the COMMUNITY  No animals which have been removed from the COMMUNITY under this rule shall thereafter again be permitted within the COMMUNITY without the MANAMGENT's prior written consent  Each animal must be registered and identified as to owner in the COMMUNITY office  Any dog regardless of breed, whose temperment and disposition are considered to be dangerous or vicious, is not allowed within the COMMUNITY under any circumstances  No more than two (2) dogs or two (2) cats or one (1) dog and one (1) cat may be kept per home site  All pets must be approved by MANAGEMENT in writing before the pet's owner moves into the COMMUNITY, or before RESIDENT obtains a pet after move-in  Pets belonging to RESIDENT's family members, guests and invitees must be confined to the applicable RESIDENT's home site and must comply with all provision of this paragraph  Pets may not be left outside at night  Pets may not be left outside in the daytime unless someone is home to supervise the pet  No doghouses or other outside animal shelters are permitted

WAPLES00000490

## H    TV ANTENNAS

Only one (1) satellite dish, not to exceed one (1) meter in diameter may be installed per home site  No TV antenna over twenty-four (24) inches in height my be installed on the home site, and guide wires with respect to any antenna may be attached only to the manufactured home's roof  The installation and location of such must be in accordance with the reasonable requirements of MANAMGENT and all applicable laws, codes and regulations  Antenna must be mounted at least twenty-five (25) feet back from the front of the manufactured home  No antennas may be installed except upon the prior written approval of MANAMGENT  Any transmitting which interferes with the reception of other RESIDNET is strictly prohibited

## I    CLOTHES LINE

Only collapsible umbrella-type clothes lines are permitted on the home site and the same must be kept at the rear of the home site and collapsed when not in use  Laundry hung such clothesline must be removed as quickly as possible

## J    SALE OF MANUFACTURED HOMES

In the event RESIDENT elects to sell RESIDENT's manufactured home, one (1) "for Sale" sign not to be exceed a total area of three hundred (300) square inches may be installed on the inside of a window or upon exterior of the manufactured home, but shall not be installed in the ground of the manufactured home site  Neither other "For Sale" sign nor any other sign of any nature, whether relating to the sale of the manufactured home or for any purpose, shall be permitted on the home site  RESIDENT ACKNOWLDGE THAT THE SALE OR OTHER TRANSFER OF THE MANUFACUTRED HOME DOES NOT INCLUDE A TRANSFER OT THE HOME SITE TO THE BUYER OR THE TRANSFEREE UNLESSS RESDIENT NOTIFIFES MANAGENT IN WIRTING AT LEAST THREE (3) WEEKS PRIOR TO THE PROPOSED TRANSFER OF THE MANUFACUTURED HOME SITE RENTAL AGREEMENT AND/OR TRANSFER OF TITLE TO THE MANFUACTURED HOME, GIVING THE NAME AND ADDRESS OF THE PROPOSED BUYER OR OTHER TRASNFEREE IN SUCH NOTICE AND THE PROPOSED BUYER OR OTHER TRANSFEREE (¹) IS APPROVED BY MANAGEMENT AS A RESDIENT IN ACCORDANCE WITH MANAGEMENT PRE=QUALIFICATION PROCEDURES AND STANDARDS, (¹¹¹) MEETS ALL OTHER CONDITIONS AND REQUIREMENTS AS SET FORTH IN THESE RULES AND REGULATIONS AND IN THE MANUFACTURED HOME SITE RENTAL AGREEMENT, AND (IV) THE MANUFACTURED HOME COMPLIES WITH THE STANDARDS FOR PLACEMENT OR RETENTION IN THE COMMUNITY AS SET FORTH IN THE THESE RULES AND REGULATIONS

## K    OUTSIDE CONSTRUCTION

1    Any construction or repairs other than routine home improvements or yard maintenance must be approved in writing by Management in advance
2    No construction company may perform any service within the COMMUNITY unless it has reported to the COMMUNITY office for clearance  All contractors and repair, maintenance and landscaping personnel must be proper workman's compensation, automobile, liability and performance bonding insurance coverage's, as determined by MANAMGEMENT in its discretion
3    RESDIENT may not, and shall not have the power of authority to, allow the COMMUNITY or improvements therein to become subject to any mechanics, laborers or materialmen's liens
4    RESIDENT should not give instructions to, or make requests of, the COMMUNITY's maintenance personnel  All requests should be made in writing directly to MANAMGNET

**L    NOISE, FIREARMS    ACCEPTABLE CONDUCT**

RESIDENTS must be unreasonably noisy  Radios, stereos, musical instruments, televisions and conversation must be kept a level low enough not to disturb any other RESIDENT  Vehicle engines shall be not unnecessarily raced or "gunned" at any time  RESIDENTS shall observe quiet hours within the COMMUNITY between the hours of 10 00 p m  to 7 00 a m  daily

**Prohibited Conduct**

You (The RESIDENT) and your occupants or guests may not engage  in the following activities **behaving in a loud or obnoxious manner, disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the MH Community, disrupting our business operations,** manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia, engaging in or threatening violence, possessing a weapon prohibited by state law, discharging a firearm in the MH Community, displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others  No open fires are allowed within the COMMUNITY (charcoal and gas grills do not constitute open fires for purposes of the rule )  Fireworks are prohibited within the COMMUNITY

J DRV   (RESIDENTs Initials)

The gutting and/or bleeding of game animals on the home site or outside the manufactured home is prohibited within the COMMUNITY

**Under state law, RESIDENT's tenancy may be terminated for conduct on COMMUNITY premises which constitutes annoyance to other RESIDENTS or interfere with MANAGEMENT**

**M    COMMERCIAL ENTERPRISES**

No commercial enterprise or business of nay nature may be conducted by RESIDENT in the COMMUNITY without prior written approval of MANAGEMENT, nor may advertising materials be distributed or posted within the COMMUNITY without MANAGEMENT's prior written approval  This restriction applies to the delivery of handbills of any nature, although MANAGEMENT may distribute written materials of a non-commercial nature provided such written materials are also given to MANAGEMENT

**N    DAMAGE**

Any damage caused by any RESIDENT, or by any visitor, guest, agent or representative of such RESIDENT, or by any of their property (storage shed, TV antenna, etc ) to the person or property of another shall be the sole responsibility of the applicable RESIDENT

**O    COMMON AREA DECORUM AND CONDUCT**

MANAGEMENT has established separate rules and guidelines for behavior and conduct of RESIDENTS, visitors and guests within common areas such as swimming pools, clubhouses and recreation facilities  These rules and guidelines are posted in each common area where they are applicable, and after reasonable notice may be changed from time to time by MANAGEMENT and are hereby incorporated into and made a part of these Rules and guidelines  MANAGEMENT will undertake to make the common areas and recreational facilities of the COMMUNITY conveniently available and open to RESIDENTS at reasonable times  RESIDENT is responsible for the behavior and conduct of all minor children residing with or visiting RESIDENT, and for the conduct of clubhouse Violations of rules and guidelines applicable to common areas bye RESIDENTS, their family, visitors and guests within the COMMUNITY, including their adherence to these Rules and Regulations, and all

WAPLES00000492

applicable laws  Any visitor o _ est who fails to comply with the fore∟ g may not remain in the COMMUNITY  Conviction of a Class A misdemeanor or any felony during the term of a RESIDENT's tenancy which caused or threatened to cause irreparable harm to any person or property shall be considered grounds for termination or non-renewal of such RESIDENT's Manufactured Home Site Rental Agreement  Immoral conduct, intoxication, or the use of loud or profane language shall also be grounds for termination or non-renewal of the applicable RESIDENT's Manufactured Home Site Rental Agreement

RESIDENT, any member RESIDENT's household, any guest, or any other person under RESIDENT's control, shall not engage in criminal activity, including but not limited to , drug related criminal activity, on the premises or in the COMMUNITY  (Drug related criminal activity means the illegal manufacture, sale, distribution, use or possession with intent to manufacture, sell, distribute or use of a controlled substance )

Consumption of alcoholic beverages in the COMMUNITY's common areas, including the clubhouse, the pool area and surrounding common areas, is strictly prohibited, with the exception of MANAGEMENT sponsored events

*J D V R* (RESIDENT's Initials)

Smoking is prohibited in any common areas, including the clubhouse, the pool area and surrounding common areas unless otherwise posted

**P    UTILITY AND WATER REGULATIONS**

RESIDENT shall be solely responsible for arranging for connection of water and sewer services with local utility providers  RESIDENT shall be responsible for maintaining all water and sewage connections for the outlets on the utility posts or from the ground to the manufactured home at all times  RESIDENT shall be solely responsible for any charges related to repairs, cleaning or unclogging of a clogged sewer line, other than an obstruction of the main sewer line, due to improper disposal of such items as paper towels, sanitary supplies, disposable diapers and cat litter  Disposal of these items through use of the sewage system is strictly prohibited

RESIDENT shall be solely liable and responsible for insuring that RESIDENT's water and sewer connection do not freeze and shall arrange for any necessary repairs to such connections

Tampering by with any utility connections is strictly prohibited

**Q    PRE-QUALIFICATION OF PROSPECTIVE RESIDENTS**

Applicants for COMMUNITY residency are required to complete a rental application and obtain MANAGEMENT's prior written approval to become RESIDENT of the COMMUNITY  Any person occupying a manufactured home within the COMMUNITY for more than fourteen (14) days within a six (6) month period shall be deemed an applicant for COMMUNITY residency and must comply with said qualification requirements  RESIDENT may not sublet RESIDENT's manufactured home or home site or assign RESIDENT'S interest under RESIDENT's Manufactured Home Site Rental Agreement without MANAGEMENT's prior written approval, and any such sublease or assignment entered into without MANAGEMENT's prior written approval shall be null and void

**R    CONDUCT OF MINOR CHILDREN**

RESIDENTS with minor children must supervise the outside play and conduct of minor children so as not to disturb or annoy any other RESIDENTS  Failure to supervise the conduct of such RESIDENT's

minor children under this rule will be grounds for termination or non-renewal of such RESIDENT's Manufactured Home Site Rental Agreement  Games of any nature, including basketball and skateboarding, may not be played on the COMMUNITY's streets  Children under the age of sixteen (16) must obey the COMMUNITY's curfew of 10 00 p m , after which time all children under the age or sixteen (16) should not be on the COMMUNITY's streets or in the COMMUNITY's common areas

Portable basketball units must be located at the back of the home site, near the grass line, facing the home site  No permanent basketball units may be installed at the home site

**S    NON-WAIVER**

Failure on the part of MANAGEMENT to enforce any provision of these Rules and Regulations shall not constitute a waiver of MANAGEMENT's right to enforce these Rules and Regulations either as to individual violator or the RESIDENTS of the COMMUNITY as a whole

**T    SNOW REMOVAL**

MANAGEMENT shall remove snowfall from the COMMUNITY streets, if and when necessary and practical  RESIDENT shall be responsible for the removal of snow and ice from the walkways of the individual manufactured home site    RESIDENT, and not MANAGEMENT, shall be solely responsible for any claims for damages resulting from RESIDENT's failure to properly maintain RESIDENT's manufactured home site

_J  D RW_ (RESIDENT's Initials)

**U    SALES**

No patio or yard sales or similar sales are allowed at the home site other than COMMUNITY sponsored sales

**V    OCCUPANCY**

No manufactured home may remain unoccupied by a RESIDENT for longer than thirty (30) days without the prior written approval of MANAGEMENT  Failure to notify MANAGEMENT in writing in advance of an extended absence shall result in MANAGEMENT treating such absence as abandonment and may result in termination or non-renewal of the applicable RESIDENT'S Manufactured Home Site Rental Agreement

**W    TRESPASSING**

Trespassing on other RESIDENT's property is strictly prohibited

**X    OTHER AGREEMENTS**

ALL AGREEMENTS BETWEEN MANAGEMENT AND RESIDENT MUST BE IN WRITING

WAPLES00000494

### RESIDENT'S CERTIFICATE

I/We have received copies of and have read and fully understand the Manufactured Home Site Rental Agreement and these Rules and Regulations, and agree to abide by all provisions thereof. I/We understand that any breach of the Manufactured Home Site Rental Agreement or of these Rules and Regulations by me/us, members of my/our family or my/our guests or visitors may result in the termination or non-renewal of the Manufactured Home Site Rental Agreement, in accordance with applicable law. I/We agree that, should any such matter be referred to an attorney for legal action, the I/we shall be liable for legal costs incurred by MANAGEMENT, including reasonable attorneys' fees.

_____        _____
Date                                                    RESIDENT's Signature

_____        _____
Date                                                    RESIDENT's Signature

_____        _____
Date                                                    RESIDENT's Signature

### MANAGEMENT

5/31/2012, 2012          by _____
Date                                                    Authorized Signature

VA

**State Farm Fire and Casualty Company**

**Manufactured Home
Application / Binder-Receipt**

46-B4-G105-0 F

Applicant Name ██████████
Binder Effective Date  07-01-2013

| NEW BUSINESS | |
|---|---|
| **APPLICANT** | |
| **MAILING ADDRESS** ████████████ | **PROPERTY LOCATION** ████████ |
| **NAME OF MANUFACTURED HOME PARK**     WAPLES PARK MOBILE HOME COMMUNITY | **PARK NUMBER**    1 |

**BILLING**

Put application on SFPP  Yes

**COVERAGES / PREMIUM SECTION**

Policy Deductible            500
Earthquake Deductible

| Policy Coverage Section I | Limit | Endorsements | Limit |
|---|---|---|---|
| Dwelling (Coverage A) | 20 000 | | |
| Dwelling Extension | 2 000 | | |
| Personal Property (Coverage B) | 20 000 | | |
| **Section II** | | | |
| Personal Liability (Coverage L) each Occurrence | 500 000 | | |
| Medical Payments to Others (Coverage M) each person | 5 000 | | |

**Loss Settlement Options**
Actual Cash Value on Coverage A and B2   Depreciated
Loss Settlement

| Accepted Options | Limit | Declined Options / Endorsements | Limit |
|---|---|---|---|
| | | Business Property (Option BP) | 2 500 |
| | | Business Property (Option BP) | 5 000 |
| | | Business Pursuits (Option BU) | |
| | | Child Care Liability Coverage | |
| | | Earthquake | |
| | | Firearms (Option FA) | 2 500/5 000 |
| | | Home Computers (Option HC) | 10 000 |
| | | Incidental Business (Option IO) | |
| | | Incidental Nurses  Professional Liability | |
| | | Jewelry and Furs (Option JF) | 1 500/2 500 |
| | | Jewelry and Furs (Option JF) | 2 500/5 000 |
| | | Silverware/Goldware Theft (Option SG) | 5 000 |
| | | Silverware/Goldware Theft (Option SG) | 7 500 |
| | | Silverware/Goldware Theft (Option SG) | 10 000 |
| | | Vendor's Single Interest | |

| Total Premium | $ | 365 00 |
|---|---|---|
| Amount Paid | $ | 0 00 |
| Credit Amount | $ | 0 00 |
| Balance Due | $ | 0 00 |

**UNDERWRITING**

Has applicant had any losses  insured or not  in the past 3 years  No

Has any insurer or agency canceled or refused to issue or renew similar insurance to the named applicant or any household member within the past 3 years   No

Has the applicant been convicted of arson  fraud  or other insurance related offenses  No

**APPLICANT(S) ACKNOWLEDGEMENT**

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company  Penalties include imprisonment, fines and denial of insurance benefits

WAPLES00000496

# Pls.' Ex. 41

# MOBILE HOME LEASE AGREEMENT

**LESSOR AND LESSEE**
This Agreement made this **1st day of February 2013** by and between A J DWOSKIN & ASSOCIATES INC AGENT for **Waples Mobile Home Park** (Owner) hereinafter called Lessor and **Esteban R Moya** jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**
That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as **11259 Mobile Drive   Lot        Waples Mobile Home Park  Fairfax   Virginia ( Lot )**

**TERM AND RENT**
The term of this lease shall be for the period of 12 months commencing on the **1st day of February 2013** fully ending at midnight on the **31st day of January 2014** (hereinafter called the Lease Term ) for the **total rent of eight thousand three hundred fourty dollars Dollars ($8340 00)** payable in equal **monthly installments of six hundred ninety five dollars Dollars ($695 00)** at the manager s office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

1   **LATE CHARGE**  If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of **$50 00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent  Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment  In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason  Lessee agrees to pay Lessor in addition to the amount of the check due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check  In addition  Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check cashier's check or money order

2   **SECURITY DEPOSIT**  The Lessee agrees to deposit with Lessor upon delivery of this lease the sum of **$645 00** security for the full and faithful performance by the Lessee of each and every term provision covenant and condition of this lease  In the event that the Lessee defaults in respect to any of the terms provisions covenants and conditions of this lease including but not limited to payment of rent additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use apply or retain the whole or any part of the security so deposited for the payment thereof  The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor with interest being paid to the Lessee  The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease or such other rate required by law provided however that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms provisions covenants and conditions of this lease the security deposit or any balance thereof plus accrued interest if any shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

3   **POSSESSION**  The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy nor except as provided herein shall such failure excuse the Lessee s obligation hereunder unless the Lessor s failure to deliver possession is willful in which event Section 55 248 22 of the 1950 Code of Virginia as amended shall govern  Except in the event of delay by the Lessee the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

4   **RULES AND REGULATIONS**  The Lessee shall comply with the rules and regulations governing the Mobile Home Park  a copy of said rules and regulations being attached  hereto and made a part hereof and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

5   **UNLAWFUL USE  DISTURBING NOISES  ETC**  The Lessee shall not engage in any unlawful or criminal activity including but not limited to drug related criminal activity nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park  Drug related criminal activity shall mean the illegal manufacture sale distribution or use of or possession with the intent to manufacture sell distribute or use a controlled substance  The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights comforts or conveniences of the other tenants

6   **OCCUPANTS**  Only those tenants registered at the manager's office may live in the Mobile Home Park  This Lease Agreement shall not be sublet or assigned  The taking in of roomers or tenants by the Lessee is prohibited  Prior to selling the mobile home  Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot)  Lessor shall not unreasonably restrict the sale of the mobile home (see 55 248 47) however any prospective purchaser who intends to keep the mobile home on the Lot must submit an application which application must be approved by Lessor prior to occupancy

7   **LIABILITY OF LESSOR**  All personal property including the mobile home placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee and the Lessor shall in no event be liable for the loss destruction theft or removal of or damage to such property unless caused by Lessor's willful negligence  The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others  The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000

7/02/07

WAPLES00000916

8 UTILITIES Except as otherwise direct the Lessor the Lessee shall pay to the Lessor with in (10) days after receipt by the Lessee of the Lessor's bill therefore all charges for sewer and trash utilities used upon the Lot Ch for these utilities shall be deemed to be additional rent Bills for utilities shall be su ed by the Lessor to the Lessee on a monthly or othe periodic basis as determined by the Lessor The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods and such determination shall be conclusive and binding on the Lessee The Lessor may by written notice to the Lessee require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order Unless caused by Lessor's willful negligence the Lessor shall not be liable for any damage injury or loss whatsoever which might arise or accrue from his providing failure to provide or the failure of utilities Further the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9 HOLDING OVER Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term Lessee shall be liable for the payment of rent for two (2) months thereafter Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term the Lessee shall be deemed to be a tenant from month to month In such event all terms and conditions of this Lease shall continue in full force and effect except rent which Lessor may unilaterally adjust to the prevailing monthly fair rental value It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10 MILITARY TRANSFERS If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States or is ordered to report to government supplied quarters Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein said date to be not less than thirty (30) days after Lessor's receipt of such notice (b) providing together with such written notice of termination a copy of the official orders (c) paying all rent and miscellaneous charges through the effective date of the termination and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11 ACTION BY LESSOR UPON DEFAULT Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder including but not limited to charges for utilities or should the Lessee violate any one of the agreements terms or conditions of this lease or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term then the Lessor shall have all rights and remedies of a landlord under applicable law including but not limited to the rights and remedies provided in VA Code Ann Section 55 248 31 and in addition the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession and to remove the mobile home from the Lot and relet the Lot In the event that the Lessor moves the Lessee s mobile home from the Lot pursuant to this paragraph the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12 LIEN FOR RENT AND OTHER SUMS The Lessor shall have a lien upon all of the personal property including the mobile home of the Lessee moved in and located upon the Lot as and for security for the rent and other sums including but not limited to charges for utilities herein provided to be paid and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved and the Lessee shall not remove or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease and should the Lessee attempt to remove such property the Lessor is hereby empowered to distrain said property pursuant to Section 55 230 of the 1950 *Code of Virginia* as amended and to employ such other remedies as are authorized by law

13 ATTORNEY S FEE In the event that Lessor engages counsel as a result of Lessee s breach of this Lease Lessee agrees to pay Lessor's attorney s fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained whichever is greater

14 WAIVING OF ONE BREACH NOT A GENERAL WAIVER No waiver of any breach of any covenant provision or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15 SECURITY INTERESTS IN MOBILE HOME The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows

Name and address of dealer from whom mobile home purchased (if applicable)

Lessee shall notify Lessor within ten (10) days of any new security interest change of existing security interest or settlement of security interest

16 MANUFACTURED HOME LOT RENTAL ACT The terms of the Manufactured Home Lot Rental Act (Title 55 Chapter 13 3 1950 *Code of Virginia* as amended) attached hereto are incorporated by reference into this Lease Agreement Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A J DWOSKIN & ASSOCIATES INC
9302 Lee Highway Suite 300
Fairfax Virginia 22031 1214

| | | | |
|---|---|---|---|
| WITNESS | DATE | BY | DATE 2/1/13 |
| | | PROPERTY MANAGER Sindy Obando | |
| WITNESS | DATE 2/1/13 | BY | DATE 2/1/13 |
| | | LESSEE (Tenant) Esteban R Moya | |
| WITNESS | DATE | BY | DATE |
| | | LESSEE (Tenant) | |
| WITNESS | DATE | BY | DATE |
| | | LESSEE (Tenant) | |

7/02/07

# Pls.' Ex. 42

## MOBILE HOME LEASE AGREEMENT

Project:**Waples Mobile Home Park**

### LESSOR AND LESSEE

This Agreement made this 4th day of **December**, 2014, by and between A. J. DWOSKIN & ASSOCIATES, INC., AGENT for :
**Waples Mobile Home Park** (Owner), hereinafter called Lessor, and Esteban Moya jointly and severally (if applicable) hereinafter called Lessee.
**WITNESSETH:**

That in consideration of the representation made in the application filed by the Lessee with the Lessor, the rent herein reserved and the covenants herein contained and by the said Lessee to be performed, the Lessor hereby leases to the Lessee, premises in the State of Virginia known as **Lot** 11259 Mobile Drive, : **Waples Mobile Home Park, Fairfax , Virginia ("Lot").**

### TERM AND RENT

The term of this lease shall be for the period of 12 months, commencing on the 1st **day of February ,** 2015 fully ending at midnight on the 31st **day of January ,** 2016hereinafter called the "Lease Term"), for the **total rent of** Eight Thousand Nine Hundred Forty **Dollars ($**8940.00), payable in equal **monthly installments of** Seven Hundred Forty Five **Dollars ($**745.00) at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing, each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term.

It is further covenanted and agreed between the Lessor and Lessee as follows:

1. **LATE CHARGE.** If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due, a late charge of **$50.00** shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee's failure to timely pay rent. Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment. In the event Lessee tenders to Lessor a check which is dishonored by the Lessee's bank for any reason, Lessee agrees to pay Lessor, in addition to the amount of the check, due a service charge of $50.00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee's insufficient check. In addition, Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check, cashier's check or money order.

2. **SECURITY DEPOSIT.** The Lessee agrees to deposit with Lessor upon delivery of this lease, the sum of $645.00 security for the full and faithful performance by the Lessee of each and every term, provision, covenant and condition of this lease. In the event that the Lessee defaults in respect to any of the terms, provisions, covenants, and conditions of this lease, including but not limited to payment of rent, additional rent or other sums required hereunder (including but not limited to charges for utilities), the Lessor may use, apply or retain the whole or any part of the security so deposited for the payment thereof. The Lessee acknowledges that the security deposit is to be retained by the Lessor, and may be commingled with other funds of the Lessor, with interest being paid to the Lessee. The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease, or such other rate required by law; provided, however, that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof.
In the event that the Lessee shall fully and faithfully comply with all of the terms, provisions, covenants, and conditions of this lease, the security deposit, or any balance thereof, plus accrued interest, if any, shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee's mobile home and surrender of the Lot to the Lessor in good condition.

3. **POSSESSION.** The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy, nor, except as provided herein, shall such failure excuse the Lessee's obligation hereunder, unless the Lessor's failure to deliver possession is willful, in which event Section 55-248.22 of the 1950 *Code of Virginia*, as amended, shall govern. Except in the event of delay by the Lessee, the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee.

4. **RULES AND REGULATIONS.** The Lessee shall comply with the rules and regulations governing the Mobile Home Park, a copy of said rules and regulations being attached hereto and made a part hereof, and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park.

5. **UNLAWFUL USE, DISTURBING NOISES, ETC.** The Lessee shall not engage in any unlawful or criminal activity, including but not limited to, drug-related criminal activity, nor permit any member of Lessee's household or any guest or other person under Lessee's control to do so, on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park. "Drug-related criminal activity" shall mean the illegal manufacture, sale, distribution, or use of or possession with the intent to manufacture, sell, distribute or use a controlled substance.
The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights, comforts or conveniences of the other tenants.

6. **OCCUPANTS.** Only those tenants registered at the manager's office may live in the Mobile Home Park. This Lease Agreement shall not be sublet or assigned. The taking in of roomers or tenants by the Lessee is prohibited. Prior to selling the mobile home, Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot). Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248.47); however, any prospective purchaser who intends to keep the mobile home on the Lot must submit an application, which application must be approved by Lessor prior to occupancy.

WAPLES00000840

Upon twenty-four (24) hours written notice, which may be delivered to the mobile home, Tenant will permit Landlord to inspect the Premises (including all spaces inside the mobile home) for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of this Lease Agreement. Any failure by Tenant to provide access to the mobile home for this purpose when requested by Landlord shall constitute an immediate default under this Lease Agreement, granting Landlord to all remedies set forth in paragraph 11 of this Lease Agreement.

7. **LIABILITY OF LESSOR.** All personal property, including the mobile home, placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee, and the Lessor shall in no event be liable for the loss, destruction, theft or removal of or damage to such property unless caused by Lessor's willful negligence.

The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others.
The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.

8. **UTILITIES.** Lessee will be responsible for payment for all utilities including those set forth in the Utility Addendum; for each utility for which Lessee is responsible for payment, Lessee will pay related deposits and any charges, fees, or services on such utilities. Lessee must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If Lessee's electricity is ever interrupted, Lessee must use only battery-operated lighting. If any utilities are sub metered for the Premises, Lessee must pay such billings promptly. If the billing company requests Lessor pay Lessee's bills and Lessor, in its sole and absolute discretion, pays such bills, the amount of such bills will be added to Lessee's rent and such amounts will be treated as additional rent for all purposes, including seeking possession of the Lot for nonpayment.

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order. Unless caused by Lessor's willful negligence, the Lessor shall not be liable for any damage, injury or loss whatsoever which might arise, or accrue, from his providing, failure to provide, or the failure of utilities. Further, the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse.

9. **HOLDING OVER / RENEWAL.** Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date. Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term, Lessee shall be liable for the payment of rent for two (2) months thereafter. Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term, the Lessee shall be deemed to be a tenant from month to month. In such event, all terms and conditions of this Lease shall continue in full force and effect, except rent, which Lessor may unilaterally adjust to the prevailing monthly fair rental value. It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination. This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required.

Proof of identity, copy of the title or sales agreement and proof of active insurance will be required not only upon move-in date and initial lease signing, but upon renewal. NO renewals will be considered as executed unless these items are provided at signing.

10. **MILITARY TRANSFERS.** If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty-five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States, or is ordered to report to government-supplied quarters, Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein, said date to be not less than thirty (30) days after Lessor's receipt of such notice, (b) providing, together with such written notice of termination, a copy of the official orders, (c) paying all rent and miscellaneous charges through the effective date of the termination, and (d) paying Lessor the amount of (i) one (1) month's rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month's rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term. This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term.

11. **ACTION BY LESSOR UPON DEFAULT.** Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder, including but not limited to charges for utilities, or should the Lessee violate any one of the agreements, terms, or conditions of this lease, or any of the rules or regulations of the Mobile Home Park two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug-related crime during the Lease Term, then the Lessor shall have all rights and remedies of a landlord under applicable law, including but not limited to the rights and remedies provided in VA. Code Ann. Section 55-248.31 and, in addition, the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession, and to remove the mobile home from the Lot and relet the Lot. In the event that the Lessor moves the Lessee's mobile home from the Lot pursuant to this paragraph, the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home.

12. **LIEN FOR RENT AND OTHER SUMS.** The Lessor shall have a lien upon all of the personal property, including the mobile home, of the Lessee moved in and located upon the Lot, as and for security for the rent and other sums, including but not limited to, charges for utilities, herein provided to be paid; and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot, to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved; and the Lessee shall not remove, or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease; and should the Lessee attempt to remove such property, the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*, as amended, and to employ such other remedies as are authorized by law.

06/09/14

WAPLES00000841

13. **ATTORNEY'S FEE.** In the event that Lessor engages counsel as a result of Lessee's breach of this Lease, Lessee agrees to pay Lessor's attorney's fees in the amount of $200.00 or 25% of all rent due and owing at the time judgment is obtained, whichever is greater.

14. **WAIVING OF ONE BREACH NOT A GENERAL WAIVER.** No waiver of any breach of any covenant, provision, or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof.

15. **SECURITY INTERESTS IN MOBILE HOME.** The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows:
Name and address of dealer from whom mobile home purchased (if applicable).
Lessee shall notify Lessor within ten (10) days of any new security interest, change of existing security interest, or settlement of security interest.

16. **MANUFACTURED HOME LOT RENTAL ACT.** The terms of the Manufactured Home Lot Rental Act (Title 55, Chapter 13.3, 1950 *Code of Virginia*, as amended) attached hereto, are incorporated by reference into this Lease Agreement. Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act.

A. J. DWOSKIN & ASSOCIATES, INC.
3201 Jermantown Road, Suite 700
Fairfax, Virginia 22030-2879

WITNESS:_____DATE_____ BY:_____DATE 12.4.14
PARK MANAGER, Yvette E. Jimenez, Office Assistant

WITNESS:_____DATE_____ BY:_____DATE 12-09-14
LESSEE (Tenant) Esteban Moya

WITNESS:_____DATE_____ BY:_____DATE_____
LESSEE (Tenant)

06/09/14

## UTILITY ADDENDUM

This Utility Addendum ( "Addendum") shall become part of the Mobile Home Lease Agreement (the "Lease") dated the 1st day of February , 2015 by and between Esteban Moya ("Owner"), by its agent A.J. Dwoskin & Associates, Inc. (collectively "Lessor") and Esteban Moya (collectively in the singular "Lessee") of 11259 Mobile Drive  Fairfax, VA 22030 ("Lot").

1. **Payment of Utilities and Billing Methods**: Lessee will be responsible for payment of all utilities, including those as set forth below:
   a. **Water/Sewer.**
      i. **Responsible Party:** Charges for this services for the Lot will be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☒ Lessor  ☐ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based on <u>one</u> of the following methods
         ☐ A flat monthly rate of $_____ per month;
         ☐ Lessee's actual use; or
         ☒ Ratio utility billing system (RUBS) –
         1. **Occupant Factor:** In calculating Lessee's water/sewer bill, each Lot  will be assigned an Occupant Factor based upon the total number of the occupants for the Lessee's Lot as follows:

| Number of Occupants | Occupant Factor |
|---|---|
| 1 | 1.0 |
| 2 | 1.6 |
| 3 | 1.9 |
| +1 | +0.3 |

         2. **Calculation:** Lessee's water and sewer bill will be calculated based upon the following methodology:
            • First, all applicable water and sewer charges and costs are totaled for the billing period ( "Total Property Utility Cost").
            • Second, a common area deduction in the amount of 5% is applied to the Total Property Utility Cost ("Adjusted Bill"").
            • Third, the Occupant Factor for each Lot be totaled for the billing period ("Total Occupant Factor")
            • Fourth, the Adjusted Bill is divided by the Total Occupant Factor ("Amount per Occupant")
            • Fifth, the Amount per Occupant is multiplied by the Number of Occupants of for Lessee's Lot the product of which becomes Lessee's water and sewer bill for the applicable period.

   b. **Trash.**
      i. **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☒ Lessor; or
         ☐ Lessee, and payment shall be made directly to: ☐ Lessor  ☐ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.
   c. **Gas.**
      i. **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☐ Lessor  ☒ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.
   d. **Electricity.**
      i. **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☐ Lessor  ☒ Third Party Utility Service Provider.
      ii. **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.

2. **Additional Service Charges**: Lessee is also responsible for payment of the following additional service charges:

   a. **Service Fee:**          $_____/Month
   b. **Set-Up Fee:**          $_____/One Time Fee

In addition, Lessee agrees to be responsible for any other additional fees, deposits, assessments or any other charges related to its use of utilities at the Community or as charged to the Community.  Lessor reserves the right to modify the amount of and or add any additional fees, deposits, assessments or any other utility related charges as authorized under the applicable law.

06/09/14

WAPLES00000843

3    **Payment.** Charges for usage of all utilities are considered rent as defined by the applicable law.  Unless otherwise stated in this Addendum, Lessee must pay all utility charges to the Lessor in the same form and fashion in which Rent is required to be made pursuant to the Lease. Payments for utility charges are due with monthly Rent, by the first day of the following month that the charges are calculated. In the event that Lessee fails to pay any or all portion of utility charges on or before the due date, Lessor may, (i) apply a late fee as defined under the Lease or applicable law; and (ii) in its sole and absolute discretion to apply any portion of Lessee's monthly Rent payment towards the balance owed by Lessee for utility charges and leave Lessee delinquent in monthly Rent and accruing late fees as stated in the Lease and or  pursue any rights or remedies Lessor would otherwise be entitled to pursue under the Lease or applicable law for Lessee's failure to pay Rent.

    a.    **Electronic Billing:** Lessee agrees that utility charges may be billed and delivered in an electronic format. Lessee further agrees that Lessor may deliver electronic bills via email, the internet or by any method as determined by Owner.  Lessee may opt out of electronic billing and may receive utility bills in paper form.

4    **Third Party Utility Service Providers & Billing Providers:** Lessee shall be solely responsible for obtaining services for all utilities for the Lot.  Lessee must pay any third party utility service provider directly for usage and charges relating to the applicable utility. Payment is due immediately upon issuance.  The utility service provider may prepare and deliver utility bills in an electronic format as defined in the above paragraph.

    Lessor reserves the right to select and retain the services of a third-party billing provider of its choosing for any utility used at the Community. The Lessor reserves the right to change any third-party billing service provider at its sole and absolute discretion upon thirty (30) days written notice to the Lessee.

5    **Placing Utility Account in Name of Lessee.** Lessee shall set up an account in the Lessee's name for each utility for which Lessees responsible for payment through any third party. Lessee shall set up such an account prior to taking possession of the Lot. Lessee shall ensure the account start date corresponds with Lessee' move-in date.  Lessee's failure to place the utility account for the Lot in Lessee's name is a material and substantial breach of the Lease and shall entitle the Lessor to exercise all remedies available under the Lease and applicable law.  Lessee agrees to pay and indemnify Lessor for any and all utility payments made by Lessor on behalf of the Lessee.

**Miscellaneous.** Lessee acknowledges that Lessor reserves the right upon sixty (60) days written notice to begin billing Lessee for utilities not checked above or to change billing to a new method at the Owner's sole and absolute discretion. In the event of any conflict between the provisions of this Addendum and any provision of the Lease, this Addendum shall control.  Lessee must not allow utilities to be disconnected – including disconnection for not paying bills until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted.  If electricity is ever interrupted, Lessee must use only battery-operated lighting

WITNESS:_____DATE_____    BY:_____DATE _12·4·14_
                                                    PARK MANAGER, Yvette E. Jimenez, Office Assistant
WITNESS:_____DATE_____    BY:_____DATE _12-04-14_
                                                    LESSEE (Tenant) Esteban Moya
WITNESS:_____DATE_____    BY:_____DATE_____
                                                    LESSEE (Tenant)

WAPLES00000844



## A.J. DWOSKIN

### & ASSOCIATES, INC.

Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Waples Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security.** Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice; and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

WAPLES00000845

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.** No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management. The resident(s) will be responsible and liable for the acts of their guests. Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

**Parking of Mobile Homes.** If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense. Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities. The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home. Skirting must be installed within 30 days after moving into the Park. Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.** Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the windshield. Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a $100 fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws; for example, expired State inspection and local stickers and tags.

**Permits Issued.** A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.** Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick-up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.** All rents and water bills are due on or before the 1st of each month. Rent is considered late after the first of the month. If rent and/or water is received after the 5th day of the month a late fee of $50.00. Personal checks for late rent will not be accepted after the 5th of the month.

WAPLES00000846

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or willful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

WAPLES00000847

**Pets.** Pets are not permitted on the premises until approved by management. A pet agreement must be executed and all applicable deposits and fees paid. Pets must be on a leash at all times when outdoors. Residents are to clean up after their pets. There will be a $25.00 charge per incident to those who do no clean up after their pet(s). Pet privilege will be immediately revoked for non-compliance. Exotic animals and some dog breeds are restricted. No more than two (2) pets are permitted and each pet must weight no more than one hundred (100) pounds at maturity. Monthly pet rent is $20/per pet.

No Rottweilers, Pit Bulls, Malamutes, St. Bernards, Great Danes, Akitas, American Bulldog Staffordshire Terriers, Canary Dogs, Doberman Pinschers, Chow-Chows (including mix with restricted breeds) or exotic animals (Tarantulas, Piranhas, Reptiles – snakes, iguanas, Ferrets, Skunks, Raccoons, Squirrels, Rabbits, Birds – parrots, cockatiels, macaws) will be permitted.

**Speed Limit.** Our roadways must accommodate vehicles and pedestrian traffic. 10 M.P.H. and/or 15 M.P.H. speed limits (Park specific) have been posted. Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park. Resident(s) will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests.

**Fireworks.** Fireworks are strictly prohibited in the Mobile Home Park.

**General use of the Lot.** Lots will be used only for the parking of a mobile home approved by the Management.

No improvements to your mobile home or lot, including and not limited to the decks, awnings, carports, storage sheds, and fencing will be allowed without prior written permission from the Management. Storage sheds, awnings, and skirting must be of a manufactured rust-resistant variety and be approved by the Management in writing prior to installation. Storage sheds must be of manufactured type, not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors. Only one storage shed per lot is permitted. Fencing shall not exceed four (4) feet in height and must be approved by Management prior to installation.

The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot.

Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth.

**Mail Services.** Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service.

The Park Office will not accept any UPS, Federal Express or special deliveries.

**Zero Tolerance.** Any arrestable offense will not be tolerated. Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated. Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated. Criminal sexual behavior and public sexual acts will not be tolerated. Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated. Illegal drug use or the possession of illegal drugs will not be tolerated. Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire, explosion or other emergency will not be tolerated. Disposing of trash anywhere other than designated areas will not be tolerated. Inappropriate behavior including but not limited to fighting, playing on fencing, graffiti, destruction of property, or other use of Park property for other than designed use will not be tolerated. Open containers of alcohol are illegal. In the opinion of the Manager, any activity of a suspicious nature on the part of the resident, or any of the employees, guests or family members of the resident in the leased premises, or any areas adjoining the premises, shall be cause for immediate termination of the lease.

Zero tolerance offenses constitute a non-remediable act. We may terminate the Lease Contract immediately by written notice to you.

**Sale of Mobile Home.** Resident(s) may sell their mobile home to whomever they choose. If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions:

- The seller(s) must be current in rent and water payments.
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home; awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

WAPLES00000848

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss.

WAPLES00000849

4. I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

_____  12-04-14            _____  12.4.14
Resident                   Date                 Management Representative    Date

_____  _____
Resident                   Date

_____  _____
Resident                   Date

_____  _____
Resident                   Date

_____  _____
Resident                   Date

_____  _____
Resident                   Date

WAPLES00000850

_____
(Park Name)

## MOBILE HOME INSPECTION FORM

Date of Inspection: _____

Resident: _____    Unit/Lot#: _02-1259_    PM: _____

| Key: CL – CLEAN/OK | DA – DAMAGED | RE – REPLACE |
|---|---|---|
| DI – DIRTY | MI – MISSING | RP – REPAIR |

| ROOM AREA | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. Entrance Door/door Lock | | | | | | | |
| 2. Windows/Locks/Screens/Blinds/Child Guards | ✓ | | | | | | |
| 3. Walls/ Ceilings | | | | | | | |
| 4. Floor/Tiles | | | | | | | |
| 5. Electric Outlets/Switches/Switch Plates/Safety Plug | | | | | | | |
| 6. Light Fixture/Bulb | | | | | | | |
| 7. Heating/Cooling Units | | | | | | | |
| 8. Fire Safety Sign/Decal on Stove/Smoke Alarm | | | | | | | |
| **KITCHEN** | | | | | | | |
| 1. Hood Light fixture/Bulb | | | | | | | |
| 2. Hood Fan/Filter | | | | | | | |
| 3. Stove/Oven | | | | | | | |
| 4. Sink/Faucet | | | | | | | |
| 5. Refrigerator/Refrigerator Bulb* | | | | | | | |
| 6. Food – Note information in the "Comments" Section | | | | | | | |
| 7. Receptacle/Receptacle Cover | | | | | | | |
| 8. Floor/Tiles | | | | | | | |
| 9. Wall/Ceiling | | | | | | | |
| 10. Electric Outlets/Switches/Switch Plates/Safety Plugs | | | | | | | |
| 11. Cabinets/Knobs/Shelves | | | | | | | |
| **\*If  light bulb is higher than 30 watts, it must be removed and resident must be warned.** | | | | | | | |
| **BATHROOM** | | | | | | | |
| 1. Toilet/Toilet Seat/Toilet Paper Roll | | | | | | | |
| 2. Tub/Shower/Faucet/Shower Head | | | | | | | |
| 3. Sink/Faucet | | | | | | | |
| 4. Medicine Cabinet/Mirror | | | | | | | |
| 5. Towel/Grab Bars/Soap Dish (Shower) | | | | | | | |
| 6. Toothbrush Holder/Soap Dish (Sink) | | | | | | | |
| 7. Floor/Floor Tiles | | | | | | | |
| 8. Walls/Tiles/Ceiling | | | | | | | |
| 9. Electric Outlets/Switches/Switch Plates/Safety Plugs | | | | | | | |
| 10. Light Fixture/Bulb | | | | | | | |
| 11. Vent/Exhaust Fan | | | | | | | |
| 12. Door/Door Lock | | | | | | | |
| **BEDROOM(S)** | | | | | | | |
| 1. Windows/Screens/Blinds/Child Guards | | | | | | | |
| 2. Walls/Ceilings | | | | | | | |
| 3. Electric Outlets/Switches/Switch Plates/Safety Plugs | | | | | | | |
| 4. Closets/Shelves/Clothes Bar | | | | | | | |
| 5. Heating/Cooling Units | | | | | | | |
| 6. Light Fixture/Bulb | | | | | | | |
| 7. Door/Door Lock | | | | | | | |
| 8. Floor Tiles | | | | | | | |

Foster

washer/dryer            #broken/electrical?
                         4 total

WAPLES00000851

UNIT INSPECTION FORM

| Key: CL – CLEAN/OK | DA – DAMAGED | RE – REPLACE |
|---|---|---|
| DI – DIRTY | MI – MISSING | RE – REPAIR |

| HALLWAY(S) | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. Electric Outlets/Switches/Switch Plates/Safety Plugs | | | | | | | |
| 2. Light Fixture/Bulb | | | | | | | |
| 3. Smoke Detector/Sprinkler Head | | | | | | | |
| 4. Walls/Ceiling | | | | | | | |
| 5. Floor/Tiles | | | | | | | |
| 6. Telephone – Issued | | | | | | | |
| 7. Telephone – Personal | | | | | | | |
| **FURNITURE** | | | | | | | |
| 1. Dining Table | | | | | | | |
| 2. Chairs | | | | | | | |
| 3. Coffee Table | | | | | | | |
| 4. Bed Frames/Mattresses | | | | | | | |
| 5. Dressers | | | | | | | |
| 6. High Chair/Bolsters | | | | | | | |
| 7. Crib(s) | | | | | | | |
| 8. Other: | | | | | | | |

**Housekeeping:**     Excellent - _____     Good - _____     Fair - _____     Poor - _____

Comments - _____

HOME NEGLECT: YES_____     NO _____

Number of Occupants and names: _____

SIGNATURES: PM: _____

Resident: _____

Director of Safety: _____

Director of Social Services: _____

Director of Facilities Management: _____

**Original:** Resident File
cc:     Office use

WAPLES00000852



Address: 11259 Mobile Dr

## MOBILE HOME PARK RULES AND REGULATIONS VIOLATION NOTICE

☐ 1ST WARNING        ☐ 2ND WARNING        ☐ FINAL NOTICE

Date: _____/_____/_____        Return Inspection Date: ____/_____/_____

# of occupants in Lease: _____        # of residing occupants: _____

***During a recent inspection we notice the following:***

Skirting ☐ _____

Bulk Items ☐ _____

Trash ☐ _____

Leave Disposal ☐ _____

Broken Down Vehicle/No Tags ☐ _____

Shed ☐  Repair ☐  Paint ☐ _____

Roof ☐  Repair ☐  Paint ☐ _____

Mobile Homes ☐  Paint ☐  Repair ☐ _____

Grass/Garden/Lawn ☐ _____

Oil Leaking Vehicles ☐ ***must be repaired immediately*** _____

Steps ☐    Broken ☐    Repair ☐ _____

Decks ☐    Paint ☐    Repair ☐ _____

Fence ☐    Paint ☐    Repair ☐ _____

Oil Tank or Gas Cylinder ☐  Condition ☐  Distance ☐ _____

Pet ☐    Waste Disposal ☐    Unregistered pets ☐ _____

Miscellaneous ☐ _____

All work must be completed before you can renew your lease. We will also need to perform an inspection of the inside of your home. A copy of your mobile home insurance will need to be provided to us at renewal. Please call the office at 703-273-2323 to schedule a time to sign your renewal lease.

Ins exp 1·14·15

WAPLES00000853

# Pls.' Ex. 43

## MOBILE HOME LEASE AGREEM

Project  Waples Mobile Ho    ark

**LESSOR AND LESSEE**
This Agreement made this 14th day of November 2012 by and between A J DWOSKIN & ASSOCIATES INC AGENT for Waples Mobile Home Park (Owner) hereinafter called Lessor and Mario Medina and Herbert D Saravia-Cruz jointly and severally (if applicable) hereinafter called Lessee

**WITNESSETH**
That in consideration of the representation made in the application filed by the Lessee with the Lessor the rent herein reserved and the covenants herein contained and by the said Lessee to be performed the Lessor hereby leases to the Lessee premises in the State of Virginia known as **11250 Mobile Drive Lot        Waples Mobile Home Park Fairfax Virginia ( Lot )**

**TERM AND RENT**
The term of this lease shall be for the period of 12 months commencing on the 1st day of February 2013 fully ending at midnight on the 31st day of January 2014 (hereinafter called the Lease Term ) for the total rent of eight thousand three hundred forty Dollars ($8340 00) payable in equal monthly installments of six hundred ninety five Dollars ($695 00) at the manager's office located in the Mobile Home Park or such other place as the Lessor may designate in writing each such monthly installment payable without demand or notice in advance on the first day of each month during the Lease Term

It is further covenanted and agreed between the Lessor and Lessee as follows

1  **LATE CHARGE**  If any installment of rent required by this Lease is not received by the Lessor by close of business on the 5th day of the month in which the rent payment is due a late charge of $50 00 shall be paid to Lessor to compensate Lessor for the administrative expenses and other expenses associated with Lessee s failure to timely pay rent  Lessee agrees that this late charge shall be deemed to be additional rent and failure to pay the late charge may result in the issuance of a five (5) day notice for such nonpayment  In the event Lessee tenders to Lessor a check which is dishonored by the Lessee s bank for any reason Lessee agrees to pay Lessor in addition to the amount of the check due a service charge of $50 00 representing Lessor's administrative expenses and service charges incurred as a result of Lessee s insufficient check  In addition Lessor may thereafter require Lessee to make all future payments of rent and other charges due under the Lease by means of certified check  cashier's check or money order

2  **SECURITY DEPOSIT**  The Lessee agrees to deposit with Lessor upon delivery of this lease the sum of $870 00 security for the full and faithful performance by the Lessee of each and every term provision covenant and condition of this lease  In the event that the Lessee defaults in respect to any of the terms provisions covenants and conditions of this lease including but not limited to payment of rent additional rent or other sums required hereunder (including but not limited to charges for utilities) the Lessor may use apply or retain the whole or any part of the security so deposited for the payment thereof  The Lessee acknowledges that the security deposit is to be retained by the Lessor and may be commingled with other funds of the Lessor with interest being paid to the Lessee  The Lessor shall accrue interest on said security deposit in six (6) month increments at a per annum rate equal to the Federal Reserve Board discount rate as of January 1 of each year during the term of this Lease  or such other rate required by law provided however that no interest shall be due and payable unless said security deposit has been held by the Lessor for a period exceeding thirteen (13) months after the date hereof

In the event that the Lessee shall fully and faithfully comply with all of the terms provisions covenants and conditions of this lease the security deposit or any balance thereof plus accrued interest if any shall be returned to the Lessee within thirty (30) days after the expiration of this lease and after the removal of the Lessee s mobile home and surrender of the Lot to the Lessor in good condition

3  **POSSESSION**  The Lessor shall not be liable for failure to deliver possession of the Lot at the time stipulated herein as the date of the commencement of the tenancy nor except as provided herein shall such failure excuse the Lessee s obligation hereunder unless the Lessor's failure to deliver possession is willful in which event Section 55-248 22 of the 1950 Code of Virginia as amended shall govern  Except in the event of delay by the Lessee the rent herein stipulated to be paid shall be abated for the period from the date of the commencement specified in this lease to the date possession is tendered to the Lessee

4  **RULES AND REGULATIONS**  The Lessee shall comply with the rules and regulations governing the Mobile Home Park  a copy of said rules and regulations being attached  hereto and made a part hereof and shall comply with such other reasonable rules and regulations and any reasonable alterations or changes which the Lessor shall or may adopt for the Mobile Home Park

5  **UNLAWFUL USE DISTURBING NOISES ETC**  The Lessee shall not engage in any unlawful or criminal activity  including but not limited to drug related criminal activity  nor permit any member of Lessee s household or any guest or other person under Lessee s control to do so on or near the Lot or in the Mobile Home Park while the Lessee is a resident in the Mobile Home Park  Drug related criminal activity shall mean the illegal manufacture sale distribution or use of or possession with the intent to manufacture sell distribute or use a controlled substance  The Lessee shall not make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights comforts or conveniences of the other tenants

6  **OCCUPANTS**  Only those tenants registered at the manager's office may live in the Mobile Home Park  This Lease Agreement shall not be sublet or assigned  The taking in of roomers or tenants by the Lessee is prohibited  Prior to selling the mobile home Lessee shall give Lessor written notice of the name of the prospective purchaser (if the prospective purchaser intends to keep the mobile home on the Lot)  Lessor shall not unreasonably restrict the sale of the mobile home (see 55-248 47) however any prospective purchaser who intends to keep the mobile home on the Lot must submit an application  which application must be approved by Lessor prior to occupancy

7  **LIABILITY OF LESSOR.**  All personal property  including the mobile home placed on the Lot or on any part of the Mobile Home Park shall be at the sole risk of the Lessee and the Lessor shall in no event be liable for the loss destruction theft or removal of or damage to such property unless caused by Lessor's willful negligence  The Lessee agrees to keep the Lot and the mobile home free of any conditions that might represent a hazard to others  The Lessee also agrees to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000



WAPLES00000250

8  UTILITIES  Except as otherwise directed by Lessor the Lessee shall pay to the Lessor within ten (10) days after receipt by the Lessee of the Lessor's bill therefore  all charges for  sewer and other utilities used upon the Lot  as for these utilities shall be deemed to be additional rent  Bills for utilities shall be submitted by the Lessor to the Lessee on a monthly or other periodic basis as determined by the Lessor  The Lessor's determination of amounts due by the Lessee for utilities shall be based on meter readings or other reasonable methods and such determination shall be conclusive and binding on the Lessee  The Lessor may  by written notice to the Lessee  require the Lessee to pay charges for utilities directly to the supplier thereof

The Lessee acknowledges that utility services are available to the Lot and that they are in good working order  Unless caused by Lessor's willful negligence the Lessor shall not be liable for any damage  injury or loss whatsoever which might arise or accrue from his providing failure to provide  or the failure of utilities  Further  the Lessee agrees to bear the cost of repairing any damage to the utility lines or connectors resulting from his misuse

9  HOLDING OVER  Either Lessor or Lessee may terminate the Lease Agreement at the end of the Lease Term by giving the other party written notice of intent to terminate/vacate at least sixty (60) days prior to said termination date  Should the Lessee not give said notice and vacate the Leased Premises at the end of the Lease Term  Lessee shall be liable for the payment of rent for two (2) months thereafter  Should the Lessee not give said notice and continue in possession of the Leased Premises after the end of the Lease Term  the Lease shall be deemed to be a tenant from month to month  In such event  all terms and conditions of this Lease shall continue in full force and effect  except rent  which Lessor may unilaterally adjust to the prevailing monthly fair rental value  It is also agreed that the tenancy can be terminated by either party by giving written notice to the other party at least thirty (30) days prior to the end of the month in which said party desires such termination  This thirty (30) day written notice can be given to the other party at any time without any reason for the notice being required

10  MILITARY TRANSFERS  If Lessee is a member of the Armed Forces of the United States and Lessee receives permanent change of station orders or temporary duty orders (in excess of three [3] months duration) to depart thirty five (35) miles or more (radius) from the location of the Lot or is discharged or relieved from active duty with the Armed Forces of the United States or is ordered to report to government supplied quarters  Lessee may terminate this Lease upon (a) giving written notice of termination to be effective on a date stated therein  said date to be not less than thirty (30) days after Lessor's receipt of such notice  (b) providing  together with such written notice of termination  a copy of the official orders  (c) paying all rent and miscellaneous charges through the effective date of the termination and (d) paying Lessor the amount of (i) one (1) month s rent if the effective date of the termination is less than six (6) months after the beginning of the Lease Term or (ii) one-half (1/2) of one month s rent if such effective date is at least six (6) but less than twelve (12) months after the beginning of the Lease Term  This paragraph shall not be construed to relieve Lessee from any liability under this Lease except the liability for rent for the unexpired portion of the Lease Term

11  ACTION BY LESSOR UPON DEFAULT  Should the Lessee at any time during the continuance of his occupancy of the Lot fail to pay the monthly rental or other sums required hereunder  including but not limited to charges for utilities or should the Lessee violate any one of the agreements  terms  or conditions of this lease  or any of the rules or regulations of the Mobile Home Park  two (2) times within a six (6) month period or should Lessee or any other person residing in the Lot be convicted of a drug related crime during the Lease Term  then the Lessor shall have all rights and remedies of a landlord under applicable law  including but not limited to the rights and remedies provided in VA  Code Ann Section 55-248 31 and  in addition  the Lessor shall have the right to take possession of the Lot pursuant to a court order for possession  and to remove the mobile home from the Lot and relet the Lot  In the event that the Lessor moves the Lessee's mobile home from the Lot pursuant to this paragraph  the Lessee agrees to pay a reasonable removal and storage charge to the Lessor or the party removing and/or storing the mobile home

12  LIEN FOR RENT AND OTHER SUMS  The Lessor shall have a lien upon all of the personal property  including the mobile home  of the Lessee moved in and located upon the Lot  as and for security for the rent and other sums  including but not limited to charges for utilities herein provided to be paid  and such installments of rent and other sums as shall remain unpaid to the amount and extent thereof shall become and are hereby made a specific lien upon such personal property as shall be upon the Lot  to all intents and purposes as though the Lessee had executed a chattel deed of trust to secure the Lessor for the rent or other sums reserved  and the Lessee shall not remove  or attempt to remove any of the aforesaid personal property while there yet shall remain due and owing any portion of the rent or other sums reserved by this lease  and should the Lessee attempt to remove such property  the Lessor is hereby empowered to distrain said property pursuant to Section 55-230 of the 1950 *Code of Virginia*  as amended  and to employ such other remedies as are authorized by law

13  ATTORNEY S FEE  In the event that Lessor engages counsel as a result of Lessee s breach of this Lease  Lessee agrees to pay Lessor's attorney s fees in the amount of $100 00 or 25% of all rent due and owing at the time judgment is obtained  whichever is greater

14  WAIVING OF ONE BREACH NOT A GENERAL WAIVER  No waiver of any breach of any covenant  provision  or condition contained in this lease shall be construed as a waiver of the covenant itself or of any subsequent breach thereof

15  SECURITY INTERESTS IN MOBILE HOME  The name(s) and address(es) of any person or entity having a security interest in the mobile home is as follows

    Name and address of dealer from whom mobile home purchased (if applicable)

    Lessee shall notify Lessor within ten (10) days of any new security interest  change of existing security interest  or settlement of security interest

16  MANUFACTURED HOME LOT RENTAL ACT  The terms of the Manufactured Home Lot Rental Act (Title 55  Chapter 13 3  1950 *Code of Virginia*  as amended) attached hereto  are incorporated by reference into this Lease Agreement  Any provision in the Lease Agreement which conflicts with said Act shall be superseded by the applicable provision of the Act

A J DWOSKIN & ASSOCIATES  INC
9302 Lee Highway  Suite 300
Fairfax  Virginia  22031 1214

| | | | | |
|---|---|---|---|---|
| WITNESS _____ | DATE _____ | BY _____ PROPERTY MANAGER  Vanessa Jorquera | DATE 11/14/12 |
| WITNESS _____ DATE 11/14/12 | | BY _____ LESSEE (Tenant) Mario Medina | DATE 11/14/12 |
| WITNESS _____ DATE 11/14/12 | | BY _____ LESSEE (Tenant) Herbert D  Saravia-Cruz | DATE 11/19/12 |
| WITNESS _____ | DATE _____ | BY _____ LESSEE (Tenant) | DATE _____ |

7/02/07

WAPLES00000251

# Pls.' Ex. 44

# UTILITY ADDENDUM

This Utility Addendum ( Addendum") shall become part of the Mobile Home Lease Agreement (the Lease ) dated the 1st day of February 2014 by and between Mario Medina and Herbert Saravia-Cruz ( Owner") by its agent A J Dwoskin & Associates Inc (collectively Lessor") and Mario Medina and Herbert Saravia Cruz (collectively in the singular Lessee ) of 11250 Mobile Drive Fairfax VA 22030 ( Lot")

1    **Payment of Utilities and Billing Methods** Lessee will be responsible for payment of all utilities including those as set forth below
   a    **Water/Sewer**
       i    **Responsible Party** Charges for this services for the Lot will be paid for by
           ☐ Lessor or
           ☒ Lessee and payment shall be made directly to ☒ Lessor    ☐ Third Party Utility Service Provider
       ii    **Methodology** If paid by Lessee charges for this utility will based on <u>one</u> of the following methods
           ☐ A flat monthly rate of $_____ per month
           ☐ Lessee s actual use or
           ☒ Ratio utility billing system (RUBS) –
              1    **Occupant Factor** In calculating Lessee s water/sewer bill each Lot will be assigned an Occupant Factor based upon the total number of the occupants for the Lessee s Lot as follows

| Number of Occupants | Occupant Factor |
|---|---|
| 1 | 1 0 |
| 2 | 1 6 |
| 3 | 1 9 |
| +1 | +0 3 |

              2    **Calculation** Lessee s water and sewer bill will be calculated based upon the following methodology
          • First all applicable water and sewer charges and costs are totaled for the billing period ( "Total Property Utility Cost )
          • Second a common area deduction in the amount of 5% is applied to the Total Property Utility Cost ( Adjusted Bill )
          • Third the Occupant Factor for each Lot be totaled for the billing period ("Total Occupant Factor")
          • Fourth the Adjusted Bill is divided by the Total Occupant Factor ( Amount per Occupant )
          • Fifth the Amount per Occupant is multiplied by the Number of Occupants of for Lessee s Lot the product of which becomes Lessee s water and sewer bill for the applicable period

   b    **Trash**
       i    **Responsible Party** Charges for this services for the Lot will be paid for by
           ☐ Lessor or
           ☒ Lessee and payment shall be made directly to ☐ Lessor    ☒ Third Party Utility Service Provider
       ii    **Methodology** If paid by Lessee charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider
   c    **Gas**
       i    **Responsible Party** Charges for this services for the Lot will be paid for by
           ☐ Lessor or
           ☒ Lessee and payment shall be made directly to ☐ Lessor    ☒ Third Party Utility Service Provider
       ii    **Methodology** If paid by Lessee charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider
   d    **Electricity**
       i    **Responsible Party** Charges for this services for the Lot will be paid for by
           ☐ Lessor or
           ☒ Lessee and payment shall be made directly to ☐ Lessor    ☒ Third Party Utility Service Provider
       ii    **Methodology** If paid by Lessee charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider

2    **Additional Service Charges** Lessee is also responsible for payment of the following additional service charges

| | | | |
|---|---|---|---|
| a | Service Fee | $_____ | /Month |
| b | Set Up Fee | $_____ | /One Time Fee |

[MIE1]
In addition Lessee agrees to be responsible for any other additional fees deposits assessments or any other charges related to its use of utilities at the Community or as charged to the Community Lessor reserves the right to modify the amount of and or add any additional fees deposits assessments or any other utility related charges as authorized under the applicable law

3    **Payment.** Charges for usage of all utilities are considered rent as defined by the applicable law Unless otherwise stated in this Addendum Lessee must pay all utility charges to the Lessor in the same form and fashion in which Rent is required to be made pursuant to the Lease

WAPLES00000256

Payments for utility charges are du      monthly Rent  by the first day of the following m      hat the charges are calculated  In the event that Lessee fails to pay any or all p      of utility charges on or before the due date  Les      y  (i) apply a late fee as defined under the Lease or applicable law  and (ii) in its  sole and absolute discretion to apply any portion of Lessee s monthly Rent payment towards the balance owed by Lessee for utility charges and leave Lessee delinquent in monthly Rent and accruing late fees as stated in the Lease and or  pursue any rights or remedies Lessor would otherwise be entitled to pursue under the Lease or applicable law for Lessee s failure to pay Rent

   a   **Electronic Billing**  Lessee agrees that utility charges may be billed and delivered in an electronic format  Lessee further agrees that Lessor may deliver electronic bills via email  the internet or by any method as determined by Owner   Lessee may opt out of electronic billing and may receive utility bills in paper form

4   **Third Party Utility Service Providers & Billing Providers**  Lessee shall be solely responsible for obtaining services for all utilities for the Lot  Lessee must pay any third party utility service provider directly for usage and charges relating to the applicable utility  Payment is due immediately upon issuance  The utility service provider may prepare and deliver utility bills in an electronic format as defined in the above paragraph

   Lessor reserves the right to select and retain the services of a third party billing provider of its choosing for any utility used at the Community  The Lessor reserves the right to change any third party billing service provider at its sole and absolute discretion upon thirty (30) days written notice to the Lessee

5   **Placing Utility Account in Name of Lessee**  Lessee shall set up an account in the Lessee s name for each utility for which Lessee s responsible for payment through any third party  Lessee shall set up such an account prior to taking possession of the Lot  Lessee shall ensure the account start date corresponds with Lessee  move in date   Lessee s failure to place the utility account for the Lot in Lessee s name is a material and substantial breach of the Lease and shall entitle the Lessor to exercise all remedies available under the Lease and applicable law  Lessee agrees to pay and indemnify Lessor for any and all utility payments by Lessor on behalf of the Lessee

**Miscellaneous**  Lessee acknowledges that Lessor reserves the right upon sixty (60) days written notice to begin billing Lessee for utilities not checked above or to change billing to a new method at the Owner's sole and absolute discretion  In the event of any conflict between the provisions of this Addendum and any provision of the Lease  this Addendum shall control  Lessee must not allow utilities to be disconnected – including disconnection for not paying bills until the lease term or renewal period ends  Utilities may be used only for normal household purposes and must not be wasted  If electricity is ever interrupted  Lessee must use only battery-operated lighting

WITNESS _____ DATE_____  BY _____ DATE 1-28-14

WITNESS _____ DATE_____  BY _____ DATE
PARK MANAGER  Yvette E  Jimenez  Office Assistant

WITNESS _____ DATE_____  BY _____ DATE 1  28  14
LESSEE (Tenant) Mario Medina

BY _____ DATE 1  28  14
LESSEE (Tenant) Herbert Saravia-Cruz

08/17/99

WAPLES00000257

# Pls.' Ex. 45

## UTILITY ADDENDUM

This Utility Addendum ( Addendum") shall become part of the Mobile Home Lease Agreement (the  Lease ) dated the 1st day of April  2014 by and between **Felix Bolanos** ("Owner") by its agent A J  Dwoskin & Associates  Inc  (collectively  Lessor")  and **Felix Bolanos** (collectively in the singular  Lessee") of 4202 Stackler Drive  Fairfax  VA 22030 ( Lot")

1    **Payment of Utilities and Billing Methods**  Lessee will be responsible for payment of all utilities  including those as set forth below
    a    **Water/Sewer**
        i    **Responsible Party**  Charges for this services for the Lot will be paid for by
            ☐ Lessor  or
            ☒ Lessee  and payment shall be made directly to  ☒ Lessor        ☐ Third Party Utility Service Provider
        ii    **Methodology**  If paid by Lessee  charges for this utility will based on <u>one</u> of the following methods
            ☐ A flat monthly rate of $_____ per month
            ☐ Lessee s actual use  or
            ☒ Ratio utility billing system (RUBS) –
              1    Occupant Factor  In calculating Lessee s water/sewer bill  each Lot  will be assigned an Occupant Factor based upon the total number of the occupants for the Lessee s Lot as follows

| Number of Occupants | Occupant Factor |
|---|---|
| 1 | 1 0 |
| 2 | 1 6 |
| 3 | 1 9 |
| +1 | +0 3 |

              2    Calculation  Lessee s water and sewer bill will be calculated based upon the following methodology
                  • First  all applicable water and sewer charges and costs are totaled for the billing period ( "Total Property Utility Cost")
                  • Second  a common area deduction in the amount of 5% is applied to the Total Property Utility Cost ( Adjusted Bill  )
                  • Third  the Occupant Factor for each Lot be totaled for the billing period ("Total Occupant Factor")
                  • Fourth  the Adjusted Bill is divided by the Total Occupant Factor ( Amount per Occupant")
                  • Fifth  the Amount per Occupant is multiplied by the Number of Occupants of for Lessee s Lot  the product of which becomes Lessee s water and sewer bill for the applicable period

    b    **Trash**
        i    **Responsible Party**  Charges for this services for the Lot will  be paid for by
            ☐ Lessor  or
            ☒ Lessee  and payment shall be made directly to  ☐ Lessor        ☒ Third Party Utility Service Provider
        ii    **Methodology**  If paid by Lessee  charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider
    c    **Gas**
        i    **Responsible Party**  Charges for this services for the Lot will  be paid for by
            ☐ Lessor  or
            ☒ Lessee  and payment shall be made directly to  ☐ Lessor        ☒ Third Party Utility Service Provider
        ii    **Methodology**  If paid by Lessee  charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider
    d    **Electricity**
        i    **Responsible Party**  Charges for this services for the Lot will  be paid for by
            ☐ Lessor  or
            ☒ Lessee  and payment shall be made directly to  ☐ Lessor        ☒ Third Party Utility Service Provider
        ii    **Methodology**  If paid by Lessee  charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider

2    **Additional Service Charges**  Lessee is also responsible for payment of the following additional service charges

    a    **Service Fee**                    $_____/Month
    b    **Set Up Fee**                    $_____/One Time Fee

06/17/99

EXHIBIT
R. Rivas 6
11/1/16
Planet Depos, LLC

WAPLES00000084

In addition Lessee agrees to be respon_____le for any other additional fees deposits assessm___ or any other charges related to its use of utilities at the Community or as char___ __ the Community  Lessor reserves the right to r_____ the amount of and or add any additional fees deposits assessments or any other utility related charges as authorized under the applicable law

3   **Payment.** Charges for usage of all utilities are considered rent as defined by the applicable law  Unless otherwise stated in this Addendum Lessee must pay all utility charges to the Lessor in the same form and fashion in which Rent is required to be made pursuant to the Lease Payments for utility charges are due with monthly Rent, by the first day of the following month that the charges are calculated  In the event that Lessee fails to pay any or all portion of utility charges on or before the due date  Lessor may  (i) apply a late fee as defined under the Lease or applicable law  and (ii) in its sole and absolute discretion to apply any portion of Lessee s monthly Rent payment towards the balance owed by Lessee for utility charges and leave Lessee delinquent in monthly Rent and accruing late fees as stated in the Lease and or  pursue any rights or remedies Lessor would otherwise be entitled to pursue under the Lease or applicable law for Lessee s failure to pay Rent.

    a   **Electronic Billing**  Lessee agrees that utility charges may be billed and delivered in an electronic format  Lessee further agrees that Lessor may deliver electronic bills via email  the internet or by any method as determined by Owner  Lessee may opt out of electronic billing and may receive utility bills in paper form

4   **Third Party Utility Service Providers & Billing Providers**  Lessee shall be solely responsible for obtaining services for all utilities for the Lot  Lessee must pay any third party utility service provider directly for usage and charges relating to the applicable utility  Payment is due immediately upon issuance  The utility service provider may prepare and deliver utility bills in an electronic format as defined in the above paragraph

Lessor reserves the right to select and retain the services of a third-party billing provider of its choosing for any utility used at the Community  The Lessor reserves the right to change any third party billing service provider at its sole and absolute discretion upon thirty (30) days written notice to the Lessee

5   **Placing Utility Account in Name of Lessee**  Lessee shall set up an account in the Lessee s name for each utility for which Lessee is responsible for payment through any third party  Lessee shall set up such an account prior to taking possession of the Lot  Lessee shall ensure the account start date corresponds with Lessee move-in date  Lessee s failure to place the utility account for the Lot in Lessee s name is a material and substantial breach of the Lease and shall entitle the Lessor to exercise all remedies available under the Lease and applicable law  Lessee agrees to pay and indemnify Lessor for any and all utility payments made by Lessor on behalf of the Lessee

**Miscellaneous** Lessee acknowledges that Lessor reserves the right upon sixty (60) days written notice to begin billing Lessee for utilities not checked above or to change billing to a new method at the Owner's sole and absolute discretion  In the event of any conflict between the provisions of this Addendum and any provision of the Lease  this Addendum shall control  Lessee must not allow utilities to be disconnected – including disconnection for not paying bills until the lease term or renewal period ends  Utilities may be used only for normal household purposes and must not be wasted  If electricity is ever interrupted  Lessee must use only battery-operated lighting

WITNESS _____   DATE_____   BY _____  DATE 3-25-14

PARK MANAGER  Yvette E Jimenez  Office Assistant

WITNESS _____   DATE_____   BY _____  DATE 3-25-14

**LESSEE (Tenant)** Felix Bolanos

WITNESS _____   DATE_____   BY _____  DATE_____

**LESSEE (Tenant)**

08/17/99

WAPLES00000085

# Pls.' Ex. 46



# A.J. DWOSKIN
## & ASSOCIATES INC
### Real Estate Development & Management

**Lease Addendum**
**Park Policies Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease  A J Dwoskin & Associates (hereinafter referred to as Manager ) is acting pursuant to express written authority by the Owner of Waples Mobile Homes Park

Residents and all occupants  including children  adults and guests  must comply with all policies regarding use of the Park

**Security**   Manager and Owner and their respective employees and agents (hereinafter referred to as  Affiliates ) do not provide  guarantee  or warrant security  Each resident has the responsibility to protect him/herself  spouse  children or guests   Manager and Affiliates do not represent the Park is safe from criminal activities by third parties   Neighborhood Crime Watch  signs  if any  do not imply safety or security   Resident(s) should call 911  if a crime occurs or is suspected

The existence of any perceived security devices such as cameras  or other systems are not a guarantee of your personal safety or security  and they are not a guarantee against criminal activity  No representation is being made that they will be effective to prevent injury  theft or vandalism  Manager s representatives cannot physically be every place at every moment of the day or night  Manager assumes no duties of security  Manager reserves the right to cancel or reduce any security related mechanism without notice   Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time   There will invariably be breakdowns of anything mechanical or electronic in nature  and criminals can circumvent almost any systems designed to deter crime   Under all circumstances  residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible

Manager reserves the right to reduce  modify or eliminate any security system  security devices or service (other than those statutorily required) at any time and without notice  and such action shall not be a breach of any obligation or warranty on the part of the Manager

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property  Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident s front door

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information

**Ice**   Manager has no duty to remove ice  sleet  or snow from any areas within the Park   Resident is responsible for removing snow and ice on or around his vehicle and mobile homes  and understands that snow will likely return around the vehicle following parking lot plowing

**Construction**   Your Park may be under construction   You need to observe all warning signs and stay out of the construction areas   Construction crews work throughout the days during the week and on weekends in order to complete construction  Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident  occupants and guests  Any blockades need to be observed and are in place for your benefit

**Maintenance** Emergency maintenance service is provided 24 hours a day by calling the Park Maintenance Hotline phone number  Qualified maintenance personnel are on duty to handle most problems that may arise  A maintenance emergency consists of

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water



WAPLES00000086

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests**   No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management  The resident(s) will be responsible and liable for the acts of their guests  Acts of guests in violation of the Lease or these Rules and Regulations  may be deemed by Management to be a breach by resident(s)

**Parking of Mobile Homes**   If additional electrical service is required  it must be installed at the homeowner or dealer s expense

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer s expense   Tie downs are also required and must be place in accordance with the manufacturer s standards and with State and/or County codes

It is the homeowner s responsibility to obtain or make arrangements to obtain all permits required by government authorities   The homeowner may not reside in the mobile home until all installation requirements are met Management reserves the right to copy all permits and/or approvals for retention in the homeowner s file

Lots will be used only for the parking of a mobile home approved by the Management

Manufactured skirting is required on every mobile home  Skirting must be installed within 30 days after moving into the Park  Skirting, lattice  or decorative blocks approved by Management, prior to installation  must also be installed around the base of any outside deck and/or steps

One set of manufactured steps are required at the front and the back door of each mobile home

**Parking of Vehicles**   Parking shall be permitted only in those areas or spaces designated by the Management Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park

Any unauthorized or improperly parked vehicles  inoperable  unlicensed  without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner s expense and risk

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the windshield  Hanging passes must be displayed on the rear view mirror

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles  If a vehicle is parked on the premises without an approved parking permit  or if the permit is displayed improperly  it will be towed at the vehicle owner s risk and expense

If a Resident purchases a new vehicle  the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle

If a sticker is lost or not returned to the Leasing Office upon Move Out, a **$100** fee per sticker will be charged

All vehicles must have current State Tags  County Stickers  and Inspection Stickers  Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws  for example expired State inspection and local stickers and tags

**Permits Issued**   A copy of a valid driver s license and a vehicle registration  under the leaseholder s name  is required for each permit issued  Upon move out or if the vehicle is sold  the sticker/permit must be returned to the Leasing Office or a fee will be incurred

**Types of Vehicle Allowed**   Recreational vehicles  commercial vehicles  travel trailers  boats over 16 foot, buses  panel vans  wreckers  dump trucks  state body or flat bed trucks and all other vehicles larger than pick–up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park  The storage of equipment  and/or the placement of commercial signs or advertisement are not permitted  Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations

**Rental Payments**   All rents and water bills are due on or before the 1st of each month  Rent is considered late after the first of the month   If rent and/or water is received after the 5th day of the month a late fee of $50 00  Personal checks for late rent will not be accepted after the 5th of the month

WAPLES00000087

In the event a check is returned for insufficient funds a bad check service charge of $50 00 will be assessed against the Lessee  Returned checks must be covered by cashier s check  money order or certified check  After one returned check  residents must pay by either cashier s check, money order or certified check  After six (6) months  we will consider reinstatement of personal check privileges  We do not re deposit returned checks  We will not be responsible for postdated checks

**Disturbance and Noises**  Loud noises and other disturbing acts, in or around the mobile home  mobile home lot or common areas  that interfere with the rights  comforts or convenience of other residents and/or their guests are prohibited at all times  Resident(s) should call the Park Office during business hours  when a disturbance from other resident(s) or their guest(s) is occurring  Resident(s) will be asked to file a <u>written complaint</u> with Management

**Supervision of Children**  All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations  Children must play in their own lots or the playground (Park specific)  An adult must supervise children <u>at all times</u>  Bicycle riding  scooter riding  roller blading or skateboarding is not permitted on the Park s streets  Loitering or playing on the Park s streets is prohibited

**Insurance**  Resident(s) agree not to use the Park or their home in any manner that will increase the risks of  or rate of insurance  or cause cancellation of any insurance policy covering the Park  Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25 000 00

**Lot Maintenance / Usage**  Mobile home lot must be kept neat and clean  Outside storage of boxes  bottles  can  tools  appliances and other unsightly debris is not permitted  Fireplace wood can be stored if piled neatly to the rear of the lot  Mobile home lot must be mowed on a regular basis  Neglected yards will be mowed and/or cleaned at the resident s expense 10 days after written notice has been served

Vehicle parking areas are considered a part of your lot and must be kept clean

Resident(s) must consult Management prior to planting or doing any excavation  All planting becomes the property of the Park

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home

Major vehicle repair or oil changes are not permitted in the Park

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months  Any damage to water lines or meter assembly will be billed to resident

**Lot Inspection / Maintenance**  All mobile home lots remain under the direct control of Management  Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters  inspecting, maintaining or making repairs  alterations or additions to any portion of the lot

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size  style  design  exterior  number  address  maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement  If a home or lot does not conform  the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days  If the resident(s) does not conform within the required period  they would be subject to fines  legal action and possible eviction

Management reserves the right to access and enter the mobile homes of its residents  upon a twenty four (24) hours written notice  for the purpose of determining the number of residents in the mobile home  and otherwise evaluating compliance with the terms of the Lease Agreement  (See Lease Agreement  Paragraph 6)

Except for loss or damages caused by Landlord s gross negligence or willful misconduct  the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home

All resident(s) must show proof of property and liability insurance coverage for their mobile home  Resident(s) will be required to show Management an updated certificate of insurance each year

**Soliciting**  Solicitors  canvassers  vendors and peddlers etc  are not permitted in the Park

WAPLES00000088

**Pets**  Pets are not permitted on the premises until approved by management  A pet agreement must be executed and all applicable deposits and fees paid  Pets must be on a leash at all times when outdoors  Residents are to clean up after their pets  There will be a $25 00 charge per incident to those who do no clean up after their pet(s)  Pet privilege will be immediately revoked for non compliance  Exotic animals and some dog breeds are restricted  No more than two (2) pets are permitted and each pet must weight no more than one hundred (100) pounds at maturity  Monthly pet rent is $20/per pet

No Rottweilers  Pit Bulls  Malamutes  St Bernards  Great Danes  Akitas  American Bulldog Staffordshire Terriers Canary Dogs  Doberman Pinschers  Chow Chows (including mix with restricted breeds) or exotic animals (Tarantulas Piranhas, Reptiles – snakes  iguanas  Ferrets  Skunks  Raccoons  Squirrels  Rabbits  Birds – parrots  cockatiels macaws) will be permitted

**Speed Limit.**  Our roadways must accommodate vehicles and pedestrian traffic  10 M P H  and/or 15 M P H  speed limits (Park specific) have been posted  Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park  Resident(s) will be held responsible for strict observance of the posted limits  not only for themselves  but also for their family members and guests

**Fireworks**  Fireworks are strictly prohibited in the Mobile Home Park

**General use of the Lot**  Lots will be used only for the parking of a mobile home approved by the Management

No improvements to your mobile home or lot, including and not limited to the decks  awnings  carports  storage sheds and fencing will be allowed without prior written permission from the Management  Storage sheds  awnings and skirting must be of a manufactured rust resistant variety and be approved by the Management in writing prior to installation  Storage sheds must be of manufactured type  not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors  Only one storage shed per lot is permitted  Fencing shall not exceed four (4) feet in height and must be approved by Management prior to installation

The only type of clothesline that will be permitted is the umbrella type  to be placed at the rear of the mobile home lot

Children s pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth

**Mail Services**  Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service

The Park Office will not accept any UPS  Federal Express or special deliveries

**Zero Tolerance**  Any arrestable offense will not be tolerated  Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated  Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated  Criminal sexual behavior and public sexual acts will not be tolerated  Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated  Illegal drug use or the possession of illegal drugs will not be tolerated  Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire  explosion or other emergency will not be tolerated  Disposing of trash anywhere other than designated areas will not be tolerated  Inappropriate behavior including but not limited to fighting, playing on fencing  graffiti  destruction of property  or other use of Park property for other than designed use will not be tolerated  Open containers of alcohol are illegal  In the opinion of the Manager  any activity of a suspicious nature on the part of the resident  or any of the employees guests or family members of the resident in the leased premises  or any areas adjoining the premises  shall be cause for immediate termination of the lease

Zero tolerance offenses constitute a non remediable act  We may terminate the Lease Contract immediately by written notice to you

**Sale of Mobile Home**  Resident(s) may sell their mobile home to whomever they choose  If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions

- The seller(s) must be current in rent and water payments
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home  awnings and storage buildings/sheds must be in good repair  All mobile homes must have hitches tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park

WAPLES00000089

After permission is granted the following policies apply

- The owner(s) may sell their own mobile home or employ a dealer broker or agent they choose to sell their mobile home  Park employees will not assist resident(s) in selling mobile homes
- The Management must approve all signs advertising the sale of a mobile home  Signs are to be placed in the street side window of the home
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home  The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal**   Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term

Management will supervise the moving of your mobile home  in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home  However the removal of the mobile home is at the cost and risk of the resident(s)  Any damages to utilities services trees shrubbery and lot will be the sole responsibility of the resident(s)

The lot must be left clean  If the lot is not left in good condition  charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s)

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident  A forwarding address must be submitted in writing to the Park Office prior to vacating the lot

**Liability**  The Management is not responsible for fire theft or damage to any mobile home  vehicle or other personal property belonging to resident(s) or occupant(s) living therein  nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park

**Waiver**  A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have  and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies

**Interpretation of Policies**  The Manager s interpretation of these rules and regulations  and the Manager s decision based on them  shall be final and conclusive  All policies will be strictly enforced

**Modification of Policies**  The Manager may  from time to time  amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices

ACKNOWLEDGEMENT  CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached  the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following

1   The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings  I have received no representations or warranties  either expressed or implied  regarding safety  security or security systems  Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided  promised or guaranteed  I understand that security is the responsibility of myself and the local law enforcement agency

2   I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage  costs  loss of personal property  or injury to persons as a result of  or arising out of or incidental to the installation operation  non operation  repair or replacement of security devices  whether or not caused by the negligent act or omission of the Manager or Owner of this property

3   I understand that providing insurance on my personal property is my responsibility   Manager has not stated or implied to me that it will provide insurance or any coverage for any loss

WAPLES00000090

4   I agree to assume full and complete responsibility for all risks and hazards attributable to connected with or in any way related to any construction now or hereafter occurring on the property

_____    3-25 14          _____  3 25 14
Resident                   Date              Management Representative  Date

_____    _____
Resident                   Date

_____    _____
Resident                   Date

_____    _____
Resident                   Date

_____    _____
Resident                   Date

_____    _____
Resident                   Date

WAPLES00000091

# Pls.' Ex. 47

# A.J. DWOSKIN

## & ASSOCIATES, INC.

### Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Bull Run Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security.** Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice; and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

EXHIBIT
R. Rivas    9
11/1/16   wlw
Planet Depos, LLC

WAPLES00000056

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.** No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management. The resident(s) will be responsible and liable for the acts of their guests. Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

**Parking of Mobile Homes.** If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense. Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities. The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home. Skirting must be installed within 30 days after moving into the Park. Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.** Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident or Guest/Visitor** parking permit displayed at all times in the windshield. Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a $100 fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws; for example, expired State inspection and local stickers and tags.

**Permits Issued.** A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.** Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick-up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.** All rents and water bills are due on or before the 1st of each month. Rent is considered late after the first of the month. If rent and/or water is received after the 5th day of the month a late fee of $50.00. Personal checks for late rent will not be accepted after the 5th of the month.

WAPLES00000057

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or wilful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

WAPLES00000058

**Pets.** Pets are not permitted on the premises until approved by management. A pet agreement must be executed and all applicable deposits and fees paid. Pets must be on a leash at all times when outdoors. Residents are to clean up after their pets. There will be a $25.00 charge per incident to those who do no clean up after their pet(s). Pet privilege will be immediately revoked for non-compliance. Exotic animals and some dog breeds are restricted. No more than two (2) pets are permitted and each pet must weight no more than one hundred (100) pounds at maturity. Monthly pet rent is $20/per pet.

No Rottweilers, Pit Bulls, Malamutes, St. Bernards, Great Danes, Akitas, American Bulldog Staffordshire Terriers, Canary Dogs, Doberman Pinschers, Chow-Chows (including mix with restricted breeds) or exotic animals (Tarantulas, Piranhas, Reptiles – snakes, iguanas, Ferrets, Skunks, Raccoons, Squirrels, Rabbits. Birds – parrots, cockatiels, macaws) will be permitted.

**Speed Limit.** Our roadways must accommodate vehicles and pedestrian traffic. 10 M.P.H. and/or 15 M.P.H. speed limits (Park specific) have been posted. Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park. Resident(s) will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests.

**Fireworks.** Fireworks are strictly prohibited in the Mobile Home Park.

**General use of the Lot.** Lots will be used only for the parking of a mobile home approved by the Management.

No improvements to your mobile home or lot, including and not limited to the decks, awnings, carports, storage sheds, and fencing will be allowed without prior written permission from the Management. Storage sheds, awnings, and skirting must be of a manufactured rust-resistant variety and be approved by the Management in writing prior to installation. Storage sheds must be of manufactured type, not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors. Only one storage shed per lot is permitted. Fencing shall not exceed four (4) feet in height and must be approved by Management prior to installation.

The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot.

Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth.

**Mail Services.** Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service.

The Park Office will not accept any UPS, Federal Express or special deliveries.

**Zero Tolerance.** Any arrestable offense will not be tolerated. Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated. Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated. Criminal sexual behavior and public sexual acts will not be tolerated. Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated. Illegal drug use or the possession of illegal drugs will not be tolerated. Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire, explosion or other emergency will not be tolerated. Disposing of trash anywhere other than designated areas will not be tolerated. Inappropriate behavior including but not limited to fighting, playing on fencing, graffiti, destruction of property, or other use of Park property for other than designed use will not be tolerated. Open containers of alcohol are illegal. In the opinion of the Manager, any activity of a suspicious nature on the part of the resident, or any of the employees, guests or family members of the resident in the leased premises, or any areas adjoining the premises, shall be cause for immediate termination of the lease.

Zero tolerance offenses constitute a non-remediable act. We may terminate the Lease Contract immediately by written notice to you.

**Sale of Mobile Home.** Resident(s) may sell their mobile home to whomever they choose. If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions:

- The seller(s) must be current in rent and water payments.
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home; awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

WAPLES00000059

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss

WAPLES00000060

4.   I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

_____          _____
Resident                        Date          Management Representative    Date

_____
Resident                        Date

_____
Resident                        Date

_____
Resident                        Date

_____
Resident                        Date

_____
Resident                        Date

WAPLES00000061

# Pls.' Ex. 48

## **UTILITY ADDENDUM**

This Utility Addendum ( "Addendum") shall become part of the Mobile Home Lease Agreement (the "Lease") dated the 1st day of April , 2015 by and between Felix Bolanos ("Owner"), by its agent A.J. Dwoskin & Associates, Inc. (collectively "Lessor")  and Felix Bolanos (collectively in the singular "Lessee") of 4227 Stackler Drive   Fairfax, VA 22030 ("Lot").

1.    **Payment of Utilities and Billing Methods:** Lessee will be responsible for payment of all utilities, including those as set forth below:
   a.    **Water/Sewer.**
      i.    **Responsible Party:** Charges for this services for the Lot will be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to: ☒ Lessor   ☐ Third Party Utility Service Provider.
      ii.    **Methodology:** If paid by Lessee, charges for this utility will based on <u>one</u> of the following methods
         ☐ A flat monthly rate of $_____ per month;
         ☐ Lessee's actual use; or
         ☒ Ratio utility billing system (RUBS) –
            1.    **Occupant Factor:** In calculating Lesse's water/sewer bill, each Lot  will be assigned an Occupant Factor based upon the total number of the occupants for the Lessee's Lot as follows:

| Number of Occupants | Occupant Factor |
|---|---|
| 1 | 1.0 |
| 2 | 1.6 |
| 3 | 1.9 |
| +1 | +0.3 |

            2.    **Calculation:** Lessee's water and sewer bill will be calculated based upon the following methodology:
               • First, all applicable water and sewer charges and costs are totaled for the billing period ( "Total Property Utility Cost").
               • Second, a common area deduction in the amount of 5% is applied to the Total Property Utility Cost ("Adjusted Bill"").
               • Third, the Occupant Factor for each Lot be totaled for the billing period ("Total Occupant Factor")
               • Fourth, the Adjusted Bill is divided by the Total Occupant Factor ("Amount per Occupant")
               • Fifth, the Amount per Occupant is multiplied by the Number of Occupants of for Lessee's Lot the product of which becomes Lessee's water and sewer bill for the applicable period.

   b.    **Trash.**
      i.    **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☒ Lessor; or
         ☐ Lessee, and payment shall be made directly to:  ☐ Lessor        ☐ Third Party Utility Service Provider.
      ii.    **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.
   c.    **Gas.**
      i.    **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to:  ☐ Lessor       ☒ Third Party Utility Service Provider.
      ii.    **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.
   d.    **Electricity.**
      i.    **Responsible Party:** Charges for this services for the Lot will  be paid for by:
         ☐ Lessor; or
         ☒ Lessee, and payment shall be made directly to:  ☐ Lessor     ☒ Third Party Utility Service Provider.
      ii.    **Methodology:** If paid by Lessee, charges for this utility will based upon Lessee's separate agreement with the Third Party Utility Service Provider.

2.    **Additional Service Charges:** Lessee is also responsible for payment of the following additional service charges:

   a.    **Service Fee:**                        $_____/Month
   b.    **Set-Up Fee:**                         $_____/One Time Fee

In addition, Lessee agrees to be responsible for any other additional fees, deposits, assessments or any other charges related to its use of utilities at the Community or as charged to the Community.  Lessor reserves the right to modify the amount of and or add any additional fees, deposits, assessments or any other utility related charges as authorized under the applicable law.

06/09/14

WAPLES00000054

3.   **Payment.** Charges for usage of all utilities are considered rent as defined by the applicable law.  Unless otherwise stated in this Addendum, Lessee must pay all utility charges to the Lessor in the same form and fashion in which Rent is required to be made pursuant to the Lease. Payments for utility charges are due with monthly Rent, by the first day of the following month that the charges are calculated. In the event that Lessee fails to pay any or all portion of utility charges on or before the due date, Lessor may, (i) apply a late fee as defined under the Lease or applicable law; and (ii) in its sole and absolute discretion to apply any portion of Lessee's monthly Rent payment towards the balance owed by Lessee for utility charges and leave Lessee delinquent in monthly Rent and accruing late fees as stated in the Lease and or  pursue any rights or remedies Lessor would otherwise be entitled to pursue under the Lease or applicable law for Lessee's failure to pay Rent.

   a.   **Electronic Billing:** Lessee agrees that utility charges may be billed and delivered in an electronic format. Lessee further agrees that Lessor may deliver electronic bills via email, the internet or by any method as determined by Owner.  Lessee may opt out of electronic billing and may receive utility bills in paper form.

4.   **Third Party Utility Service Providers & Billing Providers**: Lessee shall be solely responsible for obtaining services for all utilities for the Lot.  Lessee must pay any third party utility service provider directly for usage and charges relating to the applicable utility. Payment is due immediately upon issuance.  The utility service provider may prepare and deliver utility bills in an electronic format as defined in the above paragraph.

   Lessor reserves the right to select and retain the services of a third-party billing provider of its choosing for any utility used at the Community. The Lessor reserves the right to change any third-party billing service provider at its sole and absolute discretion upon thirty (30) days written notice to the Lessee.

5.   **Placing Utility Account in Name of Lessee.** Lessee shall set up an account in the Lessee's name for each utility for which Lessee is responsible for payment through any third party. Lessee shall set up such an account prior to taking possession of the Lot. Lessee shall ensure the account start date corresponds with Lessee' move-in date.  Lessee's failure to place the utility account for the Lot in Lessee's name is a material and substantial breach of the Lease and shall entitle the Lessor to exercise all remedies available under the Lease and applicable law.  Lessee agrees to pay and indemnify Lessor for any and all utility payments made by Lessor on behalf of the Lessee.

**Miscellaneous.** Lessee acknowledges that Lessor reserves the right upon sixty (60) days written notice to begin billing Lessee for utilities not checked above or to change billing to a new method at the Owner's sole and absolute discretion. In the event of any conflict between the provisions of this Addendum and any provision of the Lease, this Addendum shall control.  Lessee must not allow utilities to be disconnected – including disconnection for not paying bills until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted.  If electricity is ever interrupted, Lessee must use only battery-operated lighting

WITNESS:_____DATE_____     BY:_____DATE_____

WITNESS:_____DATE_____     BY:_____DATE___3/29/15____
                                                          **PARK MANAGER, Josephine Giambnco**

WITNESS:_____DATE_____     BY:_____DATE_____
                                                          **LESSEE (Tenant) Felix Bolanos**

                                                          **LESSEE (Tenant)**

06/09/14

WAPLES00000055

# Pls.' Ex. 49

## UTILITY ADDENDUM

This Utility Addendum ( Addendum ) shall become part of the Mobile Home Lease Agreement (the Lease ) dated the 1st day of February  2014 by and between Esteban Moya ( Owner ) by its agent A J  Dwoskin & Associates  Inc  (collectively  Lessor )  and Esteban Moya (collectively in the singular  Lessee ) of 11259 Mobile Drive  Manassas  VA 20111 ( Lot )

1    **Payment of Utilities and Billing Methods**  Lessee will be responsible for payment of all utilities  including those as set forth below
  a    **Water/Sewer**
    i    **Responsible Party**  Charges for this services for the Lot will be paid for by
      ☐ Lessor  or
      ☐ Lessee  and payment shall be made directly to  ☒ Lessor    ☐ Third Party Utility Service Provider
    ii    **Methodology**  If paid by Lessee  charges for this utility will based on <u>one</u> of the following methods
      ☐ A flat monthly rate of $_____ per month
      ☐ Lessee s actual use  or
      ☒ Ratio utility billing system (RUBS) –
        1    **Occupant Factor**  In calculating Lessee s water/sewer bill  each Lot  will be assigned an Occupant Factor based upon the total number of the occupants for the Lessee s Lot as follows

| Number of Occupants | Occupant Factor |
|---|---|
| 1 | 1 0 |
| 2 | 1 6 |
| 3 | 1 9 |
| +1 | +0 3 |

        2    **Calculation**  Lessee s water and sewer bill will be calculated based upon the following methodology
          • First  all applicable water and sewer charges and costs are totaled for the billing period ( Total Property Utility Cost )
          • Second  a common area deduction in the amount of 5% is applied to the Total Property Utility Cost ( Adjusted Bill )
          • Third  the Occupant Factor for each Lot be totaled for the billing period ( Total Occupant Factor")
          • Fourth  the Adjusted Bill is divided by the Total Occupant Factor ( Amount per Occupant )
          • Fifth  the Amount per Occupant is multiplied by the Number of Occupants of for Lessee s Lot the product of which becomes Lessee s water and sewer bill for the applicable period

  b    **Trash**
    i    **Responsible Party**  Charges for this services for the Lot will  be paid for by
      ☐ Lessor  or
      ☒ Lessee  and payment shall be made directly to  ☐ Lessor    ☒ Third Party Utility Service Provider
    ii    **Methodology**  If paid by Lessee  charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider

  c    **Gas**
    i    **Responsible Party**  Charges for this services for the Lot will  be paid for by
      ☐ Lessor  or
      ☒ Lessee  and payment shall be made directly to  ☐ Lessor    ☒ Third Party Utility Service Provider
    ii    **Methodology**  If paid by Lessee  charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider

  d    **Electricity**
    i    **Responsible Party**  Charges for this services for the Lot will  be paid for by
      ☐ Lessor  or
      ☒ Lessee  and payment shall be made directly to  ☐ Lessor    ☒ Third Party Utility Service Provider
    ii    **Methodology**  If paid by Lessee  charges for this utility will based upon Lessee s separate agreement with the Third Party Utility Service Provider

2    **Additional Service Charges**  Lessee is also responsible for payment of the following additional service charges

  a    Service Fee                    $_____/Month
  b    Set Up Fee                    $_____/One Time Fee
[MIE1]
In addition  Lessee agrees to be responsible for any other additional fees  deposits  assessments or any other charges related to its use of utilities at the Community or as charged to the Community  Lessor reserves the right to modify the amount of and or add any additional fees  deposits  assessments or any other utility related charges as authorized under the applicable law

3    **Payment**  Charges for usage of all utilities are considered rent as defined by the applicable law  Unless otherwise stated in this Addendum  Lessee must pay all utility charges to the Lessor in the same form and fashion in which Rent is required to be made pursuant to the Lease  Payments for utility charges are due with monthly Rent  by the first day of the following month that the charges are calculated  In the event

WAPLES00000900

that Lessee fails to pay any or all po    Utility charges on or before the due date  Lesso    7 (i) apply a late fee as defined under the Lease or applicable law  and (ii) in t    and absolute discretion to apply any portion c    see s monthly Rent payment towards the balance owed by Lessee for utility charges and leave Lessee delinquent in monthly Rent and accruing late fees as stated in the Lease and or pursue any rights or remedies Lessor would otherwise be entitled to pursue under the Lease or applicable law for Lessee s failure to pay Rent

    a   **Electronic Billing**  Lessee agrees that utility charges may be billed and delivered in an electronic format  Lessee further agrees that Lessor may deliver electronic bills via email  the internet or by any method as determined by Owner  Lessee may opt out of electronic billing and may receive utility bills in paper form

4    **Third Party Utility Service Providers & Billing Providers**  Lessee shall be solely responsible for obtaining services for all utilities for the Lot  Lessee must pay any third party utility service provider directly for usage and charges relating to the applicable utility  Payment is due immediately upon issuance  The utility service provider may prepare and deliver utility bills in an electronic format as defined in the above paragraph

    Lessor reserves the right to select and retain the services of a third party billing provider of its choosing for any utility used at the Community  The Lessor reserves the right to change any third party billing service provider at its sole and absolute discretion upon thirty (30) days written notice to the Lessee

5    **Placing Utility Account in Name of Lessee**  Lessee shall set up an account in the Lessee s name for each utility for which Lessees responsible for payment through any third party  Lessee shall set up such an account prior to taking possession of the Lot  Lessee shall ensure the account start date corresponds with Lessee  move in date  Lessee s failure to place the utility account for the Lot in Lessee s name is a material and substantial breach of the Lease and shall entitle the Lessor to exercise all remedies available under the Lease and applicable law  Lessee agrees to pay and indemnify Lessor for any and all utility payments made by Lessor on behalf of the Lessee

**Miscellaneous**  Lessee acknowledges that Lessor reserves the right upon sixty (60) days written notice to begin billing Lessee for utilities not checked above or to change billing to a new method at the Owner's sole and absolute discretion  In the event of any conflict between the provisions of this Addendum and any provision of the Lease  this Addendum shall control  Lessee must not allow utilities to be disconnected – including disconnection for not paying bills until the lease term or renewal period ends  Utilities may be used only for normal household purposes and must not be wasted  If electricity is ever interrupted  Lessee must use only battery operated lighting

WITNESS _____ DATE _____    BY _Yvette E Jimenez_ DATE _1-16-14_
    PARK MANAGER Yvette E  Jimenez  Office Assistant

WITNESS _____ DATE _____    BY _____ DATE _01-16-14_
    LESSEE (Tenant) Esteban Moya

WITNESS _____ DATE _____    BY _____ DATE _____
    LESSEE (Tenant)

08/17/99

WAPLES00000901

# Pls.' Ex. 50

# A.J. DWOSKIN

## & ASSOCIATES, INC.

### Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Waples Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security.** Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice; and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

**EXHIBIT**
H. Saravia 10
11/3/16   vlw
Planet Depos, LLC

WAPLES00000216

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.** No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management. The resident(s) will be responsible and liable for the acts of their guests. Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

**Parking of Mobile Homes.** If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense. Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities. The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home. Skirting must be installed within 30 days after moving into the Park. Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.** Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the windshield. Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a $100 fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws; for example, expired State inspection and local stickers and tags.

**Permits Issued.** A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.** Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick-up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.** All rents and water bills are due on or before the 1st of each month. Rent is considered late after the first of the month. If rent and/or water is received after the 5th day of the month a late fee of $50.00. Personal checks for late rent will not be accepted after the 5th of the month.

WAPLES00000217

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or willful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

WAPLES00000218

**Pets.** Pets are not permitted on the premises until approved by management. A pet agreement must be executed and all applicable deposits and fees paid. Pets must be on a leash at all times when outdoors. Residents are to clean up after their pets. There will be a $25.00 charge per incident to those who do no clean up after their pet(s). Pet privilege will be immediately revoked for non-compliance. Exotic animals and some dog breeds are restricted. No more than two (2) pets are permitted and each pet must weight no more than one hundred (100) pounds at maturity. Monthly pet rent is $20/per pet.

No Rottweilers, Pit Bulls, Malamutes, St. Bernards, Great Danes, Akitas, American Bulldog Staffordshire Terriers, Canary Dogs, Doberman Pinschers, Chow-Chows (including mix with restricted breeds) or exotic animals (Tarantulas, Piranhas, Reptiles – snakes, iguanas, Ferrets, Skunks, Raccoons, Squirrels, Rabbits, Birds – parrots, cockatiels, macaws) will be permitted.

**Speed Limit.** Our roadways must accommodate vehicles and pedestrian traffic. 10 M.P.H. and/or 15 M.P.H. speed limits (Park specific) have been posted. Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park. Resident(s) will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests.

**Fireworks.** Fireworks are strictly prohibited in the Mobile Home Park.

**General use of the Lot.** Lots will be used only for the parking of a mobile home approved by the Management.

No improvements to your mobile home or lot, including and not limited to the decks, awnings, carports, storage sheds, and fencing will be allowed without prior written permission from the Management. Storage sheds, awnings, and skirting must be of a manufactured rust-resistant variety and be approved by the Management in writing prior to installation. Storage sheds must be of manufactured type, not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors. Only one storage shed per lot is permitted. Fencing shall not exceed four (4) feet in height and must be approved by Management prior to installation.

The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot.

Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth.

**Mail Services.** Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service.

The Park Office will not accept any UPS, Federal Express or special deliveries.

**Zero Tolerance.** Any arrestable offense will not be tolerated. Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated. Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated. Criminal sexual behavior and public sexual acts will not be tolerated. Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated. Illegal drug use or the possession of illegal drugs will not be tolerated. Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire, explosion or other emergency will not be tolerated. Disposing of trash anywhere other than designated areas will not be tolerated. Inappropriate behavior including but not limited to fighting, playing on fencing, graffiti, destruction of property, or other use of Park property for other than designed use will not be tolerated. Open containers of alcohol are illegal. In the opinion of the Manager, any activity of a suspicious nature on the part of the resident, or any of the employees, guests or family members of the resident in the leased premises, or any areas adjoining the premises, shall be cause for immediate termination of the lease.

Zero tolerance offenses constitute a non-remediable act. We may terminate the Lease Contract immediately by written notice to you.

**Sale of Mobile Home.** Resident(s) may sell their mobile home to whomever they choose. If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions:

- The seller(s) must be current in rent and water payments.
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home; awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

WAPLES00000219

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss.

WAPLES00000220

4.   I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

| Resident | Date | Management Representative | Date |
|---|---|---|---|

Resident _____ Date _____

Resident _____ Date _____

Resident _____ Date _____

Resident _____ Date _____

Resident _____ Date _____

WAPLES00000221