# EXHIBIT 2(b)

# Pls.' Ex. 51



Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Waples Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security**. Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice; and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.** No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management. The resident(s) will be responsible and liable for the acts of their guests. Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

**Parking of Mobile Homes.** If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense. Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities. The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home. Skirting must be installed within 30 days after moving into the Park. Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.** Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the windshield. Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a **$100** fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws: for example, expired State inspection and local stickers and tags.

**Permits Issued.** A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.** Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick-up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.** All rents and water bills are due on or before the 1st of each month. Rent is considered late after the first of the month. If rent and/or water is received after the 5th day of the month a late fee of $50.00. Personal checks for late rent will not be accepted after the 5th of the month.

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or willful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home: awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss.

4. I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

Resident Date

Management Representative Date

Resident Date

Resident Date

Resident Date

Resident Date

Resident Date

# Pls.' Ex. 52

A.J. DWOSKIN

& ASSOCIATES, INC.

Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Waples Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security**. Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice; and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.** No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management. The resident(s) will be responsible and liable for the acts of their guests. Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

**Parking of Mobile Homes.** If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense. Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities. The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home. Skirting must be installed within 30 days after moving into the Park. Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.** Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the windshield. Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a **$100** fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws; for example, expired State inspection and local stickers and tags.

**Permits Issued.** A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.** Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick–up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.** All rents and water bills are due on or before the 1st of each month. Rent is considered late after the first of the month. If rent and/or water is received after the 5th day of the month a late fee of $50.00. Personal checks for late rent will not be accepted after the 5th of the month.

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or willful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

**Pets.** Pets are not permitted on the premises until approved by management. A pet agreement must be executed and all applicable deposits and fees paid. Pets must be on a leash at all times when outdoors. Residents are to clean up after their pets. There will be a $25.00 charge per incident to those who do no clean up after their pet(s). Pet privilege will be immediately revoked for non-compliance. Exotic animals and some dog breeds are restricted. No more than two (2) pets are permitted and each pet must weight no more than one hundred (100) pounds at maturity. Monthly pet rent is $20/per pet.

No Rottweilers, Pit Bulls, Malamutes, St. Bernards, Great Danes, Akitas, American Bulldog Staffordshire Terriers, Canary Dogs, Doberman Pinschers, Chow-Chows (including mix with restricted breeds) or exotic animals (Tarantulas, Piranhas, Reptiles – snakes, iguanas, Ferrets, Skunks, Raccoons, Squirrels, Rabbits, Birds – parrots, cockatiels, macaws) will be permitted.

**Speed Limit.** Our roadways must accommodate vehicles and pedestrian traffic. 10 M.P.H. and/or 15 M.P.H. speed limits (Park specific) have been posted. Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park. Resident(s) will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests.

**Fireworks.** Fireworks are strictly prohibited in the Mobile Home Park.

**General use of the Lot.** Lots will be used only for the parking of a mobile home approved by the Management.

No improvements to your mobile home or lot, including and not limited to the decks, awnings, carports, storage sheds, and fencing will be allowed without prior written permission from the Management. Storage sheds, awnings, and skirting must be of a manufactured rust-resistant variety and be approved by the Management in writing prior to installation. Storage sheds must be of manufactured type, not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors. Only one storage shed per lot is permitted. Fencing shall not exceed four (4) feet in height and must be approved by Management prior to installation.

The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot.

Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth.

**Mail Services.** Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service.

The Park Office will not accept any UPS, Federal Express or special deliveries.

**Zero Tolerance.** Any arrestable offense will not be tolerated. Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated. Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated. Criminal sexual behavior and public sexual acts will not be tolerated. Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated. Illegal drug use or the possession of illegal drugs will not be tolerated. Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire, explosion or other emergency will not be tolerated. Disposing of trash anywhere other than designated areas will not be tolerated. Inappropriate behavior including but not limited to fighting, playing on fencing, graffiti, destruction of property, or other use of Park property for other than designed use will not be tolerated. Open containers of alcohol are illegal. In the opinion of the Manager, any activity of a suspicious nature on the part of the resident, or any of the employees, guests or family members of the resident in the leased premises, or any areas adjoining the premises, shall be cause for immediate termination of the lease.

Zero tolerance offenses constitute a non-remediable act. We may terminate the Lease Contract immediately by written notice to you.

**Sale of Mobile Home.** Resident(s) may sell their mobile home to whomever they choose. If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions:

- The seller(s) must be current in rent and water payments.
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home; awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss.

4. I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

Resident 12-04-14 Date

Management Representative 12-4-14 Date

Resident Date

Resident Date

Resident Date

Resident Date

Resident Date

# Pls.' Ex. 53

8/11/2016

Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Bull Run Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security.** Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice: and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.** No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management. The resident(s) will be responsible and liable for the acts of their guests. Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

Any additional Resident being added to the Lease after the initial move-in date will incur an administrative fee.

**Parking of Mobile Homes.** If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense. Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities. The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home. Skirting must be installed within 30 days after moving into the Park. Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.** Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident** or **Guest/Visitor** parking permit displayed at all times in the lower passenger side of the rear windshield. Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a **$100** fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws; for example, expired State inspection and local stickers and tags.

**Permits Issued.** A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.** Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick–up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.** All rents and water bills are due on or before the 1st of each month. Rent is considered late after the first of the month. If rent and/or water is received after the 5th day of the month a late fee of $50.00. Personal checks for late rent will not be accepted after the 5th of the month.

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot. Tenants and occupants must comply with any and all required State and County/local codes and regulations.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or willful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Signs and Attachments.** Nothing shall be placed on or hung from the outside and/or inside of the windows, doors, patios or decks. No signs, decals or advertising notices of any kind shall be attached to any part of the outside and/or inside of the windows, doors, patios or decks unless they are "For Sale" signs approved by Management.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

**Animals.** Animals are not permitted on the premises until approved by management. An animal addendum must be executed and all applicable deposits and fees paid. Animals must be on a leash at all times when outdoors. Residents are to clean up after their animals. There will be a $25.00 charge per incident to those who do no clean up after their animal(s). Animal privilege will be immediately revoked for non-compliance. Exotic animals and some dog breeds are restricted. No more than two (2) animals are permitted and each animal must weight no more than one hundred (100) pounds at maturity. Monthly animal rent is $20/per animal.

No Rottweilers, Huskies, Pit Bulls, Malamutes, St. Bernards, Great Danes, Akitas, American Bulldog Staffordshire Terriers, Canary Dogs, Doberman Pinschers, Chow-Chows (including mix with restricted breeds) or exotic animals (Tarantulas, Piranhas, Reptiles – Snakes, Iguanas, Ferrets, Skunks, Raccoons, Squirrels, Rabbits, Birds – Parrots, Cockatiels, Macaws) will be permitted.

Animals that have exhibited aggressive behavior or have been designated by an appropriate authority as Dangerous or Vicious will not be allowed on Property. If we determine, in good faith based on reasonable inquiry, that any animal that is at the property is dangerous we will require the animal to be removed immediately and not returned to the property. Failure to comply with removal of the animal will be cause for immediate termination of your lease.

**Speed Limit.** Our roadways must accommodate vehicles and pedestrian traffic. 10 M.P.H. and/or 15 M.P.H. speed limits (Park specific) have been posted. Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park. Resident(s) will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests.

**Fireworks.** Fireworks are strictly prohibited in the Mobile Home Park.

**General use of the Lot.** Lots will be used only for the parking of a mobile home approved by the Management.

No improvements to your mobile home or lot, including and not limited to the decks, awnings, carports, storage sheds, and fencing will be allowed without prior written permission from the Management. Storage sheds, awnings, and skirting must be of a manufactured rust-resistant variety and be approved by the Management in writing prior to installation. Storage sheds must be of manufactured type, not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors. Only one storage shed per lot is permitted. Fencing shall not exceed four (4) feet in height, material must be vinyl or wood and must be approved by Management prior to installation.

The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot.

Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth.

**Mail Services.** Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service.

The Park Office will not accept any UPS, Federal Express or special deliveries.

**Zero Tolerance.** Any arrestable offense will not be tolerated. Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated. Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated. Criminal sexual behavior and public sexual acts will not be tolerated. Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated. Illegal drug use or the possession of illegal drugs will not be tolerated. Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire, explosion or other emergency will not be tolerated. Disposing of trash anywhere other than designated areas will not be tolerated. Inappropriate behavior including but not limited to fighting, playing on fencing, graffiti, destruction of property, or other use of Park property for other than designed use will not be tolerated. Open containers of alcohol are illegal. In the opinion of the Manager, any activity of a suspicious nature on the part of the resident, or any of the employees, guests or family members of the resident in the leased premises, or any areas adjoining the premises, shall be cause for immediate termination of the lease.

**Sale of Mobile Home.** Resident(s) may sell their mobile home to whomever they choose. If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions:

- The seller(s) must be current in rent and water payments.
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home; awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety

or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss.

4. I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

Resident Date

Management Representative Date

Resident Date

Resident Date

Resident Date

Resident Date

Resident Date

# Pls.' Ex. 54

01/2014

Real Estate Development & Management

**Lease Addendum**
**Park Policies, Rules and Regulations**

This Lease Addendum is attached to and made a part of the lease. A.J. Dwoskin & Associates (hereinafter referred to as "Manager") is acting pursuant to express written authority by the Owner of Bull Run Mobile Homes Park.

Residents and all occupants, including children, adults and guests, must comply with all policies regarding use of the Park.

**Security.** Manager and Owner and their respective employees and agents (hereinafter referred to as "Affiliates") do not provide, guarantee, or warrant security. Each resident has the responsibility to protect him/herself, spouse, children or guests. Manager and Affiliates do not represent the Park is safe from criminal activities by third parties. "Neighborhood Crime Watch" signs, if any, do not imply safety or security. Resident(s) should call 911 if a crime occurs or is suspected.

The existence of any perceived security devices such as cameras, or other systems are not a guarantee of your personal safety or security, and they are not a guarantee against criminal activity. No representation is being made that they will be effective to prevent injury, theft or vandalism. Manager's representatives cannot physically be every place at every moment of the day or night. Manager assumes no duties of security. Manager reserves the right to cancel or reduce any security-related mechanism without notice. Any mechanical/electronic devices must not be relied upon by resident(s) as working all the time. There will invariably be breakdowns of anything mechanical or electronic in nature, and criminals can circumvent almost any systems designed to deter crime. Under all circumstances, residents should assume that electronic and mechanical systems may malfunction and that persons responsible for them are not infallible.

Manager reserves the right to reduce, modify or eliminate any security system, security devices or service (other than those statutorily required) at any time and without notice; and such action shall not be a breach of any obligation or warranty on the part of the Manager.

The Manager and Affiliates do not promise or warrant that Manager will be aware of crime that happens in the area or even on the property. Manager will try to notify the residents when Manager becomes aware of a serious crime on the property via written notice attached to resident's front door.

If you would like to obtain information regarding the specific crime statistics for this geographical area, the local police station will be able to provide you with that information.

**Ice.** Manager has no duty to remove ice, sleet, or snow from any areas within the Park. Resident is responsible for removing snow and ice on or around his vehicle and mobile homes, and understands that snow will likely return around the vehicle following parking lot plowing.

**Construction.** Your Park may be under construction. You need to observe all warning signs and stay out of the construction areas. Construction crews work throughout the days during the week and on weekends in order to complete construction. Areas of construction will have machinery and equipment for use by authorized personnel only and entry into these areas is strictly prohibited to resident, occupants, and guests. Any blockades need to be observed and are in place for your benefit.

**Maintenance** Emergency maintenance service is provided 24-hours a day by calling the Park Maintenance Hotline phone number. Qualified maintenance personnel are on duty to handle most problems that may arise. A maintenance emergency consists of:

- No Water
- Criminal Activity
- Fire
- Flood
- Leaking Water

- Potential Fire Hazard
- Property Damage (Significant)
- Smell of Gas
- Storm Damage

**Occupants and Guests.** No person other than those listed on the Lease and/or Mobile Home Park Application for Leaseholder will be allowed to establish residency in the Mobile Home Park for a period of more than one week per visit without prior written consent of Management. The resident(s) will be responsible and liable for the acts of their guests. Acts of guests in violation of the Lease or these Rules and Regulations, may be deemed by Management to be a breach by resident(s).

Any additional Resident being added to the Lease after the initial move-in date will incur an administrative fee.

**Parking of Mobile Homes.** If additional electrical service is required, it must be installed at the homeowner or dealer's expense.

Footers must be dug and installed in accordance with State and/or County requirements at the homeowner or dealer's expense. Tie-downs are also required and must be place in accordance with the manufacturer's standards and with State and/or County codes.

It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities. The homeowner may not reside in the mobile home until all installation requirements are met. Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file.

Lots will be used only for the parking of a mobile home approved by the Management.

Manufactured skirting is required on every mobile home. Skirting must be installed within 30 days after moving into the Park. Skirting, lattice, or decorative blocks approved by Management, prior to installation, must also be installed around the base of any outside deck and/or steps.

One set of manufactured steps are required at the front and the back door of each mobile home.

**Parking of Vehicles.** Parking shall be permitted only in those areas or spaces designated by the Management. Inoperable and/or unlicensed vehicles shall not be parked or stored on resident(s) lot or common areas of the Park.

Any unauthorized or improperly parked vehicles, inoperable, unlicensed, without current inspection stickers or without a properly displayed Resident or guest parking permit may be towed away without notice at the vehicle owner's expense and risk.

All vehicles must have a **Resident or Guest/Visitor** parking permit displayed at all times in the lower passenger side of the rear windshield. Hanging passes must be displayed on the rear view mirror.

Permits must also be displayed on borrowed and/or rented vehicles and guests vehicles. If a vehicle is parked on the premises without an approved parking permit, or if the permit is displayed improperly, it will be towed at the vehicle owner's risk and expense.

If a Resident purchases a new vehicle, the old Permanent Resident Sticker from the original vehicle must be brought into the Leasing Office with the information for the new vehicle.

If a sticker is lost or not returned to the Leasing Office upon Move-Out, a **$100** fee per sticker will be charged.

All vehicles must have current State Tags, County Stickers, and Inspection Stickers. Local police departments have the authority to enter the property and issue tickets for violations of local and state motor vehicle laws; for example, expired State inspection and local stickers and tags.

**Permits Issued.** A copy of a valid driver's license and a vehicle registration, under the leaseholder's name, is required for each permit issued. Upon move-out or if the vehicle is sold, the sticker/permit must be returned to the Leasing Office or a fee will be incurred.

**Types of Vehicle Allowed.** Recreational vehicles, commercial vehicles, travel trailers, boats over 16 foot, buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick–up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park. The storage of equipment, and/or the placement of commercial signs or advertisement are not permitted. Resident agrees to abide by parking regulations and to notify and to require guests to abide by such parking regulations.

**Rental Payments.** All rents and water bills are due on or before the 1st of each month. Rent is considered late after the first of the month. If rent and/or water is received after the 5th day of the month a late fee of $50.00. Personal checks for late rent will not be accepted after the 5th of the month.

In the event a check is returned for insufficient funds, a "bad check" service charge of $50.00 will be assessed against the Lessee. Returned checks must be covered by cashier's check, money order or certified check. After one returned check, residents must pay by either cashier's check, money order or certified check. After six (6) months, we will consider reinstatement of personal check privileges. We do not re-deposit returned checks. We will not be responsible for postdated checks.

**Disturbance and Noises.** Loud noises and other disturbing acts, in or around the mobile home, mobile home lot or common areas, that interfere with the rights comforts or convenience of other residents and/or their guests are prohibited at all times. Resident(s) should call the Park Office, during business hours, when a disturbance from other resident(s) or their guest(s) is occurring. Resident(s) will be asked to file a written complaint with Management.

**Supervision of Children.** All parent(s) are responsible to see that their children abide by the Park House Rules and Regulations. Children must play in their own lots or the playground (Park specific). An adult must supervise children at all times. Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets. Loitering or playing on the Park's streets is prohibited.

**Insurance.** Resident(s) agree not to use the Park or their home in any manner that will increase the risks of, or rate of insurance, or cause cancellation of any insurance policy covering the Park. Resident(s) are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000.00.

**Lot Maintenance / Usage.** Mobile home lot must be kept neat and clean. Outside storage of boxes, bottles, can, tools, appliances and other unsightly debris is not permitted. Fireplace wood can be stored if piled neatly to the rear of the lot. Mobile home lot must be mowed on a regular basis. Neglected yards will be mowed and/or cleaned at the resident's expense 10 days after written notice has been served.

Vehicle parking areas are considered a part of your lot and must be kept clean.

Resident(s) must consult Management prior to planting or doing any excavation. All planting becomes the property of the Park.

Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home.

Major vehicle repair or oil changes are not permitted in the Park.

Resident(s) must install and maintain a heat tape on the water lines and meter assembly to protect them from freezing during the winter months. Any damage to water lines or meter assembly will be billed to resident.

**Lot Inspection / Maintenance.** All mobile home lots remain under the direct control of Management. Residents shall permit Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot. Tenants and occupants must comply with any and all required State and County/local codes and regulations.

As deemed necessary by Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in these Rules & Regulations and the Mobile Home Lease Agreement. If a home or lot does not conform, the resident(s) will be given written notice to bring the mobile home or lot into compliance within 30 days. If the resident(s) does not conform within the required period, they would be subject to fines, legal action and possible eviction.

Management reserves the right to access and enter the mobile homes of its residents, upon a twenty-four (24) hours written notice, for the purpose of determining the number of residents in the mobile home, and otherwise evaluating compliance with the terms of the Lease Agreement. (See Lease Agreement, Paragraph 6)

Except for loss or damages caused by Landlord's gross negligence or willful misconduct, the resident(s) shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home.

All resident(s) must show proof of property and liability insurance coverage for their mobile home. Resident(s) will be required to show Management an updated certificate of insurance each year.

**Signs and Attachments.** Nothing shall be placed on or hung from the outside and/or inside of the windows, doors, patios or decks. No signs, decals or advertising notices of any kind shall be attached to any part of the outside and/or inside of the windows, doors, patios or decks unless they are "For Sale" signs approved by Management.

**Soliciting.** Solicitors, canvassers, vendors and peddlers etc. are not permitted in the Park.

**Animals.** Animals are not permitted on the premises until approved by management. An animal addendum must be executed and all applicable deposits and fees paid. Animals must be on a leash at all times when outdoors. Residents are to clean up after their animals. There will be a $25.00 charge per incident to those who do no clean up after their animal(s). Animal privilege will be immediately revoked for non-compliance. Exotic animals and some dog breeds are restricted. No more than two (2) animals are permitted and each animal must weight no more than one hundred (100) pounds at maturity. Monthly animal rent is $20/per animal.

No Rottweilers, Huskies, Pit Bulls, Malamutes, St. Bernards, Great Danes, Akitas, American Bulldog Staffordshire Terriers, Canary Dogs, Doberman Pinschers, Chow-Chows (including mix with restricted breeds) or exotic animals (Tarantulas, Piranhas, Reptiles – Snakes, Iguanas, Ferrets, Skunks, Raccoons, Squirrels, Rabbits, Birds – Parrots, Cockatiels, Macaws) will be permitted.

Animals that have exhibited aggressive behavior or have been designated by an appropriate authority as Dangerous or Vicious will not be allowed on Property. If we determine, in good faith based on reasonable inquiry, that any animal that is at the property is dangerous we will require the animal to be removed immediately and not returned to the property. Failure to comply with removal of the animal will be cause for immediate termination of your lease.

**Speed Limit.** Our roadways must accommodate vehicles and pedestrian traffic. 10 M.P.H. and/or 15 M.P.H. speed limits (Park specific) have been posted. Speeds beyond the posted limited have been proven to be dangerous in the Mobile Home Park. Resident(s) will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests.

**Fireworks.** Fireworks are strictly prohibited in the Mobile Home Park.

**General use of the Lot.** Lots will be used only for the parking of a mobile home approved by the Management.

No improvements to your mobile home or lot, including and not limited to the decks, awnings, carports, storage sheds, and fencing will be allowed without prior written permission from the Management. Storage sheds, awnings, and skirting must be of a manufactured rust-resistant variety and be approved by the Management in writing prior to installation. Storage sheds must be of manufactured type, not to exceed 100 square feet (10 X 10) in floor area and not higher than 8 feet in height complete with doors. Only one storage shed per lot is permitted. Fencing shall not exceed four (4) feet in height, material must be vinyl or wood and must be approved by Management prior to installation.

The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot.

Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth.

**Mail Services.** Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on US Postal Service.

The Park Office will not accept any UPS, Federal Express or special deliveries.

**Zero Tolerance.** Any arrestable offense will not be tolerated. Fighting of any kind including intentionally or recklessly causing physical harm to any person is an arrestable offense and will not be tolerated. Intentionally or recklessly placing any person under mental duress or causing any person to be in fear of physical danger will not be tolerated. Criminal sexual behavior and public sexual acts will not be tolerated. Unauthorized use or possession of any weapon (licensed or otherwise) will not be tolerated. Illegal drug use or the possession of illegal drugs will not be tolerated. Intentionally initiating or causing to be initiated any false alarm or report, warning or threat of fire, explosion or other emergency will not be tolerated. Disposing of trash anywhere other than designated areas will not be tolerated. Inappropriate behavior including but not limited to fighting, playing on fencing, graffiti, destruction of property, or other use of Park property for other than designed use will not be tolerated. Open containers of alcohol are illegal. In the opinion of the Manager, any activity of a suspicious nature on the part of the resident, or any of the employees, guests or family members of the resident in the leased premises, or any areas adjoining the premises, shall be cause for immediate termination of the lease.

**Sale of Mobile Home.** Resident(s) may sell their mobile home to whomever they choose. If the mobile home is to remain in the Park, Management reserves the right to grant permission on the following conditions:

- The seller(s) must be current in rent and water payments.
- Only mobile homes in good exterior appearance and conditions will be considered to remain in the Park.
- Mobile homes must have manufactured mobile home skirting installed around the entire base of their mobile home; awnings and storage buildings/sheds must be in good repair. All mobile homes must have hitches, tires and axles so the mobile home may be transported on the public roads before permission will be given to sell a mobile home and remain in the Park.

After permission is granted, the following policies apply:

- The owner(s) may sell their own mobile home or employ a dealer, broker or agent they choose to sell their mobile home. Park employees will not assist resident(s) in selling mobile homes.
- The Management must approve all signs advertising the sale of a mobile home. Signs are to be placed in the street side window of the home.
- The seller(s) must inform all prospective buyer(s) who wish to continue residency in the Park that they must complete an application and be approved by Management prior to taking occupancy/ownership of mobile home. The seller(s) is legally responsible for all lease conditions of the Lease and the Mobile Home Park Rules and Regulations until the buyer(s) is approved by Management and signs a Mobile Home Lease Agreement.

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park.

**Terminating / Mobile Homes Removal.** Resident(s) contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term.

Management will supervise the moving of your mobile home, in order that all utilities may be properly disconnected to avoid damage our utilities services and mobile home. However, the removal of the mobile home is at the cost and risk of the resident(s). Any damages to utilities services, trees, shrubbery and lot will be the sole responsibility of the resident(s).

The lot must be left clean. If the lot is not left in good condition, charges will be assessed against security deposit and/or any remaining monies above and beyond the security will be the responsibility of the resident(s).

The security deposit will be refunded within 45 days from the vacate date provided that no charges have been assessed against resident. A forwarding address must be submitted in writing to the Park Office prior to vacating the lot.

**Liability.** The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to resident(s) or occupant(s) living therein, nor will the Park be liable for any personal injuries to any persons occupying such mobile or being upon the premises of the Park.

**Waiver.** A failure by the Manager to insist upon strict performance of any of the policies contained herein shall not be deemed to be a waiver of any of the rights or remedies the Manager may have, and shall not be deemed a waiver of any subsequent breach or default in the terms of these policies.

**Interpretation of Policies.** The Manager's interpretation of these rules and regulations, and the Manager's decision based on them, shall be final and conclusive. All policies will be strictly enforced.

**Modification of Policies.** The Manager may, from time to time, amend or change any of the Park policies applicable to the standard of conduct to be exercised in the Park by giving written notice to the resident pursuant to the terms and conditions set forth in the lease governing such notices.

ACKNOWLEDGEMENT, CONFIRMATION AND RELEASE

In consideration of the execution of the Lease to which this Addendum is attached, the undersigned Resident(s) hereby acknowledges responsibility in accordance with the terms and conditions of these Polices and Rules and confirms the following:

1. The Manager and Owner and their respective employees or agents are not responsible for my personal safety or that of my belongings. I have received no representations, or warranties, either expressed or implied, regarding safety, security or security systems. Manager has not stated or implied to me in any way that my security or safety

or that of my property or guests will be provided, promised, or guaranteed. I understand that security is the responsibility of myself and the local law enforcement agency

2. I acknowledge that the Manager and Owner and their respective employees and agents are not responsible for and I hereby release Manager and Owner and their respective employees and agents from liability for damage, costs, loss of personal property, or injury to persons as a result of, or arising out of or incidental to the installation, operation, non-operation, repair or replacement of security devices, whether or not caused by the negligent act or omission of the Manager or Owner of this property.

3. I understand that providing insurance on my personal property is my responsibility. Manager has not stated or implied to me that it will provide insurance or any coverage for any loss.

4. I agree to assume full and complete responsibility for all risks and hazards attributable to, connected with or in any way related to any construction now or hereafter occurring on the property.

Resident Date

Management Representative Date

Resident Date

Resident Date

Resident Date

Resident Date

Resident Date

# Pls.' Ex. 55

# Pls.' Ex. 56

# A.J. Dwoskin & Associates

## Mobile Home Park Rules and Regulations

A Manufactured Homes- Quality Standards

1 The location and installation of all manufactured homes must comply with all applicable governmental laws, codes and regulations

2 If 100-200 AMP electrical service is required, it must be installed at the homeowners' or dealer's expense

3 No manufactured home may be moved into the COMMUNITY, or be transferred to a new RESIDENT within the COMMUNITY, unless the size, condition, appearance and design thereof have been approved in writing by MANAGEMENT in accordance with the quality standards set forth in these Rules and Regulations MANAMAGMENT may reject any manufactured home if the same does not meet the reasonable requirements of MANAGEMENT as to its size, quality, appearance, material specifications, construction and safety conditions, design, location and competently with the COMMUNITY and other manufactured homes therein Similarly, no unfinished, unsafe or highly combustible materials may be used for any repair or patch work on the exterior of the manufactured homes or other home site improvements RESIDENT is responsible for any damage to other manufactured homes or the COMMUNITY caused by RESIDENT or the mover Wheels and axles must be removed from the manufactured home and the home site within thirty (30) days of set up Hitches must be removed from the manufactured home and stored beneath the home within thirty (30) days of set up

4 All manufactured homes must continue to meet all applicable laws, codes and regulations as such may be amended from time to time Under state law, RESIDENT's tenancy may be terminated for failure of RESIDENT to comply with local ordinance and state laws and regulations relating to manufactured homes, or with these Rules and Regulations

5 No unauthorized structures (including decks) may be built on any home site or erected on any home site Permission to build or erect any structure must be obtained in wiring from MANANGMENT in advance In addition, any such structure requiring a building permit may not be built or erected without a building permit first being obtained from Fairfax County or Prince William County

F. A B. RESIDENT's initials)

6 All permits and approval required for the installations or removal of a manufactured home must be obtained by RESIDENT in advance of such installation or removal

7 No materials or items of any nature may be used to secure the roof of a manufactured home without the prior written approval of MANAGEMENT, and the same must be installed in compliance with all applicable laws, codes and regulations "Tie-down" satisfactory to MANAGEMENT must be installed within thirty (30) days of set up

8 All manufactured homes in the COMMUNITY, and all incoming homes must be shingle roofed and wood or vinyl lap sided to the ground, and must have shutters for all windows Upon lease reveal or upon the sale or transfer of any manufactured home located in the

COMMUNITY, ex ing transfer to a co-owner pursuant t ath or divorce or to a new co-owner pursuant to marriage, or upon any change of RESIDENT (s) residing in a manufactured home (which change must be approve by MANAGEMENT pursuant to paragraph J and Q below), MANAGEMENT may require that any such manufactured home not in compliance with the specification contained in the first sentence of the paragraph (i) be removed from the COMMUNITY, based upon the size, condition, appearance, location or design of the manufactured home or the capacity of the home site to accommodate a larger manufactured home, or (ii) be brought into compliance with said specification to the extent feasible under the Virginia Uniform Statewide building code as a condition to the manufactured home being permitted to remain the COMMUNITY upon such sale or transfer, even if the proposed buyer or transferee otherwise complies with MANANGMENT's residency application requirement FOR RESIDENTS PROTECTION, MANAGMENTS DETERMINATION UNDER THE PROVISIONS OF THIS RULE SHOULD BE OBTAINED BEFORE THE SALE OR TRASNFER OF RESIDENTS MANUFACTURED HOME OR ANY PROPOSED CHANGE OF RESIDENTS shall notify MANAMGMENT in writing of his/her intent to sell or transfer his/her/their manufactured home at the time the manufactured home is placed on the market in order for MANAGEMENT to inspect the home to insure compliance with said specifications No manufactured home will be permitted to remain on the home site that does not comply with said specification

9 RESDIENT shall maintain the manufactured home in good condition and repair at all times The exterior of the manufactured home shall be kept clean, neat and properly painted at all times Any change to the exterior color of the manufactured home or appurtenant structure, including, but not limited to, additions, utility buildings, porches, steps and skirting must be approved in writing in advance by the MANAMGMENT MANANGMENT

F. A. B. ______ (RESIDENT's initial)

10 May, in its discretion, require reasonable repair, maintenance and improvement of the manufactured home

11 If the manufactured home is substantially damaged by fire, windstorm or other cause, any repairs of the mobile home are to be done at RESIDENT's expense S such repairs shall be commenced immediately after the damage has occurred All loose debris shall be removed immediately All damage must be repaired within fifteen (15) days after the date of damage If the damage can not be repaired within the fifteen (15) days, MANAGEMENT may require that the manufactured home be removed from the COMMUNITY for repair

**B STORAGE SHEDS**

1 RESIDENT, at RESIDENT's expense, shall construct and maintain in good condition and repair a storage shed on RESIDENT's home site with siding and roof shingling matching that of the manufactured home as described in Paragraph A (7) The location and size of each such storage shed must be approved in writing by MANAGEMENT in advance of the construction, delivery or installation of the storage shed Installation of storage sheds must not violate applicable home/structure setbacks rules In addition to the foregoing restrictions, shed size may not exceed ten (10) feet long by ten (10) feet wide by seven (7) feet high

2 There may be only one (1) shed to a home site, constructed of materials approved in writing by MANAGEMENT in advance MANAGEMENT may give written approval in certain cases, in its discretion, for an additional shed

3 There may be no sleeping facilities within the storage shed

4 All storage sheds must be properly anchored

5 Any damage caused by storage sheds or their construction or removal shall be the sole responsibility of RESIDENT

## C LANDSCAPING

All home sites in the COMMUNITY must be landscaped to a standard consistent with an average landscaped home site in the COMMUNITY MANAGEMENT will make available for review at the COMMUNITY office photos of examples of such home sites to provide guidance to RESIDENT regarding the nature of the landscaping standards MANAGEMENT realizes that such a standard is, necessarily to some extent subjective, so MANAMGNET, in its discretion, shall enjoy the ultimate right to determine the sufficiency of landscaping, subject to the requirement that MANAGEMENT's decision shall not be plainly unreasonable

F. A-B ____________ (RESIDENT's initial)

## D FENCE

Privacy fences are allowed within the COMMUNITY with the prior written approval of MANAGEMENT Fence must be constructed of white, vinyl (PVC) and the style of such fence must be approved in advance by MANAGEMENT Any fence installed without MANAMGNET'S prior written approval of MANAGEMENT shall be removed at the sole expense of RESIDENT

## E MAINTENANCE OF HOME SITE

1 RESIDENT must maintain the home site and all sheds, carports and improvements thereon at RESIDENT's sole expense in a clean, neat and attractive condition, as determined by MANAGEMENT at it's discretion, in the event RESIDENT fails to do so, MANAGEMENT, upon fifteen (15) days prior written notice, may take such steps as are necessary to provide the necessary maintenance, and all expenses incurred by MANAGEMENT in so doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charge by MANAGEMENT to RESIDENT Driveways, walkways and patios shall be kept neat and in good repair by RESIDENT

2 All trash, debris, brooms, ladders, building materials and similar items must be kept out of sight Trash shall be removed at regularly scheduled intervals as specified by MANAGEMENT Trash must be placed in containers satisfactory to MANAGEMENT With the exception of trash pick up days, trash cans must be stored behind the manufactured home site or within the storage shed located on the home site This subsection applies to reasonable amounts of household trash, RESIDENT, at RESIDENT's sole expense must arrange the removal of large items RESIDENT shall be responsible for the disposal of any large items, including appliances and furniture

3 All Bicycles, tricycles and toys must be kept in neat order on the home site If any such items are found on vacant homes sites or on the streets, they may be picked up by MANAGEMENT and, unless claimed by the applicable RESIDENT within fifteen (15) days, may be distributed by MANAGEMENT to charities of MANAGEMENT's choice

4 All lawns, shrubs, trees, fences, paving and other landscaping installed by RESIDENT shall become MANAGEMENT'S property and must remain upon the home site at the termination of RESIDENT's occupancy, unless RESIDENT obtains MANAGEMENT's prior written approval to remove the same MANAGEMENT must approve all home site landscaping plans and any digging in order to protect underground utility lines, pipes and cabbies and RESIDENTS' safety

5 All tree-trimming, pruning, and removal of debris at the home site shall be the sole responsibility of RESIDENT RESIDENT must immediately notify MANAGEMENT of any tree limps that are dead or decaying Any damage caused to the person or property of another due to such maintenance, including falling tree limbs, shall be the sole responsibility of the applicable RESIDENT

6 RESIDENT shall be responsible for lawn and landscaping of the home site at RESIDENT's sole expense The RESIDENT shall rake and bag all leaves and grass cuttings Lawn shall be mown on a regular basis as determined by MANAGEMENT in accordance with standards established in

order to provide neces' ⁄ maintenance, and all expense incurr y MANAGEMENT in doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charges

7 No vegetable gardens are allowed at RESIDENTS' home site or elsewhere within the COMMUNITY

8 The RESIDENT is responsible for the placement and maintenance of a heat tape Heat tapes must be operable at all times applied in a manner to protect RESIDENT's water line and water riser to a depth of approximately two (2) feet

**F MOTOR VEHICLES**

The COMMUNITY is maintained as a private enterprise and as such all streets and roadways within the COMMUNITY shall be considered private and shall not be used as public thoroughfares In the interest of the safety and well-being of all RESIDENTS, and for maintenance purposes and traffic control, MANAGEMENT may, at its sole discretion, restrict traffic on designated streets, and restrict delivery of certain products and services Any violations of these motor vehicles Rules and Regulations shall result in a written warning from MANAGEMENT and may cause the vehicle to be removed from the COMMUNIY at the sole expense and liability of the vehicle's owner Further violation of these motor vehicles Rules and Regulations shall be considered grounds for termination of the applicable RESIDENT's rental agreement

1 All drivers must observe speed limits and stop signs as posted within the COMMUNITY Careless or reckless driving may result in the termination of tenancy COMMUNITY streets shall be kept clear at all times to allow for access by emergency vehicles as needed accordance with the local fire ordinance

2 Parking

A Two (2) vehicles are permitted to each home site within the COMMUNITY, with the exception of those home sites that are designed to accommodate three (3) vehicles per driveway Vehicles must be parked in specific areas as designated by MANAGEMENT No structure, addition, improvement or any part of the manufactured home shall be permitted to encroach on existing parking areas within the home site

B Guest and visitor vehicles must be parked in area as designated by MANAGEMENT RESIDENTS are responsible for ensuring that their guests and visitors comply with this requirement

C No vehicles may be parked in or on common areas except as specifically authorized in writing by MANAMGNET in advance Vehicles parked in unauthorized areas may be removed at the risk and expense of the vehicle's owner, without prior notice

D Illegally parked vehicles may be removed, at MANAGEMENT's discretion, at the risk and expense of the vehicle's owner

E On-site parking is prohibited at all times within the COMMUNITY

F n B

3 Only registered vehicles are allowed within the COMMUNITY RESIDENTS must register each vehicle kept within the COMMUNITY Commercial vehicles are not permitted within the COMMUNITY RESIDENTS must not store any motor vehicles which is in a state of disrepair and therefore incapable of being moved under its own power, or that does not possess a current valid registration for more than twenty-four (24) hours, and any such vehicle within the COMMUNITY may be removed, at the risk and expense of the vehicles' owner, without prior notice All vehicle repairs must be completed within twenty-four (24) hours of the commencement of said repairs

4 Only drivers with valid driver's licenses may operate motor vehicles within the COMMUNITY

5 No excessively noisy vehicles are allowed within the COMMUNITY

6 There may be no overnight sleeping within the COMMUNITY except within RESIDENT'S manufactured homes No overnight sleeping is allowed in any motor vehicles, camper or camping trailer

7 No vehicles over sev( ⁄ five hundred pounds (7,500) gross v les weight (other then standard pick-up trucks), totters, trucks, construction or farm equipment may not be stored, parked or kept within the COMMUNITY, except within the designated storage area MANAGEMENT may remove any prohibited vehicles from the COMMUNITY if the RESDIENT fails to do so, and all expense incurred by MANAGEMENT in so doing must be paid by the RESIDENT with the next rental payment after submission of a statement for such charges by MANAGEMENT to the RESIDENT

8 Any vehicles which drips oil, gasoline or any other fluid must be repaired immediately by RESIDENT, and any damage caused by such dripping fluid must be cleaned and/or repaired by RESIDENT

9 The immobilization of any vehicle for major repairing or overhauling is prohibited everywhere within the COMMUNITY unless otherwise authorized in writing by MANAGEMENT in advance

10 Any vehicles parked on the streets during a snowfall will be considered a safety hazard Any such vehicle may be towed at the vehicle owner's risk and expense without prior notice

11 No unlicensed, motorized or self-prohibited vehicle of any kind, including, but not limited to, dirt bikes, mini-bikers, motorcycles, mopeds and go-carts, shall be operated in any area of the COMMUNITY, unless such vehicle is duly registered for operation on public roads or highways All such vehicles must be registered with the COMMUNITY office and shall be operated only by the person duly licensed for operation of such vehicle

12 No vehicle shall be operated in the COMMUNITY in areas other than those designated for roadways and parking

**G ANIMALS**

F A B

No non-domesticated animals, including farm animals, may be kept in the COMMUNITY No other animals may be kept in the COMMUNITY except as pets, and then only with the prior written permission of MANAGEMENT As of immediately, no animals whose height exceeds eighteen (18) inches at the shoulder at full maturity or whose weight exceeds fifty-(50) pounds at full maturity may be kept in the COMMUNITY Animals must be inoculated and licensed according to all applicable laws and regulations, and must wear license tags If required by applicable law Animals must be leashed and under the control of the applicable RESIDENT or kept within the confines of RESIDENT's home site Animals are allowed in common areas of the COMMUNITY only on a leash and under control of the applicable RESIDENT Under no circumstances are pets allowed in the common area of the COMMUNITY specifically posted against pets, such as the playground and similar facilities as designated by MANAGEMENT RESIDENT is responsible for the immediate removal of all pet litter from RESIDENT's home site or any other location within the COMMUNITY where littering has occurred RESIDENTS are responsible for any damage caused by their animals No temporary pet sitting or care of animals not owned by RESIDENTS is permitted Biting incidents will not be tolerated, and MANAMGENT reserves the right to terminate the home site rental agreement of any RESIDENT owning a pet involved in a biting incident Noisy or unruly animals, animals considered dangerous or vicious by MANAGEMENT, and animals with respect to which other RESIDENTS file justifiable complaints with MANAMGNET must be removed from the COMMUNITY No animals which have been removed from the COMMUNITY under this rule shall thereafter again be permitted within the COMMUNITY without the MANAMGENT's prior written consent Each animal must be registered and identified as to owner in the COMMUNITY office Any dog regardless of breed, whose temperment and disposition are considered to be dangerous or vicious, is not allowed within the COMMUNITY under any circumstances No more than two (2) dogs or two (2) cats or one (1) dog and one (1) cat may be kept per home site All pets must be approved by MANAGEMENT in writing before the pet's owner moves into the COMMUNITY, or before RESIDENT obtains a pet after move-in Pets belonging to RESIDENT's family members, guests and invitees must be confined to the applicable RESIDENT's home site and must comply with all provision of this paragraph Pets may not be left outside at night Pets may not be left outside in the daytime unless someone is home to supervise the pet No doghouses or other outside animal shelters are permitted

## H TV ANTENNAS

Only one (1) satellite dish, not to exceed one (1) meter in diameter may be installed per home site No TV antenna over twenty-four (24) inches in height my be installed on the home site, and guide wires with respect to any antenna may be attached only to the manufactured home's roof The installation and location of such must be in accordance with the reasonable requirements of MANAMGENT and all applicable laws, codes and regulations Antenna must be mounted at least twenty-five (25) feet back from the front of the manufactured home No antennas may be installed except upon the prior written approval of MANAMGENT Any transmitting which interferes with the reception of other RESIDNET is strictly prohibited

## I CLOTHES LINE

Only collapsible umbrella-type clothes lines are permitted on the home site and the same must be kept at the rear of the home site and collapsed when not in use Laundry hung such clothesline must be removed as quickly as possible

## J SALE OF MANUFACTURED HOMES F-AB

In the event RESIDENT elects to sell RESIDENT's manufactured home, one (1) "for Sale" sign not to be exceed a total area of three hundred (300) square inches may be installed on the inside of a window or upon exterior of the manufactured home, but shall not be installed in the ground of the manufactured home site Neither other "For Sale" sign nor any other sign of any nature, whether relating to the sale of the manufactured home or for any purpose, shall be permitted on the home site RESDIENT ACKNOWLDGE THAT THE SALE OR OTHER TRANSFER OF THE MANUFACUTRED HOME DOES NOT INCLUDE A TRANSFER OT THE HOME SITE TO THE BUYER OR THE TRANSFEREE UNLESSS RESDIENT NOTIFIFES MANAGENT IN WIRTING AT LEAST THREE (3) WEEKS PRIOR TO THE PROPOSED TRANSFER OF THE MANUFACTURED HOME SITE RENTAL AGREEMENT AND/OR TRANSFER OF TITLE TO THE MANFUACTURED HOME, GIVING THE NAME AND ADDRESS OF THE PROPOSED BUYER OR OTHER TRASNFEREE IN SUCH NOTICE AND THE PROPOSED BUYER OR OTHER TRANSFEREE (I) IS APPROVED BY MANAGEMENT AS A RESDIENT IN ACCORDANCE WITH MANAGEMENT PRE=QUALIFICATION PROCEDURES AND STANDARDS, (III) MEETS ALL OTHER CONDITIONS AND REQUIREMENTS AS SET FORTH IN THESE RULES AND REGULATIONS AND IN THE MANUFACTURED HOME SITE RENTAL AGREEMENT, AND (IV) THE MANUFACTURED HOME COMPLIES WITH THE STANDARDS FOR PLACEMENT OR RETENTION IN THE COMMUNITY AS SET FORTH IN THE THESE RULES AND REGULATIONS

## K. OUTSIDE CONSTRUCTION

1 Any construction or repairs other than routine home improvements or yard maintenance must be approved in writing by Management in advance
2 No construction company may perform any service within the COMMUNITY unless it has reported to the COMMUNITY office for clearance All contractors and repair, maintenance and landscaping personnel must be proper workman's compensation, automobile, liability and performance bonding insurance coverage's, as determined by MANAMGEMENT in its discretion
3 RESDIENT may not, and shall not have the power of authority to, allow the COMMUNITY or improvements therein to become subject to any mechanics, laborers or materialmen's liens
4 RESIDENT should not give instructions to, or make requests of, the COMMUNITY's maintenance personnel All requests should be made in writing directly to MANAMGNET

## L NOISE, FIREARMS ıACCEPTABLE CONDUCT

RESIDENTS must be unreasonably noisy Radios, stereos, musical instruments, televisions and conversation must be kept a level low enough not to disturb any other RESIDENT Vehicle engines shall be not unnecessarily raced or "gunned" at any time RESIDENTS shall observe quiet hours within the COMMUNITY between the hours of 10 00 p m to 7 00 a m daily

**Prohibited Conduct**
You (The RESIDENT) and your occupants or guests may not engage in the following activities **behaving in a loud or obnoxious manner, disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the MH Community, disrupting our business operations,** manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia, engaging in or threatening violence, possessing a weapon prohibited by state law, discharging a firearm in the MH Community, displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others No open fires are allowed within the COMMUNITY (charcoal and gas grills do not constitute open fires for purposes of the rule ) Fireworks are prohibited within the COMMUNITY

F A-B (RESIDENTs Initials)

The gutting and/or bleeding of game animals on the home site or outside the manufactured home is prohibited within the COMMUNITY

**Under state law, RESIDENT's tenancy may be terminated for conduct on COMMUNITY premises which constitutes annoyance to other RESIDENTS or interfere with MANAGEMENT**

## M COMMERCIAL ENTERPRISES

No commercial enterprise or business of nay nature may be conducted by RESIDENT in the COMMUNITY without prior written approval of MANAGEMENT, nor may advertising materials be distributed or posted within the COMMUNITY without MANAGEMENT's prior written approval This restriction applies to the delivery of handbills of any nature, although MANAGEMENT may distribute written materials of a non-commercial nature provided such written materials are also given to MANAGEMENT

## N DAMAGE

Any damage caused by any RESIDENT, or by any visitor, guest, agent or representative of such RESIDENT, or by any of their property (storage shed, TV antenna, etc ) to the person or property of another shall be the sole responsibility of the applicable RESIDENT

## O COMMON AREA DECORUM AND CONDUCT

MANAGEMENT has established separate rules and guidelines for behavior and conduct of RESIDENTS, visitors and guests within common areas such as swimming pools, clubhouses and recreation facilities These rules and guidelines are posted in each common area where they are applicable, and after reasonable notice may be changed from time to time by MANAGEMENT and are hereby incorporated into and made a part of these Rules and guidelines MANAGEMENT will undertake to make the common areas and recreational facilities of the COMMUNITY conveniently available and open to RESIDENTS at reasonable times RESIDENT is responsible for the behavior and conduct of all minor children residing with or visiting RESIDENT, and for the conduct of clubhouse Violations of rules and guidelines applicable to common areas bye RESIDENTS, their family, visitors and guests within the COMMUNITY, including their adherence to these Rules and Regulations, and all

applicable laws Any visitor uest who fails to comply with the for ng may not remain in the COMMUNITY Conviction of a Class A misdemeanor or any felony during the term of a RESIDENT's tenancy which caused or threatened to cause irreparable harm to any person or property shall be considered grounds for termination or non-renewal of such RESIDENT's Manufactured Home Site Rental Agreement Immoral conduct, intoxication, or the use of loud or profane language shall also be grounds for termination or non-renewal of the applicable RESIDENT's Manufactured Home Site Rental Agreement

RESIDENT, any member RESIDENT's household, any guest, or any other person under RESIDENT's control, shall not engage in criminal activity, including but not limited to , drug related criminal activity, on the premises or in the COMMUNITY (Drug related criminal activity means the illegal manufacture, sale, distribution, use or possession with intent to manufacture, sell, distribute or use of a controlled substance )

Consumption of alcoholic beverages in the COMMUNITY's common areas, including the clubhouse, the pool area and surrounding common areas, is strictly prohibited, with the exception of MANAGEMENT sponsored events

F A B (RESIDENT's Initials)

Smoking is prohibited in any common areas, including the clubhouse, the pool area and surrounding common areas unless otherwise posted

**P UTILITY AND WATER REGULATIONS**

RESIDENT shall be solely responsible for arranging for connection of water and sewer services with local utility providers RESIDENT shall be responsible for maintaining all water and sewage connections for the outlets on the utility posts or from the ground to the manufactured home at all times RESIDENT shall be solely responsible for any charges related to repairs, cleaning or unclogging of a clogged sewer line, other than an obstruction of the main sewer line, due to improper disposal of such items as paper towels, sanitary supplies, disposable diapers and cat litter Disposal of these items through use of the sewage system is strictly prohibited

RESIDENT shall be solely liable and responsible for insuring that RESIDENT's water and sewer connection do not freeze and shall arrange for any necessary repairs to such connections

Tampering by with any utility connections is strictly prohibited

**Q PRE-QUALIFICATION OF PROSPECTIVE RESIDENTS**

Applicants for COMMUNITY residency are required to complete a rental application and obtain MANAGEMENT's prior written approval to become RESIDENT of the COMMUNITY Any person occupying a manufactured home within the COMMUNITY for more than fourteen (14) days within a six (6) month period shall be deemed an applicant for COMMUNITY residency and must comply with said qualification requirements RESIDENT may not sublet RESIDENT's manufactured home or home site or assign RESIDENT'S interest under RESIDENT's Manufactured Home Site Rental Agreement without MANAGEMENT's prior written approval, and any such sublease or assignment entered into without MANAGEMENT's prior written approval shall be null and void

**R. CONDUCT OF MINOR CHILDREN**

RESIDENTS with minor children must supervise the outside play and conduct of minor children so as not to disturb or annoy any other RESIDENTS Failure to supervise the conduct of such RESIDENT's

minor children under this rul ll be grounds for termination or non- wal of such RESIDENT's Manufactured Home Site Rental Agreement Games of any nature, including basketball and skateboarding, may not be played on the COMMUNITY's streets Children under the age of sixteen (16) must obey the COMMUNITY's curfew of 10 00 p m , after which time all children under the age or sixteen (16) should not be on the COMMUNITY's streets or in the COMMUNITY's common areas

Portable basketball units must be located at the back of the home site, near the grass line, facing the home site No permanent basketball units may be installed at the home site

**S NON-WAIVER**

Failure on the part of MANAGEMENT to enforce any provision of these Rules and Regulations shall not constitute a waiver of MANAGEMENT's right to enforce these Rules and Regulations either as to individual violator or the RESIDENTS of the COMMUNITY as a whole

**T SNOW REMOVAL**

MANAGEMENT shall remove snowfall from the COMMUNITY streets, if and when necessary and practical RESIDENT shall be responsible for the removal of snow and ice from the walkways of the individual manufactured home site RESIDENT, and not MANAGEMENT, shall be solely responsible for any claims for damages resulting from RESIDENT's failure to properly maintain RESIDENT's manufactured home site

I P B (RESIDENT's Initials)

**U SALES**

No patio or yard sales or similar sales are allowed at the home site other than COMMUNITY sponsored sales

**V OCCUPANCY**

No manufactured home may remain unoccupied by a RESIDENT for longer than thirty (30) days without the prior written approval of MANAGEMENT Failure to notify MANAGEMENT in writing in advance of an extended absence shall result in MANAGEMENT treating such absence as abandonment and may result in termination or non-renewal of the applicable RESIDENT'S Manufactured Home Site Rental Agreement

**W TRESPASSING**

Trespassing on other RESIDENT's property is strictly prohibited

**X. OTHER AGREEMENTS**

ALL AGREEMENTS BETWEEN MANAGEMENT AND RESIDENT MUST BE IN WRITING

**RESIDENT'S CERTIFICATE**

I/We have received copies of and have read and fully understand the Manufactured Home Site Rental Agreement and these Rules and Regulations, and agree to abide by all provisions thereof I/We understand that any breach of the Manufactured Home Site Rental Agreement or of these Rules and Regulations by me/us, members of my/our family or my/our guests or visitors may result in the termination or non-renewal of the Manufactured Home Site Rental Agreement, in accordance with applicable law I/ We agree that, should any such matter be referred to an attorney for legal action, the I/we shall be liable for legal costs incurred by MANAGEMENT, including reasonable attorneys' fees

3/28/12 — Date | F O B — RESIDENT's Signature

Date | RESIDENT's Signature

Date | RESIDENT's Signature

**MANAGEMENT**

3/28, 2012 — Date | by [signature] — Authorized Signature

# Pls.' Ex. 57

# A. J. DWOSKIN & ASSOCIATES
# MOBILE HOME PARK RULES & REGULATIONS

## I PARKING OF MOBILE HOMES

1 If 100-200 AMP electrical service is required, it must be installed at the homeowner's or dealer's expense

2 Footers must be dug and installed in accordance with State and/or County requirements at the homeowner's or dealer's expense Tie-downs are also required and must be placed in accordance with the manufacturer's standards and with State and/or County codes

3 It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities The homeowner may not reside in the mobile home until all installation requirements are met The Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file

4 Lots will be used only for the parking of a mobile home approved by the Management

5 Manufactured skirting is required around every mobile home Skirting must be installed within thirty (30) days after moving into the Park Prior to installation, the Management must approve the skirting, lattice or decorative blocks that are required to be installed around the base of any outside deck and/or steps

6 One set of manufactured steps are required at the front and the back door of each mobile home

## II GENERAL USE OF LOT

1 Lots will be used only for the parking of a mobile home approved by the Management

2 Commercial use of lots, the storage of commercial vehicles or equipment, and/or the placement of commercial signs or advertisements are not permitted

3 Buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick-up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park No recreational vehicles, travel trailers or boats may be parked in the Mobile Home Park

4 No improvements to your mobile home or lot, including and not limited to decks, awnings, carports, storage sheds and fencing will be allowed without the prior written permission from the Management Storage sheds, awnings and skirting must be of a manufactured rust-resistant variety and must be approved by the Management in writing prior to installation

   a Storage sheds must be of a manufactured type, not to exceed one hundred (100) square feet (10x10) in floor area and not higher than eight (8) feet in height, complete with doors Only one storage shed is permitted per lot
   b Fencing shall not exceed four (4) feet in height and must be approved by the Management prior to installation Chain link fencing is not permitted

5 The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot

6 Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth

## III Lot Maintenance/Usage

1 Mobile home lots must be kept neat and clean Outside storage of boxes, bottles, cans, tools, appliances and other unsightly debris is not permitted Fireplace wood can be stored if piled neatly to the rear of the lot

2 Mobile home lots must be mowed on a regular basis Neglected yards will be mowed and/or cleaned at the resident's expense ten (10) days after a written notice has been served After proper notification, the Management will employ an outside contractor to mow a neglected yard at the resident's expense (Park specific charge)

3 Vehicle parking areas are considered a part of your lot and must be kept clean

4 Residents must consult the Management prior to planting or doing any excavation All plantings become the property of the Mobile Home Park

5 Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home

6 Major vehicle repairs and/or oil changes are not permitted in the Mobile Home Park

7 Residents must install and maintain a heat tape on the water lines and the meter assembly to protect them from freezing during the winter months Any damage to the water lines or the meter assembly will be billed to the resident

## IV Lot Inspection/Maintenance

All mobile home lots remain under the direct control of the Management Residents shall permit the Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot

Four (4) times a year, or as deemed necessary by the Management all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address, maintenance and condition to determine whether they conform to the standards and regulations outlined in the Mobile Home Park Rules & Regulations and the Mobile Home Lease Agreement If a home or lot does not conform, the residents will be given a written notice to bring the mobile home or lot into compliance within thirty (30) days If the residents do not conform within the required period, they will be subject to legal action and possible eviction

## V Park Rules & Regulations

1 **Occupants and Guests** No person other than those listed on the Lease Agreement and/or the Mobile Home Park Application for Leaseholder and/or Occupant will be allowed to establish residency in the Mobile Home Park for a period of more than one (1) week per visit without the prior written consent of the Management Residents will be responsible and liable for the acts of their guests Acts of guests in violation of the Lease Agreement or the Mobile Home Park Rules & Regulations may be deemed by the Management to be a breach by the residents

2 **Parking** Parking shall be permitted only in those areas or spaces designated by the Management Inoperable and/or unlicensed vehicles shall not be parked or stored on a resident's lot or common area of the Park No recreational vehicles, travel trailers, boats or those vehicles designated in Section II General Use of Lot, Numbers 2 and 3 may be parked in the Mobile Home Park Any unauthorized or improperly parked vehicles and any inoperable or unlicensed vehicles may be towed without notice at the vehicle owner's risk and expense

3 **Rental Payments** All lot rent is due on or before the 1st of each month Rent is considered late after the first of the month If rent is received after the 5th day of the month a late fee of $50 00 or 10% (Park specific) will be assessed All rents must be paid by personal check, cashier's check, money order or certified check Payments in cash will not be accepted Personal checks for late rent will not be accepted after the 5th of the month

In the event a check is returned for insufficient funds, a "bad check" service charge of $50 00 will be assessed against the Lessee Returned checks must be covered by cashier's check, money order or certified check After one returned check, residents must pay by either cashier's check, money order or certified check After six (6) months, we will consider reinstatement of personal check writing privileges We do not redeposit returned checks and we will not be responsible for postdated checks

If any personal check used to pay current rent is returned from a bank after the 5th of a given month, the rent is considered late As a result, a late fee (Park specific) will be assessed

4 **Disturbance and Noises** Loud noises and other disturbing acts in or around the mobile home, mobile home lot or common areas, that interfere with the rights, comforts or convenience of other residents and/or their guests are prohibited at all times Residents should call the Park Office during business hours when a disturbance from another resident or their guest is occurring Residents will be asked to file a written complaint with the Management

5 **Supervision of Children** All parents are responsible to see that their children abide by the Mobile Home Park Rules & Regulations Children must play in their own lots or the playground (Park specific) An adult must supervise children less than six (6) years of age at all times Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets Loitering or playing on the Park's streets is prohibited

6 **Insurance** Except for loss or damages caused by the Landlord's gross negligence or willful misconduct, the residents shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home The Management recommends that residents obtain insurance to cover their personal belongings as well as liability insurance

7 **Soliciting** Solicitors, canvassers, vendors and peddlers, etc , are not permitted in the Park

8 **Pets** No animals/pets of any kind shall be permitted in the Mobile Home Park without the prior written permission of the Management No more than two (2) animals/pets are permitted and each animal/pet must not exceed thirty-five (35) pounds at maturity No Rottweilers, Pit Bulls, Staffordshire Terriers, Canary Dogs, Doberman Pinchers, or Chow-Chows (including mix with restricted breed) will be permitted Animals/pets must be on a leash when outside the mobile home and under control at all times It is strictly prohibited to tie or chain an animal/pet on the exterior of the mobile home or lot Management reserves the right to revoke the privilege of having animals/pets at any time Any disturbance by an animal/pet that disturbs residents or interferes with their peace and quiet or comfort will be subject to whatever action the Management deems necessary Animal/pet damage and clean-up are the responsibility of the residents There will be a $25 00 charge per incident to those who do not clean-up after their animals/pets

9 **Speed Limit** Our roadways must accommodate vehicles and pedestrian traffic Speed limit signs stating 10 miles per hour and/or 15 miles per hour (Park specific) have been posted Speeds beyond the posted limits have been proven to be dangerous in the Mobile Home Park Residents will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests

10 **Fireworks** Fireworks are strictly prohibited in the Mobile Home Park

11 **Modifications to House Rules and Regulations** The Management may, after giving reasonable notice to the Lessee, alter, amend or modify these Rules & Regulations as the need may develop

## VI UTILITIES

1 The Management will provide trash pick up semi weekly and recyclable trash pick-up weekly Trash receptacles should be placed at the edge of the street adjacent to the lot on the scheduled days of collection After collection, the trash receptacles should be kept behind the deck or mobile home

2 Electric and water meters, plus telephone lines and cable are installed for each mobile home lot Residents will make their own applications for electricity, telephone and cable The utility companies will bill each mobile home lot per usage and the residents will be responsible for the payment directly to the utility companies Each mobile home lot has an individual water meter that is read, billed and collected monthly by Minol USA Minol USA is a billing entity acting on behalf of the mobile home park to bill and collect monthly water bills Residents will sign a separate Water and Sewer Lease Addendum

3 Residents will be responsible for any damages, repairs and the expense caused by a blockage of the sewer line or the overflow of water

4 Tampering with Park fuses, electric service connections, water meters or other Park utility connections is strictly prohibited If any of these items are tampered with, there will be a $50 00 fine per violation

## VII MAIL SERVICES

1 Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on the U S Postal Service

2 The Park Office will not accept any UPS, Federal Express or special deliveries

## VIII SALE OF MOBILE HOMES

Residents may sell their mobile home to whomever they choose If the mobile home is to remain in the Park, the Management reserves the right to grant permission on the following conditions

1 The seller must be current in rent and utility payments

2 Only mobile homes in good exterior appearance and condition will be considered to remain in the Park

3 Mobile homes must have a manufactured mobile home skirting installed around the entire base of the mobile home, awnings and storage buildings/sheds must be in good repair All mobile homes must have hitches, tires and axles so that the mobile home may be transported on the public roads Each of these conditions must be confirmed before permission will be granted to sell the mobile home and for the home to remain in the Park

After permission is granted, the following conditions apply

1 The owner may sell their own mobile home or employ a dealer, broker or agent of their choosing to sell their mobile home Park employees will not assist residents in selling mobile homes

2 The Management must approve all signs advertising the sale of a mobile home Signs are to be placed in the street side window of the mobile home

3 The seller must inform all prospective buyers who wish to continue residency in the Park that they must complete an application and be approved by the Management prior to taking occupancy/ownership of the mobile home The seller is legally responsible for all conditions of the Lease Agreement and the Mobile Home Park Rules & Regulations until the buyer is approved by the Management and signs a Mobile Home Lease Agreement

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park

## IX TERMINATING/MOBILE HOME REMOVAL

1 Residents contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term

2 The Management will supervise the moving of your mobile home to ensure that all utilities are properly disconnected in order to avoid damage to our utility services and the mobile home However, the removal of the mobile home is at the cost and risk of the residents Any damage to utility services, trees, shrubbery and the lot will be the sole responsibility of the residents

3 The lot must be left clean If the lot is not left in good condition, charges will be assessed against the resident's security deposit and/or any remaining monies above and beyond the security deposit will be the responsibility of the residents

4 The security deposit will be refunded within forty-five (45) days from the vacate date provided that no charges have been assessed against the resident A forwarding address must be submitted in writing to the Park Office prior to vacating the lot

## X LIABILITY

The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to residents or occupants living therein, nor will the Park be liable for any personal injuries to anyone occupying such mobile homes or being upon the premises of the Park

## XI INSURANCE COVERAGE

Residents agree not to use the Park or their home in any manner that will increase the risk of or the rate of insurance or cause cancellation of any insurance policy covering the Park Residents are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000 00

All residents must provide proof of property and liability insurance coverage for their mobile home Residents will be required to show the Management an updated certificate of insurance each year

These Rules & Regulations have been incorporated into the Mobile Home Lease Agreement Failure to abide by these regulations could result in legal action Thank you for your cooperation in helping us to maintain a positive living environment for each and every resident

Address 11259 Mobile Drive, Lot # ____________

[signature] [signature] Esteban R. Moya 01-18-11
Witness Signature Leaseholder Signature Print Name Date

Witness Signature Leaseholder Signature Print Name Date

Witness Signature Leaseholder Signature Print Name Date

Witness Signature Leaseholder Signature Print Name Date

Witness Signature Guarantor Signature Print Name Date

Approved By

[signature] [signature] Salia Monge 2-1-11
Witness Signature Property Manager Print Name Date

# Pls.' Ex. 58



# Mobile Home Park Rules and Regulations

**A Manufactured Homes- Quality Standards**

1 The location and installation of all manufactured homes must comply with all applicable governmental laws, codes and regulations

2 If 100 200 AMP electrical service is required, it must be installed at the homeowners' or dealer's expense

3 No manufactured home may be moved into the COMMUNITY or be transferred to a new RESIDENT within the COMMUNITY, unless the size, condition, appearance and design thereof have been approved in writing by MANAGEMENT in accordance with the quality standards set forth in these Rules and Regulations MANAMAGMENT may reject any manufactured home if the same does not meet the reasonable requirements of MANAGEMENT as to its size, quality, appearance, material specifications, construction and safety conditions, design, location and competently with the COMMUNITY and other manufactured homes therein Similarly, no unfinished, unsafe or highly combustible materials may be used for any repair or patch work on the exterior of the manufactured homes or other home site improvements RESIDENT is responsible for any damage to other manufactured homes or the COMMUNITY caused by RESIDENT or the mover Wheels and axles must be removed from the manufactured home and the home site within thirty (30) days of set up Hitches must be removed from the manufactured home and stored beneath the home within thirty (30) days of set up

4 All manufactured homes must continue to meet all applicable laws, codes and regulations as such may be amended from time to time Under state law, RESIDENT s tenancy may be terminated for failure of RESIDENT to comply with local ordinance and state laws and regulations relating to manufactured homes, or with these Rules and Regulations

5 No unauthorized structures (including decks) may be built on any home site or erected on any home site Permission to build or erect any structure must be obtained in writing from MANANGMENT in advance In addition, any such structure requiring a building permit may not be built or erected without a building permit first being obtained from Fairfax County or Prince William County

ERM ______ RESIDENT s initials)

6 All permits and approval required for the installations or removal of a manufactured home must be obtained by RESIDENT in advance of such installation or removal

7 No materials or items of any nature may be used to secure the roof of a manufactured home without the prior written approval of MANAGEMENT and the same must be installed in compliance with all applicable laws, codes and regulations ' Tie down satisfactory to MANAGEMENT must be installed within thirty (30) days of set up

8 All manufactured homes in the COMMUNITY and all incoming homes must be shingle roofed and wood or vinyl lap sided to the ground, and must have shutters for all windows Upon lease reveal or upon the sale or transfer of any manufactured home located in the

COMMUNITY, excluding transfer to a co owner pursuant to death or divorce or to a new co-owner pursuant to ma ge, or upon any change of RESIDEN residing in a manufactured home (which change be approve by MANAGEMENT pu nt to paragraph J and Q below), MANAGEMENT may require that any such manufactured home not in compliance with the specification contained in the first sentence of the paragraph (i) be removed from the COMMUNITY, based upon the size, condition, appearance, location or design of the manufactured home or the capacity of the home site to accommodate a larger manufactured home, or (ii) be brought into compliance with said specification to the extent feasible under the Virginia Uniform Statewide building code as a condition to the manufactured home being permitted to remain the COMMUNITY upon such sale or transfer, even if the proposed buyer or transferee otherwise complies with MANANGMENT's residency application requirement FOR RESIDENTS PROTECTION, MANAGMENTS DETERMINATION UNDER THE PROVISIONS OF THIS RULE SHOULD BE OBTAINED BEFORE THE SALE OR TRASNFER OF RESIDENTS MANUFACTURED HOME OR ANY PROPOSED CHANGE OF RESIDENTS shall notify MANAMGMENT in writing of his/her intent to sell or transfer his/her/their manufactured home at the time the manufactured home is placed on the market in order for MANAGEMENT to inspect the home to insure compliance with said specifications No manufactured home will be permitted to remain on the home site that does not comply with said specification

9 RESDIENT shall maintain the manufactured home in good condition and repair at all times The exterior of the manufactured home shall be kept clean, neat and properly painted at all times Any change to the exterior color of the manufactured home or appurtenant structure, including, but not limited to, additions, utility buildings, porches, steps and skirting must be approved in writing in advance by the MANAMGMENT MANANGMENT

ERM (RESIDENT's initial)

10 May, in its discretion, require reasonable repair, maintenance and improvement of the manufactured home

11 If the manufactured home is substantially damaged by fire, windstorm or other cause, any repairs of the mobile home are to be done at RESIDENT's expense S such repairs shall be commenced immediately after the damage has occurred All loose debris shall be removed immediately All damage must be repaired within fifteen (15) days after the date of damage If the damage can not be repaired within the fifteen (15) days, MANAGEMENT may require that the manufactured home be removed from the COMMUNITY for repair

**B STORAGE SHEDS**

1 RESIDENT, at RESIDENT's expense, shall construct and maintain in good condition and repair a storage shed on RESIDENT s home site with siding and roof shingling matching that of the manufactured home as described in Paragraph A (7) The location and size of each such storage shed must be approved in writing by MANAGEMENT in advance of the construction, delivery or installation of the storage shed Installation of storage sheds must not violate applicable home/structure setbacks rules In addition to the foregoing restrictions, shed size may not exceed ten (10) feet long by ten (10) feet wide by seven (7) feet high

2 There may be only one (1) shed to a home site, constructed of materials approved in writing by MANAGEMENT in advance MANAGEMENT may give written approval in certain cases, in its discretion, for an additional shed

3 There may be no sleeping facilities within the storage shed

4 All storage sheds must be properly anchored

5 Any damage caused by storage sheds or their construction or removal shall be the sole responsibility of RESIDENT

C LANDSCAPING

All home sites in the COM NITY must be landscaped to a stand__ _onsistent with an average landscaped home site in the COMMUNITY MANAGEMENT will make available for review at the COMMUNITY office photos of examples of such home sites to provide guidance to RESIDENT regarding the nature of the landscaping standards MANAGEMENT realizes that such a standard is, necessarily to some extent subjective, so MANAMGNET, in its discretion, shall enjoy the ultimate right to determine the sufficiency of landscaping, subject to the requirement that MANAGEMENT's decision shall not be plainly unreasonable

ERM ____________ (RESIDENT's initial)

D FENCE

Privacy fences are allowed within the COMMUNITY with the prior written approval of MANAGEMENT Fence must be constructed of white, vinyl (PVC) and the style of such fence must be approved in advance by MANAGEMENT Any fence installed without MANAMGNET'S prior written approval of MANAGEMENT shall be removed at the sole expense of RESIDENT

E MAINTENANCE OF HOME SITE

1 RESIDENT must maintain the home site and all sheds, carports and improvements thereon at RESIDENT's sole expense in a clean, neat and attractive condition, as determined by MANAGEMENT at it's discretion, in the event RESIDENT fails to do so, MANAGEMENT, upon fifteen (15) days prior written notice, may take such steps as are necessary to provide the necessary maintenance, and all expenses incurred by MANAGEMENT in so doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charge by MANAGEMENT to RESIDENT Driveways, walkways and patios shall be kept neat and in good repair by RESIDENT

2 All trash, debris, brooms, ladders, building materials and similar items must be kept out of sight Trash shall be removed at regularly scheduled intervals as specified by MANAGEMENT Trash must be placed in containers satisfactory to MANAGEMENT With the exception of trash pick up days, trash cans must be stored behind the manufactured home site or within the storage shed located on the home site This subsection applies to reasonable amounts of household trash, RESIDENT, at RESIDENT's sole expense must arrange the removal of large items RESIDENT shall be responsible for the disposal of any large items, including appliances and furniture

3 All Bicycles, tricycles and toys must be kept in neat order on the home site If any such items are found on vacant homes sites or on the streets, they may be picked up by MANAGEMENT and, unless claimed by the applicable RESIDENT within fifteen (15) days, may be distributed by MANAGEMENT to charities of MANAGEMENT's choice

4 All lawns, shrubs, trees, fences, paving and other landscaping installed by RESIDENT shall become MANAGEMENT S property and must remain upon the home site at the termination of RESIDENT's occupancy, unless RESIDENT obtains MANAGEMENT's prior written approval to remove the same MANAGEMENT must approve all home site landscaping plans and any digging in order to protect underground utility lines, pipes and cabbies and RESIDENTS' safety

5 All tree-trimming, pruning, and removal of debris at the home site shall be the sole responsibility of RESIDENT RESIDENT must immediately notify MANAGEMENT of any tree limps that are dead or decaying Any damage caused to the person or property of another due to such maintenance, including falling tree limbs, shall be the sole responsibility of the applicable RESIDENT

6 RESIDENT shall be responsible for lawn and landscaping of the home site at RESIDENT's sole expense The RESIDENT shall rake and bag all leaves and grass cuttings Lawn shall be mown on a regular basis as determined by MANAGEMENT in accordance with standards established in

order to provide necessary maintenance, and all expense incurred by MANAGEMENT in doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charges

7 No vegetable gardens are allowed at RESIDENTS' home site or elsewhere within the COMMUNITY

8 The RESIDENT is responsible for the placement and maintenance of a heat tape Heat tapes must be operable at all times applied in a manner to protect RESIDENT's water line and water riser to a depth of approximately two (2) feet

**F MOTOR VEHICLES**

The COMMUNITY is maintained as a private enterprise and as such all streets and roadways within the COMMUNITY shall be considered private and shall not be used as public thoroughfares In the interest of the safety and well-being of all RESIDENTS, and for maintenance purposes and traffic control, MANAGEMENT may, at its sole discretion, restrict traffic on designated streets, and restrict delivery of certain products and services Any violations of these motor vehicles Rules and Regulations shall result in a written warning from MANAGEMENT and may cause the vehicle to be removed from the COMMUNIY at the sole expense and liability of the vehicle's owner Further violation of these motor vehicles Rules and Regulations shall be considered grounds for termination of the applicable RESIDENT's rental agreement

1 All drivers must observe speed limits and stop signs as posted within the COMMUNITY Careless or reckless driving may result in the termination of tenancy COMMUNITY streets shall be kept clear at all times to allow for access by emergency vehicles as needed accordance with the local fire ordinance

2 Parking

A Two (2) vehicles are permitted to each home site within the COMMUNITY, with the exception of those home sites that are designed to accommodate three (3) vehicles per driveway Vehicles must be parked in specific areas as designated by MANAGEMENT No structure, addition, improvement or any part of the manufactured home shall be permitted to encroach on existing parking areas within the home site

B Guest and visitor vehicles must be parked in area as designated by MANAGEMENT RESIDENTS are responsible for ensuring that their guests and visitors comply with this requirement

C No vehicles may be parked in or on common areas except as specifically authorized in writing by MANAMGNET in advance Vehicles parked in unauthorized areas may be removed, at the risk and expense of the vehicle's owner, without prior notice

D Illegally parked vehicles may be removed, at MANAGEMENT's discretion, at the risk and expense of the vehicle's owner

E On-site parking is prohibited at all times within the COMMUNITY

3 Only registered vehicles are allowed within the COMMUNITY RESIDENTS must register each vehicle kept within the COMMUNITY Commercial vehicles are not permitted within the COMMUNITY RESIDENTS must not store any motor vehicles which is in a state of disrepair and therefore incapable of being moved under its own power, or that does not possess a current valid registration for more than twenty-four (24) hours, and any such vehicle within the COMMUNITY may be removed, at the risk and expense of the vehicles' owner, without prior notice All vehicle repairs must be completed within twenty-four (24) hours of the commencement of said repairs

4 Only drivers with valid driver's licenses may operate motor vehicles within the COMMUNITY

5 No excessively noisy vehicles are allowed within the COMMUNITY

6 There may be no overnight sleeping within the COMMUNITY except within RESIDENT'S manufactured homes No overnight sleeping is allowed in any motor vehicles, camper or camping trailer

7 No vehicles over seventy five hundred pounds (7,500) gross vehicles weight (other then standard pick-up trucks), totters, trucks, construction or farm equipment may not be stored, parked or kept within the COMMUNITY, except within the designated storage area MANAGEMENT may remove any prohibited vehicles from the COMMUNITY if the RESDIENT fails to do so, and all expense incurred by MANAGEMENT in so doing must be paid by the RESIDENT with the next rental payment after submission of a statement for such charges by MANAGEMENT to the RESIDENT

8 Any vehicles which drips oil, gasoline or any other fluid must be repaired immediately by RESIDENT, and any damage caused by such dripping fluid must be cleaned and/or repaired by RESIDENT

9 The immobilization of any vehicle for major repairing or overhauling is prohibited everywhere within the COMMUNITY unless otherwise authorized in writing by MANAGEMENT in advance

10 Any vehicles parked on the streets during a snowfall will be considered a safety hazard Any such vehicle may be towed at the vehicle owner's risk and expense without prior notice

11 No unlicensed, motorized or self-prohibited vehicle of any kind, including, but not limited to, dirt bikes, mini-bikers, motorcycles, mopeds and go-carts, shall be operated in any area of the COMMUNITY, unless such vehicle is duly registered for operation on public roads or highways All such vehicles must be registered with the COMMUNITY office and shall be operated only by the person duly licensed for operation of such vehicle

12 No vehicle shall be operated in the COMMUNITY in areas other than those designated for roadways and parking

## G ANIMALS

No non-domesticated animals, including farm animals, may be kept in the COMMUNITY No other animals may be kept in the COMMUNITY except as pets, and then only with the prior written permission of MANAGEMENT As of immediately, no animals whose height exceeds eighteen (18) inches at the shoulder at full maturity or whose weight exceeds fifty (50) pounds at full maturity may be kept in the COMMUNITY Animals must be inoculated and licensed according to all applicable laws and regulations, and must wear license tags If required by applicable law Animals must be leashed and under the control of the applicable RESIDENT or kept within the confines of RESIDENT's home site Animals are allowed in common areas of the COMMUNITY only on a leash and under control of the applicable RESIDENT Under no circumstances are pets allowed in the common area of the COMMUNITY specifically posted against pets, such as the playground and similar facilities as designated by MANAGEMENT RESIDENT is responsible for the immediate removal of all pet litter from RESIDENT's home site or any other location within the COMMUNITY where littering has occurred RESIDENTS are responsible for any damage caused by their animals No temporary pet sitting or care of animals not owned by RESIDENTS is permitted Biting incidents will not be tolerated, and MANAMGENT reserves the right to terminate the home site rental agreement of any RESIDENT owning a pet involved in a biting incident Noisy or unruly animals, animals considered dangerous or vicious by MANAGEMENT, and animals with respect to which other RESIDENTS file justifiable complaints with MANAMGNET must be removed from the COMMUNITY No animals which have been removed from the COMMUNITY under this rule shall thereafter again be permitted within the COMMUNITY without the MANAMGENT's prior written consent Each animal must be registered and identified as to owner in the COMMUNITY office Any dog regardless of breed, whose temperment and disposition are considered to be dangerous or vicious, is not allowed within the COMMUNITY under any circumstances No more than two (2) dogs or two (2) cats or one (1) dog and one (1) cat may be kept per home site All pets must be approved by MANAGEMENT in writing before the pet's owner moves into the COMMUNITY, or before RESIDENT obtains a pet after move-in Pets belonging to RESIDENT's family members, guests and invitees must be confined to the applicable RESIDENT's home site and must comply with all provision of this paragraph Pets may not be left outside at night Pets may not be left outside in the daytime unless someone is home to supervise the pet No doghouses or other outside animal shelters are permitted

H TV ANTENNAS

Only one (1) satellite dish not to exceed one (1) meter in diameter may be installed per home site No TV antenna over twenty four (24) inches in height my be installed on the home site, and guide wires with respect to any antenna may be attached only to the manufactured home's roof The installation and location of such must be in accordance with the reasonable requirements of MANAMGENT and all applicable laws, codes and regulations Antenna must be mounted at least twenty-five (25) feet back from the front of the manufactured home No antennas may be installed except upon the prior written approval of MANAMGENT Any transmitting which interferes with the reception of other RESIDNET is strictly prohibited

I CLOTHES LINE

Only collapsible umbrella-type clothes lines are permitted on the home site and the same must be kept at the rear of the home site and collapsed when not in use Laundry hung such clothesline must be removed as quickly as possible

J SALE OF MANUFACTURED HOMES

In the event RESIDENT elects to sell RESIDENT's manufactured home, one (1) for Sale ' sign not to be exceed a total area of three hundred (300) square inches may be installed on the inside of a window or upon exterior of the manufactured home, but shall not be installed in the ground of the manufactured home site Neither other "For Sale" sign nor any other sign of any nature, whether relating to the sale of the manufactured home or for any purpose, shall be permitted on the home site RESDIENT ACKNOWLDGE THAT THE SALE OR OTHER TRANSFER OF THE MANUFACUTRED HOME DOES NOT INCLUDE A TRANSFER OT THE HOME SITE TO THE BUYER OR THE TRANSFEREE UNLESSS RESDIENT NOTIFIFES MANAGENT IN WIRTING AT LEAST THREE (3) WEEKS PRIOR TO THE PROPOSED TRANSFER OF THE MANUFACTURED HOME SITE RENTAL AGREEMENT AND/OR TRANSFER OF TITLE TO THE MANFUACTURED HOME, GIVING THE NAME AND ADDRESS OF THE PROPOSED BUYER OR OTHER TRASNFEREE IN SUCH NOTICE AND THE PROPOSED BUYER OR OTHER TRANSFEREE (') IS APPROVED BY MANAGEMENT AS A RESDIENT IN ACCORDANCE WITH MANAGEMENT PRE=QUALIFICATION PROCEDURES AND STANDARDS, (''') MEETS ALL OTHER CONDITIONS AND REQUIREMENTS AS SET FORTH IN THESE RULES AND REGULATIONS AND IN THE MANUFACTURED HOME SITE RENTAL AGREEMENT, AND (IV) THE MANUFACTURED HOME COMPLIES WITH THE STANDARDS FOR PLACEMENT OR RETENTION IN THE COMMUNITY AS SET FORTH IN THE THESE RULES AND REGULATIONS

K OUTSIDE CONSTRUCTION

1 Any construction or repairs other than routine home improvements or yard maintenance must be approved in writing by Management in advance
2 No construction company may perform any service within the COMMUNITY unless it has reported to the COMMUNITY office for clearance All contractors and repair maintenance and landscaping personnel must be proper workman's compensation, automobile, liability and performance bonding insurance coverage's, as determined by MANAMGEMENT in its discretion
3 RESDIENT may not, and shall not have the power of authority to, allow the COMMUNITY or improvements therein to become subject to any mechanics, laborers or materialmen s liens
4 RESIDENT should not give instructions to or make requests of, the COMMUNITY s maintenance personnel All requests should be made in writing directly to MANAMGNET

L NOISE, FIREARMS, UNACCEPTABLE CONDUCT

RESIDENTS must be unreasonably noisy Radios, stereos, musical instruments, televisions and conversation must be kept a level low enough not to disturb any other RESIDENT Vehicle engines shall be not unnecessarily raced or ' gunned" at any time RESIDENTS shall observe quiet hours within the COMMUNITY between the hours of 10 00 p m to 7 00 a m daily

**Prohibited Conduct**

You (The RESIDENT) and your occupants or guests may not engage in the following activities **behaving in a loud or obnoxious manner, disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the MH Community, disrupting our business operations,** manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia, engaging in or threatening violence, possessing a weapon prohibited by state law, discharging a firearm in the MH Community, displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others No open fires are allowed within the COMMUNITY (charcoal and gas grills do not constitute open fires for purposes of the rule ) Fireworks are prohibited within the COMMUNITY

ERM ________(RESIDENTs Initials)

The gutting and/or bleeding of game animals on the home site or outside the manufactured home is prohibited within the COMMUNITY

**Under state law, RESIDENT's tenancy may be terminated for conduct on COMMUNITY premises which constitutes annoyance to other RESIDENTS or interfere with MANAGEMENT**

M COMMERCIAL ENTERPRISES

No commercial enterprise or business of nay nature may be conducted by RESIDENT in the COMMUNITY without prior written approval of MANAGEMENT, nor may advertising materials be distributed or posted within the COMMUNITY without MANAGEMENT s prior written approval This restriction applies to the delivery of handbills of any nature, although MANAGEMENT may distribute written materials of a non commercial nature provided such written materials are also given to MANAGEMENT

N DAMAGE

Any damage caused by any RESIDENT or by any visitor, guest agent or representative of such RESIDENT, or by any of their property (storage shed TV antenna etc ) to the person or property of another shall be the sole responsibility of the applicable RESIDENT

O COMMON AREA DECORUM AND CONDUCT

MANAGEMENT has established separate rules and guidelines for behavior and conduct of RESIDENTS, visitors and guests within common areas such as swimming pools clubhouses and recreation facilities These rules and guidelines are posted in each common area where they are applicable, and after reasonable notice may be changed from time to time by MANAGEMENT and are hereby incorporated into and made a part of these Rules and guidelines MANAGEMENT will undertake to make the common areas and recreational facilities of the COMMUNITY conveniently available and open to RESIDENTS at reasonable times RESIDENT is responsible for the behavior and conduct of all minor children residing with or visiting RESIDENT, and for the conduct of clubhouse Violations of rules and guidelines applicable to common areas bye RESIDENTS, their family, visitors and guests within the COMMUNITY, including their adherence to these Rules and Regulations, and all

applicable laws Any visitor or guest who fails to comply with the foregoing may not remain in the COMMUNITY Conviction of Class A misdemeanor or any felony during the term of a RESIDENT s tenancy which caused or threatened to cause irreparable harm to any person or property shall be considered grounds for termination or non renewal of such RESIDENT's Manufactured Home Site Rental Agreement Immoral conduct, intoxication, or the use of loud or profane language shall also be grounds for termination or non-renewal of the applicable RESIDENT's Manufactured Home Site Rental Agreement

RESIDENT, any member RESIDENT's household, any guest, or any other person under RESIDENT's control, shall not engage in criminal activity, including but not limited to , drug related criminal activity, on the premises or in the COMMUNITY (Drug related criminal activity means the illegal manufacture, sale, distribution, use or possession with intent to manufacture, sell, distribute or use of a controlled substance )

Consumption of alcoholic beverages in the COMMUNITY's common areas, including the clubhouse, the pool area and surrounding common areas, is strictly prohibited, with the exception of MANAGEMENT sponsored events

ERM (RESIDENT's Initials)

Smoking is prohibited in any common areas, including the clubhouse, the pool area and surrounding common areas unless otherwise posted

## P UTILITY AND WATER REGULATIONS

RESIDENT shall be solely responsible for arranging for connection of water and sewer services with local utility providers RESIDENT shall be responsible for maintaining all water and sewage connections for the outlets on the utility posts or from the ground to the manufactured home at all times RESIDENT shall be solely responsible for any charges related to repairs, cleaning or unclogging of a clogged sewer line, other than an obstruction of the main sewer line, due to improper disposal of such items as paper towels, sanitary supplies, disposable diapers and cat litter Disposal of these items through use of the sewage system is strictly prohibited

RESIDENT shall be solely liable and responsible for insuring that RESIDENT's water and sewer connection do not freeze and shall arrange for any necessary repairs to such connections

Tampering by with any utility connections is strictly prohibited

## Q PRE-QUALIFICATION OF PROSPECTIVE RESIDENTS

Applicants for COMMUNITY residency are required to complete a rental application and obtain MANAGEMENT's prior written approval to become RESIDENT of the COMMUNITY Any person occupying a manufactured home within the COMMUNITY for more than fourteen (14) days within a six (6) month period shall be deemed an applicant for COMMUNITY residency and must comply with said qualification requirements RESIDENT may not sublet RESIDENT's manufactured home or home site or assign RESIDENT'S interest under RESIDENT's Manufactured Home Site Rental Agreement without MANAGEMENT's prior written approval, and any such sublease or assignment entered into without MANAGEMENT's prior written approval shall be null and void

## R CONDUCT OF MINOR CHILDREN

RESIDENTS with minor children must supervise the outside play and conduct of minor children so as not to disturb or annoy any other RESIDENTS Failure to supervise the conduct of such RESIDENT s

minor children under this rule will be grounds for termination or non-renewal of such RESIDENT s Manufactured Home Site Rental Agreement Games of any nature, including basketball and skateboarding, may not be played on the COMMUNITY's streets Children under the age of sixteen (16) must obey the COMMUNITY's curfew of 10 00 p m , after which time all children under the age or sixteen (16) should not be on the COMMUNITY's streets or in the COMMUNITY s common areas

Portable basketball units must be located at the back of the home site, near the grass line, facing the home site No permanent basketball units may be installed at the home site

S NON-WAIVER

Failure on the part of MANAGEMENT to enforce any provision of these Rules and Regulations shall not constitute a waiver of MANAGEMENT's right to enforce these Rules and Regulations either as to individual violator or the RESIDENTS of the COMMUNITY as a whole

T SNOW REMOVAL

MANAGEMENT shall remove snowfall from the COMMUNITY streets, if and when necessary and practical RESIDENT shall be responsible for the removal of snow and ice from the walkways of the individual manufactured home site RESIDENT, and not MANAGEMENT, shall be solely responsible for any claims for damages resulting from RESIDENT's failure to properly maintain RESIDENT's manufactured home site

(RESIDENT's Initials)

U SALES

No patio or yard sales or similar sales are allowed at the home site other than COMMUNITY sponsored sales

V OCCUPANCY

No manufactured home may remain unoccupied by a RESIDENT for longer than thirty (30) days without the prior written approval of MANAGEMENT Failure to notify MANAGEMENT in writing in advance of an extended absence shall result in MANAGEMENT treating such absence as abandonment and may result in termination or non renewal of the applicable RESIDENT'S Manufactured Home Site Rental Agreement

W TRESPASSING

Trespassing on other RESIDENT's property is strictly prohibited

X OTHER AGREEMENTS

ALL AGREEMENTS BETWEEN MANAGEMENT AND RESIDENT MUST BE IN WRITING

**RESIDENT'S CERTIFICATE**

I/We have received copies of and have read and fully understand the Manufactured Home Site Rental Agreement and these Rules and Regulations and agree to abide by all provisions thereof I/We understand that any breach of the Manufactured Home Site Rental Agreement or of these Rules and Regulations by me/us, members of my/our family or my/our guests or visitors may result in the termination or non-renewal of the Manufactured Home Site Rental Agreement, in accordance with applicable law I/ We agree that, should any such matter be referred to an attorney for legal action, the I/we shall be liable for legal costs incurred by MANAGEMENT, including reasonable attorneys' fees

01-16-14 ______________________
Date

______________________
RESIDENT's Signature

______________________
Date

______________________
RESIDENT s Signature

______________________
Date

______________________
RESIDENT's Signature

**MANAGEMENT**

__________
Date

by ______________________
Authorized Signature

# Pls.' Ex. 59

# A. J. DWOSKIN & ASSOCIATES
# MOBILE HOME PARK RULES & REGULATIONS

## I PARKING OF MOBILE HOMES

1 If 100-200 AMP electrical service is required, it must be installed at the homeowner's or dealer's expense

2 Footers must be dug and installed in accordance with State and/or County requirements at the homeowner's or dealer's expense Tie-downs are also required and must be placed in accordance with the manufacturer's standards and with State and/or County codes

3 It is the homeowner's responsibility to obtain or make arrangements to obtain all permits required by government authorities The homeowner may not reside in the mobile home until all installation requirements are met The Management reserves the right to copy all permits and/or approvals for retention in the homeowner's file

4 Lots will be used only for the parking of a mobile home approved by the Management

5 Manufactured skirting is required around every mobile home Skirting must be installed within thirty (30) days after moving into the Park Prior to installation, the Management must approve the skirting, lattice or decorative blocks that are required to be installed around the base of any outside deck and/or steps

6 One set of manufactured steps are required at the front and the back door of each mobile home

## II GENERAL USE OF LOT

1 Lots will be used only for the parking of a mobile home approved by the Management

2 Commercial use of lots, the storage of commercial vehicles or equipment, and/or the placement of commercial signs or advertisements are not permitted

3 Buses, panel vans, wreckers, dump trucks, state body or flat-bed trucks and all other vehicles larger than pick-up trucks and standard vans are prohibited to be parked or stored in the Mobile Home Park No recreational vehicles, travel trailers or boats may be parked in the Mobile Home Park

4 No improvements to your mobile home or lot, including and not limited to decks, awnings, carports, storage sheds and fencing will be allowed without the prior written permission from the Management Storage sheds, awnings and skirting must be of a manufactured rust-resistant variety and must be approved by the Management in writing prior to installation
   a Storage sheds must be of a manufactured type, not to exceed one hundred (100) square feet (10x10) in floor area and not higher than eight (8) feet in height, complete with doors Only one storage shed is permitted per lot
   b Fencing shall not exceed four (4) feet in height and must be approved by the Management prior to installation Chain link fencing is not permitted

5 The only type of clothesline that will be permitted is the umbrella type, to be placed at the rear of the mobile home lot

EXHIBIT
H. Saravia 5
11/3/16 vlw
Planet Depos, LLC

6 Children's pools are allowed provided they do not exceed six (6) feet in diameter and two (2) feet in depth

## III LOT MAINTENANCE/USAGE

1 Mobile home lots must be kept neat and clean Outside storage of boxes, bottles, cans, tools, appliances and other unsightly debris is not permitted Fireplace wood can be stored if piled neatly to the rear of the lot

2 Mobile home lots must be mowed on a regular basis Neglected yards will be mowed and/or cleaned at the resident's expense ten (10) days after a written notice has been served After proper notification, the Management will employ an outside contractor to mow a neglected yard at the resident's expense (Park specific charge)

3 Vehicle parking areas are considered a part of your lot and must be kept clean

4 Residents must consult the Management prior to planting or doing any excavation All plantings become the property of the Mobile Home Park

5 Only standard outdoor furniture (not overstuffed or traditional indoor furniture) may be placed on decks or outside the mobile home

6 Major vehicle repairs and/or oil changes are not permitted in the Mobile Home Park

7 Residents must install and maintain a heat tape on the water lines and the meter assembly to protect them from freezing during the winter months Any damage to the water lines or the meter assembly will be billed to the resident

## IV LOT INSPECTION/MAINTENANCE

All mobile home lots remain under the direct control of the Management Residents shall permit the Management or its agents to enter the lot at all reasonable times for the purpose of reading meters, inspecting, maintaining or making repairs, alterations or additions to any portion of the lot

Four (4) times a year, or as deemed necessary by the Management, all external portions of the mobile home and lots in the Park will be inspected as to their size, style, design, exterior number address maintenance and condition to determine whether they conform to the standards and regulations outlined in the Mobile Home Park Rules & Regulations and the Mobile Home Lease Agreement If a home or lot does not conform, the residents will be given a written notice to bring the mobile home or lot into compliance within thirty (30) days If the residents do not conform within the required period, they will be subject to legal action and possible eviction

## V PARK RULES & REGULATIONS

1 **Occupants and Guests** No person other than those listed on the Lease Agreement and/or the Mobile Home Park Application for Leaseholder and/or Occupant will be allowed to establish residency in the Mobile Home Park for a period of more than one (1) week per visit without the prior written consent of the Management Residents will be responsible and liable for the acts of their guests Acts of guests in violation of the Lease Agreement or the Mobile Home Park Rules & Regulations may be deemed by the Management to be a breach by the residents

2 **Parking** Parking shall be permitted only in those areas or spaces designated by the Management Inoperable and/or unlicensed vehicles shall not be parked or stored on a resident's lot or common area of the Park No recreational vehicles, travel trailers, boats or those vehicles designated in Section II General Use of Lot, Numbers 2 and 3 may be parked in the Mobile Home Park Any unauthorized or improperly parked vehicles and any inoperable or unlicensed vehicles may be towed without notice at the vehicle owner's risk and expense

3 **Rental Payments** All lot rent is due on or before the 1st of each month Rent is considered late after the first of the month If rent is received after the 5th day of the month a late fee of $50 00 or 10% (Park specific) will be assessed All rents must be paid by personal check, cashier's check, money order or certified check Payments in cash will not be accepted Personal checks for late rent will not be accepted after the 5th of the month

In the event a check is returned for insufficient funds, a "bad check" service charge of $50 00 will be assessed against the Lessee Returned checks must be covered by cashier's check, money order or certified check After one returned check, residents must pay by either cashier's check, money order or certified check After six (6) months, we will consider reinstatement of personal check writing privileges We do not redeposit returned checks and we will not be responsible for postdated checks

If any personal check used to pay current rent is returned from a bank after the 5th of a given month, the rent is considered late As a result, a late fee (Park specific) will be assessed

4 **Disturbance and Noises** Loud noises and other disturbing acts in or around the mobile home, mobile home lot or common areas, that interfere with the rights, comforts or convenience of other residents and/or their guests are prohibited at all times Residents should call the Park Office during business hours when a disturbance from another resident or their guest is occurring Residents will be asked to file a written complaint with the Management

5 **Supervision of Children** All parents are responsible to see that their children abide by the Mobile Home Park Rules & Regulations Children must play in their own lots or the playground (Park specific) An adult must supervise children less than six (6) years of age at all times Bicycle riding, scooter riding, roller blading or skateboarding is not permitted on the Park's streets Loitering or playing on the Park's streets is prohibited

6 **Insurance** Except for loss or damages caused by the Landlord's gross negligence or willful misconduct, the residents shall be solely responsible for and assume all risk of loss or damages to the mobile home and all property placed in or around the mobile home The Management recommends that residents obtain insurance to cover their personal belongings as well as liability insurance

7 **Soliciting** Solicitors, canvassers, vendors and peddlers, etc , are not permitted in the Park

8 **Pets** No animals/pets of any kind shall be permitted in the Mobile Home Park without the prior written permission of the Management No more than two (2) animals/pets are permitted and each animal/pet must not exceed thirty-five (35) pounds at maturity No Rottweilers, Pit Bulls, Staffordshire Terriers, Canary Dogs, Doberman Pinchers, or Chow-Chows (including mix with restricted breed) will be permitted Animals/pets must be on a leash when outside the mobile home and under control at all times It is strictly prohibited to tie or chain an animal/pet on the exterior of the mobile home or lot Management reserves the right to revoke the privilege of having animals/pets at any time Any disturbance by an animal/pet that disturbs residents or interferes with their peace and quiet or comfort will be subject to whatever action the Management deems necessary Animal/pet damage and clean-up are the responsibility of the residents There will be a $25 00 charge per incident to those who do not clean-up after their animals/pets

9 **Speed Limit** Our roadways must accommodate vehicles and pedestrian traffic Speed limit signs stating 10 miles per hour and/or 15 miles per hour (Park specific) have been posted Speeds beyond the posted limits have been proven to be dangerous in the Mobile Home Park Residents will be held responsible for strict observance of the posted limits, not only for themselves, but also for their family members and guests

10 **Fireworks** Fireworks are strictly prohibited in the Mobile Home Park

11 **Modifications to House Rules and Regulations** The Management may, after giving reasonable notice to the Lessee, alter, amend or modify these Rules & Regulations as the need may develop

## VI UTILITIES

1 The Management will provide trash pick-up semi-weekly and recyclable trash pick-up weekly Trash receptacles should be placed at the edge of the street adjacent to the lot on the scheduled days of collection After collection, the trash receptacles should be kept behind the deck or mobile home

2 Electric and water meters, plus telephone lines and cable are installed for each mobile home lot Residents will make their own applications for electricity, telephone and cable The utility companies will bill each mobile home lot per usage and the residents will be responsible for the payment directly to the utility companies Each mobile home lot has an individual water meter that is read, billed and collected monthly by Minol USA Minol USA is a billing entity acting on behalf of the mobile home park to bill and collect monthly water bills Residents will sign a separate Water and Sewer Lease Addendum

3 Residents will be responsible for any damages, repairs and the expense caused by a blockage of the sewer line or the overflow of water

4 Tampering with Park fuses, electric service connections, water meters or other Park utility connections is strictly prohibited If any of these items are tampered with, there will be a $50 00 fine per violation

## VII MAIL SERVICES

1 Mail is delivered to common area mail boxes or individual mobile home mail boxes depending on the U S Postal Service

2 The Park Office will not accept any UPS, Federal Express or special deliveries

## VIII SALE OF MOBILE HOMES

Residents may sell their mobile home to whomever they choose If the mobile home is to remain in the Park, the Management reserves the right to grant permission on the following conditions

1 The seller must be current in rent and utility payments

2 Only mobile homes in good exterior appearance and condition will be considered to remain in the Park

3 Mobile homes must have a manufactured mobile home skirting installed around the entire base of the mobile home, awnings and storage buildings/sheds must be in good repair All mobile homes must have hitches, tires and axles so that the mobile home may be transported on the public roads Each of these conditions must be confirmed before permission will be granted to sell the mobile home and for the home to remain in the Park

After permission is granted, the following conditions apply

1 The owner may sell their own mobile home or employ a dealer, broker or agent of their choosing to sell their mobile home Park employees will not assist residents in selling mobile homes

2 The Management must approve all signs advertising the sale of a mobile home Signs are to be placed in the street side window of the mobile home

3 The seller must inform all prospective buyers who wish to continue residency in the Park that they must complete an application and be approved by the Management prior to taking occupancy/ownership of the mobile home The seller is legally responsible for all conditions of the Lease Agreement and the Mobile Home Park Rules & Regulations until the buyer is approved by the Management and signs a Mobile Home Lease Agreement

Failure to comply with the above stated conditions may result in legal action being taken to remove the mobile home from the Park

## IX TERMINATING/MOBILE HOME REMOVAL

1 Residents contemplating moving must notify the Management in writing sixty (60) day prior to the end of their lease term

2 The Management will supervise the moving of your mobile home to ensure that all utilities are properly disconnected in order to avoid damage to our utility services and the mobile home However, the removal of the mobile home is at the cost and risk of the residents Any damage to utility services, trees, shrubbery and the lot will be the sole responsibility of the residents

3 The lot must be left clean If the lot is not left in good condition, charges will be assessed against the resident's security deposit and/or any remaining monies above and beyond the security deposit will be the responsibility of the residents

4 The security deposit will be refunded within forty-five (45) days from the vacate date provided that no charges have been assessed against the resident A forwarding address must be submitted in writing to the Park Office prior to vacating the lot

## X LIABILITY

The Management is not responsible for fire, theft or damage to any mobile home, vehicle or other personal property belonging to residents or occupants living therein, nor will the Park be liable for any personal injuries to anyone occupying such mobile homes or being upon the premises of the Park

## XI INSURANCE COVERAGE

Residents agree not to use the Park or their home in any manner that will increase the risk of or the rate of insurance or cause cancellation of any insurance policy covering the Park Residents are required to obtain an insurance policy including liability and property damage coverage with a combined single occurrence liability limit of not less than $25,000 00

All residents must provide proof of property and liability insurance coverage for their mobile home Residents will be required to show the Management an updated certificate of insurance each year

These Rules & Regulations have been incorporated into the Mobile Home Lease Agreement Failure to abide by these regulations could result in legal action Thank you for your cooperation in helping us to maintain a positive living environment for each and every resident

Address 11250 Mobile Drive, Lot # ____

[signature] [signature] Herbert D Saravia 2/11/12

Witness Signature Leaseholder Signature Print Name Date

[signature] [signature] Mario Medina 2/9/12

Witness Signature Leaseholder Signature Print Name Date

Witness Signature Leaseholder Signature Print Name Date

Witness Signature Leaseholder Signature Print Name Date

Witness Signature Guarantor Signature Print Name Date

Approved By

[signature] [signature] Sahar Noorzai 2-13-12

Witness Signature Property Manager Print Name Date

# Pls.' Ex. 60

# A.J. Dwoskin & Associates

## Mobile Home Park Rules and Regulations

**A Manufactured Homes- Quality Standards**

1 The location and installation of all manufactured homes must comply with all applicable governmental laws, codes and regulations

2 If 100-200 AMP electrical service is required, it must be installed at the homeowners' or dealer's expense

3 No manufactured home may be moved into the COMMUNITY, or be transferred to a new RESIDENT within the COMMUNITY, unless the size, condition, appearance and design thereof have been approved in writing by MANAGEMENT in accordance with the quality standards set forth in these Rules and Regulations MANAMAGMENT may reject any manufactured home if the same does not meet the reasonable requirements of MANAGEMENT as to its size, quality, appearance, material specifications, construction and safety conditions, design, location and competently with the COMMUNITY and other manufactured homes therein Similarly, no unfinished, unsafe or highly combustible materials may be used for any repair or patch work on the exterior of the manufactured homes or other home site improvements RESIDENT is responsible for any damage to other manufactured homes or the COMMUNITY caused by RESIDENT or the mover Wheels and axles must be removed from the manufactured home and the home site within thirty (30) days of set up Hitches must be removed from the manufactured home and stored beneath the home within thirty (30) days of set up

4 All manufactured homes must continue to meet all applicable laws, codes and regulations as such may be amended from time to time Under state law, RESIDENT's tenancy may be terminated for failure of RESIDENT to comply with local ordinance and state laws and regulations relating to manufactured homes, or with these Rules and Regulations

5 No unauthorized structures (including decks) may be built on any home site or erected on any home site Permission to build or erect any structure must be obtained in writing from MANANGMENT in advance In addition, any such structure requiring a building permit may not be built or erected without a building permit first being obtained from Fairfax County or Prince William County

HM H-S RESIDENT s initials)

6 All permits and approval required for the installations or removal of a manufactured home must be obtained by RESIDENT in advance of such installation or removal

7 No materials or items of any nature may be used to secure the roof of a manufactured home without the prior written approval of MANAGEMENT, and the same must be installed in compliance with all applicable laws, codes and regulations 'Tie down' satisfactory to MANAGEMENT must be installed within thirty (30) days of set up

8 All manufactured homes in the COMMUNITY, and all incoming homes must be shingle roofed and wood or vinyl lap sided to the ground, and must have shutters for all windows Upon lease reveal or upon the sale or transfer of any manufactured home located in the

EXHIBIT
H. Saravia 8
11/3/16
Planet Depos, LLC

COMMUNITY, excluding transfer to a co owner pursuant to death or divorce or to a new co owner pursuant to marriage, or upon any change of RESIDENT(s) residing in a manufactured home (which change must be approve by MANAGEMENT pursuant to paragraph J and Q below), MANAGEMENT may require that any such manufactured home not in compliance with the specification contained in the first sentence of the paragraph (i) be removed from the COMMUNITY, based upon the size, condition, appearance, location or design of the manufactured home or the capacity of the home site to accommodate a larger manufactured home, or (ii) be brought into compliance with said specification to the extent feasible under the Virginia Uniform Statewide building code as a condition to the manufactured home being permitted to remain the COMMUNITY upon such sale or transfer, even if the proposed buyer or transferee otherwise complies with MANANGMENT's residency application requirement FOR RESIDENTS PROTECTION, MANAGMENTS DETERMINATION UNDER THE PROVISIONS OF THIS RULE SHOULD BE OBTAINED BEFORE THE SALE OR TRASNFER OF RESIDENTS MANUFACTURED HOME OR ANY PROPOSED CHANGE OF RESIDENTS shall notify MANAMGMENT in writing of his/her intent to sell or transfer his/her/their manufactured home at the time the manufactured home is placed on the market in order for MANAGEMENT to inspect the home to insure compliance with said specifications No manufactured home will be permitted to remain on the home site that does not comply with said specification

9 RESDIENT shall maintain the manufactured home in good condition and repair at all times The exterior of the manufactured home shall be kept clean, neat and properly painted at all times Any change to the exterior color of the manufactured home or appurtenant structure, including, but not limited to, additions, utility buildings, porches, steps and skirting must be approved in writing in advance by the MANAMGMENT MANANGMENT

________ (RESIDENT's initial)

10 May, in its discretion, require reasonable repair, maintenance and improvement of the manufactured home

11 If the manufactured home is substantially damaged by fire, windstorm or other cause, any repairs of the mobile home are to be done at RESIDENT's expense S such repairs shall be commenced immediately after the damage has occurred All loose debris shall be removed immediately All damage must be repaired within fifteen (15) days after the date of damage If the damage can not be repaired within the fifteen (15) days, MANAGEMENT may require that the manufactured home be removed from the COMMUNITY for repair

## B STORAGE SHEDS

1 RESIDENT, at RESIDENT's expense, shall construct and maintain in good condition and repair a storage shed on RESIDENT's home site with siding and roof shingling matching that of the manufactured home as described in Paragraph A (7) The location and size of each such storage shed must be approved in writing by MANAGEMENT in advance of the construction, delivery or installation of the storage shed Installation of storage sheds must not violate applicable home/structure setbacks rules In addition to the foregoing restrictions, shed size may not exceed ten (10) feet long by ten (10) feet wide by seven (7) feet high

2 There may be only one (1) shed to a home site, constructed of materials approved in writing by MANAGEMENT in advance MANAGEMENT may give written approval in certain cases, in its discretion, for an additional shed

3 There may be no sleeping facilities within the storage shed

4 All storage sheds must be properly anchored

5 Any damage caused by storage sheds or their construction or removal shall be the sole responsibility of RESIDENT

C LANDSCAPING

All home sites in the COMMUNITY must be landscaped to a standard consistent with an average landscaped home site in the COMMUNITY MANAGEMENT will make available for review at the COMMUNITY office photos of examples of such home sites to provide guidance to RESIDENT regarding the nature of the landscaping standards MANAGEMENT realizes that such a standard is, necessarily to some extent subjective, so MANAMGNET, in its discretion, shall enjoy the ultimate right to determine the sufficiency of landscaping, subject to the requirement that MANAGEMENT's decision shall not be plainly unreasonable

HM — HS ________(RESIDENT's initial)

D FENCE

Privacy fences are allowed within the COMMUNITY with the prior written approval of MANAGEMENT Fence must be constructed of white, vinyl (PVC) and the style of such fence must be approved in advance by MANAGEMENT Any fence installed without MANAMGNET'S prior written approval of MANAGEMENT shall be removed at the sole expense of RESIDENT

E MAINTENANCE OF HOME SITE

1 RESIDENT must maintain the home site and all sheds, carports and improvements thereon at RESIDENT's sole expense in a clean, neat and attractive condition, as determined by MANAGEMENT at it's discretion, in the event RESIDENT fails to do so, MANAGEMENT, upon fifteen (15) days prior written notice, may take such steps as are necessary to provide the necessary maintenance, and all expenses incurred by MANAGEMENT in so doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charge by MANAGEMENT to RESIDENT Driveways, walkways and patios shall be kept neat and in good repair by RESIDENT

2 All trash, debris, brooms, ladders, building materials and similar items must be kept out of sight Trash shall be removed at regularly scheduled intervals as specified by MANAGEMENT Trash must be placed in containers satisfactory to MANAGEMENT With the exception of trash pick up days, trash cans must be stored behind the manufactured home site or within the storage shed located on the home site This subsection applies to reasonable amounts of household trash, RESIDENT, at RESIDENT's sole expense must arrange the removal of large items RESIDENT shall be responsible for the disposal of any large items, including appliances and furniture

3 All Bicycles, tricycles and toys must be kept in neat order on the home site If any such items are found on vacant homes sites or on the streets, they may be picked up by MANAGEMENT and, unless claimed by the applicable RESIDENT within fifteen (15) days may be distributed by MANAGEMENT to charities of MANAGEMENT's choice

4 All lawns, shrubs, trees, fences, paving and other landscaping installed by RESIDENT shall become MANAGEMENT'S property and must remain upon the home site at the termination of RESIDENT's occupancy, unless RESIDENT obtains MANAGEMENT's prior written approval to remove the same MANAGEMENT must approve all home site landscaping plans and any digging in order to protect underground utility lines, pipes and cabbies and RESIDENTS' safety

5 All tree-trimming, pruning, and removal of debris at the home site shall be the sole responsibility of RESIDENT RESIDENT must immediately notify MANAGEMENT of any tree limps that are dead or decaying Any damage caused to the person or property of another due to such maintenance, including falling tree limbs, shall be the sole responsibility of the applicable RESIDENT

6 RESIDENT shall be responsible for lawn and landscaping of the home site at RESIDENT's sole expense The RESIDENT shall rake and bag all leaves and grass cuttings Lawn shall be mown on a regular basis as determined by MANAGEMENT in accordance with standards established in

order to provide necessary maintenance, and all expense incurred by MANAGEMENT in doing so must be paid by RESIDENT on the next rental payment date after submission of a statement for such charges

7 No vegetable gardens are allowed at RESIDENTS' home site or elsewhere within the COMMUNITY

8 The RESIDENT is responsible for the placement and maintenance of a heat tape Heat tapes must be operable at all times applied in a manner to protect RESIDENT's water line and water riser to a depth of approximately two (2) feet

## F MOTOR VEHICLES

The COMMUNITY is maintained as a private enterprise and as such all streets and roadways within the COMMUNITY shall be considered private and shall not be used as public thoroughfares In the interest of the safety and well-being of all RESIDENTS, and for maintenance purposes and traffic control, MANAGEMENT may, at its sole discretion, restrict traffic on designated streets, and restrict delivery of certain products and services Any violations of these motor vehicles Rules and Regulations shall result in a written warning from MANAGEMENT and may cause the vehicle to be removed from the COMMUNITY at the sole expense and liability of the vehicle's owner Further violation of these motor vehicles Rules and Regulations shall be considered grounds for termination of the applicable RESIDENT's rental agreement

1 All drivers must observe speed limits and stop signs as posted within the COMMUNITY Careless or reckless driving may result in the termination of tenancy COMMUNITY streets shall be kept clear at all times to allow for access by emergency vehicles as needed accordance with the local fire ordinance

2 Parking

A Two (2) vehicles are permitted to each home site within the COMMUNITY, with the exception of those home sites that are designed to accommodate three (3) vehicles per driveway Vehicles must be parked in specific areas as designated by MANAGEMENT No structure, addition, improvement or any part of the manufactured home shall be permitted to encroach on existing parking areas within the home site

B Guest and visitor vehicles must be parked in area as designated by MANAGEMENT RESIDENTS are responsible for ensuring that their guests and visitors comply with this requirement

C No vehicles may be parked in or on common areas except as specifically authorized in writing by MANAMGNET in advance Vehicles parked in unauthorized areas may be removed, at the risk and expense of the vehicle's owner, without prior notice

D Illegally parked vehicles may be removed, at MANAGEMENT's discretion, at the risk and expense of the vehicle's owner

E On-site parking is prohibited at all times within the COMMUNITY

3 Only registered vehicles are allowed within the COMMUNITY RESIDENTS must register each vehicle kept within the COMMUNITY Commercial vehicles are not permitted within the COMMUNITY RESIDENTS must not store any motor vehicles which is in a state of disrepair and therefore incapable of being moved under its own power, or that does not possess a current valid registration for more than twenty four (24) hours, and any such vehicle within the COMMUNITY may be removed, at the risk and expense of the vehicles' owner, without prior notice All vehicle repairs must be completed within twenty-four (24) hours of the commencement of said repairs

4 Only drivers with valid driver's licenses may operate motor vehicles within the COMMUNITY

5 No excessively noisy vehicles are allowed within the COMMUNITY

6 There may be no overnight sleeping within the COMMUNITY except within RESIDENT S manufactured homes No overnight sleeping is allowed in any motor vehicles, camper or camping trailer

7 No vehicles over seventy-five hundred pounds (7500) gross vehicles weight (other then standard pick-up trucks), totters, t-- -ks, construction or farm equipment m- not be stored, parked or kept within the COMMUNIT except within the designated storage MANAGEMENT may remove any prohibited vehicles from the COMMUNITY if the RESDIENT fails to do so, and all expense incurred by MANAGEMENT in so doing must be paid by the RESIDENT with the next rental payment after submission of a statement for such charges by MANAGEMENT to the RESIDENT

8 Any vehicles which drips oil, gasoline or any other fluid must be repaired immediately by RESIDENT, and any damage caused by such dripping fluid must be cleaned and/or repaired by RESIDENT

9 The immobilization of any vehicle for major repairing or overhauling is prohibited everywhere within the COMMUNITY unless otherwise authorized in writing by MANAGEMENT in advance

10 Any vehicles parked on the streets during a snowfall will be considered a safety hazard Any such vehicle may be towed at the vehicle owner's risk and expense without prior notice

11 No unlicensed, motorized or self-prohibited vehicle of any kind, including, but not limited to, dirt bikes, mini-bikers, motorcycles, mopeds and go carts, shall be operated in any area of the COMMUNITY, unless such vehicle is duly registered for operation on public roads or highways All such vehicles must be registered with the COMMUNITY office and shall be operated only by the person duly licensed for operation of such vehicle

12 No vehicle shall be operated in the COMMUNITY in areas other than those designated for roadways and parking

## G ANIMALS

No non domesticated animals, including farm animals, may be kept in the COMMUNITY No other animals may be kept in the COMMUNITY except as pets, and then only with the prior written permission of MANAGEMENT As of immediately, no animals whose height exceeds eighteen (18) inches at the shoulder at full maturity or whose weight exceeds fifty-(50) pounds at full maturity may be kept in the COMMUNITY Animals must be inoculated and licensed according to all applicable laws and regulations, and must wear license tags If required by applicable law Animals must be leashed and under the control of the applicable RESIDENT or kept within the confines of RESIDENT's home site Animals are allowed in common areas of the COMMUNITY only on a leash and under control of the applicable RESIDENT Under no circumstances are pets allowed in the common area of the COMMUNITY specifically posted against pets, such as the playground and similar facilities as designated by MANAGEMENT RESIDENT is responsible for the immediate removal of all pet litter from RESIDENT's home site or any other location within the COMMUNITY where littering has occurred RESIDENTS are responsible for any damage caused by their animals No temporary pet sitting or care of animals not owned by RESIDENTS is permitted Biting incidents will not be tolerated, and MANAMGENT reserves the right to terminate the home site rental agreement of any RESIDENT owning a pet involved in a biting incident Noisy or unruly animals, animals considered dangerous or vicious by MANAGEMENT, and animals with respect to which other RESIDENTS file justifiable complaints with MANAMGNET must be removed from the COMMUNITY No animals which have been removed from the COMMUNITY under this rule shall thereafter again be permitted within the COMMUNITY without the MANAMGENT's prior written consent Each animal must be registered and identified as to owner in the COMMUNITY office Any dog regardless of breed, whose temperment and disposition are considered to be dangerous or vicious, is not allowed within the COMMUNITY under any circumstances No more than two (2) dogs or two (2) cats or one (1) dog and one (1) cat may be kept per home site All pets must be approved by MANAGEMENT in writing before the pet's owner moves into the COMMUNITY, or before RESIDENT obtains a pet after move in Pets belonging to RESIDENT's family members, guests and invitees must be confined to the applicable RESIDENT's home site and must comply with all provision of this paragraph Pets may not be left outside at night Pets may not be left outside in the daytime unless someone is home to supervise the pet No doghouses or other outside animal shelters are permitted

## H TV ANTENNAS

Only one (1) satellite dish, not to exceed one (1) meter in diameter may be installed per home site No TV antenna over twenty-four (24) inches in height my be installed on the home site, and guide wires with respect to any antenna may be attached only to the manufactured home's roof The installation and location of such must be in accordance with the reasonable requirements of MANAMGENT and all applicable laws, codes and regulations Antenna must be mounted at least twenty-five (25) feet back from the front of the manufactured home No antennas may be installed except upon the prior written approval of MANAMGENT Any transmitting which interferes with the reception of other RESIDNET is strictly prohibited

## I CLOTHES LINE

Only collapsible umbrella-type clothes lines are permitted on the home site and the same must be kept at the rear of the home site and collapsed when not in use Laundry hung such clothesline must be removed as quickly as possible

## J SALE OF MANUFACTURED HOMES

In the event RESIDENT elects to sell RESIDENT s manufactured home, one (1) "for Sale' sign not to be exceed a total area of three hundred (300) square inches may be installed on the inside of a window or upon exterior of the manufactured home, but shall not be installed in the ground of the manufactured home site Neither other "For Sale" sign nor any other sign of any nature, whether relating to the sale of the manufactured home or for any purpose, shall be permitted on the home site RESDIENT ACKNOWLDGE THAT THE SALE OR OTHER TRANSFER OF THE MANUFACUTRED HOME DOES NOT INCLUDE A TRANSFER OT THE HOME SITE TO THE BUYER OR THE TRANSFEREE UNLESSS RESDIENT NOTIFIFES MANAGENT IN WIRTING AT LEAST THREE (3) WEEKS PRIOR TO THE PROPOSED TRANSFER OF THE MANUFACTURED HOME SITE RENTAL AGREEMENT AND/OR TRANSFER OF TITLE TO THE MANFUACTURED HOME, GIVING THE NAME AND ADDRESS OF THE PROPOSED BUYER OR OTHER TRASNFEREE IN SUCH NOTICE AND THE PROPOSED BUYER OR OTHER TRANSFEREE (I) IS APPROVED BY MANAGEMENT AS A RESDIENT IN ACCORDANCE WITH MANAGEMENT PRE=QUALIFICATION PROCEDURES AND STANDARDS, (III) MEETS ALL OTHER CONDITIONS AND REQUIREMENTS AS SET FORTH IN THESE RULES AND REGULATIONS AND IN THE MANUFACTURED HOME SITE RENTAL AGREEMENT, AND (IV) THE MANUFACTURED HOME COMPLIES WITH THE STANDARDS FOR PLACEMENT OR RETENTION IN THE COMMUNITY AS SET FORTH IN THE THESE RULES AND REGULATIONS

## K. OUTSIDE CONSTRUCTION

1 Any construction or repairs other than routine home improvements or yard maintenance must be approved in writing by Management in advance

2 No construction company may perform any service within the COMMUNITY unless it has reported to the COMMUNITY office for clearance All contractors and repair, maintenance and landscaping personnel must be proper workman's compensation, automobile, liability and performance bonding insurance coverage's, as determined by MANAMGEMENT in its discretion

3 RESDIENT may not, and shall not have the power of authority to, allow the COMMUNITY or improvements therein to become subject to any mechanics, laborers or materialmen s liens

4 RESIDENT should not give instructions to, or make requests of, the COMMUNITY's maintenance personnel All requests should be made in writing directly to MANAMGNET

L NOISE, FIREARMS, UNACCEPTABLE CONDUCT

RESIDENTS must be unreason noisy Radios, stereos, musical instr nts, televisions and conversation must be kept a level low enough not to disturb any other RESIDENT Vehicle engines shall be not unnecessarily raced or "gunned" at any time RESIDENTS shall observe quiet hours within the COMMUNITY between the hours of 10 00 p m to 7 00 a m daily

**Prohibited Conduct**

You (The RESIDENT) and your occupants or guests may not engage in the following activities **behaving in a loud or obnoxious manner, disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the MH Community, disrupting our business operations,** manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia, engaging in or threatening violence, possessing a weapon prohibited by state law, discharging a firearm in the MH Community, displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others No open fires are allowed within the COMMUNITY (charcoal and gas grills do not constitute open fires for purposes of the rule ) Fireworks are prohibited within the COMMUNITY

MM , HS (RESIDENTs Initials)

The gutting and/or bleeding of game animals on the home site or outside the manufactured home is prohibited within the COMMUNITY

**Under state law, RESIDENT's tenancy may be terminated for conduct on COMMUNITY premises which constitutes annoyance to other RESIDENTS or interfere with MANAGEMENT**

M COMMERCIAL ENTERPRISES

No commercial enterprise or business of nay nature may be conducted by RESIDENT in the COMMUNITY without prior written approval of MANAGEMENT, nor may advertising materials be distributed or posted within the COMMUNITY without MANAGEMENT's prior written approval This restriction applies to the delivery of handbills of any nature, although MANAGEMENT may distribute written materials of a non-commercial nature provided such written materials are also given to MANAGEMENT

N DAMAGE

Any damage caused by any RESIDENT, or by any visitor, guest, agent or representative of such RESIDENT, or by any of their property (storage shed, TV antenna, etc ) to the person or property of another shall be the sole responsibility of the applicable RESIDENT

O COMMON AREA DECORUM AND CONDUCT

MANAGEMENT has established separate rules and guidelines for behavior and conduct of RESIDENTS, visitors and guests within common areas such as swimming pools, clubhouses and recreation facilities These rules and guidelines are posted in each common area where they are applicable, and after reasonable notice may be changed from time to time by MANAGEMENT and are hereby incorporated into and made a part of these Rules and guidelines MANAGEMENT will undertake to make the common areas and recreational facilities of the COMMUNITY conveniently available and open to RESIDENTS at reasonable times RESIDENT is responsible for the behavior and conduct of all minor children residing with or visiting RESIDENT, and for the conduct of clubhouse Violations of rules and guidelines applicable to common areas bye RESIDENTS, their family, visitors and guests within the COMMUNITY, including their adherence to these Rules and Regulations, and all

applicable laws Any visitor or guest who fails to comply with the foregoing may not remain in the COMMUNITY Conviction of a Class A misdemeanor or any felony during the term of a RESIDENT s tenancy which caused or threat to cause irreparable harm to any per or property shall be considered grounds for termination or non-renewal of such RESIDENT's Manufactured Home Site Rental Agreement Immoral conduct, intoxication, or the use of loud or profane language shall also be grounds for termination or non-renewal of the applicable RESIDENT's Manufactured Home Site Rental Agreement

RESIDENT, any member RESIDENT's household, any guest, or any other person under RESIDENT's control, shall not engage in criminal activity, including but not limited to , drug related criminal activity, on the premises or in the COMMUNITY (Drug related criminal activity means the illegal manufacture, sale, distribution, use or possession with intent to manufacture, sell, distribute or use of a controlled substance )

Consumption of alcoholic beverages in the COMMUNITY's common areas, including the clubhouse, the pool area and surrounding common areas, is strictly prohibited, with the exception of MANAGEMENT sponsored events

MM - HS (RESIDENT's Initials)

Smoking is prohibited in any common areas, including the clubhouse, the pool area and surrounding common areas unless otherwise posted

**P UTILITY AND WATER REGULATIONS**

RESIDENT shall be solely responsible for arranging for connection of water and sewer services with local utility providers RESIDENT shall be responsible for maintaining all water and sewage connections for the outlets on the utility posts or from the ground to the manufactured home at all times RESIDENT shall be solely responsible for any charges related to repairs, cleaning or unclogging of a clogged sewer line, other than an obstruction of the main sewer line, due to improper disposal of such items as paper towels, sanitary supplies, disposable diapers and cat litter Disposal of these items through use of the sewage system is strictly prohibited

RESIDENT shall be solely liable and responsible for insuring that RESIDENT's water and sewer connection do not freeze and shall arrange for any necessary repairs to such connections

Tampering by with any utility connections is strictly prohibited

**Q PRE-QUALIFICATION OF PROSPECTIVE RESIDENTS**

Applicants for COMMUNITY residency are required to complete a rental application and obtain MANAGEMENT's prior written approval to become RESIDENT of the COMMUNITY Any person occupying a manufactured home within the COMMUNITY for more than fourteen (14) days within a six (6) month period shall be deemed an applicant for COMMUNITY residency and must comply with said qualification requirements RESIDENT may not sublet RESIDENT's manufactured home or home site or assign RESIDENT'S interest under RESIDENT's Manufactured Home Site Rental Agreement without MANAGEMENT's prior written approval, and any such sublease or assignment entered into without MANAGEMENT's prior written approval shall be null and void

**R CONDUCT OF MINOR CHILDREN**

RESIDENTS with minor children must supervise the outside play and conduct of minor children so as not to disturb or annoy any other RESIDENTS Failure to supervise the conduct of such RESIDENT s

minor children under this rule will be grounds for termination or non renewal of such RESIDENT s Manufactured Home Site Rent^al Agreement Games of any nature, inclu ' g basketball and skateboarding, may not be play in the COMMUNITY's streets Chil under the age of sixteen (16) must obey the COMMUNITY's curfew of 10 00 p m , after which time all children under the age or sixteen (16) should not be on the COMMUNITY's streets or in the COMMUNITY s common areas

Portable basketball units must be located at the back of the home site, near the grass line, facing the home site No permanent basketball units may be installed at the home site

**S NON-WAIVER**

Failure on the part of MANAGEMENT to enforce any provision of these Rules and Regulations shall not constitute a waiver of MANAGEMENT's right to enforce these Rules and Regulations either as to individual violator or the RESIDENTS of the COMMUNITY as a whole

**T SNOW REMOVAL**

MANAGEMENT shall remove snowfall from the COMMUNITY streets, if and when necessary and practical RESIDENT shall be responsible for the removal of snow and ice from the walkways of the individual manufactured home site RESIDENT, and not MANAGEMENT, shall be solely responsible for any claims for damages resulting from RESIDENT's failure to properly maintain RESIDENT's manufactured home site

HAA - H S (RESIDENT's Initials)

**U SALES**

No patio or yard sales or similar sales are allowed at the home site other than COMMUNITY sponsored sales

**V OCCUPANCY**

No manufactured home may remain unoccupied by a RESIDENT for longer than thirty (30) days without the prior written approval of MANAGEMENT Failure to notify MANAGEMENT in writing in advance of an extended absence shall result in MANAGEMENT treating such absence as abandonment and may result in termination or non-renewal of the applicable RESIDENT'S Manufactured Home Site Rental Agreement

**W TRESPASSING**

Trespassing on other RESIDENT's property is strictly prohibited

**X OTHER AGREEMENTS**

ALL AGREEMENTS BETWEEN MANAGEMENT AND RESIDENT MUST BE IN WRITING

**RESIDENT'S CERTIFICATE**

I/We have received copies of and have read and fully understand the Manufactured Home Site Rental Agreement and these Rules and Regulations, and agree to abide by all provisions thereof I/We understand that any breach of the Manufactured Home Site Rental Agreement or of these Rules and Regulations by me/us, members of my/our family or my/our guests or visitors may result in the termination or non-renewal of the Manufactured Home Site Rental Agreement, in accordance with applicable law I/ We agree that, should any such matter be referred to an attorney for legal action, the I/we shall be liable for legal costs incurred by MANAGEMENT, including reasonable attorneys' fees

1-29 14
Date

RESIDENT's Signature

1 28 14
Date

RESIDENT's Signature

Date

RESIDENT's Signature

**MANAGEMENT**

1 28 14
Date

by
Authorized Signature

# Pls.' Ex. 61

# Pls.' Ex. 62

# Lease Decision

**Transaction No** 0031674719 **Performed By** VANEJO **Performed On** Friday February 3 2012 / 13 37 16 EST
**Property** 59801 Waples Project c/o AJ Dwoskin Fairfax VA 22030

Your community s decision for this transaction appears below based on your management company s established decision points for applicant approval to your community Direct questions regarding these criteria to your management company

## LEASE DECISION

### ACCEPT - 490

Decline | Conditional | Accept

200 315 340 365 800

490

Approved with 1 month Security Deposit

**CRIMSAFE DECISION**

### ACCEPT

Based upon your community CrimSAFE settings and the results of this search no disqualifying records were found

Agent Decision

## SCREENING DETAILS

APPLICANT 1

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| **Applicant Name** | [redacted] | **SSN** | [redacted] |
| **Monthly Income** | $2037 | **DOB** | [redacted] |
| **Phone** | 0000000000 | **Email** | |
| **Current Address** | [redacted] | **Previous Address** | |

**MESSAGES**

- Scanned by AppALERT
- Please view the RegistrySCORE report for this applicant s score
- The VA statewide criminal search requested was not processed because VA is already included in the Multi state search
- Prior to making leasing decision always check criminal results
- DC Statewide criminal request for [redacted] has been received for processing
- CrimSAFE search request received for processing
- MD Statewide criminal request for [redacted] has been received for processing
- This applicant has been screened through the MSSO Search Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website Results associated with this will reflect on CrimSAFE report

**REPORTS AND LETTERS**

| Report | Status |
|---|---|
| ScorePLUS | Complete |
| Equifax Social Search | Complete |
| Multi state Criminal Search | Suppressed |
| Statewide Criminal Search | Not Processed |
| CrimSAFE Search Report | Accept |
| Statewide Criminal Regional Level | Suppressed |
| Statewide Criminal Regional Level | Suppressed |

**Letters**

Welcome

**LEASE INFORMATION**

| | | | |
|---|---|---|---|
| **Monthly Rent** | $670 | **Security Deposit** | $670 |
| **Total Income** | $59099/month | **Lease Term** | 12 Months |
| **Marketing Source** | Resident Referral | | |
| **Client Reference** | | | |



**ScorePLUS REPORT**

**February 7, 2012**
**10 51 AM**

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Transaction No | 0031674719 | Performed By | VANEJO |
| Performed On | Friday February 3 2012 / 13 37 28 EST | Property | 59801 Waples Project c/o AJ Dwoskin |
| Request ID | [redacted] | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name | [redacted] | SSN | [redacted] |
| Monthly Income | $2037 | DOB | |
| Phone | 0000000000 | Email | |
| Current Address | [redacted] | Previous Address | |

**YOUR COMMUNITY S DECISION**

Lease Decision ACCEPT 490

Approved with 1 month Security Deposit

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY

**ALERT INFORMATION**

Refer to your management company s policy for handling of specific alerts

**SCORE ATTRIBUTE**

If improved the following items could positively impact this applicant s score

** Credit

** Application Data

**LEASE INFORMATION**

| | | | |
|---|---|---|---|
| Monthly Rent | $670 | Security Deposit | $670 |
| Total Income | $59099 | Lease Term | 12 Months |
| Bedrooms | | Marketing Source | Resident Referral |
| Client Reference | | Rent/Income | 1 % |

ScorePLUS(SM) is designed as a useful predictor tool but is not a guarantee of the future performance of an applicant WARNING A person must have permissible purpose under the Fair Credit Reporting Act(FCRA 15 U S C 1681 1681y) to obtain a consumer report The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution including fines and possible imprisonment A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer however the FCRA under most instances does not require users to do so It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic SafeRent Inc The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA More information about consumer report user's obligations is available at www ftc gov/credit

**EQUIFAX SOCIAL SEARCH REPORT**

**February 7, 2012**
**10 51 AM**

REPORT INFORMATION SECTION

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Property ID | 59801 | Phone | 703 273 5605 |
| Property Name | Waples Project c/o AJ Dwoskin | Fax | 703 273 4910 |
| Request Date | 02/03/2012 | Request Type | Social Search |
| Request ID | [redacted] | Permissible Purpose | Resident Screening |
| Process Date | 02/03/2012 13 37 21 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name | [redacted] | Suffix | |
| Current Address | | SSN | [redacted] |
| Drivers License# | | Drivers License State | |

EQUIFAX SOCIAL SEARCH REPORT

```
Applicant [redacted]                                   SSN [redacted]

USER REF [redacted]          THIS FORM PRODUCED BY EQUIFAX        PAGE    1
    SSN ISSUED-87           STATE ISSUED-VA
M1 OF 1  NM-[redacted]  CA-12509,ERROLL LN,BRISTOW,VA,20136,06/09
   FA-2912 BROOK,DR,FALLS CHURCH VA 22042 08/96  ES-COOK-CHEF HOLIDAY INN
     SS-[redacted]              BDS [redacted]
  FN-[redacted]M&
  FN-

  END OF REPORT EQUIFAX AND AFFILIATES -  02/03/12              SAFESCANNED
```

**CrimSAFE REPORT**

**February 7, 2012**
**10 51 AM**

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Property ID | 59801 | Phone | 703 273 5605 |
| Property Name | Waples Project c/o AJ Dwoskin | Fax | 703 273 4910 |
| Request Date | 02/03/2012 | Request Type | CrimSAFE |
| Request ID | [redacted] | Permissible Purpose | Resident Screening |
| Process Date | 02/06/2012 16 26 40 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name | [redacted] | Suffix | |
| SSN | | DOB | [redacted] |
| Address | | | |

**TRANSACTION(S) USED**

| **Request#** | **Type** | **State** | **County** |
|---|---|---|---|
| 69791366 | MULTISTATE | ** | ** |
| 69791370 | STATEWIDE | DC | |
| 69791371 | STATEWIDE | MD | |
| | MSSO | | |

**CrimSAFE RESULT**

BASED UPON YOUR COMMUNITY CRIMSAFE SETTINGS AND THE RESULTS OF THIS SEARCH NO DISQUALIFYING RECORDS WERE FOUND

NOTE THE ACCURATE INPUT OF NAME SSN DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT A public record(s) may have been found with elements matching the information presented by your applicant However the record(s) found PASSES criminal history criteria you selected If you choose to review the public record(s) found it is your sole responsibility to compare identifying elements and/or to obtain additional verification of the information provided Though records are obtained from the government public record sources the ACCURACY AND COMPLETENESS OF THE INFORMATION IS NOT GUARANTEED Remember, you must comply with your obligations under the federal Fair Credit Reporting Act your Service Agreement and other applicable federal state and local laws

# Lease Decision

**Transaction No** 0031674720 **Performed By** VANEJO **Performed On** Friday February 3 2012 / 13 37 16 EST
**Property** 59801 Waples Project c/o AJ Dwoskin Fairfax VA 22030

Your community s decision for this transaction appears below based on your management company s established decision points for applicant approval to your community Direct questions regarding these criteria to your management company

## LEASE DECISION

## ACCEPT - 490

Decline | Conditional | Accept

200 315 340 365 800

490

Approved with 1 month Security Deposit

**CRIMSAFE DECISION**

## ACCEPT

Based upon your community CrimSAFE settings and the results of this search no disqualifying records were found

Agent Decision

## SCREENING DETAILS

APPLICANT 2

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| **Applicant Name** | [redacted] | **SSN** | [redacted] |
| **Monthly Income** | $57062 | **DOB** | |
| **Phone** | 0000000000 | **Email** | |
| **Current Address** | [redacted] | **Previous Address** | |

**MESSAGES**

- Scanned by AppALERT
- Please view the RegistrySCORE report for this applicant s score
- The VA statewide criminal search requested was not processed because VA is already included in the Multi state search
- Prior to making leasing decision always check criminal results
- DC Statewide criminal request for [redacted] has been received for processing
- CrimSAFE search request received for processing
- MD Statewide criminal request for [redacted] has been received for processing
- This applicant has been screened through the MSSO Search Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website Results associated with this will reflect on CrimSAFE report

**REPORTS AND LETTERS**

| Report | Status |
|---|---|
| ScorePLUS | Complete |
| Equifax Social Search | Complete |
| Multi state Criminal Search | Suppressed |
| Statewide Criminal Search | Not Processed |
| CrimSAFE Search Report | Accept |
| Statewide Criminal Regional Level | Suppressed |
| Statewide Criminal Regional Level | Suppressed |

**Letters**

Welcome

**LEASE INFORMATION**

| | | | |
|---|---|---|---|
| **Monthly Rent** | $670 | **Security Deposit** | $670 |
| **Total Income** | $59099/month | **Lease Term** | 12 Months |
| **Marketing Source** | Resident Referral | | |
| **Client Reference** | | | |

Result Page Case 1:16-cv-00563-PTG-WBP Document 466-3 Filed 04/10/24 Page 97 of 197 PageID# 10759 Page 2 of 5

https //www resıdentscreenıng net/rsn/default aspx?ns4=0&reportıd=31674719*31674720* 2/7/2012

WAPLES00000293

**ScorePLUS REPORT** — **February 7 2012 10 52 AM**

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Transaction No | 0031674720 | Performed By | VANEJO |
| Performed On | Friday February 3 2012 / 13 37 27 EST | Property | 59801 Waples Project c/o AJ Dwoskin |
| Request ID | [redacted] | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name | [redacted] | SSN | [redacted] |
| Monthly Income | $57062 | DOB | |
| Phone | 0000000000 | Email | |
| Current Address | [redacted] | Previous Address | |

**YOUR COMMUNITY S DECISION**

Lease Decision ACCEPT 490

Approved with 1 month Security Deposit

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY

**ALERT INFORMATION**

Refer to your management company s policy for handling of specific alerts

**SCORE ATTRIBUTE**

If improved the following items could positively impact this applicant s score

** Credit

** Application Data

**LEASE INFORMATION**

| | | | |
|---|---|---|---|
| Monthly Rent | $670 | Security Deposit | $670 |
| Total Income | $59099 | Lease Term | 12 Months |
| Bedrooms | | Marketing Source | Resident Referral |
| Client Reference | | Rent/Income | 1 % |

ScorePLUS(SM) is designed as a useful predictor tool but s not a guarantee of the future performance of an applicant WARNING A person must have permissible purpose under the Fa r Credit Report ng Act(FCRA 15 U S C 1681 1681y) to obtain a consumer report The FCRA provides that any person who knowingly and willf lly obta ns a cons me eport nde false p etenses may face c im nal prosecution including fines and possible imprisonment A consumer report ng agency may not p ohibit users f om disclosing the contents of the report directly to the consumer however the FCRA under most instances does not require users to do so It is recommended that users refer all consumer nquiries regarding the nformation contained in this report d rectly to CoreLog c SafeRent Inc The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for deta ls about the r obl gat ons under the FCRA More information about consumer report user s obligations is available at www ftc gov/credit

**EQUIFAX SOCIAL SEARCH REPORT**

**February 7 2012**
**10 52 AM**

REPORT INFORMATION SECTION

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Property ID | 59801 | Phone | 703 273 5605 |
| Property Name | Waples Project c/o AJ Dwoskin | Fax | 703 273 4910 |
| Request Date | 02/03/2012 | Request Type | Social Search |
| Request ID | | Permissible Purpose | Resident Screening |
| Process Date | 02/03/2012 13 37 21 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name | | Suffix | |
| Current Address | | SSN | |
| Drivers License# | | Drivers License State | |

EQUIFAX SOCIAL SEARCH REPORT

```
Applicant                                                   SSN

USER REF                        THIS FORM PRODUCED BY EQUIFAX          PAGE     1
    SSN ISSUED-01              STATE ISSUED-VA
M1 OF 1  NM-                          CA-3230 ANNANDALE RD FALLS CHURCH VA 22
   042 06/09  FA-6814 GRENSTEAD ST FALLS CHURCH VA 22042 03/09  ES-FOREMAN FLO
   OR USA
     SS-                          BDS
 FN-
 FN-
 FN-
 FN-
 FN-

 END OF REPORT EQUIFAX AND AFFILIATES -  02/03/12                SAFESCANNED
```

# Pls.' Ex. 63

## SCOREPLUS REPORT

May 22, 2013
11 15 AM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Transaction No** | 0036595089 | **Performed By** | JOSEGI |
| **Performed On** | Monday May 20, 2013 / 12 35 36 EST | **Property** | 59801 - Waples Project c/o AJ Dwoskin |
| **Request ID** | [redacted] | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | [redacted] | **SSN** | [redacted] |
| **Monthly Income** | $1682 | **DOB** | [redacted] |
| **Phone** | 0000000000 | **Email** | |
| **Current Address** | [redacted] | **Previous Address** | |

### YOUR COMMUNITY'S DECISION

| | |
|---|---|
| **Applicant Decision** | ACCEPT - 598<br>Approved with 1-month Security Deposit |

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY

### ALERT INFORMATION

Refer to your management company's policy for handling of specific alerts

### SCORE ATTRIBUTE

If improved, the following items could positively impact this applicant's score

** Credit

** Application Data

### LEASE INFORMATION

| | | | |
|---|---|---|---|
| **Monthly Rent** | $439 | **Security Deposit** | $0 |
| **Total Income** | $1682 | **Lease Term** | 12 Months |
| **Bedrooms** | | **Marketing Source** | Drive By |
| **Client Reference** | | **Rent/Income** | 26 % |

ScorePLUS(SM) is designed as a useful predictor tool, but is not a guarantee of the future performance of an applicant WARNING A person must have permissible purpose under the Fair Credit Reporting Act(FCRA 15 U S C 1681 1681y) to obtain a consumer report The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution, including fines and possible imprisonment A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer, however the FCRA under most instances does not require users to do so It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic SafeRent Inc The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA More information about consumer report user s obligations is available at www ftc gov/credit



## EQUIFAX CREDIT REPORT

May 22, 2013
11 15 AM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Property ID** | 59801 | **Phone** | 703-273-5605 |
| **Property Name** | Waples Project c/o AJ Dwoskin | **Fax** | 703-273-4910 |
| **Request Date** | 05/20/2013 | **Request Type** | Credit |
| **Request ID** | [redacted] | **Permissible Purpose** | Resident Screening |
| **Process Date** | 05/20/2013 12 35 30 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | [redacted] | **Suffix** | |
| **Current Address** | [redacted] | **SSN** | [redacted] |
| **Drivers License#** | | **Drivers License State** | |

EQUIFAX CREDIT REPORT

```
Applicant [redacted]                                        SSN [redacted]

USER REF [redacted]            THIS FORM PRODUCED BY EQUIFAX          PAGE    1
    SSN ISSUED-01                STATE ISSUED-VA

*****************************************************************************

* ADDRESS DISCREPANCY - NO SUBSTANTIAL DIFFERENCE OCCURRED          *

*****************************************************************************

*  007 EQUIFAX INFORMATION SERVICES LLC,               P O BOX 740241,
    ,ATLANTA,GA,30374-0241,800/685-1111,WWW EQUIFAX COM/FCRA

*[redacted]   SINCE 01/08/05   FAD 05/20/13          FN-243
 [redacted],TAPE RPTD 09/10,TAPE DLR 05/14/20
 [redacted],TAPE RPTD 03/10,TAPE DLR 03/16/20
 [redacted]TAPE RPTD 02/08,TAPE DLR 03/16/2011
 FN-[redacted]
 FN-
 BDS-[redacted],SSS-[redacted]

*SUM-12/06-05/13,PR/OI-NO,COLL-NO,FB-NO, ACCTS 13,HC$0-721, 13-ONES
FIRM / IDENT CODE      CS  RPTD    LIMIT  HICR   BAL$ DFD/DLA MR(30-60-90+)MAX/DEL
ECOA/ACCOUNT NUMBER        OPND    P/DUE  TERM            24 MONTH HISTORY
------------------------------------------------------------------------------
THD/CBNA [redacted]        R1  05/13   3000   ---     124 05/13 03
I/[redacted]                   01/13   ---     25
   CHARGE
CAP ONE  [redacted]        R1  05/13   1500   ---      84 05/13 08
I/[redacted]                   08/12   ---     25
```



CREDIT CARD
GECRB/TYDC*[redacted] R1 05/13 2500 --- 0
I/[redacted] 05/13 --- ---
CREDIT CARD
BK OF AMER*[redacted] R1 05/13 1500 --- 229 05/13 08
I/[redacted] 09/12 --- 30
CREDIT CARD
SEARS/CBNA*[redacted] R1 05/13 6000 --- 52 05/13
I/[redacted] 04/13 --- 25
CREDIT CARD
KOHLS/CAP1[redacted] R1 05/13 900 --- 64 05/13 08
I/[redacted] 08/12 --- 25
CHARGE
THD/CBNA *[redacted] R1 05/13 1100 --- 0 08/11 59
I/[redacted] 02/08 --- ---
CLOSED OR PAID ACCOUNT/ZERO BALANCE
ACCOUNT CLOSED BY CREDIT GRANTOR
CAP ONE *[redacted] R1 05/13 1200 --- 105 05/13 12
I/[redacted] 04/12 --- 25
CREDIT CARD
MACYSDSNB [redacted] R1 04/13 800 --- 0 01/13 10
I/[redacted] 06/12 --- ---
CHARGE

USER REF [redacted] THIS FORM PRODUCED BY EQUIFAX PAGE 2
STFARMBNK [redacted] R1 04/13 2500 --- 0 04/13 02
I/[redacted] 01/13 --- ---
CREDIT CARD
GECRB/JCP [redacted] R1 04/13 1900 --- 0 04/13
I/[redacted] 04/13 --- ---
CHARGE
ROYAL PRST*[redacted] R1 07/12 750 --- 0 07/12 64
I/[redacted] 12/06 --- 42
INSTALLMENT SALES CONTRACT
THD/CBNA [redacted] R1 05/08 500 --- 0 02
I/[redacted] 02/08 --- ---
CHARGE
REVOLVING TOTALS 23050 --- 658
--- 155

---

GRAND TOTALS 23050 --- 658
--- 155

---

*INQS-SPRNTNXTL [redacted] 10/20/12 FIA CSNA [redacted] 09/13/12
CAP ONE 08/09/12 COXCOMMUN 08/20/11

| * MEMBER # | COMP NAME | TELEPHONE | * MEMBER # | COMP NAME | TELEPHONE |
|---|---|---|---|---|---|
| [redacted] | THD/CBNA | MAIL ONLY | [redacted] | CAP ONE | 800-9557070 |
| | GECRB/TYDC | 866-8642149 | | BK OF AMER | 800-4212110 |
| | SEARS/CBNA | MAIL ONLY | | KOHLS/CAP1 | MAIL ONLY |
| | CAP ONE | 800-4776000 | | MACYSDSNB | 800-2436552 |
| | STFARMBNK | 877-7342265 | | GECRB/JCP | 800-5420800 |
| | ROYAL PRST | MAIL ONLY | | SPRNTNXTL | MAIL ONLY |
| | FIA CSNA | 800-4212110 | | CAP ONE | MAIL ONLY |
| | COXCOMMUN | MAIL ONLY | | | |

&

END OF REPORT EQUIFAX AND AFFILIATES - 05/20/13 SAFESCANNED

| REGISTRYCHECK REPORT | May 22, 2013 11 15 AM |
|---|---|

**REPORT INFORMATION SECTION**

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| **Property ID** | 59801 | **Phone** | 703-273-5605 |
| **Property Name** | Waples Project c/o AJ Dwoskin | **Fax** | 703-273-4910 |
| **Request Date** | 05/20/2013 | **Request Type** | Landlord Tenant |
| **Request ID** | 76822516 | **Permissible Purpose** | Resident Screening |
| **Process Date** | 05/20/2013 12 35 30 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| **Name** | [redacted] | **Suffix** | |
| **Current Address** | [redacted] | **SSN** | xxx-xx-1799 |

**REPORT SUMMARY**

| | | | |
|---|---|---|---|
| **Report ID** | 0036595089 | **Status** | Completed |

**COURT RECORDS ON FILE**

No Court Records Found

**PRIOR INQUIRY ON FILE**

RECORD - 1 of 3

| | | | |
|---|---|---|---|
| **Applicant** | [redacted] | **Date** | [redacted] |
| **Current Address** | [redacted] | **SSN** | [redacted] |
| **Previous Address** | | **Employer** | |
| **Member** | FAIRMONT GARDEN APARTMENTS | **Phone** | (703) 578-7880 |

RECORD - 2 of 3

| | | | |
|---|---|---|---|
| **Applicant** | [redacted] | **Date** | [redacted] |
| **Current Address** | [redacted] | **SSN** | [redacted] |
| **Previous Address** | | **Employer** | |
| **Member** | FAIRMONT GARDEN APARTMENTS | **Phone** | (703) 578-7880 |

RECORD - 3 of 3

| | | | |
|---|---|---|---|
| **Applicant** | [redacted] | **Date** | 10/26/2007 |

| | | | |
|---|---|---|---|
| **Current Address** | [redacted] | **SSN** | [redacted] |
| **Previous Address** | | **Employer** | |
| **Member** | FAIRMONT GARDEN APARTMENTS | **Phone** | (703) 578-7880 |

**ADDITIONAL INFORMATION FOR VERIFICATION**

LANDLORD AT 4225 WADSWORTH IS FAIRMONT RESIDENTIAL

**SUPPLEMENTAL DATA RESOURCE**

NOTE The supplemental resource list is not part of the consumer report It does not represent derogatory information on the consumer These listings are provided solely as a resource tool, designed to provide additional possible sources of information that may relate to the applicant The customer is encouraged to contact these listings to determine whether additional information is available in connection with the applicant

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | JBG RESIDENTIAL MGMT LLC | **Phone** | |
| **Residency Dates** | 06/09 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | JBG/RESIDENTIAL MANAGEMEN | **Phone** | |
| **Residency Dates** | 10/11 11/11 04/12 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | WILLSTON COMMONS LP | **Phone** | |
| **Residency Dates** | 05/08 04/08 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | LERNER CORPORATION | **Phone** | |
| **Residency Dates** | 03/13 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | HOME PROPERTIES LP | **Phone** | |
| **Residency Dates** | 06/12 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | CAMDEN DEVELOPMENT INC | **Phone** | |
| **Residency Dates** | 09/11 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | SECRETARY OF HOUSING AND | **Phone** | |
| **Residency Dates** | 01/10 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | JBG RESIDENTIAL MGMT LLC | **Phone** | |
| **Residency Dates** | 09/11 10/11 02/12 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | FOUNDATION RESIDENTIAL LLC | **Phone** | |
| **Residency Dates** | 03/11 | | |

| | | | |
|---|---|---|---|
| **Subject Address** | [redacted] | | |
| **Landlord** | PNC BANK NA | **Phone** | |
| **Residency Dates** | 04/11 | | |

**Screened BY AppALERT(SM)**

WARNING A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT THE FCRA IMPOSES PENALTIES AGAINST ANYONE WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES INCLUDING FINES, UP TO TWO YEARS IN PRISON OR BOTH A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT YOU FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER IT IS RECOMMENDED THAT YOU REFER ALL INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CORELOGIC SAFERENT CONSUMER REQUEST LINE 1 888 333 2413



## EQUIFAX SOCIAL SEARCH REPORT

May 22, 2013
11 15 AM

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| **Property ID** | 59801 | **Phone** | 703-273-5605 |
| **Property Name** | Waples Project c/o AJ Dwoskin | **Fax** | 703-273-4910 |
| **Request Date** | 05/20/2013 | **Request Type** | Social Search |
| **Request ID** | 76822515 | **Permissible Purpose** | Resident Screening |
| **Process Date** | 05/20/2013 12 35 30 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| **Name** | [redacted] | **Suffix** | |
| **Current Address** | [redacted] | **SSN** | [redacted] |
| **Drivers License#** | | **Drivers License State** | |

EQUIFAX SOCIAL SEARCH REPORT

```
Applicant [redacted]                                        SSN [redacted]
USER REF [redacted]          THIS FORM PRODUCED BY EQUIFAX        PAGE    1
    SSN ISSUED-01          STATE ISSUED-VA
M1 OF 1 [redacted]      CA-[redacted]                               ,09/10,T
   APE DLR [redacted]  FA-4[redacted]                               03/10,T
   APE DLR [redacted]
     SS-[redacted]            BDS [redacted]
 FN-[redacted]
 FN-[redacted]

 END OF REPORT EQUIFAX AND AFFILIATES -  05/20/13              SAFESCANNED
```

| CRIMSAFE REPORT | | | May 22, 2013<br>11 15 AM |
|---|---|---|---|

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| **Property ID** | 59801 | **Phone** | 703-273-5605 |
| **Property Name** | Waples Project c/o AJ Dwoskin | **Fax** | 703-273-4910 |
| **Request Date** | 05/20/2013 | **Request Type** | CrimSAFE |
| **Request ID** | [redacted] | **Permissible Purpose** | Resident Screening |
| **Process Date** | 05/21/2013 16 34 01 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| **Name** | [redacted] | **Suffix** | |
| **SSN** | | **DOB** | [redacted] |
| **Address** | | | |

**TRANSACTION(s) USED**

| Request# | Type | State | County |
|---|---|---|---|
| [redacted] | MULTISTATE | ** | ** |
| | STATEWIDE | DC | |
| | STATEWIDE | MD | |
| | MSSO | | |

## CRIMSAFE RESULT

**BASED UPON YOUR COMMUNITY CRIMSAFE SETTINGS AND THE RESULTS OF THIS SEARCH, NO DISQUALIFYING RECORDS WERE FOUND**

NOTE THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT A public record(s) may have been found with elements matching the information presented by your applicant However, the record(s) found PASSES criminal history criteria you selected If you choose to review the public record(s) found, it is your sole responsibility to compare identifying elements and/or to obtain additional verification of the information provided Though records are obtained from the government public record sources, the ACCURACY AND COMPLETENESS OF THE INFORMATION IS NOT GUARANTEED Remember, you must comply with your obligations under the federal Fair Credit Reporting Act, your Service Agreement, and other applicable federal, state and local laws

# Pls.' Ex. 64

# Lease Decision

**Transaction No** 0027248635 **Performed By** CINDCO **Performed On** Thursday December 9 2010 / 10 16 EST
**Property** 59801 Waples Project c/o AJ Dwoskin Fairfax VA 22030

Your community s decision for this transaction appears below based on your management company s established decision points for applicant approval to your community Direct questions regarding these criteria to your management company

## LEASE DECISION

## ACCEPT - 292

Decline Conditional Accept Agent Decision

40 130 140 150 350

292

Approved with 1 month Security Deposit

## SCREENING DETAILS

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Applicant Name** | [redacted] | **SSN** | [redacted] |
| **Monthly Income** | $4262 | **DOB** | |
| **Phone** | [redacted] | **Email** | |
| **Current Address** | | **Previous Address** | |

### REPORTS AND LETTERS

| **Report** | **Status** |
|---|---|
| RegistrySCOREX | Complete |
| Equifax Credit | Complete |
| RegistryCHECK | Complete |
| Equifax Social Search | Complete |
| Multi state Sex Offender | No Match Found |

**Letters**

Welcome

### MESSAGES

- Scanned by AppALERT
- This applicant has been screened through Multi state Sex Offender Search No matches have been found Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website

### LEASE INFORMATION

| | | | |
|---|---|---|---|
| **Monthly Rent** | $645 | **Security Deposit** | $645 |
| **Total Income** | $4262/month | **Lease Term** | 12 Months |
| **Bedrooms** | 1 | | |
| **Marketing Source** | Drive By | | |
| **Client Reference** | | | |



**RegistrySCOREX REPORT**

**December 9, 2010**
**10 00 AM**

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Transaction No | 0027248635 | Performed By | CINDCO |
| Performed On | Thursday December 9 2010 / 10 23 EST | Property | 59801 Waples Project c/o AJ Dwoskin |
| Request ID | [redacted] | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name | [redacted] | SSN | [redacted] |
| Monthly Income | $4262 | DOB | [redacted] |
| Phone | [redacted] | Email | |
| Current Address | [redacted] | Previous Address | |

**YOUR COMMUNITY S DECISION**

Applicant Decision ACCEPT 292
Approved with 1 month Security Deposit

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY

**ALERT INFORMATION**

Refer to your management company s policy for handling of specific alerts

**SCORE ATTRIBUTE**

If improved the following items could positively impact this applicant s score

** Application Data

**LEASE INFORMATION**

| | | | |
|---|---|---|---|
| Monthly Rent | $645 | Security Deposit | $645 |
| Total Income | $4262 | Lease Term | 12 Months |
| Bedrooms | 1 | Marketing Source | Drive By |
| Client Reference | | Rent/Income | 15 % |

REGISTRY SCOREX (TM) is designed as a useful predictor tool but is not a guarantee of the future performance of an applicant WARNING A person must have permissible purpose under the Fair Credit Reporting Act(FCRA 15 U S C 1681 1681y) to obtain a consumer report The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution Including fines and possible imprisonment A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer however the FCRA under most instances does not require users to do so It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic SafeRent Inc The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA More information about consumer report user sobligations is available at www ftc gov/credit

**EQUIFAX CREDIT REPORT**

**December 9, 2010**
**10 01 AM**

REPORT INFORMATION SECTION

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Property ID | 59801 | Phone | 703 273 5605 |
| Property Name | Waples Project c/o AJ Dwoskin | Fax | 703 273 4910 |
| Request Date | 12/09/2010 | Request Type | Credit |
| Request ID | [redacted] | Permissible Purpose | Resident Screening |
| Process Date | 12/09/2010 10 00 23 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name | [redacted] | Suffix | |
| Current Address | [redacted] | SSN | [redacted] |
| Drivers License# | | Drivers License State | |

EQUIFAX CREDIT REPORT

```
Applicant [redacted]                                    SSN [redacted]

USER REF [redacted]          THIS FORM PRODUCED BY EQUIFAX          PAGE    1
    SSN ISSUED-99           STATE ISSUED-VA

*****************************************************************************

* ADDRESS DISCREPANCY - NO SUBSTANTIAL DIFFERENCE OCCURRED          *

*****************************************************************************

*  007 EQUIFAX INFORMATION SERVICES LLC,             P O BOX 740241
      ATLANTA GA,30374-0241,800/685-1111,WWW EQUIFAX COM/FCRA

*[redacted]    SINCE 04/03/99   FAD 12/09/10           FN-278
 [redacted]                                            TAPE RPTD 03/05
 [redacted]                                            PE RPTD 04/04
 [redacted]                                            06/01
 FN-[redacted]
 FN-[redacted]
 BDS-[redacted]  SSS-[redacted]
01 ES-STUCCO PILLAR CONSTRUCTION AELXANDR,VA
02 EF-CONTRACTOR E IFS RESTORATIONS INC  VA
03 E2- ILF RESTORATION

*SUM-11/00-12/10 PR/OI-NO,COLL-NO FB-NO, ACCTS 22 HC$0-27333  21-ONES, 1-OTHER
    HIST DEL- 2-TWOS  1-FOUR
FIRM / IDENT CODE      CS  RPTD    LIMIT  HICR   BAL$  DFD/DLA MR(30-60-90+)MAX/DEL
ECOA/ACCOUNT NUMBER        OPND    P/DUE  TERM          24 MONTH HISTORY
---------------------------------------------------------------------------------
GEMB/JCP [redacted]    R1  12/10    500    ---       0 10/08 29
I/[redacted]               07/08    ---    ---
```

CHARGE
SEARS/CITI*[redacted] R1 11/10 8700 --- 765 11/10 66
I/[redacted] 02/03 --- 33
PAYMENTS MANAGED BY FINANCIAL COUNSELING PROGRAM
CREDIT CARD
BK OF AMER*[redacted] R1 11/10 3000 --- 938 11/10 65 (01-00-00)10/08-R2
I/4434 06/05 --- 45
PAYMENTS MANAGED BY FINANCIAL COUNSELING PROGRAM
CREDIT CARD
HSBC/GUITR*[redacted] R1 11/10 700 --- 0 11/10 29
I/[redacted] 01/07 --- ---
CHARGE
MACYSDSNB *[redacted] R1 11/10 --- --- 41 11/10
I/[redacted] 11/10 --- 25
CHARGE
CHASE *[redacted] R1 11/10 3000 --- 1689 11/10 88 (01-02-01)04/09-R4
I/[redacted] 07/03 --- 59 ************/*****3432***
ACCOUNT CLOSED BY CREDIT GRANTOR
CREDIT CARD
SEARS/CBSD*[redacted] R1 11/10 600 --- 0 05/05 95 (01-00-00)09/04-R2
I/[redacted] 12/02 --- ---
ACCOUNT CLOSED AT CONSUMERS REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
HSBC/BSTBY*[redacted] R1 11/10 3000 --- 1990 11/10 54
I/169601-[redacted] 05/06 --- 86

USER REF [redacted] THIS FORM PRODUCED BY EQUIFAX PAGE 2
CHARGE
THD/CBSD [redacted] R1 11/10 4700 --- 341 11/10 86
I/[redacted] 09/03 --- 21
PAYMENTS MANAGED BY FINANCIAL COUNSELING PROGRAM
CHARGE
FIA CSNA *[redacted] R1 11/10 3400 --- 1488 11/10 67
I/9593 04/05 --- 63
PAYMENTS MANAGED BY FINANCIAL COUNSELING PROGRAM
CREDIT CARD
TARGET NB *[redacted] R1 04/10 1000 --- 0 12/07 47
I/[redacted] 02/06 --- ---
CLOSED OR PAID ACCOUNT/ZERO BALANCE
CLOSED ACCOUNT
CHASE *[redacted] R1 05/09 2800 --- 0 11/08 79
I/[redacted] 10/02 --- ---
CLOSED OR PAID ACCOUNT/ZERO BALANCE
CREDIT CARD
CAP ONE *[redacted] R1 10/06 --- 128 0 02/06 18
I/[redacted] 04/05 --- ---
ACCOUNT CLOSED AT CONSUMERS REQUEST
CREDIT CARD
RADIO/CBSD*[redacted] R1 04/04 1450 --- 0 22
I/[redacted] 06/02 --- ---
CLOSED OR PAID ACCOUNT/ZERO BALANCE
CHARGE
CAP ONE *[redacted] R1 08/01 --- 156 0 07/01 09
I/[redacted] 11/00 --- ---
ACCOUNT CLOSED BY CONSUMER
CLOSED OR PAID ACCOUNT/ZERO BALANCE
REVOLVING TOTALS 24000 --- 7252
--- 332
--------------------------------------------------------------------------------
STATEFRM *[redacted] I1 11/10 --- 5362 2078 11/10 22

I/[redacted] 12/08 --- 177
AUTO
STATEFRM *[redacted] I1 11/10 --- 15325 4659 11/10 46
I/[redacted] 12/06 --- 320
AUTO
STATEFRM *[redacted] I1 02/09 --- 12750 0 01/09 40
I/[redacted] 09/05 --- 279
CLOSED OR PAID ACCOUNT/ZERO BALANCE
AUTO
FMCC *[redacted] I1 01/07 --- 27333 0 01/07 32
I/37027584 05/04 --- 562

USER REF [redacted] THIS FORM PRODUCED BY EQUIFAX PAGE 3
CLOSED OR PAID ACCOUNT/ZERO BALANCE
AUTO
DECOR FRN *[redacted] I1 11/02 --- 508 0 10/02 07
I/780300003 03/02 --- 56
CLOSED OR PAID ACCOUNT/ZERO BALANCE
DECOR FRN [redacted] I1 09/01 --- 711 0 08/01 04
I/780300002 04/01 --- 92
CLOSED OR PAID ACCOUNT/ZERO BALANCE
INSTALLMENT TOTALS --- 15325 6737
--- 497

---

GRAND TOTALS 24000 15325 13989
--- 829

---

HSBC/GUITR*[redacted] 05/10 --- --- --- 04/10
/[redacted] 01/07 --- ---
LOST OR STOLEN CARD
CHARGE

| | | | | | |
|---|---|---|---|---|---|
| *INQS-BK OF AMER | [redacted] | 10/15/09 | FACTL DTA | [redacted] | 09/30/09 |
| CITIBANKNA | | 09/11/09 | CBOFDELMAR | | 08/11/09 |
| EFX-RES046 | | 07/21/09 | CBDELMARVA | | 07/20/09 |
| FIRST USA | | 02/03/09 | | | |

| * MEMBER # | COMP NAME | TELEPHONE | * MEMBER # | COMP NAME | TELEPHONE |
|---|---|---|---|---|---|
| [redacted] | GEMB/JCP | 800-5420800 | [redacted] | SEARS/CITI | MAIL ONLY |
| | BK OF AMER | 800-7596262 | | HSBC/GUITR | MAIL ONLY |
| | MACYSDSNB | 800-2436552 | | CHASE | 800-9559900 |
| | SEARS/CBSD | MAIL ONLY | | HSBC/BSTBY | 302-3272000 |
| | THD/CBSD | 800-6770232 | | FIA CSNA | 800-4212110 |
| | CAP ONE | 800-9557070 | | RADIO/CBSD | MAIL ONLY |
| | STATEFRM | MAIL ONLY | | FMCC | 800-7277000 |
| | DECOR FRN | 703-8454220 | | BK OF AMER | MAIL ONLY |
| | CITIBANKNA | 636-2614788 | | FIRST USA | 800-6777101 |

&

END OF REPORT EQUIFAX AND AFFILIATES - 12/09/10 SAFESCANNED

**RegistryCHECK REPORT**

**December 9, 2010**
**10 01 AM**

REPORT INFORMATION SECTION

| | | | |
|---|---|---|---|
| **REPORT INFORMATION** | | | |
| Property ID | 59801 | Phone | 703 273 5605 |
| Property Name | Waples Project c/o AJ Dwoskin | Fax | 703 273 4910 |
| Request Date | 12/09/2010 | Request Type | Landlord Tenant |
| Request ID | [redacted] | Permissible Purpose | Resident Screening |
| Process Date | 12/09/2010 10 00 23 | | |
| **APPLICANT INFORMATION** | | | |
| Name | [redacted] | Suffix | |
| Current Address | | SSN | [redacted] |

REPORT SUMMARY

| | | | |
|---|---|---|---|
| Report ID | [redacted] | Status | Completed |
| **COURT RECORDS ON FILE** | | | |
| No Court Records Found | | | |
| **PRIOR INQUIRY ON FILE** | | | |
| RECORD 1 of 1 | | | |
| Applicant | [redacted] | Date | [redacted] |
| Current Address | | SSN | |
| Previous Address | | Employer | |
| Member | BARCROFT VIEW APARTMENTS | Phone | (703) 820 6161 |

**SUPPLEMENTAL DATA RESOURCE**

NOTE The supplemental resource list is not part of the consumer report It does not represent derogatory information on the consumer These listings are provided solely as a resource tool designed to provide additional possible sources of information that may relate to the applicant The customer is encouraged to contact these listings to determine whether additional information is available in connection with the applicant

| | | | |
|---|---|---|---|
| Subject | [redacted] | | |
| Address | | | |
| Landlord | | Phone | |
| Residency Dates | 01/2001 | | |
| Screened BY AppALERT(SM) | | | |

WARNING A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT THE FCRA IMPOSES PENALTIES AGAINST ANYONE WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE

PRETENSES INCLUDING FINES UP TO TWO YEARS IN PRISON OR BOTH A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT YOU FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER IT IS RECOMMENDED THAT YOU REFER ALL INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CORELOGIC SAFERENT CONSUMER REQUEST LINE 1 888 333 2413

**EQUIFAX SOCIAL SEARCH REPORT**

**December 9, 2010**
**10 01 AM**

REPORT INFORMATION SECTION

| | | | |
|---|---|---|---|
| **REPORT INFORMATION** | | | |
| Property ID | 59801 | Phone | 703 273 5605 |
| Property Name | Waples Project c/o AJ Dwoskin | Fax | 703 273 4910 |
| Request Date | 12/09/2010 | Request Type | Social Search |
| Request ID | [redacted] | Permissible Purpose | Resident Screening |
| Process Date | 12/09/2010 10 00 23 | | |
| **APPLICANT INFORMATION** | | | |
| Name | [redacted] | Suffix | |
| Current Address | | SSN | [redacted] |
| Drivers License# | | Drivers License State | |

EQUIFAX SOCIAL SEARCH REPORT

```
Applicant [redacted]                                         SSN [redacted]

USER REF [redacted]              THIS FORM PRODUCED BY EQUIFAX          PAGE     1
    SSN ISSUED-99                STATE ISSUED-VA
M1 OF 1   NM-[redacted]E  CA-3602 BARCROFT VIEW,TER APT 203 FALLS CHURCH
    VA 22041 03/05   FA-4165,S FOUR MILE RUN,DR APT 40 ARLINGTON VA 22204,04/04
     ES-STUCCO,PILLAR CONSTRUCTION
     SS-[redacted]                BDS [redacted]
 FN-[redacted]
 FN-

 END OF REPORT EQUIFAX AND AFFILIATES -  12/09/10                SAFESCANNED
```

# Pls.' Ex. 65

# Pls.' Ex. 66

# Pls.' Ex. 67

## Lease Renewal Letter

Jose Reyes

6-16-15

11219 Mobile Drive
Fairfax, VA 22030

Dear Jose Reyes and all occupants:

Time flies! It seems like only yesterday you were moving in to your new home or renewing your lease at **Waples Project LP**.

Our records show that your current lease expires on **05/31/2014**. We hope that you are enjoying living here at **Waples Project LP** and we would love to have you stay. Please accept our invitation to renew your lease with us for another year:

| Renewal Lease Term | Charge Description | Rent Amount** | Acceptance Initials |
|---|---|---|---|
| 12 | Rent | 870 | |

** *Please be advised that the above renewal rate does not include monthly pet rent. If you have a pet(s), a monthly pet rent of $20/per pet will be added to your monthly charges.*

**Be sure to initial above and return this form as soon as possible,** so that we have sufficient time to prepare your lease agreement. Please be advised that your rent will automatically be increased to the month-to-month rate of $ 870 if the lease agreement is not signed by all leaseholders by 05/31/2014. This correspondence serves as our advanced notification to you of this increase.

We sincerely hope that you elect to renew your lease; however, we realize that changes in personal circumstances may dictate a move. If you are intending to move, remember that a **sixty- (60) day written notice prior to your lease expiration date of 05/31/2014 is required (move-out forms are available for your use in the Management office).**

Please contact our office, should you have any specific questions or need further assistance. Thanks again for choosing Waples Project LP Mobile Homes Park as your home.

Sincerely,

Waples Project LP Management Staff

**Renewal Acceptance for Unit # 02-1219:**

| | |
|---|---|
| Leaseholder's Signature | Leaseholder's Signature |
| Work Phone: | Work Phone: |
| Cell Phone: | Cell Phone: |
| Email: | Email: |

# Pls.' Ex. 68

# APPLICATION PROCESS SHEET

NAME OF APPLICANT(S) ____________________

PENDING APPROVAL

APPLICATION FEES $ 35 00 Paid

APPROVED / NOT APPROVED

ADDRESS ____________________

SECURITY DEPOSIT $ 645.00

1 MONTHS RENT TOTALING $ 645.00

TOTAL AMOUNT DUE $ 1,290.00

M I 02/01/2011

NOTES

703 470.3020

FOLLOW UP;

| DATE | | TIME | | |
|---|---|---|---|---|
| DATE | 12/10/10 | TIME | 11 32 Am | Approved, @ @ |
| DATE | 12/27/10 | TIME | 9 53 Am | LM |
| DATE | | TIME | | |
| DATE | | TIME | | |

CONCLUSION

EXHIBIT
GIAMBANCO
11
LC 12-1-16
PENGAD 800-631-6989





January 15, 2014

URGENT

Dear Resident (s),

**Please note that your lease is going to expire on 1/31/2014!** We send you the renewal letter ahead of time that way you have ample of time to give your 60 day vacate notice in case you are deciding to sell your home and move out We hope that you choose Waples and renew your lease for another 12 months as we appreciate you as a resident

Please be informed that **A J & Dwoskin now requires an in home inspection prior to renewing your lease** please let me know what is a good date and time for this inspection to be completed The inspection shouldn t take longer than 5 minutes and your presence is required at all times to get access to the rooms in the home It is important that the inspection is done prior to completing your lease renewal **Also make sure that you add any new occupants to the Lease ahead of time, any one that has moved in since your last lease renewal over the age of 18 needs to apply and qualify to live here**

If you have any questions or comments regarding this letter please do not hesitate to call the office at (703) 273 2323

Thanks in advance

Yvette Jimenez
Office Assistant

15 de enero de 2014

Estimado Residente (s)

**Tenga en cuenta que el contrato va a expirar el 1/31/2014!** Enviamos a usted la carta de renovacion antes de tiempo asi que tienes suficiente tiempo para dar su dia 60 desocupa aviso en caso de mudanza y decide vender su casa Esperamos que usted elija Forest Park y renueve su contrato por otros 12 meses como lo apreciamos como Residente

Informamos que **A J & Dwoskin ahora requiere una inspeccion por dentro de su casa antes de la renovacion de su contrato** por favor hagame saber cuando es una buena fecha y hora para esta inspeccion para completarse La inspeccion no debería tardar mas de 5 minutos y su presencia es necesaria en todo momento para tener acceso a las habitaciones de la casa Es importante que se haga la inspeccion antes de completar la renovacion de su contrato de alquiler **Tambien asegurese de que usted agregue a cualquier nuevo ocupante al contrato antes de tiempo, cualquier otro que se ha movido desde la ultima renovacion de contrato sobre la edad de 18 tiene que aplicar y calificar para vivir aqui** Si usted tiene alguna pregunta o comentario con respecto a esta carta por favor no dude en llamar a la oficina al (703) 273 2323 Gracias de antemano!

www WaplesMHP com Customer Care@WaplesMHP com
4308 Mobile Court Fairfax VA 22030 Tel 703 273 2323 Fax 703 273 4910

# We are so excited
# That you renewed your lease!!!

We'd like to know what helped you decide to stay with us?

Mark all that apply
- ☑ Location
- o Price
- o Amenities (Dog park, business center, fitness center)
- ☑ Office Staff
- ☑ Maintenance
- o Maintenance Response
- o Landscaping, Grounds and Property Upkeep
- ☑ Neighbors
- o Other ______________________

How can we improve your living experience?

Trees around my home, wind pushes branches against my home, worried the will fall against my home

Resident name Moya

Bldg/Apt # 11259 Mobile Dr

We encourage you to share your experiences with others that may be looking to call ____________ their home too! Log on to www apartmentratings com and post a review!"

December 5, 2013

Dear Residents of Waples MHP,

Waples MHP provides parking in the community with the following rules and regulations Please read thoroughly

Any vehicle parked inside the community between the hours of 9pm and 7am MUST have a valid parking sticker displayed on the window of their car **Parking stickers/guest passes will ONLY be issued to the leaseholder and 1 occupant listed on the lease with a vehicle The following is needed in order to obtain a parking permit**

- Name and current address of the leaseholder/occupant MUST appear on the CURRENT vehicles registration
- Each permanent parking sticker will be assigned to the vehicle that it is placed on and it is not transferable **Any unreturned permanent parking sticker/guest pass will be charged to the leaseholder's account in the amount of $100 00 for each item** x ERM

The following is the number of parking stickers allowed per home here at Waples

- 2 permanent stickers (if lost, there will be a fine and it will not be replaced) x ERM
- 1 Visitor pass (if lost, there will be a fine and it will not be replaced) x ERM

Management is not responsible for lost, stolen, or damaged vehicles within the community Mechanical repairs to any vehicle in the parking lot must be completed within 24 hours of commencement of said repairs Any vehicle parked here at Waples must abide by all state, city and local laws and policies If you renew your decals online please make sure that you place the letter on your windshield so that towing may see it and you do not get towed

The following will be towed without notice

- Any vehicle without a **Waples MHP 2014** permanent parking sticker or visitor pass properly displayed, **whether parked on the street or in the driveway** x ERM
- Any vehicle parked on the grass, on empty lots or on fire lanes (yellow lines)
- Any vehicle that is visibly inoperable, dead storage, flat tires, broken window/s, or wrecked, expired tags or inspection, no inspection, tag stickers, or tags
- Any vehicle double parked, blocking another car, walk way mailbox or driveway
- **No Commercial Vehicles! This includes taxicabs and vans (anything with writing on it). Please note extensions, ladders and pipes will be deemed as commercial vehicle although they may not have been tagged as commercial.** x ERM

**You must pick up your parking permit(s) by December 12, 2013. New towing rules are fully enforced on January 6, 2014 between 9pm to 7am.** All towing will be performed at owner s risk & expense If your vehicle is towed please contact Henry s towing at (703)741 0010 Bull Run would like to thank you in advance for you cooperation in this matter and all other policies set forth by Management

Address 11254 Mobile DR

Signature [signature] Date 01-3-14

Signature ____________ Date ____________

5 de diciembre 2013

Queridos residentes de Waples MHP,

Waples MHP ofrece parking en la comunidad con las siguientes normas y reglamentos Por favor, lea detenidamente

Cualquier vehiculo estacionado dentro de la comunidad entre las horas de 9pm y 7 am **DEBE** tener una calcomania de estacionamiento valido que aparece en la ventana trasera de su coche **Etiquetas de aparcamiento se emitira unicamente a la arrendataria y 1 ocupante que aparece en el contrato de arrendamiento con un vehiculo Se necesita la siguiente con el fin de obtener un permiso de estacionamiento**

**Nombre y dirección actual** del arrendatario/inquilino **debe** aparecer en el registro de vehiculos **actual**
Cada etiqueta de estacionamiento permanente se asignara al vehiculo que se coloca en y no es transferible **Cualquier etiqueta/invitado permanente de estacionamiento pase no devuelto será cargado a la cuenta del arrendatario en la cantidad de $100 00 por cada articulo x__________**

El siguiente es el numero de etiquetas de estacionamiento permitido por su casa en Waples
2 pegatinas permanentes(en caso de perdida, habra una multa y no va a ser reemplazado) x__________
1 pase de visitantes(en caso de perdida, habra una multa y no va a ser reemplazado) x__________

La administracion no se hace responsable por la perdida, robo o vehiculos dañados dentro de la comunidad Reparaciones mecánicas a un vehículo en el estacionamiento debe ser completado dentro de 24 horas desde el inicio de dichas reparaciones Cualquier vehiculo estacionado aqui en Bull Run debe cumplir con todas las leyes y politicas estatales, municipales y locales Si renueva sus etiquetas en línea, por favor asegurese de que coloca la carta en el parabrisas para que remolque puede ver y que no te arrastre

El siguiente sera remolcado sin previo aviso
Cualquier vehiculo sin un **Waples MHP 2014** calcomania de estacionamiento permanente o visitante pase muestra correctamente ya **sea estacionado en la calle o entrada de coches** **x**__________
Cualquier vehiculo estacionado en la hierba , en lotes baldios o en carriles de incendios (lineas amarillas)
Cualquier vehiculo que esta visiblemente inoperable , almacenamiento muerto, pinchazos rota ventana/s o destrozado expiró etiquetas o de inspección ninguna inspección adhesivos de etiqueta o etiquetas
Cualquier vehiculo en doble fila el bloqueo de otro coche camino de pie en el buzon o en la entrada
**No Vehiculos Comerciales! Esto incluye taxis y furgonetas (cualquier cosa con la escritura en él). Por favor nota extensiones, escaleras y tuberías se consideraran como vehiculos comerciales, aunque no se hayan etiquetado como comercial.** x__________

**Debe recoger su permiso de estacionamiento(s) el 12 de diciembre de 2013. Nuevas reglas de remolque se aplican plenamente el 6 de enero entre las 9pm-7am** Todo remolque se realizara a riesgo y expensas del propietario Si se remolca el vehículo, por favor pongase en contacto con remolque de Henry al (703)741 0010 Bull Run gustaria darle las gracias de antemano por su cooperacion en este asunto y el resto de las politicas establecidas por la Gerencia

Direccion ______________________

Firma ______________________ Fecha ______________
Firma ______________________ Fecha ______________

PageID# 10802

WAPLES00000859

2014
W
105
PARKING PERMIT
142
143





# Waples

*Parking Permit Application*

**Only those persons named on the lease may request parking permits**

ADDRESS [redacted] APT# ______ HOME# [redacted]

NAME(S) [redacted]

WORK# ______

| VEHICLE INFORMATION | | | |
|---|---|---|---|
| | VEHICLE #1 | VEHICLE #2 | VEHICLE #3 |
| **Make** | Dodge | Honda | Guest Pass |
| **Model** | Stratus | Civic | |
| **Year** | 2005 | 1995 | |
| **Color** | Silver | Blk | |
| **Tag #** | [redacted] | [redacted] | |
| **State** | VA | VA | |
| | | | |
| **Owner Signature** | | | |

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| **Permit #** | 143 | 142 | 105 |
| VERIFIED BY | | DATE | 1/3/14 |

Form 802PP 3/96

dmv VIRGINIA MOTOR VEHICLE REGISTRATION VSA-0 (REV 07/12)

| Number | Veh Identification Number (VIN) | Date Issued | Plate Number | Plate Type | Sticker | Expiration Date | |
|---|---|---|---|---|---|---|---|
| 79536 | [redacted] | 06/22/13 | [redacted] | PA | | [redacted] | |
| cle Make | Model | Body | Year | Color | Fuel | Vehicle Use | Axles |
| GE | STRATUS | 4D SDN | 2005 | SIL | GAS | PRIVATE | 2 |

| hase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Unit # |
|---|---|---|---|---|---|---|---|
| 23/10 | 79052 ACTUAL | N | 3093 | | | | |

FAIRFAX COUNTY CMA 660 DMVRPR

card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle

dmv VSA-0 (REV 07/12)

ginia law requires you to notify DMV if you sell trade or dispose of your vehicle or if you change your address

**Your Vehicle Has Been Sold Traded or Disposed of**

| LD/TRADED/DISPOSED OF DATE | VEHICLE WAS SOLD/TRADED/DISPOSED OF |
|---|---|
| | ☐ IN VIRGINIA ☐ OUT OF STATE (enter state name) ________ |

il this entire registration card to DMV Attention Data Integrity P O Box 27412 Richmond Virginia 23269 0001

**You Are Changing Your Address** use one of the following methods to notify DMV

isit the DMV website at www dmvNOW com select Address Change and complete the online transaction

isit the DMV website at www dmvNOW com select Forms and Publications form ISD 01 Address Change Request omplete form and send to DMV Attention Data Integrity P O Box 27412 Richmond Virginia 23269 0001

all us at 1 804-497 7100 and a customer service representative will assist you

r your address change request is processed all DMV mail addressed to you including vehicle registration renewal l driver s license renewal notices will be sent to your new address

**ou change your residence/home address or mailing address to a non Virginia address ur driver s license or your photo ID card may be cancelled**

**IV verifies insurance coverage of all registered vehicles If you cancel your insurance notify DMV and return license plates If you do not notify DMV your driver's license will be suspended and all of your vehicle ense plates will be cancelled**

dmv

# VIRGINIA MOTOR VEHICLE REGISTRATION

VSA 0 (REV 07/12)

| Title Number | Veh Identification Number (VIN) | Date Issued | Plate Number | Plate Type | Sticker | Expiration Date |
|---|---|---|---|---|---|---|
| 67984778 | [redacted] | 10/26/13 | [redacted] | PA | | [redacted] |

| Vehicle Make | Model | Body | Year | Color | Fuel | Vehicle Use | Axles |
|---|---|---|---|---|---|---|---|
| HONDA | CIVIC | 4D SDN | 1995 | BLK | GAS | PRIVATE | 2 |

| Purchase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Unit # |
|---|---|---|---|---|---|---|---|
| 08/24/10 | 118424 ACTUAL | N | 3700 | | | | |

MD BRAND

CMA 660
FAIRFAX COUNTY DMVVTL

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle

dmv Now

VSA 0 (REV 07/12)

Virginia law requires you to notify DMV if you sell trade or dispose of your vehicle or if you change your address

**If Your Vehicle Has Been Sold Traded or Disposed of**

| SOLD/TRADED/DISPOSED OF DATE | VEHICLE WAS SOLD/TRADED/DISPOSED OF |
|---|---|
| | ☐ IN VIRGINIA ☐ OUT OF STATE (enter state name) ________ |

Mail this entire registration card to DMV Attention Data Integrity P O Box 27412 Richmond Virginia 23269 0001

**If You Are Changing Your Address** use one of the following methods to notify DMV

Visit the DMV website at www dmvNOW com select Address Change and complete the online transaction

Visit the DMV website at www dmvNOW com select Forms and Publications form ISD 01 Address Change Request Complete form and send to DMV Attention Data Integrity P O Box 27412 Richmond Virginia 23269 0001

Call us at 1 804-497 7100 and a customer service representative will assist you

After your address change request is processed all DMV mail addressed to you including vehicle registration renewal and driver s license renewal notices will be sent to your new address

**If you change your residence/home address or mailing address to a non Virginia address your driver s license or your photo ID card may be cancelled**

**DMV verifies insurance coverage of all registered vehicles If you cancel your insurance notify DMV and return the license plates If you do not notify DMV your driver s license will be suspended and all of your vehicle license plates will be cancelled**

WAPLES00000863



## Lease Renewal Letter

Esteban Moya 11/14/2013

11259 Mobile Drive 4308 Mobile Court #02 1259
Fairfax VA 22030

Dear Esteban Moya and all occupants

Time flies! It seems like only yesterday you were moving in to your new home or renewing your lease at **Waples Project LP**

Our records show that your current lease expires on **01/31/2014** We hope that you are enjoying living here at **Waples Project LP** and we would love to have you stay Please accept our invitation to renew your lease with us for another year

| Renewal Lease Term | Charge Description | Rent Amount** | Acceptance Initials |
|---|---|---|---|
| 12 | Rent | 720 00 | |

** ***Please be advised that the above renewal rate does not include monthly pet rent. If you have a pet(s), a monthly pet rent of $20/per pet will be added to your monthly charges***

**Be sure to initial above and return this form as soon as possible,** so that we have sufficient time to prepare your lease agreement Please be advised that your rent will automatically be increased to the month to-month rate of **820 00,** if the lease agreement is not signed by all leaseholders by **01/31/2014** This correspondence serves as our advanced notification to you of this increase

We sincerely hope that you elect to renew your lease however we realize that changes in personal circumstances may dictate a move If you are intending to move remember that a **sixty- (60) day written notice prior to your lease expiration date of 01/31/2014 is required (move-out forms are available for your use in the Management office)**

Please contact our office should you have any specific questions or need further assistance Thanks again for choosing Waples Project LP Mobile Homes Park as your home

Sincerely

Waples Project LP Management Staff

**Renewal Acceptance for Unit # 02-1259**

Leaseholder s Signature ____________

Work Phone ____________

Cell Phone ____________

Email ____________

Leaseholder's Signature ____________

Work Phone ____________

Cell Phone ____________

Email ____________


A J DWOSKIN

Waples Project LP
4308 Mobile Court
Fairfax VA 22030

May 6 2013

Esteban Mova I

11259 Mobile Drive
Fairfax VA 22030

**RE 5 Day Delinquent Notice** (1008/t0019290)

Dear Resident(s)

Our records indicate that you are in arrears as of the close of business on 5/6/2013 in the pavment of rent and/or miscellaneous charges Your lease provides that all monthly rent and rent related payments are due no later than the 5th of the month The lease provides that a late charge of fifty dollars ($50 00) be assessed for payments received after the 5th of the month

The total amount due is **$840 18** The ten fifty dollars ($50 00) late penalty fee has been assessed and is included in the total due See the attached invoice for a detailed listing of said amount

You must pay said amount due or vacate the premises within five (5) days of services of this notice If you do not pay the total due or vacate the premise within five (5) days of this notice we will turn this delinquency over to our attorney who will immediately begin legal proceedings for the collection of the delinquency and possession of your premises plus any court costs which are made necessary by legal action to collect the arrearage If you vacate the premises without paying the arrearage you will still be liable for the arrearage plus any court costs and attorney s fees

IF YOU PAY PART OF THE ARREARAGE AFTER THE EXPIRATION OF THIS FIVE (5) DAY NOTICE YOU ARE HEREBY NOTIFIED THAT A J DWOSKIN & ASSOCIATES INC ACCEPTS SAID PARTIAL PAYMENT WITH A RESERVATION OF ITS RIGHTS TO TERMINATE THE LEASE AND TO RECOVER POSSESSION OF THE PREMISES DESPITE SAID PAYMENT

This tenancy is subject to the Manufactured Home Lot Rental Act

Very truly yours
A J Dwoskin & Associates

By C Easton
Property Manager

**Delivery of Notice was provided by (Check One)**

☐ Personal Service
☐ Substitute Service (Family Member)
☒ Service was made after attempting Personal Substitute Service by posting a copy of this letter on the front door of the premises A mailed copy of this notice was also sent to the tenant(s) via first class mail

**Date of Service** 5/6/13
**Name of Server** OH
**Witness** CE



A J DWOSKIN

Waples Project LP
4308 Mobile Court
Fairfax VA 22030

Waples Project LP
4308 Mobile Court

Fairfax VA 22030

Invoice Date 5/6/2013

Resident Name(s) Esteban Moya (t0019290) I

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | | | | 0 04 |
| 05/01/2013 | Administration Fee | 3 25 | | 3 29 |
| 05/01/2013 | Allocated Wastewater | 54 65 | | 57 94 |
| 05/01/2013 | Wastewater Base | 0 04 | | 57 98 |
| 05/01/2013 | Allocated Water | 37 20 | | 95 18 |
| 05/01/2013 | Rent (05/2013) | 695 00 | | 790 18 |
| 05/06/2013 | Late fee | 50 00 | | 840 18 |

**TOTAL AMOUNT DUE TO LANDLORD** **$840 18**

Resident Address

Esteban Moya I

11259 Mobile Drive
Fairfax VA 22030



Waples
Mobile Home Community

# Reminder

FILE

## Lease Renewal Letter

Esteban Moya

10/24/2012

11259 Mobile Drive Fairfax VA 22030
Fairfax VA 22030

Dear Esteban Moya and all occupants

Time flies! It seems like only yesterday you were moving in to your new home or renewing your lease at **Waples Project LP**

Our records show that your current lease expires on **01/31/2013** We hope that you are enjoying living here at **Waples Project LP** and we would love to have you stay Please accept our invitation to renew your lease with us for another year

| Renewal Lease Term | Charge Description | Rent Amount** | Acceptance Initials |
|---|---|---|---|
| 12 | Rent | 695 00 | |

** *Please be advised that the above renewal rate does not include monthly pet rent. If you have a pet(s), a monthly pet rent of $20/per pet will be added to your monthly charges*

**Be sure to initial above and return this form as soon as possible,** so that we have sufficient time to prepare your lease agreement Please be advised that your rent will automatically be increased to the month to-month rate of 795 00, if the lease agreement is not signed by all leaseholders by 01/31/2013 This correspondence serves as our advanced notification to you of this increase

We sincerely hope that you elect to renew your lease however we realize that changes in personal circumstances may dictate a move If you are intending to move remember that a **sixty (60) day written notice prior to your lease expiration date of 01/31/2013 is required (move-out forms are available for your use in the Management office)**

Please contact our office should you have any specific questions or need further assistance Thanks again for choosing Waples Project LP Mobile Homes Park as your home

Sincerely

Waples Project LP Management Staff

**Renewal Acceptance for Unit # 02 1259**

Leaseholder s Signature

Work Phone ______________________

Cell Phone ______________________

Email ______________________

Leaseholder s Signature

Work Phone ______________________

Cell Phone ______________________

Email ______________________

www WaplesMHP com Customer Care@WaplesMHP com
4308 Mobile Court Fairfax VA 22030 Tel 703 273 2323 Fax 703 273 4910


A.J. DWOSKIN
ASSOCIATES, INC.

Waples Project LP
4308 Mobile Court
Fairfax VA 22030

5/11/2012

[REDACTED]

**RE Outstanding Balance** [REDACTED]

Dear Resident(s)

This is a reminder that you are in arrears in the payment of rent and/or miscellaneous charges

The total amount due is $8 97 See the attached invoice for a detailed listing of said amount

Please pay your delinquent amount within five (5) days of the date written below

Thank you for your cooperation

Very truly yours
A J Dwoskin & Associates

By [signature]
Property Manager /Assistant Manager

Delivered or Posted By mail Date 5/11/12



A.J. DWOSKIN

Waples Project LP
4308 Mobile Court
Fairfax VA 22030

Waples Project LP
4308 Mobile Court
Fairfax, VA 22030

Invoice Date 5/11/2012

Resident Name(s) [redacted] 1

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | | | | 0 00 |
| 05/01/2012 | Allocated Wastewater | 52 28 | | 52 28 |
| 05/01/2012 | Wastewater Base | 0 03 | | 52 31 |
| 05/01/2012 | Allocated Water | 51 26 | | 103 57 |
| 05/01/2012 | Administration Fee | 3 25 | | 106 82 |
| 05/01/2012 | Rent (05/2012) | 670 00 | | 776 82 |
| 05/03/2012 | WA Adj 2 22 12 to 3 21 12 | 54 85 | | 721 97 |
| 05/05/2012 | 2039 64239193 CHECKscan Payment | | 713 00 | 8 97 |

**TOTAL AMOUNT DUE TO LANDLORD** $8 97

Resident Address

NO PERSONAL CHECKS WILL BE ACCEPTED FOR LATE PAYMENTS THANK YOU PARK MANAGER

11259 mobel

A J DWOSKIN
& ASSOCIATES, INC
REAL ESTATE DEVELOPMENT & MANAGEMENT

**Date 5/1/2012**

## Resident Ledger

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| 12/31/2011 | | 645 00 | | 645 00 | 473 |
| 12/31/2011 | conversion balance | 93 00 | | 738 00 | 2906 |
| 12/31/2011 | Conversion Security Deposit | | 645 00 | 93 00 | 1348 |
| 1/1/2012 | Rent (01/2012) | 670 00 | | 763 00 | 3592 |
| 1/3/2012 | chk# 920710 | | 763 00 | 0 00 | 4449 |
| 2/1/2012 | Rent (02/2012) | 670 00 | | 670 00 | 12624 |
| 2/5/2012 | chk# 40144339936737 CHECKscan Payment | | 500 00 | 170 00 | 11579 |
| 2/5/2012 | chk# 40144339936746 CHECKscan Payment | | 170 00 | 0 00 | 11582 |
| 2/7/2012 | 11/22/11 12/22/11 water | 42 13 | | 42 13 | 17276 |
| 3/1/2012 | Administration Fee | 3 25 | | 45 38 | 19870 |
| 3/1/2012 | Allocated Wastewater | 45 25 | | 90 63 | 19871 |
| 3/1/2012 | Wastewater Base | 0 03 | | 90 66 | 19872 |
| 3/1/2012 | Allocated Water | 50 10 | | 140 76 | 19873 |
| 3/1/2012 | Rent (03/2012) | 670 00 | | 810 76 | 28711 |
| 3/5/2012 | chk# 2038 33216378 CHECKscan Payment | | 712 00 | 98 76 | 19576 |
| 3/14/2012 | water reimb | (53 22) | | 45 54 | 34687 |
| 3/19/2012 | water treatment | (53 22) | | (7 68) | 41302 |
| 3/19/2012 | reimbursed twice credit removal | 53 22 | | 45 54 | 41303 |
| 3/21/2012 | chk# 2039 64230173 CHECKscan Payment | | 45 54 | 0 00 | 23971 |
| 3/28/2012 | WA Adj 1/22/12 to 2/21/12 | (41 07) | | (41 07) | 46280 |
| 4/1/2012 | Allocated Water | 36 41 | | (4 66) | 38635 |
| 4/1/2012 | Administration Fee | 3 25 | | (1 41) | 38636 |
| 4/1/2012 | Allocated Wastewater | 50 20 | | 48 79 | 38637 |
| 4/1/2012 | Wastewater Base | 0 03 | | 48 82 | 38638 |
| 4/1/2012 | Rent (04/2012) | 670 00 | | 718 82 | 48321 |
| 4/3/2012 | chk# 2039 64232560 CHECKscan Payment | | 718 82 | 0 00 | 28080 |
| 5/1/2012 | Allocated Wastewater | 52 28 | | 52 28 | 56429 |
| 5/1/2012 | Wastewater Base | 0 03 | | 52 31 | 56430 |
| 5/1/2012 | Allocated Water | 51 26 | | 103 57 | 56431 |
| 5/1/2012 | Administration Fee | 3 25 | | 106 82 | 56432 |
| 5/1/2012 | Rent (05/2012) | 670 00 | | 776 82 | 63688 |

98.63 45.41 53.22 45.41 88.69 48.69 41.20 48.69 104.82 51.97 54.85 51.97

106.82

A J DWOSKIN & ASSOCIATES INC

Waples Project LP
4308 Mobile Court
Fairfax VA 22030

3/14/2012

Esteban Moya
11259 Mobile Drive
Fairfax, VA 22030

**RE Outstanding Balance** Esteban Moya (1008/t0019290)

Dear Resident(s)

This is a reminder that you are in arrears in the payment of rent and/or miscellaneous charges

The total amount due is **$45 54** See the attached invoice for a detailed listing of said amount

Please pay your delinquent amount within five (5) days of the date written below

Thank you for your cooperation

Very truly yours
A J Dwoskin & Associates

By [signature]
Property Manager

Delivered or Posted By Mail Date 3/14/12

WAPLES00000871



Waples Project LP
4308 Mobile Court
Fairfax VA 22030

**Waples Project LP**
4308 Mobile Court
Fairfax VA 22030

Invoice Date 3/14/2012

Resident Name(s) Esteban Moya (t0019290)

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | | | | 42 13 |
| 03/01/2012 | Administration Fee | 3 25 | | 45 38 |
| 03/01/2012 | Allocated Wastewater | 45 25 | | 90 63 |
| 03/01/2012 | Wastewater Base | 0 03 | | 90 66 |
| 03/01/2012 | Allocated Water | 50 10 | | 140 76 |
| 03/01/2012 | Rent (03/2012) | 670 00 | | 810 76 |
| 03/05/2012 | 2038 33216378 CHECKscan Payment | | 712 00 | 98 76 |
| 03/14/2012 | water reimb | 53 22 | | 45 54 |

**TOTAL AMOUNT DUE TO LANDLORD** **$45 54**

Resident Address

Esteban Moya
11259 Mobile Drive
Fairfax VA 22030

NO PERSONAL CHECKS WILL BE ACCEPTED FOR LATE PAYMENTS THANK YOU, PARK MANAGER

A J DWOSKIN & ASSOCIATES, INC
OUTSTANDING BALANCE LETTER

RESIDENT ID# 08-MOBD 1259 04
BUILDING Waples Mobile Home

Esteban Moya
11259 MOBILE DRIVE
Fairfax, VA 22030

RE OUTSTANDING BALANCE

Dear Resident(s)

This is a reminder that you are in arrears in the payment of rent and/or miscellaneous charges

The total amount due is $120 84 See the attached invoice for a detailed listing of said amount

Please pay your delinquent amount within five (5) days of the date written below

Thank you for your cooperation

Very truly yours,

A J DWOSKIN & ASSOCIATES, INC

By ______________________
Property Manager

Delivered or Posted By ______________________ Date 12 6 11

Waples Mobile Home
Mobile Drive
Fairfax, VA 22030

A J Dwoskin & Associates Inc
9302 LEE HIGHWAY
SUITE 300
FAIRFAX, VA 22031-1214

Invoice Date 12/06/2011

ID # 08-MOBD 1259 04

| Date | Code | Description | Balance |
|---|---|---|---|
| 10/20/2011 | WA | 08/25/11 TO 09/ | 35 10 |
| 11/15/2011 | WA | 09/22/11 TO 10/ | 35 74 |
| 12/05/2011 | LF | Late Fees | 50 00 |

Esteban Moya

11259 MOBILE DRIVE
11259
Fairfax, VA 22030

Total Due 120 84

NO PERSONAL CHECKS WILL
BE ACCEPTED FOR LATE
PAYMENTS THANK YOU.
PARK MANAGER

A J DWOSKIN & ASSOCIATES, INC
OUTSTANDING BALANCE LETTER

RESIDENT ID# 08-MOBD 1259 04
BUILDING Waples Mobile Home

Esteban Moya
11259 MOBILE DRIVE
Fairfax, VA 22030

RE OUTSTANDING BALANCE

Dear Resident(s)

This is a reminder that you are in arrears in the payment of rent and/or miscellaneous charges

The total amount due is $93 00 See the attached invoice for a detailed listing of said amount

Please pay your delinquent amount within five (5) days of the date written below

Thank you for your cooperation

Very truly yours,

A J DWOSKIN & ASSOCIATES, INC

By [signature]
Property Manager

Delivered or Posted By [signature] Date 12/28/11

Waples Mobile Home
Mobile Drive
Fairfax, VA 22030

A J Dwoskin & Associates Inc
9302 LEE HIGHWAY
SUITE 300
FAIRFAX, VA 22031-1214

Invoice Date 12/28/2011

ID # 08-MOBD 1259 04

| Date | Code | Description | Balance |
|---|---|---|---|
| 12/05/2011 | LF | Late Fees | 50 00 |
| 12/12/2011 | WA | 10/20/11 To 11/ | 43 00 |

Esteban Moya

11259 MOBILE DRIVE
11259
Fairfax, VA 22030

Total Due 93 00

NO PERSONAL CHECKS WILL
BE ACCEPTED FOR LATE
PAYMENTS THANK YOU,
PARK MANAGER

# A.J. Dwoskin & Associates, Inc.

Real Estate Development & Management

## ***Miscellaneous Adjustment Form***

**Date** 05/04/2011

**Property** Waples Mobile Home Park

**Name of Resident** [redacted]

**Building Number/Resident Number** [redacted]

**Month of Adjustment** May

**Amount of Adjustment** $75 86

**Category**

☐ Waive Late Fee

☐ Waive Broken Lease Penalty

☐ Other Owns Rv should not be getting a water bill

☒ Mistake / Office Error

☐ Reversals

**Reason for Adjustment (please include a detailed explanation)** Please remove water charge resident moved out Charge was posted after move out Thank You

Requested By Cindy E Cosic [signature] Signature, Requestor 5/4/11 Date

Approved By (if over $100 00) ______ Signature, Director of Operations ______ Date

***Adjustment should be processed within the same month as the entry***

***Please remember to attach supporting documents!***

8/05



# Waples

*Parking Permit Application*

**Only those persons named on the lease may request parking permits**

ADDRESS [redacted] APT# ______ HOME# [redacted]

NAME(S) [redacted]

WORK# ______

| VEHICLE INFORMATION | | | |
|---|---|---|---|
| | VEHICLE #1 | VEHICLE #2 | VEHICLE #3 |
| **Make** | HONDA CIVIC | DODGE | |
| **Model** | civic | stRatus | |
| **Year** | 1995 | 2005 | |
| **Color** | Blak | Sil | \ |
| **Tag #** | [redacted] | [redacted] | |
| **State** | VA | VA | Visitor |
| | #201 | # 202 | #0290 |
| **Owner Signature** | [signature] | | |
| **FOR OFFICE USE ONLY** | | | |
| **Permit #** | | | |
| VERIFIED BY | [signature] | DATE | 01/26/2011 |

Form 802PP 3/96

## VIRGINIA MOTOR VEHICLE REGISTRATION

DMV

VSA 0 (REV 08/06)

| Title Number | Veh Identification Number (VIN) | Date Issued | Plate Number | Plate Type | Sticker | Expiration Date |
|---|---|---|---|---|---|---|
| 67984778 | [redacted] | 10/27/10 | [redacted] | PA | | [redacted] |

| Vehicle Make | Model | Body | Year | Color | Fuel | Vehicle Use | Axles |
|---|---|---|---|---|---|---|---|
| HONDA | CIVIC | 4D SDN | 1995 | BLK | GAS | PRIVATE | 2 |

| Purchase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Unit # |
|---|---|---|---|---|---|---|---|
| 08/24/10 | 118424 ACTUAL | N | 3700 | | | | |

MD BRAND

PAID #113
OCT 27 2010
ATON-696

FAIRFAX COUNTY

CMA 696
069613

DMV verifies insurance coverage of all registered vehicles If you cancel your insurance notify DMV and return the license plates If you do not notify DMV your driver s license will be suspended and all of your vehicle license plates will be cancelled

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle

---

## VIRGINIA MOTOR VEHICLE REGISTRATION

DMV

VSA 0 (REV 08/06)

| Title Number | Veh Identification Number (VIN) | Date Issued | Plate Number | Plate Type | Sticker | Expiration Date |
|---|---|---|---|---|---|---|
| 67979536 | [redacted] | 06/23/10 | [redacted] | PA | | [redacted] |

| Vehicle Make | Model | Body | Year | Color | Fuel | Vehicle Use | Axles |
|---|---|---|---|---|---|---|---|
| DODGE | STRATUS | 4D SDN | 2005 | SIL | GAS | PRIVATE | 2 |

| Purchase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Unit # |
|---|---|---|---|---|---|---|---|
| 06/23/10 | 79052 ACTUAL | N | 3093 | | | | |

FAIRFAX COUNTY

CMA 696
069625

B

DMV verifies insurance coverage of all registered vehicles If you cancel your insurance, notify DMV and return the license plates If you do not notify DMV your driver s license will be suspended and all of your vehicle license plates will be cancelled

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle

06/01/11

Dear Manager,

Can someone please inspect a tree that is over my home at 11259 mobile Drive It is dangerous.

████████████████

Thank You

Sabiha
Inspected
06/03/11
C C

WAPLES00000880

# Pet Authorization/Agreement

I the undersigned, who reside at 11259 Mobile Drive, do hereby state that I do not have a pet(s) I further understand that if I want to get a pet(s), I must have written approval prior to obtaining a pet(s)

Leaseholder (signature & print) Date Witness Date

Leaseholder (signature & print) Date Witness Date

Leaseholder (signature & print) Date Witness Date

************************************

I the undersigned, who reside at 11259 Mobile Drive, do hereby state that I have a pet(s) as described below

**Pet (1) Type** Winner
**Breed** Mixed
**Name** Winne Tucker
**Age** 3yrs
**Weight at Maturity** lbs
**Color** Brown

**Pet (2) Type** N/A
**Breed**
**Name**
**Age**
**Weight at Maturity**
**Color**

**Copies of current veterinary records must be attached to this agreement and presented at move in.*

Management has the right to prohibit certain breeds at its discretion under this Pet Agreement We do not permit Rottweilers, Pit Bulls, Staffordshire Terriers, Canary Dogs, Doberman Pinschers or Chow-Chows (including mix with restricted breed)

I further understand that I must follow the **Paragraph 8 Pets** under section **Park Rules and Regulations** of the **Mobile Home Park Rules & Regulations**

[signature] 06/01/11 [signature] 06/01/11
Leaseholder (signature & print) Date Witness Date

Leaseholder (signature & print) Date Witness Date

Leaseholder (signature & print) Date Witness Date

5/17/06

Client LDR (117941)
Patient Name Tucker
Species Canine
Breed Mixed

Gender Male/Castrated
Weight 0 0 lbs
Age 5 Years
Doctor CAMPBELL

Blue Ridge Veterinary Associates
120 East Cornwell Lane
Purcellville Virginia 20132 540-338-7387

| Test | Results | Reference Interval | LOW | NORMAL | HIGH |
|---|---|---|---|---|---|
| **SNAPshot Dx (March 2 2011 2 47 PM)** | | | | | |
| A ph | Negative | | | | |
| E canis | Negative | | | | |
| HW | Negative | | | | |
| Lyme | Negative | | | | |

IDEXX LABORATORIES

Patient Name

# Medical History

| DATE | DESCRIPTION |
| --- | --- |
| 3/2/11 | Neuter, Age 3 24.0 |
| 40.7# | Weight 4DX test HW Lyme Ehr Anap RV DHPPCV Bordetella Lyme Vax CIV Fecal Hw Prev Lepto Flea Food Microchip |
| | 4DX Idexx NAME Tucker Heartworm ag Ehrlichia canis ab Lyme (borrelia burgdorferi) ab Anaplamosis Phagocytophilum ab |
| | 2 30pm - T - 101 2 |
| 3/3/11 | |
| 2am | T= 101 9 |
| 4am | offered fresh H2O + canned i/d |
| 5am | walked outside |
| | Rounded w/ Jess |
| | Post S |
| | Temp 101.7 |
| | incision looks good |
| | Released |

Owner's Name

File Number

PATIENT'S NAME Tucker 3/2

DO NOT WRITE IN THIS SPACE charge Paid Balance

May 24, 2011

Esteban R Moya
11259 Mobile Drive
Fairfax, VA 22030

Dear Mr Moya,

It has come to our attention that you currently have a dog Please come to the office as soon as possible to sign a pet agreement Also, we will need a copy of the pet's records for our files Our office is open from Monday through Friday 9 00a.m To 5 00p m We need the information as soon as possible You are currently breaking the rules and regulations of this park Thank you for your cooperation

Sincerely,

Cindy Cosio
Office Assistant

02/01/2011 11 35 AM

Resident Information Report
Waples Project LP

'08 MOBD
Waples Mobile Home
Mobile Drive
Fairfax VA 22030

A J Dwoskin & Associates Inc
9302 LEE HIGHWAY
SUITE 300
FAIRFAX VA 22031 1214

**General**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit Space Type | 1259 11259 LOT 2 | Move In | 02/01/2011 | | Description | | |
| Resident Sts Type | 04 C 04 | Move Out | | | Accept Checks | yes | |
| Resident Name | | Lease Beg | | | Social Security | | |
| Co-Resident Name | | Lease End | 12/31/2011 | | Co Soc Security | | |
| Billing Address | | Home Phone | | | EMail | | |
| | | Work Phone | | | EMail 2 | | |
| | | Cell/Co Cell | | | Fax/Co Fax | | |
| Unit Address | | | | | @ | 0 | |
| | | | | | NSF Checks | 0 | |

**CO Residents**

| Type | Name | Soc Sec | Birth Date | Sex | Marital | Class | Phone |
|---|---|---|---|---|---|---|---|
| LH | | | | M | S | | 240-432 0298 |
| OCC | | | | M | | | |
| OCC | | | | F | | | |

**Recurring Charges**

| Code | Description | Amount | Start Date | End Date | Incr Date | Applied | Incr Amount |
|---|---|---|---|---|---|---|---|
| BR | Base Rent | 645 00 | 02/01/2011 | | 02/01/2011 | yes | 645 00 |

**Deposits**

| Code | Description | Date | Amount | Balance | | Last Accrued | Interest |
|---|---|---|---|---|---|---|---|
| VA | VA Security Deposit | 01/19/2011 | 145 00 | 145 00 | | | 0 00 |
| VA | VA Security Deposit | 01/19/2011 | 500 00 | 500 00 | | | 0 00 |

CC
02/01/2011

WAPLES00000885

# Pet Authorization/Agreement

I the undersigned, who reside at 11259 Mobile Drive, do hereby state that I do not have a pet(s) I further understand that if I want to get a pet(s), I must have written approval prior to obtaining a pet(s)

Leaseholder (signature & print) Date 01-18-11 Witness Date

Leaseholder (signature & print) Date Witness Date

Leaseholder (signature & print) Date Witness Date

**************************************

I the undersigned, who reside at 11259 Mobile Drive, do hereby state that I have a pet(s) as described below

**Pet (1) Type**
**Breed**
**Name** ________
**Age** ______
**Weight at Maturity** **lbs**
**Color** ____________

**Pet (2) Type**
**Breed**
**Name**
**Age**
**Weight at Maturity**
**Color**

**Copies of current veterinary records must be attached to this agreement and presented at move in*

Management has the right to prohibit certain breeds at its discretion under this Pet Agreement We do not permit Rottweilers Pit Bulls, Staffordshire Terriers, Canary Dogs, Doberman Pinschers or Chow Chows (including mix with restricted breed)

I further understand that I must follow the **Paragraph 8 Pets** under section **Park Rules and Regulations** of the **Mobile Home Park Rules & Regulations**

Leaseholder (signature & print) Date Witness Date

Leaseholder (signature & print) Date Witness Date

Leaseholder (signature & print) Date Witness Date

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
VIRGINIA

Home Office
Northbrook IL
Applicant Name [redacted]
Address
City
Home Phone No

Application No [redacted]

St VA Zip Code 22041

LOCATION OF PROPERTY
11259 MOBILE DR
FAIRFAX VA

Zip Code 22030
County FAIRFAX

POLICY DISTRIBUTION/BILLING
Policy sent to INSURED

MORTGAGEE/THIRD PARTY INFORMATION
NONE

ADDITIONAL INSURED INFORMATION NONE

ADULT OCCUPANTS

| OCC NO | OCCUPANT NAME | SOCIAL SEC NO | RELATION TO INS | BIRTH DATE | SEX | MARITAL STATUS | OCCUPATION |
|---|---|---|---|---|---|---|---|
| 1 | [redacted] | [redacted] | SA | [redacted] | M | MA | EM CONSTRUCTION |
| 2 | [redacted] | [redacted] | SP | [redacted] | F | MA | EM EM |

CHILDREN IN HOUSEHOLD NONE
Total number of residents in household including children 2

HOUSEHOLD INFORMATION
Date applicant moved into present residence 01/2011
Is the residence regularly unoccupied during the day or evening by all adult occupants in the household? NO
Number of dogs on premises NONE

POLICY TYPE ACTUAL CASH VALUE (ACV) A deduction for depreciation may be applied to a covered loss

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
VIRGINIA

Home Office
Northbrook IL

Application No [redacted]

LOCATION OF PROPERTY

Fire Protected Area FAIRFAX CO
County FAIRFAX
Territorial Zone 001
Miles to Fire Department 2
Feet to Fire Hydrant 100
Is Manufactured Home Located in a Flood Plain or Zone? NO
Is Manufactured Home Located Within 1000 Feet of a Tidal Water Area? NO

COVERAGES

The premium stated below reflects the applicable loss deductibles listed under the section titled Loss Deductibles Applied

| SECTION I COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| Dwelling Protection | ACV | $270 05 |
| Other Structures Protection | $4700 | INCL |
| Personal Property Protection | $23500 | INCL |

SECTION I OPTIONAL/INCREASED COVERAGES SELECTED
NONE

| | | |
|---|---|---|
| Actual Cash Value (Dwelling Other Structures & Personal Property Protection) | | INCL |

| SECTION II COVERAGES | | |
|---|---|---|
| Family Liability Protection each occurrence | $100000 | INCL |
| Guest Medical Protection - each person | $1000 | INCL |
| Total Section II Premium | | $3 |

SECTION III OPTIONAL COVERAGES/INCREASED COVERAGES APPLIED
NONE

S P P COVERAGES NONE

LOSS DEDUCTIBLES APPLIED

The following loss deductibles apply as specified below

All Peril $500

DISCOUNTS APPLIED

The following discounts have been applied to reduce your insurance premium
Protective Device
Multiple Policy

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
VIRGINIA

Home Office
Northbrook IL

Application No [REDACTED]

VALUE OF PERSONAL PROPERTY APPROXIMATE VALUE OF PERSONAL PROPERTY IN THE FOLLOWING CATEGORIES (Note The values listed are not an indication of amount of coverage You must purchase increased protection for items in these categories over the dollar amounts specified in the policy in order to extend the Personal Property Protection Coverage See the policy for the coverage limits on these items and see above under the section titled Section III Optional Coverages/Increased Coverages Applied for your specific increased limits )

| | | |
|---|---|---|
| Jewelry | Watches | Furs |
| Silverware | Cameras | Stereo |

PREMIUM INFORMATION

| | |
|---|---|
| Total Estimated Annual Policy Premium | $273 05 |
| Amount Paid | $100 00 Cash |

ESTIMATOR

Residential Component Technology(tm)

| | |
|---|---|
| RCT Cost Date | 08/15/2010 |
| Estimated Replacement Cost | $46 595 |

Note The Estimated Replacement Cost above provides an estimate of the replacement cost for a new manufactured home This is not your policy limit

| | |
|---|---|
| Detached Structure Cost | |
| Zip Code | 22030 |
| Style/Number of Stories | M MH Single Wide 1 Story |
| Year Built | 1978 |
| No of Families | 1 |

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
VIRGINIA

Home Office
Northbrook IL

Application No [redacted]

| | |
|---|---|
| Living Area Square Footage | 900 |
| Foundation | 100 % Pier Foundation |
| Garages | None |
| Kitchens | 1 Kitchen Basic |
| Bathrooms | 2 Full Bath Basic |
| Sheds | None |
| Fireplaces | None |
| Screened Porches | None |
| Swimming Pool | None |
| French Doors | None |
| Hot Tub Attached | None |
| Hot Tub Detached | None |
| Jetted Tubs | None |
| Redwood Deck | None |
| Wood Deck | None |
| Exterior Wall Type | 100 % Vinyl Siding Horizontal |
| Roof Type | 100 % Asphalt/Fiberglass Shingle |
| Heat and Air Conditioning | 100 % Central Air Conditioning Avg Cost |

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
VIRGINIA

Home Office
Northbrook IL

Application No [redacted]

| | |
|---|---|
| Skirting | 100 % Skirting Horizontal Vinyl |
| Wall Coverings | 100 % Paint |
| Ceilings & Partitions | 100 % Partition Drywall |
| Exterior Features | None |
| Interior Features | None |

Residential Component Technology(tm) and RCT(tm) are trademarks of Marshall & Swift / Boeckh

MANUFACTURED HOME INFORMATION
Model Year 1978 Manufacturer ZIMMER Serial Number [redacted]
Length 10 FEET Width 25 FEET
Month/Year Purchased 12 / 2011
Is Unit in a Park? YES No Spaces 100
Is Unit on Concrete Pad? NO Tie Downs CHASSIS
Is Unit Fully Skirted? YES
Is Unit a Travel Trailer? NO Who Lives in Manufactured Home? OWNER
Number of Families 1 Unit Residence PRIMARY
Is Unit used Exclusively for Residential Purposes? YES

PROTECTIVE DEVICES INSTALLED
Smoke Detector (each floor)
Deadbolt Locks (all outer doors)
Fire Extinguisher

Applicant s Initials ____________

Was the Manufactured Home remodeled improved or renovated? NO
Does the insured have an alternative or supplemental heating source (excluding fireplaces)? NO
Does Unit have a Fireplace? NO
Is there only one central heating unit in the Manufactured Home? YES
Is the Manufactured Home factory built? YES
Is the Manufactured Home to be insured located on a farm? NO
Is there any nonresidential property (schools churches stores gas stations etc ) within 40 feet of the property to be insured? NO
Is there any store business or professional activity in the Manufactured home? NO

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
VIRGINIA

Home Office
Northbrook IL

Application No [redacted]

Any unattached building structures including garage on premises? NO
Is the Manufactured Home vacant or unoccupied for more than 30 days? NO
Is the Manufactured Home trailed more than 30 days per year? NO

5 YEAR LOSS HISTORY (including losses at present and prior residences) NONE

PRIOR PROPERTY INSURANCE NONE
In the past 5 years have you been rejected cancelled or nonrenewed insurance similar to the coverage applied for on this application? NO

OTHER CASTLE KEY OR ALLSTATE POLICIES (CROSS INDEX)
Policy No 000000918325715 Effect Date 12/13 Line 10 Relationship MT
Policy No 000000918904630 Effect Date 12/13 Line 10 Relationship MT

REMARKS NONE

NOTICE As part of Allstate s underwriting/qualification procedure and subject to applicable laws and regulations we may obtain information regarding you and other individuals who may be covered by the insurance you are applying for including (i) driving record based on state motor vehicle reports and loss information reports (ii) your prior insurance record if any which will be obtained from your current or prior carrier(s) (iii) credit reports and (iv) claim history based on loss information reports

Any insurance bound is limited to a period of 60 days from its effective date and expires on the last day of such limited period The Company may sooner terminate such insurance by mailing to the applicant at the address herein given written notice of rejection of this application Such termination shall be effective at the earlier of A) THE DATE AND TIME INDICATED ON THE TERMINATION NOTICE OR B) AS OF THE TIME APPLICANT SECURES OTHER INSURANCE COVERING LOSS TO THE PROPERTY Upon such expiration or termination any refund due may be tendered or paid by check of the Company or its Agent and if not then as soon as practicable thereafter

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
VIRGINIA

Home Office
Northbrook IL

Application No [REDACTED]

Any insurance bound hereunder shall otherwise be subject in all respects to the terms and conditions of the regular policy forms of the Company at present in use and to the statements in this application Any insurance is bound only for such items coverages form of protection and limits of liability as are indicated on the face hereof and only these additional forms of protection are bound for which a premium is indicated

BINDER PROVISION - In reliance on the statements in this application and subject to the terms and conditions of the policy authorized for the Company s issuance to the applicant the Company named above binds the insurance applied for to

become effective 05 35 PM 01/13/2011
Transaction time/date 05 35 PM 01/13/2011

To the best of my knowledge the statements made by me on this application are true I request the Company in reliance thereon to issue the insurance applied for I declare that the Company may recompute the premium shown if the statements made herein are not substantially true

[REDACTED]
Applicant's Signature

Date

( ) I have inspected the premises ( ) I have not inspected the premises

(Agent Name)

Agent's Signature

021342
Number

581
Location Code

Producer's Signature

SAR1097



Waples
Mobile Home Community

LETTER DATE 12/12/2011

EFFECTIVE DATE 01/01/2012

Esteban R Moya
11259 MOBILE DRIVE
Fairfax, VA 22030

Dear Resident (s)

We hope you are enjoying living in the Waples Mobile Home community We are happy to serve you as a valued resident In order to continue to operate and maintain your mobile home park community for all residents, it has become necessary to increase your lot rent at this time Based on the effective date above, the lot rent shall change as follows

| | |
|---|---|
| Current Rent | 645 00 |
| New Rent | 670 00 |

Your original lease agreement will automatically renew for a term of one year at the new rent amount It is not necessary for you to sign a renewal lease agreement

REQUIRED OCCUPANT APPLICATIONS Leaseholders are now required to inform all of their occupants to come to the park office to fill out an Occupant Application if they have not already done so Please call for additional details The applications must be completed before renewal

Please call us, if you have any questions or concerns We look forward to serving you again this year

Sincerely
Waples Mobile Home

Property Manager

Delivered/Posted By Date 12/12/11 [RNT2]

J RNT2



Waples
Mobile Home Community

FILE

LETTER DATE 10/26/2011

EFFECTIVE DATE 01/01/2012

Esteban R Moya
11259 MOBILE DRIVE
Fairfax, VA 22030

Dear Resident (s)

We hope you are enjoying living in the Waples Mobile Home community We are happy to serve you as a valued resident In order to continue to operate and maintain your mobile home park community for all residents, it has become necessary to increase your lot rent at this time Based on the effective date above, the lot rent shall change as follows

| | |
|---|---|
| Current Rent | 645 00 |
| New Rent | 670 00 |

Your original lease agreement will automatically renew for a term of one year at the new rent amount It is not necessary for you to sign a renewal lease agreement

REQUIRED OCCUPANT APPLICATIONS Leaseholders are now required to inform all of their occupants to come to the park office to fill out an Occupant Application if they have not already done so Please call for additional details The applications must be completed before renewal

Please call us, if you have any questions or concerns We look forward to serving you again this year

Sincerely,

Waples Mobile Home
Property Manager

10/26/11

Delivered/Posted By Date [RNT2]

J RNT2



Waples
Mobile Home Community

January 23, 2012

Esteban R Moya
11259 Mobile Drive
Fairfax, VA 22030

Dear Resident,

Please be advised that your Lease Agreement will expire on 1/31/2012 at Waples Mobile Home Park Please accept our invitation to renew your lease with us effective 2/1/2012 under the new rent rate of $670 per month We are requiring all residents to come by the office to sign their New Lease Agreement no later than 1/31/2012 If you decide not to renew your 12 Month Lease, you may continue to rent our Lot at a Month To Month for an increased rate of $770 per month

Please be reminded that all occupants over the age of 18 are required to apply and will be added to the new lease If you are an existing leaseholder please bring a government issued photo ID New Applications must be completed and approved before renewals go in effect

Should you change your plans and decide to leave Waples Mobile Home Park at the end of your current lease, a 60-day written notice to vacated is required If you have any questions or require additional information, please contact The Park Office at 703-273-2323

Thank you,

Sabiha Noorzai
Property Manager

# Pls.' Ex. 69

Waples
(Park Name)

3 BR
2 Bath
3 - Kids
1 on the way

# MOBILE HOME INSPECTION FORM

Date of Inspection 1/23/14

Resident ______________ Unit/Lot# 02-1902 PM ______________

| Key CL – CLEAN/OK | DA – DAMAGED | RE – REPLACE |
|---|---|---|
| DI – DIRTY | MI – MISSING | RP – REPAIR |

| ROOM AREA | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 Entrance Door/door Lock | ✓ | | | | | | |
| 2 Windows/Locks/Screens/Blinds/Child Guards | ✓ | | | | | | |
| 3 Walls/ Ceilings | ✓ | | | | | | |
| 4 Floor/Tiles | | | | | | | |
| 5 Electric Outlets/Switches/Switch Plates/Safety Plug | ✓ | | | | | | |
| 6 Light Fixture/Bulb | ✓ | | | | | | |
| 7 Heating/Cooling Units | | | | | | | |
| 8 Fire Safety Sign/Decal on Stove/Smoke Alarm | ✓ | | | | | | |
| **KITCHEN** | | | | | | | |
| 1 Hood Light fixture/Bulb | | | | | | | |
| 2 Hood Fan/Filter | ✓ | | | | | | |
| 3 Stove/Oven | ✓ | | | | | | |
| 4 Sink/Faucet | ✓ | | | | | | |
| 5 Refrigerator/Refrigerator Bulb* | ✓ | | | | | | |
| 6 Food – Note information in the Comments Section | ✓ | | | | | | |
| 7 Receptacle/Receptacle Cover | ✓ | | | | | | |
| 8 Floor/Tiles | ✓ | | | | | | |
| 9 Wall/Ceiling | ✓ | | | | | | |
| 10 Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 11 Cabinets/Knobs/Shelves | ✓ | | | | | | |
| ***If light bulb is higher than 30 watts it must be removed and resident must be warned** | | | | | | | |
| **BATHROOM** | | | | | | | |
| 1 Toilet/Toilet Seat/Toilet Paper Roll | | | | | | | |
| 2 Tub/Shower/Faucet/Shower Head | ✓ | | | | | | |
| 3 Sink/Faucet | ✓ | | | | | | |
| 4 Medicine Cabinet/Mirror | ✓ | | | | | | |
| 5 Towel/Grab Bars/Soap Dish (Shower) | ✓ | | | | | | |
| 6 Toothbrush Holder/Soap Dish (Sink) | ✓ | | | | | | |
| 7 Floor/Floor Tiles | ✓ | | | | | | |
| 8 Walls/Tiles/Ceiling | ✓ | | | | | | |
| 9 Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 10 Light Fixture/Bulb | ✓ | | | | | | |
| 11 Vent/Exhaust Fan | ✓ | | | | | | |
| 12 Door/Door Lock | | | | | | | |
| **BEDROOM(S)** | | | | | | | |
| Windows/Screens/Blinds/Child Guards | ✓ | | | | | | |
| Walls/Ceilings | ✓ | | | | | | |
| Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| Closets/Shelves/Clothes Bar | ✓ | | | | | | |
| Heating/Cooling Units | ✓ | | | | | | |
| Light Fixture/Bulb | ✓ | | | | | | |
| Door/Door Lock | | | | | | | |
| Floor Tiles | | | | | | | |

UNIT INSPECTION FORM

| Key CL – CLEAN/OK | DA – DAMAGED | RE – REPLACE |
|---|---|---|
| DI – DIRTY | MI – MISSING | RE – REPAIR |

| HALLWAY(S) | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 2 Light Fixture/Bulb | ✓ | | | | | | |
| 3 Smoke Detector/Sprinkler Head | ✓ | | | | | | |
| 4 Walls/Ceiling | ✓ | | | | | | |
| 5 Floor/Tiles | ✓ | | | | | | |
| 6 Telephone – Issued | ✓ | | | | | | |
| 7 Telephone – Personal | | | | | | | |
| **FURNITURE** | | | | | | | |
| 1 Dining Table | ✓ | | | | | | |
| 2 Chairs | ✓ | | | | | | |
| 3 Coffee Table | ✓ | | | | | | |
| 4 Bed Frames/Mattresses | ✓ | | | | | | |
| 5 Dressers | ✓ | | | | | | |
| 6 High Chair/Bolsters | ✓ | | | | | | |
| 7 Crib(s) | | | | | | | |
| 8 Other | | | | | | | |

**Housekeeping** Excellent ✓ Good ____ Fair ____ Poor ____

**Comments** ____________________

**HOME NEGLECT YES____ NO____**

**Number of Occupants and names** [redacted]

**SIGNATURES** **PM** [signature]

**Resident** [signature]

**Director of Safety** ____________

**Director of Social Services** ____________

**Director of Facilities Management** ____________

[redacted] - co-signer lives in manassas

riginal Resident File
Office use

# Pls.' Ex. 70

# Pls.' Ex. 71

Print Close

# [REDACTED] 15JAN IAD PTY

From: **GTT (AGENTID05891660)** (emailserver@pop3.amadeus.net)
Sent: Tue 12/22/15 5:27 PM
To: [REDACTED]

t00 19290

## [REDACTED] 15JAN IAD PTY

This document is automatically generated.
Please do not respond to this mail.

GTT
451 HUNGERFORD DRIVE, SUITE 105
ROCKVILLE MD 20850
TELEPHONE: 301 762-2227
FAX : 301 762-4274

DATE 22DECEMBER15
BOOKING REF 7TLE7D
[REDACTED]

| SERVICE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|
| COPA AIRLINES - CM 305<br>FRI 15JAN<br>NON STOP | WASHINGTON DC<br>DULLES INTL<br>EQUIPMENT:<br>SEAT 22A CONFIRMED<br>RESERVATION CONFIRMED - L ECONOMY | PANAMA CITY PA<br>TOCUMEN INTL<br>BOEING 737-800 | 1:00 PM<br>0334P | 0834P |
| COPA AIRLINES - CM 244<br>FRI 15JAN<br>NON STOP | PANAMA CITY PA<br>TOCUMEN INTL<br>EQUIPMENT:<br>SEAT 24F CONFIRMED<br>RESERVATION CONFIRMED - L ECONOMY | SANTA CRUZ BO<br>VIRU VIRU INTL<br>BOEING 737-700 | 1007P | 0410A<br>16JAN |
| COPA AIRLINES - CM 245<br>THU 17MAR<br>NON STOP | SANTA CRUZ BO<br>VIRU VIRU INTL<br>EQUIPMENT:<br>SEAT 22A CONFIRMED<br>RESERVATION CONFIRMED - E ECONOMY | PANAMA CITY PA<br>TOCUMEN INTL<br>BOEING 737-700 | 1219P | 0410P |
| COPA AIRLINES - CM 488<br>THU 17MAR<br>NON STOP | PANAMA CITY PA<br>TOCUMEN INTL<br>EQUIPMENT:<br>SEAT 22A CONFIRMED | WASHINGTON DC<br>DULLES INTL<br>BOEING 737-800 | 0658P | 1255A<br>18MAR |

2-1259



NIT 154422029
EMITIDO/ISSUED 29 DEC 2015
IATA 56991325
AGENCIA BOA ** CBB704 ** HISTORYTRAVEL B

# BILLETE ELECTRÓNICO - ELECTRONIC TICKET

## RECIBO DEL PASAJERO - PASSENGER RECEIPT

NOMBRE/NAME
IDENTIFICACIÓN/IDENTIFICATION
NRO. BILLETE/TICKET NUMBER
LOCALIZADOR/RECORD LOCATOR JZ722

| ITINERARIO ITINERARY | VUELO FLIGHT | CL CL | SALIDA DEPARTURE | LLEGADA ARRIVAL | BASE TARIFA FARE BASIS | EQP BAG | ESTADO STATUS |
|---|---|---|---|---|---|---|---|
| desde / from SANTA CRUZ VVI (VVI) | OB0631 | I | 16 JAN 05:45 | 16 JAN 06:30 | IBOA | 20K | OK |
| a / to COCHABAMBA (CBB) | Operado por / Operated by Boliviana de Aviación | | | | | | |
| No Válido Antes de / Invalid Before: | No Válido Después de / Invalid After: | | | | | | |
| desde / from COCHABAMBA (CBB) | OB0708 | N | 17 MAR 08:15 | 17 MAR 09:00 | NBOA | 20K | OK |
| a / to SANTA CRUZ VVI (VVI) | Operado por / Operated by Boliviana de Aviación | | | | | | |
| No Válido Antes de / Invalid Before: | No Válido Después de / Invalid After: | | | | | | |

| | |
|---|---|
| ENDOSOS-RESTRICCIONES ENDORSEMENT-RESTRICTIONS | PP 199732027 HISTORY TRAVEL SRL * |
| CÓDIGO DE VIAJE TOUR CODE | |
| FORMA DE PAGO FORM OF PAYMENT | CASH,/BOB715/ |
| CÁLCULO DE TARIFA FARE CALCULATION | 16JAN16VVI OB CBB 261OB VVI314BOB575END*XT15A715A7 |
| TARIFA AÉREA BASIC FARE | BOB 575 |
| TARIFA EQUIVALENTE EQUIVALENT FARE | |
| TASAS TAXES | BOB 140 (BOB 89 BO; 21 QM; 30 XT) |
| SUJETO CRÉDITO FISCAL T/IVA: | BOB 685 ( 575 D.TARIFA + 89 BO + 21 QM ) |
| SUBTOTAL | BOB 715 |
| GASTOS DE GESTIÓN SERVICE CHARGE | BOB 0 |
| TOTAL | **BOB 715** |

RESERVATION CONFIRMED - ECONOMY

RESERVATION NUMBER(S) CM/GQ4CET

MOYA/ESTEBAN RUBEN TICKET:CM/ETKT 230 7721000774

CLICK THE FOLLOWING LINK TO ACCESS YOUR ONLINE ITINERARY :

WWW.CHECKMYTRIP.COM/CMTSERVLET?R=7TLE7D&L=GB&N=MOYA

Estimodos Señores:

De Bull Rum y Waples..

En Primer Lugar Les quiero Saludar y Posterior Mente Les Comunico que Recivi La Notificación o La Aplicación Para Renovar Nuevamente, el Contrata del Lote de donde esta ubicado mi. Mobile Home y tambien Recivi Otro Aplicacion, Para mi Esposa mi espasa en este Momento, No Tiene su Numero de Social su numero de Social esta en proseso de Tramite y eso demora Unos Meses Tenemos 2 hijos que estan Rejistrados, en la Oficina de Bull Rum, Waples y ellos estan en la escuela de FAirFAx y Nesecitan. estar Con su Madre Señores de Bull Rum y Waples Les Pido por Favor que no Separen Mi Familia mis hijos Nesecitan de su Madre y. si es posible por lo Menos hasta el mes de,

posdata;

Mayo por que yo Esteban Ruben Moya
Tengo que ir de Viage de Emergencia por
2 meses y estoy dispuesto a Traer el,
Ticket de Viaje como evidencia y así
comprobar mi Viaje y Regresando a USA
Tendre que Cumplir con Los Requisitos de La
Compania de Bull Run y Waples pedir ami
esposa que se Vaya de La Casa O de La
Propiedad de Bull Run y Waples O,
Posterior Mente Sacar de La Escuela
a mis hijos O Vender La Casa

At:
Esteban Ruben Moya
11259 Mobile DR FAIRFAX 22030

01-11-16

Gracias

# Renewal Manufactured Home Policy Declarations

Platinum Gold Silver

Allstate.
You're in good hands.

Your policy effective date is January 14, 2016

## Total Premium for the Premium Period (Your bill will be mailed separately)

| | |
|---|---|
| Premium for property insured | $784.73 |
| **Total** | **$784.73** |

*If you do not pay in full, you will be charged an installment fee(s). Refer to your bill for installment fee information.*

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | 2% | Claim Free | 6% |
| Multiple Policy | 15% | | |

## Location of property insured

## Insured manufactured home

| Manufacturer | Serial No. | Year |
|---|---|---|
| ZIMMER | ZZP17561 | 1978 |

## Rating Information*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X67647-2) for additional coverage information. Contact us if you have any changes.

The dwelling is tied down.

In park

**Dwelling Style:**
Built in 1978; 900 sq. ft.; single-wide - 1 story

**Foundation:**
100% Pier foundation

**Interior details:**
One basic kitchen Two basic full baths

**Exterior wall type:**
100% horizontal vinyl siding

**Heating and cooling:**
Average cost central air conditioning, 100%

**Additional details:**

*(continued)*

Information as of November 30, 2015

## Summary

Named Insured(s)

Mailing address

Policy number

952 059 879

Your policy provided by
**Allstate Indemnity Company**

Policy period
Begins on **January 14, 2016** at 12:01 A.M. standard time, with no fixed date of expiration

Premium period
Beginning **January 14, 2016** through **January 14, 2017** at 12:01 A.M. standard time

Your Allstate agency is
**Cardinal Insurance**
7309 Arlington Blvd
Falls Chruch VA 22042
(703) 573-4100
RSIDHU@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

VA032RBD

Renewal Manufactured Home Policy Declarations
Policy number: [redacted]
Policy effective date: January 14, 2016
Your Allstate agency is Cardinal Insurance
(703) 573-4100

**Rating Information* (continued)**

One bay window
Horizontal vinyl skirting, 100%

**Fire protection details:**

2 miles to fire department — 100 ft. to fire hydrant

**Roof surface material type:**

Composition
• 100% asphalt / fiberglass shingle

**This is a partial list of property details. If the interior of your property includes custom construction, finishes, buildup, specialties or systems, please contact your Allstate representative for a complete description of additional property details.*

## Mortgagee / Lienholder

None

## Additional Interested Party

None

## Coverage detail for the property insured

| *Coverage* | *Limits of Liability* | *Applicable Deductible(s)* |
|---|---|---|
| Dwelling Protection - without Building Structure Replacement Cost Extended Limits | $57,553 | • $1,000 All peril |
| Other Structures Protection | $5,755 | • $1,000 All peril |
| Personal Property Protection | Actual cash value up to $28,777 | • $1,000 All peril |
| Additional Living Expense | Not to exceed $11,510.60 | |
| Family Liability Protection | $100,000 each occurrence | |
| Guest Medical Protection | $1,000 each person<br>$25,000 each occurrence | |

## Your policy documents

Your Manufactured Home policy consists of the Policy Declarations and the following documents. Please keep them together.

- VA Manufactured Home Policy - AS161
- Volunteer Fire Department Endorsement - AP4861
- Virginia Manufactured Homeowners Amendatory Endorsement - AS258-3

VA032RBD
060 032 045
15113053006411
110000053006410 6VA0001511300029221000122003012000902

**Giambanco, Josephine**

**From:** Easton, Carolina
**Sent:** Thursday, January 14, 2016 2:45 PM
**To:** Armstead, Jessica; Giambanco, Josephine
**Subject:** RE: 02-1259 letter in Spanish

I agree.

Thank you

**Carolina S. Easton**
*Quality Control Manager*
3201 Jermantown Road, Suite 700 | Fairfax, VA 22030-2879
703-273-9320 | Fax: 703-273-5155
Direct: 703-246-6151 | Carolina.Easton@dwoskin.com
www.dwoskin.com

Real Estate Development & Management

**From:** Armstead, Jessica
**Sent:** Thursday, January 14, 2016 2:27 PM
**To:** Giambanco, Josephine <Josephine.Giambanco@dwoskin.com>; Easton, Carolina <Carolina.Easton@dwoskin.com>
**Subject:** RE: 02-1259 letter in Spanish

Hey there,

Sorry for the delayed response. Unless Carolina disagrees we need to proceed with everyone the same way. Policy is policy.

Best,

**Jessica Armstead**
*Regional Property Manager*
3201 Jermantown Road, Suite 700 | Fairfax, VA 22030-2879
703-273-9320 | Fax: 703-273-5155
Direct: 703.246.6107 | Jessica.Armstead@dwoskin.com

**From:** Giambanco, Josephine
**Sent:** Wednesday, January 13, 2016 4:22 PM
**To:** Easton, Carolina <Carolina.Easton@dwoskin.com>
**Cc:** Armstead, Jessica <Jessica.Armstead@dwoskin.com>
**Subject:** RE: 02-1259 letter in Spanish
**Importance:** High

Thanks Carolina for the translate

Jessica this is your call I know how Mr. Dwoskin feels treat everyone equal , Mr. Escobar asked for the same thing only difference he was not traveling.

WAPLES00000986

Can you please respond saying charge MTM than proceed with 21/30 or let him sign his renewal .

Thanks I know he will call you

**Josephine Giambanco**
*Property Manager*
Waples & Bull Run Mobile Home Park

4308 Mobile Ct. Fairfax, VA 22030
Phone: 703.273.2323| Fax: 703.273.4910
Josephine.Giambanco@dwoskin.com
www.WaplesMHP.com
www.BullRunMHP.com

**From:** Easton, Carolina
**Sent:** Wednesday, January 13, 2016 4:18 PM
**To:** Giambanco, Josephine
**Cc:** Armstead, Jessica
**Subject:** RE: 02-1259 letter in Spanish

Frist I would like to say Hello, second I want to communicate that I received the notification or applications to renew the contract for the lot where my mobile home is and also received the other application for my wife. Mi wife, at this time, does not have her SSN and is in the process and that takes some months. We have 2 children that are registered at the Office of Bull Run, Waples and the go to school at Fairfax and they need to be with their mother. Managers of Bull Run, Waples, I ask that you please don't separate my family, my kids need their mother and if possible at least until the month of May because I, Esteban Ruben Moya, have to take an emergency trip for 2 months and I am willing to bring the ticket as evidence to proof my trip. Once I return to the USA I will have to complete the requirements of the company of Bull Run, Waples and ask my wife to leave the house or the property of Bull Run, Waples, after that remove my kids from school or sell the house.

Thank you

A.J. DWOSKIN
& ASSOCIATES, INC.

Real Estate Development & Management

**From:** Giambanco, Josephine
**Sent:** Wednesday, January 13, 2016 4:02 PM
**To:** Easton, Carolina <Carolina.Easton@dwoskin.com>
**Cc:** Armstead, Jessica <Jessica.Armstead@dwoskin.com>
**Subject:** 02-1259 letter in Spanish
**Importance:** High

Carolina can you read this letter please.

His renewal is up 1/31/16 I explained to him his wife needs to fill out application she has no SS , I explained he will be going MTM. He brought me this letter I try to tell him over and over, He is travel Friday and he said his wife needs to stay there to watch the kids., I let him know that's fine but he will be on MTM.

Can you confirm this with me please because he want to sign a lease , I know he will call the office .
Can I get an answer by tomorrow afternoon please he is traveling

Thanks

**From:**canonwaples@dwoskin.com [mailto:canonwaples@dwoskin.com]
**Sent:** Wednesday, January 13, 2016 3:56 PM
**To:** Giambanco, Josephine
**Subject:** Attached Image

# Pls.' Ex. 72

Waples MHP
(Park Name)

# MOBILE HOME INSPECTION FORM

Date of Inspection 1/16/14

Resident Moya Unit/Lot# 02-1259 PM Giambanco

Key CL – CLEAN/OK DA – DAMAGED RE – REPLACE
DI – DIRTY MI – MISSING RP – REPAIR

| ROOM AREA | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 Entrance Door/door Lock | ✓ | | | | | | |
| 2 Windows/Locks/Screens/Blinds/Child Guards | ✓ | | | | | | |
| 3 Walls/ Ceilings | ✓ | | | | | | |
| 4 Floor/Tiles | ✓ | | | | | | |
| 5 Electric Outlets/Switches/Switch Plates/Safety Plug | ✓ | | | | | | |
| 6 Light Fixture/Bulb | ✓ | | | | | | |
| 7 Heating/Cooling Units | ✓ | | | | | | |
| 8 Fire Safety Sign/Decal on Stove/Smoke Alarm | ✓ | | | | | | |
| **KITCHEN** | | | | | | | |
| 1 Hood Light fixture/Bulb | ✓ | | | | | | |
| 2 Hood Fan/Filter | ✓ | | | | | | |
| 3 Stove/Oven | ✓ | | | | | | |
| 4 Sink/Faucet | ✓ | | | | | | |
| 5 Refrigerator/Refrigerator Bulb | ✓ | | | | | | |
| 6 Food – Note information in the Comments Section | ✓ | | | | | | |
| 7 Receptacle/Receptacle Cover | ✓ | | | | | | |
| 8 Floor/Tiles | ✓ | | | | | | |
| 9 Wall/Ceiling | ✓ | | | | | | |
| 10 Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 11 Cabinets/Knobs/Shelves | ✓ | | | | | | |
| ***If light bulb is higher than 30 watts it must be removed and resident must be warned** | | | | | | | |
| **BATHROOM** | | | | | | | |
| 1 Toilet/Toilet Seat/Toilet Paper Roll | ✓ | | | | | | |
| 2 Tub/Shower/Faucet/Shower Head | ✓ | | | | | | |
| 3 Sink/Faucet | ✓ | | | | | | |
| 4 Medicine Cabinet/Mirror | ✓ | | | | | | |
| 5 Towel/Grab Bars/Soap Dish (Shower) | ✓ | | | | | | |
| 6 Toothbrush Holder/Soap Dish (Sink) | ✓ | | | | | | |
| 7 Floor/Floor Tiles | ✓ | | | | | | |
| 8 Walls/Tiles/Ceiling | ✓ | | | | | | |
| 9 Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 0 Light Fixture/Bulb | ✓ | | | | | | |
| 1 Vent/Exhaust Fan | ✓ | | | | | | |
| 2 Door/Door Lock | ✓ | | | | | | |
| **BEDROOM(S)** | | | | | | | |
| Windows/Screens/Blinds/Child Guards | ✓ | | | | | | |
| Walls/Ceilings | ✓ | | | | | | |
| Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| Closets/Shelves/Clothes Bar | ✓ | | | | | | |
| Heating/Cooling Units | ✓ | | | | | | |
| Light Fixture/Bulb | ✓ | | | | | | |
| Door/Door Lock | ✓ | | | | | | |
| Floor Tiles | ✓ | | | | | | |

UNIT INSPECTION FORM

| Key CL – CLEAN/OK | DA – DAMAGED | RE – REPLACE |
|---|---|---|
| DI – DIRTY | MI – MISSING | RE – REPAIR |

| HALLWAY(S) | CL | DI | DA | MI | RE | RP | COMMENTS |
|---|---|---|---|---|---|---|---|
| Electric Outlets/Switches/Switch Plates/Safety Plugs | ✓ | | | | | | |
| 2 Light Fixture/Bulb | ✓ | | | | | | |
| 3 Smoke Detector/Sprinkler Head | ✓ | | | | | | |
| Walls/Ceiling | ✓ | | | | | | |
| 5 Floor/Tiles | ✓ | | | | | | |
| 6 Telephone – Issued | ✓ | | | | | | |
| 7 Telephone – Personal | ✓ | | | | | | |
| **FURNITURE** | | | | | | | |
| 1 Dining Table | ✓ | | | | | | |
| 2 Chairs | ✓ | | | | | | |
| 3 Coffee Table | ✓ | | | | | | |
| 4 Bed Frames/Mattresses | ✓ | | | | | | |
| 5 Dressers | ✓ | | | | | | |
| 6 High Chair/Bolsters | ✓ | | | | | | |
| 7 Crib(s) | ✓ | | | | | | |
| 8 Other | ✓ | | | | | | |

**Housekeeping** Excellent ✓ Good ______ Fair ______ Poor ______

**Comments** ____________________

**HOME NEGLECT** YES______ NO ✓

**Number of Occupants and names** 4 adults 2 Kids

**SIGNATURES** PM [signature]

Resident [signature]

Director of Safety ____________________

Director of Social Services ____________________

Director of Facilities Management ____________________

riginal Resident File
Office use