# UNITED STATES DISTRICT COURT
# STATUS HEARING MINUTES

Date: **04/18/2024**  Judge: **Patricia Tolliver Giles**
Time: 11:36 a.m. – 12:00 p.m.  Reporter: **J. Egal**
(00:24)

Civil Action Number: **1:16-cv-00563-PTG-WBP**

**Rosy Giron de Reyes, et al.,**

**Plaintiffs,**

V.

**Waples Mobile Home Park Limited Partnership, et al.,**

**Defendants.**

Appearances of Counsel for Plaintiffs' and Counsel for Defendants'.

| Counsel for Plaintiffs' | Counsel for Defendants' |
|---|---|
| **Larisa D. Zehr** | **Grayson Hanes** |
| **Cyril V. Smith , III (phv)** | **Michael Dingman** |
| **Nicholas Michael DiCarlo (phv)** | |

STATUS CONFERENCE/HEARING:

The parties advise the Court of case status and remaining issues.
The Court strongly encourages the parties to contact the chambers of Judge Porter re: Settlement.

**JURY** Trial set for **MONDAY, SEPTEMBER 16, 2024 at 10:00 a.m.** (1 week).
(The Court will not sit on Friday, 09/20/2024)

**MOTIONS HEARING** set for **WEDNESDAY, JULY 17, 2024 at 11:00 a.m.**