# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16-cv-563 (PTG/WBP) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF
## REED SMITH LLP AND JUSTIN DEBETTENCOURT, ESQ.

Pursuant to Local Civil Rule 83.1(H), Reed Smith LLP and Justin deBettencourt hereby respectfully move to withdraw their appearance on behalf of Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A. J. Dwoskin & Associates, Inc. (collectively "Defendants"). Defendants will continue to be represented by other counsel of record in this matter from McGuireWoods LLP and Odin Feldman Pittleman, P.C., and Defendants are aware of, have had reasonable notice of this withdrawal, and are being provided with a copy of this motion. The undersigned has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion. A proposed order is attached.

1

Dated:  April 25, 2024                Respectfully submitted,

                                      REED SMITH LLP

                                      /s/
                                      Justin deBettencourt (VSB No. 83806)
                                      Reed Smith LLP
                                      7900 Tysons One Place
                                      Suite 500
                                      McLean, Virginia 22102
                                      (703) 641-4200 (Telephone)
                                      (703) 641-4340 (Facsimile)
                                      jdebettencourt@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

/s/
Justin deBettencourt (VS. No. 83806)
Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200 (Telephone)
(703) 641-4340 (Facsimile)
jdebettencourt@reedsmith.com