# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16-cv-563 (PTG/WBP) |

## **ORDER**

UPON CONSIDERATION of the Motion to Withdraw Appearance of Reed Smith LLP and Justin deBettencourt, Esq. (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED.

ENTERED this \_\_\_\_ day of _____ 2024.

_____
U.S. District Court for the
Eastern District of Virginia