IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Civil No.: 1:16-cv-563 (PTG/WBP) |

## ORDER

UPON CONSIDERATION of the Motion to Withdraw Appearance of Reed Smith LLP and Justin deBettencourt, Esq. (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED.

ENTERED this 26th day of April 2024.

/s/
Patricia Tolliver Giles
United States District Judge