**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES, ET AL.,     ) | |
|     ) | |
|   *Plaintiffs*,     ) | |
|     ) | |
| v.     ) | Case No: 1:16CV563 (PTG/WBP) |
|     ) | |
| WAPLES MOBILE HOME PARK     ) | |
| LIMITED PARTNERSHIP, ET AL.,     ) | |
|     ) | |
|   *Defendants*.     ) | |
|     ) | |

## CONSENT MOTION TO REPLACE ECF NO. 474 WITH A REDACTED VERSION

Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc. (collectively, "Defendants"), with the consent of Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Eseban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz (collectively, "Plaintiffs"), ask the Court to replace "Defendants' Response to Plaintiffs' Motions *in Limine*" (ECF No. 474) with the redacted version of the same brief, attached here as Exhibit 1.  After Defendants filed ECF No. 474, Plaintiffs pointed out that the filing contained confidential information, which they believed violated the parties' Stipulated Protective Order (ECF No. 45), and that Defendants had redacted such confidential information in the prior round of motions *in limine* briefing (ECF No. 379 at p. 27).  Accordingly, Plaintiffs requested that Defendants file a redacted version of their brief.  Wherefore, Defendants ask the Court to replace the unredacted ECF No. 474 with the redacted version attached here.

Dated: May 9, 2024

Respectfully submitted by,
**Waples Mobile Home Park Limited Partnership**
**Waples Project Limited Partnership**
**A.J. Dwoskin & Associates, Inc.**
*By Counsel*

*/s/ Michael S. Dingman*
Michael S. Dingman
Brooks H. Spears
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
mdingman@mcguirewoods.com
bspears@mcguirewoods.com

Grayson P. Hanes
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Phone: (703) 218-2195
Fax: (703) 218-2160
grayson.hanes@ofplaw.com

## CERTIFICATE OF SERVICE

I certify that, on May 9, 2024, I caused the foregoing document to be filed via the Court's

CM/ECF system, which will send notice to all counsel of record.

*/s/ Michael S. Dingman*
Michael S. Dingman