# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| JOSE DAGOBERTO REYES, *et al.*, )<br>)<br>*Plaintiffs*, )<br>v. )<br>)<br>WAPLES MOBILE HOME PARK LIMITED )<br>PARTNERSHIP, *et al.*, )<br>)<br>*Defendants*. ) | Case No. 1:16-cv-563 (PTG/WBP) |

## ORDER

This matter comes before the Court on the parties' Consent Motion to Replace Defendants' Response to Plaintiffs' Motions *in Limine* (Dkt. 474) with a redacted version. Dkt. 480. Upon consideration of the Consent Motion and finding good cause, it is hereby

**ORDERED** that the Consent Motion (Dkt. 480) is **GRANTED**; and it is further

**ORDERED** that the Clerk is **DIRECTED** to replace Dkt. 474 with Dkt. 480-1, the exhibit attached to the Consent Motion.

Dated: May 10, 2024
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge