# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): __Granville C. Warner__
__Nady L. Peralta__
__Catherine Cone__

Electronic Device(s): __Laptops and Cell Phones__
__Legal Aid Justice Counsel appearing for Plaintiffs__

Purpose and Location Of Use: __Mediated Settlement Conference__

Case No.: __1:16-cv-00563-PTG/WBP__

Date(s) Authorized: __June 17, 2024__

IT Clearance Waived: _____(Yes)    _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
IT Staff Member                                         Date(s)

**IT clearance must be completed, unless waived, before court appearance.**