## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Granville C. Warner**
**Nady L. Peralta**
**Catherine Cone**

Electronic Device(s): **Laptops and Cell Phones**

Legal Aid Justice Counsel appearing for Plaintiffs

Purpose and Location Of Use: **Mediated Settlement Conference**

Case No.: **1:16-cv-00563-PTG/WBP**

Date(s) Authorized: **June 17, 2024**

IT Clearance Waived: __X__ (Yes)   _____ (No)

APPROVED BY: _[signature]_

Date: __6/4/2024__

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
                      IT Staff Member                               Date(s)

**IT clearance must be completed, unless waived, before court appearance.**