# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Cyril V. Smith
Nicholas M. DiCarlo
Zuckerman Spaeder LLP - Appearing for Plaintiffs

**Electronic Device(s):** iPad and iPhone
Laptop and Cell Phone

**Purpose and Location Of Use:** Mediated Settlement Conference

**Case No.:** 1:16-cv-00563-PTG/WBP

**Date(s) Authorized:** June 17, 2024

**IT Clearance Waived:** __X__ (Yes)   _____ (No)

APPROVED BY: _____
United States District/Magistrate/Bankruptcy Judge

Date: 6/4/2024

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
IT Staff Member                              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**