# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, ET AL., ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> WAPLES MOBILE HOME PARK ) </br> LIMITED PARTNERSHIP, ET AL., ) </br> ) </br> Defendants. ) </br> ) | Case No: 1:16CV563 (PTG/WBP) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF WILLIAM A.V. CLARK, PH.D

On June 11, 2024, Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc. (collectively, "Defendants") moved to exclude the opinions of William A.V. Clark, Ph.D, who is the purported demographics expert of Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz (collectively, "Plaintiffs"). The parties fully briefed the motion, and counsel for all parties appeared for a hearing on July 17, 2024. Having considered the parties' briefs and arguments, and for the reasons stated on the record at the hearing, the Court GRANTS Defendants' motion and EXCLUDES the opinions of Dr. William A.V. Clark.

It is so ORDERED.

_____  _____
Dated                                                                                   Hon. Patricia T. Giles
                                                                                                    U.S. District Judge