# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

|  |  |
|---|---|
| ROSY GIRON DE REYES, ET AL., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) )  Case No: 1:16CV563 (PTG/WBP) |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, ET AL., | ) ) ) ) |
| *Defendants*. | ) ) ) |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A SHORT CONTINUANCE OF THE TRIAL DATE

On June 26, 2024, Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc. (collectively, "Waples") moved for a short continuance of the current trial date. Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolanos, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz opposed the motion. The parties appeared, by counsel, for a hearing on July 17, 2024.

Having considered the parties' submissions and arguments, and for the reasons stated on the record, the Court FINDS good cause to GRANT Waples' motion and to CONTINUE the trial date. Within five (5) business day of the U.S. Supreme Court's decision on Waples' petition for a writ of certiorari in *Waples Mobile Home Park Ltd. P'ship, et al. v. Reyes, et al.*, No. 23A924, the parties SHALL NOTIFY this Court of the decision and provide the parties' availability for a week-long trial in November and December 2024.

The Clerk is DIRECTED to remove the current trial date of September 16, 2024 from the Court's calendar.

It is so ORDERED.

_____            _____
Dated                                                                          Hon. Patricia T. Giles
                                                                                       U.S. District Judge