# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 25, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Waples Mobile Home Park Limited Partnership, et al.
          v. Jose Dagoberto Reyes, et al.
          No. 23-1340
          (Your No. 22-1660)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 21, 2024 and placed on the docket June 25, 2024 as No. 23-1340.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst