IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSEY GIRON DE REYES, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | Case No. 1:16-cv-563 (PTG/WBP) |
| WAPLES MOBILE HOME PARK LIMITED ) | |
| PARTNERSHIP, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

This matter comes before the Court on Defendants' Motion for a Short Continuance of the Trial Date ("Motion"). Dkt. 497. The trial in this civil action is set to begin on Monday, September 16, 2024. *See* Dkt. 471. Defendants have moved to continue this trial date pending resolution of Defendants' petition for a writ of certiorari, which was filed before the Supreme Court on June 21, 2024. Dkt. 497 ¶ 2; *see also* Dkt. 498 (Supreme Court Remark). Upon consideration of Defendants' Motion and good cause shown, it is hereby

**ORDERED** that Defendants' Motion for a Short Continuance of the Trial Date (Dkt. 497) is **GRANTED**; it is further

**ORDERED** that this civil action is **STAYED** pending the Supreme Court's decision on Defendants' petition for writ of certiorari; it is further

**ORDERED** that all pending motions hearing and trial dates are **CANCELLED**; and it is further

**ORDERED** that within five (5) business days of the Supreme Court's decision, the parties shall notify the Court of the decision and status of this case.

Entered this 2nd day of July, 2024.
Alexandria, VA

Patricia Tolliver Giles
United States District Judge