**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Case No: 1:16-cv-00563 (PTG/WBP) |

**PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION
OF THE COURT'S ORDER CONTINUING THE TRIAL DATE**

Plaintiffs Rosy Giron de Reyes, Jose Dagoberto Reyes, Felix Alexis Bolaños, Ruth Rivas, Yovana Jaldin Solis, Esteban Ruben Moya Yrapura, Rosa Elena Amaya, and Herbert David Saravia Cruz ("Plaintiffs"), by counsel, move for partial reconsideration of the Court's order continuing the trial date (ECF 501). A brief in support of this motion and a proposed order are attached hereto.

WHEREFOR, Plaintiffs ask the Court to grant this motion; lift the stay; set a new one-week trial date in mid-November or December 2024; and schedule the final pre-trial motions hearing (originally scheduled for July 17) before then.

| | |
|---|---|
| Dated: July 10, 2024 | Respectfully Submitted, |
| | |
| ZUCKERMAN SPAEDER LLP | */s/ Granville C. Warner* |
| Nicholas M. DiCarlo (admitted *pro hac vice*) | LEGAL AID JUSTICE CENTER |
| 1800 M Street NW, Suite 1000 | Granville C. Warner, VSB #24957 |
| Washington, DC 20036 | Nady Peralta, VSB #91630 |
| 202.778.1800 | Larisa D. Zehr, VSB #96032 |
| ndicarlo@zuckerman.com | 6402 Arlington Blvd., Suite 1130 |
| | Falls Church, VA 22042 |
| Cyril V. Smith (admitted *pro hac vice*) | 703.778.3450 |
| 100 East Pratt Street, Suite 2440 | cwarner@justice4all.org |
| Baltimore, MD 21202-1031 | nady@justice4all.org |
| 410.332.0444 | larisa@justice4all.org |
| csmith@zuckerman.com | |

*Attorneys for Plaintiffs*

9198684.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

*/s/ Granville C. Warner*
Granville C. Warner, VSB #24957