# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Case No. 1:16-cv-00563 (PTG/WBP) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Partial Reconsideration of the Court's Order Continuing the Trial Date, it is hereby ordered that Plaintiffs' Motion is **GRANTED** as follows:

1. The stay is lifted.

2. The pre-trial motions hearing (previously scheduled for July 17) is scheduled for _____, 2024.

3. A one-week trial is scheduled for _____, 2024.

**SO ORDERED.**

Dated: _____

                                                      Hon. Patricia Tolliver Giles
                                                      United States District Judge