IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSEY GIRON DE REYES, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> v. ) <br> ) Case No. 1:16-cv-563 (PTG/WBP) <br> WAPLES MOBILE HOME PARK LIMITED ) <br> PARTNERSHIP, *et al.*, ) <br> ) <br> *Defendants*. ) | |

## ORDER

This matter comes before the Court on Plaintiffs' Partial Motion for Reconsideration ("Motion"). Dkt. 502. In the Motion, Plaintiffs ask the Court to reconsider its July 2, 2024 Order (Dkt. 501) staying this action pending the Supreme Court's resolution of Defendants' petition for a writ of certiorari. *Id.*; *see also* Dkt. 503 at 1–2. Plaintiffs further request that the Court schedule a new trial date for mid-November or December 2024. Dkt. 503 at 2.

In an effort to facilitate this Court's consideration of Plaintiffs' Motion, it is hereby

**ORDERED** that within five (5) days of the date of this Order, Defendants file a response to Plaintiffs' Partial Motion for Reconsideration.

Entered this 11th day of July, 2024.
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge