IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSEY GIRON DE REYES, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> v. ) <br> ) Case No. 1:16-cv-563 (PTG/WBP) <br> WAPLES MOBILE HOME PARK LIMITED ) <br> PARTNERSHIP, *et al.*, ) <br> ) <br> *Defendants*. ) | |

### ORDER

This matter comes before the Court on Plaintiffs' Partial Motion for Reconsideration ("Motion"). Dkt. 502. Plaintiffs have noticed this Motion for a hearing on Thursday, July 25, 2024 at 10:00 a.m. Dkt. 504. However, due to the Court's schedule, it is hereby

**ORDERED** that the hearing on Plaintiffs' Partial Motion for Reconsideration (Dkt. 502) is **CONTINUED** until Thursday, August 1, 2024 at 8:30 a.m.

Entered this 18th day of July, 2024.
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge