# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 7, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Waples Mobile Home Park Limited Partnership, et al.
           v. Jose Dagoberto Reyes, et al.
           No. 23-1340
           (Your No. 22-1660)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk