# EXHIBIT A

| | Search documents in this case: | | Search |
|---|---|---|---|

## No. 23-1340

| Title: | **Waples Mobile Home Park Limited Partnership, et al., Petitioners**<br>**v.**<br>**Jose Dagoberto Reyes, et al.** |
|---|---|
| Docketed: | June 25, 2024 |
| Linked with 23A924 | |
| Lower Ct: | United States Court of Appeals for the Fourth Circuit |
|   Case Numbers: | (22-1660) |
|   Decision Date: | January 24, 2023 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Apr 12 2024 | Application (23A924) to extend the time to file a petition for a writ of certiorari from April 23, 2024 to June 21, 2024, submitted to The Chief Justice.<br><br>**Main Document**    **Lower Court Orders/Opinions**    **Proof of Service** |
| Apr 17 2024 | Application (23A924) granted by The Chief Justice extending the time to file until June 21, 2024. |
| Jun 21 2024 | Petition for a writ of certiorari filed. (Response due July 25, 2024)<br><br>**Petition**    **Appendix**    **Certificate of Word Count**    **Proof of Service** |
| Jul 09 2024 | Waiver of right of respondent Rosy Giron de Reyes, et al. to respond filed.<br><br>**Main Document** |
| Jul 17 2024 | DISTRIBUTED for Conference of 9/30/2024. |
| Jul 25 2024 | Brief amici curiae of West Virginia, 22 Other States, and the Arizona Legislature filed.<br><br>**Main Document**    **Proof of Service**    **Certificate of Word Count** |
| Jul 26 2024 | Response Requested. (Due August 26, 2024) |

| Aug 26 2024 | Brief of respondents Rosy Giron de Reyes, et al. in opposition filed. |
| --- | --- |
| | Main Document	Proof of Service	Certificate of Word Count |
| Aug 26 2024 | Brief amici curiae of Pacific Legal Foundation, et al. filed. |
| | Main Document	Proof of Service	Certificate of Word Count |
| Sep 11 2024 | DISTRIBUTED for Conference of 9/30/2024. |
| Sep 11 2024 | Reply of petitioners Waples Mobile Home Park Limited Partnership, et al. filed. (Distributed) |
| | Main Document	Certificate of Word Count	Proof of Service |
| Oct 07 2024 | Petition DENIED. |

| NAME | ADDRESS | PHONE |
| --- | --- | --- |
| Attorneys for Petitioners | | |
| David C. Frederick<br>   Counsel of Record | Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036-3209<br><br>DFREDERICK@KELLOGGHANSEN.COM | 202-326-7900 |
| Party name: Waples Mobile Home Park Limited Partnership, et al. | | |
| Attorneys for Respondents | | |
| Cyril V. Smith III<br>   Counsel of Record | Zuckerman Spaeder LLP<br>100 East Pratt Street<br>Suite 2440<br>Baltimore, MD 21202<br><br>csmith@zuckerman.com | 410 949 1145 |
| Party name: Rosy Giron de Reyes, et al. | | |
| Other | | |

| | | |
|---|---|---|
| Alison Somin<br>　Counsel of Record | Pacific Legal Foundation<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, VA 22201<br><br>ASomin@pacificlegal.org | 202-557-0202 |

Party name: Pacific Legal Foundation, Manhattan Institute, Hamilton Lincoln Law Institute

| | | |
|---|---|---|
| Michael Ray Williams<br>　Counsel of Record | Office of the West Virginia Attorney General<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305<br><br>michael.r.williams@wvago.gov | (681) 313-4511 |

Party name: State of West Virginia, 22 Other States, and the Arizona Legislature