# EXHIBIT B

**Exhibit B: Pending Pretrial Motions in Limine**

| ECF | Date | Party | Description | Related Filings and Status |
|---|---|---|---|---|
| 494/ 495 | 6/11/24 | Defs | Motion to exclude opinions of Prof. William Clark | Opposition 6/25/24 (ECF 496); Reply 7/1/24 (ECF 500); Defendants' prior motion to strike Prof. Clark's opinions was denied (ECF 311) |
| 465/ 466 | 4/10/24 | <u>Defs</u> | Motion in Limine (MIL) to exclude evidence of lease materials and the purported "eviction" of Plaintiffs | Opposition 5/1/24 (ECF 479); Reply 5/15/24 (ECF 483) |
| 462/ 463 | 4/10/24 | Defs | MIL to exclude evidence of the ethnicity of individuals at the Park allegedly affected by the Policy | Opposition 5/1/24 (ECF 478); Reply 5/15/24 (ECF 484) |
| 460/ 461 | 4/10/24 | Defs | MIL to exclude evidence of damages | Opposition 5/1/24 (ECF 477); Reply 5/15/24 (ECF 482) |
| 458/ 459 | 4/10/24 | Defs | MIL to exclude argument questioning whether valid interests for the Policy were in place at the time of the Policy's adoption | Opposition 5/1/24 (ECF 476); Reply 5/15/24 (ECF 486) |
| 456/ 457 | 4/10/24 | Defs | MIL to exclude the testimony of Ivan Yacub, Esq. | Opposition 5/1/24 (ECF 475); Reply 5/15/24 (ECF 485) |
| 454/ 455 | 4/10/24 | Pls | Plaintiffs' 4 MILs: (1) MIL to bar Defendants from introducing evidence of "business necessity" at Step Two unless the evidence relates to the actual, contemporaneous reasons for the policy; (2) MIL to preclude Defendants from eliciting evidence regarding alleged "business necessities" arising from inapplicable statutes; (3) MIL to exclude evidence of Defendants' relationship with or views toward immigrants or the Latino community; (4) MIL to restrict cross-examination regarding the female Plaintiffs' immigration status | Opposition 5/1/24 (ECF 474 (unredacted) & 480-1 (redacted));[1] Reply 5/15/24 (ECF 487) |

---

[1] On a consent motion (ECF 480), and as ordered by the Court (ECF 481), Defendants substituted the unredacted ECF 474 with the redacted ECF 480-1 to protect confidential information.