# EXHIBIT C

## Exhibit C: Pending Rule 26 Objections and Related Filings

| ECF | Date | Party | Description | Related Filings and Status |
|---|---|---|---|---|
| 372 | 6/4/21 | Pls | Motion to Amend Rule 26 disclosures - exhibit list and witness list (ECF 312) | Opposition 6/21/21 (ECF 391); Reply 6/28/21 (ECF 396); argued 7/16/2021; taken under advisement (ECF 412); Parties request that the Court consider Plaintiffs' motion to amend Rule 26 pretrial disclosures and the opposition thereto with Defendants' objections to Plaintiffs' Rule 26 pretrial disclosures (ECF 317) |
| 321 | 12/23/20 | Defs | Objections to Plaintiffs' trial exhibits | |
| 320 | 12/23/20 | Pls | Objections to Defendants' trial exhibits | |
| 318 | 12/18/20 | Pls | Objections to Defendants' deposition designations | |
| 317 | 12/18/20 | Defs | Objections to Plaintiffs' Rule 26 pretrial disclosures (ECF 312) and request to strike witnesses called to establish foundation for records or other evidence if witness not listed in pretrial disclosures | Parties request that the Court consider Defendants' objections together with Plaintiffs' motion to amend Rule 26 pre-trial disclosures (ECF 372) |