# UNITED STATES DISTRICT COURT
# CIVIL STATUS HEARING MINUTES

Date: **11/21/2024**  Judge: **Patricia Tolliver Giles**
Time: 10:13 a.m. – 10:28 a.m.  Reporter: **S. Wallace**
(00:15)

Civil Action Number: **1:16cv563-PTG-WBP**

**Rosy Giron de Reyes, et al.,**

**Plaintiffs,**

**V.**

**Waples Mobile Home Park Limited Partnership, et al.,**

**Defendants.**

Appearances of Counsel for Plaintiffs' and Counsel for Defendants'.

| Counsel for Plaintiffs' | Counsel for Defendants |
|---|---|
| **Larisa D. Zehr** <br> **Nicholas Michael DiCarlo (phv)** <br> **Nady Peralta** | **Michael Dingman** <br> **Brooks Spears** |

STATUS CONFERENCE/HEARING:
The parties advise the Court of case status, discuss remaining issues/motions and trial dates.

The Court directs the parties to meet and confer re: Motions in Limine and witness issues.

**MOTIONS HEARING** set for **WEDNESDAY, JANUARY 22, 2025 at 10:00 a.m.**

**JURY** Trial set for **TUESDAY, APRIL 1, 2025 at 10:00 a.m**. (7 days)