IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES *et al*, | ) |
| *Plaintiffs*, | ) |
| v. | ) 1:16-cv-563 (PTG/WBP) |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP *et al*, | ) |
| *Defendants*. | ) |

## ORDER

This matter comes before the Court on its own initiative. On November 21, 2024, the Court held a status conference in this matter. The Court discussed scheduling (1) a hearing date for the parties' pending Motions in Limine and (2) a trial date. Accordingly, it is hereby

**ORDERED** that the stay in this matter entered on July 2, 2024 is **LIFTED** and the Clerk is directed to reinstate the case to the active docket; it is further

**ORDERED** that the Court will hear argument on the parties' Motions in Limine on January 22, 2025; it is further

**ORDERED** that the jury trial in this matter will begin on April 1, 2025.

Entered this 21st day of November, 2024.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge