# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, | |
| *Plaintiffs*, | Case No. 1:16-cv-00563 (PTG/WBP) |
| vs. | |
| WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., | |
| *Defendants*. | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Permission to Introduce Select Testimony via Videoconference, it is hereby ordered that Plaintiffs' Motion is **GRANTED** as follows:

1.       The live testimony of Mr. Brady Bustany shall be permitted via videoconference during the trial, or in the alternative, Plaintiffs shall be permitted to take the *de bene esse* deposition of Mr. Bustany in advance of trial and admit his testimony in their case-in-chief.

**SO ORDERED.**

Dated:                            _____

Hon. Patricia Tolliver Giles
United States District Judge