IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, et al., <br><br> Plaintiff, <br><br> v. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP, et al., <br><br> Defendants. | Case No.:  1:16CV563 (PTG/WBP) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ALLOW INTO EVIDENCE DEPOSITION TESTIMONY AND EXPERT REPORT OF UNAVAILABLE WITNESS <u>GEORGE C. CARUSO, CPM, RAM, SHCM, HCCP</u>**

On January 14, 2025, Defendants Waples Mobile Home Park Limited Partnership, Waples Project Limited Partnership, and A.J. Dwoskin & Associates, Inc. (collectively, "Defendants") moved to allow into evidence at trial the deposition testimony and expert report of unavailable witness George C. Caruso, CPM, RAM, SHCM, HCCP ("Mr. Caruso").  The parties fully briefed the motion, and counsel for all parties appeared for a hearing on January 22, 2025.  Having considered the parties' briefs and arguments, and for the reasons stated on the record at the hearing, the court GRANTS Defendants' motion and ALLOWS for the introduction into evidence at trial the deposition testimony and expert report of Mr. Caruso.

It is so ORDERED.

_____          _____
Dated                                                                    Hon. Patricia T. Giles
                                                                              U.S. District Judge