# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC.,<br><br>*Defendants*. | Case No. 1:16-cv-00563 (PTG/WBP) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Submit a Supplemental Memorandum in Opposition to Defendant's Motion to Exclude the Opinions of William A.V. Clark, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** as follows: Plaintiffs may file the supplemental memorandum attached as Exhibit 1 to their Motion.

**SO ORDERED.**

Dated: _____

_____
Hon. Patricia Tolliver Giles
United States District Judge