UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES; JOSE DAGOBERTO REYES; FELIX ALEXIS BOLANOS; RUTH RIVAS; YOVANA JALDIN SOLIS; ESTEBAN RUBEN MOYA YRAPURA; ROSA ELENA AMAYA; and HERBERT DAVID SARAVIA CRUZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WAPLES MOBILE HOME PARK LIMITED PARTNERSHIP; WAPLES PROJECT LIMITED PARTNERSHIP; and A.J. DWOSKIN & ASSOCIATES, INC., <br><br> *Defendants*. | Case No. 1:16-cv-00563 (PTG/WBP) |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Submit a Supplemental Memorandum in Opposition to Defendant's Motion to Exclude the Opinions of William A.V. Clark, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** as follows: Plaintiffs may file the supplemental memorandum attached as Exhibit 1 to their Motion.

**SO ORDERED.**

Entered this ___ day of January, 2025.
Alexandria, VA

Patricia Tolliver Giles
United States District Judge