IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSY GIRON DE REYES, et al.,

    Plaintiff,

v.

WAPLES MOBILE HOME PARK
LIMITED PARTNERSHIP, et al.,

    Defendants.

Case No.: 1:16CV563 (PTG/WBP)

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE
TO SUBMIT A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF WILLIAM A.V. CLARK
AND MOTION TO FILE SUR-SUR-REPLY IN RESPONSE**

On January 28, 2025, the Court granted Plaintiffs leave to file a sur-reply brief in opposition to Defendants' motion to exclude the opinions of William A.V. Clark. Because Defendants had no opportunity to object, they do so here solely for the purpose of establishing the record. Sur-replies, like the one requested by Plaintiffs, "are highly disfavored, as they usually are a strategic effort by the nonmoving party to have the last word on a matter." *Browne v. Waldo,* 2023 WL 2974483, at *4 (E.D. Va. Apr. 17, 2023).

Regardless, Defendants are willing to address any points raised in Plaintiffs' sur-reply brief. Indeed, Defendants have the right to do so. *See United States v. Purdue Parhma LP*, 2012 WL 12930668, at *1 (S.D. W. Va. May 7, 2012) ("As the movant, Defendants are accorded the opportunity of having the final word on the merits of their motion."). Should the Court deem it necessary or beneficial to have further argument, Defendants request leave to file a sur-sur-reply for the limited purpose of addressing any points raised by Plaintiffs in their most recent filing.

| | |
|---|---|
| Dated: January 29, 2025 | Respectfully submitted,<br>**Waples Mobile Home Park Limited Partnership**<br>**Waples Project Limited Partnership**<br>**A.J. Dwoskin & Associates, Inc.**<br>*By Counsel*<br><br>*/s/ Michael S. Dingman*<br>Michael S. Dingman<br>Brooks H. Spears<br>MCGUIREWOODS LLP<br>1750 Tysons Boulevard, Suite 1800<br>Tysons, VA 22102<br>Phone: (703) 712-5000<br>Fax: (703) 712-5050<br>mdingman@mcguirewoods.com<br>bspears@mcguirewoods.com<br><br>Grayson P. Hanes<br>ODIN, FELDMAN & PITTLEMAN, P.C.<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA 20190<br>Phone: (703) 218-2195<br>Fax: (703) 218-2160<br>grayson.hanes@ofplaw.com |