## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| WAPLES MOBILE HOME PARK LIMITED | ) |
| PARTNERSHIP, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

1:16-cv-563 (PTG/WBP)

## ORDER

This matter is before the Court on Plaintiffs' Motion for Partial Reconsideration of the Court's Order Continuing the Trial Date (Dkt. 502). On November 21, 2024, the Court reset the jury trial in this matter for April 1, 2025. Accordingly, it is hereby

**ORDERED** that Plaintiffs Motion (Dkt. 502) is **DENIED as moot**.

Entered this 29th day of January, 2025.
Alexandria, VA

Patricia Tolliver Giles
United States District Judge