# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ROSY GIRON DE REYES, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> WAPLES MOBILE HOME PARK LIMITED ) <br> PARTNERSHIP, *et al.*, ) <br> ) <br> *Defendants*. ) | 1:16-cv-563 (PTG/WBP) |

## ORDER

This matter is before the Court on Defendants' Motion to File Sur-Sur-Reply in Response (Dkt. 533). Should Defendants' wish to respond to Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Motion to Exclude the Opinions of William A.V. Clark (Dkt. 532), Defendants will be granted permission to do so. Accordingly, it is hereby

**ORDERED** that Defendants may file a response to Plaintiffs' Supplemental Memorandum (Dkt. 532). Any such response must be filed with the Court on or before Monday, February 3, 2025.

Entered this 29th day of January, 2025.
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge